JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIGGS A. MATSKO**, **THOMAS J. LOSAVIO**, and **BRENDA T. BROUSSARD**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TESLA, INC., dba TESLA MOTORS, INC.**; **TESLA LEASE TRUST**; and **TESLA FINANCE LLC**,<br><br>Defendants. | Case No. 3:22-cv-05240-SK<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Sallie Kim<br><br>Action Filed:  09/14/2022<br>FAC Filed:  09/23/2022 |

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am a citizen of the United States, over the age of 18 years and not a party to this action. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010.

On September 26, 2022, I served the following document(s) in the manner described below:

**CONSENT OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION**

✓ **BY MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

| | |
|---|---|
| TESLA, INC., dba TESLA MOTORS, INC.<br>C T CORPORATION SYSTEM<br>330 N BRAND BLVD STE 700<br>GLENDALE, CA 91203 | Defendant |
| TESLA LEASE TRUST<br>C T CORPORATION SYSTEM<br>330 N BRAND BLVD STE 700<br>GLENDALE, CA 91203 | Defendant |
| TESLA FINANCE LLC<br>C T CORPORATION SYSTEM<br>330 N BRAND BLVD STE 700<br>GLENDALE, CA 91203 | Defendant |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on September 26, 2022.

_____
JEANINE TOOMEY