| Attorney or Party without Attorney: JOSEPH W. COTCHETT, ESQ., Bar #36324<br>COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000  FAX No: 650-697-0577 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: TESLA/MATSKO (3548) |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: BRIGGS A. MATSKO; ET AL
Defendant: TESLA, INC. dba TESLA MOTORS, INC.; ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 3:22-cv-05240-HSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Attachment To Summons; Class Action Complaint; Civil Cover Sheet; United States District Court Northern District Of California Standing Order For Magistrate Judge Sallie Kim; Statnding Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement; Ecf Registration Information; Blank Notice Of A Lawsuit And Request To Waive Service Of A Summons; Blank Wavier Of Summons; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served: TESLA, INC. dba TESLA MOTORS, INC. A CORPORATION c/o CT CORPORATION SYSTEM
   b. Person served: DIANA RUIZ, INTAKE SPECIALIST

4. Address where the party was served: 330 N. BRAND BLVD. SUITE 700
   GLENDALE, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 23, 2022 (2) at: 12:40PM

7. *Person Who Served Papers:* Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. D. FORREST
   b. **A & A LEGAL SERVICE, Inc.**
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Sep. 26, 2022

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(D. FORREST)

jocot.134250