| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSEPH W. COTCHETT, ESQ., Bar #36324<br>COTCHETT, PITRE & MCCARTHY<br>840 MALCOLM ROAD, STE. 200<br>BURLINGAME, CA 94010<br>Telephone No: 650-697-6000    FAX No: 650-697-0577 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>TESLA/MATSKO (3548) | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Northern District Of California

Plaintiff: BRIGGS A. MATSKO; ET AL
Defendant: TESLA, INC. dba TESLA MOTORS, INC.; ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:22-cv-05240-HSG |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Attachment To Summons; Class Action Complaint; Civil Cover Sheet; United States District Court Northern District Of California Standing Order For Magistrate Judge Sallie Kim; Statnding Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement; Ecf Registration Information; Blank Notice Of A Lawsuit And Request To Waive Service Of A Summons; Blank Wavier Of Summons; Notice Of Assignment Of Case To A Magistrate Judge For Trial; Order Setting Initial Case Management Conference And Adr Deadlines

3. a. Party served:         TESLA LEASE TRUST c/o CT CORPORATION SYSTEM
   b. Person served:       DIANA RUIZ, INTAKE SPECIALIST

4. Address where the party was served:     330 N. BRAND BLVD. SUITE 700
                                            GLENDALE, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 23, 2022 (2) at: 12:40PM

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. D. FORREST                                                d. The Fee for Service was:
   b. A & A LEGAL SERVICE, Inc.                                 e. I am: (3) registered California process server
      880 MITTEN ROAD, SUITE 102                                   (i)   Independent Contractor
      BURLINGAME, CA 94010                                         (ii)  Registration No.:    5141
   c. (650) 697-9431, FAX (650) 697-4640                           (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Sep. 26, 2022

                                                                                (D. FORREST)                jocot.134251

Judicial Council Form                           PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007          SUMMONS IN A CIVIL