JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIGGS A. MATSKO**, **THOMAS J. LOSAVIO**, and **BRENDA T. BROUSSARD**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TESLA, INC., dba TESLA MOTORS, INC.**; **TESLA LEASE TRUST**; and **TESLA FINANCE LLC**,<br><br>Defendants. | Case No. 4:22-cv-05240-HSG<br><br>**AFFIDAVIT OF SERVICE OF AMENDED COMPLAINT AND AMENDED SUMMONS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: 09/14/2022<br>FAC Filed: 09/23/2022 |

# AFFIDAVIT OF SERVICE

I am employed in the County of San Mateo, State of California. I am a citizen of the United States, over the age of 18 years, and not a party to the action. My business address is the Law Offices of Cotchett, Pitre & McCarthy, LLP, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010.

On October 3, 2022, counsel for all defendants in this action, Alan E. Schoenfeld, agreed to accept service of process via e-mail of the Amended Complaint, the Amended Summons, and related documents on behalf of all defendants. Pursuant to that agreement, I served the following documents by e-mail, as further described below:

1. Amended Complaint (ECF No. 6)
2. Amended Summons in a Civil Action (ECF No. 15)
3. Order Reassigning Case (ECF No. 10)
4. Standing Order for Civil Cases Before District Judge Haywood S. Gilliam, Jr.
5. Clerk's Notice Setting Case Management Conference (ECF No. 11)

✓ **BY E-MAIL**: My e-mail address is akirtley@cpmlegal.com, and service of the above-listed documents occurred on the date shown below. The documents were served electronically from my e-mail address to defendants' counsel listed below, and the transmission was reported as complete and without error.

Alan E. Schoenfeld
**WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (347) 416-2620
Fax: (212) 230-8888
E-mail: alan.schoenfeld@wilmerhale.com

*Counsel for Defendants*:
TESLA, INC.
TESLA LEASE TRUST
TESLA FINANCE LLC

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on October 3, 2022.

        */s/ Andrew Kirtley*
        ANDREW KIRTLEY