AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

BRIGGS A. MATSKO, THOMAS J. LOSAVIO, and BRENDA T. BROUSSARD, on behalf of themselves and all others similarly situated

*Plaintiff*

v.

TESLA, INC., dba TESLA MOTORS, INC.; TESLA LEASE TRUST; and TESLA FINANCE LLC

*Defendant*

Case No. 4:22-CV-5240-HSG

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC.

Date: October 12, 2022

/s/ David C. Marcus
*Attorney's signature*

DAVID C. MARCUS (SBN 158704)
*Printed name and bar number*

Wilmer Cutler Pickering Hale & Dorr LLP
350 S Grand Ave Ste 2400, Los Angeles, CA 90071-3473
*Address*

david.marcus@wilmerhale.com
*E-mail address*

213-443-5312
*Telephone number*

213-443-5400
*FAX number*