1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
4  Los Angeles, California 90071
   Tel: (213) 443-5312
5
   Alan Schoenfeld (*pro hac vice* pending)
6  alan.schoenfeld@wilmerhale.com
   WILMER CUTLER PICKERING
7     HALE AND DORR LLP
8  7 World Trade Center 250 Greenwich Street
   New York, New York 10007
9  Tel: (212) 937-7294

10 *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

11 **IN THE UNITED STATES DISTRICT COURT**

12 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13 **OAKLAND DIVISION**

14

| | |
|---|---|
| BRIGGS A. MATSKO, THOMAS J. LOSAVIO, and BRENDA T. BROUSSARD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC., dba TESLA MOTORS, INC.; TESLA LEASE TRUST; and TESLA FINANCE LLC,<br><br>Defendants. | CASE NO.: 4:22-cv-5240-HSG<br><br>**DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LL'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Haywood S. Gilliam<br>Courtroom 2 – 4th floor<br>Amended Complaint Filed:  September 23, 2022 |

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Tesla, Inc. (f/k/a Tesla
2  Motors, Inc.), Tesla Lease Trust, Tesla Finance LLC state as follows:
3      1.    Tesla, Inc. has no parent corporation.  No publicly held corporation owns 10% or
4  more of the stock of Tesla, Inc.
5      2.    Tesla Lease Trust and Tesla Finance LLC are wholly-owned subsidiaries of Tesla,
6  Inc.
7  Further, pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other
8  than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: October 12, 2022

WILMER CUTLER PICKERING, HALE
AND DORR LLP

By:  */s/ David C. Marcus*
       David C. Marcus

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*