| | |
|---|---|
| David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br><br>Alan Schoenfeld (*pro hac vice* pending)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 937-7294<br><br>Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000<br><br>*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* | Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br><br>*Attorneys for Plaintiffs Briggs Matsko, Thomas LoSavio, and Brenda Broussard and the Proposed Class*<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br><br>*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*<br><br>David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811<br><br>*Attorneys for Plaintiff Christopher Mallow and the Proposed Class* |

[Additional counsel on signatory pages]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIGGS A. MATSKO, THOMAS J. LOSAVIO, and BRENDA T. BROUSSARD, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v. | Case Number: 4:22-cv-5240-HSG<br><br>**STIPULATION TO RELATE AND CONSOLIDATE CASES AND TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER (as modified)** |

| | |
|---|---|
| TESLA, INC., dba TESLA MOTORS, INC.; TESLA LEASE TRUST; and TESLA FINANCE LLC,<br><br>                    Defendants. | |
| DOMINICK BATTIATO, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TESLA, INC., dba TESLA MOTORS, INC.; TESLA LEASE TRUST; and TESLA FINANCE LLC,<br><br>                    Defendants. | Case Number: 4:22-cv-5264-JST |
| CHRISTOPHER MALLOW, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>TESLA, INC., dba TESLA MOTORS, INC.; TESLA LEASE TRUST; and TESLA FINANCE LLC,<br><br>                    Defendants. | Case Number: 4:22-cv-5443-TLT |

1  Plaintiffs Briggs A. Matsko, Thomas J. Losavio, and Brenda T. Broussard (the "Matsko
2  Plaintiffs"), Dominick Battiato ("Battiato"), and Christopher Mallow ("Mallow"), by and through
3  their counsel, and Defendants Tesla, Inc. (dba Tesla Motors, Inc.), Tesla Lease Trust, and Tesla
4  Finance LLC, by and through their counsel, hereby stipulate to the following:
5  WHEREAS, on September 14, 2022, Matsko filed the above-captioned case against
6  Defendants, and Defendants were served on September 28, 2022. *Matsko v. Tesla, Inc. et al.*,
7  4:22-cv-5264-HSG, ECF Nos. 1, 12-14.
8  WHEREAS, on September 23, 2022, the Matsko Plaintiffs amended the complaint, and
9  Defendants accepted service of the amended complaint on October 3, 2022. *Id.*, ECF Nos. 6, 16.
10  WHEREAS, on September 15, 2022, Battiato filed the above-captioned case against
11  Defendants, and Defendants were served on September 23, 2022. *Battiato v. Tesla, Inc. et al.*,
12  4:22-cv-5264-JST, ECF Nos. 1, 11-13.
13  WHEREAS, on September 23, 2022, Mallow filed the above-captioned case against
14  Defendants, and Defendants were served on September 26, 2022. *Mallow v. Tesla, Inc. et al.*,
15  4:22-cv-5443-TLT, ECF Nos. 1, 6-8.
16  WHEREAS, *Mallow* designated *Matsko* and *Battiato* as related cases, while *Battiato*
17  designated another case, *Toledo v. Tesla, Inc.*, 4:22-cv-4908-HSG, as a related case.
18  WHEREAS, the Matsko Plaintiffs, Battiato, Mallow, and Defendants all agree that
19  *Matsko*, *Battiato*, and *Mallow* should be related to each other and all assigned to this Court
20  (Gilliam, J., the District Judge assigned to the lowest-numbered *Matsko* action) pursuant to Civil
21  Local Rule 3-12, and that *Battiato* should not be designated as related to *Toledo*.
22  WHEREAS, the *Matsko*, *Battiato*, and *Mallow* actions are each putative class actions that
23  (i) are brought on behalf of the same purported nationwide class against the same Defendants,
24  (ii) arise from the same set of factual allegations, and (iii) assert similar causes of action,
25  including violation of the federal Magnuson-Moss Warranty Act, breach of express warranty,
26  breach of implied warranty, violation of California Unfair Competition Law, violation of
27  California False Advertising Law, fraud and deceit, and negligent misrepresentation.
28

