# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re Tesla Advanced Driver Assistance Systems Litigation | CASE No C  4:22-cv-05240-HSG<br><br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 11/22/2022       *David Misler*       on behalf of Defendants Tesla, Inc., Tesla
_____   Lease Trust, and Tesla Finance LLC
                                              Party

Date: 11/22/2022       *Alan Schoenfeld*
_____
                                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 11/22/2022       *Alan Schoenfeld*
_____
                                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing.  Pursuant to Civil Local Rule 5-1(h), I hereby attest that the other signatories have concurred in this filing.

Dated: November 28, 2022                    By:    */s/ Alan Schoenfeld*
                                                                Alan Schoenfeld