AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In re Tesla Advanced Driver Assistance Systems Litigation )
)
) Case No. 4:22-CV-05240-HSG
)
)

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC.

Date: November 28, 2022

/s/ Allison Bingxue Que
*Attorney's signature*

BINGXUE QUE aka ALLISON QUE (SBN 324044)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Ste 400, Palo Alto, CA 94306-1719
*Address*

allison.que@wilmerhale.com
*E-mail address*

650-858-6007
*Telephone number*

650-858-6100
*FAX number*