1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294

9
   Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000

13
   *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG<br><br>**DECLARATION OF VICTOR BARCLAY IN SUPPORT OF DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LL'S MOTION TO COMPEL AND STAY PENDING ARBITRATION**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date: March 23, 2023<br>Time: 2:00 p.m.<br>Courtroom 2 – 4th floor<br>Consolidated Amended Complaint Filed: October 28, 2022 |

I, Victor Barclay, declare as follows:

1. I am a Senior Manager of Software Engineering at Tesla, Inc. ("Tesla"), where I have been employed for more than ten years. My job responsibilities consist of software development and implementation, including with respect to Tesla's website. Except as otherwise noted, I have personal knowledge of the following facts and if called to testify could and would testify competently thereto.

2. Tesla designs, manufactures, sells, and services a suite of high-performance, all-electric vehicles, including Tesla's Model S, Model 3, Model X, and Model Y vehicles. Tesla customers who want to buy or lease a new or used vehicle from Tesla can start that process by placing an order online through either the desktop or mobile version of Tesla's website. Regardless of how a customer accesses the online ordering process, the Order Payment screen is displayed to complete the order.

3. The Order Payment screen includes a button labeled "Place Order" (which at times in the past was labeled "Order") that customers must click to complete the purchase. Since fall 2017, the "Order"/"Place Order" button was accompanied by language stating, "By placing this order you agree to the [Model 3 or Model Y] Order Agreement and the Customer Privacy Policy," or some slight variation of this language. At all relevant times, the text "Model 3 Order Agreement" or "Model Y Order Agreement" has been a direct hyperlink to an online copy of the referenced agreement, as indicated by bolded, colored and/or underlined text, which gave customers the opportunity to review the agreement before clicking the "Order"/"Place Order" button. This is true whether a customer placed their online order via mobile or desktop.

4. Tesla maintains as part of its business certain historical website information, including certain screenshots and linked documents associated with the Order Payment screen at different points of time.

5. I reviewed the Order Agreements for Brenda Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi to confirm their order placement dates as set forth below.

6. I further obtained from either Tesla's internal records examples of the Order Payment screens for both the mobile and desktop version of Tesla's website that were in use at the time that

Brenda Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi each placed their orders.  While Tesla's records do not specify whether an online order was placed through the mobile or desktop version of Tesla's website, at all relevant times, placing an online order necessarily required a click on either the desktop or mobile version of the Order Payment screens referenced below.  At all relevant times, the text displayed in the desktop version is substantially identical to the mobile version; the two versions differ only slightly in the format.

7. An example of Tesla's Order Payment screen for desktop and mobile is attached hereto as **Exhibit A**.  This screenshot is substantially identical to what Brenda Broussard would have seen when placing her order on March 13, 2022.

8. An example of Tesla's Order Payment screen for desktop and mobile is attached hereto as **Exhibit B**.  This screenshot is substantially identical to what Dominick Battiato would have seen when placing his Model 3 order on June 9, 2021.

9. An example of Tesla's Order Payment screen for desktop and mobile is attached hereto as **Exhibit C**.  This screenshot is substantially identical to what Dominick Battiato would have seen when placing his Model Y order on March 11, 2022.

10. An example of Tesla's Order Payment screen for desktop and mobile is attached hereto as **Exhibit D**.  This screenshot is substantially identical to what Christopher Mallow would have seen when placing his order on November 4, 2019.

11. I also reviewed the original JSON file that was used to create the Model 3 Order Payment screen around the time Jazmin Imaguchi placed her order on September 4, 2018.  JSON is a data format that is commonly used in web development.  A copy of the excerpt of that file is attached hereto as **Exhibit E**.  Based on my years of experience as a software engineer, I understand that the text "Model 3 Order Agreement" would have appeared as an underlined and clickable hyperlink because it was wrapped in the HTML anchor tag <a>.  " " is the HTML code for a non-breaking space, meaning that any words connected by a non-breaking space would not be split onto a separate line.

1  I declare under penalty of perjury under the laws of the United States of America that this
2  Declaration is true and correct.
3  Executed on this 28th day of November 2022 in   **Fremont, California**.

By: *[signature]*
Victor Barclay