# Victor Barclay Declaration Exhibit A

