# Victor Barclay Declaration Exhibit B

