# Victor Barclay Declaration Exhibit C

