# Victor Barclay Declaration Exhibit D

| Cash | Lease | Loan |
|---|---|---|

| | |
|---|---|
| Price after Est. Savings | $30,815 |
| Purchase Price | $39,490 |

Excluding taxes and fees

| | |
|---|---|
| **Due Today** | **$100** |

Non-refundable Order Fee

**Payment**

One time order fee of $100 due to complete your order.
Your design can be modified after ordering. Your car can be returned for a full refund within 7 days or 1,000 miles, whichever comes first. Learn more

Name on Card

Credit Card Number

Expiration Date            CVV            Billing Zip Code
MM / YY

By placing this order you agree to allow Tesla to save your credit card to pay for future services as described in the payment terms.

By clicking "Place Order" I agree to the Model 3 Order Agreement, Supercharger Fair Use Policy, the Customer Privacy Agreement, and consent to be contacted at the number provided with more information or offers about Tesla products. I understand these calls or texts may use automated dialing or pre-recorded messages. I understand my consent to be contacted is not a condition of purchase.

View additional information

CASH    $30,815              $39,490          Estimate payment                    PLACE ORDER
        After potential      Purchase price
        savings