# Victor Barclay Declaration Exhibit E

```
121          "disclaimers": {
122              "taxesAndFees": "Includes taxes and fees",
123              "incentivesOffset": "Incentives offset your monthly payment",
124              "includingReservation": "Including reservation payment",
125              "excludingTax": "Excluding sales tax",
126              "savingsAfterPurchase": "All savings are experienced after purchase. ",
127              "orderPayment": "A {PAYMENT} payment is required to place your order. Your total deposit will be non-refundable.",
128              "orderPaymentRefundable": "A {PAYMENT} payment is required to place your order.",
129              "orderPaymentShort": "Order Payment Due Today",
130              "orderModifyAgreement": "By modifying your order you agree to the <a data-cfg-type=\"m3-order-agreement\"
131              target=\"{LINK_TARGET}\" href=\"{ORDER_AGREEMENT_URL}\">Model 3 Order Agreement</a>, <a
132              data-cfg-type=\"supercharger-fair-use-policy\" target=\"{LINK_TARGET}\" href=\"
133              {SUPERCHARGER_POLICY_URL}\">Supercharger Fair Use Policy</a> and the <a
134              data-cfg-type=\"customer-privacy-policy\" target=\"{LINK_TARGET}\" href=\"
135              {PRIVACY_POLICY_URL}\">Customer Privacy Agreement</a>.",
136              "orderPlacementAgreement": "By placing this order you agree to the <a data-cfg-type=\"m3-order-agreement\"
137              target=\"{LINK_TARGET}\" href=\"{ORDER_AGREEMENT_URL}\">Model 3 Order Agreement</a>, <a
138              data-cfg-type=\"supercharger-fair-use-policy\" target=\"{LINK_TARGET}\" href=\"
139              {SUPERCHARGER_POLICY_URL}\">Supercharger Fair Use Policy</a> and the <a
140              data-cfg-type=\"customer-privacy-policy\" target=\"{LINK_TARGET}\" href=\"
141              {PRIVACY_POLICY_URL}\">Customer Privacy Agreement</a>." },
142          "error__leaseDepositExceeded": "When leasing, the down payment (including trade-in) cannot exceed 25% of the Tesla price"
143      },
144
```