1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
     HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
     HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294

9
   Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000
13
   *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG <br><br> **REQUEST FOR INCORPORATION BY REFERENCE/JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S MOTION TO COMPEL AND STAY PENDING ARBITRATION AND MOTION TO DISMISS** <br><br> *[Filed concurrently with Defendants' Motion to Compel and Stay Pending Arbitration and Motion to Dismiss]* <br><br> Hon. Haywood S. Gilliam, Jr. <br> Date: March 23, 2023 <br> Time: 2:00 p.m. <br> Courtroom 2 – 4th floor <br> Amended Consolidated Complaint Filed: October 28, 2022 |

Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC ("Tesla") respectfully request that the Court incorporate by reference and/or, pursuant to Federal Rule of Evidence 201, take judicial notice of, the following documents, which are attached as Exhibits A-L to the concurrently-filed Declaration of Allison Que.

Exhibits A through L are incorporated by reference into the Complaint. "[I]ncorporation-by-reference is a judicially created doctrine that treats certain documents as though they are part of the complaint itself." *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018), *cert. denied sub nom*, *Hagan v. Khoja*, ⸺ U.S. ⸺, 139 S. Ct. 2615 (2019).  The doctrine "prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken—or doom—their claims."  *Id.*  Here, the Consolidated Amended Complaint (ECF No. 23, the "Complaint") cites statements purportedly made by Tesla or Tesla's CEO, Elon Musk, which, according to the Complaint, show that Tesla engaged in misleading marketing practices.  The Complaint explicitly cites but does not attach any of the relevant articles, interviews, videos, or conference transcripts. These articles, interviews, videos, and conference transcripts are therefore incorporated into the Complaint by reference.  *See In re Facebook, Inc.*, 367 F. Supp. 3d 1108, 1118 (N.D. Cal. 2019) (noting that the incorporation-by-reference doctrine helps "prevent plaintiffs from cherry-picking certain portions of documents that support their claims, while omitting portions that weaken their claims."); *see also In re Google Assistant Priv. Litig.*, 457 F. Supp. 3d 797, 813 (N.D. Cal. 2020).

Incorporation by reference suffices to place these documents within the four corners of the Complaint and render them cognizable on Tesla's motion to dismiss.  Exhibits A-G and J-L are also subject to judicial notice, however, as they appear on publicly accessible websites and are thus "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201; *see also Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. June 12, 2014) (taking judicial notice of publicly accessible websites).  In addition, Exhibits J and K are both earnings call transcripts and therefore are separately amenable to judicial notice on the basis that the authenticity of those transcripts cannot reasonably be questioned.  *In re Pixar Sec. Litig.*, 450 F. Supp. 2d 1096, 1100 (N.D. Cal. 2006).

For the reasons stated above, the Court should incorporate by reference Exhibits A-L and take judicial notice of Exhibits A-G and J-L.

                                                Respectfully submitted,

Dated: November 28, 2022            WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP

                                            By:   */s/ Alan Schoenfeld*
                                                           Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, I electronically filed the above document and supporting documents with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: November 28, 2022          By:   /s/ Alan Schoenfeld
                                        Alan Schoenfeld