1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
       HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
       HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294

9
   Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11     HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000
13
   *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*
14

15                     **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| | CASE NO.: 4:22-cv-5240-HSG |
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | **DECLARATION OF ALLISON QUE IN SUPPORT OF DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE/JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL AND STAY PENDING ARBITRATION AND MOTION TO DISMISS** |
| | Hon. Haywood S. Gilliam, Jr. |
| | Date: March 23, 2023 |
| | Time: 2:00 p.m. |
| | Courtroom 2 – 4th floor |
| | Amended Consolidated Complaint Filed: October 28, 2022 |

**DECLARATION OF ALLISON QUE**

I, Allison Que, declare as follows:

1. I am a senior associate with the law firm WilmerHale, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and this Court. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as **Exhibit A** is a true and correct copy of a news article titled "Elon Musk Says Tesla Vehicles Will Drive Themselves in Two Years," dated December 21, 2015 and available at https://fortune.com/2015/12/21/elon-musk-interview/. Exhibit A is cited and discussed in the Consolidated Amended Class Action Complaint ("CAC") at footnote 14.

3. Attached hereto as **Exhibit B** is a true and correct copy of an interview at the 2016 Code Conference, available at https://www.youtube.com/watch?v=wsixsRI-Sz4&t=4675s and lodged electronically with the Court. Exhibit B is cited and discussed in the CAC at footnote 21.

4. Attached hereto as **Exhibit C** is a true and correct copy of a blog post titled "Master Plan, Part Deux," dated July 20, 2016 and available at https://www.tesla.com/blog/master-plan-part-deux. Exhibit C is cited and discussed in the CAC at footnote 23.

5. Attached hereto as **Exhibit D** is a true and correct copy of a blog post titled "All Tesla Cars Being Produced Now Have Full Self-Driving Hardware," dated October 19, 2016 and available at https://www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware. Exhibit D is cited and discussed in the CAC at footnote 27.

6. Attached hereto as **Exhibit E** is a true and correct copy of a November 18, 2016 video titled "Tesla Self-Driving Demonstration," available at https://www.tesla.com/videos/autopilot-self-driving-hardware-neighborhood-long and lodged electronically with the Court. Exhibit E is cited and discussed in the CAC at footnote 29.

7. Attached hereto as **Exhibit F** is a true and correct copy of a video titled "Tesla October 19th 2016 Autopilot 2.0 Conference Call With Visuals Added," available at

1  https://www.youtube.com/watch?v=-vjGEEF_p5E and lodged electronically with the Court.
2  Exhibit F is cited and discussed in the CAC at footnote 31.
3       8.    Attached hereto as **Exhibit G** is a true and correct copy of an interview
4  purportedly conducted by CBS, dated April 13, 2018, available at
5  https://www.youtube.com/watch?v=AO33rOofFpg, and lodged electronically with the Court.
6  Exhibit G is cited and discussed in the CAC at footnote 35.
7       9.    Attached hereto as **Exhibit H** is a true and correct copy of a letter dated
8  December 14, 2020 and available at https://www.plainsite.org/documents/242a2g/california-
9  dmv-tesla-robotaxi-ADAS-emails, purportedly sent from Eric C. Williams to Miguel Acosta.
10 Exhibit H is cited and discussed in the CAC at footnote 45.
11      10.   Attached hereto as **Exhibit I** is a true and correct copy of a letter dated December
12 14, 2020 and available at https://www.plainsite.org/documents/242a2g/california-dmv-tesla-
13 robotaxi-ADAS-emails, purportedly sent from Eric C. Williams to Miguel Acosta.  Exhibit I is
14 cited and discussed in the CAC at footnote 46.
15      11.   Attached hereto as **Exhibit J** is a true and correct copy of the transcript of Tesla's
16 Q4 2020 Earnings Call held on January 27, 2021, downloaded using S&P Global Market
17 Intelligence services.  Exhibit J is cited and discussed in the CAC at footnote 49.
18      12.   Attached hereto as **Exhibit K** is a true and correct copy of the transcript of
19 Tesla's Q4 2021 Earnings Call held on January 26, 2022, downloaded using S&P Global Market
20 Intelligence services.  Exhibit K is cited and discussed in paragraph 100 of the CAC.
21      13.   Attached hereto as **Exhibit L** is a true and correct copy of the webpage titled
22 "Full Self-Driving Hardware on All Cars," available at
23 https://web.archive.org/web/20170104193524/https://www.tesla.com/autopilot and captured by
24 the Wayback Machine on January 1, 2017.  This hyperlink is discussed in paragraph 7 of the
25 CAC and also cited in footnote 29 of the CAC.
26
27
28

1  I declare under penalty of perjury under the laws of the United States of America that the
2  above is true and correct. Executed this 28th day of November 2022, at Palo Alto, California.

*/s/ Allison Que*
Allison Que

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(h), I hereby attest that the other signatories have concurred in this filing.

Dated: November 28, 2022        By:   */s/ Alan Schoenfeld*
                                      Alan Schoenfeld