**Que Declaration Exhibit B – Lodged Electronically**