**Que Declaration Exhibit E – Lodged Electronically**