**Que Declaration Exhibit F – Lodged Electronically**