**Que Declaration Exhibit G – Lodged Electronically**