# Que Declaration Exhibit H



December 14, 2020                                                                 *Via Email Only*

Miguel Acosta
Chief, Autonomous Vehicles Branch
California Department of Motor Vehicles
Registration Operations Division
P.O. Box 825393 (MS S441)
Sacramento, CA 94232-5393

**Re: City Streets – Pilot Release**

Dear Mr. Acosta:

Thank you for your follow-up letter on December 7. We appreciate the opportunity to answer DMV's questions about the FSD – City Streets feature. Your letter builds on several recent communications with your office, including a demo of the feature on November 13, and our response to your initial inquiry on this topic, which we submitted on November 20. We address your questions below.

1. *Please provide additional details on the information that has been provided to drivers currently participating in the pilot regarding FSD City Streets' capabilities, intended use, limitations, and driver responsibilities.*

City Streets' capabilities, limitations, and driver responsibilities have been communicated to drivers in the pilot release in several ways. After selecting non-employee participants based on the quality of their prior feedback in the Early Access Program (EAP) as well as their safe driving record, we invited them to participate in the limited release of City Streets via email. The email informed participants that their vehicle would be sent an over-the-air (OTA) software update containing the feature and explained that, when the feature is enabled, their vehicle will make lane changes off highway, select forks to follow a set navigation route, navigate around other vehicles and objects, and make left and right turns. We also cautioned participants that they should only use the feature if they will pay constant attention to the road and to be prepared to act immediately, especially around blind corners, crossing intersections, and in narrow driving situations.

These details were also provided verbally. In advance of the software update, we phoned each non-employee participant, walked them through the behaviors they should expect to see, and confirmed that they understood their responsibilities as the driver. We covered this same information in a dedicated session with employee participants. In the email, non-employee phone discussions, and



Tesla, Inc.
3500 Deer Creek Road, Palo Alto, CA 94304

employee sessions, we made abundantly clear that City Streets does not make the vehicle autonomous and that the driver is responsible for being fully attentive at all times.

Last week, we added approximately 88 additional participants to the pilot release, 25 of whom are non-employees. The non-employee participants were selected using the same criteria as described above and, also same as before, were personally phoned to discuss feature behaviors and driver responsibilities. In total, the pilot is currently comprised of about 200 participants, 54 of whom are non-employees. With the population slowly growing, we are exploring more practical methods of sharing operational information with new non-employee participants in lieu of calling each participant directly. We are internally trialing with new employee participants an introductory video that explains the feature limitations, gives examples of vehicle behavior, instructs the driver on how to engage and disengage the feature, and reminds them that they are in control at all times. If we choose to use the video externally at a later date, most likely we will send it electronically to each new participant through an individualized, password-protected link. At that time, we will be sure to share the video with you for your reference.

Finally, when enabling City Streets for the first time, all participants receive and must accept a pop-up in the center display that explains the feature capabilities and cautions them that the feature may not perform in the way they expect, so it is critical to pay close attention and be able to take action quickly.

2. *Please describe and provide any relevant documentation reflecting Tesla's intended functionality for the final release of FSD City Streets to the general public. Specifically, which of the limitations associated with the OEDR described in the letter dated November 20, 2020 will continue to be part of the final release of FSD City Streets to the general public?*

While the current pilot version of City Streets is still in a validation and review stage, we expect the functionality to remain largely unchanged in a future, full release to the customer fleet. We are analyzing the data obtained in the pilot and using it to refine the feature's operation and customer experience. We will continue to make refinements as necessary, and only after we are fully satisfied with performance, integrity, and safety will we release the feature to the customer fleet. That said, we do not expect significant enhancements in OEDR or other changes to the feature that would shift the responsibility for the entire DDT to the system. As such, a final release of City Streets will continue to be an SAE Level 2, advanced driver-assistance feature.

Please note that Tesla's development of true autonomous features (SAE Levels 3+) will follow our iterative process (development, validation, early release, etc.) and any such features will not be released to the general public until we have fully validated them and received any required regulatory permits or approvals.

3. *Please describe and provide any relevant documentation reflecting how Tesla is currently communicating the limitations of FSD City Streets to the general public. In addition, what information is being communicated to the general public about the intended capabilities of FSD City Streets, once the pilot is complete and the feature is released to all qualifying vehicles?*

The FSD Capability feature suite, which includes City Streets, is explained on our website at [https://www.tesla.com/support/autopilot](https://www.tesla.com/support/autopilot). Among other information, our website explains that FSD Capability features are intended for use only with a fully attentive driver who has his or her hands on the wheel and is prepared to take over at any moment. It further explains that FSD Capability features do not make the vehicle autonomous.

With a future, full release of City Streets to the customer fleet, we expect that information on feature capabilities and limitations will continue to be communicated on our website and through updates to our owner's manuals, in addition to some or all of the other communications described above (customer email, introductory video, pop-up prompts, etc.).

4. *Please describe and provide any relevant documentation reflecting how Tesla will ensure that its customers understand the limitations of FSD City Streets and remain fully engaged in the dynamic driving task when using the final public release version of the system.*

Again, a full deployment of City Streets to the customer fleet is not expected in the immediate future. However, when that deployment happens, we expect that communication of feature capabilities and limitations will be similar to how we currently communicate about other FSD features (*i.e.*, through our website, our delivery associates (who are all Tesla corporate employees), and our owner's manuals). In addition, we anticipate supplementing the full deployment with an introductory video that explains feature limitations and driver responsibilities, with examples that illustrate how to use the feature and vehicle behaviors to expect when the feature is engaged. We also anticipate that when City Streets is activated in the touchscreen the first time, there will be a pop-up message to customers with feature information and instructions that the driver must pay attention. Finally, we anticipate that drivers will receive warnings when they do not maintain hands on the wheel with appropriate steering torque while City Streets is engaged. Tesla also anticipates that it will continue to review significant events received through vehicle logging and follow up with the drivers.

\* \* \*

We look forward to continued collaboration with the DMV on this and other matters. If you have any questions or wish to discuss further, please feel free to contact me at [erwilliams@tesla.com](mailto:erwilliams@tesla.com).

[Signature block on Page 4.]

Sincerely,

*[signature: Eric C. Williams]*

Eric C. Williams
Associate General Counsel, Regulatory

4