# Que Declaration Exhibit I



December 28, 2020                                                                                              *Via Email Only*

California Department of Motor Vehicles
Autonomous Vehicles Branch
2415 1st Ave., MS D405
Sacramento, CA 95818

**Re: Autonomous Mode Disengagements for Reporting Year 2020**

To Whom It May Concern:

Pursuant to California Code of Regulations, Title 13, Article 3.7, § 227.46, this submission reports, from December 1, 2019, to November 30, 2020 (the "Reporting Year 2020"), the disengagements of autonomous mode of Tesla's autonomous vehicles (AVs) that participated in the Autonomous Vehicle Tester Program (AVT) administered by the California Department of Motor Vehicles.

For Reporting Year 2020, Tesla did not test any vehicles on public roads in California in autonomous mode or operate any AVs, as defined by California law. As such, the Company did not experience any autonomous mode disengagements as part of the AVT in California for Reporting Year 2020.

As explained in prior disengagement reporting, Tesla's approach to software development is unique. We use industry best practices to guide a rigorous battery of internal testing, and then pair it with unmatched fleet learning to train the software to perform safely, consistently, and predictably in real world conditions. This holistic approach allows us to continuously improve Autopilot capability. Our customer fleet has driven billions of miles with Autopilot engaged, and anonymized fleet data shows that it significantly increases overall occupant safety and far exceeds the status quo.[1]

As you know, Autopilot is an optional suite of driver-assistance features that are representative of SAE Level 2 automation (SAE L2). Features that comprise Autopilot are Traffic-Aware Cruise Control and Autosteer. Full Self-Driving (FSD) Capability is an additional optional suite of features that builds from Autopilot and is also representative of SAE L2. Features that comprise FSD Capability are Navigate on Autopilot, Auto Lane Change, Autopark, Summon, Smart Summon, Traffic and Stop Sign Control, and, upcoming, Autosteer on City Streets (City Streets). While we designed these features to become more capable over time through over-the-air software updates, currently neither Autopilot nor FSD Capability is an autonomous system, and currently no comprising feature, whether singularly or

---

[1] *See* https://www.tesla.com/VehicleSafetyReport.



Tesla, Inc.
1333 H St. NW, Ste. 11W, Washington, D.C. 20005

collectively, is autonomous or makes our vehicles autonomous. This includes the limited pilot release of City Streets.

Tesla looks forward to continued collaboration with your office on the safe development and deployment of AVs in California. If you have any questions, please feel free to contact me at erwilliams@tesla.com.

Sincerely,

*Eric C. Williams*

Eric C. Williams
Associate General Counsel, Regulatory