David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TESLA INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S MOTION TO COMPAL AND STAY PENDING ARBITRATION AND MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE/INCORPORATION BY REFERENCE IN SUPPORT OF THE MOTIONS**<br><br>*[Filed concurrently with Defendants' Motion to Compel and Stay Pending Arbitration and Motion to Dismiss]*<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date: March 23, 2023<br>Time: 2:00 p.m.<br>Courtroom 2 – 4th floor<br>Amended Consolidated Complaint Filed: October 28, 2022 |

**[PROPOSED] ORDER**

Having considered Defendants Tesla Inc., Tesla Lease Trust, and Tesla Finance LLC ("Tesla")'s Motion to Compel and Stay Pending Arbitration and Motion to Dismiss the Complaint (the "Motions") and Tesla's Request for Incorporation by Reference/Judicial Notice in Support of the Motions ("Request"), the papers filed in support of and in opposition to the Motions and the Request, and arguments by counsel, the Court finds that there is good cause to GRANT the Motions and Request.

THEREFORE, IT IS ORDERED that Tesla's Motion to Compel and Stay Pending Arbitration and Motion to Dismiss the Complaint and Tesla's Request for Incorporation by Reference/Judicial Notice in Support of the Motions are GRANTED.

IT IS FURTHER NOTICED that Plaintiffs Brenda T. Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi shall arbitrate their claims and the proceedings as related to these plaintiffs' claims are stayed pending arbitration of their claims.

IT IS FURTHER ORDERED that the Complaint is dismissed as to Plaintiff Thomas J. LoSavio.

DATED: _____, 2023

_____
Hon. Haywood S. Gilliam, Jr., Judge
United States District Court, Northern District of California