| | |
|---|---|
| 1 | David C. Marcus (SBN 158704) |
| | david.marcus@wilmerhale.com |
| 2 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 3 | 350 South Grand Avenue, Suite 2400 |
| | Los Angeles, California 90071 |
| 4 | Tel: (213) 443-5312 |
| 5 | Alan Schoenfeld (*pro hac vice*) |
| | alan.schoenfeld@wilmerhale.com |
| 6 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| 7 | 7 World Trade Center |
| | 250 Greenwich Street |
| 8 | New York, New York 10007 |
| | Tel: (212) 937-7294 |
| 9 | |
| | Allison Bingxue Que (SBN 324044) |
| 10 | allison.que@wilmerhale.com |
| | WILMER CUTLER PICKERING |
| 11 |   HALE AND DORR LLP |
| | 2600 El Camino Real, Suite 400 |
| 12 | Palo Alto, California 94306 |
| | Tel: (650) 858-6000 |
| 13 | |
| | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC* |
| 14 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG |
| | **NOTICE OF MANUAL FILING OF EXHIBITS B, E, F, AND G TO THE DECLARATION OF ALLISON QUE IN SUPPORT OF DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE/JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL AND STAY PENDING ARBITRATION AND MOTION TO DISMISS** |
| | Hon. Haywood S. Gilliam, Jr. |
| | Date: March 23, 2023 |
| | Time: 2:00 p.m. |
| | Courtroom 2 – 4th floor |
| | Amended Consolidated Complaint Filed: October 28, 2022 |

## MANUAL FILING NOTIFICATION

Regarding Exhibits B, E, F, and G to the Declaration of Allison Que In Support Of Defendants' Request for Incorporation by Reference/Judicial Notice In Support Of Defendants' Motion to Compel and Stay Pending Arbitration and Motion to Dismiss:

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at https://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The contents of this filing were served on Counsel for Plaintiffs on November 28, 2022.

This filing was not e-filed for the following reason(s):

- ☐ Voluminous Document (PDF file size larger than the efiling system allows)
- ☐ Unable to Scan Documents
- ☐ Physical Object (description): _____
- ☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
- ☐ Item Under Seal in Criminal Case
- ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).
- ☐ Other (description): _____

Date: November 28, 2022                    /s/ Allison Que
                                           Allison Que