FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2 – 4th Floor<br><br>Consolidated Am. Complaint filed: Oct. 28, 2022 |

Pursuant to Local Rule 3-15(a)(2), the undersigned counsel, on behalf of Plaintiffs Thomas LoSavio, Brenda Broussard, Dominick Battiato, Christopher Mallow and Jazmin Imaguchi hereby certify that as of this date, other than the named parties, there is no such interest to report.

Dated:  December 27, 2022         **COTCHETT, PITRE & McCARTHY, LLP**

By:   /s/ Frank M. Pitre
FRANK M. PITRE
NABILAH A. HOSSAIN
ANDREW F. KIRTLEY
*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

Dated:  December 27, 2022         **BOTTINI & BOTTINI, INC.**

By:   /s/ Nicholaus H. Woltering
FRANCIS A. BOTTINI, JR.
NICHOLAUS H. WOLTERING
*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

Dated:  December 27, 2022         **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

By:   /s/ P. Camille Guerra
DAVID S. CASEY, JR.
GAYLE M. BLATT
JEREMY ROBINSON
P. CAMILLE GUERRA
MICHAEL J. MORPHEW

*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class*

## **ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file Plaintiffs' Certification of Interested Entities or Persons. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  December 27, 2022

By: */s/ Frank M. Pitre*
Frank M. Pitre