FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**NOTICE OF APPEARANCE OF JULIE L. FIEBER**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Consolidated Am. Complaint filed: Oct. 28, 2022 |

Notice of Appearance of Julie L. Fieber; Case No. 4:22-cv-05240-HSG

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Julie L. Fieber, California State Bar Number 202857, of the law firm Cotchett, Pitre & McCarthy, LLP, hereby makes an appearance on behalf of plaintiffs and the proposed class in the above-captioned matter, and requests that all future correspondence, notices, pleadings, and other filings and service related to this matter be sent to her at the following address:

JULIE L. FIEBER<br>
Cotchett, Pitre & McCarthy, LLP<br>
San Francisco Airport Office Center<br>
840 Malcolm Road<br>
Burlingame, CA 94010<br>
Telephone: (650) 697-6000<br>
Fax: (650) 697-0577<br>
jfieber@cpmlegal.com

Dated: March 20, 2023                    Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By:   /s/ Julie L. Fieber
          JULIE L. FIEBER

*Attorneys for Plaintiffs and the Proposed Class*