| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>*This Filing Relates To All Actions* | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF FRANK M. PITRE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:  June 29, 2023<br>Time:  2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

I, Frank M. Pitre, hereby state, under the penalty of perjury, as follows:

1. I, Frank M. Pitre, am a member of the law firm of Cotchett, Pitre & McCarthy, LLP ("CPM"). I have personal knowledge of the matters set forth herein based on my active supervision of and participation in the matters discussed below. If called upon, I could and would testify competently thereto.

2. This declaration is filed in support of the accompanying motion for preliminary injunction, which seeks provisional class certification and appointment of CPM, Bottini & Bottini, Inc. and Casey Gerry Schenk Francavilla Blatt & Penfield, LLP ("Casey Gerry") as provisional class counsel.

3. As set forth in the motion to consolidate and appoint, CPM has done extensive work and committed significant resources to identifying and investigating potential claims in the action, filing an initial complaint on behalf of Plaintiff Matsko and participating in the preparation of the Consolidated Complaint on behalf of the current Plaintiffs, obtaining and analyzing Tesla's quarterly earnings calls, press releases, and other public statements; analyzing third party analyses and press reports on Tesla and its Full Self Driving ("FSD") technology; collecting and analyzing materials related to government agency actions concerning Tesla and its FSD, including from the California Department of Motor Vehicles and the National Highway Traffic Safety Administration ("NHTSA"); and communicating with well over a hundred potential plaintiffs who reached out to our firms and our co-counsels' firms, including those who retained CPM and/or our co-counsel and who are now serving as class representatives in this matter.

4. We have been working collaboratively with co-counsel firms before and after the filing of the Consolidated Complaint, on opposing the Motion to Dismiss and Stay, and addressing all issues before the court in that same manner, including this Motion for Preliminary Injunction and Provisional Class Certification. Working with Co-Counsel, CPM surveyed numerous members of the proposed class to identify and investigate additional facts for the Consolidated Amended Complaint and motion for preliminary injunction.

5. CPM and Co-Counsel have also organized the parties in this consolidated action, by preparing stipulations to consolidate cases and by continuing to meet and confer with the parties

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Frank M. Pitre ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

regarding scheduling and other procedural matters, case management statements, and filing stipulations and motions.

6. CPM and Co-Counsel researched and drafted the Consolidated Class Action Complaint, filed October 28, 2022, and this Motion for Preliminary Injunction. Both are the products of CPM's and Co-Counsels' months-long investigation. The Motion for Preliminary Injunction is supported by declarations from multiple Tesla owners detailing the common factual bases for relief in this action.

7. A true and correct copy of CPM's Firm Resume is attached hereto as **Exhibit A**.

8. Based on the San Francisco Peninsula for over half a century, CPM engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. CPM has offices in Burlingame, Los Angeles, Seattle, and New York.

9. CPM is repeatedly named to the *National Law Journal*'s list of top plaintiff litigation firms in the United States and, the *National Law Journal* named CPM to its inaugural list of Elite Trial Lawyers. The *Daily Journal*, California's leading legal publication, has also named CPM as one of the top law firms in Northern California that have extensive actual trial experience in complex cases. As set forth in the Firm Resume attached hereto, CPM has served as Lead or Co-Lead Counsel in numerous class action and complex cases in federal and California state courts. The firm possesses extensive experience in cases based on consumer protection and unfair competition statutes, product defects, mass torts, privacy and data breaches, and antitrust and securities matters, among other practice areas. CPM also has the resources necessary to vigorously prosecute complex actions and protect the interests of the class members and, importantly, proven trial experience. CPM has been acknowledged by courts and counsel for trying complex cases efficiently and effectively to courts and juries.

10. While CPM's extensive background is further detailed at its website, www.cpmlegal.com, and in the attached Firm Resume, examples of CPM's experience leading significant complex cases includes *In re Apple Device Performance Litigation*, No. 5:18-md-02827-EJD (CPM co-lead counsel; $310-$500 million settlement); *In re Bextra and Celebrex Marketing*

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Frank M. Pitre ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

*Sales Practices and Product Liability Litigation,* No. M:05-CV-01699-CRB, MDL No. 1699 (N.D. Cal.) (CPM co-lead trial counsel; Pfizer agreed to pay $894 million to settle consolidated injury and class action cases related to its pain killers Bextra & Celebrex); *In re Static Random Access Memory (SRAM) Antitrust Litigation*, No. 4:07-md-01819-CW (N.D. Cal.) (CPM lead counsel for direct purchasers of Static Random Access Memory chips, resulting in $77 million settlement after favorable rulings on application of U.S. antitrust laws to foreign conduct, standing of class representatives, and the proper showing for class certification). CPM is also experienced in litigation alleging consumer deception based on hidden capabilities of computer technology, including *In re Lenovo Adware Litigation*, No. 4:15-md-02624-HSG (N.D. Cal.) (co-lead counsel in class action on behalf of consumers who purchased computers with surreptitiously installed software that worsened battery performance and captured users' data for undisclosed uses).

