David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
Jeremy Robinson (SBN 188325)
jrobinson@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com
Michael J. Morphew (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Nabilah A. Hossain (SBN 329689)
nhossain@cpmlegal.com
Andrew F. Kirtley (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
Nicholaus H. Woltering (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Tesla Advanced Driver Assistance Systems Litigation, *This Filing Relates To All Actions* | CASE NO. 4:22-cv-05240-HSG **DECLARATION OF GAYLE M. BLATT IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, GAYLE M. BLATT, declare:

1. I am an attorney licensed to practice before all the courts of the State of California, including the United States District Courts and am a partner in the law firm

of Casey Gerry Schenk Francavilla Blatt & Penfield, LLP, attorneys of record for Plaintiffs herein.

2.     All matters stated herein are personally known to me, and if called as witness in this matter, I could competently testify thereto.

3.     This declaration is filed in support of the accompanying motion for preliminary injunction, which seeks provisional class certification and appointment of Cotchett, Pitre & McCarthy, LLP, Bottini & Bottini, Inc. and Casey Gerry Schenk Francavilla Blatt & Penfield, LLP ("Casey Gerry") as provisional class counsel.

4.     Founded in 1947, Casey Gerry is a San Diego based law firm which focuses on complex civil litigation, with an emphasis on consumer protection, class actions, product defect, pharmaceutical and serious personal injury matters.

5.     Casey Gerry's complex litigation team has extensive experience in contributing to the successful resolution of complicated class actions. Indeed, Casey Gerry's experience and reputation in complex litigation led to the appointment of Casey Gerry managing partner David Casey to the Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing Sales Practices, and Products Liability Litigation,* MDL No. 2672 (N.D. Cal.) ("VW Clean Diesel"), following a leadership application process involving more than one hundred and fifty applicants. In less than a year, Casey Gerry helped obtain settlements from Volkswagen totaling over $14.7 billion relating to their 2.0-liter engines. A further settlement involving 3.0-liter engines was negotiated with a value of at least $1.2 billion. Also, Casey Gerry's work contributed to getting a separate $327.5 million settlement from defendant Bosch. The *Volkswagen "Clean Diesel"* case remains one the largest settlements in U.S. history, including the largest known consumer class settlement. Further, although allegations were distinct, an additional case against Audi—the "*Audi CO2 Cases,*" MDL No. 2672 (N.D. Cal.), was consolidated in the *Volkswagen Clean Diesel* MDL, which resulted in a settlement of $96.5 million. Casey Gerry attorneys were also on the Plaintiffs' Steering Committee in *In re: Chrysler-Dodge-Jeep EcoDiesel Marketing,*

*Sales Practices and Products Liability Litigation*, 17-MD-2777 (N.D. Cal.), where they helped obtain a settlement of $307,406,800 in compensation to class members and an additional $239.5 million in extended warranty benefits. Further, in its role as Liaison Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation,* MDL No. 2797 (C.D. Cal.), Casey Gerry helped negotiate a common fund settlement of $423 million. Referring to the settlement, Judge Guilford stated, "this level of success reflects in part the skill and experience of class counsel, who have worked for many years litigating complex class actions like this one." (Dkt. 338 at p. 7).

6. Casey Gerry represented then Lt. Gov. Gray Davis in his private attorney general action against the tobacco industry. We were successful in obtaining a settlement of over $25 billion for the citizens of California, and also took part in successfully resolving other similar tobacco cases in other states. Our firm also was part of the trial team and played a leadership role in the Exxon Valdez litigation, which resulted in a $5 billion verdict. And recently, the firm obtained a first of its kind appellate victory against Amazon involving strict liability of online marketplaces.

7. My current court appointed leadership positions include Plaintiffs' Executive Committees in *In re: ZF- TRW Airbag Control Units Products Liability Lit.*, Case No. 19-ml-02905-JAK-FFM (C.D. Cal.); *In re: Intel Corp. CPU Marketing, Sales Practices and Products Liability Lit.*, Case No. 18-md-2828-SI (D. Or.), *In re: Apple Inc. Device Performance Lit.*, Case No. 18-md-02827-EJD (N.D. Cal.), as Interim Liaison Counsel for *In re: Bank of America California Unemployment Benefits Litigation,* No. 21-md-02992-LAB (S.D. Cal.) and Plaintiffs' Steering Committee in *In re: Chrysler Pacifica Fire Recall Products Liability Litigation,* No.2:22-cv-03040 DML-EAS (E.D. Mich.). Some of my other appointments include co-lead interim class counsel in *In re Warner Music Group Data Breach Litigation*, No. 20-cv-07473-PGG (S.D.N.Y.), *In re: Netgain Technology, LLC, Consumer Data Breach Lit.*, 21-cv-1210-SRN-LIB (D. Minn.), and

in *In re US Fertility LLC Data Security Litigation*, No. 8:21-cv-00299 (D. Md.); and Plaintiffs' Executive Committee in *In re: EyeMed Vision Care, LLC Data Security Breach Litigation*, No. 21-cv-00036-DRC (S.D. Ohio).

8. Casey Gerry has done extensive work and committed significant resources to identifying and investigating potential claims in this action, speaking with hundreds of owners of the subject vehicles, filing an initial complaint on behalf of Plaintiff Mallow and participating in the preparation of the Consolidated Complaint on behalf of the current Plaintiffs. We have researched, reviewed and analyzed an abundance of information, including public statements, video representations and other reports and documents relating to the representations made by Elon Musk and Tesla, and records regarding the actual capabilities of the Beta software at issue.

9. We have been working collaboratively with co-counsel firms before and after the filing of the Consolidated Complaint, on opposing the Motion to Dismiss and Stay, and addressing all issues before the court in that same manner, including this Motion for Preliminary Injunction and Provisional Class Certification.

10. Casey Gerry has significant experience prosecuting class actions addressing claims similar to those at issue here, and we are knowledgeable regarding the applicable law relevant to this case. Casey Gerry also has the resources and ability to litigate this case to conclusion.

11. A copy of Casey Gerry's Firm Resume is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 20, 2023, at Boynton Beach, Florida.

By: *s/Gayle M. Blatt*
     GAYLE M. BLATT

**SIGNATURE ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Gayle M. Blatt in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In Compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: March 21, 2023          By: */s/ Frank M. Pitre*
                                   Frank M. Pitre