FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>*This Filing Relates To All Actions* | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:  June 29, 2023<br>Time:  2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration of Francis A. Bottini, Jr. ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

I, Francis A. Bottini, Jr., hereby declare as follows:

1. I am a partner with the law firm of Bottini & Bottini, Inc. ("B&B") and counsel for plaintiff Dominick Battiato in this action. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would testify to these facts, if called upon to do so.

2. On September 15, 2022, Plaintiff Battiato filed a complaint against Defendants Tesla, Inc., Tesla Lease Trust and Tesla Finance LLC captioned *Battiato v. Tesla, Inc., et al.*, Case No. 3:22-cv-05264. Prior to filing the complaint, my firm performed substantial research and work identifying and investigating potential claims regarding the alleged violations at Tesla and their effect on consumers. On October 19, 2022, the *Battiato* action was consolidated with the above-captioned action.

3. I am a 1991 graduate of St. Louis University (B.A. *magna cum laude*), and 1 1994 graduate of the University of San Diego School of Law (J.D. *cum laude*), where I was the Lead Articles Editor of the San Diego Law Review. For my entire career, beginning in 1994, I have practiced in the areas of securities, consumer, and privacy class actions, mergers & acquisitions, antitrust, shareholder derivative litigation, and ERISA class action litigation. Prior to forming Bottini & Bottini, I was a partner at several firms, including Chapin Fitzgerald & Bottini LLP, Johnson Bottini, LLP, and Wolf Haldenstein Adler Freeman & Herz LLP. During my twenty-eight years in practice, I have successfully achieved dozens of multi-million-dollar recoveries in securities, consumer, privacy, and antitrust class action cases throughout the country. I also served as an Adjunct Professor of Business Law at the University of San Diego from 1995 to 1997.

4. In addition to my personal experience described above, the attorneys at my law firm have substantial knowledge and experience prosecuting class actions and other complex cases with claims similar to those at issue here. Some of the recent class actions in which my firm has served in a leadership role include: (1) *In re Zoom Video Commc'ns, Inc. Privacy Litig.*, Master File No. 20-CV-02155 (N.D. Cal.) (Koh, J.) -- Bottini & Bottini was appointed as a member of Plaintiffs' Steering Committee by Order dated June 30, 2020. The case was settled in 2021 for $85 million; (2) *In re Tik Tok, Inc. Consumer Privacy Litigation*, MDL No. 2948 (N.D. Ill.) – In 2020, Bottini & Bottini was appointed to Plaintiffs' Steering Committee by the Hon. John Z. Lee. In 2022, a settlement of $92

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Francis A. Bottini, Jr. ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG     1

million was approved by the Court; (3) *In re Alphabet Inc. Shareholder Derivative Litig.*, Lead Case No. 19CV341522 (Santa Clara Superior Court). Bottini & Bottini was appointed Co-Lead Counsel by the Hon. Brian C. Walsh after a heavily-contested lead counsel process. A groundbreaking settlement was reached in 2020 which resulted in Google's commitment to eliminate the use of mandatory arbitration in cases alleging sexual harassment and discrimination, the establishment of a Diversity, Equity, & Inclusion Council including two members selected by Plaintiffs' counsel, and an agreement by Google to spend $310 million over ten years on workplace initiatives designed to eliminate sexual harassment and discrimination and initiatives that support diversity, equity, and inclusion; (4) *Chicago Laborers Pension Fund v. Alibaba Group Holding Ltd.*, Case No. CIV535692 (Superior Court for the State of California, County of San Mateo). Bottini & Bottini was one of three firms (together with Robbins Geller Rudman & Dowd LLP and Cotchett, Pitre, & McCarthy LLP) that prosecuted a class action under the Securities Act of 1933 against Alibaba Group Holding Limited ("Alibaba") in the Superior Court of California, County of San Mateo arising from Alibaba's September 2014 initial public offering ("IPO"). After three and a half years of hard-fought litigation that involved substantial discovery in both the United States and China, a cash settlement was reached in December 2018 of $75,000,000.

5. Attached as **Exhibit A** is a true and correct copy of B&B's firm resume.

6. Given the above proven record of success in leadership roles, I respectfully submit that I and my law firm have the experience and resources needed to serve as provisional class counsel in this important case and are committed to doing so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2023 in La Jolla, California.

*/s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Francis A. Bottini, Jr. ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG     2

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Francis A. Bottini, Jr. in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: March 21, 2023

By: */s/ Frank M. Pitre*
Frank M. Pitre

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Francis A. Bottini, Jr. ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3