| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF DOMINICK BATTIATO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Dominick Battiato, hereby declare as follows:

1. I am a named plaintiff and putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of Valencia, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I am a senior project manager of data and analytics at Terminus Software.

3. In or about June 2021, I purchased a new Tesla Model 3. In or about, March 2022, I purchased a new 2022 Tesla Model Y. Neither vehicle came equipped with the Full Self-Driving Capability ("FSD") option. I made the initial decision not to buy the FSD option because of personal financial considerations, but intended on purchasing the FSD option at some point in the future.

4. I currently have the option to purchase FSD for a $15,000 one-time payment or a $199 monthly subscription fee.

5. I was interested in purchasing FSD after researching it online, including on Tesla's website, online articles, and social media. I recall seeing many videos of Teslas driving with FSD activated and was very impressed by the technology. Based on what I was seeing and reading about with FSD, I believed that it would be safer because the car would essentially drive itself and remove human error.

6. However, I have since learned about FSD's unreliability from news outlets and social media, including Twitter. I have also recently learned about the February 2023 National Highway Traffic Safety Administration ("NHTSA") recall of FSD.

7. As a result, I now feel that I can no longer trust Tesla's representations about FSD.

8. Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle, I wish that I could rely on Tesla's statements about the FSD option so that I could make a fair comparison between cars. However, I currently feel that I am unable to rely on Tesla's statements and, therefore, unable to evaluate its cars against competing manufacturer's products. If I could regain trust in Tesla's marketing and became convinced that Tesla had actually brought to market a car that was capable of true FSD, of course I would be interested in purchasing that vehicle.

Declaration of Dominick Battiato ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

9. I seek to be a class representative for this lawsuit. I understand the responsibilities of being a class representative, including that I am not only raising my own claims but seeking to represent all members of the class. I understand that I will have a duty to represent all members of the class, just as I would represent my own interests, and that I may need to put the interests of other class members before my own interests.

10. I have volunteered to be a class representative because I understand that many other people have been harmed by Tesla's conduct. I do not believe that I have any interests that are inconsistent with the interests of the class members I seek to represent.

11. I understand that as a class representative I will be required to respond to discovery and to be in regular communication with my lawyer regarding this lawsuit, and I am able and prepared to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2023 in Valencia, California.

                                                  */s/ Dominick Battiato*
                                                  Dominick Battiato

Declaration of Dominick Battiato ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Dominick Battiato in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  March 21, 2023

By:  */s/ Frank M. Pitre*
Frank M. Pitre

Declaration of Dominick Battiato ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3