| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG |
| | **DECLARATION OF BRENDA BROUSSARD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| This Case Relates To All Actions | |

Declaration of Brenda Broussard ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

I, Brenda Broussard, hereby declare as follows:

1. I am a named plaintiff and putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of Los Angeles, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I have a B.A. degree from Pepperdine University in advertising, and a paralegal certification in litigation. In the past, I have worked a variety of jobs, including as a paralegal in a personal injury firm. I am currently a full-time homemaker taking care of my teenage daughter.

3. In or about May 2022, I purchased a model year 2022 Tesla Model Y equipped with the Full Self Driving Beta ("FSD") option. I paid $12,000 for the FSD option up front.

4. This is the only Tesla I have ever owned. My main reason for buying a Tesla was that my vision in one eye is impaired, which impacts my depth perception. Based upon Tesla's advertising of its FSD system at the time, I believed it would be extremely helpful and would make it safer for me to drive, and that it would assist me by compensating for my eyesight and also improve my ability to react quickly to driving hazards. I recall seeing statements from Tesla or Mr. Musk reported on the internet that a Tesla operating with the FSD system would be safer than a human driver. I am a single mother with a teenage daughter who is a club soccer player. Most weekends I am driving her to out of town games, which can be anywhere from 1 to 2 hours away. Our safety is number one in my list of priorities. If the Tesla FSD option had performed the way Tesla and Mr. Musk represented it would, this would have been an immense help to us.

5. Typically, I stay informed and access news through online sites, including Newsbreak, CNBC, and Yahoo! News. I became interested in Tesla vehicles several years ago, and over the years I have followed announcements from the company and Mr. Musk regarding the capabilities of their FSD technology. I was particularly interested in their promise that the Tesla had the capability to at some point be fully self-driving. I even test drove a Tesla back in the mid-2010's, but at that time the vehicle was not equipped with the FSD technology.

6. I made my decision to purchase a Tesla after doing research online, including by looking at the Tesla website, and then going to the dealership where I filled out the paperwork for the

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Brenda Broussard ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

1  purchase. I filled out the paperwork using the Tesla dealer's tablet device, signing electronically on
2  the relatively small screen of that device. The Tesla employee directed me through the purchase
3  agreement, pointing out where I needed to sign. As far as I recall, he did not point out anything about
4  arbitration. I did not get a paper copy of the purchase documents to review prior to signing.

5        7.     I probably spent a month to a month and a half researching the vehicle before making
6  the decision to buy. I did not come across anything negative about the Tesla vehicles or the FSD
7  option during this research. At the time I purchased the car, Teslas were sold out, so I could not test
8  drive the vehicle or try out the FSD option before making the purchase. Despite this and based upon
9  the representations Tesla and Elon Musk were making about the capabilities of the FSD system up to
10 that time, I went ahead and paid $12,000 for that option.

11       8.     When my Tesla finally arrived, I found it too complicated to figure out on my own
12 how to use the FSD system, so I paid one of the Tesla salespeople to take me out in the car and show
13 me how to use it. The salesperson sat in the driver seat, I was in the passenger seat, and my daughter
14 sat in the back of the car as we went through this process. During this lesson, we were traveling
15 westbound on Highway 10 when the salesperson activated the FSD system, which began driving the
16 car. The car came to over an overpass on Highway 10 and was preparing to merge onto the 405
17 freeway southbound. Suddenly, the Tesla almost ran into the wall along the side of the freeway. The
18 salesperson, who had been driving with his hands off the wheel, suddenly had to grab the steering
19 wheel and jerk it to keep the car in the lane. This was a terrifying experience, as I feared for my life
20 and that of my daughter.

21       9.     At that moment, I realized that the Tesla's FSD system was unsafe. While the
22 salesperson was young and had excellent reflexes, I am not confident that I could have reacted as
23 quickly as he did in that situation. Nor am I confident I could react quickly enough in other situations
24 to keep the Tesla from driving into other obstacles or making other mistakes while operating in the
25 FSD mode. This is not to mention that one of my primary purposes in purchasing FSD was because of
26 representations that it could relieve the burdens of driving and was safer than a human driver. I did
27 not expect that I would need to be constantly on edge to prevent the FSD option from causing a crash.
28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Brenda Broussard ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

10. I have not used the FSD option since then. In fact, I asked for a refund of the $12,000 I paid for that option from Tesla, but they have refused to give me a refund.

11. It is important to me to have an electric car because of the benefits to the environment. For that reason, I might buy another Tesla. However, as things stand now, I do not believe I can trust Tesla's representations about its FSD technology, so I do not think I could purchase that option. In fact, if I had known back when I bought this car what I know now about the FSD system, I might have still bought the Tesla, but I certainly would not have paid extra for FSD.

12. My experience with the Tesla's FSD is similar to reports I have seen in the media about the safety problems with FSD. This has solidified my belief that the option is not safe and that it is unreliable.

13. I have not received notice from Tesla regarding the February 2023 National Highway Traffic Safety Administration recall related to FSD. In fact, when I took the car into a Tesla Service Center in late February 2023, the Tesla service people appeared unaware of the recall. They told me not to worry about it and that there would be a later software update sent out by Tesla.

14. Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle, I wish that I could rely on Tesla's statements about the FSD option so that I could make a fair comparison between cars. However, I currently feel that I am unable to rely on Tesla's statements and, therefore, unable to evaluate its cars against competing manufacturer's products. If I could regain trust in Tesla's marketing and became convinced that Tesla had actually brought to market a car that was capable of true FSD, of course I would be interested in purchasing that vehicle, for the same reasons that originally lead me to buy a Tesla.

15. I seek to be a class representative for this lawsuit. I understand the responsibilities of being a class representative, including that I am not only raising my own claims but seeking to represent all members of the class. I understand that I will have a duty to represent all members of the class, just as I would represent my own interests, and that I may need to put the interests of other class members before my own interests.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Brenda Broussard ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3

16. I have volunteered to be a class representative because I understand that many other people have been harmed by Tesla's conduct. I do not believe that I have any interests that are inconsistent with the interests of the class members I seek to represent.

17. I understand that as a class representative I will be required to respond to discovery and to be in regular communication with my lawyer regarding this lawsuit, and I am able and prepared to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 17, 2023 in Los Angeles, California.

*Brenda Broussard*

Brenda Broussard

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Brenda Broussard ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

4

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Brenda Broussard in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  March 21, 2023

By:  /s/ Frank M. Pitre
     Frank M. Pitre

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Brenda Broussard ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

5