| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF JAZMIN IMAGUCHI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Jazmin Imaguchi, hereby declare as follows:

1. I am a named plaintiff and putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of Orange, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I am a Business Relations Manager at JP Morgan Chase at their Newport Beach branch. My position involves daily reading of news involving the finance industry and I also keep apprised of current events on Apple News.

3. In or about September 2018, I purchased a new 2018 Tesla Model 3 equipped with the Enhanced Autopilot option for which I paid extra.

4. This is the only Tesla I have ever owned. I haven't had a moving violation in 12 years. My main reason for buying a Tesla is because safety and following the rules of the road are important to me, especially since I drive with my young children.

5. I made my decision to purchase a Tesla after doing research online, including reading safety comparisons between electric and non-electric vehicles, reviewing Tesla's website, and test driving a Tesla at the dealership. I purchased the Enhanced Autopilot package based upon the representations Tesla and Elon Musk were making about its capabilities.

6. In or about June 2020, I received an email from Tesla offering to upgrade from Enhanced Autopilot to Full Self-Driving Capability ("FSD") for $3,000. I researched FSD on Tesla's website and on www.teslaownersonline.com. FSD was relatively new at that time so there was not much to compare it to. Based upon representations Tesla and Elon Musk made about FSD, I decided to pay for the upgrade. I already had Enhanced Autopilot and I thought purchasing FSD would mean my Tesla would be truly self-driving.

7. Since purchasing and while using FSD, my Tesla has failed to detect a car in front of it and failed to slow down. I have also experienced sudden acceleration and sudden braking. I have had to frequently override the FSD system, which automatically turns it off.

8. Before having these experiences with the FSD system, I was considering purchasing a Model X or Model Y.

Declaration of Jazmin Imaguchi ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

9. However, knowing my experiences with FSD are not isolated incidents and others have experienced the same, I do not feel it is safe to purchase another Tesla with this feature.

10. I have recently learned of the FSD recall but have not received notice from Tesla.

11. Had Tesla accurately marketed the capabilities of its vehicles, I would likely have made a different decision about which electric vehicle to purchase, including what features to purchase.

12. Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle except for the FSD feature, I wish that I could rely on Tesla's statements about that feature so that I could make a fair comparison between cars.

13. I seek to be a class representative for this lawsuit. I understand the responsibilities of being a class representative, including that I am not only raising my own claims but seeking to represent all members of the class. I understand that I will have a duty to represent all members of the class, just as I would represent my own interests, and that I may need to put the interests of other class members before my own interests.

14. I have volunteered to be a class representative because I understand that many other people have been harmed by Tesla's conduct. I do not believe that I have any interests that are inconsistent with the interests of the class members I seek to represent.

15. I understand that as a class representative I will be required to respond to discovery and to be in regular communication with my lawyer regarding this lawsuit, and I am able and prepared to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2023 in Orange, California.

                                             __/s/ Jazmin Imaguchi___
                                             Jazmin Imaguchi

Declaration of Jazmin Imaguchi ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Jazmin Imaguchi in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  March 21, 2023

By:  /s/ Frank M. Pitre
     Frank M. Pitre

Declaration of Jazmin Imaguchi ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3