FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHEN DISTRICT OF CALIFORNIA**

**In re Tesla Advanced Driver Assistance Systems Litigation**

This Case Relates To All Actions

Case No. 4:22-cv-05240-HSG

**DECLARATION OF THOMAS LOSAVIO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**

I, Thomas LoSavio, hereby declare as follows:

1. I am a plaintiff and a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I am retired now, but formerly I was an attorney with the law firm of Low, Ball & Lynch in San Francisco, where I spent over 34 years in complex business litigation. At the time of my retirement, I managed the Business Advice and Litigation Group. I have represented defendants and plaintiffs in a variety of litigation contexts including: contracts; copyrights and trademarks; corporate, partnership and LLC disputes; employment; estates; professional liability of stock brokers, real estate brokers, attorneys and accountants; real estate; trade secrets; and unfair competition. Earlier in my career, I spent 3 years as an attorney with the Securities and Exchange Commission. I have a B.A. degree in government from Harvard University, and I obtained my J.D. from University of California, Berkeley School of Law.

3. In January 2017, I purchased a Tesla Model S, equipped with the Full Self Driving Beta ("FSD") option. I paid $8,000 for the FSD option up front but did not receive the option at the time of delivery. Through the next 6 years I kept communicating with Tesla and asking what needed to be done to obtain the FSD option. Tesla kept telling me that I would need to wait longer. I even went so far as to periodically schedule installation appointments with the Tesla Service Center, but I was unsuccessful in getting the system installed and active in my car. It was only within the last 4 weeks that Tesla finally installed what it told me was the necessary hardware in my car. However, although I have asked to be included in the Tesla FSD Beta Program, my understanding, based upon Tesla's communications, is that I have not been selected to participate and, as a result, FSD is not activated in my car.

4. This is the only Tesla I have owned. It is not my primary car, because my wife and I do a lot of golfing and it does not have sufficient space for our clubs and hand carts. Still, I have put over 30,000 miles on the Tesla since I purchased it.

5. I tend to be a first adopter when it comes to technology in general. Therefore, a big incentive for me to purchase the Tesla originally was its reputation, based upon what I read in the news including announcements by Tesla and Mr. Musk, for cutting-edge technology, including FSD. I was also interested in getting the FSD technology because I'm an older driver, and as one ages driving, and in particular night driving, becomes more challenging.

6. Before making the purchase, I spent considerable time exploring the Tesla website and articles about Tesla and FSD on the web. I recall seeing multiple videos online, and also coming across multiple quotes from Mr. Musk, all concerning what the FSD could do, such as autosteering and navigating on autopilot. In addition, for many years I have read 3 newspapers each day: the Wall Street Journal, New York Times, and San Francisco Chronicle. In the past decade, I followed coverage of Tesla and its FSD vehicles in these publications as well as on the web. Based on what I was reading about Tesla's FSD technology, I believed that it would give me additional safety and make driving more comfortable, because the car would be able to navigate itself. In fact, I recall seeing representations from Tesla and Mr. Musk that a Tesla with FSD technology was safer than a human driving, which I found to be plausible and a very attractive feature of the technology that I ultimately decided to purchase.

7. I was aware before purchasing a Tesla in 2017 that Tesla and Mr. Musk had represented that the FSD technology would be working and available for general release within a year. Therefore, I expected, when I purchased the vehicle in 2017, that the FSD software was already fairly well developed and would be made available to me and other Tesla owners in a relatively short period of time. I expected that FSD would then safely drive my car in at least some circumstances, and that it would continue to experience improvements and expanded abilities over time. I certainly never expected I would get to 2023 and Tesla still not have an FSD system capable of driving the car in at least some circumstances.

8. Just before FSD was installed in my car 4 weeks ago, I learned about the February 2022 National Highway Traffic Safety Administration ("NHTSA") recall of FSD. The recall, along with many news reports I have read in the last few years about safety and reliability issues with Tesla's FSD technology, has left me with grave concerns about whether the FSD technology would

even be safe to use. To date, I have not been able to use FSD for lack of access, but if I gained access to FSD on my car I would have serious safety concerns about using it.

9. I first learned about the February 2023 NHTSA recall of FSD when my brother-in-law mentioned it to me. To date, I have not received any notice from Tesla through its app, my vehicle touchscreen, or otherwise regarding the recall, nor what the status of the recall is as it relates to my car or whether my vehicle is affected.

10. If I had known in 2017 what I know now about the FSD system, I do not think I would have still bought my Tesla, because without a functioning FSD system, it was just another car and not really of interest to me. I certainly would not have been as interested in the car as I was, and I certainly would not have paid the extra money for the FSD option.

11. The fact that it has been over 6 years since my purchase and Tesla still has not developed a functioning FSD system, and is still having so many issues with FSD, has led me to believe that I was misled by Tesla regarding both the state of FSD in 2017 when I purchased it, and misled about the timeline on which Tesla would realistically be able to make a functioning FSD system available to me and other Tesla owners. Because of this, I now feel I can no longer trust Tesla's representations about the FSD technology. This is concerning to me both as someone who may soon get FSD in my car and will need and want to be able to rely on what Tesla says regarding FSD's abilities and limitations if I decide to use it, and also what Tesla says regarding the content and effect of regular FSD software updates that Tesla transmits to vehicles.

12. Given the number of other manufacturers marketing vehicles now that are competitive with the Tesla vehicle, I wish that I could rely on Tesla's statements about its vehicles and the FSD option so that I could make a fair comparison between cars in deciding whether to keep my current car or to purchase a new vehicle. However, I currently feel that I am unable to rely on Tesla's and Mr. Musk's statements about its vehicles and FSD technology and, therefore, I am unable to evaluate its cars and technology against competing manufacturers' products. If I could regain trust in Tesla's and Musk's statements and became convinced that Tesla had actually brought to market a car that was truly capable of being self-driving, of course I would be interested in purchasing that vehicle, for the same reasons that originally led me to buy a Tesla with FSD back in 2017.

13. I seek to be a class representative for this lawsuit. I understand the responsibilities of being a class representative, including that I am not only raising my own claims but seeking to represent all members of the class. I understand that I will have a duty to represent all members of the class, just as I would represent my own interests, and that I may need to put the interests of other class members before my own interests.

14. I have volunteered to be a class representative because I understand that many other people have been harmed by Tesla's conduct. I do not believe that I have any interests that are inconsistent with the interests of the class members I seek to represent.

15. I understand that as a class representative I will be required to respond to discovery and to be in regular communication with my lawyer regarding this lawsuit, and I am able and prepared to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2023 in Hillsborough, California.

Thomas LoSavio