FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF CHRISTOPHER MALLOW IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, <u>Christopher Mallow</u>, hereby declare as follows:

1.      I am a named plaintiff and putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of Boca Raton, Florida. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2.      In or about November 2019, I purchased a new Tesla Model 3 and paid an additional $7,000 above the vehicle's base price for the Full Self-Driving Capability package ("FSD").

3.      This is the only Tesla I have ever owned. As a technology enthusiast I regularly read news about technology, including news about new vehicle technology. Prior to purchasing my Tesla, I was looking for a safe, technologically advanced vehicle. I am also a physician and get called to the hospital at all hours of the night. My wife and I discussed the importance of me having a vehicle that provided enhanced safety during these times. Based upon my online research and articles I read about the Tesla FSD system and the conversation I had with the Tesla salesperson, I believed the FSD system would provide superior safety.

4.      I was originally undecided about purchasing the FSD package until the salesperson told me that the vehicle would get hardware and software updates as they became available. This seemed like the vehicle's safety capabilities would constantly be updated.

5.      I made my decision to purchase a Tesla after doing research online, including on Tesla's website, test driving vehicles from other manufacturers, test driving a Tesla at the dealership, and speaking to the Tesla salesperson.

6.      I have since learned about the FSD recall due the system being unreliable and potentially unsafe. I have also seen threads on Reddit and heard from friends that have FSD, about safety issues they've experienced.

7.      The FSD package includes Enhanced Autopilot. In order to access FSD Beta, drivers must attain a high Safety Score. This is achieved primarily by using Autopilot as much as possible. In 2022, while using Enhanced Autopilot my Tesla detected a car in front of it, but applied the brakes too late, causing a rear-end collision. After my Tesla was repaired and returned to me, I was given access to FSD Beta. I have not used FSD Beta.

8.     I have also seen threads on Reddit and heard from friends that have FSD, about safety issues they've experienced.

9.     I have since learned about the FSD recall due to the system being unreliable and potentially unsafe.

10.    If FSD worked as advertised and did not have the safety issues that have now become the subject of a recall, I would have purchased a Model Y when the prices dropped.

11.    However, knowing that the FSD system may be hazardous and taking into consideration my personal experiences, I do not feel it is safe to purchase another Tesla with this feature.

12.    Had Tesla accurately marketed the capabilities of its vehicles, I would likely have made a different decision about which electric vehicle to purchase, including what features to purchase.

13.    Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle except for the FSD feature, I wish that I could rely on Tesla's statements about that feature so that I could make a fair comparison between cars.

14.    I seek to be a class representative for this lawsuit. I understand the responsibilities of being a class representative, including that I am not only raising my own claims but seeking to represent all members of the class. I understand that I will have a duty to represent all members of the class, just as I would represent my own interests, and that I may need to put the interests of other class members before my own interests.

15.    I have volunteered to be a class representative because I understand that many other people have been harmed by Tesla's conduct. I do not believe that I have any interests that are inconsistent with the interests of the class members I seek to represent.

16.    I understand that as a class representative I will be required to respond to discovery and to be in regular communication with my lawyer regarding this lawsuit, and I am able and prepared to do so.

1       I declare under penalty of perjury under the laws of the United States of America that the

2 foregoing is true and correct. Executed on March 14, 2023 in Boca Raton, Florida.

3

4                             */s/ Christopher Mallow*

5                             Christopher Mallow

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Christopher Mallow in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  March 21, 2023                                By:   */s/ Frank M. Pitre*
                                                                          Frank M. Pitre