FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF CLAUDIU CORNETTI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Claudiu Cornetti, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I live in Edgewater, New Jersey. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I have a bachelor's degree in finance, a masters in accounting. I currently working in the area of financial and accounting consulting.

3. In May of 2022, my wife and I bought a Tesla Model Y, equipped with the Full Self Driving ("FSD") option. I pay $199 a month as a subscription fee for this option. This vehicle is in my wife's name, but it is the primary vehicle for both of us and I do most of the driving for that vehicle.

4. This is the fourth Tesla we have owned. We previously owned a 2017 Model X with the FSD suite, a 2018 Model 3 demo with FSD Beta, and a 2022 Model X with FSD, all prior to purchasing the Model Y in 2022. The 2022 Model Y is currently the only Tesla we own.

5. For the 2022 Model Y, the FSD subscription fee automatically renews unless cancelled. There are no refunds for cancelling mid-month. On prior vehicles I had purchased the FSD package rather than subscribing.

6. When deciding what car to buy, my wife and I visited the Tesla website and various threads on the Tesla Motor Club Blog. We also watched YouTube videos from early Tesla adopters. Typically I keep informed about current events through the internet, and in particular the Google news feed, which provides a compilation of news sources. I also subscribe to National Geographic magazine.

7. We chose to buy a Tesla Model Y partially because of its environmental benefits and because it is electric. The FSD option was icing on the cake. In earlier model years, the FSD was something my wife and I had appreciated because it was more enjoyable than driving in a regular car. Using FSD during highway driving allowed for us to drive longer periods with less fatigue. However, since Tesla stopped using the radar technology and began relying solely on cameras, as is the case

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Claudiu Cornetti ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

with the 2022 Model Y, FSD seems less safe to use. It felt like this was a technological step back and now the car must be much closer to obstacles before it reacts.

8. I now believe that the FSD system is unreliable and potentially unsafe, based both upon my own personal experience and reports in the national news. For example, my experience with the system was that with the FSD option activated, the car turns through intersections during a stale yellow light and fails to stop at stop signs. The car also can swerve wildly when coming up on an intersection where the turn lane markings do not follow from the roadway from which the vehicle is departing into the roadway the vehicle is turning into. My experience is similar to news reports I have read.

9. This is a problem for us, because one of the reasons we purchased the Tesla was the FSD system. Now we cannot use that system because it makes the car less safe. We have cancelled our FSD subscription until it is deemed safe to use.

10. Because we are so frustrated with the inability to use the FSD option, I am not sure if we would purchase a Tesla in the future, and I find it doubtful that I would pay for the FSD option if I did purchase another Tesla in the future. We just do not know if we will ever be able to rely again upon representations Tesla makes about its vehicles and their potential to be fully self-driving.

11. Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle except for the FSD feature, I wish that I could rely on Tesla's statements about that feature so that I could make a fair comparison between cars.

12. We have not received any notice from Tesla regarding the National Highway Traffic Safety Administration recall related to Tesla's FSD system. I learned about the recall from the news.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2023 in Edgewater, New Jersey.

Claudiu Cornetti

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration of Claudiu Cornetti ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2