| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF DION FOREMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Dion Foreman, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of Arizona. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I am a senior program manager specializing in software development lifecycle technologies for the financial industry.

3. In December 2019, I leased a model year 2020 Tesla Model 3, equipped with the Full Self Driving Beta ("FSD") option. I paid $10,000 for the FSD option up front but did not receive the option until the final six months of the lease, which ended in December 2022.

4. In November 2022, I purchased a pre-owned 2022 Tesla Model Y with Autopilot and an FSD subscription costing $199 per month. I maintained the subscription for two months before cancelling it after concluding it was unreliable and unsafe.

5. These are the only Teslas I have owned.

6. Deciding to lease the 2020 Tesla Model 3 in December 2019, including paying the extra $10,000 for the FSD option, was a major decision for me. I spent over a year doing research before making the decision. My research included going into to the Scottsdale Tesla dealership, asking numerous questions of Tesla staff, and physically sitting inside the cars. I also conducted research by searching online and reading articles and reviews from various sources, including in the publications Wired and Car & Driver. I recall at the time reading quotes and seeing videos of Elon Musk stating how close the Tesla vehicles were to being fully self-driving (his prediction being it would only take about six months for the technology to be ready). Based upon what I was seeing in the press and statements and advertising from Tesla and Mr. Musk, I believed that the FSD technology was already well along in development, and therefore it made sense that it might be fully self-driving within 6 months to a year. This strongly influenced my decision to lease the 2020 Tesla Model 3.

7. Moreover, I really wanted an electric car and, in 2019, there were not a lot of options. While I liked the superior range on the Tesla in comparison to other electric vehicles at the time, the

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Dion Foreman ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

promised FSD technology really put the Tesla over the top and made it the obvious choice, even though Tesla with FSD was more expensive than other electric vehicles I was considering.

8. I have since learned that the FSD system is unreliable and unsafe. This is based both upon my own personal experience with the feature and reports in the national news, such as reports about fatal Tesla crashes. For example, my experience with the system in the Tesla Model 3, as short lived as it was, was that FSD had difficulty doing even simple tasks safely. FSD often had difficulty keeping the car in its lane, and when it came time to take the connector ramp from one highway to another, FSD would not slow down from the highway speed of 75 MPH, forcing me to take control. After Tesla sent out a software update deactivating the forward-facing radar on my 2020 Model 3, I noticed that its tendency to drift became more severe. When FSD was engaged, the car would often become "confused" when it reached a fork in the road and had difficulty deciding how to pick a lane to continue onto. My experience with the FSD technology was far short of what I had believed the technology would be able to do based upon the advertising from Tesla and statements by Mr. Musk.

9. In my 2022 Model Y, when FSD was engaged, the car repeatedly failed to stop for red lights and drove through intersections without stopping when necessary, it would also change multiple lanes at a time and sometimes begin to drive in the oncoming lane, at which point I had to quickly intervene and take control.

10. Obviously, these recurring issues were a serious safety concern and also very disappointing to me because one of my major motivations for choosing a Tesla was the FSD system. The system is so unreliable and unsafe I cancelled my subscription on the Model Y after only 2 months. Given my experience, I now believe that I was greatly misled by Tesla and Mr. Musk about FSD's abilities at the time I made the decision to lease or purchase both of my vehicles. Based on this, I do not believe that I can currently trust Tesla's and Mr. Musk's representations about what the FSD technology can do and whether it is safe to use.

11. I have not received any notice from Tesla regarding the February 2023 National Highway Traffic Safety Administration recall related to Tesla's FSD system.

12. If I had known then what I know now about the FSD system, I might have still bought the Tesla, but I certainly would not have paid the extra money for the FSD option.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Dion Foreman ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

13. Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle, I wish that I could rely on Tesla's statements about the FSD option so that I could make a fair comparison between cars. However, I currently feel that I am unable to rely on Tesla's statements and, therefore, unable to evaluate its cars against competing manufacturer's products. If I could regain trust in Tesla's marketing and became convinced that Tesla had actually brought to market a car that was capable of true FSD, of course I would be interested in purchasing that vehicle, for the same reasons that originally lead me to buy a Tesla with the FSD option.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2023 in __Phoenix, Arizona__.

_Dion Foreman_

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

Declaration of Dion Foreman ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3