FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Tesla Advanced Driver Assistance Systems Litigation<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF MARY J. MEYER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, <u>Mary J. Meyer</u>, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I live in Arizona. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I am retired now, but formerly worked in IT positions servicing mainframes. My husband is a retired automotive engineer.

3. In the summer of 2019, my husband and I bought a Tesla Model 3, equipped with the Full Self Driving ("FSD") option. We paid $6,000 for the package at the time.

4. This is the first Tesla we have owned. We purchased the Model 3 - particularly Full Self Driving - with our age in mind to maintain driving independence. We were both in our mid to late 70's at the time, and both wanted a vehicle that would help us drive more safely as we age. The Model 3 has been my primary vehicle.

5. Another feature that factored into our choice to buy a Tesla Model 3 was the summon feature which was touted as being able to autonomously drive the car to us from across a parking lot. This type of self-driving we believed, at the time, meant that we could age with the car and it eventually could assume most of the responsibility for getting us around safely.

6. When deciding what car to buy, we watched multiple news reports, some of which included statements made by Elon Musk regarding the autonomy of the FSD option. We also reviewed the Tesla website. In fact, we purchased the car through Tesla's website. We spent probably at least a couple hours a week for a few weeks researching the vehicle before deciding to purchase from Tesla. At the time, the FSD option was not yet deployed in cars that were on the road, so we had to rely on what Tesla said it would be able to do.

7. Now we have learned that the FSD system is unreliable and potentially unsafe. This is based both upon our own personal experience with the feature and reports in the national news. For example, our experience with the system was that with the FSD option activated the car will phantom brake. The summon feature, which we were originally quite interested in, we now have realized will operate the car on the wrong side of a lane in a parking lot or causes the car to pull out in front of

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Mary J. Meyer ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

1  other cars. While operating the "navigate on autopilot" feature, the car also will enter a highway ramp
2  at the last moment and is very slow and indecisive when trying to change lanes. Overall, we have not
3  found the FSD option reliable enough to use. Our experience appears similar to reports I have read in
4  media.

5      8. Another problem we have experienced is that during dust storms, which are common
6  in Phoenix, the Tesla does not appear to be able to "see" through the dust as other vehicles equipped
7  with adaptive cruise control are able to do, making the FSD unreliable and unsafe.

8      9. Obviously, this is a problem for us because the primary motivation for purchasing a
9  Tesla was the FSD system. Now we cannot use that system because it makes the car less safe.

10     10. We have not received any notice from Tesla regarding the National Highway Traffic
11 Safety Administration recall related to Tesla's FSD system. The first we knew of the recall was
12 during the preparation of this declaration.

13     11. While the inability to use the FSD system has been frustrating and disappointing, we
14 would consider buying another Tesla vehicle in the future if the FSD system worked safely.

15     12. Given the number of other manufacturers marketing electric vehicles now that are very
16 competitive with the Tesla vehicle except for the FSD feature, we wish that we could rely on Tesla's
17 statements about that feature so that we could make a fair comparison between cars. Had Tesla
18 accurately marketed its FSD option's capabilities, it would have influenced our decision to purchase
19 this vehicle in the first instance.

20     I declare under penalty of perjury under the laws of the United States of America that the
21 foregoing is true and correct. Executed on March 14, 2023 in Vail, Arizona.

*Mary J. Meyer*

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Mary J. Meyer ISO Plaintiffs' Motion for Preliminary Injunction and Provisional
Class Certification; Case No. 4:22-cv-05240-HSG

2