| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF JENNIFER THOMAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Jennifer Thomas, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of West Hollywood, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. In or about December 2019, I purchased a new Tesla Model 3 equipped with the Full Self-Driving Capability ("FSD") option. I paid $7,000 for the FSD option.

3. This is the only Tesla I have ever owned. Safety is important to me and one of the reasons I purchased the vehicle. The salesperson told me that the FSD system would be able to detect red lights and stop signs by the summer of 2020. I believed this would provide a safety net if I did not see a red light or stop sign or that the vehicle would see things I did not see.

4. I also researched FSD on Tesla's website because I thought their website would have the most up to date information about their products.

5. I made my decision to purchase a Tesla after reviewing Tesla's website, test driving a Tesla at Century City mall and speaking to the salesperson. One of the things that stuck out in my mind was the safety of its self-driving features, touted by Tesla.

6. Based on Tesla's information about FSD, I thought the vehicle would drive itself. I believed it was similar to a robo-taxi – that I could tell it where I wanted to go, and it would drive me to the destination.

7. While using FSD mode, I have experienced incidents where the vehicle does not slow down while approaching a stop sign at an intersection, randomly jerks and slows down on the freeway, erratic braking on streets, and braking due to shadows, causing me to override the system.

8. I have friends who have experienced similar incidents with their Teslas.

9. I follow Tesla on Instagram which I view daily and also regularly read news updates on Apple or News Break apps.

10. I recently learned of the FSD recall but have not received notice from Tesla.

11. I like the Tesla because I don't have to pay for gas, and for this reason, I would likely purchase another one. However, I would not purchase FSD.

Declaration of Jennifer Thomas ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

12. Had Tesla accurately marketed the capabilities of its vehicles, I would likely have made a different decision about which electric vehicle to purchase, including what features to purchase.

13. Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle except for the FSD feature, I wish that I could rely on Tesla's statements about that feature so that I could make a fair comparison between cars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2023 in West Hollywood, California.

                                                            */s/ Jennifer Thomas*
                                                            Jennifer Thomas

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Jennifer Thomas in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  March 21, 2023

By: */s/ Frank M. Pitre*
Frank M. Pitre

Declaration of Jennifer Thomas ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3