FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF VICTOR VALDOVINOS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

Declaration of Victor Valdovinos ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

I, Victor Valdovinos, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I am a resident of Carlsbad, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I am a licensed Professional Civil Engineer in California with an MBA and a Navy Veteran. I am interested in technology and routinely monitor technology stocks and news about technology.

3. In or about August 2021, I purchased a new Tesla Model Y Long Range equipped with the Full Self-Driving Capability ("FSD") option. I paid $10,000 for the FSD option.

4. This is the only Tesla I have ever owned. I test drove the Tesla at the UTC mall in La Jolla, California.

5. While looking at the various options Tesla offered, I read about FSD. I recall reading statements about FSD to the effect that the technology would make the vehicle into a "robo taxi," "uber ride," "make money for you," and "take you to work, drop you off, and pick up groceries." I also saw an introductory video about FSD on Tesla's webpage that said the technology would allow the vehicle to drive between locations and that it was safe.

6. In addition to the above, I made my decision to purchase a Tesla after reviewing Tesla's website, test driving a Tesla at UTC mall and speaking to a Tesla salesperson.

7. Since purchasing my Tesla and while using FSD mode, I have realized that I must be in a heightened state of alert because FSD does not work as advertised. I frequently have to correct the steering, the vehicle brakes or slows down on vertical curves on freeways, and suddenly brakes when a big rig is in the lane adjacent to it. These are safety issues, not only for me and my passengers, but for others on the roadway. For example, if the vehicle brakes on a vertical curve on the freeway, I could get rear-ended by the car behind me. Approaching vertical curves has caused my Tesla's speed to suddenly decrease from approximately 70 mph to 45 mph on the freeway.

8. FSD is not reliable at intersections and the ability to summons the vehicle also does not work as advertised.

Declaration of Victor Valdovinos ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

9. For safety reasons, I do not use FSD when my toddler is in the car. In addition, my girlfriend refuses to use FSD, and this is her main vehicle.

10. The Tesla has over 40,000 miles and approximately less than 300 miles of FSD use.

11. I have read about FSD's unreliability on news blogs and recently learned of the FSD recall. However, I have not received notice from Tesla.

12. I like my Tesla, in large part, because of the robust charging networks. I also like its performance when not in FSD mode. For these reasons, I would likely purchase another Tesla, but I would not purchase FSD.

13. Had Tesla accurately marketed the capabilities of its vehicles, I would likely have made a different decision about which electric vehicle to purchase, including what features to purchase.

14. Given the number of other manufacturers marketing electric vehicles now that are very competitive with the Tesla vehicle except for the FSD feature, I wish that I could rely on Tesla's statements about that feature so that I could make a fair comparison between cars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2023 in Carlsbad, California.

                */s/ Victor Valdovinos*
                Victor Valdovinos

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Victor Valdovinos in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  March 21, 2023

By: */s/ Frank M. Pitre*
Frank M. Pitre

Declaration of Victor Valdovinos ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3