FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF WILLIAM B. WILEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of William B. Wiley ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

I, William B. Wiley, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I reside in San Francisco, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. I am an attorney with over 45 years of experience. I am retired now, but I formerly worked for over 25 years in the federal government, serving as Chief Counsel to the Chairman of the federal Merit Systems Protection Board ("MSPB") and Chief of Staff to the General Counsel of Federal Labor Relations Authority. I then worked for approximately 20 years as an attorney in private practice representing agencies before the MSPB, EEOC, and United States Office of Special Counsel. I have a B.S. degree in chemistry and zoology from Louisiana State University, an M.S. degree in organizational psychology from San Francisco State University, and my J.D. is from William Howard Taft School of Law.

3. In July 2020, I bought a Tesla Model 3, equipped with the Full Self Driving ("FSD") option. I paid a lump sum of $7,000 for the FSD option, on top of the vehicle purchase price. This car is the primary car for myself and my wife, although I am the title owner.

4. This is the first Tesla I have owned. Previously, I owned a Porsche, but transferred that to my daughter about a year after purchasing the Tesla. Our previous car was a Prius, which we had bought, among other reasons, for its safety features.

5. Back in 2020, when my wife and I were deciding what type of vehicle to buy, we looked to information that was available on the Internet, including the Tesla website, the publication Consumer Reports, and press releases that Tesla had issued regarding the FSD system. We were impressed by Tesla's reputation for innovative technologies, and particularly with the capabilities that Tesla and Mr. Musk represented that the FSD technology would have within the next 6 months to a year. Generally, I rely on newspapers and magazines to stay informed. I regularly read the Washington Post, San Francisco Chronicle, Apple News feed, the CNN website, and the Economist magazine, Consumer Reports, The Week, Smithsonian, and National Geographic. We had read about

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of William B. Wiley ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

the Tesla FSD system through these sources. We probably spent 10 hours total over a period of 3 to 4 months researching before we made the decision to buy the Tesla with FSD.

6. We chose to buy a Tesla with the FSD option because my wife and I are getting older. She is 80, and I am 74. We recognized as we have aged that our driving skills are not as good as they were when we were younger. We thought the FSD option would help compensate for that. Reading about what Tesla represented that the FSD option could do, we were very impressed by the advertised capabilities and thought that a vehicle with that option would be much safer than a vehicle without the FSD option. Before buying the car, I specifically recall seeing Elon Musk on the news talking about how, despite an occasional crash, on average cars with the FSD option were safer, which was a very attractive feature to me and my wife. At the time we were looking at the Tesla, in the spring and summer of 2020, I had heard only positive things about the FSD option and we believed it would be safer than our other cars, particularly the Prius.

7. Other features that we found attractive about the Tesla included the automation of features such as switching on windshield wipers and headlights, the regenerative braking, and the many safety sensors. However, the FSD system was a primary motivation of ours for choosing to buy a Tesla. Based upon our research, we believed that in a reasonably short time, among other things, the FSD would be able to be programmed with a destination and it would then handle the navigation and driving to that location, that it would monitor to stay within a lane and to perform lane changes safely, and that it could safely maintain distances between vehicles at freeway speeds.

8. I purchased my Tesla through the Tesla website, and did not have an opportunity to drive it until the day I took delivery. As a result, I did not get to actually test out the capabilities of the FSD system until after I took delivery of my Tesla.

9. I have since learned that the FSD system is unreliable and potentially unsafe. This is based both upon my own personal experience using FSD and reports in the national news. For example, my experience with the system was that with the FSD option activated, the car would behave unsafely and erratically when making routine driving maneuvers, such as entering curves at an unsafe speed, unexpectedly braking hard while traveling at freeway speeds, and abruptly correcting and braking while making lane changes if another car approached. Rather than allowing me to be less

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of William B. Wiley ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

vigilant while driving, the FSD requires me to be hyper-vigilant, because it tends to make sudden, unexpected, and unsafe maneuvers. My experience appears similar to reports I have read in CNN and other media after I purchased the car. These problems were not immediately apparent when I took delivery of my car, but I discovered them as I drove the car more and used the FSD option in different situations.

10. Obviously, this is a serious problem for my wife and me because one of our primary motivations for purchasing a Tesla was that it would be safe because of the FSD system, which Tesla and Mr. Musk had represented reduced or eliminated the element of human error in driving. Now we do not use that system because it is clear to us, based upon our experience using it, that activating FSD makes traveling in the car less safe.

11. We have not received any notice from Tesla regarding a recall about the FSD system from the National Highway Traffic Safety Administration. I first heard about it a few weeks back through general news reports.

12. I recently read in the Washington Post, in an article published March 19, 2023, that Tesla, at Mr. Musk's direction, has deactivated the radar in 2020 Model 3 vehicles like the one I own. This is the first I have heard of this change to my car. I do not understand why Tesla would do that, because the radar is one of the things that I had believed made the car safer to drive, based upon Tesla's representations. It makes no sense to me that the company would disable technology in the vehicle with the result that it is now less safe to drive, for no apparent reason and without notice to Tesla owners such as myself.

13. While the inability to use the FSD system has been frustrating and disappointing, I would still consider purchasing a Tesla again if I could believe that it was accurately representing the safety and characteristics of its vehicles. At present, however, I do not believe I can rely upon representations from Tesla regarding its vehicles and the FSD system.

14. However, I no longer use the FSD feature on my own vehicle because of the safety issues and would hesitate to pay for this feature if I were to purchase a Tesla again. If I thought I could again rely on Tesla's claims about improving its technology to the point that its vehicles were actually safely self-driving, even if not in all circumstances, I would be interested in purchasing a

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of William B. Wiley ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3

1  Tesla car with that technology. But at this time, I do not know when or if I will ever be able to rely
2  again upon representations Tesla makes about the FSD option making its vehicles fully self-driving.
3      15.    Given the number of other manufacturers marketing electric vehicles now that are very
4  competitive with the Tesla vehicle except for the FSD feature, I wish that I could rely on Tesla's
5  statements about that feature so that I could make a fair comparison between cars.
6      16.    Had Tesla accurately marketed what its FSD system could or could not do, it would
7  have significantly influenced my decision to purchase this vehicle in the first instance.
8      I declare under penalty of perjury under the laws of the United States of America that the
9  foregoing is true and correct. Executed on March 20, 2023 in San Francisco, California.



William B. Wiley

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of William B. Wiley ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

4