FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:  June 29, 2023<br>Time:  2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

**[PROPOSED] ORDER**

A motion for preliminary injunction and provisional class certification by Plaintiffs Thomas J. LoSavio, Brenda T. Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi ("Plaintiffs") against Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC ("Tesla" or "Defendants") came on for hearing before this Court on June 29, 2023. Having considered all memoranda and evidence submitted in support of or in opposition to the Motion, the complete record, oral argument of counsel, and the relevant law, the Court hereby GRANTS Plaintiffs' motion for provisional class certification, GRANTS Plaintiffs' motion for a preliminary injunction, and ORDERS as follows:

PROVISIONAL CLASS CERTIFICATION

The Court hereby provisionally certifies pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure a class comprising "All persons who purchased or leased a new Tesla vehicle from Tesla, Inc. (or any entity it directly or indirectly owns or controls, including but not limited to Tesla Lease Trust and Tesla Finance LLC) on or after January 1, 2016, who still own or lease that vehicle, and who have purchased 'Full Self-Driving Capability' for their vehicle or who could add 'Full-Self Driving Capability' to their vehicle by purchase or subscription."

The Court finds that the class is sufficiently numerous and that there are ample common questions of law and fact, including but not limited to Tesla has the common practices alleged and whether those common practices are unlawful. *See* Fed. R. Civ. P. 23(a)(1)-(2); *Jimenez v. Allstate Ins. Co.*, 765 F.3d 1161, 1165 (9th Cir. 2014). Provisional certification is appropriate under Rule 23(b)(2) because Plaintiffs at this stage seek only preliminary injunctive relief based on Tesla's practices that are applicable to all class members. *See Rodriguez v. Hayes*, 591 F.3d 1105, 1125 (9th Cir. 2010).

The Court finds that Plaintiffs Thomas J. LoSavio, Brenda T. Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi have claims typical of the class's and are adequate representatives, and accordingly provisionally certifies them as class representatives. *See* Fed. R. Civ. P. 23(a)(3)-(4).

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

The Court finds that Plaintiffs' counsel Cotchett Pitre & McCarthy LLP, Bottini & Bottini Inc., and Casey Gerry Schenk Francavilla Blatt & Penfield LLP satisfy the requirements of Rule 23(g)(1) and accordingly provisionally appoints them as class counsel.

<u>PRELIMINARY INJUNCTION</u>

Plaintiffs have shown that they and the class are at grave risk of continuing to suffer serious irreparable harm in the absence of immediate injunctive relief, and that the balance of equities and public interest tip sharply in their favor.  Plaintiffs have further shown that they are likely to succeed on the merits of their claims that: (1) Tesla's practices, as described in Plaintiffs' Memorandum of Points and Authorities in support of their Motion, have violated the Consumer Legal Remedies Act ("CLRA"), False Advertising Law ("FAL"), and Unfair Competition Law ("UCL") as Tesla's FSD claims are false and deceptive and are likely to deceive the public, and (2) Plaintiffs' allegations easily satisfy all additional requirements for imposing liability on Tesla under the CLRA, FAL, and UCL.

Accordingly, the Court hereby ORDERS Tesla and Tesla's officers, directors, agents, employees, representatives, and all persons acting under, in concert or participation with, or for them, to comply with its constitutional, statutory, and common law obligations by doing all of the following:

1. Immediately cease to market or otherwise represent that its SAE Level 2 ADAS technology gives vehicles "Full Self Driving Capability" (or substantively equivalent language), makes vehicles "self-driving" or "autonomous" (or substantively equivalent language), unless and until Tesla develops technology that is approved by a U.S. state or federal regulator as an SAE Level 3, 4, or 5 technology that may be used on all public roadways by any person with a typical class of driver's license.

2. Immediately cease the sale and initial activation of FSD Beta software on all Tesla vehicles until such time as defects publicly identified by the National Highway Traffic Safety Administration ("NHTSA") have been remedied, as confirmed by the Court.

3. Within 24 hours of the issuance of the preliminary injunction, provide conspicuous written notice to all Tesla vehicle owners and lessees, delivered by an electronic message to each

[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

owner's or lessee's Tesla account "inbox" and by a conspicuous one-time pop-up on their vehicle's main touchscreen that appears upon starting the vehicle and that requires the driver to touch the screen to click out of the pop-up, that a court has found that Tesla's use of the terms "Full Self Driving Capability," "self-driving," and "autonomous" to describe its FSD technology is inaccurate and likely to deceive members of the public, and that the Court has ordered Tesla to immediately stop using those terms to describe its FSD technology.

4. Within 24 hours of the issuance of the preliminary injunction, provide conspicuous written notice to all Tesla vehicle owners and lessees, delivered by an electronic message to each owner's or lessee's Tesla account "inbox" and by a conspicuous one-time pop-up on their vehicle's main touchscreen that appears upon starting the vehicle and that requires the driver to touch the screen to click out of the pop-up, that Tesla will be remotely deactivating FSD Beta on all vehicles due to safety defects identified by NHTSA, and that Tesla will not reactivate FSD Beta until those defects have been remedied, as confirmed by the Court. Within 48 hours of the issuance of the preliminary injunction, cause FSD Beta to be remotely deactivated on all Tesla vehicles, and keep FSD Beta deactivated on those vehicles in accordance with the terms of the afore-mentioned written notice.

To effectuate the purposes of the foregoing preliminary injunctive relief, the Court hereby FURTHER ORDERS as follows:

5. By separate order to be issued contemporaneously herewith, the Court shall appoint a U.S. Magistrate Judge to, on an expedited basis, (a) oversee enforcement of the preliminary injunction, (b) adjudicate in the first instance any disputes that may arise related to expedited discovery ordered by the Court, and (c) recommend to the Court whether it would be in the public interest to appoint an independent third party with appropriate expertise in ADAS technology to review Tesla's proposed remedies to the defects identified by NHTSA and confirm whether they are likely to remedy the defects, before Tesla transmits those remedies via over-the-air updates to the Tesla vehicles owned or leased by members of the provisionally certified class.

6. Tesla shall provide Plaintiffs expedited discovery on the following issues: (a) whether deactivating FSD Beta fully removes the safety risks identified by NHTSA, (b) whether Tesla has an

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3

appropriate process and standards to ascertain whether any proposed over-the-air software update developed by Tesla would fully remedy the defects identified by NHTSA, and (c) such other issues deemed that the U.S. Magistrate Judge appointed by the Court deems appropriate for expedited discovery in connection with the preliminary injunctive relief.

IT IS SO ORDERED.

Date: _____     _____
                                HAYWOOD S. GILLIAM, JR.
                                UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

4