FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br><br><br><br><br>*This Filing Relates To All Actions* | Case No. 4:22-cv-05240-HSG<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:   June 29, 2023<br>Time:   2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional
Class Certification; Case No. 4:22-cv-05240-HSG

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiffs Thomas J. LoSavio, Brenda T. Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi ("Plaintiffs") respectfully request that this Court take judicial notice of the listed documents in connection with Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. The following documents were all accessed and downloaded on March 20-22, 2023, unless otherwise stated:

1. **RJN 1:** Excerpt from the U.S. Department of Transportation National Highway Traffic Safety Administration publication titled "Human Factors Evaluation of Level 2 and Level 3 Automated Driving Concepts," published in August 2015, available at https://www.nhtsa.gov/sites/nhtsa.gov/files/812182_humanfactorseval-l2l3-automdrivingconcepts.pdf, and attached as Exhibit 1 to the concurrently filed Declaration of Andrew F. Kirtley ("Kirtley Declaration").

2. **RJN 2:** Testimony of Dr. Chris Urmson, Director, Self-Driving Cars, Google before the U.S. Senate Committee on Commerce, Science and Technology hearing titled "Hands Off: The Future of Self-Driving Cars," published on March 15, 2016, available at https://www.commerce.senate.gov/services/files/5C329011-BD9E-4140-B046-A595B4C89EB4, and attached as Exhibit 2 to the concurrently filed Kirtley Declaration.

3. **RJN 3:** Excerpt of the National Transportation Safety Board investigation, NTSB #: HWY16FH018, Williston, Florida, published on June 19, 2017, available at https://www.ntsb.gov/investigations/Pages/HWY16FH018.aspx, and attached as Exhibit 3 to the concurrently filed Kirtley Declaration.

4. **RJN 4:** The National Transportation Safety Board investigation, NTSB #: HWY19FH008, Delray Beach, Florida, published on July 7, 2019, available at https://www.ntsb.gov/investigations/pages/HWY19FH008.aspx, and attached as Exhibit 4 to the concurrently filed Kirtley Declaration.

5. **RJN 5:** Excerpt of the National Transportation Safety Board investigation, NTSB #: HWY18FH011, Mountain View, California, published on July 10, 2019, available at

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

1  https://www.ntsb.gov/investigations/Pages/HWY18FH011.aspx, and attached as Exhibit 5 to the

2  concurrently filed Kirtley Declaration.

3      6.      **RJN 6:**  Memorandum to File from Miguel Acosta, Chief, Autonomous Vehicles

4  Branch of the California Department of Motor Vehicles regarding AP City Streets Update, dated

5  March 9, 2021, available at https://www.plainsite.org/documents/28jcs0/california-dmv-tesla-

6  robotaxi-ADAS-notes/, and attached as Exhibit 6 to the concurrently filed Kirtley Declaration.

7      7.      **RJN 7:**  The National Transportation Safety Board letter regarding evaluating safety

8  recommendations to the National Highway Traffic Safety Administration, dated March 19, 2020,

9  available at https://www.ntsb.gov/safety/safety-recs/recletters/H-20-001-009.pdf, and attached as

10  Exhibit 7 to the concurrently filed Kirtley Declaration.

11      8.      **RJN 8:**  Letter from Miguel Acosta, Chief, Autonomous Vehicles Branch of the

12  California Department of Motor Vehicles, to Eric Williams, Associate General Counsel, Regulatory,

13  of Tesla, dated April 21, 2021, available at www.plainsite.org/documents/28jcs0/california-dmv-

14  tesla-robotaxi-ADAS-notes/, and attached as Exhibit 8 to the concurrently filed Kirtley Declaration.

15      9.      **RJN 9:**  National Highway Traffic Safety Administration ODI Resume, dated August

16  13, 2021, available at https://static.nhtsa.gov/odi/inv/2021/INOA-PE21020-1893.PDF, and attached

17  as Exhibit 9 to the concurrently filed Kirtley Declaration.

18      10.      **RJN 10:**  Infographic published by the U.S. Department of Transportation National

19  Highway Traffic Safety Administration regarding Levels of Automation, published in May 2022,

20  available at https://www.nhtsa.gov/sites/nhtsa.gov/files/2022-05/Level-of-Automation-052522-

21  tag.pdf, and attached as Exhibit 10 to the concurrently filed Kirtley Declaration.

22      11.      **RJN 11:**  National Highway Traffic Safety Administration ODI Resume, dated June 8,

23  2022, available at https://static.nhtsa.gov/odi/inv/2022/INOA-EA22002-3184.PDF, and attached as

24  Exhibit 11 to the concurrently filed Kirtley Declaration.

25      12.      **RJN 12:**  Excerpt of the deposition of Ashok Elluswamy, with page numbers added by

26  Plaintiffs consistent with the PDF page numbers, in the matter of *Sz Hua Huang et al. v. Tesla Inc.*

27  *dba Tesla Motors, Inc. et al.*, Case No. 19-cv-346663, Superior Court of California, County of Santa

28  Clara, dated June 30, 2022, available at

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                        2

1  https://s3.documentcloud.org/documents/23574198/elluswamy-deposition-transcript.pdf, and attached

2  as Exhibit 12 to the concurrently filed Kirtley Declaration.

3        13.    **RJN 13:**  Complaint filed by the Department of Motor Vehicles, on July 28, 2022, in

4  the Matter of Accusation Against Tesla Inc. dba Tesla Motors Inc., Case No. 21-02189, and attached

5  as Exhibit 13 to the concurrently filed Kirtley Declaration.

6        14.    **RJN 14:**  Complaint filed by the Department of Motor Vehicles, on July 28, 2022, in

7  the Matter of Accusation Against Tesla Inc. dba Tesla Motors Inc., Case No. 21-02188, and attached

8  as Exhibit 14 to the concurrently filed Kirtley Declaration.

9        15.    **RJN 15:**  Excerpt of the trial transcript of Elon Musk's direct examination, in the

10  matter of *In Re Tesla Inc. Securities Litigation*, Case No. 18-cv-04865-EMC (N.D. Cal.), Dkt. No.

11  638, dated January 20, 2023, and attached as Exhibit 15 to the concurrently filed Kirtley Declaration.

12        16.    **RJN 16:**  National Highway Traffic Safety Administration Safety Recall Report, No.

13  23V-085, published February 15, 2023, available at https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-

14  23V085-3451.PDF, and attached as Exhibit 16 to the concurrently filed Kirtley Declaration.

15        17.    **RJN 17:**  Contra Costa County Fire Department tweet, published on February 18,

16  2023, available at https://twitter.com/ContraCostaFire/status/1626997159257145345, and attached as

17  Exhibit 17 to the concurrently filed Kirtley Declaration.

18        18.    **RJN 18:**  National Transportation Safety Board publication titled "Automated

19  Vehicles–Investigative Outcomes," available at https://www.ntsb.gov/Advocacy/safety-

20  topics/Pages/automated-vehicles-investigative-outcomes.aspx, and attached as Exhibit 18 to the

21  concurrently filed Kirtley Declaration.

