FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG |
| | **DECLARATION OF ANDREW F. KIRTLEY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| *This Filing Relates To All Actions* | Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:   June 29, 2023<br>Time:   2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

I, **ANDREW F. KIRTLEY**, declare as follows:

1.     I am a senior associate with the law firm of Cotchett, Pitre & McCarthy, LLP, counsel of record for Plaintiffs Thomas J. LoSavio, Brenda T. Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi ("Plaintiffs") in this action. I submit this declaration in support of Request for Judicial Notice to Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification ("Motion"). I make this declaration of my own personal knowledge and, if called to testify as a witness, could and would testify competently to the matters stated herein.

2.     On Thursday, March 16, 2023, I met and conferred by telephone with counsel for Defendants in this matter regarding the anticipated filing of the Motion. As part of that meet and confer, I described the nature and grounds of the anticipated Motion, as well as the relief that Plaintiffs would be seeking thereby. Counsel for Defendants responded that they would oppose the motion, and that Defendants would not consent to the relief requested.

3.     The following documents were all accessed and downloaded on March 20-22, 2023, unless otherwise stated.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the U.S. Department of Transportation National Highway Traffic Safety Administration publication titled "Human Factors Evaluation of Level 2 and Level 3 Automated Driving Concepts," published in August 2015, available at https://www.nhtsa.gov/sites/nhtsa.gov/files/812182_humanfactorseval-l2l3-automdrivingconcepts.pdf.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of the testimony of Dr. Chris Urmson, Director, Self-Driving Cars, Google before the Senate Committee on Commerce, Science and Technology, Hearing: "Hands Off: The Future of Self-Driving Cars," published on March 15, 2016, available at https://www.commerce.senate.gov/services/files/5C329011-BD9E-4140-B046-A595B4C89EB4.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt of the National Transportation Safety Board investigation, NTSB #: HWY16FH018, Williston, Florida, published on June 19, 2017, available at https://www.ntsb.gov/investigations/Pages/HWY16FH018.aspx.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of the National Transportation

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

1  Safety Board investigation, NTSB #: HWY19FH008, Delray Beach, Florida, on July 7, 2019,

2  available at https://www.ntsb.gov/investigations/pages/HWY19FH008.aspx.

3       8.     Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the National

4  Transportation Safety Board investigation, NTSB #: HWY18FH011, Mountain View, California,

5  published on July 10, 2019, available at

6  https://www.ntsb.gov/investigations/Pages/HWY18FH011.aspx.

7       9.     Attached hereto as **Exhibit 6** is a true and correct copy of a Memorandum to File from

8  Miguel Acosta, Chief, Autonomous Vehicles Branch of the California Department of Motor Vehicles

9  regarding AP City Streets Update, dated March 9, 2021, available at

10  https://www.plainsite.org/documents/28jcs0/california-dmv-tesla-robotaxi-ADAS-notes/.

11      10.    Attached hereto as **Exhibit 7** is a true and correct copy of the National Transportation

12  Safety Board letter regarding evaluating safety recommendations to the National Highway Traffic

13  Safety Administration, dated March 19, 2020, available at https://www.ntsb.gov/safety/safety-

14  recs/recletters/H-20-001-009.pdf.

15      11.    Attached hereto as **Exhibit 8** is a true and correct copy of a letter from Miguel Acosta,

16  Chief, Autonomous Vehicles Branch of the California Department of Motor Vehicles to Eric

17  Williams, Associate General Counsel, Regulatory, of Tesla, dated April 21, 2021, available at

18  www.plainsite.org/documents/28jcs0/california-dmv-tesla-robotaxi-ADAS-notes/.

19      12.    Attached hereto as **Exhibit 9** is a true and correct copy of the National Highway

20  Traffic Safety Administration ODI Resume, dated August 13, 2021, available at

21  https://static.nhtsa.gov/odi/inv/2021/INOA-PE21020-1893.PDF.

22      13.    Attached hereto as **Exhibit 10** is a true and correct copy of an infographic published

23  by the U.S. Department of Transportation National Highway Traffic Safety Administration regarding

24  Levels of Automation, published in May 2022, available at

25  https://www.nhtsa.gov/sites/nhtsa.gov/files/2022-05/Level-of-Automation-052522-tag.pdf.

