# Exhibit 1





**DOT HS 812 182**

**August 2015**

# Human Factors Evaluation of Level 2 and Level 3 Automated Driving Concepts

reversal and chose to prioritize the completion of the non-driving task over the operation of the partially automated vehicle. This phenomenon (overreliance on vehicle automation) has the potential to counteract many of the safety benefits of automated vehicle technologies. The HMI concepts that included auditory and haptic components were more successful in grabbing the attention of participants when they were engaged in a visually demanding task and were much more effective at eliciting a safe response compared to the HMI concepts that only relied on a visual alert. It is important to note that there are many different types of visual, auditory, and haptic alerts that could possibly yield different results from this study.

One reason why this occurred could be that the omnidirectional properties of the haptic and auditory alerts allowed operators to perceive the alerts when engaged in a visually demanding non-driving task. However, another reason could be that the haptic and auditory alerts conveyed a higher urgency than the strictly visual alerts.

It is important to note here that the strictly visual alert concepts were considered in order to decrease the likelihood of annoying the vehicle operators. There is a concern that an HMI that continually generates auditory or haptic alerts will be unacceptably annoying to operators who could, in turn, choose not to purchase vehicles with the safety benefits of automated technologies. It is therefore important to carefully balance an alerting approach's conspicuity, urgency, and annoyance. Future research would help to better understand how to optimize the HMI for partially automated vehicles.

## Summary

This study investigated how well operators interact with L2 and L3 partially automated vehicles on a controlled test track in mixed traffic. The study shows that different HMI elements can have a large impact on how operators interact with these vehicles. Overall, participants greatly trusted the capabilities of the automated systems. Although this trust is essential for widespread adoption, participants were also observed prioritizing non-driving activities over the operation of the vehicle and disregarding TORs when they were presented. Future research could explore these issues to help optimize the automation's HMI. The driver engagement patterns observed in this study provide data and evidence that could support the future development of human factors design principles for L2 and L3 partially automated vehicles.

The operational definitions below were extracted from NHTSA's Preliminary Statement of Policy Concerning Automated Vehicles (NHTSA, 2013).

*Level 0 (L0) No-Automation*

In Level 0 automation (or no automation), "[t]he driver is in complete and sole control of the primary vehicle controls (brake, steering, throttle, and motive power) at all times, and is solely responsible for monitoring the roadway and for safe operation of all vehicle controls. Vehicles that have certain driver support/convenience systems but do not have control authority over steering, braking, or throttle would still be considered 'Level 0' vehicles. Examples include systems that provide only warnings (e.g., forward collision warning, lane departure warning, blind spot monitoring) as well as systems providing automated secondary controls such as wipers, headlights, turn signals, hazard lights, etc. Although a vehicle with V2V [vehicle-to-vehicle] warning technology alone would be at this level, that technology could significantly augment, and could be necessary to fully implement many of the technologies described below, and is capable of providing warnings in several scenarios where sensors and cameras cannot (e.g., vehicles approaching each other at intersections)."

*Level 1 (L1) Function-specific Automation*

Level 1 automation "involves one or more specific control functions; if multiple functions are automated, they operate independently from each other. The driver has overall control, and is solely responsible for safe operation, but can choose to cede limited authority over a primary control (as in adaptive cruise control), the vehicle can automatically assume limited authority over a primary control (as in electronic stability control); or the automated system can provide added control to aid the driver in certain normal driving or crash-imminent situations (e.g., dynamic brake support in emergencies). The vehicle may have multiple capabilities combining individual driver support and crash avoidance technologies, but does not replace driver vigilance and does not assume driving responsibility from the driver. The vehicle's automated system may assist or augment the driver in operating one of the primary controls – either steering or braking/throttle controls (but not both). As a result, there is no combination of vehicle control systems working in unison that enables the driver to be disengaged from physically operating the vehicle by having his or her hands off the steering wheel AND feet off the pedals at the same time. Examples of function-specific automation systems include: cruise control, automatic braking, and lane keeping."

*Level 2 (L2) Combined Function Automation*

Level 2 "involves automation of at least two primary control functions designed to work in unison to relieve the driver of control of those functions. Vehicles at this level of automation can utilize shared authority when the driver cedes active primary control in certain limited driving situations. The driver is still responsible for monitoring the roadway and safe operation and is expected to be available for control at all times and on short notice. The system can relinquish control with no advance warning and the driver must be ready to control the vehicle safely. An example of combined functions enabling a Level 2 system is adaptive cruise control in combination with lane centering. The major distinction between level 1 and level 2 is that, at level 2 in the specific operating conditions for which the system is designed, an automated operating mode is enabled such that the driver is disengaged from physically operating the vehicle by having his or her hands off the steering wheel AND foot off pedal at the same time."

DOT HS 812 182
August 2015





11613-081915-v6