# Exhibit 3

Collision Between a Car Operating With
Automated Vehicle Control Systems
and a Tractor-Semitrailer Truck
Near Williston, Florida
May 7, 2016



**Accident Report**

NTSB/HAR-17/02
PB2017-102600



**National
Transportation
Safety Board**

Case 3:22-cv-05240-RFL   Document 43-4   Filed 03/23/23   Page 3 of 11

NTSB/HAR-17/02
PB2017-102600
Notation 56955
Adopted September 12, 2017

# Highway Accident Report

Collision Between a Car Operating With Automated Vehicle
Control Systems and a Tractor-Semitrailer Truck
Near Williston, Florida
May 7, 2016



**National
Transportation
Safety Board**

490 L'Enfant Plaza, S.W.
Washington, D.C. 20594

National Transportation Safety Board. 2017. *Collision Between a Car Operating With Automated Vehicle Control Systems and a Tractor-Semitrailer Truck Near Williston, Florida, May 7, 2016.* Highway Accident Report NTSB/HAR-17/02. Washington, DC.

**Abstract:** At 4:36 p.m. eastern daylight time on Saturday, May 7, 2016, a 2015 Tesla Model S 70D car, traveling eastbound on US Highway 27A (US-27A), west of Williston, Florida, struck a refrigerated semitrailer powered by a 2014 Freightliner Cascadia truck-tractor. At the time of the collision, the truck was making a left turn from westbound US-27A across the two eastbound travel lanes onto NE 140th Court, a local paved road. The car struck the right side of the semitrailer, crossed underneath it, and then went off the right roadside at a shallow angle. The impact with the underside of the semitrailer sheared off the roof of the car. After leaving the roadway, the car continued through a drainage culvert and two wire fences. It then struck and broke a utility pole, rotated counterclockwise, and came to rest perpendicular to the highway in the front yard of a private residence. Meanwhile, the truck continued across the intersection and came to a stop on NE 140th Court, south of a retail business located on the intersection corner. The driver and sole occupant of the car died in the crash; the commercial truck driver was not injured. System performance data downloaded from the car indicated that the driver was operating it using the Traffic-Aware Cruise Control and Autosteer lane-keeping systems, which are automated vehicle control systems within Tesla's Autopilot suite. The crash investigation focused on the following safety issues: operational design domains for SAE International Level 2 vehicle automation, surrogate means of determining the automated vehicle driver's degree of engagement, event data recorders for automated vehicles, safety metrics and exposure data for automated vehicles, and connected vehicle technology and vehicle-to-vehicle requirements. The NTSB made safety recommendations to the US Department of Transportation, the National Highway Traffic Safety Administration (NHTSA), manufacturers of vehicles equipped with Level 2 vehicle automation systems, the Alliance of Automobile Manufacturers, and the Association of Global Automakers. The NTSB also reiterated safety recommendations to NHTSA.

The National Transportation Safety Board (NTSB) is an independent federal agency dedicated to promoting aviation, railroad, highway, marine, and pipeline safety. Established in 1967, the agency is mandated by Congress through the Independent Safety Board Act of 1974 to investigate transportation accidents, determine the probable causes of the accidents, issue safety recommendations, study transportation safety issues, and evaluate the safety effectiveness of government agencies involved in transportation. The NTSB makes public its actions and decisions through accident reports, safety studies, special investigation reports, safety recommendations, and statistical reviews.

The NTSB does not assign fault or blame for an accident or incident; rather, as specified by NTSB regulation, "accident/incident investigations are fact-finding proceedings with no formal issues and no adverse parties ... and are not conducted for the purpose of determining the rights or liabilities of any person." 49 C.F.R. § 831.4. Assignment of fault or legal liability is not relevant to the NTSB's statutory mission to improve transportation safety by investigating accidents and incidents and issuing safety recommendations. In addition, statutory language prohibits the admission into evidence or use of any part of an NTSB report related to an accident in a civil action for damages resulting from a matter mentioned in the report. 49 U.S.C. § 1154(b).

For more detailed background information on this report, visit NTSB investigations website and search for NTSB accident ID HWY16FH018. Recent publications are available in their entirety on the Internet at NTSB website. Other information about available publications also may be obtained from the website or by contacting:

National Transportation Safety Board, Records Management Division, CIO-40, 490 L'Enfant Plaza SW, Washington, DC 20594, (800) 877-6799 or (202) 314-6551

Copies of NTSB publications may be purchased from the National Technical Information Service. To purchase this publication, order product number PB2017-102600 from:

National Technical Information Service, 5301 Shawnee Rd., Alexandria, VA 22312, (800) 553-6847 or (703) 605-6000 (see NTIS website)

This report was reissued on October 12, 2017, with corrections to pages vii and 43.

NTSB

# Contents

Figures...........................................................................................................................iii

Acronyms and Abbreviations ......................................................................................iv

Executive Summary .....................................................................................................vi

1 Factual Information ...................................................................................................1
1.1 The Crash ...............................................................................................................1
    1.1.1 Crash Events ..................................................................................................1
    1.1.2 Crash Scene ...................................................................................................2
    1.1.3 Occupant Protection and Injuries ..................................................................5
1.2 Vehicle Damage .....................................................................................................5
    1.2.1 Tesla Model S 70D Car .................................................................................5
    1.2.2 Utility Semitrailer .........................................................................................6
1.3 Tesla Model S 70D Car ..........................................................................................8
    1.3.1 Mechanical Inspections .................................................................................8
    1.3.2 Automated Vehicle Control Systems .............................................................8
    1.3.3 Autopilot Description ....................................................................................9
    1.3.4 Autopilot Availability and Constraints .........................................................10
    1.3.5 Tesla-Recorded Performance Data ................................................................14
    1.3.6 Postcrash Changes to Autopilot ....................................................................16
1.4 Car Driver Information ...........................................................................................16
    1.4.1 Precrash Activities ........................................................................................17
    1.4.2 Health ............................................................................................................17
    1.4.3 Portable Electronic Devices ..........................................................................17
1.5 Truck Driver, Motor Carrier, and Truck Information ..............................................18
    1.5.1 Truck Driver ..................................................................................................18
    1.5.2 Motor Carrier Operations ..............................................................................20
    1.5.3 Postcrash Inspection of the Truck-Tractor and Semitrailer ...........................20
1.6 Highway Factors .....................................................................................................21
    1.6.1 Road Description and Characteristics ............................................................21
    1.6.2 Road Geometry and Traffic Volume .............................................................22
    1.6.3 Road Classification .......................................................................................22
1.7 Regulation and Policy Concerning Automated Vehicles .........................................23
    1.7.1 Levels of Automation ....................................................................................23
    1.7.2 Federal Automated Vehicles Policy ..............................................................24
1.8 NHTSA Defect Investigation ..................................................................................25

2 Analysis .....................................................................................................................27
2.1 Introduction ............................................................................................................27
    2.1.1 Automated Vehicle Control Systems .............................................................27
    2.1.2 Structure of the Analysis ...............................................................................27

2.2 Factors Not Affecting the Crash ..................................................................................28
   2.2.1 Driver, Vehicle, and Highway Factors ...............................................................28
   2.2.2 Sight Distance ......................................................................................................29
   2.2.3 Side Underride Protection ....................................................................................30
   2.2.4 Forward Collision Warning and Automatic Emergency Braking .......................30
2.3 Truck Driver Drug Use ............................................................................................31
2.4 Operational Design Domains for Level 2 Vehicle Automation ................................32
2.5 Surrogate Means of Determining the Automated Vehicle Driver's Degree
   of Engagement ........................................................................................................34
2.6 EDRs for Automated Vehicles .................................................................................36
2.7 Safety Metrics and Exposure Data for Automated Vehicles ....................................38
2.8 Connected Vehicle Technology and V2V Requirements ..........................................38

3 Conclusions .................................................................................................................41
3.1 Findings ...................................................................................................................41
3.2 Probable Cause ........................................................................................................42

4 Recommendations .......................................................................................................43
4.1 New Recommendations ...........................................................................................43
4.2 Reiterated Recommendations ..................................................................................44

Board Member Statement .............................................................................................45

Appendix A. Investigation .............................................................................................47

Appendix B. Tesla's Automated Vehicle Control Systems and Subsystems .............48

Appendix C. Alert Timing Sequence for Tesla Autopilot Version 8 ..........................50

References ......................................................................................................................51

# Figures

**Figure 1.** Overhead view of the crash intersection, showing the route of the eastbound car traveling toward the crash location with a straight arrow, and the route of the westbound truck, turning south, with a curved arrow .................................................................................2

**Figure 2.** Diagram of the crash intersection, showing US-27A and NE 140th Court.....................3

**Figure 3.** Approach to the crash scene from the US-27A westbound left turn lane, looking west as viewed from the truck's route of travel...................................................................4

**Figure 4.** Approach to the crash scene from US-27A eastbound, looking east as viewed from the car's route in the righthand travel lane......................................................................4

**Figure 5.** Damaged car ......................................................................................................6

**Figure 6.** Damaged right side of the Utility semitrailer ..........................................................7

**Figure 7.** Closeup view of impact damage to the right side of the Utility semitrailer...................7

**Figure 8.** Tesla instrument panel.........................................................................................10

**Figure 9.** Autopilot system alert timing; top portion of figure provides timing of initial visual alert and bottom portion provides timing of auditory alerts ..............................................12

**Figure 10.** Route of the Williston car driver's final trip .........................................................13

**Figure 11.** Chart showing how much time during the 41-minute crash trip that, while Autopilot was active, the driver had his hands on the steering wheel ....................................15

**Figure 12.** Summary of SAE taxonomy and definitions for terms related to driving automation systems for on-road motor vehicles ......................................................................24

**Figure C-1.** Autopilot system alert timing sequence for version 8 ............................................50

# Acronyms and Abbreviations

| AASHTO | American Association of State Highway and Transportation Officials |
| AdaptIVe | Automated Driving Applications and Technologies for Intelligent Vehicles |
| AEB | automatic emergency braking |
| AV Policy | Federal Automated Vehicles Policy (NHTSA) |
| AVR | Automated Vehicle Research |
| BASIC | Behavior Analysis and Safety Improvement Category |
| BMI | body mass index |
| CAMI | Civil Aerospace Medical Institute (FAA) |
| CAMP | Crash Avoidance Metrics Partnership |
| CDL | commercial driver's license |
| CDLIS | Commercial Driver's License Information System |
| *CFR* | *Code of Federal Regulations* |
| DDEC | Detroit Diesel Electronic Controller |
| DOT | US Department of Transportation |
| ECU | electronic control unit |
| EDR | event data recorder |
| FAA | Federal Aviation Administration |
| FCW | forward collision warning |
| FDOT | Florida Department of Transportation |
| FHP | Florida Highway Patrol |
| FHWA | Federal Highway Administration |
| FMCSA | Federal Motor Carrier Safety Administration |
| *FMVSSs* | *Federal Motor Vehicle Safety Standards* |
| GPS | global positioning system |

NTSB                                                    Highway Accident Report

| | |
|---|---|
| HAV | highly automated vehicle |
| HOS | hours-of-service |
| I-ADAS | intersection advanced driver assist systems |
| MCMIS | Motor Carrier Management Information System |
| mL | milliliter |
| MY | model year |
| ng | nanogram |
| NHTSA | National Highway Traffic Safety Administration |
| NTSB | National Transportation Safety Board |
| ODD | operational design domain |
| ODI | Office of Defects Investigation (NHTSA) |
| OOS | out-of-service |
| SAE | SAE International |
| SD | secure digital |
| SR-24 | State Road 24 |
| TACC | Traffic-Aware Cruise Control |
| THC | tetrahydrocannabinol |
| THC-COOH | tetrahydrocannabinol carboxylic acid |
| US-27A | US Highway 27A |
| V2V | vehicle-to-vehicle |
| VTTI | Virginia Tech Transportation Institute |

# Executive Summary

## Investigation Synopsis

At 4:36 p.m. eastern daylight time on Saturday, May 7, 2016, a 2015 Tesla Model S 70D car, traveling eastbound on US Highway 27A (US-27A), west of Williston, Florida, struck a refrigerated semitrailer powered by a 2014 Freightliner Cascadia truck-tractor. At the time of the collision, the truck was making a left turn from westbound US-27A across the two eastbound travel lanes onto NE 140th Court, a local paved road. The car struck the right side of the semitrailer, crossed underneath it, and then went off the right roadside at a shallow angle. The impact with the underside of the semitrailer sheared off the roof of the car.

After leaving the roadway, the car continued through a drainage culvert and two wire fences. It then struck and broke a utility pole, rotated counterclockwise, and came to rest perpendicular to the highway in the front yard of a private residence. Meanwhile, the truck continued across the intersection and came to a stop on NE 140th Court, south of a retail business located on the intersection corner.

The driver and sole occupant of the car died in the crash; the commercial truck driver was not injured.

System performance data downloaded from the car indicated that the driver was operating it using the Traffic-Aware Cruise Control and Autosteer lane-keeping systems, which are automated vehicle control systems within Tesla's Autopilot suite.

The National Transportation Safety Board (NTSB) became aware of the circumstances of the crash when the National Highway Traffic Safety Administration (NHTSA) began a defect investigation on June 28, 2016, which focused on the automatic emergency braking and Autopilot systems of the Tesla Models S and X, for model years 2014–2016. On learning of the May 7, 2016, Williston crash that prompted the NHTSA investigation, the NTSB initiated our investigation, which focused on the use of the Autopilot system.

## Probable Cause

The National Transportation Safety Board determines that the probable cause of the Williston, Florida, crash was the truck driver's failure to yield the right of way to the car, combined with the car driver's inattention due to overreliance on vehicle automation, which resulted in the car driver's lack of reaction to the presence of the truck. Contributing to the car driver's overreliance on the vehicle automation was its operational design, which permitted his prolonged disengagement from the driving task and his use of the automation in ways inconsistent with guidance and warnings from the manufacturer.

## Safety Issues

The crash investigation focused on the following safety issues:

- Operational design domains for SAE International Level 2 vehicle automation,

- Surrogate means of determining the automated vehicle driver's degree of engagement,

- Event data recorders for automated vehicles,

- Safety metrics and exposure data for automated vehicles, and

- Connected vehicle technology and vehicle-to-vehicle (V2V) requirements.

## Recommendations

As a result of this crash investigation, the NTSB makes safety recommendations to the US Department of Transportation, NHTSA, manufacturers of vehicles equipped with Level 2 vehicle automation systems (Volkswagen Group of America, BMW of North America, Nissan Group of North America, Mercedes-Benz USA, Tesla Inc., and Volvo Car USA), the Alliance of Automobile Manufacturers, and the Association of Global Automakers. The NTSB also reiterates Safety Recommendations H-13-30 and -31 to NHTSA.

CORRECTED COPY