# Exhibit 5

# Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator Mountain View, California March 23, 2018



**Accident Report**

NTSB/HAR-20/01
PB2020-100112



**National Transportation Safety Board**

NTSB/HAR-20/01
PB2020-100112
Notation 59775
Adopted February 25, 2020

# Highway Accident Report

Collision Between a Sport Utility Vehicle Operating With
Partial Driving Automation and a Crash Attenuator
Mountain View, California
March 23, 2018



**National
Transportation
Safety Board**

490 L'Enfant Plaza SW
Washington, DC 20594

National Transportation Safety Board. 2020. *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018.* Highway Accident Report NTSB/HAR-20/01. Washington, DC.

**Abstract:** On Friday, March 23, 2018, at 9:27 a.m., a 2017 Tesla Model X P100D electric-powered sport utility vehicle (SUV), occupied by a 38-year-old male driver, was traveling south on US Highway 101 (US-101) in Mountain View, Santa Clara County, California. As the Tesla approached a paved gore area dividing the main travel lanes of US-101 from the left exit ramp to State Route 85 (SR-85), the vehicle moved to the left and entered the gore. It continued traveling through the gore and struck a previously damaged and nonoperational crash attenuator at a speed of about 71 mph. The impact rotated the SUV counterclockwise and caused the front body structure to separate from the rear of the vehicle. The Tesla was involved in subsequent collisions with two other vehicles, a 2010 Mazda 3 and a 2017 Audi A4. The Tesla's high-voltage battery was breached in the collision and a postcrash fire ensued. The driver was transported to a local hospital, where he died from blunt-force trauma injuries. The driver of the Mazda sustained minor injuries, and the driver of the Audi was uninjured.

From its investigation of this crash, the National Transportation Safety Board (NTSB) identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

On the basis of its findings, the NTSB makes safety recommendations to the US Department of Transportation, the National Highway Traffic Safety Administration, the Occupational Safety and Health Administration, SAE International, Tesla, Apple, and manufacturers of portable electronic devices.

The National Transportation Safety Board (NTSB) is an independent federal agency dedicated to promoting aviation, railroad, highway, marine, and pipeline safety. Established in 1967, the agency is mandated by Congress through the Independent Safety Board Act of 1974 to investigate transportation accidents, determine the probable causes of the accidents, issue safety recommendations, study transportation safety issues, and evaluate the safety effectiveness of government agencies involved in transportation. The NTSB makes public its actions and decisions through accident reports, safety studies, special investigation reports, safety recommendations, and statistical reviews.

The NTSB does not assign fault or blame for an accident or incident; rather, as specified by NTSB regulation, "accident/incident investigations are fact-finding proceedings with no formal issues and no adverse parties . . . and are not conducted for the purpose of determining the rights or liabilities of any person." Title 49 *Code of Federal Regulations*, section 831.4. Assignment of fault or legal liability is not relevant to the NTSB's statutory mission to improve transportation safety by investigating accidents and incidents and issuing safety recommendations. In addition, statutory language prohibits the admission into evidence or use of any part of an NTSB report related to an accident in a civil action for damages resulting from a matter mentioned in the report. Title 49 *United States Code*, section 1154(b).

For more detailed background information on this report, visit www.ntsb.gov and search for NTSB accident ID HWY18FH011. Recent publications are also available in their entirety on this website. Other information about available publications also may be obtained from the website or by contacting:

**National Transportation Safety Board**
**Records Management Division, CIO-40**
**490 L'Enfant Plaza, SW**
**Washington, DC 20594**
**(800) 877-6799 or (202) 314-6551**

Copies of NTSB publications may be downloaded at no cost from the National Technical Information Service's National Technical Reports Library at https://ntrl.ntis.gov/NTRL/. This product may be accessed using product number PB2020-100112. For additional assistance, contact:

**National Technical Information Service** (www.ntis.gov)
**5301 Shawnee Rd.,**
**Alexandria, VA 22312**
**(800) 553-6847 or (703) 605-6000**

NOTE: This report was reissued on March 20, 2020, with a correction to page 65, clarifying that Member Jennifer Homendy was joined in her concurring statement by all Board Members (Chairman Robert L. Sumwalt, III; Vice Chairman Bruce Landsberg; and Members Thomas B. Chapman and Michael E. Graham).

# Contents

**Figures** .................................................................................................................................. iii

**Acronyms and Abbreviations** ............................................................................................. iv

**Terminology Related to Driving Automation Systems** .................................................. vii

**Executive Summary** ............................................................................................................ ix

**1 Factual Information** ........................................................................................................ 1
1.1 Crash Summary ............................................................................................................. 1
1.2 Operational Performance Data ..................................................................................... 4
1.3 Emergency Response ..................................................................................................... 6
1.4 Occupant Restraints ...................................................................................................... 7
1.5 Vehicle Factors .............................................................................................................. 9
    1.5.1 Tesla SUV .............................................................................................................. 9
    1.5.2 Mazda 3 Car ........................................................................................................ 11
    1.5.3 Audi A4 Car ........................................................................................................ 12
1.6 Tesla Autopilot ............................................................................................................ 12
    1.6.1 Autopilot Description ......................................................................................... 12
    1.6.2 Autopilot Limitations ........................................................................................ 14
    1.6.3 Autopilot Constraints ........................................................................................ 14
    1.6.4 Postcrash Changes to Autopilot ....................................................................... 16
1.7 Tesla Collision Avoidance Systems ........................................................................... 16
1.8 Tesla Driver Factors ................................................................................................... 17
    1.8.1 Background ........................................................................................................... 17
    1.8.2 Cell Phone Usage ............................................................................................... 18
    1.8.3 Warnings for Hands Off Wheel ........................................................................ 20
    1.8.4 Vehicle Familiarity and Handling .................................................................... 20
1.9 Highway Factors .......................................................................................................... 21
    1.9.1 Description and General Characteristics ......................................................... 21
    1.9.2 Gore Area ............................................................................................................ 21
    1.9.3 Crash Attenuator ................................................................................................ 23
1.10 Weather and Illumination ......................................................................................... 26
1.11 Other NTSB Investigations of Tesla Crashes with Autopilot Activated ............... 26
    1.11.1 Williston, Florida (May 7, 2016) .................................................................... 26
    1.11.2 Culver City, California (January 22, 2018) .................................................... 27
    1.11.3 Delray Beach, Florida (March 1, 2019) ......................................................... 28

**2 Analysis** .................................................................................................................. **30**
2.1 Introduction ............................................................................................................. 30
2.2 Mountain View Crash Discussion ........................................................................... 31
    2.2.1 Crash Sequence .............................................................................................. 31
    2.2.2 Autopilot Performance ................................................................................... 31
    2.2.3 Collision Avoidance System Performance ...................................................... 32
    2.2.4 Driver Distraction .......................................................................................... 33
    2.2.5 Highway Infrastructure Issues ....................................................................... 41
2.3 Safety Issues Found in Partial Driving Automation Crashes ................................... 43
    2.3.1 Risk Mitigation Pertaining to Monitoring Driver Engagement ..................... 43
    2.3.2 Risk Assessment Pertaining to Operational Design Domain ......................... 46
    2.3.3 Limitations of Collision Avoidance Systems .................................................. 49
    2.3.4 Insufficient Federal Oversight of Partial Driving Automation Systems ........ 50
2.4 Need for Event Data Recorders for Driving Automation Systems ........................... 52

**3 Conclusions** ............................................................................................................. **55**
3.1 Findings ................................................................................................................... 55
3.2 Probable Cause ........................................................................................................ 58

**4 Recommendations** .................................................................................................. **59**
4.1 New Recommendations ............................................................................................ 59
4.2 Previously Issued Recommendations Reiterated in This Report .............................. 60
4.3 Previously Issued Recommendations Reiterated and Reclassified in This Report ... 60
4.4 Previously Issued Recommendations Reclassified in This Report ........................... 61

**Board Member Statement** ....................................................................................... **64**

**Appendixes** ............................................................................................................... **66**

**References** .................................................................................................................. **74**

NTSB

# Figures

**Figure 1.** Map showing crash location and Tesla driver's route of travel ...................................... 1

**Figure 2.** Depiction of travel lanes and gore area ........................................................................ 2

**Figure 3.** Crash vehicles at final rest ............................................................................................ 3

**Figure 4.** Tesla postcrash fire ....................................................................................................... 4

**Figure 5.** Tesla movement leading up to the crash ...................................................................... 5

**Figure 6.** Positions of Tesla airbags ............................................................................................. 8

**Figure 7.** Tesla before being engulfed in flames ......................................................................... 9

**Figure 8.** Tesla interior rear section, with exposed battery cells ................................................. 10

**Figure 9.** Damage to Mazda 3 ...................................................................................................... 11

**Figure 10.** Damage to Audi A4 ..................................................................................................... 12

**Figure 11.** Tesla Autopilot components ......................................................................................... 13

**Figure 12.** Last Autopilot segment before crash, including warnings........................................... 20

**Figure 13.** Postcrash drive-through, showing faded lane marking ............................................... 22

**Figure 14.** Added postcrash gore cross-hatching/chevrons ......................................................... 23

**Figure 15.** Precrash damaged condition of the crash attentuator................................................. 24

**Figure 16.** 2015 Tesla after striking semitrailer, Williston, Florida ............................................. 27

**Figure 17.** 2014 Tesla and fire truck postcrash, Culver City, California ..................................... 28

**Figure 18.** 2018 Tesla after striking semitrailer, Delray Beach, Florida ..................................... 29

**Figure 19.** UNECE escalating timing of alerts for hands off wheel.............................................. 45

**Figure D-1.** Autosteer hands-on alert timing................................................................................. 72

# Acronyms and Abbreviations

| | |
|---|---|
| AAA | American Automobile Association |
| ADAS | advanced driver assistance systems |
| ADS | automated driving systems |
| AEB | automatic emergency braking |
| CalSTA | California State Transportation Agency |
| Caltrans | California Department of Transportation |
| CEA | Consumer Electronics Association (renamed Consumer Technology Association [CTA] in November 2015) |
| *CFR* | *Code of Federal Regulations* |
| CHP | California Highway Patrol |
| CTA | Consumer Technology Association (formerly Consumer Electronics Association [CEA]) |
| CTIA | Cellular Telecommunications Industry Association |
| DDT | dynamic driving task |
| DOT | US Department of Transportation |
| EDR | event data recorder |
| FCW | forward collision warning |
| FHWA | Federal Highway Administration |
| GPS | global positioning system |
| HAZMAT | hazardous materials |
| HOV | high-occupancy vehicle |
| I-405 | Interstate 405 |
| KB | kilobyte |
| MAIT | Multidisciplinary Accident Investigation Team |

| | |
|---|---|
| MASH | *Manual for Assessing Safety Hardware* |
| MB | megabyte |
| MCU | media control unit |
| mph | miles per hour |
| MVFD | Mountain View Fire Department |
| NCAP | New Car Assessment Program |
| NCHRP | National Cooperative Highway Research Program |
| NETS | Network of Employers for Traffic Safety |
| NHTSA | National Highway Traffic Safety Administration |
| NSC | National Safety Council |
| NTSB | National Transportation Safety Board |
| ODD | operational design domain |
| ODI | Office of Defects Investigation (NHTSA) |
| OEDR | object and event detection and response |
| OTA | over-the-air |
| OTS | California Office of Traffic Safety |
| PED | portable electronic device |
| RCM | restraint control module |
| SAE | SAE International (formerly Society of Automobile Engineers) |
| SD | secure digital (card) |
| SMFD | San Mateo Fire Department |
| SR-85 | State Route 85 |
| SUV | sport utility vehicle |
| TACC | Traffic-Aware Cruise Control |
| UNECE | United Nations Economic Commission for Europe |
| US-27A | US Highway 27A |

NTSB                                              Highway Accident Report

US-101          US Highway 101

US-441          US Highway 441

# Terminology Related to Driving Automation Systems

In June 2018, SAE International (SAE) issued an updated *Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles* (SAE 2018).[1] The taxonomy includes functional definitions for levels of driving automation. As shown in Table 1 on the next page, SAE lists six levels of automation ranging from Level 0 (no driving automation) to Level 5 (full driving automation). The generic term "driving automation system" refers to any 1–5 level system. Individually, Tesla Autopilot subsystems—such as Traffic-Aware Cruise Control (TACC), which provides longitudinal vehicle motion control; and Autosteer, which provides lateral vehicle directional control—are considered Level 1 systems. When Autopilot is active and multiple subsystems like TACC and Autosteer are combined to provide both lateral and longitudinal vehicle motion control, the system is considered Level 2 driving automation.

SAE classifies a Level 2 system like Autopilot as "partial driving automation." In a Level 2 system, it is the driver's responsibility to monitor the automation, maintain situational awareness of traffic conditions, understand the limitations of the automation, and be available to intervene and take full control of the vehicle at all times. Throughout this report, the terms advanced driver assistance systems (ADAS), driving automation systems, and partial driving automation will be used to describe the capabilities of Tesla Autopilot. In the SAE taxonomy table (next page), the operational design domain (ODD) means the operating conditions under which the driving automation system is designed to function. Object and event detection and response (OEDR) includes detecting, recognizing, and classifying events and preparing to respond as needed. The dynamic driving task (DDT) involves all real-time operational and tactical functions required to operate a vehicle. Automated driving systems (ADS) apply to the higher, more fully automated Levels 3–5.

---

[1] SAE International, initially established as the Society of Automotive Engineers, is a professional association and standards-developing organization. Refer to www.sae.org for additional information about technical standards developed by the association.

**Table 1.** Summary of SAE taxonomy and definitions of terms related to driving automation systems for on-road motor vehicles. (Source: SAE International J3016, June 2018)

| Level | Name | Narrative definition | DDT | | | ODD |
|---|---|---|---|---|---|---|
| | | | Sustained lateral and longitudinal vehicle motion control | OEDR | DDT fallback | |
| Driver performs part or all of the DDT | | | | | | |
| 0 | No Driving Automation | The performance by the *driver* of the entire *DDT*, even when enhanced by *active safety systems*. | Driver | Driver | Driver | n/a |
| 1 | Driver Assistance | The *sustained* and *ODD*-specific execution by a *driving automation system* of either the *lateral* or the *longitudinal vehicle motion control* subtask of the *DDT* (but not both simultaneously) with the expectation that the *driver* performs the remainder of the *DDT*. | Driver and System | Driver | Driver | Limited |
| 2 | Partial Driving Automation | The *sustained* and *ODD*-specific execution by a *driving automation system* of both the *lateral* and *longitudinal vehicle motion control* subtasks of the *DDT* with the expectation that the *driver* completes the *OEDR* subtask and *supervises* the *driving automation system*. | System | Driver | Driver | Limited |
| ADS ("System") performs the entire DDT (while engaged) | | | | | | |
| 3 | Conditional Driving Automation | The *sustained* and *ODD*-specific performance by an *ADS* of the entire *DDT* with the expectation that the *DDT fallback-ready user* is receptive to *ADS*-issued *requests to intervene*, as well as to *DDT performance-relevant system failures* in other *vehicle* systems, and will respond appropriately. | System | System | Fallback-ready user (becomes the driver during fallback) | Limited |
| 4 | High Driving Automation | The *sustained* and *ODD*-specific performance by an *ADS* of the entire *DDT* and *DDT fallback* without any expectation that a *user* will respond to a *request to intervene*. | System | System | System | Limited |
| 5 | Full Driving Automation | The *sustained* and unconditional (i.e., not *ODD*-specific) performance by an *ADS* of the entire *DDT* and *DDT fallback* without any expectation that a *user* will respond to a *request to intervene*. | System | System | System | Unlimited |

# Executive Summary

## Crash Summary

On March 23, 2018, at 9:27 a.m., a 2017 Tesla Model X P100D electric-powered sport utility vehicle (SUV), occupied by a 38-year-old male driver, was traveling south on US Highway 101 (US-101) in Mountain View, Santa Clara County, California. At this location, US-101 has six southbound traffic lanes, including a high-occupancy vehicle (HOV) exit lane to State Route 85 (SR-85) southbound on the far left. As the SUV approached the US-101–SR-85 interchange, it was traveling in the lane second from the left, which was an HOV lane for continued travel on US-101.[2]

While approaching a paved gore area dividing the main travel lanes of US-101 from the SR-85 left-exit ramp, the SUV moved to the left and entered the gore. The vehicle continued traveling through the gore and struck a damaged and nonoperational crash attenuator at a speed of about 71 mph. The crash attenuator was positioned at the end of a concrete median barrier. As a result of the collision, the SUV rotated counterclockwise and the front body structure separated from the rear of the vehicle. The Tesla was involved in subsequent collisions with two other vehicles, a 2010 Mazda 3 and a 2017 Audi A4.

The Tesla's high-voltage battery was breached in the collision and a postcrash fire ensued. On-scene witnesses found the Tesla driver in his seat with his lap/shoulder belt buckled. They removed him from the vehicle before it was engulfed in flames. The driver was transported to a local hospital, where he died from blunt-force trauma injuries. The driver of the Mazda sustained minor injuries, and the driver of the Audi was uninjured.

System performance data downloaded from the Tesla indicated that the driver was operating the SUV using the Traffic-Aware Cruise Control (an adaptive cruise control system) and Autosteer system (a lane-keeping assist system), which are advanced driver assistance systems in Tesla's "Autopilot" suite. As part of this investigation, the National Transportation Safety Board (NTSB) reviewed previous NTSB investigations involving the Tesla Autopilot system in Williston, Florida; Culver City, California; and Delray Beach, Florida, to examine common issues regarding the safety of advanced driver assistance systems that provide partial driving automation (both lateral and longitudinal control).

## Probable Cause

The National Transportation Safety Board determines that the probable cause of the Mountain View, California, crash was the Tesla Autopilot system steering the sport utility vehicle into a highway gore area due to system limitations, and the driver's lack of response due to distraction likely from a cell phone game application and overreliance on the Autopilot partial driving automation system. Contributing to the crash was the Tesla vehicle's ineffective monitoring of driver engagement, which facilitated the driver's complacency and inattentiveness. Contributing to the severity of the driver's injuries was the vehicle's impact with a crash

---

[2] Additional information about this investigation can be found in the public docket for this crash (NTSB case number HWY18FH011) by accessing the Docket Management System at www.ntsb.gov.

attenuator barrier that was damaged and nonoperational at the time of the collision due to the California Highway Patrol's failure to report the damage following a previous crash, and systemic problems with the California Department of Transportation's maintenance division in repairing traffic safety hardware in a timely manner.

## Safety Issues

The safety issues identified in this crash and in previous crashes involving partial driving automation include the following:

- **Driver Distraction.** The Tesla driver was likely distracted by a gaming application on his cell phone before the crash, which prevented him from recognizing that Autopilot had steered the SUV into a gore area of the highway not intended for vehicle travel. The driver was using a company-supplied phone, but his employer, Apple Inc., did not have a policy preventing cell phone use while driving. Strong company policy, with strict consequences for using portable electronic devices while driving, is an effective strategy in helping to prevent the deadly consequences of distracted driving. Additionally, an engineering solution to the distracted driving problem is needed. Electronic device manufacturers have the capability to lock out highly distracting functions of portable electronic devices when being used by an operator while driving, and such a feature should be installed as a default setting on all devices.

- **Risk Mitigation Pertaining to Monitoring Driver Engagement.** The Tesla Autopilot system did not provide an effective means of monitoring the driver's level of engagement with the driving task, and the timing of alerts and warnings was insufficient to elicit the driver's response to prevent the crash or mitigate its severity. Requirements are needed for driver monitoring systems for advanced driver assistance systems that provide partial driving automation (SAE Level 2 systems), and Tesla needs to develop applications that more effectively sense the driver's level of engagement and that alert drivers who are not engaged.

- **Risk Assessment Pertaining to Operational Design Domain.** Crashes investigated by the NTSB continue to show that the Tesla Autopilot system is being used by drivers outside the vehicle's operational design domain (the conditions in which the system is intended to operate). Despite the system's known limitations, Tesla does not restrict where Autopilot can be used. Tesla should incorporate system safeguards that limit the use of partial driving automation systems (Autopilot) to those conditions for which they were designed. Additionally, the National Highway Traffic Safety Administration (NHTSA) has failed to develop a method for verifying that manufacturers of partial driving automation systems are incorporating system safeguards that are critical to ensuring the safety of the motoring public.

- **Limitations of Collision Avoidance Systems.** The Tesla's collision avoidance systems were not designed to, and did not, detect the crash attenuator. Because this object was not detected, (a) Autopilot accelerated the SUV to a higher speed, which the driver had previously set by using adaptive cruise control, (b) the forward collision warning did not provide an alert, and (c) the automatic emergency braking did not activate. For partial driving automation systems to be safely deployed in a high-speed

operating environment, collision avoidance systems must be able to effectively detect potential hazards and warn of potential hazards to drivers.

- **Insufficient Federal Oversight of Partial Driving Automation Systems.** The US Department of Transportation and NHTSA have taken a nonregulatory approach to automated vehicle safety. NHTSA plans to address the safety of partial driving automation systems through enforcement and a surveillance program that identifies safety-related defect trends in design or performance. This strategy must address the risk of foreseeable misuse of automation and include a forward-looking risk analysis. Additionally, NHTSA should complete a further evaluation of the Tesla Autopilot system to ensure the deployed technology does not pose an unreasonable safety risk.

- **Need for Event Data Recording Requirements for Driving Automation Systems.** Advanced driver assistance systems that provide partial automation collect significant safety-relevant data that can be used for crash analysis and risk assessment. Currently, manufacturers provide limited access to this data and there is no standardization of retrievable data parameters. This report describes the NTSB's previous safety recommendations and the inaction of federal regulators to address this important issue area that is needed to foster system safety improvements.

- **Highway Infrastructure Issues.** As part of this crash investigation, the NTSB issued a safety recommendation report addressing systemic problems related to the timely repair of traffic safety hardware in California. Investigators found that on the day of the collision, the crash attenuator at the US-101–SR-85 interchange was in a nonoperational damaged condition because of a previous crash, which had occurred 11 days earlier, on March 12, 2018. The Mountain View report briefly summarizes the findings of the safety recommendation report and the actions taken by the state of California to address this safety issue.

## Findings

1. None of the following were factors in the Tesla driver's actions in this crash: (1) driver licensing or qualification; (2) familiarization with the vehicle and roadway; (3) medical conditions, fatigue, or impairment by alcohol or other drugs; or (4) weather conditions.

2. The emergency response to the crash was timely and adequate.

3. The Tesla electric vehicle postcrash fire and related damage to the lithium-ion battery presented unusual fire and electrical hazards to first responders.

4. The Tesla's Autopilot lane-keeping assist system steered the sport utility vehicle to the left into the neutral area of the gore, without providing an alert to the driver, due to limitations of the Tesla Autopilot vision system's processing software to accurately maintain the appropriate lane of travel.

5. The Tesla's collision avoidance systems were not designed to, and did not, detect the crash attenuator at the end of the gore, nor did the National Highway Traffic Safety

Administration require such capability; consequently, the forward collision warning system did not provide an alert and the automatic emergency braking did not activate.

6. The driver did not take corrective action when the Tesla's Autopilot lane-keeping assist system steered the vehicle into the gore area, nor did he take evasive action to avoid the collision with the crash attenuator, most likely due to distraction caused by a cell phone game application.

7. Distracted driving due to portable electronic device use remains persistently high, and additional countermeasures are needed.

8. A technological solution, such as a lock-out function or application that automatically disables highly distracting features of a portable electronic device while driving, is an effective countermeasure for eliminating portable electronic device distraction while driving.

9. Strong company policy, with strict consequences for using portable electronic devices while driving, is an effective strategy in helping to prevent distracted driving crashes, injuries, and fatalities.

10. Although the Occupational Safety and Health Administration has guidelines for companies to reduce motor vehicle crashes by prohibiting the use of portable electronic devices while driving, the guidelines lack specificity, are not widely adopted by companies, and are seldom enforced—limiting their impact in addressing the hazards of distracted driving.

11. The Tesla Autopilot system did not provide an effective means of monitoring the driver's level of engagement with the driving task.

12. Although the lack of gore area roadway striping at the Mountain View crash location likely did not contribute to the crash, ongoing research led by the Federal Highway Administration can help identify what highway infrastructure changes may be needed in the future to accommodate automated vehicles.

13. The crash attenuator was in a damaged and nonoperational condition at the time of the collision due to the California Highway Patrol's failure to report the damage following a previous crash and systemic problems with the California Department of Transportation's maintenance division in repairing traffic safety hardware in a timely manner.

14. If the crash attenuator at the US Highway 101–State Route 85 interchange had been repaired in a timely manner and in a functional condition before the March 23, 2018, crash, the Tesla driver most likely would have survived the collision.

15. Because monitoring of driver-applied steering wheel torque is an ineffective surrogate measure of driver engagement, performance standards should be developed pertaining to an effective method of ensuring driver engagement in SAE Level 2 partial driving automation systems.

16. If Tesla Inc. does not incorporate system safeguards that limit the use of the Autopilot system to those conditions for which it was designed, continued use of the system beyond its operational design domain is foreseeable and the risk for future crashes will remain.

17. The National Highway Traffic Safety Administration's failure to ensure that vehicle manufacturers of SAE Level 2 driving automation systems are incorporating appropriate system safeguards to limit operation of these systems to the operational design domain compromises safety.

18. In order for driving automation systems to be safely deployed in a high-speed operating environment, collision avoidance systems must be able to effectively detect and respond to potential hazards, including roadside traffic safety hardware, and be able to execute forward collision avoidance at high speeds.

19. The National Highway Traffic Safety Administration's approach to the oversight of automated vehicles is misguided, because it essentially relies on waiting for problems to occur rather than addressing safety issues proactively.

20. It is essential that the National Highway Traffic Safety Administration's surveillance and defect investigation program closely examine issues related to foreseeable misuse of automation and perform a forward-looking risk analysis to identify partial driving automation system defects that pose an unreasonable risk to safety.

21. The National Highway Traffic Safety Administration's Office of Defects Investigation has failed to thoroughly investigate the Tesla Autopilot design regarding the degree to which drivers are currently misusing the system, the foreseeable consequences of continued use by drivers beyond the system's operational design domain, and the effectiveness of the driver monitoring system in ensuring driver engagement.

22. Vehicle performance data associated with activation and engagement of partial driving automation systems on vehicles involved in crashes are not required nor available on most event data recorders.

23. A standardized set of retrievable data is needed to enable independent assessment of automated vehicle safety and to foster automation safety improvements.

# Recommendations

## New Recommendations

As a result of its investigation, the National Transportation Safety Board makes the following nine new safety recommendations:

**To the National Highway Traffic Safety Administration:**

Expand New Car Assessment Program testing of forward collision avoidance system performance to include common obstacles, such as traffic safety hardware, cross-traffic vehicle profiles, and other applicable vehicle shapes or objects found in the highway operating environment. (H-20-1)

Evaluate Tesla Autopilot-equipped vehicles to determine if the system's operating limitations, the foreseeability of driver misuse, and the ability to operate the vehicles outside the intended operational design domain pose an unreasonable risk to safety; if safety defects are identified, use applicable enforcement authority to ensure that Tesla Inc. takes corrective action. (H-20-2)

For vehicles equipped with Level 2 automation, work with SAE International to develop performance standards for driver monitoring systems that will minimize driver disengagement, prevent automation complacency, and account for foreseeable misuse of the automation. (H-20-3)

After developing the performance standards for driver monitoring systems recommended in Safety Recommendation H-20-3, require that all new passenger vehicles with Level 2 automation be equipped with a driver monitoring system that meets these standards. (H-20-4)

**To the Occupational Safety and Health Administration:**

Review and revise your distracted driving initiatives to increase employers' awareness of the need to develop strong cell phone policy prohibiting the use of portable electronic devices while driving. (H-20-5)

Modify your enforcement strategies to increase the use of the general duty clause cited in 29 *United States Code* section 654 against those employers who fail to address the hazards of distracted driving. (H-20-6)

**To SAE International:**

For vehicles equipped with Level 2 automation, work with the National Highway Traffic Safety Administration to develop performance standards for driver monitoring systems that will minimize driver disengagement, prevent automation complacency, and account for foreseeable misuse of the automation. (H-20-7)

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8)

**To Apple Inc.:**

Develop and implement a company policy that bans the nonemergency use of portable electronic devices while driving by all employees and contractors driving company vehicles, operating company-issued portable electronic devices, or using a portable electronic device to engage in work-related communications. (H-20-9)

## Previously Issued Recommendations Reiterated in This Report

As a result of its investigation, the National Transportation Safety Board reiterates the following two safety recommendations (already classified "Open—Unacceptable Response") in sections 2.3.3 and 2.3.2, respectively, in this report:

**To the National Highway Traffic Safety Administration:**

Develop and apply testing protocols to assess the performance of forward collision avoidance systems in passenger vehicles at various velocities, including high speed and high velocity-differential. (H-15-4)

Develop a method to verify that manufacturers of vehicles equipped with Level 2 vehicle automation systems incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed. (H-17-38)

## Previously Issued Recommendations Reiterated and Reclassified in This Report

As a result of its investigation, the National Transportation Safety Board reiterates and reclassifies the following five safety recommendations:

**To the US Department of Transportation:**

Define the data parameters needed to understand the automated vehicle control systems involved in a crash. The parameters must reflect the vehicle's control status and the frequency and duration of control actions to adequately characterize driver and vehicle performance before and during a crash. (H-17-37)

Safety Recommendation H-17-37 is reclassified from "Open—Await Response" to "Open—Unacceptable Response" in section 2.4 of this report.

**To the National Highway Traffic Safety Administration:**

Use the data parameters defined by the U.S. Department of Transportation in response to Safety Recommendation H-17-37 as a benchmark for new vehicles equipped with automated vehicle control systems so that they capture data that reflect the vehicle's control status and the frequency and duration of control actions needed to adequately characterize driver and vehicle performance before and during a crash; the captured data should be readily available to, at a minimum, National Transportation Safety Board investigators and National Highway Traffic Safety Administration regulators. (H-17-39)

Safety Recommendation H-17-39 is reclassified from "Open—Acceptable Response" to "Open—Unacceptable Response" in section 2.4 of this report.

Define a standard format for reporting automated vehicle control systems data and require manufacturers of vehicles equipped with automated vehicle control systems to report incidents, crashes, and vehicle miles operated with such systems enabled. (H-17-40)

Safety Recommendation H-17-40 is reclassified from "Open—Acceptable Response" to "Open—Unacceptable Response" in section 2.4 of this report.

**To Tesla Inc.:**

Incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed. (H-17-41)

Safety Recommendation H-17-41 is reclassified from "Open—Await Response" to "Open—Unacceptable Response" in section 2.3.2 of this report.

Develop applications to more effectively sense the driver's level of engagement and alert the driver when engagement is lacking while automated vehicle control systems are in use. (H-17-42)

Safety Recommendation H-17-42 is reclassified from "Open—Await Response" to "Open—Unacceptable Response" in section 2.3.1 of this report.

## Previously Issued Recommendations Reclassified in This Report

As a result of its investigation, the National Transportation Safety Board reclassifies the following two safety recommendations:

**To the Consumer Electronics Association (now the Consumer Technology Association):**

> Encourage the development of technology features that disable the functions of portable electronic devices within reach of the driver when a vehicle is in motion; these technology features should include the ability to permit emergency use of the device while the vehicle is in motion and have the capability of identifying occupant seating position so as not to interfere with use of the device by passengers. (H-11-47)

Safety Recommendation H-11-47 is reclassified from "Open—Await Response" to "Closed—No Longer Applicable" in section 2.2.4.3 of this report.

**To the California State Transportation Agency:**

> Develop and implement a corrective action plan that guarantees timely repair of traffic safety hardware and includes performance measures to track state agency compliance with repair timelines. (H-19-13)

Safety Recommendation H-19-13 is reclassified from "Open—Initial Response Received" to "Open—Acceptable Response" in section 2.2.5.2 of this report.