# Exhibit 6

State of California                                             Department of Motor Vehicles
California State Transportation Agency

**Memorandum**

**Date**     :   March 9, 2021

**To**       :   Memo to File

**From**     :   Miguel Acosta, Autonomous Vehicles Branch

**Subject**  :   Tesla AP City Streets Update

On March 9, 2021, DMV representatives, Miguel Acosta, Nathan Gargiulo, Jennifer Berry and Emily Bisnett participated in a teleconference call via Microsoft Teams with Tesla representatives Eric Williams, CJ Moore, Alex Cobern, & Beth Mykytiuk. The call started at 1:30pm.

Update on City Street Pilot:
Currently there are 824 vehicles in the pilot program- 753 employees and 71 nonemployees.  Pilot participants are across 37 states with majority of participants in California.  As of March 2021, pilot participants have driven over 153,000 miles using the City Streets feature.  By the end of the Week of March 9, 2021 Tesla will expand this pool of participants to approximately 1600. In a tweet on March 5, 2021, Musk says the current beta program will double and the next version would be 10x that size.  Further expansion of this number will need to be aligned with Elon Musk.

DMV asked about how the limitations and capabilities will be communicated to the approximately 800 new participants.  Tesla had previously called each participant individually.  Tesla indicated they are working on developing a video for the participants.  Tesla will share the video with DMV once it is finalized.

DMV asked about the Tweet Elon Musk sent 3/9/2021, "Assuming user approves warning and agrees to drive carefully, it will be download latest QA tested FSD "Beta" build as soon as car connects to wifi.  Build 8.3 of FSD should be done QA testing by end of next week, so that's roughly when download button should show up".  Tesla said they are not able to comment on the specifics of the download button.

DMV asked about the early access program and how the additional beta participants will be selected.  The next group of participants will include referrals from existing participants.  The new participants will be vetted by Tesla by looking at insurance telematics based on the VINs registered to that participant.

DMV asked about the feedback loop for participants.  Tesla indicated that participants provide feedback either by email or send written letter.  Tesla also tracks when there are failures or when the feature is deactivated.  CJ Moore

ADM 621 (REV. 1/98) EF                  *Integrity... Trust... Respect... Quality...*

described these as "disengagements". Tesla takes video footage and then labels and categorizes the event to make improvements.

DMV asked CJ to address, from an engineering perspective, Elon's messaging about L5 capability by the end of the year. Tesla is at Level 2 currently. The ratio of driver interaction would need to be in the magnitude of 1 or 2 million miles per driver interaction to move into higher levels of automation. Tesla indicated that Elon is extrapolating on the rates of improvement when speaking about L5 capabilities. Tesla couldn't say if the rate of improvement would make it to L5 by end of calendar year.

DMV asked how the sales team ensures that messaging about the vehicle capabilities and limitations are communicated. Tesla sales associate receives training on autopilot including having to drive the vehicle. The associate receives a training certification. Ongoing video content is sent to associates who are quizzed on the content. Customers are shown the features of the vehicle when purchasing and if a customer inquires about getting the feature being piloted, they are directed to an email where they can apply to be part of the early access program.

DMV asked about regular software updates being released and how Tesla evaluates the potential advancement of levels of autonomy. Tesla indicated that they are still firmly in L2. Before they release updates to customers, the AP team tests and drives the vehicles every day. They would know when they are getting closer to L3 like performance well in advance of a potential release.

DMV thanked Tesla for the discussion and indicated that DMV would appreciate future updates as they become available.

The call ended at 2pm.