# Exhibit 7

March 19, 2020

Mr. James C. Owens
Acting Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
West Building
Washington, DC 20590

This letter provides information about the National Transportation Safety Board's (NTSB) February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-1 through -4). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



# National Transportation Safety Board

**Washington, DC 20594**

**Office of the Chairman**

March 19, 2020

Mr. James C. Owens
Acting Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
West Building
Washington, DC 20590

Dear Mr. Owens:

This letter provides information about the National Transportation Safety Board's (NTSB) February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

Accordingly, the NTSB makes the following four new safety recommendations to the National Highway Traffic Safety Administration (NHTSA). Additional information regarding these recommendations can be found in the noted sections of the report.

Expand New Car Assessment Program testing of forward collision avoidance system performance to include common obstacles, such as traffic safety hardware, cross-traffic vehicle profiles, and other applicable vehicle shapes or objects found in the highway operating environment. (H-20-1) (See section 2.3.3.)

Evaluate Tesla Autopilot-equipped vehicles to determine if the system's operating limitations, the foreseeability of driver misuse, and the ability to operate the vehicles outside the intended operational design domain pose an unreasonable risk to safety; if safety defects are identified, use applicable enforcement authority to ensure that Tesla Inc. takes corrective action. (H-20-2) (See section 2.3.4.2.)

2

For vehicles equipped with Level 2 automation, work with SAE International to develop performance standards for driver monitoring systems that will minimize driver disengagement, prevent automation complacency, and account for foreseeable misuse of the automation. (H-20-3) (See section 2.3.1.2.)

After developing the performance standards for driver monitoring systems recommended in Safety Recommendation H-20-3, require that all new passenger vehicles with Level 2 automation be equipped with a driver monitoring system that meets these standards. (H-20-4) (See section 2.3.1.2.)

The NTSB also reiterates the following two safety recommendations to NHTSA (both currently classified "Open—Unacceptable Response"). Additional information regarding these recommendations can be found in the noted sections of the report.

Develop and apply testing protocols to assess the performance of forward collision avoidance systems in passenger vehicles at various velocities, including high speed and high velocity-differential. (H-15-4) (See section 2.3.3.)

Develop a method to verify that manufacturers of vehicles equipped with Level 2 vehicle automation systems incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed. (H-17-38) (See section 2.3.2.)

The NTSB also reiterates and reclassifies the following two safety recommendations to NHTSA (both reclassified from "Open—Acceptable Response" to "Open—Unacceptable Response" in section 2.4 of the report):

Use the data parameters defined by the U.S. Department of Transportation in response to Safety Recommendation H-17-37 as a benchmark for new vehicles equipped with automated vehicle control systems so that they capture data that reflect the vehicle's control status and the frequency and duration of control actions needed to adequately characterize driver and vehicle performance before and during a crash; the captured data should be readily available to, at a minimum, National Transportation Safety Board investigators and National Highway Traffic Safety Administration regulators. (H-17-39)

Define a standard format for reporting automated vehicle control systems data and require manufacturers of vehicles equipped with automated vehicle control systems to report incidents, crashes, and vehicle miles operated with such systems enabled. (H-17-40)

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (H-20-1 through -4, H-15-4, and H-17-38 through -40). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes,

3

please e-mail us at the same address for instructions. Please do not submit both an electronic copy and a hard copy of the same response.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Ms. Loren Sweatt
Principal Deputy Assistant Secretary of Labor for Occupational Safety and Health
US Department of Labor
Occupational Safety and Health Administration
200 Constitution Avenue, NW
Washington, DC 20210

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about the NTSB's February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-5 and -6). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

Office of the Chairman

March 19, 2020

Ms. Loren Sweatt
Principal Deputy Assistant Secretary of Labor for Occupational Safety and Health
US Department of Labor
Occupational Safety and Health Administration
200 Constitution Avenue, NW
Washington, DC 20210

Dear Ms. Sweatt:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge the Occupational Safety and Health Administration (OSHA) to act on the safety recommendations in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendations to OSHA. Additional information regarding these recommendations can be found in section 2.2.4.4 of the report.

Review and revise your distracted driving initiatives to increase employers' awareness of the need to develop strong cell phone policy prohibiting the use of portable electronic devices while driving. (H-20-5)

Modify your enforcement strategies to increase the use of the general duty clause cited in 29 *United States Code* section 654 against those employers who fail to address the hazards of distracted driving. (H-20-6)

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (H-20-5 and -6). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to these recommendations. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. David L. Schutt
Chief Executive Officer
SAE International
400 Commonwealth Drive
Warrendale, PA 15096

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about the February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-7). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

**Office of the Chairman**

March 19, 2020

Mr. David L. Schutt
Chief Executive Officer
SAE International
400 Commonwealth Drive
Warrendale, Pennsylvania 15096

Dear Mr. Schutt:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge SAE International to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to SAE International. Additional information regarding this recommendation can be found in the noted section of the report.

> For vehicles equipped with Level 2 automation, work with the National Highway Traffic Safety Administration to develop performance standards for driver monitoring systems that will minimize driver disengagement, prevent automation complacency, and account for foreseeable misuse of the automation. (H-20-7) (See section 2.3.1.2.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-7). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. Tim Cook
Chief Executive Officer
Apple, Inc.
1 Apple Park Way
Cupertino, CA 95014

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-8 and -9). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

Office of the Chairman

March 19, 2020

Mr. Tim Cook
Chief Executive Officer
Apple, Inc.
1 Apple Park Way
Cupertino, California 95014

Dear Mr. Cook:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Apple, Inc. to act on the safety recommendations in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendations to Apple, Inc. Additional information regarding these recommendations can be found in the noted sections of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

**To Apple, Inc.**

Develop and implement a company policy that bans the nonemergency use of portable electronic devices while driving by all employees and contractors driving company vehicles, operating company-issued portable electronic devices, or using a portable electronic device to engage in work-related communications. (H-20-9) (See section 2.2.4.4.)

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (H-20-8 and -9). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to these recommendations. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

The Honorable Karan Bhatia
Vice President
Google
25 Massachusetts Ave NW
Washington, DC 20001

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

Office of the Chairman

March 19, 2020

The Honorable Karan Bhatia
Vice President
Google
25 Massachusetts Ave NW
Washington, DC 20001

Dear Mr. Bhatia:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Google to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as Google) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman



**National Transportation Safety Board**

Washington, DC 20594

**Office of the Chairman**

March 19, 2020

Mr. Yves Maitre
Chief Executive Officer
HTC
13920 Southeast East Gate
Suite 400
Bellevue, Washington 98005

Dear Mr. Maitre:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge HTC to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as HTC) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman



**National Transportation Safety Board**

Washington, DC 20594

**Office of the Chairman**

March 19, 2020

Mr. Matthew Zielinski
President, North America
Lenovo
1009 Think Place
Morrisville, North Carolina 27560

Dear Mr. Zielinski:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Lenovo to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With ·Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as Lenovo) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. Thomas Yoon
President and Chief Executive Officer
LG Electronics North America
111 Sylvan Avenue
Englewood Cliffs, NJ 07632

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about the NTSB's February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

**Office of the Chairman**

March 19, 2020

Mr. Thomas Yoon
President and Chief Executive Officer
LG Electronics North America
111 Sylvan Avenue
Englewood Cliffs, New Jersey 07632

Dear Mr. Yoon:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge LG to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as LG) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman



**National Transportation Safety Board**

Washington, DC 20594

Office of the Chairman

March 19, 2020

Mr. Sergio Buniac
President – Motorola, SVP, Lenovo
Motorola
500 W Monroe Street
Suite 4400
Chicago, Illinois 60661

Dear Mr. Buniac:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Motorola to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as Motorola) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. Brian Hendricks
Head of Technology Policy and Government Relations
Nokia
1100 New York Avenue
Suite 705 West
Washington, DC 20005

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about the NTSB's February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

Office of the Chairman

March 19, 2020

Mr. Brian Hendricks
Head of Technology Policy and Government Relations
Nokia
1100 New York Avenue
Suite 705 West
Washington, DC 20005

Dear Mr. Hendricks:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Nokia to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as Nokia) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2019

Mr. Young Hoon Eom
President and Chief Executive Officer
Samsung Electronics North America
85 Challenger Road
Ridgefield Park, NJ 07660

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about the February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-LRM**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

**Office of the Chairman**

March 19, 2020

Mr. Young Hoon Eom
President and Chief Executive Officer
Samsung Electronics North America
85 Challenger Road
Ridgefield Park, New Jersey 07660

Dear Mr. Eom:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Samsung to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as Samsung) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

>   Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. Shaka Johnson
Vice President and Associate General Counsel
Sony Electronics, Inc.
16535 Via Esprillo Drive
San Diego, CA 92127

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about the February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**Office of the Chairman**

# National Transportation Safety Board
### Washington, DC 20594

March 19, 2020

Mr. Shaka Johnson
Vice President and Associate General Counsel
Sony Electronics, Inc.
16535 Via Esprillo Drive
San Diego, California 92127

Dear Mr. Johnson:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Sony to act on the safety recommendation in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendation to manufacturers (such as Sony) of portable electronic devices. Additional information regarding this recommendation can be found in the noted section of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

> Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement this recommendation. When replying, please refer to the safety recommendation by number (H-20-8). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. Tim Cook
Chief Executive Officer
Apple, Inc.
1 Apple Park Way
Cupertino, CA 95014

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-20-8 and -9). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

**Office of the Chairman**

March 19, 2020

Mr. Tim Cook
Chief Executive Officer
Apple, Inc.
1 Apple Park Way
Cupertino, California 95014

Dear Mr. Cook:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Apple, Inc. to act on the safety recommendations in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB makes the following safety recommendations to Apple, Inc. Additional information regarding these recommendations can be found in the noted sections of the report.

**To Manufacturers of Portable Electronic Devices (Apple, Google, HTC, Lenovo, LG, Motorola, Nokia, Samsung, and Sony):**

Develop a distracted driving lock-out mechanism or application for portable electronic devices that will automatically disable any driver-distracting functions when a vehicle is in motion, but that allows the device to be used in an emergency; install the mechanism as a default setting on all new devices and apply it to existing commercially available devices during major software updates. (H-20-8) (See section 2.2.4.3.)

**To Apple, Inc.**

Develop and implement a company policy that bans the nonemergency use of portable electronic devices while driving by all employees and contractors driving company vehicles, operating company-issued portable electronic devices, or using a portable electronic device to engage in work-related communications. (H-20-9) (See section 2.2.4.4.)

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (H-20-8 and -9). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to these recommendations. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

The Honorable Elaine L. Chao
Secretary
US Department of Transportation
1200 New Jersey Ave SE
Washington, DC 20590

The attached letter from the NTSB Chairman provides information about the NTSB's February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018,* NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-17-37). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



# National Transportation Safety Board

**Washington, DC 20594**

**Office of the Chairman**

March 19, 2020

The Honorable Elaine L. Chao
Secretary
US Department of Transportation
1200 New Jersey Ave SE
Washington, DC 20590

Dear Secretary Chao:

This letter provides information about the National Transportation Safety Board's (NTSB) February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

Accordingly, the NTSB reiterates and reclassifies Safety Recommendation H-17-37 to the US Department of Transportation, from "Open—Acceptable Response" to "Open—Unacceptable Response." Additional information regarding this recommendation can be found in the noted section of the report.

> Define the data parameters needed to understand the automated vehicle control systems involved in a crash. The parameters must reflect the vehicle's control status and the frequency and duration of control actions to adequately characterize driver and vehicle performance before and during a crash. (H-17-37) (See section 2.4.)

The NTSB is vitally interested in this recommendation because it is designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement the recommendation. When replying, please refer to the safety recommendation by number (H-17-37). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions. Please do not submit both an electronic copy and a hard copy of the same response.

2

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. James C. Owens
Acting Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
West Building
Washington, DC 20590

This letter provides information about the National Transportation Safety Board's (NTSB)
February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial
Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*,
NTSB/HAR-20/01. The details of this accident investigation and the resulting safety
recommendations may be found in the attached report, which can also be accessed at
http://www.ntsb.gov.

The NTSB is vitally interested in these recommendations because they are designed to prevent
accidents and save lives. We would appreciate a response within 90 days of the date of this letter,
detailing the actions you have taken or intend to take to implement these recommendations.
When replying, please refer to the safety recommendations by number (for example, H-20-1
through -4). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If
your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for
instructions on how to send larger documents. Please do not submit both an electronic copy and a
hard copy of the same response.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



# National Transportation Safety Board

### Washington, DC 20594

**Office of the Chairman**

March 19, 2020

Mr. James C. Owens
Acting Administrator
National Highway Traffic Safety Administration
1200 New Jersey Avenue, SE
West Building
Washington, DC 20590

Dear Mr. Owens:

This letter provides information about the National Transportation Safety Board's (NTSB) February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

Accordingly, the NTSB makes the following four new safety recommendations to the National Highway Traffic Safety Administration (NHTSA). Additional information regarding these recommendations can be found in the noted sections of the report.

Expand New Car Assessment Program testing of forward collision avoidance system performance to include common obstacles, such as traffic safety hardware, cross-traffic vehicle profiles, and other applicable vehicle shapes or objects found in the highway operating environment. (H-20-1) (See section 2.3.3.)

Evaluate Tesla Autopilot-equipped vehicles to determine if the system's operating limitations, the foreseeability of driver misuse, and the ability to operate the vehicles outside the intended operational design domain pose an unreasonable risk to safety; if safety defects are identified, use applicable enforcement authority to ensure that Tesla Inc. takes corrective action. (H-20-2) (See section 2.3.4.2.)

2

For vehicles equipped with Level 2 automation, work with SAE International to develop performance standards for driver monitoring systems that will minimize driver disengagement, prevent automation complacency, and account for foreseeable misuse of the automation. (H-20-3) (See section 2.3.1.2.)

After developing the performance standards for driver monitoring systems recommended in Safety Recommendation H-20-3, require that all new passenger vehicles with Level 2 automation be equipped with a driver monitoring system that meets these standards. (H-20-4) (See section 2.3.1.2.)

The NTSB also reiterates the following two safety recommendations to NHTSA (both currently classified "Open—Unacceptable Response"). Additional information regarding these recommendations can be found in the noted sections of the report.

Develop and apply testing protocols to assess the performance of forward collision avoidance systems in passenger vehicles at various velocities, including high speed and high velocity-differential. (H-15-4) (See section 2.3.3.)

Develop a method to verify that manufacturers of vehicles equipped with Level 2 vehicle automation systems incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed. (H-17-38) (See section 2.3.2.)

The NTSB also reiterates and reclassifies the following two safety recommendations to NHTSA (both reclassified from "Open—Acceptable Response" to "Open—Unacceptable Response" in section 2.4 of the report):

Use the data parameters defined by the U.S. Department of Transportation in response to Safety Recommendation H-17-37 as a benchmark for new vehicles equipped with automated vehicle control systems so that they capture data that reflect the vehicle's control status and the frequency and duration of control actions needed to adequately characterize driver and vehicle performance before and during a crash; the captured data should be readily available to, at a minimum, National Transportation Safety Board investigators and National Highway Traffic Safety Administration regulators. (H-17-39)

Define a standard format for reporting automated vehicle control systems data and require manufacturers of vehicles equipped with automated vehicle control systems to report incidents, crashes, and vehicle miles operated with such systems enabled. (H-17-40)

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (H-20-1 through -4, H-15-4, and H-17-38 through -40). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes,

3

please e-mail us at the same address for instructions. Please do not submit both an electronic copy and a hard copy of the same response.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman



**Office of the Chairman**

# National Transportation Safety Board

### Washington, DC 20594

March 19, 2020

Mr. Elon Musk
Chairman and Chief Executive Officer
Tesla, Inc.
3500 Deer Creek Road
Palo Alto, California 94304

Dear Mr. Musk:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to assist victims and their family members affected by major transportation disasters.

We are providing the following information to urge Tesla, Inc. to act on the safety recommendations in this letter because we believe your organization can help reduce the risk of future accidents. For more information about the NTSB and our recommendation process, please see the attached one-page summary.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of this investigation, we identified the following safety issues:

- Driver distraction
- Risk mitigation pertaining to monitoring driver engagement
- Risk assessment pertaining to operational design domain
- Limitations of collision avoidance systems
- Insufficient federal oversight of partial driving automation systems
- Need for event data recording requirements for driving automation systems, and
- Highway infrastructure issues

59775

2

Accordingly, the NTSB reiterates and reclassifies the following two safety recommendations to Tesla (from "Open–Await Response" to "Open—Unacceptable Response"). Additional information regarding these recommendations can be found in the noted section of the report.

Incorporate system safeguards that limit the use of automated vehicle control systems to those conditions for which they were designed. (H-17-41) (See section 2.3.2.)

Develop applications to more effectively sense the driver's level of engagement and alert the driver when engagement is lacking while automated vehicle control systems are in use. (H-17-42) (See section 2.3.1.1.)

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (H-17-41 and -42). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to these recommendations. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

March 19, 2020

Mr. Elon Musk
Chairman and Chief Executive Officer
Tesla, Inc.
3500 Deer Creek Road
Palo Alto, CA 94304

The National Transportation Safety Board (NTSB) is an independent federal agency charged by
Congress with investigating every civil aviation accident in the United States and significant
accidents in other modes of transportation—railroad, highway, marine, and pipeline. We
determine the probable cause of the accidents and issue safety recommendations aimed at
preventing future accidents. In addition, we carry out special studies concerning transportation
safety and coordinate the resources of the federal government and other organizations to provide
assistance to victims and their family members affected by major transportation disasters.

The attached letter from the NTSB Chairman provides information about the NTSB's This letter
provides information about our February 25, 2020, report *Collision Between a Sport Utility
Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View,
California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the
resulting safety recommendations may be found in the attached report, which can also be
accessed at http://www.ntsb.gov. For more information about NTSB and our recommendation
process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent
accidents and save lives. We would appreciate a response within 90 days of the date of this letter,
detailing the actions you have taken or intend to take to implement these recommendations.
When replying, please refer to the safety recommendations by number (for example, H-17-41
and -42). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your
reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for
instructions on how to send larger documents. Please do not submit both an electronic copy and a
hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable
by the public. Please do not send privileged or confidential communications in response to
this/these recommendation(s). Responses marked as confidential or privileged (or similar
designations) will be considered nonresponsive. If you have concerns about this protocol, please
contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*

March 19, 2020

Mr. Gary Shapiro
President and Chief Executive Officer
Consumer Technology Association
1919 S. Eads Street
Arlington, VA 22202

The National Transportation Safety Board (NTSB) is an independent federal agency charged
by Congress with investigating every civil aviation accident in the United States and
significant accidents in other modes of transportation—railroad, highway, marine, and
pipeline. We determine the probable cause of the accidents and issue safety recommendations
aimed at preventing future accidents. In addition, we carry out special studies concerning
transportation safety and coordinate the resources of the federal government and other
organizations to provide assistance to victims and their family members affected by major
transportation disasters.

The attached letter provides information about our February 25, 2020, report *Collision Between a
Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator,
Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident
investigation and the resulting safety recommendations may be found in the attached report,
which can also be accessed at http://www.ntsb.gov. For more information about NTSB and our
recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent
accidents and save lives. We would appreciate a response within 90 days of the date of this letter,
detailing the actions you have taken or intend to take to implement these recommendations.
When replying, please refer to the safety recommendations by number (for example, H-11-47).
We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply
exceeds 20 megabytes, including attachments, please e-mail us at the same address for
instructions on how to send larger documents. Please do not submit both an electronic copy and a
hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable
by the public. Please do not send privileged or confidential communications in response to
this/these recommendation(s). Responses marked as confidential or privileged (or similar
designations) will be considered nonresponsive. If you have concerns about this protocol, please
contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



**National Transportation Safety Board**

Washington, DC 20594

Office of the Chairman

March 19, 2020

Mr. Gary Shapiro
President and Chief Executive Officer
Consumer Technology Association
1919 S. Eads Street
Arlington, Virginia 22202

Dear Mr. Shapiro:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of the investigation, Safety Recommendation H-11-47 (originally issued to the Consumer Electronics Association, now the Consumer Technology Association) was classified "Closed—No Longer Applicable" (previously "Open—Await Response"). Additional information regarding this recommendation can be found in the noted section of the report.

Encourage the development of technology features that disable the functions of portable electronic devices within reach of the driver when a vehicle is in motion; these technology features should include the ability to permit emergency use of the device while the vehicle is in motion and have the capability of identifying occupant seating position so as not to interfere with use of the device by passengers. (H-11-47) (See section 2.2.4.3.)

If you have questions, please contact us at ExecutiveSecretariat@ntsb.gov and refer to the safety recommendation by number (H-11-47).

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

59775

March 19, 2020

Mr. David Kim
Secretary
California State Transportation Agency
915 Capital Mall, Suite 350B
Sacramento, CA 95814

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

The attached letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.
For more information about NTSB and our recommendation process, please see the attached one-page summary.

The NTSB is vitally interested in these recommendations because they are designed to prevent accidents and save lives. We would appreciate a response within 90 days of the date of this letter, detailing the actions you have taken or intend to take to implement these recommendations. When replying, please refer to the safety recommendations by number (for example, H-19-13). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply exceeds 20 megabytes, including attachments, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations will be stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this/these recommendation(s). Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.



**Executive Secretariat-crb**
Office of the Managing Director
National Transportation Safety Board
490 L'Enfant Plaza SW
Washington, DC 20594
Email: *ExecutiveSecretariat@ntsb.gov*



Office of the Chairman

**National Transportation Safety Board**

Washington, DC 20594

March 19, 2020

Mr. David Kim
Secretary
California State Transportation Agency
915 Capital Mall, Suite 350B
Sacramento, California 95814

Dear Secretary Kim:

The National Transportation Safety Board (NTSB) is an independent federal agency charged by Congress with investigating every civil aviation accident in the United States and significant accidents in other modes of transportation—railroad, highway, marine, and pipeline. We determine the probable cause of the accidents and issue safety recommendations aimed at preventing future accidents. In addition, we carry out special studies concerning transportation safety and coordinate the resources of the federal government and other organizations to provide assistance to victims and their family members affected by major transportation disasters.

This letter provides information about our February 25, 2020, report *Collision Between a Sport Utility Vehicle Operating With Partial Driving Automation and a Crash Attenuator, Mountain View, California, March 23, 2018*, NTSB/HAR-20/01. The details of this accident investigation and the resulting safety recommendations may be found in the attached report, which can also be accessed at http://www.ntsb.gov.

As a result of the investigation, Safety Recommendation H-19-13 to the California State Transportation Agency was classified "Open—Acceptable Response" (previously "Open—Initial Response Received"). Additional information regarding this recommendation can be found in the noted section of the report.

Develop and implement a corrective action plan that guarantees timely repair of traffic safety hardware and includes performance measures to track state agency compliance with repair timelines. (H-19-13) (See section 2.2.5.2.)

When providing an update on your progress to implement this recommendation, please refer to the safety recommendation by number (H-19-13). We encourage you to submit your response to ExecutiveSecretariat@ntsb.gov. If your reply, including attachments, exceeds 20 megabytes, please e-mail us at the same address for instructions on how to send larger documents. Please do not submit both an electronic copy and a hard copy of the same response.

All communications regarding safety recommendations are stored by the NTSB and viewable by the public. Please do not send privileged or confidential communications in response to this recommendation. Responses marked as confidential or privileged (or similar designations) will be considered nonresponsive. In the likely event that your company uses auto-generated

59775

and/or preformatted confidentiality statements on letterhead or outgoing e-mails, please include a statement in your letter indicating that the information can be publicly released. If you have concerns about this protocol, please contact us at ExecutiveSecretariat@ntsb.gov.

Sincerely,

[Original Signed]

Robert L. Sumwalt, III
Chairman

Safety Recommendation Reiteration List

| SR Number | Reiteration Number | Report Number | Report Date | Accident Description | Accident City | Accident State | Accident Date |
|---|---|---|---|---|---|---|---|
| H-20-8 | 1 | HAR-21-02 | 12/22/2021 | Collision between Sport Utility Vehicle and Medium-Size Bus Transporting Adult Passengers with Disabilities and Special Needs | Belton | SC | 12/17/2019 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |