# Exhibit 8

CALIFORNIA STATE TRANSPORTATION AGENCY                                                                                GAVIN NEWSOM, *Governor*
**DEPARTMENT OF MOTOR VEHICLES**
REGISTRATION OPERATIONS DIVISION
P.O. BOX 825393
SACRAMENTO, CA 94232-5393



April 21, 2021

*Via email only*

Mr. Eric Williams
Tesla, Inc.
1333 H Street NW Ste 11W
Washington, DC  20005

Dear Eric Williams:

The California Department of Motor Vehicles (DMV) appreciates the opportunity to continue communication as Tesla develops new automotive technology. During our recent call on March 9, 2021, you indicated that Tesla will be expanding the pool of participants in its Navigate on AutoPilot City Streets pilot, doubling the size.

Previously, Tesla was contacting each pilot participant individually to communicate the feature's capabilities, limitations, and participant responsibilities when using the feature.  With the expansion of the pilot, Tesla has indicated that it is developing a video to communicate the technology's capabilities to new participants, which will be shared with the DMV.

Notwithstanding other public messaging from Tesla about developing vehicles capable of full driving automation, Tesla reiterated that the City Streets feature is currently a Society of Automotive Engineers (SAE) level two (2) Advanced Driver-Assistance feature and that Tesla will continue to monitor how participants interact with the feature and make improvements.  As mentioned in your December 14, 2020 correspondence and per California regulations, should Tesla develop technology features characterized as SAE level 3 or higher, Tesla will seek the appropriate regulatory permitting from the DMV before autonomous vehicles are operated on public roads.

The DMV encourages Tesla to continue to provide clear and effective communication to customers, buyers, and the general public about the City Streets feature, which includes describing the capabilities and intended use, and the importance of actively monitoring the vehicle.  As Tesla is aware, the public's misunderstanding about the limits of the technology and its misuse can have tragic consequences.

California Relay Telephone Service for the deaf or hard of hearing from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

REG 186 HO (REV. 2/2019) **DMVWeb**                         *A Public Service Agency*

Mr. Eric Williams
Page 2
April 21, 2021


Sincerely,

MIGUEL ACOSTA, Chief
Autonomous Vehicles Branch