# Exhibit 12

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                    COUNTY OF SANTA CLARA

3

4

5     SZ HUA HUANG, Individually and as )
      successor in interest to WEI LUN  )
6     HUANG, deceased; TRINITY HUANG, a )
      minor; TRISTAN HUANG, a minor;    )
7     HSI KENG HUANG; and CHING FEN     )
      HUANG,                            )
8                                       )
             Plaintiffs,                )
9                                       )
       vs.                              )
10                                      )Case No.
      TESLA INC. dba TESLA MOTORS,      )19CV346663
11    INC., THE STATE OF CALIFORNIA,    )
      and DOES 1 through 100,           )
12                                      )
             Defendants.                )
13    _____)

14

15          REMOTE VIDEOTAPED DEPOSITION OF

16                  ASHOK ELLUSWAMY

17             Thursday, June 30, 2022

18

19

20    STENOGRAPHICALLY REPORTED BY:
      RHONDA HALL-BREUWET, RDR, CRR
21    CA CSR NO. 14411
      TX CSR NO. 11956
22    NV CCR NO. 990
      TN LCR NO. 675
23    LA CCR NO. 2017004
      WA CCR NO. 21000131
24    GA CCR NO. 5087-2801-9674-7264
      FL FPR NO. 693
25    JOB NO. 288717

1

2

3

4                         June 30, 2022

5                         10:08 a.m.

6

7

8          Videotaped Deposition of ASHOK ELLUSWAMY,

9   held remotely before Rhonda Hall-Breuwet, Registered

10  Diplomate Reporter, Certified Realtime Reporter,

11  Certified Shorthand Reporter (CA and TX), Licensed

12  Court Reporter (TN), Certified Court Reporter (GA,

13  LA, NV, and WA), Florida Professional Reporter, and

14  Notary Public of the State of Florida.

15

16

17

18

19

20

21

22

23

24

25

```
 1    A P P E A R A N C E S:

 2    ATTORNEYS FOR PLAINTIFFS:                    JOB NO. 288717
```
TASHONE US SWANN
JUNE 30, 2022
```
 3                    WALKUP, MELODIA, KELLY & SCHOENBERGER

 4                    650 California Street, 26th Floor

 5                    San Francisco, California 94108

 6                    (415) 981-7210

 7                    BY:  ANDREW P. MCDEVITT, ESQUIRE

 8                    EMAIL:  amcdevitt@walkuplawoffice.com

 9

10

11    ATTORNEYS FOR DEFENDANT TESLA:

12                    BOWMAN AND BROOKE LLP

13                    41000 Woodward Avenue, Suite 200 East

14                    Bloomfield Hills, Michigan  48304

15                    (248) 205-3316

16                    BY:  THOMAS P. BRANIGAN, ESQUIRE

17                    EMAIL:  tom.branigan@bowmanandbrooke.com

18                    - and -

19                    1741 Technology Drive, Suite 200 East

20                    San Jose, California 95110

21                    (408) 961-4519

22                    BY:  LAUREN O. MILLER, ESQUIRE

23                    EMAIL:  lauren.miller@bowmanandbrooke.com

24                            STENO.COM
                             (310) 573-8380
25    (Continued)
```

```
 1  │  ATTORNEYS FOR DEFENDANT STATE OF CALIFORNIA:
 2  │  ASHOK ELLUSWAMY  CALIFORNIA DEPARTMENT OF TRANSPORTATION  JOB NO. 28871
    │  JUNE 30, 2022
 3  │              CALTRANS LEGAL DIVISION
 4  │              111 Grand Avenue
 5  │              Suite 11-100
 6  │              Oakland, California 94612
 7  │              (510) 433-9100
 8  │              BY:  ROSEMARY LOVE, ESQUIRE
 9  │              EMAIL:  rosemary.love@dot.ca.gov
10  │
11  │  ALSO PRESENT:
12  │          COREY JOLLIE
13  │          GREG McCULLOUGH
14  │          RYAN McCARTHY
15  │          LINDSEY ADAMS-HESS
16  │
17  │  VIDEOGRAPHER:
18  │          ELIJAH OCHOA
19  │
20  │
21  │
22  │
23  │
24  │                  STENO.COM
    │                (310) 573-8380
25  │
```

```
 1                    (Exhibit Number 179, First Amended Notice of
 2          ASHOK ELLUSWAMY         Videotaped Deposition of Ashok Elluswamy
            JUNE 30, 2022                                      JOB NO. 288717
 3            and Request for Production of Documents, was
 4            premarked for identification.)
 5                    THE VIDEOGRAPHER:  We are on the record.  My
 6     name is Elijah Ochoa, and I am contracted by Steno.
 7     I'm not financially interested in this action, nor
 8     am I a relative or an employee of any of the
 9     attorneys or any of the parties.
10                    Today is June 30th, 2022, and the time is
11     10:08 a.m. Pacific Time.  This video deposition is
12     taken remotely via MS Teams.  The name of the case
13     is Huang, et al., versus Tesla Inc., et al., filed
14     in the Superior Court of the State of California for
15     the County of Santa Clara, Case Number 19CV346663.
16                    This is the video-recorded deposition of
17     Ashok Elluswamy, Volume 1.  The attorney taking this
18     deposition is Andrew McDevitt.
19                    Would the attorneys please introduce
20     themselves and state who you represent.
21                    MR. McDEVITT:  Andrew McDevitt for
22     plaintiff.
23                    MR. BRANIGAN:  Tom Branigan from the Bowman
24     and Brooke law firm for Tesla Inc.
25                    MS. MILLER:  Lauren Miller for Tesla Inc.
```

STENO.COM
(310) 573-8380

ASHOK ELLUSWAMY
JUNE 30, 2022                                                      JOB NO. 288717

1    Q.  And were you involved in any way in the

2    creation of this video?

3         A.  Yes.

4         Q.  And what was your role?

5         A.  I was an engineer on the team that helped

6    with this demo video.

7         Q.  Is it true that for this demo video the

8    route or a part of the route that was traveled by

9    the vehicle in the video was 3-D mapped beforehand?

10        A.  Yes.

11        Q.  Was that done using LIDAR?

12        A.  No.

13        Q.  How was it 3-D mapped before?

14        A.  Using the cameras and other sensors too.

15        Q.  And am I correct that in connection with the

16   effort to create this video, the Tesla that was used

17   in the video actually crashed?

18        A.  Yes.

19        Q.  Where did it crash?

20        A.  Into a fence inside our parking lot.

21        Q.  Is that the -- is the -- the crash shown in

22   any of the videos that were put on Tesla's website?

23        A.  I'm not aware of.

24        Q.  Okay.  And as far as you know, when Tesla

25   released this video, they didn't put any disclaimer

1   in the video indicating that the vehicle actually

2   crashed during the process of creating the video;

3   right?

4        A.  I do not believe it crashed in this specific

5   video, but during the development, it crashed

6   before.

7        Q.  Okay.  And let me just hit play here for a

8   second.

9            (Video playing.)

10  BY MR. McDEVITT:

11       Q.  You agree that at this moment the driver is

12  not holding on to the steering wheel; correct?

13       A.  I can't see the bottom of the video because

14  of the Teams thing.  I can try to move it, but . . .

15           Yeah, if you say that person is not holding

16  the wheel, then I believe you, yeah.

17           (Video playing.)

18  BY MR. McDEVITT:

19       Q.  Was the -- or was Elon Musk involved in the

20  creation of this video in any way?

21       A.  In some ways.

22       Q.  And describe how he was involved.

23       A.  He asked for a demonstration of the system's

24  capabilities.

25       Q.  And did he specifically ask for the team to

ASHOK ELLUSWAMY                                    JOB NO. 288717
JUNE 30, 2022

1    questions a video that showed the Tesla driving by

2    itself?

3         A.   I do not recall the exact ask from him.

4         Q.   Did Elon Musk know that the team had to 3-D

5    map the route that the vehicle took before it drove?

6         A.   I do not know if he knew or not.

7         Q.   Did the Autopilot team give Elon Musk the

8    impression that the Tesla was able to navigate the

9    route without 3-D mapping that was done beforehand?

10        A.   I do not recall the specifics of what was

11   communicated to him.

12        Q.   Okay.  Do you recall any communications

13   amongst the engineers that there was a decision to

14   conceal information from Elon Musk about how the

15   demonstration was created?

16             MR. BRANIGAN:  Objection.  Form.

17   Foundation.  Also object to the extent it

18   mischaracterizes or misstates statements by others.

19             THE WITNESS:  I am not aware of any such

20   plans to conceal information.

21   BY MR. McDEVITT:

22        Q.   Okay.  So as far as you knew, nobody on the

23   Autopilot team was part of a conspiracy to trick

24   Elon Musk into thinking that the Tesla in the video

25   that's marked as Exhibit 113 was able to perform the

ASHOK ELLUSWAMY
JUNE 30, 2022

JOB NO. 288717

 1   quick without having 3-D mapping of the route in

 2   advance; right?

 3             MR. BRANIGAN:  Objection.  Form.

 4   Foundation.

 5             THE WITNESS:  Will you please repeat the

 6   question?

 7   BY MR. McDEVITT:

 8        Q.  Yes.

 9             So as far as you know, nobody on the

10   Autopilot team developed a conspiracy to trick

11   Elon Musk into thinking the video that's marked as

12   Exhibit 113 was generated without the help of

13   advanced 3-D mapping; right?

14             MR. BRANIGAN:  Objection.  Form.

15   Foundation.

16             THE WITNESS:  I'm not aware of any

17   conspiracy to hide this.

18   BY MR. McDEVITT:

19        Q.  Okay.  Do you have any reason to think that

20   Elon Musk did not know that the route traveled by

21   the vehicle in Exhibit 113 was 3-D mapped ahead of

22   time?

23             MR. BRANIGAN:  Objection.  Form.  Calls for

24   speculation.

25             THE WITNESS:  I do not know what he thought.

1   BY MR. McDEVITT:

2        Q.   Okay.   No, but I mean, do you have a reason

3   to think -- either from conversations where he

4   commented or any interactions that you had, do you

5   have any reason to think that Elon Musk was unaware

6   that the route the vehicle in Exhibit 113 traveled

7   was 3-D mapped?

8             MR. BRANIGAN:   Same objections.   Form.

9   Calls for speculation.

10            THE WITNESS:   I'm not able to -- I do not

11   recall what he knew or asked.

12   BY MR. McDEVITT:

13        Q.   Okay.   And what I mean by that is, you know,

14   at some point after this video was generated, did

15   Elon say, "Well, hey, the video shows that the car's

16   able to navigate from this location to the office

17   without any issue.   Why" -- "why isn't full

18   self-driving feature complete at this point?"

19            MR. BRANIGAN:   Same objections.

20            THE WITNESS:   I'm not sure what -- I mean,

21   because 2016, so it's been six years since this

22   video; so I don't recall what unfolded afterwards.

23   BY MR. McDEVITT:

24        Q.   How many different attempts did it take in

25   order to create Exhibit 113?

1    I do not know.

2         Q.   It didn't -- you weren't -- the team was not

3    able to generate the video in a single take; right?

4         A.   Yeah, we went through a development process

5    where we were trying to get a good demonstration.

6         Q.   Okay.  So my statement was accurate, that

7    the video that's marked as Exhibit 113 was not

8    generated in a single take.  True?

9         A.   If you define "single take" as a single

10   consistent video, then it is a single take in the

11   sense that it is not stitched together, but it

12   required some iteration get to a point where when

13   the entire drive would be zero intervention.

14        Q.   I'm sorry.  I may just have misunderstood

15   your answer.  So I apologize.

16        A.   Usually a single take --

17        Q.   Were you asking me a question, or were

18   you -- I couldn't tell if you answered the question.

19   I apologize.

20        A.   Usually a single take means that the video

21   is continuous and it's not stitched together.  My

22   understanding is that this video is continuous, and

23   it's not stitched together.  In that sense, it is

24   single take, but it was not the first iteration.  It

25   required a few iterations to get this.

ASHOK ELLUSWAMY
JUNE 30, 2022                                    JOB NO. 288717

1    Q.  And isn't it true that during the various

2    attempts to generate the video, there were instances

3    in which the person sitting in the seat had to

4    intervene?

5        A.  Yes.

6        Q.  And were there also instances where the

7    vehicle itself just disengaged as a part of

8    fail-safe?

9        A.  I do not recall the specifics.

10       Q.  Okay.  But you do know that, during the

11   effort to create Exhibit 113, there were attempts to

12   create the video where the driver actually had to

13   take control of the steering wheel.  True?

14       A.  Yes.

15       Q.  Okay.  So now I'm going to show you

16   Exhibit 113 again.

17           (Video playing.)

18   BY MR. McDEVITT:

19       Q.  Let me pause that.  I'm pausing it at 38

20   seconds into Exhibit 113.

21           What was the starting point for the video?

22   Was it a particular individual's house, or where was

23   it?

24       A.  Somewhere in Menlo Park.  I don't recall

25   whose house it was.

STENO.COM
(310) 573-8380

 1        Okay.  Does Exhibit 13 [sic] accurately

 2   reflect the capabilities of Autopilot as of

 3   November 2016?

 4             MR. BRANIGAN:  Objection.  Form.  Vague.

 5             THE WITNESS:  I believe the intent of the

 6   video was to showcase the potential of the system.

 7   BY MR. McDEVITT:

 8        Q.  Okay.  So given that it is showcasing the

 9   potential of the system, it -- Exhibit 113 should

10   not be interpreted as accurately portraying the

11   performance capabilities of Autopilot that -- at the

12   time; right?

13             MR. BRANIGAN:  Objection.  Form.

14   Mischaracterizes the witness's testimony.

15             THE WITNESS:  Like I mentioned earlier, the

16   objective of the video was to demonstrate the

17   potential of what was capable of the system.  That

18   was the intent.

19             (Stenographer requests clarification.)

20   BY MR. McDEVITT:

21        Q.  Okay.  So my question is a little bit

22   different.  My question is actually:

23             Does Exhibit 113 accurately portray the

24   performance capabilities of the version of Autopilot

25   that was released to the public at the time?

ASHOK ELLUSWAMY
JUNE 30, 2022

JOB NO. 288717

1    MR. BRANIGAN:  Same objections.

2              THE WITNESS:  The intent of the video was --

3    the intent of the video was not to accurately

4    portray what was available for customers in 2016.

5    It was to portray what was possible to build the

6    system.

7    BY MR. McDEVITT:

8        Q.  Okay.  So I just -- I just want to be clear.

9    You agree that Exhibit 113 does not accurately

10   portray the performance capabilities of the version

11   of Autopilot that was released to the public at the

12   time.  True?

13             MR. BRANIGAN:  Objection.  Form.

14   Mischaracterizes the witness's prior testimony.

15   Repetitive.  Asked and answered.

16             Go ahead, sir.

17             THE WITNESS:  The intent of the video was to

18   portray its capabilities, and that's what it tries

19   to do.  So in that sense, yes, it was not trying to

20   portray what was -- what was the then state of

21   Autopilot.

22   BY MR. McDEVITT:

23       Q.  Okay.  And the reason I'm asking the

24   follow-up question is you're inserting the qualifier

25   intent of the video and what the -- what you're

ASHOK ELLUSWAMY
JUNE 30, 2022                                                                JOB NO. 288717

1  things to do, and my question is a little bit

2  different.

3          So my question is:

4          Does Exhibit 13 [sic] accurately portray the

5  performance capabilities of the version of Autopilot

6  that was released to the public at the time?

7      A.  It does not.

8          (Video playing.)

9  BY MR. McDEVITT:

10     Q.  All right.  Okay.  So now I'm pausing it at

11  52 seconds into Exhibit 113.  There's a little bit

12  better light in this frame.  You can see that the

13  driver is not holding the steering wheel; correct?

14     A.  Yeah.

15     Q.  Did you ever ride along in the Tesla vehicle

16  for any of the efforts to create the video footage?

17     A.  Yes.

18     Q.  And were you in the vehicle at the time this

19  particular video was captured?

20     A.  I don't recall.

21     Q.  When you did the ride-alongs, did you sit in

22  the back seat?

23     A.  Yes.

24     Q.  Okay.  So when -- earlier when you told us

25  there were attempts where the driver had to

ASHOK ELLUSWAMY
JUNE 30, 2022                                                JOB NO. 288717

1    instance, you actually observed that there were

2    attempts where the driver actually had to take over

3    the steering wheel; right?

4         A.  Yes.

5         Q.  Did you ever sit in the steering wheel

6    during an attempt to create this video?

7              MR. BRANIGAN:  You mean the driver's seat?

8              MR. McDEVITT:  No.  I meant within the air

9    bag.  Yes.  Sorry.  I messed up.

10   BY MR. McDEVITT:

11        Q.  Did you ever sit in the driver's seat during

12   an attempt to create the video that is marked as

13   Exhibit 113?

14        A.  I do not recall whether I was driving or

15   not.

16        Q.  Okay.  Who else besides yourself and the

17   individual you already identified participated in

18   the effort to create the video?

19        A.  Mostly all of our team were involved in

20   this.

21        Q.  Okay.  And with respect to how the Autopilot

22   in the video was operating when the video was

23   created, how did that differ from the then-released

24   version of Autopilot, how it operated?

25        A.  The demo was specific to some predetermined

ASHOK ELLUSWAMY
JUNE 30, 2022                                                JOB NO. 288717

1  whereas, Autopilot tries to understand the

2  scene around it and drive the car.

3        Q.  Okay.  The -- one of the fundamental

4  concepts of Autopilot is for the vehicle to be able

5  to navigate a situation based on Vision inputs

6  alone; right?

7            MR. BRANIGAN:  Objection.  Form.

8            THE WITNESS:  Generally the design intent is

9  to use camera information to drive the car, yes.

10 BY MR. McDEVITT:

11       Q.  Okay.  But for the -- what we see in

12 Exhibit 113, in addition to having the camera

13 information, the Autopilot system had a 3-D mapped

14 route that it could use to navigate.  True?

15           MR. BRANIGAN:  Objection.  Asked and

16 answered.  Form.

17           Go ahead.

18           THE WITNESS:  In this video, it was using

19 additional premapped information to drive, yes.

20           MR. BRANIGAN:  Andrew, are we getting to a

21 point where we can take a short break?

22           MR. McDEVITT:  Yeah.  I'm just going to try

23 to get through the end of this video.  I mean, we

24 came back on at 11:40; so we haven't been going an

25 hour.  But, yeah, I -- we can take a break after

1

2          MR. BRANIGAN:  Okay.

3          (Video playing.)

4   BY MR. McDEVITT:

5      Q.  Okay.  So now going back to this video,

6   this -- do you agree the video just showed the Tesla

7   vehicle recognizing a red light at the stoplight --

8   or at a traffic light and stopping for the traffic

9   light without any driver input; right?

10     A.  That's what the video shows.

11     Q.  And the released version of Autopilot as of

12  November 2016 did not have that capability.  True?

13     A.  In 2016, there was no traffic-light-handling

14  capability.

15     Q.  Okay.  And we just saw from the last few

16  seconds -- I just paused it, one minute and eight

17  second -- the Tesla in the video recognizes that the

18  traffic light has changed from red to green and

19  accelerates without any driver input; correct?

20          MR. BRANIGAN:  Objection.  Form.

21          THE WITNESS:  I mean, the video shows that

22  the car goes on green.

23  BY MR. McDEVITT:

24     Q.  And the video shows that the driver -- there

25  was no driver input.  In other words, the Autopilot

1    is doing that; correct?

2           MR. BRANIGAN:  Same objection.  Form.

3    Foundation.

4           THE WITNESS:  The video shows that there is

5    no driver input.

6    BY MR. McDEVITT:

7       Q.  Okay.  And the production version of

8    Autopilot as of November 2016 did not have the

9    capability to accelerate in response to a traffic

10   light changing from red to green.  True?

11      A.  Yes, it did not.

12      Q.  Okay.

13          MR. BRANIGAN:  Hey, Andrew, I've got to take

14   a break for a minute.  My phone's ringing.

15          MR. McDEVITT:  Okay.  Well, I mean, I'd like

16   to get through this exhibit here.

17          MR. BRANIGAN:  Yeah, I understand.  Could we

18   just take two minutes here so I can get rid of this?

19          MR. McDEVITT:  Okay.  I mean, we can just go

20   off the record for a second, if you want to do that.

21          MR. BRANIGAN:  Yeah.  Hang on.

22          THE VIDEOGRAPHER:  We are off the record.

23   The time is 12:36 p.m. Pacific Time.

24          (Break taken from 12:36 p.m. to 12:41 p.m.)

25          THE VIDEOGRAPHER:  We are back on the

ASHOK ELLUSWAMY
LINE 30, 2022                                                          JOB NO. 288717

1  LINE 30, 2022 The time is 12:41 p.m. Pacific Time.

2  BY MR. McDEVITT:

3      Q.  Okay.  I'm going to jump back a second here

4  in Exhibit 113.  I'm going to play from 1:04, and

5  then I'm going to pause.  So hitting play now.

6          (Video playing.)

7  BY MR. McDEVITT:

8      Q.  Okay.  So from 1:04 to 1:05 in the video,

9  the -- we see that the traffic light changes to

10 green, and then the view that is presented on the

11 video shifts to the left forward vehicle camera;

12 correct?

13         MR. BRANIGAN:  Let me just object to the

14 form of the question.  The witness has already told

15 you that this is a video that doesn't --

16         MR. McDEVITT:  Tom, can you not make a

17 speaking objection?  You can -- just make an

18 objection.

19         MR. BRANIGAN:  I am, if you would let me

20 finish.

21         MR. McDEVITT:  Well, I don't want you to

22 coach the witness by saying what he is and hasn't

23 done.  Just --

24         MR. BRANIGAN:  The witness --

25         MR. McDEVITT:  -- make it a legal objection.

ASHOK ELLUSWAMY
JUNE 30, 2022                                                    JOB NO. 288717

1    MR. BRANIGAN:  We can ask the witness to

2    leave the room.  The witness doesn't need to be

3    coached by me.  He's already told you that this

4    video doesn't depict what was actually on the road,

5    and so we object to the form of the questioning

6    about this video.

7              MR. McDEVITT:  Okay.

8              (Video playing.)

9    BY MR. McDEVITT:

10        Q.  All right.  So from 1:04 to 1:05, in the

11   video we see the light change from red to green, and

12   then the view of the video changes.

13             Do you see that?

14        A.  The left video camera, yes.

15        Q.  Okay.  Now, did the Autopilot actually

16   accelerate for the green light in this video, or did

17   the driver do the acceleration?

18             MR. BRANIGAN:  Same objections.  Objection

19   to form.  The question's misleading and

20   argumentative, given what the witness has already

21   told you about this video.

22             THE WITNESS:  The video shows that the

23   driver -- I can't actually see the bottom of the

24   video because of the Teams bar.  But if you say that

25   the driver was not pressing the accelerator, then

1  the system must have accelerated.

2  BY MR. McDEVITT:

3      Q.  Okay.  And actually what we see is when the

4  light turns green, the view of the video changes

5  when the vehicle accelerates.

6          And so what I'm asking you is, during these

7  trial runs, did the Autopilot actually react to red

8  and green lights, or did the person sitting in the

9  driver's seat do the acceleration and braking?

10          MR. BRANIGAN:  Objection.  Form.  Lack of

11  foundation.

12          THE WITNESS:  I do not recall to what extent

13  the traffic controls were integral into the system.

14  BY MR. McDEVITT:

15      Q.  In the video, was any of the acceleration or

16  braking done by the person in the driver's seat?

17          MR. BRANIGAN:  Same objection.  Form.  Lack

18  of foundation.

19          THE WITNESS:  I do not recall.

20  BY MR. McDEVITT:

21      Q.  Okay.  Is it your recollection that in

22  November 2016 the team had already developed the

23  neural network such that it was capable of

24  responding to red and green lights?

25      A.  I do not recall what neural networks was

1    right to the car in 2016.

2         Q.   Okay.  And separate from that question, do

3    you believe that in November 2016 any version,

4    development or otherwise, of Autopilot had been

5    developed to the point that it had the capability to

6    detect red and green traffic lights?

7              MR. BRANIGAN:  Objection.  Lack of

8    foundation.

9              THE WITNESS:  My vague recollection is there

10   were some neural networks that detected traffic

11   lights and signs.

12   BY MR. McDEVITT:

13        Q.   Okay.  So I'm scrubbing forward in this

14   video to 1:39.

15             (Video playing.)

16   BY MR. McDEVITT:

17        Q.   From 1:39 to 1:52 of the video that's marked

18   as Exhibit 113, that shows Autopilot taking a

19   freeway exit and steering the vehicle up to a stop

20   sign and coming to a stop for the stop sign.  True?

21             MR. BRANIGAN:  Objection.  Form.

22   Misleading.  Argumentative, based on the witness's

23   prior testimony about the video.

24             THE WITNESS:  That is what this video shows.

25             ///

ASHOK ELLUSWAMY
JUNE 30, 2022

JOB NO. 288717

1    BY MR. McDEVITT:

2         Q.   Okay.  And the -- as of November 2016, the

3    publicly released versions of Autopilot were not

4    capable of bringing the vehicle -- the Tesla vehicle

5    to a stop in response to a stop sign.  True?

6         A.   I do not think so.

7         Q.   And from one -- up through 1:59 in the

8    video, we see the Tesla accelerating from a stop,

9    going across lanes of traffic to make a left turn,

10   and get into a travel lane.  True?

11        A.   That's what the video shows.

12        Q.   And the production release version of

13   Autopilot at the time in November 2016 did not have

14   that capability.  True?

15        A.   True.

16             (Video playing.)

17   BY MR. McDEVITT:

18        Q.   I'm pausing at two minutes and 17 seconds

19   into Exhibit 113.  Do you recognize the location

20   shown in this frame?

21        A.   Yes.

22        Q.   What is this?

23        A.   This is the entrance to 3500 Deer Creek

24   Road.

25        Q.   And within this particular frame at two

ASHOK ELLUSWAMY
JUNE 30, 2022                                          JOB NO. 288717

1    minutes, 17 seconds into Exhibit 113, can we see the

2    wall or whatever it was that the Tesla vehicle

3    crashed into during one of the efforts to create

4    this video?

5         MR. BRANIGAN:  Objection.  Form.

6         THE WITNESS:  Yes.

7    BY MR. McDEVITT:

8         Q.  Where is it?

9         A.  It's near the main road, that fence.

10        Q.  Okay.  So did the vehicle actually go up

11   onto the curb and hit the fence?

12        A.  It was turning around the bend in the

13   parking lot, and it -- I think it -- yeah, at the

14   time, it was sideswiping the fence.

15        Q.  Okay.  So in one of the attempts to create

16   this video, am I correct that the Tesla vehicle

17   drove up over a curb, through the bushes, and hit a

18   fence?

19        A.  I'm not so sure about the curb or the bush.

20   I do know about the fence.

21        Q.  Okay.  So the Tesla vehicle, in an effort to

22   create this video, did drive into bushes and hit a

23   fence?

24        MR. BRANIGAN:  Objection.  Form.

25   Repetitive.  Asked and answered.

STENO.COM
(310) 573-8380

ASHOK ELLUSWAMY
JUNE 30, 2022

C E R T I F I C A T E

JOB NO. 288717

STATE OF CALIFORNIA:


I, RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR, NCRA Realtime Systems Administrator, shorthand reporter, do hereby certify:

That the witness whose deposition is hereinbefore set forth was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 15th day of July, 2022.


_____

RHONDA HALL-BREUWET, RDR, CRR, CSR, LCR, CCR, FPR, NCRA Realtime Systems Administrator

Shorthand Reporter

STENO.COM
(310) 573-8380