# Exhibit 16

# Part 573 Safety Recall Report          23V-085

| | |
|---|---|
| **Manufacturer Name :** | Tesla, Inc. |
| **Submission Date :** | FEB 15, 2023 |
| **NHTSA Recall No. :** | 23V-085 |
| **Manufacturer Recall No. :** | SB-23-00-001 |



## Manufacturer Information :

- **Manufacturer Name :** Tesla, Inc.
- **Address :** 1 Tesla Road
  Austin TX 78725
- **Company phone :** 6506815000

## Population :

- **Number of potentially involved :** 362,758
- **Estimated percentage with defect :** 100 %

## Vehicle Information :

**Vehicle 1 :** 2016-2023 Tesla Model S
- **Vehicle Type :**
- **Body Style :**
- **Power Train :** NR
- **Descriptive Information :** The subject population includes certain Model S, Model X, Model 3 and Model Y vehicles that have installed or are pending installation of a software release that contains the Autosteer on City Streets feature ("Full Self-Driving Beta" or "FSD Beta"). Affected vehicles were identified based on vehicle manufacturing, configuration and software records.
- **Production Dates :** SEP 09, 2016 - JAN 09, 2023
- **VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

**Vehicle 2 :** 2016-2023 Tesla Model X
- **Vehicle Type :**
- **Body Style :**
- **Power Train :** NR
- **Descriptive Information :** The subject population includes certain Model S, Model X, Model 3 and Model Y vehicles that have installed or are pending installation of a software release that contains the Autosteer on City Streets feature ("Full Self-Driving Beta" or "FSD Beta"). Affected vehicles were identified based on vehicle manufacturing, configuration and software records.
- **Production Dates :** NOV 09, 2016 - JAN 15, 2023
- **VIN Range 1 : Begin :** NR    **End :** NR    ☐ Not sequential

|  |  |
|---|---|
| Vehicle 3 : | 2017-2023 Tesla Model 3 |
| Vehicle Type : |  |
| Body Style : |  |
| Power Train : | NR |
| Descriptive Information : | The subject population includes certain Model S, Model X, Model 3 and Model Y vehicles that have installed or are pending installation of a software release that contains the Autosteer on City Streets feature ("Full Self-Driving Beta" or "FSD Beta"). Affected vehicles were identified based on vehicle manufacturing, configuration and software records. |
| Production Dates : | JUL 16, 2017 - JAN 18, 2023 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

|  |  |
|---|---|
| Vehicle 4 : | 2020-2023 Tesla Model Y |
| Vehicle Type : |  |
| Body Style : |  |
| Power Train : | NR |
| Descriptive Information : | The subject population includes certain Model S, Model X, Model 3 and Model Y vehicles that have installed or are pending installation of a software release that contains the Autosteer on City Streets feature ("Full Self-Driving Beta" or "FSD Beta"). Affected vehicles were identified based on vehicle manufacturing, configuration and software records. |
| Production Dates : | JAN 13, 2020 - JAN 31, 2023 |
| VIN Range 1 : Begin : | NR    End : NR    ☐ Not sequential |

**Description of Defect :**

Description of the Defect : FSD Beta is an SAE Level 2 driver support feature that can provide steering and braking/acceleration support to the driver under certain operating limitations. With FSD Beta, as with all SAE Level 2 driver support features, the driver is responsible for operation of the vehicle whenever the feature is engaged and must constantly supervise the feature and intervene (e.g., steer, brake or accelerate) as needed to maintain safe operation of the vehicle.

In certain rare circumstances and within the operating limitations of FSD Beta, when the feature is engaged, the feature could potentially infringe upon local traffic laws or customs while executing certain driving maneuvers in the following conditions before some drivers may intervene: 1) traveling or turning through certain intersections during a stale yellow traffic light; 2) the perceived duration of the vehicle's static position at certain intersections with a stop sign, particularly when the intersection is clear of any other road users; 3) adjusting vehicle speed while traveling through certain variable speed zones, based on detected speed limit signage and/or the vehicle's speed offset setting that is adjusted by the driver; and 4) negotiating a lane change out of certain turn-only lanes to continue traveling straight.

|   |   |
|---|---|
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | In the specific and rare circumstances described above when a Tesla vehicle is operating with a software version of FSD Beta as described below and with FSD Beta engaged, certain driving maneuvers could potentially infringe upon local traffic laws or customs, which could increase the risk of a collision if the driver does not intervene. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | As part of FSD Beta's general design, the feature provides visual and audible warnings in certain circumstances to alert the driver to their constant supervisory responsibility, which customers acknowledge and agree to prior to first using FSD Beta. Independent of any warnings from FSD Beta, the driver's observations of the vehicle's operations and environmental surroundings may also indicate that intervention is necessary. |

**Involved Components :**

|   |   |
|---|---|
| Component Name 1 : | Vehicle Software |
| Component Description : | All versions of FSD Beta leading up to the version that contains the recall remedy. |
| Component Part Number : | NR |

**Supplier Identification :**

**Component Manufacturer**

|   |   |
|---|---|
| Name : | Tesla, Inc. |
| Address : | 1 Tesla Road<br>Austin Texas 78725 |
| Country : | United States |

**Chronology :**

- On January 25, 2023, as part of regular ongoing communications between Tesla and NHTSA relating to Autopilot and FSD Beta, NHTSA advised Tesla that it had identified potential concerns related to certain operational characteristics of FSD Beta in four specific roadway environments, as described above. NHTSA requested that Tesla address these concerns by filing a recall notice.

- In the following days, NHTSA and Tesla met numerous times to discuss the Agency's concerns and Tesla's proposed over-the-air ("OTA") improvements in response.

- On February 7, 2023, while not concurring with the agency's analysis, Tesla decided to administer a voluntary recall out of an abundance of caution.

- As of February 14, 2023, Tesla has identified 18 warranty claims, received between May 8, 2019, and September 12, 2022, that may be related to the conditions described above. Tesla is not aware of any injuries or deaths that may be related to such conditions.

**Description of Remedy :**

| | |
|---|---|
| Description of Remedy Program : | Tesla will deploy an over-the-air ("OTA") software update at no cost to the customer. The OTA update, which we expect to deploy in the coming weeks, will improve how FSD Beta negotiates certain driving maneuvers during the conditions described above.<br><br>Tesla does not plan to include a statement in the Part 577 owner notification about pre-notice reimbursement because there are no out of warranty repairs related to these conditions. |
| How Remedy Component Differs from Recalled Component : | The remedy OTA software update will improve how FSD Beta negotiates certain driving maneuvers during the conditions described above, whereas a software release without the remedy does not contain the improvements. |
| Identify How/When Recall Condition was Corrected in Production : | N/A. Software releases containing the FSD Beta feature are not installed on new vehicles during vehicle manufacturing. |

**Recall Schedule :**

| | |
|---|---|
| Description of Recall Schedule : | All Tesla stores and service centers will be notified about this recall on or shortly after February 16, 2023. Owner notification letters will be mailed in accordance with 49 C.F.R. § 577.7. |
| Planned Dealer Notification Date : | FEB 16, 2023 - FEB 16, 2023 |
| Planned Owner Notification Date : | APR 15, 2023 - APR 15, 2023 |

\* NR - Not Reported