# Exhibit 17

3/21/23, 5:06 PM                    Con Fire PIO on Twitter: "Slow down and move over when approaching emergency vehicles. Truck 1 was struck by a Tesla while …

Case 3:22-cv-05240-RFL   Document 43-18   Filed 03/23/23   Page 2 of 2



**Con Fire PIO**
@ContraCostaFire

Slow down and move over when approaching emergency vehicles. Truck 1 was struck by a Tesla while blocking I-680 lanes from a previous accident. Driver pronounced dead on-scene; passenger was extricated & transported to hospital. Four firefighters also transported for evaluation.



9:28 AM · Feb 18, 2023 · **436.2K** Views

**305** Retweets    **138** Quotes    **979** Likes    **61** Bookmarks