**Andrew Kirtley Declaration Exhibit 21
– Lodged Electronically –**