**Andrew Kirtley Declaration Exhibit 22
– Lodged Electronically –**