# Andrew Kirtley Declaration Exhibit 23
## – Lodged Electronically –