# Exhibit 25

The Wayback Machine - https://web.archive.org/web/20180101212757/https://www.tesla.co…

# TESLA

AUTOPILOT                                                         STAY UPDATED

# Full Self-Driving Hardware on All Cars

All Tesla vehicles produced in our factory, including Model 3, have the hardware needed for full self-driving capability at a safety level substantially greater than that of a human driver.

ORDER MODEL S

ORDER MODEL X

**AUTOPILOT**

Advanced Sensor Coverage

STAY UPDATED

Eight surround cameras provide 360 degrees of visibility around the car at up to 250 meters of range. Twelve updated ultrasonic sensors complement this vision, allowing for detection of both hard and soft objects at nearly twice the distance of the prior system. A forward-facing radar with enhanced processing provides additional data about the world on a redundant wavelength that is able to see through heavy rain, fog, dust and even the car ahead.

**Narrow Forward Camera**
Max distance 250m

**Main Forward Camera**
Max distance 150m

**Wide Forward Camera**
Max distance 60m

**Radar**
Max distance 160m

**Forward Looking Side Cameras**
Max distance 80m



| AUTOPILOT | STAY UPDATED |

**Ultrasonics**
Max distance 8m

**Rear View Camera**
Max distance 50m

**Rearward Looking Side Cameras**
Max distance 100m

Learn more about Camera Views, Radar and Ultrasonics 

## Processing Power Increased 40x

To make sense of all of this data, a new onboard computer with over 40 times the computing power of the previous generation runs the new Tesla-developed neural net for vision, sonar and radar processing

software. Together, this system provides a view of the world that a driver alone cannot access, seeing in every direction simultaneously, and on wavelengths that go far beyond the human senses.

**AUTOPILOT**                                                                                              STAY UPDATED



## Tesla Vision

To make use of a camera suite this powerful, the new hardware introduces an entirely new and powerful set of vision processing tools developed by Tesla. Built on a deep neural network, Tesla Vision deconstructs the car's environment at greater levels of reliability than those achievable with classical vision processing techniques.

## Enhanced Autopilot

Enhanced Autopilot adds these new capabilities to the Tesla Autopilot driving experience. Your Tesla will match speed to traffic conditions, keep within a lane, automatically change lanes without requiring driver input, transition from one freeway to another, exit the freeway when your destination is near, self-park when near a parking spot and be summoned to and from your garage.

Tesla's Enhanced Autopilot software has begun rolling out and features will continue to be introduced as validation is completed, subject to regulatory approval.



## On-ramp to Off-ramp

Once on the freeway, your Tesla will determine which lane you need to be in and when. In addition to ensuring you reach your intended exit, Autopilot will watch for opportunities to move to a faster lane when you're caught behind slower traffic. When you reach your exit, your Tesla will depart the freeway, slow down and transition control back to you.

AUTOPILOT STAY UPDATED



## Autosteer+

With the new Tesla Vision cameras, sensors and computing power, your Tesla will navigate tighter, more complex roads.

| AUTOPILOT | STAY UPDATED |



## Smart Summon

With Smart Summon, your car will navigate more complex environments and parking spaces, maneuvering around objects as necessary to come find you.

## Full Self-Driving Capability

Build upon Enhanced Autopilot and order Full Self-Driving Capability on your Tesla. This doubles the number of active cameras from four to eight, enabling full self-driving in almost all circumstances, at what we believe will be a probability of safety at least twice as good as the average human driver. The system is designed to be able to conduct short and long distance trips with no action required by the person in

the driver's seat. For Superchargers that have automatic charge connection enabled, you will not even need to plug in your vehicle.

**AUTOPILOT**

**STAY UPDATED**

All you will need to do is get in and tell your car where to go. If you don't say anything, the car will look at your calendar and take you there as the assumed destination or just home if nothing is on the calendar. Your Tesla will figure out the optimal route, navigate urban streets (even without lane markings), manage complex intersections with traffic lights, stop signs and roundabouts, and handle densely packed freeways with cars moving at high speed. When you arrive at your destination, simply step out at the entrance and your car will enter park seek mode, automatically search for a spot and park itself. A tap on your phone summons it back to you.

**Please note that Self-Driving functionality is dependent upon extensive software validation and regulatory approval, which may vary widely by jurisdiction.** It is not possible to know exactly when each element of the functionality described above will be available, as this is highly dependent on local regulatory approval. Please note also that using a self-driving Tesla for car sharing and ride hailing for friends and family is fine, but doing so for revenue purposes will only be permissible on the Tesla Network, details of which will be released next year.



AUTOPILOT

STAY UPDATED

## From Home

All you will need to do is get in and tell your car where to go. If you don't say anything, your car will look at your calendar and take you there as the assumed destination. Your Tesla will figure out the optimal route, navigating urban streets, complex intersections and freeways.



## To your Destination

When you arrive at your destination, simply step out at the entrance and your car will enter park seek mode, automatically search for a spot and park itself. A tap on your phone summons it back to you.

**AUTOPILOT**  STAY UPDATED

## Standard Safety Features

These active safety technologies, including collision avoidance and automatic emergency braking, have begun rolling out through over-the-air updates

**Automatic Emergency Braking**

Designed to detect objects that the car may impact and applies the brakes accordingly

**Side Collision Warning**

Warns the driver of potential collisions with obstacles alongside the car

**Front Collision Warning**

Helps warn of impending collisions with slower moving or stationary cars

**Auto High Beams**

Adjusts high/low beams as required



ORDER MODEL S

ORDER MODEL X

Tesla © 2018

Privacy & Legal

United States

**AUTOPILOT**

STAY UPDATED