**Andrew Kirtley Declaration Exhibit 28
– Lodged Electronically –**