# Exhibit 31



December 28, 2020                                                                    *Via Email Only*


California Department of Motor Vehicles
Autonomous Vehicles Branch
2415 1st Ave., MS D405
Sacramento, CA 95818

**Re: Autonomous Mode Disengagements for Reporting Year 2020**

To Whom It May Concern:

Pursuant to California Code of Regulations, Title 13, Article 3.7, § 227.46, this submission reports, from December 1, 2019, to November 30, 2020 (the "Reporting Year 2020"), the disengagements of autonomous mode of Tesla's autonomous vehicles (AVs) that participated in the Autonomous Vehicle Tester Program (AVT) administered by the California Department of Motor Vehicles.

For Reporting Year 2020, Tesla did not test any vehicles on public roads in California in autonomous mode or operate any AVs, as defined by California law. As such, the Company did not experience any autonomous mode disengagements as part of the AVT in California for Reporting Year 2020.

As explained in prior disengagement reporting, Tesla's approach to software development is unique. We use industry best practices to guide a rigorous battery of internal testing, and then pair it with unmatched fleet learning to train the software to perform safely, consistently, and predictably in real world conditions. This holistic approach allows us to continuously improve Autopilot capability. Our customer fleet has driven billions of miles with Autopilot engaged, and anonymized fleet data shows that it significantly increases overall occupant safety and far exceeds the status quo.[1]

As you know, Autopilot is an optional suite of driver-assistance features that are representative of SAE Level 2 automation (SAE L2). Features that comprise Autopilot are Traffic-Aware Cruise Control and Autosteer. Full Self-Driving (FSD) Capability is an additional optional suite of features that builds from Autopilot and is also representative of SAE L2. Features that comprise FSD Capability are Navigate on Autopilot, Auto Lane Change, Autopark, Summon, Smart Summon, Traffic and Stop Sign Control, and, upcoming, Autosteer on City Streets (City Streets). While we designed these features to become more capable over time through over-the-air software updates, currently neither Autopilot nor FSD Capability is an autonomous system, and currently no comprising feature, whether singularly or

---

[1] *See* https://www.tesla.com/VehicleSafetyReport.



collectively, is autonomous or makes our vehicles autonomous. This includes the limited pilot release of City Streets.

Tesla looks forward to continued collaboration with your office on the safe development and deployment of AVs in California. If you have any questions, please feel free to contact me at erwilliams@tesla.com.

Sincerely,

Eric C. Williams
Associate General Counsel, Regulatory



STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

# ANNUAL REPORT OF
# AUTONOMOUS VEHICLE DISENGAGEMENT

*Instructions: Print as many pages as needed. Submit completed report to: Department of Motor Vehicles, Autonomous Vehicle Program, P.O. BOX 932342, MS L224, Sacramento, CA 94232-3420*

## SECTION 1 — MANUFACTURER INFORMATION

| NAME OF MANUFACTURER | AVT NUMBER | |
|---|---|---|
| BUSINESS MAILING ADDRESS | CITY | STATE | ZIP CODE | TELEPHONE NUMBER ( ) |

## SECTION 2 — DISENGAGEMENT EVENT DETAIL    Use one row for each disengagement event.

| DATE | VIN NUMBER | DISENGAGEMENT INITIATED BY (AV System, Test Driver, Remote Operator, or Passenger) | DISENGAGEMENT LOCATION (Interstate, Freeway, Highway, Rural Road, Street, or Parking Facility) | DESCRIPTION OF FACTS CAUSING DISENGAGEMENT * |
|---|---|---|---|---|
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |
| | VEHICLE IS CAPABLE OF OPERATING WITHOUT A DRIVER ☐ YES ☐ NO | DRIVER PRESENT ☐ YES ☐ NO | | |

*\* Additional information regarding the causes of the disengagement may be submitted as an attachment.  If an attachment is provided, indicate the specific attachment number for the disengagement event.*

OL 311R (NEW 9/2017) **WWW**

## SECTION 3 — DISENGAGEMENT AND AV MILES SUMMARY PER VEHICLE

| VIN Number | Annual Total of Disengagements | Total Number of Miles Tested in Autonomous Mode (December 2019 to November 2020) | | | | | | | | | | | | ANNUAL TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | December | January | February | March | April | May | June | July | August | September | October | November | |
| No VINs to report | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |

## SECTION 4 — ACKNOWLEDGMENT

| PRINTED NAME OF AUTHORIZED REPRESENTATIVE | TITLE |
|---|---|
| Robert Patrick Sekator | AP Engineer, Autopilot |

| SIGNATURE | DATE SIGNED |
|---|---|
| X | 12/28/2020 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3500 Deer Creek Road | Palo Alto | CA | 94304 |

| EMAIL ADDRESS | FAX NUMBER | TELEPHONE NUMBER |
|---|---|---|
| rsekator@tesla.com | ( ) | ( ) |

OL 311R (NEW 9/2017) WWW

**Bisnett, Emily J.@DMV**

| | |
|---|---|
| **From:** | Eric Williams <erwilliams@tesla.com> |
| **Sent:** | Tuesday, December 29, 2020 7:46 AM |
| **To:** | DMV ERM Autonomous Vehicles |
| **Cc:** | Acosta, Miguel D.@DMV; Al Prescott; Beth Mykytiuk; RJ Sekator |
| **Subject:** | RE: Tesla 2020 AVT Disengagement Report |
| **Attachments:** | Tesla_2020_ol311r - signed.pdf |

To Whom It May Concern:

Following further discussion, attached please find Tesla's OL311 for reporting year 2020. Please let me know if you have any questions.

Best,
Eric

---

**From:** Eric Williams
**Sent:** Monday, December 28, 2020 16:44
**To:** DMV ERM Autonomous Vehicles <AutonomousVehicles@dmv.ca.gov>
**Cc:** Acosta, Miguel D.@DMV <Miguel.Acosta@dmv.ca.gov>; Al Prescott <aprescott@tesla.com>; Beth Mykytiuk <emykytiuk@tesla.com>; RJ Sekator <rsekator@tesla.com>
**Subject:** Tesla 2020 AVT Disengagement Report

To Whom It May Concern:

Attached please find Tesla's AVT disengagement report for reporting year 2020. Please let me know if you have any questions.

Best,
Eric

Eric C. Williams

Associate General Counsel, Regulatory
1333 H St. NW, Ste. 11W, Washington, D.C. 20005
E. erwilliams@tesla.com     T. +1 508.272.8358

