# Exhibit 37

3/21/23, 2:52 PM                                Tesla on Twitter: "Enabling autonomy will increase the utilization rate of our vehicles, which means more people have access to E…

Case 3:22-cv-05240-RFL   Document 43-38   Filed 03/23/23   Page 2 of 2



**Tesla**
@Tesla

Enabling autonomy will increase the utilization rate of our vehicles, which means more people have access to EVs

FSD Beta has been released to nearly all customers in the US & Canada who bought FSD (approximately 400k)

2:41 PM · Mar 1, 2023 · **265.4K** Views

**171** Retweets

**6** Quotes   **1,849** Likes