# Exhibit 38

# Autopilot and Full Self-Driving Capability

Autopilot is an advanced driver assistance system that enhances safety and convenience behind the wheel. When used properly, Autopilot reduces your overall workload as a driver. Each new Tesla vehicle is equipped with eight external cameras and powerful vision processing to provide an additional layer of safety. All vehicles built for the North American market now use our camera-based Tesla Vision to deliver Autopilot features, rather than radar.

Autopilot comes standard on every new Tesla. For owners who took delivery of their cars without Autopilot, there are multiple packages available for purchase, depending on when your car was built: Autopilot, Enhanced Autopilot and Full Self-Driving Capability.

Autopilot, Enhanced Autopilot and Full Self-Driving Capability are intended for use with a fully attentive driver, who has their hands on the wheel and is prepared to take over at any moment. While these features are designed to become more capable over time, the currently enabled features do not make the vehicle autonomous.

- Autopilot, Enhanced Autopilot and Full Self-Driving Capability Features
- Using Autopilot, Enhanced Autopilot and Full Self-Driving Capability
- Active Safety Features
- Frequently Asked Questions

## Autopilot, Enhanced Autopilot and Full Self-Driving Capability Features

Autopilot is a suite of driver assistance features that comes standard with the purchase of a new car or can be purchased after delivery, and brings new functionality to your Tesla that makes driving safer and less stressful. Available packages include:

### Autopilot

Autopilot includes the following functionality and features:

- **Traffic-Aware Cruise Control:** Matches the speed of your car to that of the surrounding traffic
- **Autosteer:** Assists in steering within a clearly marked lane, and uses traffic-aware cruise control

### Enhanced Autopilot

In addition to the functionality and features of Autopilot, Enhanced Autopilot also includes:

- **Navigate on Autopilot:** Actively guides your car from a highway's on-ramp to off-ramp, including suggesting lane changes, navigating interchanges, automatically engaging the turn signal and taking the correct exit.
- **Auto Lane Change:** Assists in moving to an adjacent lane on the highway when Autosteer is engaged.
- **Autopark:** Helps automatically parallel or perpendicular park your car, with a single touch.
- **Summon:** Moves your car in and out of a tight space using the mobile app or key.
- **Smart Summon:** Your car will navigate more complex environments and parking spaces, maneuvering around objects as necessary to come find you in a parking lot.

### Full Self-Driving Capability

In addition to the functionality and features of Autopilot and Enhanced Autopilot, Full Self-Driving Capability also includes:

- **Traffic and Stop Sign Control (Beta):** Identifies stop signs and traffic lights and automatically slows your car to a stop on approach, with your active supervision
- **Upcoming:**
- Autosteer on city streets

The currently enabled Autopilot, Enhanced Autopilot and Full Self-Driving features require active driver supervision and do not make the vehicle autonomous. Full autonomy will be dependent on achieving reliability far in excess of human drivers as demonstrated by billions of miles of experience, as well as regulatory approval, which may take longer in some jurisdictions. As Tesla's Autopilot, Enhanced Autopilot and Full Self-Driving capabilities evolve, your car will be continuously upgraded through over-the-air software updates.

## Using Autopilot, Enhanced Autopilot and Full Self-Driving Capability

Before using Autopilot, please read your Owner's Manual for instructions and more safety information. While using Autopilot, it is your responsibility to stay alert, keep your hands on the steering wheel at all times and maintain control of your car. Many of our Autopilot features, like Autosteer, Navigate on Autopilot and Summon, are disabled by default. To enable them, you must go to the Autopilot Controls menu within the Settings tab and turn them on.

Before enabling Autopilot, the driver first needs to agree to "keep your hands on the steering wheel at all times" and to always "maintain control and responsibility for your vehicle." Subsequently, every time the driver engages Autopilot, they are shown a visual reminder to "keep your hands on the wheel."

### Traffic-Aware Cruise Control
To engage Traffic-Aware Cruise Control in Model S and Model X, pull down once on the cruise control stalk on the left of the steering column. In Model 3 and Model Y, pull down once on the gear selector stalk on the right of the steering column.

### Autosteer
To engage Autosteer in Model S and Model X, pull towards you twice on the cruise control stalk on the left of the steering column. In Model 3 and Model Y, pull down twice on the gear selector stalk on the right of the steering column. A grey steering wheel icon will appear on your display, next to the speedometer, when the system is available to engage. A blue steering wheel icon will appear on your display, next to the speedometer, when Autosteer is engaged.

When Autosteer is in use, it measures the amount of torque that you apply to the steering wheel and, if insufficient torque is applied, an escalating series of audible and visual alerts again reminds you to place your hands on the wheel. This helps ensure you are attentive and trains good driving habits. If you repeatedly ignore these warnings, then you will be locked out from using Autopilot for the duration of that trip.

### Navigate on Autopilot
Navigate on Autopilot is designed to get you to your destination more efficiently by actively guiding your car from on-ramp to off-ramp, including suggesting and making lane changes, navigating highway interchanges, and taking exits. It's designed to make finding and following the most efficient path to your destination even easier on the highway when Autopilot is in use.

To engage this feature, you must first enable Autosteer by going to Controls > Autopilot > Autosteer - then enable the Navigate on Autopilot feature. Camera calibration will be required and the latest version of Navigation maps must be downloaded via Wi-Fi.

For each route where Navigate on Autopilot is available, you will have the option to activate it by pressing the NAVIGATE ON AUTOPILOT button located in your Navigation Turn List. You can also activate Navigate on Autopilot automatically any time a destination is entered and Autopilot is engaged by adjusting your Navigate on Autopilot settings from Controls > Autopilot > Customize Navigate on Autopilot.

On Model 3 and Model Y, Navigate on Autopilot can be engaged on most highways by moving the gear lever twice downwards, in quick succession.

On Model S and Model X built between 2012-2021, Navigate on Autopilot can be engaged on most highways by pulling the cruise stalk toward you, twice in quick succession.

### Auto Lane Change
To initiate an automated lane change, you must first enable Auto Lane Changes through the Autopilot Controls menu within the Settings tab. Then when the car is in Autosteer, a driver must engage the turn signal in the direction that they would like to move. In some markets depending on local regulations, lane change confirmation can be turned off by accessing Controls > Autopilot > Customize Navigate on Autopilot and toggle 'Lane Change Confirmation' off.

### Autopark
If your car sees a parking spot, a grey 'P' icon will appear on the left or right hand side of your instrument panel, depending on the location of the space. Autopark detects parallel parking locations when driving below 15mph and perpendicular parking locations when driving below 10mph.

To use Autopark at that time, press on the brake and shift the gear selector into 'Reverse.' Keep your foot on the brake. 'Start Autopark' will appear in blue text on your touchscreen – press this to start the feature and release the brake and steering wheel. Autopark will then

begin to maneuver the vehicle into the parking space by controlling your cars speed, gear changes and steering angle, but you should remember to be alert and monitor the backup camera view to check for obstacles.

Once Autopark is complete, the car will let you know it is complete and shift into 'Park.' You can override Autopark at any time by taking control of the steering wheel.

### Summon

To use Summon, open the Tesla app. Press Summon and then press the forward or reverse buttons. Model S and Model X owners can use Summon with their key fob by holding the center of the key fob for three seconds until the car's hazard lights come on, and then pressing either the frunk or trunk button on key fob to Summon forwards and backwards respectively. Summon also integrates with HomeLink and will open your garage door to pull your car out of the garage.

### Smart Summon

Smart Summon is designed to allow your car to drive to you or a location of your choosing, maneuvering around and stopping for objects as necessary. Like Summon, Smart Summon is only intended for use in private parking lots and driveways. You are still responsible for your car and must monitor it and its surroundings at all times and be within your line of sight because it may not detect all obstacles. Be especially careful around quick moving people, bicycles and cars.

To use Smart Summon, open your Tesla app, tap Summon and then select the Smart Summon icon. To activate the feature, press and hold the COME TO ME button. Alternatively, tap the target icon, set the target destination of your choice by adjusting the map, and then press and hold the GO TO TARGET button. You can stop your car from driving at any time by releasing the button.

Smart Summon works with your Tesla app and your phone's GPS to operate. You must be within approximately 200 feet of your car to use. Smart Summon requires the latest version of the Tesla mobile app (3.10.0 or later). Please refer to the Owner's Manual for additional details about this feature.

### Traffic Light and Stop Sign Control (Beta)

Traffic Light and Stop Sign Control (Beta) identifies stop signs and traffic lights and automatically slows your car to a stop upon approach while using Autopilot, with your active supervision. To enable, shift your car into PARK and tap Controls > Autopilot > Traffic Light and Stop Sign Control (Beta), then engage Traffic-Aware Cruise Control or Autosteer.

When Traffic Light and Stop Sign Control (Beta) is enabled, the driving visualization displays upcoming traffic lights, stop signs or road markings at intersections where your car may need to stop. As you approach an intersection, even if the traffic light is green, your car will display a red line to indicate where the vehicle will stop and the vehicle will begin to slow. To continue through the stop line, pull the Autopilot stalk or briefly tap the accelerator pedal to confirm that it is safe to proceed. At this time, Traffic Light and Stop Sign Control does not turn the vehicle, whether you are in a turn lane or have your blinker on.

Notifications on the touchscreen will provide a stop reason (stop sign or traffic light) and will also provide an estimated distance to when your vehicle will stop. If the Traffic Light notification does not indicate a light color, your vehicle has not confirmed the traffic control state.

As with all Autopilot features, you must be in control of your vehicle, pay attention to its surroundings and be ready to take immediate action including braking. This feature is in Beta and may not stop for all traffic controls. While Traffic and Stop Sign Control is enabled on surface streets with Autosteer active, your speed will be confined to the noted limit. Please review the Owner's Manual for additional information, instructions for use and warnings.

## Active Safety Features

Active safety features come standard on all Tesla vehicles made after September 2014 for elevated protection at all times. These features are made possible by our Autopilot hardware and software system and include:

- **Automatic Emergency Braking:** Detects cars or obstacles that the car may impact and applies the brakes accordingly
- **Forward Collision Warning:** Warns of impending collisions with slower moving or stationary cars
- **Side Collision Warning:** Warns of potential collisions with obstacles alongside the car
- **Obstacle Aware Acceleration:** Automatically reduces acceleration when an obstacle is detected in front of your car while driving at low speeds
- **Blind Spot Monitoring:** Warns when a car or obstacle is detected when changing lanes
- **Lane Departure Avoidance:** Applies corrective steering to keep your car in the intended lane
- **Emergency Lane Departure Avoidance:** Steers your car back into the driving lane when it detects that your car is departing its lane and there could be a collision

Active safety features are designed to assist drivers, but cannot respond in every situation. It is your responsibility to stay alert, drive safely and be in control of your car at all times.