# Exhibit 39

# Full Self-Driving Capability Subscriptions

Autopilot is an advanced driver assistance system that assists your car with steering, accelerating and braking for other vehicles and pedestrians within its lane. It assists with the most burdensome parts of driving and work alongside features like emergency braking, collision warning and blind-spot monitoring.

With Full Self-Driving (FSD) capability, you will get access to a suite of more advanced driver assistance features, designed to provide more active guidance and assisted driving under your active supervision.

If you have not already purchased FSD capability and your vehicle has FSD computer 3.0 or above, you can subscribe to FSD capability from the Tesla app or your vehicle's touchscreen.

- Eligibility
- Subscription Pricing
- Frequently Asked Questions

## Eligibility

If your vehicle has Full Self-Driving computer 3.0 or above, plus Basic Autopilot or Enhanced Autopilot, you are eligible to subscribe to FSD capability. You can check your Autopilot configuration from your vehicle's touchscreen by selecting 'Controls' > 'Software' > 'Additional Vehicle Information.' You can also check your configuration in the Tesla app by selecting 'Vehicle' > 'Specs & Warranty.'

Hardware upgrades to the Full Self-Driving computer are not included with Full Self-Driving capability subscriptions. To be eligible for FSD capability subscriptions, the FSD computer must be installed in your vehicle. To install the FSD computer, schedule an installation appointment from the Tesla app.

## Subscription Pricing

Your vehicle's current Autopilot package of Basic Autopilot or Enhanced Autopilot will determine the FSD capability subscription price.

| | |
|---|---|
| Basic Autopilot to FSD capability | $199.00 per month |
| Enhanced Autopilot to FSD capability | $99.00 per month |

**\*Enhanced Autopilot (EAP) is only available in select markets.**

## Frequently Asked Questions

Show All

### How do I subscribe to Full Self-Driving Capability?

If your vehicle is eligible, you can subscribe to Full Self-Driving Capability from the Tesla app or your vehicle's touchscreen.

To subscribe to Full Self-Driving Capability in the Tesla app, follow these steps:

Open the Tesla app.
Tap 'Upgrades.'
At the top for your screen, tap 'Subscribe.'
Tap the checkbox next to 'Full Self-Driving Capability.'
Tap 'Subscribe.'

**Note:** Only the Tesla Account that owns the vehicle can purchase upgrades in the Tesla app.

To subscribe to Full Self-Driving Capability from your vehicle's touchscreen, follow these steps:

Open the Controls menu.
Tap 'Upgrades.'
If your vehicle is eligible, you will see an option to purchase a FSD Subscription.

Swipe to purchase.

The vehicle will need to complete a software update before FSD features are available.

**Can I cancel my subscription?**

You can cancel your FSD capability subscription at any time from the Tesla app. Monthly subscription payments will not be prorated. After your cancellation is processed, you will continue to have FSD capability features for the remainder of the current billing period.

To cancel your subscription from the Tesla app:

Open the Tesla app.
Tap 'Upgrades' > 'Manage Upgrades.'
Find Full Self-Driving capability, tap 'Manage.'
Next to Full Self-Driving capability, tap 'Cancel.'

**Where are Full Self-Driving (FSD) capability subscriptions available?**

FSD capability subscriptions are currently available to eligible vehicles in the United States. Check your Tesla app for updates on availability in other regions.

**Which features come with my subscription?**

The FSD capability features you receive are based on your configuration and location. Not all features are available in all markets, and features are subject to change. Learn more about Autopilot features.

**Note:** These features are designed to become more capable over time; however the currently enabled features do not make the vehicle autonomous. The currently enabled features require a fully attentive driver, who has their hands on the wheel and is prepared to take over at any moment.

**Are hardware upgrades included with my FSD capability subscription?**

No. If you do not have the Full Self-Driving computer, schedule your hardware installation from the Tesla app by selecting 'Schedule Service' > 'Accessories' > 'Upgrades & Accessories' > 'Full Self-Driving computer.'

**Are refunds available for FSD capability subscriptions?**

Refunds are not available for FSD capability subscriptions. You can cancel your subscription at any time and you will continue to have access to your FSD capability features for the remainder of the current billing period.

**Note:** If you purchase Full Self-Driving capability, you can request a refund within 48 hours of purchase. Refunds are not available for FSD capability subscriptions.

### Are FSD capability trials available?

No. Trials are not available for FSD capability.

### Can I request Full Self-Driving Beta if I am subscribed to Tesla Full Self-Driving capabilities?

Yes. As long as you have the option to request Full Self-Driving Beta from your vehicle's touchscreen, you are eligible to enroll regardless of whether you have purchased Tesla Full-Self Driving capabilities with a one-time payment or subscription. To view if you have access to Full Self-Driving Beta, select 'Controls' > 'Autopilot' > 'Request Full Self-Driving Beta.'

Back to Top