# Exhibit 41

3/20/23, 12:22 PM   3016_202104: Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles - SAE I…

Case 3:22-cv-05240-RFL   Document 43-42   Filed 03/23/23   Page 2 of 3

Browse Standards J3016_202104

CURRENT   REVISED   2021-04-30

# Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles J3016_202104

This document describes [motor] vehicle driving automation systems that perform part or all of the dynamic driving task (DDT) on a sustained basis. It provides a taxonomy with detailed definitions for six levels of driving automation, ranging from no driving automation (Level 0) to full driving automation (Level 5), in the context of [motor] vehicles (hereafter also referred to as "vehicle" or "vehicles") and their operation on roadways:

1. Level 0:
   No Driving Automation
2. Level 1:
   Driver Assistance
3. Level 2:
   Partial Driving Automation
4. Level 3:
   Conditional Driving Automation
5. Level 4:
   High Driving Automation
6. Level 5:
   Full Driving Automation

These level definitions, along with additional supporting terms and definitions provided herein, can be used to describe the full range of driving automation features equipped on [motor] vehicles in a functionally consistent and coherent manner. "On-road" refers to publicly accessible roadways (including parking areas and private campuses that permit public access) that collectively serve all road users, including cyclists, pedestrians, and users of vehicles with and without driving automation features.

The levels apply to the driving automation feature(s) that are engaged in any given instance of on-road operation of an equipped vehicle. As such, although a given vehicle may be equipped with a driving automation system that is capable of delivering multiple driving automation features that perform at different levels, the level of driving automation exhibited in any given instance is determined by the feature(s) that are engaged.

This document also refers to three primary actors in driving: the (human) user, the driving automation system, and other vehicle systems and components. These other vehicle systems and components (or the vehicle in general terms) do not include the driving automation system in this model, even though as a practical matter a driving automation system may actually share hardware and software components with other vehicle systems, such as a processing module(s) or operating code.

The levels of driving automation are defined by reference to the specific role played by each of the three primary actors in performance of the DDT and/or DDT fallback. "Role" in this context refers to the expected role of a given primary actor, based on the design of the driving automation system in question and not necessarily to the actual performance of a given primary actor.

3/20/23, 12:22 PM  J3016_202104: Taxonomy and Definitions for Terms Related to Driving Automation Systems for On-Road Motor Vehicles - SAE I…

Case 3:22-cv-05240-RFL Document 43-42 Filed 03/23/23 Page 3 of 9

For example, a driver who fails to monitor the roadway during engagement of a Level 1 adaptive cruise control (ACC) system still has the role of driver, even while s/he is neglecting it.

Active safety systems, such as electronic stability control (ESC) and automatic emergency braking (AEB), and certain types of driver assistance systems, such as lane keeping assistance (LKA), are excluded from the scope of this driving automation taxonomy because they do not perform part or all of the DDT on a sustained basis, but rather provide momentary intervention during potentially hazardous situations. Due to the momentary nature of the actions of active safety systems, their intervention does not change or eliminate the role of the driver in performing part or all of the DDT, and thus are not considered to be driving automation, even though they perform automated functions. In addition, systems that inform, alert, or warn the driver about hazards in the driving environment are also outside the scope of this driving automation taxonomy, as they neither automate part or all of the DDT, nor change the driver's role in performance of the DDT (see 8.13).

It should be noted, however, that crash avoidance features, including intervention-type active safety systems, may be included in vehicles equipped with driving automation systems at any level. For automated driving system (ADS) features (i.e., Levels 3 to 5) that perform the complete DDT, crash mitigation and avoidance capability is part of ADS functionality (see also 8.13).

Revision History    Related Info    Related Items

| | | | |
|---|---|---|---|
| J3016_202104 | 2021-04-30 | Latest | Revised |
| J3016_201806 | 2018-06-15 | Historical | Revised |
| J3016_201609 | 2016-09-30 | Historical | Revised |
| J3016_201401 | 2014-01-16 | Historical | Issued |

## SAE MOBILUS

Subscribers can view annotate, and download all of SAE's content. Learn More »

Access SAE MOBILUS »

Digital $0.00

Special Offer: JPaks offers a customized subscription plan that is cost-effective and allows you to choose the number of downloads and Ground Vehicle documents you need. Find more information here.

## Get Involved

Want to participate in updating this standard?