# Exhibit 42

Case 3:22-cv-05240-RFL Document 43-43 Filed 03/23/23 Page 2 of 2

 **Elon Musk**
@elonmusk

In ~2 years, summon should work anywhere connected by land & not blocked by borders, eg you're in LA and the car is in NY

12:11 PM · Jan 10, 2016

**4,200** Retweets    **638** Quotes    **7,521** Likes