**Andrew Kirtley Declaration Exhibit 43
– Lodged Electronically –**