**Andrew Kirtley Declaration Exhibit 44
– Lodged Electronically –**