# Exhibit 45

3/20/23, 1:23 PM
Elon Musk on Twitter: "Tesla drives itself (no human input at all) thru urban streets to highway to streets, then finds a parking spot …
Case 3:22-cv-05240-RFL Document 43-46 Filed 03/23/23 Page 2 of 2



**Elon Musk**
@elonmusk

Tesla drives itself (no human input at all) thru urban streets to highway to streets, then finds a parking spot tesla.com/videos/full-se…

1:23 AM · Oct 20, 2016

**11K** Retweets  **2,213** Quotes  **17.3K** Likes