# Exhibit 47

3/21/23, 12:11 PM                         Elon Musk on Twitter: "@Tony_Lo Still on for end of year. Just software limited. Any Tesla car with HW2 (all cars built since Oct las…

Case 3:22-cv-05240-RFL Document 43-48 Filed 03/23/23 Page 2 of 2



**Elon Musk** @elonmusk · May 21, 2017

Excited about the Tesla Autopilot software release rolling out next month. New control algorithm feels as smooth as silk.

800          4,081          22.8K



**Guac Invest** @guac_invest · May 21, 2017
Replying to @elonmusk
Update on the coast to coast autopilot demo?

1          1          30



**Elon Musk**
@elonmusk

Replying to @guac_invest and @Tony_Lo

Still on for end of year. Just software limited. Any Tesla car with HW2 (all cars built since Oct last year) will be able to do this.

7:34 PM · May 21, 2017

**29** Retweets   **23** Quotes   **300** Likes