**Andrew Kirtley Declaration Exhibit 48
– Lodged Electronically –**