**Andrew Kirtley Declaration Exhibit 49
– Lodged Electronically –**