# Exhibit 50

3/21/23, 4:20 PM    Elon Musk on Twitter: "@Techmeme @timkhiggins This is false. Eyetracking rejected for being ineffective, not for cost. WSJ fails t…

Case 3:22-cv-05240-RFL   Document 43-51   Filed 03/23/23   Page 2 of 2



**Techmeme** @Techmeme · May 14, 2018

Sources: Tesla engineers wanted to add eye tracking and other sensors to Autopilot at its debut to help alert drivers but were rejected by Musk over cost fears (@timkhiggins / Wall Street Journal)

on.wsj.com/2GeCZCH



techmeme.com
Sources: Tesla engineers discussed adding eye trac…
Tim Higgins / Wall Street Journal: Sources: Tesla engineers discussed adding eye tracking and bette…

26          134          636



**Elon Musk**
@elonmusk

Replying to @Techmeme and @timkhiggins

This is false. Eyetracking rejected for being ineffective, not for cost. WSJ fails to mention that Tesla is safest car on road, which would make article ridiculous. Approx 4X better than avg.

12:00 PM · May 14, 2018

**1,863** Retweets    **171** Quotes    **18.9K** Likes    **14** Bookmarks