# Exhibit 51

3/20/23, 1:59 PM
Elon Musk on Twitter: "@victorpoughon Probably technically able to do so in about a year. Then up to regulators." / Twitter

Case 3:22-cv-05240-RFL Document 43-52 Filed 03/23/23 Page 2 of 2



**Elon Musk** @elonmusk · Nov 15, 2018
Tesla just acquired trucking capacity to ensure Model 3 can be delivered in US by Dec 31 if ordered by Nov 30 3.tesla.com/model3/design#...

1,247     1,914     17.8K



**Victor Poughon** @victorpoughon · Nov 15, 2018
Replying to @elonmusk
When will they just self drive to the customer's door?

6     11     282



**Elon Musk**
@elonmusk

Replying to @victorpoughon

Probably technically able to do so in about a year. Then up to regulators.

9:36 AM · Nov 15, 2018

**75** Retweets   **56** Quotes   **1,460** Likes