**Andrew Kirtley Declaration Exhibit 53
– Lodged Electronically –**