# Exhibit 54

3/20/23, 2:05 PM       Elon Musk on Twitter: "@WhatsupFranks @flcnhvy We could have gamed an LA/NY Autopilot journey last year, but when we do it…

Case 3:22-cv-05240-RFL  Document 43-55  Filed 03/23/23  Page 2 of 2



**Elon Musk** @elonmusk · May 9, 2019
Turns out there's more ways to use Autopilot than we imagined

2,280          22.8K          155.2K



**Elon Musk** @elonmusk · May 9, 2019
Shoulda seen it coming ...

914            4,171          72.7K

This Tweet was deleted by the Tweet author. Learn more



**Elon Musk** @elonmusk · May 9, 2019
Basically begging for it

36             67             2,908



**whatsupfranks** @WhatsupFranks · May 9, 2019
Replying to @elonmusk and @flcnhvy
Are their still plans to drive from NYC to LA on full autopilot?

4              8              409



**Elon Musk** @elonmusk · May 9, 2019
Replying to @WhatsupFranks and @flcnhvy
That journey will have a diff age rating

19             42             1,954



**Elon Musk**
@elonmusk

Replying to @elonmusk @WhatsupFranks and @flcnhvy

We could have gamed an LA/NY Autopilot journey last year, but when we do it this year, everyone with Tesla Full Self-Driving will be able to do it too

3:14 PM · May 9, 2019

**127** Retweets   **107** Quotes   **2,118** Likes