# Exhibit 55

3/20/23, 11:42 AM Elon Musk on Twitter: "Tesla does not advertise or pay for endorsements. Instead, we use that money to make the product great.…

Case 3:22-cv-05240-RFL Document 43-56 Filed 03/23/23 Page 2 of 2

 **Elon Musk**
@elonmusk

Tesla does not advertise or pay for endorsements. Instead, we use that money to make the product great.

>  **TESLARATI** @Teslarati · May 16, 2019
> It's time for Tesla to advertise, and Autopilot should be first on the list
> teslarati.com/tesla-should-h…

6:39 PM · May 18, 2019

**5,321** Retweets   **526** Quotes   **56.1K** Likes