# Exhibit 56

3/20/23, 2:06 PM — Elon Musk on Twitter: "@PPathole @Tesla Functionality still looking good for this year. Regulatory approval is the bi…

Case 3:22-cv-05240-RFL Document 43-57 Filed 03/23/23 Page 2 of 2

**EveryAmp** ⚡ @EveryAmp · Apr 3, 2019
Until @Tesla or @elonmusk tells me what this camera is doing for me I'm shutting them out. It SHOULD be used with Sentry Mode, but it's not at this time. When it has a purpose that serves me I'll slide it back open. Here's what I used of you want to join: amzn.to/2WHM6UX



667.9K views   0:03 / 0:06

112          173          3,038



**Elon Musk** @elonmusk · Apr 11, 2020
Replying to @EveryAmp and @Tesla
It's not turned on. Meant for vandalism monitoring in a robotaxi future. Also, the car has transparent windows, so spying has limited value.

65          104          1,046



**Pranay Pathole** @PPathole · Apr 11, 2020
Replying to @elonmusk and @Tesla
How long for the first robotaxi release/ deployment? 2023?

10          14          217



**Elon Musk**
@elonmusk

Replying to @PPathole and @Tesla

Functionality still looking good for this year. Regulatory approval is the big unknown.

10:38 PM · Apr 11, 2020

**138** Retweets   **88** Quotes   **1,603** Likes