**Andrew Kirtley Declaration Exhibit 57**
**– Lodged Electronically –**