# Exhibit 58

3/20/23, 4:55 PM
Elon Musk on Twitter: "Tesla with Autopilot engaged now approaching 10 times lower chance of accident than average vehicle" / T…
Case 3:22-cv-05240-RFL Document 43-59 Filed 03/23/23 Page 2 of 2



**Elon Musk**
@elonmusk

Tesla with Autopilot engaged now approaching 10 times lower chance of accident than average vehicle

> **TREV PAGE** @Model3Owners · Apr 17, 2021
> Tesla releases Q1 2021 safety report
>
> tesla.com/en_CA/VehicleS…
>
> 
>
> **Accident Data**
>
> Q1 2021
>
> In the 1st quarter, we registered one accident for every 4.19 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 2.05 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 978 thousand miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 484,000 miles.

3:32 PM · Apr 17, 2021

**16.4K** Retweets   **1,233** Quotes   **149K** Likes