# Andrew Kirtley Declaration Exhibit 59
## – Lodged Electronically –