**Andrew Kirtley Declaration Exhibit 60 – Lodged Electronically –**