# Exhibit 61

Explore

Settings

**Elon Musk**
23.7K Tweets

Follow

**Elon Musk**
@elonmusk

Joined June 2009

**186** Following **132M** Followers

Tweets | Replies | Media | Likes

Pinned Tweet
**Elon Musk** @elonmusk · 1h
Replying to @cb_doge
There appears to be zero self-awareness among legacy media that they behave like an NPC drone collective 🤣🤣

1,274 2,752 18.7K 630.5K

**Elon Musk** @elonmusk · 59m

open.spotify.com
RIP Harambe
Emo G Records · Song · 2019

540 499 5,595 1M

Show this thread

**Elon Musk** @elonmusk · 59m

3,670 7,954 53.8K 5.7M

Show this thread

Search Twitter

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## You might like

**Tesla** @Tesla Follow

**SpaceX** @SpaceX Follow

**NASA** @NASA Follow

Show more

## What's happening

March Madness · Last night
**Hurricanes at Hoosiers**

Politics · Trending
**AR-15s**
10.4K Tweets

Music · Trending
**harry styles**
282K Tweets

Trending in United States
**Jason Sudeikis**
1,944 Tweets

Trending in United States
**Trent Crimm**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up