1  WHEREAS, the parties have agreed to consolidate the *Matsko*, *Battiato*, and *Mallow*
2  actions for all purposes pursuant to Fed. R. Civ. P. 42(a) and have agreed to work cooperatively,
3  to coordinate their efforts, and to promote judicial economy and avoid duplicative discovery and
4  motion practice.
5  WHEREAS, Defendants' response to the amended complaint in *Matsko* is currently due
6  October 14, 2022, their response to the complaint in *Battiato* is currently due October 17, 2022,
7  and their response to the complaint in *Mallow* is currently due October 19, 2022.
8  WHEREAS, in light of the above and pursuant to Civil Local Rule 6-1(a), the parties
9  have further agreed that Defendants do not need to respond to the current operative complaints in
10 *Matsko*, *Battiato*, and *Mallow*, but that plaintiffs will instead file a consolidated amended
11 complaint to which Defendants will respond according to the timeline set forth below.
12 WHEREAS, the parties further agree that in the event the Court enters an order
13 consolidating the *Matsko*, *Battiato*, and *Mallow* actions, the consolidated Plaintiffs shall have 10
14 days after entry of such an order to file a consolidated amended complaint in the lowest-
15 numbered *Matsko* action, and that Defendants shall have 30 days after the filing of the
16 consolidated amended complaint to file a response thereto. If Defendants respond to the
17 consolidated amended complaint by filing one or more motions, consolidated Plaintiffs shall
18 have 30 days to oppose any such motion, and Defendants shall have 15 days thereafter to file a
19 reply.
20 WHEREAS, the parties agree nothing in this stipulation, proposed order, or enacted order
21 shall be cited by or used in support of any future briefing on issues relating to class certification
22 in the above-mentioned actions.
23 **IT IS HEREBY STIPULATED AND AGREED**, among the undersigned parties, and
24 respectfully submitted for the Court's approval, as follows:
25 1.  The *Battiato* and *Mallow* actions are related to the lowest-numbered *Matsko*
26 action and assigned to this Court (Gilliam, J.) pursuant to Civil Local Rule 3-12.

2. The *Matsko*, *Battiato*, and *Mallow* actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a), and the consolidated Plaintiffs shall have 10 days from the entry of an order consolidating the cases to file a consolidated amended complaint in the lowest-numbered *Matsko* case.

3. Defendants do not need to respond to the current operative complaints in *Matsko*, *Battiato*, and *Mallow*.

4. Defendants shall have 30 days after the consolidated Plaintiffs file a consolidated amended complaint to respond thereto. If Defendants respond to the consolidated amended complaint by filing one or more motions, consolidated Plaintiffs shall have 30 days to oppose any such motion, and Defendants shall have 15 days to file a reply.

|  |  |
|---|---|
| Dated: October 11, 2022 | COTCHETT PITRE & MCCARTHY LLP<br><br>By: */s/ Frank M. Pitre*<br>    Frank M. Pitre<br><br>Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>Nabilah A. Hossain (SBN 329689)<br>nhossain@cpmlegal.com<br>Andrew F. Kirtley (SBN 328023)<br>akirtley@cpmlegal.com<br><br>*Attorneys for Plaintiffs Briggs Matsko, Thomas LoSavio, and Brenda Broussard and the Proposed Class* |
| Dated: October 11, 2022 | BOTTINI & BOTTINI, INC.<br><br>By: */s/ Francis A. Bottini, Jr.*<br>    Francis A. Bottini, Jr.<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>Nicholaus H. Woltering (SBN 337193)<br>nwoltering@bottinilaw.com<br><br>*Attorneys for Plaintiff Dominick Battiato and the Proposed Class* |

| | | |
|---|---|---|
| Dated: October 11, 2022 | | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP |
| | By: | */s/ Gayle M. Blatt* |
| | | Gayle M. Blatt |

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
Jeremy Robinson (SBN 188325)
jrobinson@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com
Michael J. Morphew (SBN 304463)
mmorphew@cglaw.com

*Attorneys for Attorneys for Plaintiff Christopher Mallow and the Proposed Class*

| | | |
|---|---|---|
| Dated: October 11, 2022 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: | */s/ David C. Marcus* |
| | | David C. Marcus |

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The *Battiato* and *Mallow* actions (4:22-cv-5264-JST; 4:22-cv-5443-TLT) are related to the lowest-numbered *Matsko* action (4:22-cv-5240-HSG) and assigned to this Court pursuant to Civil Local Rule 3-12.

2. The *Matsko*, *Battiato*, and *Mallow* actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a). Matsko, the earlier-filed civil action shall serve as the lead case. The clerk is directed to administratively close Battiato and Mallow, the later-filed civil actions. All future filings should be done in the lead case only and should be captioned "In re Tesla Advanced Driver Assistance Systems Litigation".

3. Defendants do not need to respond to the currently operative complaints in the *Matsko*, *Battiato*, and *Mallow* action.

4. The consolidated Plaintiffs shall file a consolidated amended complaint in the lowest-number *Matsko* action within 10 days after entry of this Order.

5. Defendants shall respond to the consolidated amended complaint within 30 days after the consolidated amended complaint is filed. If Defendants' response is in the form of one or more motions, Plaintiffs shall file an opposition to any such motion within 30 days after the motion is filed, and Defendants shall file a reply (if any) within 15 days after any such opposition is filed.

DATED: 10/19/2022

By: Hon. Haywood S. Gilliam, Jr.