11. CPM's efforts in this case are being led by myself, Karin Swope, Julie Fieber, Nabilah Hossain, and Andrew Kirtley, as well as the firm's extensive support staff. I have been recognized by my peers as an outstanding trial lawyer in areas of personal injury/wrongful death, consumer fraud, mass torts and commercial torts. As a result, my peers have elected me as a member of the prestigious American College of Trial Lawyers, American Board of Trial Advocates (Advocate), International Academy of Trial Lawyers, International Society of Barristers, and the National Board of Trial Advocacy. In 2018, I was honored by Consumer Watchdog with its Lifetime Achievement Award for my successful advocacy on behalf of consumers over more than three decades. I presently serve as President of CAL ABOTA, an organization of over 1600 Plaintiff and Defense Trial Lawyers.

12. Julie L. Fieber has practiced in a wide range of civil litigation areas including environmental claims, trade secrets, consumer fraud and employment. Before joining Cotchett, Pitre & McCarthy, Ms. Fieber practiced law in San Francisco, handling complex commercial disputes on topics that included securities, wage and hour claims, government contracts, and construction defects. Ms. Fieber graduated summa cum laude from the University of San Francisco School of Law. Prior to law school, Ms. Fieber earned a B.S. degree in Chemical Engineering from U.C. Santa Barbara. After graduating from UCSB, Ms. Fieber spent several years working as a consulting engineer for a mix of government and industry clients. Her primary focus was evaluating the environmental impacts of new

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration of Frank M. Pitre ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3

vehicle technologies and fuels. Highlights included managing the emissions modeling for the Auto-Oil Air Quality Improvement Research Program, an industry-lead effort to evaluate the regional environmental impacts of new vehicle fuels and technologies.

13. Karin Swope represents clients in consumer protection law, antitrust and securities litigation, environmental actions, privacy litigation and intellectual property counseling. Karin has represented clients for over 20 years in proceedings in state and federal courts across the country, as well as before the USPTO. She helped consumers fight against unfair and deceptive practices and has helped to change consumer protection law in the process. She has been appointed as co-lead counsel and to steering committees in antitrust and consumer cases, including cases against Apple and Intelius. She has represented companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA, in cases against Washington Mutual, State Street Bank and Regions Financial Corporation, among others. She has also represented shareholders in complex securities litigation, including disputes involving breach of fiduciary duty. Since 2008, Karin has served as an Adjunct Professor at Seattle University School of law, where she has taught the Intellectual Property Art Law Clinic.  She is currently serving as President of the board of the Intellectual Property Section of the Washington State Bar Association and is a member of the Western Washington Federal Bar Association Local Rules Committee.

14. Nabilah Hossain specializes in complex civil litigation, mass torts, consumer fraud, and personal injury. After graduating from law school, Ms. Hossain worked as an Assistant District Attorney for the New York County District Attorney's Office, prosecuting more than 2,000 cases involving murder, conspiracy, rape, perjury, assault, identity theft, and domestic violence, including over 150 cases presented to grand juries and 19 cases tried to verdict. Ms. Hossain was promoted by the Chief of the Trial Division to assist senior ADAs investigate and prosecute homicides, and led long term investigations of criminal conspiracies, including interstate warrants for homes, cell phones, social media accounts and iCloud accounts. Since joining CPM, Ms. Hossain has represented clients in state and federal court in wrongful death, product liability, fraud, direct shareholder, and consumer protection cases. She has litigated against the Boeing Company, PG&E and Ford Motor

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Frank M. Pitre ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

4

Company. Prior to law school, Ms. Hossain was a specialist in global markets and compliance investment banking compliance at Merrill Lynch, Pierce Fenner & Smith in New York, representing clients in SEC and FINRA enforcement actions and serving as the lead compliance officer for NYSE inquiries. She later served in the Civil Division of the U.S. Attorneys' Office, working on matters ranging from wrongful death litigation to federal asset forfeiture claims. She also interned for U.S. Magistrate Judge Robert M. Levy in the Eastern District of New York.

15. Andrew Kirtley is a senior associate at Cotchett, Pitre & McCarthy LLP. He specializes in complex commercial litigation and class actions against major corporations, such as Bank of America, Google, Qualcomm, Tesla, and large property insurers. Before joining the firm, Andrew spent several years as an attorney in the District of Columbia, where he worked at a tenants' rights law firm, the D.C. Bar Pro Bono Center, and a boutique law firm specializing in federal environmental and civil rights litigation. Andrew has represented hundreds of clients in all phases of litigation, including first-chairing dispositive motions, trials, and appeals. Andrew earned his J.D. from Northeastern University School of Law and a Master of Environmental Law and Policy from Vermont Law School. During law school, Andrew completed externships with U.S. Magistrate Judge Ronald Ellis in the Southern District of New York (New York, NY), the U.S. Department of Justice (Washington, DC), the Navajo Nation Department of Justice (Window Rock, AZ), and the Human Rights Law Network (New Delhi, India).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of March 2023, in the State of California.

                                           */s/ Frank M. Pitre*
                                           FRANK M. PITRE

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Frank M. Pitre ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

5