22        19.    **RJN 19:**  Xautoworld article titled "Transcript: Elon Musk's Autopilot 2.0 Conference

23  Call," published on November 30, 2016, available at https://www.xautoworld.com/tesla/transcript-

24  elon-musk-autopilot-2-conference-call/, and attached as Exhibit 19 to the concurrently filed Kirtley

25  Declaration.

26        20.    **RJN 20:**  Tesla's blog webpage titled "All Tesla Cars Being Produced Now Have Full

27  Self-Driving Hardware," published on October 19, 2016, available at https://www.tesla.com/blog/all-

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG      3

tesla-cars-being-produced-now-have-full-self-driving-hardware, and attached as Exhibit 20 to the concurrently filed Kirtley Declaration.

21.     **RJN 21:**  Tesla's video titled "Full Self-Driving Hardware on All Teslas," published on October 20, 2016, available at https://www.tesla.com/videos/full-self-driving-hardware-all-tesla-cars, and Tesla's Vimeo webpage video titled "Full Self-Driving Hardware on All Teslas," published 6 years ago, available at https://vimeo.com/188105076, and electronically lodged with the Court as Exhibit 21 to the concurrently filed Kirtley Declaration.

22.     **RJN 22:**  Tesla's uploaded video titled "Tesla Self-Driving Demonstration," published on November 18, 2016, available at https://www.tesla.com/videos/autopilot-self-driving-hardware-neighborhood-long, and electronically lodged with the Court as Exhibit 22 to the concurrently filed Kirtley Declaration.

23.     **RJN 23:**  Tesla's uploaded video on Tesla's Vimeo page titled "Autopilot Full Self-Driving Hardware (Neighborhood Short)", published 6 years ago, available at https://vimeo.com/192179726, and electronically lodged with the Court as Exhibit 23 to the concurrently filed Kirtley Declaration.

24.     **RJN 24:**  Archived version of Tesla's Autopilot home page using the Wayback Machine, as shown in 2017, available at https://web.archive.org/web/20170104193524/https:/www.tesla.com/autopilot, and attached as Exhibit 24 to the concurrently filed Kirtley Declaration.

25.     **RJN 25:**  Archived version of Tesla's Autopilot home page using the Wayback Machine, as shown in 2018, available at https://web.archive.org/web/20180101212757/tesla.com/autopilot, and attached as Exhibit 25 to the concurrently filed Kirtley Declaration.

26.     **RJN 26:**  Archived version of Tesla's Autopilot home page using the Wayback Machine, as shown in 2019, available at https://web.archive.org/web/20190101050434/tesla.com/autopilot, and attached as Exhibit 26 to the concurrently filed Kirtley Declaration.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

4

27.    **RJN 27:**  The Westlaw FD (Fair Disclosure) Wire article titled "Q4 2018 Tesla Inc Earnings Call - Final," published on January 30, 2019, available at https://1.next.westlaw.com/Document/Ida0cccd02a6b11e9b618906e67a8e337/View/FullText.html?, and attached as Exhibit 27 to the concurrently filed Kirtley Declaration.

28.    **RJN 28:**  Tesla's first Autonomy Day recording titled "Tesla Autonomy Day," uploaded to Vimeo by Tesla on April 22, 2019, available at https://vimeo.com/331892012, and electronically lodged with the Court as Exhibit 28 to the concurrently filed Kirtley Declaration.

29.    **RJN 29:**  Letter from Eric Williams, Associate General Counsel, Regulatory, of Tesla, to Miguel Acosta, Chief, Autonomous Vehicles Branch of the California Department of Motor Vehicles, dated November 20, 2020, available at https://www.plainsite.org/documents/242a2g/california-dmv-tesla-robotaxi-ADAS-emails/, and attached as Exhibit 29 to the concurrently filed Kirtley Declaration.

30.    **RJN 30:**  Letter from Eric Williams, Associate General Counsel, Regulatory, of Tesla, to Miguel Acosta, Chief, Autonomous Vehicles Branch of the California Department of Motor Vehicles, dated December 14, 2020, available at https://www.plainsite.org/documents/242a2g/california-dmv-tesla-robotaxi-ADAS-emails/, and attached as Exhibit 30 to the concurrently filed Kirtley Declaration.

31.    **RJN 31:**  Letter from Eric Williams, Associate General Counsel, Regulatory, of Tesla, to the California Department of Motor Vehicles, Autonomous Vehicles Branch, dated December 28, 2020, available at https://www.plainsite.org/documents/242a2g/california-dmv-tesla-robotaxi-ADAS-emails/, and attached as Exhibit 31 to the concurrently filed Kirtley Declaration.

32.    **RJN 32:**  The Westlaw FD (Fair Disclosure) Wire article titled "Q4 2020 Tesla Inc Earnings Call - Final," published on January 27, 2021, available at https://1.next.westlaw.com/Document/I4b99d0e0668411ebbd4182685d554c0e/View/FullText.html?, and attached as Exhibit 32 to the concurrently filed Kirtley Declaration.

33.    **RJN 33:**  The Westlaw FD (Fair Disclosure) Wire article titled "Q2 2021 Tesla Inc Earnings Call - Final," published on July 26, 2021, available at

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG

5

1   https://1.next.westlaw.com/Document/I3ddcddb0f3e411eb80ea8a4a5ca58481/View/FullText.html?,

2   and attached as Exhibit 83 to the concurrently filed Kirtley Declaration.

3       34.   **RJN 34:**  The Westlaw FD (Fair Disclosure) Wire article titled "Q4 2021 Tesla Inc

4   Earnings Call - Final," published on January 26, 2022, available at

5   https://1.next.westlaw.com/Document/Ie81faeb0848511ecb807c05c5c6626ad/View/FullText.html?,

6   and attached as Exhibit 34 to the concurrently filed Kirtley Declaration.

7       35.   **RJN 35:**  The Westlaw FD (Fair Disclosure) Wire article titled "Q3 2022 Tesla Inc

8   Earnings Call - Final," published on October 19, 2022, available at

9   https://1.next.westlaw.com/Document/I6efad5b05efe11ed9e6ef06a389cf8f8/View/FullText.html?,

10  and attached as Exhibit 35 to the concurrently filed Kirtley Declaration.

11      36.   **RJN 36:**  Excerpt of the Tesla, Inc. 10-K as filed with the Securities and Exchange

12  Commission, for the fiscal year ended December 31, 2022, available at

13  https://www.sec.gov/Archives/edgar/data/1318605/000095017023001409/tsla-20221231.htm, and

14  attached as Exhibit 36 to the concurrently filed Kirtley Declaration.

15      37.   **RJN 37:**  Tesla's Tweet, published on March 1, 2023, available at

16  https://twitter.com/Tesla/status/1631062075177877506, and attached as Exhibit 37 to the

17  concurrently filed Kirtley Declaration.

18      38.   **RJN 38:**  Tesla's support webpage titled "Autopilot and Full Self Driving Capability,"

19  available at https://www.tesla.com/support/autopilot, and attached as Exhibit 38 to the concurrently

20  filed Kirtley Declaration.

21      39.   **RJN 39:**  Tesla's support webpage titled "Full Self-Driving Capability Subscriptions,"

22  available at https://www.tesla.com/support/full-self-driving-subscriptions, and attached as Exhibit 39

23  to the concurrently filed Kirtley Declaration.

24      40.   **RJN 40:**  Tesla's current Autopilot home page, available at

25  https://www.tesla.com/autopilot, and attached as Exhibit 40 to the concurrently filed Kirtley

26  Declaration.

27      41.   **RJN 41:**  SAE International's webpage titled "Taxonomy and Definitions for Terms

28  Related to Driving Automation Systems for On-Road Motor Vehicles," revised April 30, 2021,

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                    6

available at https://www.sae.org/standards/content/j3016_202104, and attached as Exhibit 41 to the concurrently filed Kirtley Declaration.

42.   **RJN 42:**  Elon Musk's Tweet, published on January 10, 2016, available at https://twitter.com/elonmusk/status/686279251293777920, and attached as Exhibit 42 to the concurrently filed Kirtley Declaration.

43.   **RJN 43:**  YouTube video of Elon Musk interview, titled "Elon Musk | Full interview | Code Conference 2016," uploaded by Recode on June 2, 2016, available at https://www.youtube.com/watch?v=wsixsRI-Sz4&t=4675s, and electronically lodged with the Court as Exhibit 43 to the concurrently filed Kirtley Declaration.

44.   **RJN 44:**  YouTube video of Elon Musk's October 19, 2016 Conference Call for Tesla, titled "Tesla October 19th 2016 Autopilot 2.0 Conference Call With Visuals Added", uploaded by Andrew Batiuk on October 20, 2016, available at https://www.youtube.com/watch?v=-vjGEEF_p5E, and electronically lodged with the Court as Exhibit 44 to the concurrently filed Kirtley Declaration.

45.   **RJN 45:**  Elon Musk's Tweet, published on October 20, 2016, available at https://twitter.com/elonmusk/status/789019145853513729, and attached as Exhibit 45 to the concurrently filed Kirtley Declaration.

46.   **RJN 46:**  Transcript of Elon Musk's Ted Talk, published in April 2017, available at https://www.ted.com/talks/elon_musk_the_future_we_re_building_and_boring/transcript?language=en, and attached as Exhibit 46 to the concurrently filed Kirtley Declaration.

47.   **RJN 47:**  Elon Musk's Tweet, published on May 21, 2017, available at https://twitter.com/elonmusk/status/866482406160609280, and attached as Exhibit 47 to the concurrently filed Kirtley Declaration.

48.   **RJN 48:**  YouTube video of Elon Musk interview, titled "Elon Musk Answers Your Questions! | SXSW 2018," uploaded by SXSW on March 11, 2018, available at https://www.youtube.com/watch?v=kzlUyrccbos&t=8s, and electronically lodged with the Court as Exhibit 48 to the concurrently filed Kirtley Declaration.

49.   **RJN 49:**  YouTube video of Elon Musk interview, titled "Elon Musk says Tesla's autopilot system will 'never be perfect,'" uploaded by CBS Mornings on April 13, 2018, available at

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

7

https://www.youtube.com/watch?v=AO33rOofFpg, and electronically lodged with the Court as Exhibit 49 to the concurrently filed Kirtley Declaration.

50.     **RJN 50:**  Elon Musk's Tweet, published on May 14, 2018, available at https://twitter.com/elonmusk/status/996102919811350528, and attached as Exhibit 50 to the concurrently filed Kirtley Declaration.

51.     **RJN 51:**  Elon Musk's Tweet, published on November 15, 2018, available at https://twitter.com/elonmusk/status/1063123659290595328, and attached as Exhibit 51 to the concurrently filed Kirtley Declaration.

52.     **RJN 52:**  CBS 60 Minutes interview video and transcript titled "Tesla CEO Elon Musk: The 60 Minutes Interview," published on December 9, 2018, video and transcript available at https://www.cbsnews.com/news/tesla-ceo-elon-musk-the-2018-60-minutes-interview/, and attached as Exhibit 52 to the concurrently filed Kirtley Declaration.

53.     **RJN 53:**  YouTube video titled "Elon Musk: Tesla Autopilot | Lex Fridman Podcast #18," uploaded by Lex Fridman on April 12, 2019, available at https://www.youtube.com/watch?v=dEv99vxKjVI, and electronically lodged with the Court as Exhibit 53 to the concurrently filed Kirtley Declaration.

54.     **RJN 54:**  Elon Musk's Tweet, published on May 9, 2019, available at https://twitter.com/elonmusk/status/1126611407984779264, and attached as Exhibit 54 to the concurrently filed Kirtley Declaration.

55.     **RJN 55:**  Elon Musk's Tweet, published on May 18, 2019, available at https://twitter.com/elonmusk/status/1129924410339495937?lang=en, and attached as Exhibit 55 to the concurrently filed Kirtley Declaration.

56.     **RJN 56:**  Elon Musk's Tweet, published on April 11, 2020, available at https://twitter.com/elonmusk/status/1249210220200550405, and attached as Exhibit 56 to the concurrently filed Kirtley Declaration.

57.     **RJN 57:**  YouTube video of Elon Musk speech titled "Elon Musk delivers virtual speech for WAIC," uploaded by Shanghai Daily on July 9, 2020, available at

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

8

1   https://www.youtube.com/watch?v=MdpZUp4I-H8, and electronically lodged with the Court as

2   Exhibit 57 to the concurrently filed Kirtley Declaration.

3       58.   **RJN 58:**  Elon Musk's Tweet, published on April 17, 2020, available at

4   https://twitter.com/elonmusk/status/1383548841438236674, and attached as Exhibit 58 to the

5   concurrently filed Kirtley Declaration.

6       59.   **RJN 59:**  YouTube video titled "Elon Musk: SpaceX, Mars, Tesla Autopilot, Self-

7   Driving, Robotics, and AI | Lex Fridman Podcast #252," uploaded by Lex Fridman on December 28,

8   2021, available at https://www.youtube.com/watch?v=DxREm3s1scA&t=5215s, and electronically

9   lodged with the Court as Exhibit 59 to the concurrently filed Kirtley Declaration.

10      60.   **RJN 60:**  YouTube video of Elon Musk interview titled "Elon Musk Interview at the

11  Morgan Stanley TMT Conference 2023 – March 7, 2023," uploaded by Elon Alerts on March 7,

12  2023, available at https://www.youtube.com/watch?v=GKIBmiB-yEA, and electronically lodged with

13  the Court as Exhibit 60 to the concurrently filed Kirtley Declaration.

14      61.   **RJN 61:**  Elon Musk's Twitter profile, as of March 20, 2023, available at

15  https://twitter.com/elonmusk, and attached as Exhibit 61 to the concurrently filed Kirtley Declaration.

16      62.   **RJN 62:**  CNN Business video attached to their Tweet, published on October 2, 2014,

17  available at https://twitter.com/CNNBusiness/status/517738916892270592, and electronically lodged

18  with the Court as Exhibit 62 to the concurrently filed Kirtley Declaration.

19      63.   **RJN 63:**  Jalopnik article titled "Elon Musk Says Tesla Will Have Autonomous Cars

20  In Two Years," published on December 23, 2015, available at https://jalopnik.com/elon-musk-says-

21  tesla-will-have-autonomous-cars-in-two-y-1749437664, and attached as Exhibit 63 to the

22  concurrently filed Kirtley Declaration.

23      64.   **RJN 64:**  The Washington Post article titled "Elon Musk says Tesla's autopilot is

24  already 'probably' better than human drivers," published January 11, 2016, available at

25  https://www.washingtonpost.com/news/the-switch/wp/2016/01/11/elon-musk-says-teslas-autopilot-is-

26  already-probably-better-than-human-drivers/, and attached as Exhibit 64 to the concurrently filed

27  Kirtley Declaration.

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                    9

65.    **RJN 65:**  Reuters article titled "Tesla mixes warnings and bravado about hands-free driving," published July 1, 2016, available at https://www.reuters.com/article/tesla-autopilot-drivers-idCNL1N19N1U5, and attached as Exhibit 65 to the concurrently filed Kirtley Declaration.

66.    **RJN 66:**  Consumer Reports article titled "Consumer Reports Calls on Tesla to Disable and Update Auto Steering Function, Remove 'Autopilot' Name," published July 14, 2016, available at https://www.consumerreports.org/media-room/press-releases/2016/07/consumer-reports-calls-on-tesla-to-disable-and-update-auto-steering-function-remove-autopilot-name/, and attached as Exhibit 66 to the concurrently filed Kirtley Declaration.

67.    **RJN 67:**  Consumer Reports article titled "Tesla's Autopilot: Too Much Autonomy Too Soon," published on July 14, 2016, available at https://www.consumerreports.org/tesla/tesla-autopilot-too-much-autonomy-too-soon/, and attached as Exhibit 67 to the concurrently filed Kirtley Declaration.

68.    **RJN 68:**  The New York Times article titled "Elon Musk Says Pending Tesla Updates Could Have Prevented Fatal Crash," published on September 11, 2016, available at https://www.nytimes.com/2016/09/12/business/elon-musk-says-pending-tesla-updates-could-have-prevented-fatal-crash.html, and attached as Exhibit 68 to the concurrently filed Kirtley Declaration.

69.    **RJN 69:**  The New York Times article titled "Autopilot Cited in Death of Chinese Tesla Driver," published on September 14, 2016, available at https://www.nytimes.com/2016/09/15/business/fatal-tesla-crash-in-china-involved-autopilot-government-tv-says.html, and attached as Exhibit 69 to the concurrently filed Kirtley Declaration.

70.    **RJN 70:**  Reuters article titled "Mobileye says Tesla was 'pushing the envelope in terms of safety,'" published on September 14, 2016, available at https://www.reuters.com/article/us-mobileye-tesla-idUSKCN11K2T8, and attached as Exhibit 70 to the concurrently filed Kirtley Declaration.

71.    **RJN 71:**  Jalopnik article titled "Angry Owners Sue Tesla For Using Them As Beta Testers Of 'Dangerously Defective' Autopilot," published on April 20, 2017, available at https://jalopnik.com/angry-owners-sue-tesla-for-using-them-as-beta-testers-o-1794503348, and attached as Exhibit 71 to the concurrently filed Kirtley Declaration.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

10

1    72.    **RJN 72:**  The Wall Street Journal article titled "Tesla's Push to Build a Self-Driving

2    Car Sparked Dissent Among Its Engineers," published on August 24, 2017, available at

3    https://www.wsj.com/articles/teslas-push-to-build-a-self-driving-car-sparks-dissent-among-its-

4    engineers-1503593742, and attached as Exhibit 72 to the concurrently filed Kirtley Declaration.

5    73.    **RJN 73:**  CNBC article titled "Elon Musk: Tesla had 'single-digit weeks' as it teetered

6    on brink of collapse," published on November 25, 2018, available at

7    https://www.cnbc.com/2018/11/25/elon-musk-tesla-had-single-digit-weeks-before-it-would-die.html,

8    and attached as Exhibit 73 to the concurrently filed Kirtley Declaration.

9    74.    **RJN 74:**  Wired article titled "Even Elon Musk Abuses Tesla's Autopilot," published

10   on December 10, 2018, available at https://www.wired.com/story/elon-musk-tesla-autopilot-60-

11   minutes-interview/, and attached as Exhibit 74 to the concurrently filed Kirtley Declaration.

12   75.    **RJN 75:**  CNBC article titled "Elon Musk sent a two-line email telling employees how

13   great Tesla's autonomy day was, but the plan has lots of holes," published on April 23, 2019,

14   available at https://www.cnbc.com/2019/04/23/elon-musk-celebrates-flawed-tesla-autonomy-day-

15   with-employee-email.html, and attached as Exhibit 75 to the concurrently filed Kirtley Declaration.

16   76.    **RJN 76:**  CNBC article titled "Elon Musk to investors: Self-driving will make Tesla a

17   $500 billion company," published on May 2, 2019, available at

18   https://www.cnbc.com/2019/05/02/elon-musk-on-investor-call-autonomy-will-make-tesla-a-500b-

19   company.html, and attached as Exhibit 76 to the concurrently filed Kirtley Declaration.

20   77.    **RJN 77:**  Consumer Reports article titled "Tesla's Updated Navigate on Autopilot

21   Requires Significant Driver Intervention," published on May 22, 2019, available at

22   https://www.consumerreports.org/autonomous-driving/tesla-navigate-on-autopilot-automatic-lane-

23   change-requires-significant-driver-intervention/, and attached as Exhibit 77 to the concurrently filed

24   Kirtley Declaration.

25   78.    **RJN 78:**  The Drive article titled "What Are The Regulatory Barriers To Full Self-

26   Driving?," published on August 13, 2019, available at https://www.thedrive.com/tech/29338/what-

27   are-the-regulatory-barriers-to-full-self-driving, and attached as Exhibit 78 to the concurrently filed

28   Kirtley Declaration.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                        11

79.   **RJN 79:**  Teslarati article titled "Tesla CEO Elon Musk opens up about Robotaxi rollout for next year," published on April 30, 2020, available at https://www.teslarati.com/elon-musk-talks-tesla-robotaxi-plans-2021/, and attached as Exhibit 79 to the concurrently filed Kirtley Declaration.

80.   **RJN 80:**  CNBC article titled "Elon Musk says Tesla was 'about a month' from bankruptcy during Model 3 ramp," published on November 3, 2020, available at https://www.cnbc.com/2020/11/03/musk-tesla-was-about-a-month-from-bankruptcy-during-model-3-ramp.html, and attached as Exhibit 80 to the concurrently filed Kirtley Declaration.

81.   **RJN 81:**  Business Insider article titled "Elon Musk reveals Tesla's plan to be at the forefront of a self-driving-car revolution — and why he wants to be buried on Mars," published on December 5, 2020, available at https://www.businessinsider.com/elon-musk-interview-axel-springer-tesla-accelerate-advent-of-sustainable-energy, and attached as Exhibit 81 to the concurrently filed Kirtley Declaration.

82.   **RJN 82:**  Forbes article titled "Tesla Emails To The California DMV Emphasize Continued Reliance On Maps," published on March 9, 2021, available at https://www.forbes.com/sites/davidsilver/2021/03/09/tesla-emails-to-the-california-dmv-emphasize-continued-reliance-on-maps/?sh=426e1ff657e6, and attached as Exhibit 82 to the concurrently filed Kirtley Declaration.

83.   **RJN 83:**  Reuters article titled "U.S. safety agency probes 'violent' Tesla crash in Detroit," published March 15, 2021, available at https://www.reuters.com/article/us-tesla-crash-idUSKBN2B72UC, and attached as Exhibit 83 to the concurrently filed Kirtley Declaration.

84.   **RJN 84:**  Los Angeles Times article titled "DMV probing whether Tesla violates state regulations with self-driving claims," published May 17, 2021, available at https://www.latimes.com/business/story/2021-05-17/dmv-tesla-california-fsd-autopilot-safety, and attached as Exhibit 84 to the concurrently filed Kirtley Declaration.

85.   **RJN 85:**  Consumer Reports article titled "Tesla's 'Full Self-Driving Capability' Falls Short of Its Name," published on May 19, 2021, available at https://www.consumerreports.org/autonomous-driving/tesla-full-self-driving-capability-review-falls-

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                          12

1  short-of-its-name-a1224795690/, and attached as Exhibit 85 to the concurrently filed Kirtley

2  Declaration.

3      86.    **RJN 86:**  Consumer Reports article titled "Tesla's 'Full Self-Driving' Beta Software

4  Used on Public Roads Lacks Safeguards," published on July 19, 2021, available at

5  https://www.consumerreports.org/car-safety/tesla-full-self-driving-beta-software-lacks-safeguards-

6  a6698414036/, and attached as Exhibit 86 to the concurrently filed Kirtley Declaration.

7      87.    **RJN 87:**  The Wall Street Journal article titled "Elon Musk's Push to Expand Tesla's

8  Driver Assistance to Cities Rankles a Top Safety Authority," published on September 19, 2021,

9  available at https://www.wsj.com/articles/elon-musks-push-to-expand-teslas-driver-assistance-to-

10  cities-rankles-a-top-safety-authority-11632043803, and attached as Exhibit 87 to the concurrently

11  filed Kirtley Declaration.

12      88.    **RJN 88:**  CNBC article titled "NTSB head criticizes Tesla's self-driving features, calls

13  them 'misleading,'" published on October 26, 2021, available at

14  https://www.cnbc.com/2021/10/26/ntsb-head-criticizes-teslas-self-driving-features-calls-them-

15  misleading.html, and attached as Exhibit 88 to the concurrently filed Kirtley Declaration.

16      89.    **RJN 89:**  Associated Press News article titled "Tesla software recall may head off

17  fight with US regulators," published on November 2, 2021, available at

18  https://apnews.com/article/technology-business-software-d3e2107435f432fd9b36ba14898166a0, and

19  attached as Exhibit 89 to the concurrently filed Kirtley Declaration.

20      90.    **RJN 90:**  Consumer Reports article titled "Big Bets and Broken Promises: A Timeline

21  of Tesla's Self-Driving Aspirations," published November 11, 2021, available at

22  https://www.consumerreports.org/autonomous-driving/timeline-of-tesla-self-driving-aspirations-

23  a9686689375/, and attached as Exhibit 90 to the concurrently filed Kirtley Declaration.

24      91.    **RJN 91:**  CNN Business article titled "We tried Tesla's 'full self-driving.' Here's what

25  happened," published on November 18, 2021, available at

26  https://www.cnn.com/2021/11/18/cars/tesla-full-self-driving-brooklyn/index.html, and attached as

27  Exhibit 91 to the concurrently filed Kirtley Declaration.

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG

13

92.     **RJN 92:**  YouTube video titled "CNN tests a 'full self-driving' Tesla," uploaded by CNN on November 18, 2021, available at https://www.youtube.com/watch?v=2PMu7MD9GvI, and electronically lodged with the Court as Exhibit 92 to the concurrently filed Kirtley Declaration.

93.     **RJN 93:**  The New York Times article titled "Inside Tesla as Elon Musk Pushed an Unflinching Vision for Self-Driving Cars," published on December 6, 2021, available at https://www.nytimes.com/2021/12/06/technology/tesla-autopilot-elon-musk.html, and attached as Exhibit 93 to the concurrently filed Kirtley Declaration.

94.     **RJN 94:**  The Washington Post article titled "Tesla drivers report a surge in 'phantom braking'" published on February 2, 2022, available at https://www.washingtonpost.com/technology/2022/02/02/tesla-phantom-braking/, and attached as Exhibit 94 to the concurrently filed Kirtley Declaration.

95.     **RJN 95:**  Bloomberg article titled "Tesla Autopilot Stirs U.S. Alarm as 'Disaster Waiting to Happen,'" published on April 18, 2022, available at https://www.bloomberg.com/news/articles/2022-04-18/tesla-autopilot-stirs-u-s-alarm-as-disaster-waiting-to-happen?leadSource=uverify%20wall, and attached as Exhibit 95 to the concurrently filed Kirtley Declaration.

96.     **RJN 96:**  Dawn Project video titled "Dawn Project: Tesla FSD Unsafe At Any Speed NA," published in June 2022, available at https://archive.org/details/tesla-fsd-unsafe-at-any-speed-na, and lodged electronically with the Court as Exhibit 96 to the concurrently filed Kirtley Declaration.

97.     **RJN 97:**  The New York Times article titled "How Safe Are Systems Like Tesla's Autopilot? No One Knows.," published on June 8, 2022, available at https://www.nytimes.com/2022/06/08/technology/tesla-autopilot-safety-data.html, and attached as Exhibit 97 to the concurrently filed Kirtley Declaration.

98.     **RJN 98:**  Electrek article titled "Elon Musk does the impossible and manages expectations on Tesla's next Full Self-Driving update," published July 14, 2022, available at https://electrek.co/2022/07/14/elon-musk-manages-expectations-tesla-next-big-full-self-driving-update/, and attached as Exhibit 98 to the concurrently filed Kirtley Declaration.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

14

99.     **RJN 99:**  Dawn Project video titled "Elon Musk's Broken Promises," available at https://dawnproject.com/wp-content/uploads/2022/06/The-Dawn-Project-Musk-promises-1min-NA.mp4?_=2%20, and YouTube video titled "Elon Musk's Broken Promises," uploaded by Dan O'Dowd Media on August 3, 2022, available at https://www.youtube.com/watch?v=zhr6fHmCJ6k, and lodged electronically with the Court as Exhibit 99 to the concurrently filed Kirtley Declaration.

100.    **RJN 100:**  Reuters article titled "Tesla cars will not be approved as fully self driving this year, Musk says," published October 20, 2022, available at https://www.reuters.com/business/autos-transportation/tesla-flags-its-cars-not-ready-be-approved-fully-self-driving-this-year-2022-10-20/, and attached as Exhibit 100 to the concurrently filed Kirtley Declaration.

101.    **RJN 101:**  Reuters article titled "Exclusive: Tesla faces U.S. criminal probe over self-driving claims," published October 26, 2022, available at https://www.reuters.com/legal/exclusive-tesla-faces-us-criminal-probe-over-self-driving-claims-sources-2022-10-26/, and attached as Exhibit 101 to the concurrently filed Kirtley Declaration.

102.    **RJN 102:**  The Intercept article titled "EXCLUSIVE: SURVEILLANCE FOOTAGE OF TESLA CRASH ON SF'S BAY BRIDGE HOURS AFTER ELON MUSK ANNOUNCES "SELF-DRIVING" FEATURE," published on January 10, 2023, available at https://theintercept.com/2023/01/10/tesla-crash-footage-autopilot/, and attached as Exhibit 102 to the concurrently filed Kirtley Declaration.

103.    **RJN 103:**  The Intercept Video 1 of the November 24, 2022 Bay Bridge Crash, published on January 10, 2023, available at https://theintercept.com/2023/01/10/tesla-crash-footage-autopilot/, and electronically lodged with the Court as Exhibit 103 to the concurrently filed Kirtley Declaration.

104.    **RJN 104:**  The Intercept Video 2 of the November 24, 2022 Bay Bridge Crash, published on January 10, 2023, available at https://theintercept.com/2023/01/10/tesla-crash-footage-autopilot/, and electronically lodged with the Court as Exhibit 104 to the concurrently filed Kirtley Declaration

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

15

1    105.    **RJN 105:**  Reuters article titled "Tesla video promoting self-driving was staged,

2  engineer testifies," published January 17, 2023, available at

3  https://www.reuters.com/technology/tesla-video-promoting-self-driving-was-staged-engineer-

4  testifies-2023-01-17/, and attached as Exhibit 105 to the concurrently filed Kirtley Declaration.

5    106.    **RJN 106:**  Bloomberg article titled "Musk Oversaw Video That Exaggerated Tesla's

6  Self-Driving Capabilities," published on January 19, 2023, available at

7  https://www.bloomberg.com/news/articles/2023-01-19/elon-musk-directed-tesla-autopilot-video-

8  saying-car-drove-itself-tsla?leadSource=uverify%20wall, and attached as Exhibit 106 to the

9  concurrently filed Kirtley Declaration.

10    107.    **RJN 107:**  Bloomberg article titled "Musk Faces SEC Probe for Role in Tesla Self-

11  Driving Claims," published on January 27, 2023, available at

12  https://www.bloomberg.com/news/articles/2023-01-27/elon-musk-faces-sec-probe-for-role-in-tesla-

13  self-driving-claims?sref=4CbA7ZQa, and attached as Exhibit 107 to the concurrently filed Kirtley

14  Declaration.

15    108.    **RJN 108:**  NPR article titled "A Tesla driver was killed after smashing into a firetruck

16  on a California highway," published on February 20, 2023, available at

17  https://www.npr.org/2023/02/20/1158367204/tesla-driver-killed-california-firetruck-nhtsa, and

18  attached as Exhibit 108 to the concurrently filed Kirtley Declaration.

19    109.    **RJN 109:**  Associated Press News article titled "Feds suspect Tesla using automated

20  system in firetruck crash," published on March 8, 2023, available at https://apnews.com/article/tesla-

21  firetruck-autopilot-investigation-c6d64b941f546f7ae70fb8355d765cb3, and attached as Exhibit 109

22  to the concurrently filed Kirtley Declaration.

23    110.    **RJN 110:**  The Washington Post article titled "How Elon Musk knocked Tesla's 'Full

24  Self-Driving' off course" published on March 19, 2023, available at

25  https://www.washingtonpost.com/technology/2023/03/19/elon-musk-tesla-driving/, and attached as

26  Exhibit 110 to the concurrently filed Kirtley Declaration.

27    111.    **RJN 111:**  Electrek article titled "Tesla finally starts rolling out Full Self-Driving Beta

28  v11," published on March 20, 2023, available at https://electrek.co/2023/03/20/tesla-starts-rolling-

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                    16

1   out-full-self-driving-beta-v11/, and attached as Exhibit 111 to the concurrently filed Kirtley

2   Declaration.

3       112.   **RJN 112:**  Thatcham academic study titled "Automated Driving hype is dangerously

4   confusing drivers, study reveals," published on October 18, 2018, available at

5   https://news.thatcham.org/pressreleases/autonomous-driving-hype-is-dangerously-confusing-drivers-

6   study-reveals-2767283, and attached as Exhibit 112 to the concurrently filed Kirtley Declaration.

7       113.   **RJN 113:**  Thatcham academic study titled "Confused UK drivers believe they can

8   buy a fully Autonomous car today," published November 8, 2022, available at

9   https://www.mynewsdesk.com/uk/thatcham-research/pressreleases/confused-uk-drivers-believe-they-

10   can-buy-a-fully-autonomous-car-today-3215780, and attached as Exhibit 113 to the concurrently filed

11   Kirtley Declaration.

12       114.   **RJN 114:**  Taylor & Francis Online academic study published in the Journal of

13   Transportation Safety & Security, titled "Normalizing crash risk of partially automated vehicles under

14   sparse data," published by Noah Goodall on March 1, 2023, available at

15   https://www.tandfonline.com/doi/full/10.1080/19439962.2023.2178566, and attached as Exhibit 114

16   to the concurrently filed Kirtley Declaration.

17       115.   **RJN 115:**  AAA Foundation for Traffic Safety webpage with a summary of a study

18   titled "Impact of Information on Consumer Understanding of a Partially Automated Driving System,"

19   published September 2020, available at https://aaafoundation.org/impact-of-information-on-

20   consumer-understanding-of-a-partially-automated-driving-system/, complete underlying study

21   available at https://aaafoundation.org/wp-

22   content/uploads/2020/09/ImpactOfInfoOnUnderstandingPartiallyAutomatedDrivingSystem_FinalRep

23   ort.pdf, and attached as Exhibit 115 to the concurrently filed Kirtley Declaration.

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                    17

**ARGUMENT**

Judicial notice of the above-listed materials is proper pursuant to Federal Rule of Evidence 201(b)(2) in that their accuracy cannot reasonably be questioned, as further discussed below.

### I.      RJNs 1-18: Judicial Notice of Government Records, Reports, and Court Filings are Proper

A court may take judicial notice of "records and reports of administrative bodies." *Interstate Nat. Gas Co. v. S. California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953); *see also Gerritsen v. Warner Bros. Entm't Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can take judicial notice of public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies.") (alterations and internal quotations omitted); *see Sciortino v. Pepsico, Inc.*, 108 F.Supp.3d 780, 791 n.2 (N.D. Cal. 2015) (agency documents "are judicially noticeable, because they are guidance documents issued by a public administrative body and accessed from a government website, a source whose accuracy cannot reasonably be questioned"). Here, Plaintiffs seek judicial notice of several documents created by state agencies, federal agencies, or published on government websites (RJNs 1, 3-11, 16, 18). *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (judicial notice of information displayed on school district website); *see also Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2008 WL 4183981, *5 (N.D. Cal. Sept. 9, 2008) ("[I]nformation on government agency websites … have often been treated as proper subjects for judicial notice."). Plaintiffs also seek judicial notice for the tweet made by Contra Costa County Fire Department (RJN 17). This document is the proper subject for judicial notice as the Twitter account is a verified government source. *See Hawaii v. Trump*, 859 F.3d 741, 773 (9th Cir.), *vacated and remanded on different grounds* (taking judicial notice of former President Trump's tweets made on his official twitter account); *see also Daniels-Hall*, 629 F.3d at 998–99.

Further, Plaintiffs seek judicial notice of testimony provided to the Senate Committee (RJN 2). Legislative testimony is a proper subject of judicial notice. *See E. & J. Gallo Winery v. EnCana Energy Servs., Inc.*, 2008 WL 4224492, *6 (E.D. Cal. Sep. 12, 2008) (taking judicial notice of report of testimony in California Senate proceeding); *Shaev v. Baker*, 2017 WL 1735573, *7 (N.D. Cal.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

18

1   May 4, 2017) (taking judicial notice of testimony before U.S. Senate committee); *see also Sullivan v.*

2   *Kelly Servs., Inc.*, 2008 WL 4891051, at *2 (N.D. Cal. Nov. 12, 2008) (courts may take judicial notice

3   of legislative history documents "capable of accurate and ready determination"). Plaintiffs seek

4   judicial notice only of the content of testimony and related written documents, and not the truth of the

5   matters stated therein. The accuracy of these documents cannot reasonably be disputed. Accordingly,

6   they are all proper subjects of judicial notice.

7       Further, a court may take judicial notice of court filings as "matters of public record." *Lee v.*

8   *City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001); *see Harris v. County of Orange*, 682 F.3d

9   1126, 1132 (9th Cir. 2012) (taking judicial notice of "documents on file in federal or state courts").

10  Here, Plaintiffs seek judicial notice of two complaints filed by the California Department of Motor

11  Vehicles (RJNs 13-14), an excerpt of the deposition of Ashok Elluswamy, in the matter of *Sz Hua*

12  *Huang et al. v. Tesla Inc. dba Tesla Motors, Inc. et al.*, Case No. 19-cv-346663 (RJN 12), and an

13  excerpt of the trial transcript of Elon Musk's direct examination in the matter of *In Re Tesla Inc.*

14  *Securities Litigation*, Case No. 18-cv-04865-EMC (RJN 15). These documents are "matters of public

15  record" and courts routinely take judicial notice of such documents. *Lee*, 250 F.3d at 689 (explaining

16  court can take judicial notice of public records); *see also Foster Poultry Farms v. Alkar-Rapidpak-*

17  *MP Equip., Inc.*, 868 F. Supp. 2d 983, 990 (E.D. Cal. 2012) ("Courts routinely take judicial notice of

18  publicly available records ... from other court proceedings."); *see also Bryant v. Carleson*, 444 F.2d

19  353, 357 (9th Cir. 1971) (the court took judicial notice of proceedings and filings in other courts).  The

20  accuracy of these documents cannot reasonably be disputed. Accordingly, they are all proper subjects

21  of judicial notice.

22      **II.      RJNs 19-40: Judicial Notice of Tesla's Documents are Proper**

23      Materials on a party's website may also be subject to judicial notice. *See Matthews v. Nat'l*

24  *Football League Mgt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012) (taking judicial notice of

25  statistics listed on NFL website); *Nelson Bros. Professional Real Estate LLC v. Jaussi*, 2017 WL

26  8220703, *3 (C.D. Cal. Mar. 23, 2017) (taking judicial notice of statements on plaintiff's website);

27  *Corelogic, Inc. v. Zurich Am. Ins. Co.*, 2016 WL 4698902, *1 n.2 (N.D. Cal. Sep. 8, 2016) (same).

28  Here, Plaintiffs seek judicial notice of Tesla materials that include transcripts of Tesla's conference

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                     19

1    call (RJN 19), videos uploaded by Tesla (RJNs 21-23, 28), Tesla's support webpage (RJNs 38-39),

2    current and archived Autopilot home page (RJNs 24-26, 40), their own blog page (RJN 20), letters

3    from Tesla's counsel (RJNs 29-31), and their official tweet (RJN 37). The webpage from Tesla's

4    website are subject to judicial notice as they appear on publicly accessible websites and are thus

5    "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably

6    be questioned," and the tweet was made from the official Tesla Twitter account. Fed. R. Evid. 201;

7    *see also Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1204 (N.D. Cal. June 12, 2014) (taking

8    judicial notice of publicly accessible websites).

9        Further, Plaintiffs seek judicial notice of Tesla, Inc.'s 10-K as filed with the SEC (RJN 36).

10   SEC filings are proper subjects of judicial notice as publicly available records and courts routinely

11   take judicial notice of such documents. *See Lee*, 250 F.3d at 689; *see also Weller v. Scout Analytics,

12   Inc.*, 230 F. Supp. 3d 1085, 1094 n.5 (N.D. Cal. 2017) (taking judicial notice of SEC filings)

13       Further, the Westlaw FD (Fair Disclosure) Wire articles (RJNs 27, 32-35) are transcripts of

14   Tesla's earnings calls and therefore are separately amenable to judicial notice on the basis that the

15   authenticity of those transcripts cannot reasonably be questioned. *In re Facebook, Inc. Sec. Litig.*, 477

16   F. Supp. at 1009 (the court took notice of transcripts of Facebook's earnings calls as publicly

17   available documents and matters of public record); *see also In re Energy Recovery Inc. Sec. Litig.*,

18   2016 WL 324150, at *3 (N.D. Cal. Jan. 27, 2016). The accuracy of these documents cannot

19   reasonably be disputed. Accordingly, they are all proper subjects of judicial notice.

20   **III.    RJN 41: Judicial Notice of SAE International's Webpage is Proper**

21       A court may also take judicial notice of any website that is publicly available, accessible, and

22   capable of accurate and ready determination from sources whose accuracy cannot reasonable be

23   questioned. *See In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d 980, 1009 (N.D. Cal. 2020). Here,

24   Plaintiffs seek judicial notice of the widely accepted SAE International taxonomy of the six levels of

25   driving automation with detailed definitions. The SAE International webpage is the proper subject of

26   judicial notice because it is the publicly accepted standard that the NHTSA uses, and the same

27   standard that car manufacturers use to describe their vehicles' driving automation. *Diaz v. Intuit, Inc.*,

28   No. 5:15-CV-01778-EJD, 2018 WL 2215790, at *3 (N.D. Cal. May 15, 2018) ("Publically accessible

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                    20

1  websites and news articles are proper subjects of judicial notice"); *see also Minor v. FedEx Office &*
2  *Print Servs., Inc.*, 182 F. Supp.3d 966, 974 (N.D. Cal. 2016) ("publically accessible websites" are
3  proper subjects of judicial notice); *see also Caldwell v. Caldwell*, No. C 05-4166 PJH, 2006 WL
4  618511, at *4 (N.D. Cal. Mar. 13, 2006), order clarified, No. C 05-4166 PJH, 2006 WL 734405 (N.D.
5  Cal. Mar. 20, 2006) ("as a general matter, websites and their contents may be proper subjects for
6  judicial notice.") The accuracy of this document cannot reasonably be disputed, and accordingly, is
7  the proper subject of judicial notice.

8  **IV.  RJNs 42-61: Judicial Notice of the Elon Musk Documents are Proper**

9  A court may also take judicial notice of any website that is publicly available, accessible, and
10 capable of accurate and ready determination from sources whose accuracy cannot reasonable be
11 questioned. *See In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d at 1009. Here, Plaintiffs seek judicial
12 notice of Tesla CEO Elon Musk's tweets (RJNs 42, 45, 47, 50-51, 53-56, 58) tweeted from his
13 verified Twitter account (RJN 46), podcasts that he participated in (RJNs 53, 59), the video interviews
14 or public speaking events that he participated in, while discussing the matters integral to the
15 complaint (RJNs 43-44, 46, 48-49, 52, 57, 60). Musk testified that his Twitter account has been an
16 official source of corporate information since 2013. *See* RJN 19 at 681. Thus, the Tweets are proper
17 subjects of judicial notice as the "veracity of [the] statements 'can be accurately and readily
18 determined from sources who accuracy cannot reasonably be questioned.'" *Christa McAuliffe*
19 *Intermediate Sch. PTO, Inc. v. de Blasio*, 364 F. Supp. 3d 253, 263 (S.D.N.Y.), aff'd, 788 F. App'x 85
20 (2d Cir. 2019) (the court took judicial notice of former Mayor of New York Bill de Blasio's tweets);
21 *see also Hawaii v. Trump*, 859 F.3d 741, 773 (9th Cir.), vacated and remanded on different grounds
22 (the court took judicial notice of former President Trump's tweets made on his official twitter
23 account). Further, Elon Musk's participation in recorded podcasts, videos of his interviews, or his
24 speaking at public events are publicly available, accessible, and capable of accurate and ready
25 determination from sources whose accuracy cannot reasonable be questioned. *See Daniels-Hall*, 629
26 F.3d at 998-99; *see also In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d at 1009. Accordingly, the
27 Elon Musk documents all proper subjects of judicial notice.

28

1

## V.      RJNs 62-111: Judicial Notice of the News Articles are Proper

2         A court may also take judicial notice of facts reported in newspaper articles where those facts

3   were generally known within the local jurisdiction or were capable of a sufficiently accurate and

4   ready determination. *See Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458–59 (9th Cir.1995) (court

5   took judicial notice of a newspaper article reporting layoffs as a matter generally known in Southern

6   California and subject to accurate and ready determination); *see also Dockray v. Phelps Dodge Corp.*,

7   801 F.2d 1149, 1153 (9th Cir. 1986) (the court took notice of several major newspaper articles

8   concerning labor disputes). Here, Plaintiffs seek judicial notice for several news articles published by

9   highly popular and reputable sources with each concerning the matters in the complaint. These

10  articles discuss the basis for Plaintiffs' claims in detail, often quoting Tesla CEO Elon Musk from his

11  interviews or tweets (RJNs 62-64, 73, 79-81, 99), reporting Tesla's own statements (RJN 71, 95),

12  reporting Tesla's failure to provide full self-driving vehicles (RJNs 65-68, 82, 84-85, 88, 90-93, 98-

13  101, 110-111), Tesla's misleading marketing (RJNs 105-106), safety concerns with the technology

14  (RJN 70, 72, 86-87, 89, 94-97), or the resulting fatalities (RJNs 69, 83, 102-104, 108-109). These

15  articles were published and publicly disseminated, and are a matter generally known in California and

16  subject to accurate and ready determination. *See In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d at

17  1009 (court took notice of news articles as they are "publicly available documents, available on

18  publicly accessible websites, they are capable of accurate and ready determination from sources

19  whose accuracy cannot reasonably be questioned, and are thus subject to judicial notice."); *see also

20  Ritter*, 58 F.3d at 458–59. Accordingly, the news articles are all proper subjects of judicial notice.

21  ## VI.     RJN 112-115: Judicial Notice of the Academic Studies are Proper

22         A court may also take judicial notice of any website that is publicly available, accessible, and

23  capable of accurate and ready determination from sources whose accuracy cannot reasonable be

24  questioned. *See In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d at 1009; *see also Daniels-Hall*, 629

25  F.3d at 998–99. Here, Plaintiffs seek judicial notice of academic studies discussing in depth the safety

26  of automated vehicles (RJNs 112, 114), discussing the confusion surrounding autonomous vehicles

27  (RJN 113), and discussing the impact of information on consumer understanding of a partially

28  automated driving system (RJN 115). These academic studies are publicly available, on publicly

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG                                                          22

1  accessible websites, are capable of accurate and ready determination from sources whose accuracy

2  cannot reasonably be questioned, and thus, subject to judicial notice. *See Diaz*, 2018 WL 2215790, at

3  *3 ("Publically accessible websites and news articles are proper subjects of judicial notice."); *see also*

4  *Daniels-Hall*, 629 F.3d at 999. Accordingly, the academic studies are proper subjects of judicial

5  notice.

6  **CONCLUSION**

7        For all the foregoing reasons, Plaintiffs respectfully request that the Court grant this Request

8  for Judicial Notice.

9

10                             Respectfully submitted,

11  Dated:  March 22, 2023              **COTCHETT, PITRE & McCARTHY, LLP**

12                           By:    */s/ Frank M. Pitre*

13                               FRANK M. PITRE

14                               JULIE L. FIEBER

15                               NABILAH A. HOSSAIN

16                               ANDREW F. KIRTLEY

17                           *Attorneys for Plaintiffs Thomas LoSavio,*

18                           *Brenda Broussard, and the Proposed Class*

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' Request for Judicial Notice ISO Motion for Preliminary Injunction and Provisional Class
Certification; Case No. 4:22-cv-05240-HSG      23