26      14.    Attached hereto as **Exhibit 11** is a true and correct copy of the National Highway

27  Traffic Safety Administration ODI Resume, dated June 8, 2022, available at

28  https://static.nhtsa.gov/odi/inv/2022/INOA-EA22002-3184.PDF.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

15.     Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt of the deposition of Ashok Elluswamy, adding page numbers at the bottom of the page consistent original PDF page numbers, in the matter of *Sz Hua Huang et al. v. Tesla Inc. dba Tesla Motors, Inc. et al.*, Case No. 19-cv-346663, Superior Court of California, County of Santa Clara, dated June 30, 2022, available at https://s3.documentcloud.org/documents/23574198/elluswamy-deposition-transcript.pdf.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of the Complaint filed by the Department of Motor Vehicles, on July 28, 2022, in the Matter of Accusation Against Tesla Inc. dba Tesla Motors Inc., Case No. 21-02189.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of the Complaint filed by the Department of Motor Vehicles, on July 28, 2022, in the Matter of Accusation Against Tesla Inc. dba Tesla Motors Inc., Case No. 21-02188.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of an excerpt of the trial transcript of Elon Musk's direct examination, in the matter of *In Re Tesla Inc. Securities Litigation*, Case No. 18-cv-04865-EMC (N.D. Cal.), Dkt. No. 638, dated January 20, 2023.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of the National Highway Traffic Safety Administration Safety Recall Report, No. 23V-085, published February 15, 2023, available at https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-23V085-3451.PDF.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of a Contra Costa County Fire Department Tweet, published on February 18, 2023, available at https://twitter.com/ContraCostaFire/status/1626997159257145345.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of the National Transportation Safety Board publication titled "Automated Vehicles–Investigative Outcomes," available at https://www.ntsb.gov/Advocacy/safety-topics/Pages/automated-vehicles-investigative-outcomes.aspx.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of  "Transcript: Elon Musk's Autopilot 2.0 Conference Call," published by Xautoworld on November 30, 2016, available at https://www.xautoworld.com/tesla/transcript-elon-musk-autopilot-2-conference-call/.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of Tesla's blog webpage titled "All Tesla Cars Being Produced Now Have Full Self-Driving Hardware," published on October 19,

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG                3

2016, available at https://www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware.

24.    Attached hereto as **Exhibit 21** is a true and correct copy of Tesla's video titled "Full Self-Driving Hardware on All Teslas," published on October 20, 2016, available at https://www.tesla.com/videos/full-self-driving-hardware-all-tesla-cars, and Tesla's Vimeo webpage video titled "Full Self-Driving Hardware on All Teslas," published approximately 6 years ago, available at https://vimeo.com/188105076, and electronically lodged with the Court.

25.    Attached hereto as **Exhibit 22** is a true and correct copy of Tesla's uploaded video titled "Tesla Self-Driving Demonstration," published on November 18, 2016, available at https://www.tesla.com/videos/autopilot-self-driving-hardware-neighborhood-long, and electronically lodged with the Court.

26.    Attached hereto as **Exhibit 23** is a true and correct copy of Tesla's uploaded video on Tesla's Vimeo page titled "Autopilot Full Self-Driving Hardware (Neighborhood Short)," published approximately 6 years ago, available at https://vimeo.com/192179726, and electronically lodged with the Court.

27.    Attached hereto as **Exhibit 24** is a true and correct copy of an archived version of Tesla's Autopilot home page using the Wayback Machine, as shown on January 4, 2017, available at https://web.archive.org/web/20170104193524/https:/www.tesla.com/autopilot.

28.    Attached hereto as **Exhibit 25** is a true and correct copy of an archived version of Tesla's Autopilot home page using the Wayback Machine, as shown on January 1, 2018, available at https://web.archive.org/web/20180101212757/tesla.com/autopilot.

29.    Attached hereto as **Exhibit 26** is a true and correct copy of an archived version of Tesla's Autopilot home page using the Wayback Machine, as shown on January 1, 2019, available at https://web.archive.org/web/20190101050434/tesla.com/autopilot.

30.    Attached hereto as **Exhibit 27** is a true and correct copy of The Westlaw FD (Fair Disclosure) Wire article titled "Q4 2018 Tesla Inc Earnings Call - Final," published on January 30, 2019, available at https://1.next.westlaw.com/Document/Ida0cccd02a6b11e9b618906e67a8e337/View/FullText.html?.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG                    4

31.     Attached hereto as **Exhibit 28** is a true and correct copy of Tesla's first Autonomy Day recording titled "Tesla Autonomy Day," uploaded to Vimeo by Tesla on April 22, 2019, available at https://vimeo.com/331892012, and electronically lodged with the Court.

32.     Attached hereto as **Exhibit 29** is a true and correct copy of a letter from Eric Williams, Associate General Counsel, Regulatory, of Tesla, to Miguel Acosta, Chief, Autonomous Vehicles Branch of the California Department of Motor Vehicles, dated November 20, 2020, available at https://www.plainsite.org/documents/242a2g/california-dmv-tesla-robotaxi-ADAS-emails/.

33.     Attached hereto as **Exhibit 30** is a true and correct copy of a letter from Eric Williams, Associate General Counsel, Regulatory, of Tesla, to Miguel Acosta, Chief, Autonomous Vehicles Branch of the California Department of Motor Vehicles, dated December 14, 2020, available at https://www.plainsite.org/documents/242a2g/california-dmv-tesla-robotaxi-ADAS-emails/.

34.     Attached hereto as **Exhibit 31** is a true and correct copy of a letter from Eric Williams, Associate General Counsel, Regulatory, of Tesla, to the California Department of Motor Vehicles, Autonomous Vehicles Branch, dated December 28, 2020, available at https://www.plainsite.org/documents/242a2g/california-dmv-tesla-robotaxi-ADAS-emails/.

35.     Attached hereto as **Exhibit 32** is a true and correct copy of The Westlaw FD (Fair Disclosure) Wire article titled "Q4 2020 Tesla Inc Earnings Call - Final," published on January 27, 2021, available at https://1.next.westlaw.com/Document/I4b99d0e0668411ebbd4182685d554c0e/View/FullText.html?.

36.     Attached hereto as **Exhibit 33** is a true and correct copy of The Westlaw FD (Fair Disclosure) Wire article titled "Q2 2021 Tesla Inc Earnings Call - Final," published on July 26, 2021, available at https://1.next.westlaw.com/Document/I3ddcddb0f3e411eb80ea8a4a5ca58481/View/FullText.html?.

37.     Attached hereto as **Exhibit 34** is a true and correct copy of The Westlaw FD (Fair Disclosure) Wire article titled "Q4 2021 Tesla Inc Earnings Call - Final," published on January 26, 2022, available at https://1.next.westlaw.com/Document/Ie81faeb0848511ecb807c05c5c6626ad/View/FullText.html?.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

5

38.      Attached hereto as **Exhibit 35** is a true and correct copy of The Westlaw FD (Fair Disclosure) Wire article titled "Q3 2022 Tesla Inc Earnings Call - Final," published on October 19, 2022, available at https://1.next.westlaw.com/Document/I6efad5b05efe11ed9e6ef06a389cf8f8/View/FullText.html?.

39.      Attached hereto as **Exhibit 36** is a true and correct copy of an excerpt of the Tesla, Inc. 10-K as filed with the Securities and Exchange Commission, for the fiscal year ended December 31, 2022, available at https://www.sec.gov/Archives/edgar/data/1318605/000095017023001409/tsla-20221231.htm.

40.      Attached hereto as **Exhibit 37** is a true and correct copy of Tesla's Tweet, published on March 1, 2023, available at https://twitter.com/Tesla/status/1631062075177877506.

41.      Attached hereto as **Exhibit 38** is a true and correct copy of Tesla's support webpage titled "Autopilot and Full Self Driving Capability," available at https://www.tesla.com/support/autopilot.

42.      Attached hereto as **Exhibit 39** is a true and correct copy of the current Support webpage titled "Full Self-Driving Capability Subscriptions" on Tesla's website, available at https://www.tesla.com/support/full-self-driving-subscriptions.

43.      Attached hereto as **Exhibit 40** is a true and correct copy of the current Autopilot webpage on Tesla's website, available at https://www.tesla.com/autopilot.

44.      Attached hereto as **Exhibit 41** is a true and correct copy of SAE International's webpage titled "Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles," revised April 30, 2021, available at https://www.sae.org/standards/content/j3016_202104.

45.      Attached hereto as **Exhibit 42** is a true and correct copy of Elon Musk's Tweet, published on January 10, 2016, available at https://twitter.com/elonmusk/status/686279251293777920.

46.      Attached hereto as **Exhibit 43** is a true and correct copy of a YouTube video of Elon Musk interview, titled "Elon Musk | Full interview | Code Conference 2016," uploaded by Recode on June 2, 2016, available at https://www.youtube.com/watch?v=wsixsRI-Sz4&t=4675s, and

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

6

electronically lodged with the Court.

47.     Attached hereto as **<u>Exhibit 44</u>** is a true and correct copy of a YouTube video of Elon Musk's October 19, 2016 Conference Call for Tesla, titled "Tesla October 19th 2016 Autopilot 2.0 Conference Call With Visuals Added", uploaded by Andrew Batiuk on October 20, 2016, available at https://www.youtube.com/watch?v=-vjGEEF_p5E, and electronically lodged with the Court.

48.     Attached hereto as **<u>Exhibit 45</u>** is a true and correct copy of Elon Musk's Tweet, published on October 20, 2016, available at https://twitter.com/elonmusk/status/789019145853513729.

49.     Attached hereto as **<u>Exhibit 46</u>** is a true and correct copy of a transcript of an interview of Elon Musk's at the 2017 TED conference, published in April 2017, available at https://www.ted.com/talks/elon_musk_the_future_we_re_building_and_boring/transcript?language=en.

50.     Attached hereto as **<u>Exhibit 47</u>** is a true and correct copy of Elon Musk's Tweet, published on May 21, 2017, available at https://twitter.com/elonmusk/status/866482406160609280.

51.     Attached hereto as **<u>Exhibit 48</u>** is a true and correct copy of a YouTube video of Elon Musk interview, titled "Elon Musk Answers Your Questions! | SXSW 2018," uploaded by SXSW on March 11, 2018, available at https://www.youtube.com/watch?v=kzlUyrccbos&t=8s, and electronically lodged with the Court.

52.     Attached hereto as **<u>Exhibit 49</u>** is a true and correct copy of a YouTube video of Elon Musk interview, titled "Elon Musk says Tesla's autopilot system will 'never be perfect,'" uploaded by CBS Mornings on April 13, 2018, available at https://www.youtube.com/watch?v=AO33rOofFpg, and electronically lodged with the Court.

53.     Attached hereto as **<u>Exhibit 50</u>** is a true and correct copy of Elon Musk's Tweet, published on May 14, 2018, available at https://twitter.com/elonmusk/status/996102919811350528.

54.     Attached hereto as **<u>Exhibit 51</u>** is a true and correct copy of Elon Musk's Tweet, published on November 15, 2018, available at https://twitter.com/elonmusk/status/1063123659290595328.

55.     Attached hereto as **<u>Exhibit 52</u>** is a true and correct copy of the CBS 60 Minutes

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

7

interview video and transcript with video stills titled "Tesla CEO Elon Musk: The 60 Minutes Interview," published on December 9, 2018, video and transcript available at https://www.cbsnews.com/news/tesla-ceo-elon-musk-the-2018-60-minutes-interview/.

56.     Attached hereto as **Exhibit 53** is a true and correct copy of a YouTube video titled "Elon Musk: Tesla Autopilot | Lex Fridman Podcast #18," uploaded by Lex Fridman on April 12, 2019, available at https://www.youtube.com/watch?v=dEv99vxKjVI, and electronically lodged with the Court.

57.     Attached hereto as **Exhibit 54** is a true and correct copy of Elon Musk's Tweet, published on May 9, 2019, available at https://twitter.com/elonmusk/status/1126611407984779264.

58.     Attached hereto as **Exhibit 55** is a true and correct copy of Elon Musk's Tweet, published on May 18, 2019, available at https://twitter.com/elonmusk/status/1129924410339495937?lang=en.

59.     Attached hereto as **Exhibit 56** is a true and correct copy of Elon Musk's Tweet, published on April 11, 2020, available at https://twitter.com/elonmusk/status/1249210220200550405.

60.     Attached hereto as **Exhibit 57** is a true and correct copy of a YouTube video of Elon Musk speech titled "Elon Musk delivers virtual speech for WAIC," uploaded by Shanghai Daily on July 9, 2020, available at https://www.youtube.com/watch?v=MdpZUp4I-H8, and electronically lodged with the Court.

61.     Attached hereto as **Exhibit 58** is a true and correct copy of Elon Musk's Tweet, published on April 17, 2020, available at https://twitter.com/elonmusk/status/1383548841438236674.

62.     Attached hereto as **Exhibit 59** is a true and correct copy of a YouTube video titled "Elon Musk: SpaceX, Mars, Tesla Autopilot, Self-Driving, Robotics, and AI | Lex Fridman Podcast #252," uploaded by Lex Fridman on December 28, 2021, available at https://www.youtube.com/watch?v=DxREm3s1scA&t=5215s, and electronically lodged with the Court.

63.     Attached hereto as **Exhibit 60** is a true and correct copy of a YouTube video of Elon Musk interview titled "Elon Musk Interview at the Morgan Stanley TMT Conference 2023 – March 7, 2023," uploaded by Elon Alerts on March 7, 2023, available at

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

8

https://www.youtube.com/watch?v=GKIBmiB-yEA, and electronically lodged with the Court.

64.     Attached hereto as **Exhibit 61** is a true and correct copy of Elon Musk's Twitter profile, as of March 20, 2023, available at https://twitter.com/elonmusk.

65.     Attached hereto as **Exhibit 62** is a true and correct copy of CNN Business video attached to their Tweet, published on October 2, 2014, available at https://twitter.com/CNNBusiness/status/517738916892270592, and electronically lodged with the Court.

66.     Attached hereto as **Exhibit 63** is a true and correct copy of a Jalopnik article titled "Elon Musk Says Tesla Will Have Autonomous Cars In Two Years," published on December 23, 2015, available at https://jalopnik.com/elon-musk-says-tesla-will-have-autonomous-cars-in-two-y-1749437664.

67.     Attached hereto as **Exhibit 64** is a true and correct copy of The Washington Post article titled "Elon Musk says Tesla's autopilot is already 'probably' better than human drivers," published January 11, 2016, available at https://www.washingtonpost.com/news/the-switch/wp/2016/01/11/elon-musk-says-teslas-autopilot-is-already-probably-better-than-human-drivers/.

68.     Attached hereto as **Exhibit 65** is a true and correct copy of a Reuters article titled "Tesla mixes warnings and bravado about hands-free driving," published July 1, 2016, available at https://www.reuters.com/article/tesla-autopilot-drivers-idCNL1N19N1U5.

69.     Attached hereto as **Exhibit 66** is a true and correct copy of a Consumer Reports article titled "Consumer Reports Calls on Tesla to Disable and Update Auto Steering Function, Remove 'Autopilot' Name," published July 14, 2016, available at https://www.consumerreports.org/media-room/press-releases/2016/07/consumer-reports-calls-on-tesla-to-disable-and-update-auto-steering-function-remove-autopilot-name/.

70.     Attached hereto as **Exhibit 67** is a true and correct copy of a Consumer Reports article titled "Tesla's Autopilot: Too Much Autonomy Too Soon," published on July 14, 2016, available at https://www.consumerreports.org/tesla/tesla-autopilot-too-much-autonomy-too-soon/.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

9

71.     Attached hereto as **Exhibit 68** is a true and correct copy of The New York Times article titled "Elon Musk Says Pending Tesla Updates Could Have Prevented Fatal Crash," published on September 11, 2016, available at https://www.nytimes.com/2016/09/12/business/elon-musk-says-pending-tesla-updates-could-have-prevented-fatal-crash.html.

72.     Attached hereto as **Exhibit 69** is a true and correct copy of The New York Times article titled "Autopilot Cited in Death of Chinese Tesla Driver," published on September 14, 2016, available at https://www.nytimes.com/2016/09/15/business/fatal-tesla-crash-in-china-involved-autopilot-government-tv-says.html.

73.     Attached hereto as **Exhibit 70** is a true and correct copy of a Reuters article titled "Mobileye says Tesla was 'pushing the envelope in terms of safety,'" published on September 14, 2016, available at https://www.reuters.com/article/us-mobileye-tesla-idUSKCN11K2T8.

74.     Attached hereto as **Exhibit 71** is a true and correct copy of a Jalopnik article titled "Angry Owners Sue Tesla For Using Them As Beta Testers Of 'Dangerously Defective' Autopilot," published on April 20, 2017, available at https://jalopnik.com/angry-owners-sue-tesla-for-using-them-as-beta-testers-o-1794503348.

75.     Attached hereto as **Exhibit 72** is a true and correct copy of The Wall Street Journal article titled "Tesla's Push to Build a Self-Driving Car Sparked Dissent Among Its Engineers," published on August 24, 2017, available at https://www.wsj.com/articles/teslas-push-to-build-a-self-driving-car-sparks-dissent-among-its-engineers-1503593742.

76.     Attached hereto as **Exhibit 73** is a true and correct copy of a CNBC article titled "Elon Musk: Tesla had 'single-digit weeks' as it teetered on brink of collapse," published on November 25, 2018, available at https://www.cnbc.com/2018/11/25/elon-musk-tesla-had-single-digit-weeks-before-it-would-die.html.

77.     Attached hereto as **Exhibit 74** is a true and correct copy of a Wired article titled "Even Elon Musk Abuses Tesla's Autopilot," published on December 10, 2018, available at https://www.wired.com/story/elon-musk-tesla-autopilot-60-minutes-interview/.

78.     Attached hereto as **Exhibit 75** is a true and correct copy of a CNBC article titled "Elon Musk sent a two-line email telling employees how great Tesla's autonomy day was, but the plan has

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

10

1    lots of holes," published on April 23, 2019, available at https://www.cnbc.com/2019/04/23/elon-

2    musk-celebrates-flawed-tesla-autonomy-day-with-employee-email.html.

3        79.    Attached hereto as **Exhibit 76** is a true and correct copy of a CNBC article titled "Elon

4    Musk to investors: Self-driving will make Tesla a $500 billion company," published on May 2, 2019,

5    available at https://www.cnbc.com/2019/05/02/elon-musk-on-investor-call-autonomy-will-make-

6    tesla-a-500b-company.html.

7        80.    Attached hereto as **Exhibit 77** is a true and correct copy of a Consumer Reports article

8    titled "Tesla's Updated Navigate on Autopilot Requires Significant Driver Intervention," published on

9    May 22, 2019, available at https://www.consumerreports.org/autonomous-driving/tesla-navigate-on-

10   autopilot-automatic-lane-change-requires-significant-driver-intervention/.

11       81.    Attached hereto as **Exhibit 78** is a true and correct copy of The Drive article titled

12   "What Are The Regulatory Barriers To Full Self-Driving?," published on August 13, 2019, available

13   at https://www.thedrive.com/tech/29338/what-are-the-regulatory-barriers-to-full-self-driving.

14       82.    Attached hereto as **Exhibit 79** is a true and correct copy of a Teslarati article titled

15   "Tesla CEO Elon Musk opens up about Robotaxi rollout for next year," published on April 30, 2020,

16   available at https://www.teslarati.com/elon-musk-talks-tesla-robotaxi-plans-2021/.

17       83.    Attached hereto as **Exhibit 80** is a true and correct copy of a CNBC article titled "Elon

18   Musk says Tesla was 'about a month' from bankruptcy during Model 3 ramp," published on

19   November 3, 2020, available at https://www.cnbc.com/2020/11/03/musk-tesla-was-about-a-month-

20   from-bankruptcy-during-model-3-ramp.html.

21       84.    Attached hereto as **Exhibit 81** is a true and correct copy of a Business Insider article

22   titled "Elon Musk reveals Tesla's plan to be at the forefront of a self-driving-car revolution — and

23   why he wants to be buried on Mars," published on December 5, 2020, available at

24   https://www.businessinsider.com/elon-musk-interview-axel-springer-tesla-accelerate-advent-of-

25   sustainable-energy.

26       85.    Attached hereto as **Exhibit 82** is a true and correct copy of a Forbes article titled

27   "Tesla Emails To The California DMV Emphasize Continued Reliance On Maps," published on

28   March 9, 2021, available at https://www.forbes.com/sites/davidsilver/2021/03/09/tesla-emails-to-the-

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG                    11

california-dmv-emphasize-continued-reliance-on-maps/?sh=426e1ff657e6.

86.     Attached hereto as **Exhibit 83** is a true and correct copy of a Reuters article titled "U.S. safety agency probes 'violent' Tesla crash in Detroit," published March 15, 2021, available at https://www.reuters.com/article/us-tesla-crash-idUSKBN2B72UC.

87.     Attached hereto as **Exhibit 84** is a true and correct copy of the Los Angeles Times article titled "DMV probing whether Tesla violates state regulations with self-driving claims," published May 17, 2021, available at https://www.latimes.com/business/story/2021-05-17/dmv-tesla-california-fsd-autopilot-safety.

88.     Attached hereto as **Exhibit 85** is a true and correct copy of a Consumer Reports article titled "Tesla's 'Full Self-Driving Capability' Falls Short of Its Name," published on May 19, 2021, available at https://www.consumerreports.org/autonomous-driving/tesla-full-self-driving-capability-review-falls-short-of-its-name-a1224795690/.

89.     Attached hereto as **Exhibit 86** is a true and correct copy of a Consumer Reports article titled "Tesla's 'Full Self-Driving' Beta Software Used on Public Roads Lacks Safeguards," published on July 19, 2021, available at https://www.consumerreports.org/car-safety/tesla-full-self-driving-beta-software-lacks-safeguards-a6698414036/.

90.     Attached hereto as **Exhibit 87** is a true and correct copy of The Wall Street Journal article titled "Elon Musk's Push to Expand Tesla's Driver Assistance to Cities Rankles a Top Safety Authority," published on September 19, 2021, available at https://www.wsj.com/articles/elon-musks-push-to-expand-teslas-driver-assistance-to-cities-rankles-a-top-safety-authority-11632043803.

91.     Attached hereto as **Exhibit 88** is a true and correct copy of a CNBC article titled "NTSB head criticizes Tesla's self-driving features, calls them 'misleading,'" published on October 26, 2021, available at https://www.cnbc.com/2021/10/26/ntsb-head-criticizes-teslas-self-driving-features-calls-them-misleading.html.

92.     Attached hereto as **Exhibit 89** is a true and correct copy of an Associated Press News article titled "Tesla software recall may head off fight with US regulators," published on November 2, 2021, available at https://apnews.com/article/technology-business-software-d3e2107435f432fd9b36ba14898166a0.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

12

93.     Attached hereto as **Exhibit 90** is a true and correct copy of a Consumer Reports article titled "Big Bets and Broken Promises: A Timeline of Tesla's Self-Driving Aspirations," published November 11, 2021, available at https://www.consumerreports.org/autonomous-driving/timeline-of-tesla-self-driving-aspirations-a9686689375/.

94.     Attached hereto as **Exhibit 91** is a true and correct copy of a CNN Business article titled "We tried Tesla's 'full self-driving.' Here's what happened," published on November 18, 2021, available at https://www.cnn.com/2021/11/18/cars/tesla-full-self-driving-brooklyn/index.html.

95.     Attached hereto as **Exhibit 92** is a true and correct copy of a YouTube video titled "CNN tests a 'full self-driving' Tesla," uploaded by CNN on November 18, 2021, available at https://www.youtube.com/watch?v=2PMu7MD9GvI, and electronically lodged with the Court.

96.     Attached hereto as **Exhibit 93** is a true and correct copy of The New York Times article titled "Inside Tesla as Elon Musk Pushed an Unflinching Vision for Self-Driving Cars," published on December 6, 2021, available at https://www.nytimes.com/2021/12/06/technology/tesla-autopilot-elon-musk.html.

97.     Attached hereto as **Exhibit 94** is a true and correct copy of The Washington Post article titled "Tesla drivers report a surge in 'phantom braking'" published on February 2, 2022, available at https://www.washingtonpost.com/technology/2022/02/02/tesla-phantom-braking/.

98.     Attached hereto as **Exhibit 95** is a true and correct copy of a Bloomberg article titled "Tesla Autopilot Stirs U.S. Alarm as 'Disaster Waiting to Happen,'" published on April 18, 2022, available at https://www.bloomberg.com/news/articles/2022-04-18/tesla-autopilot-stirs-u-s-alarm-as-disaster-waiting-to-happen?leadSource=uverify%20wall.

99.     Attached hereto as **Exhibit 96** is a true and correct copy of a Dawn Project video titled "Dawn Project: Tesla FSD Unsafe At Any Speed NA," published in June 2022, available at https://archive.org/details/tesla-fsd-unsafe-at-any-speed-na, and lodged electronically with the Court.

100.     Attached hereto as **Exhibit 97** is a true and correct copy of The New York Times article titled "How Safe Are Systems Like Tesla's Autopilot? No One Knows.," published on June 8, 2022, available at https://www.nytimes.com/2022/06/08/technology/tesla-autopilot-safety-data.html.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG     13

101.     Attached hereto as **Exhibit 98** is a true and correct copy of an Electrek article titled "Elon Musk does the impossible and manages expectations on Tesla's next Full Self-Driving update," published July 14, 2022, available at https://electrek.co/2022/07/14/elon-musk-manages-expectations-tesla-next-big-full-self-driving-update/.

102.     Attached hereto as **Exhibit 99** is a true and correct copy of a Dawn Project video titled "Elon Musk's Broken Promises," available at https://dawnproject.com/wp-content/uploads/2022/06/The-Dawn-Project-Musk-promises-1min-NA.mp4?_=2%20, and YouTube video titled "Elon Musk's Broken Promises," uploaded by Dan O'Dowd Media on August 3, 2022, available at https://www.youtube.com/watch?v=zhr6fHmCJ6k, and lodged electronically with the Court.

103.     Attached hereto as **Exhibit 100** is a true and correct copy of a Reuters article titled "Tesla cars will not be approved as fully self driving this year, Musk says," published October 20, 2022, available at https://www.reuters.com/business/autos-transportation/tesla-flags-its-cars-not-ready-be-approved-fully-self-driving-this-year-2022-10-20/.

104.     Attached hereto as **Exhibit 101** is a true and correct copy of a Reuters article titled "Exclusive: Tesla faces U.S. criminal probe over self-driving claims," published October 26, 2022, available at https://www.reuters.com/legal/exclusive-tesla-faces-us-criminal-probe-over-self-driving-claims-sources-2022-10-26/.

105.     Attached hereto as **Exhibit 102** is a true and correct copy of The Intercept article titled "EXCLUSIVE: SURVEILLANCE FOOTAGE OF TESLA CRASH ON SF'S BAY BRIDGE HOURS AFTER ELON MUSK ANNOUNCES "SELF-DRIVING" FEATURE," published on January 10, 2023, available at https://theintercept.com/2023/01/10/tesla-crash-footage-autopilot/.

106.     Attached hereto as **Exhibit 103** is a true and correct copy of The Intercept Video 1 of the November 24, 2022 Bay Bridge Crash, published on January 10, 2023, available at https://theintercept.com/2023/01/10/tesla-crash-footage-autopilot/, and electronically lodged with the Court.

107.     Attached hereto as **Exhibit 104** is a true and correct copy of The Intercept Video 2 of the November 24, 2022 Bay Bridge Crash, published on January 10, 2023, available at

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

14

https://theintercept.com/2023/01/10/tesla-crash-footage-autopilot/, and electronically lodged with the Court.

108.    Attached hereto as **Exhibit 105** is a true and correct copy of a Reuters article titled "Tesla video promoting self-driving was staged, engineer testifies," published January 17, 2023, available at https://www.reuters.com/technology/tesla-video-promoting-self-driving-was-staged-engineer-testifies-2023-01-17/.

109.    Attached hereto as **Exhibit 106** is a true and correct copy of a Bloomberg article titled "Musk Oversaw Video That Exaggerated Tesla's Self-Driving Capabilities," published on January 19, 2023, available at https://www.bloomberg.com/news/articles/2023-01-19/elon-musk-directed-tesla-autopilot-video-saying-car-drove-itself-tsla?leadSource=uverify%20wall.

110.    Attached hereto as **Exhibit 107** is a true and correct copy of a Bloomberg article titled "Musk Faces SEC Probe for Role in Tesla Self-Driving Claims," published on January 27, 2023, available at https://www.bloomberg.com/news/articles/2023-01-27/elon-musk-faces-sec-probe-for-role-in-tesla-self-driving-claims?sref=4CbA7ZQa.

111.    Attached hereto as **Exhibit 108** is a true and correct copy of an NPR article titled "A Tesla driver was killed after smashing into a firetruck on a California highway," published on February 20, 2023, available at https://www.npr.org/2023/02/20/1158367204/tesla-driver-killed-california-firetruck-nhtsa.

112.    Attached hereto as **Exhibit 109** is a true and correct copy of an Associated Press News article titled "Feds suspect Tesla using automated system in firetruck crash," published on March 8, 2023, available at https://apnews.com/article/tesla-firetruck-autopilot-investigation-c6d64b941f546f7ae70fb8355d765cb3.

113.    Attached hereto as **Exhibit 110** is a true and correct copy of The Washington Post article titled "How Elon Musk knocked Tesla's 'Full Self-Driving' off course" published on March 19, 2023, available at https://www.washingtonpost.com/technology/2023/03/19/elon-musk-tesla-driving/.

114.    Attached hereto as **Exhibit 111** is a true and correct copy of an Electrek article titled "Tesla finally starts rolling out Full Self-Driving Beta v11," published on March 20, 2023, available

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for
Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG        15

1    at https://electrek.co/2023/03/20/tesla-starts-rolling-out-full-self-driving-beta-v11/.

2        115.    Attached hereto as **Exhibit 112** is a true and correct copy of a Thatcham academic

3    study titled "Automated Driving hype is dangerously confusing drivers, study reveals," published on

4    October 18, 2018, available at https://news.thatcham.org/pressreleases/autonomous-driving-hype-is-

5    dangerously-confusing-drivers-study-reveals-2767283.

6        116.    Attached hereto as **Exhibit 113** is a true and correct copy of a Thatcham academic

7    study titled "Confused UK drivers believe they can buy a fully Autonomous car today," published

8    November 8, 2022, available at https://www.mynewsdesk.com/uk/thatcham-

9    research/pressreleases/confused-uk-drivers-believe-they-can-buy-a-fully-autonomous-car-today-

10   3215780.

11       117.    Attached hereto as **Exhibit 114** is a true and correct copy of a Taylor & Francis Online

12   research article published in the Journal of Transportation Safety & Security, titled "Normalizing

13   crash risk of partially automated vehicles under sparse data," published by Noah Goodall on March 1,

14   2023, available at https://www.tandfonline.com/doi/full/10.1080/19439962.2023.2178566.

15       118.    Attached hereto as **Exhibit 115** is a true and correct copy of a AAA Foundation for

16   Traffic Safety webpage with a summary of a study titled "Impact of Information on Consumer

17   Understanding of a Partially Automated Driving System," published September 2020, available at

18   https://aaafoundation.org/impact-of-information-on-consumer-understanding-of-a-partially-

19   automated-driving-system/, complete underlying study available at https://aaafoundation.org/wp-

20   content/uploads/2020/09/ImpactOfInfoOnUnderstandingPartiallyAutomatedDrivingSystem_FinalRep

21   ort.pdf.

22

23       I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd

24   day of March 2023 at Burlingame, California.

25                              _____
                            /s/ *Andrew Kirtley*

26                               ANDREW KIRTLEY

27

28

1

## **ATTORNEY ATTESTATION**

2      I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this

3  Declaration of Andrew F. Kirtley in Support of Request for Judicial Notice to Plaintiffs' Motion for

4  Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-

5  l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each

6  signatory.

7

8   Dated:  March 22, 2023                    By:    */s/ Frank M. Pitre*_____
                                                       Frank M. Pitre

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP