**Andrew Kirtley Declaration Exhibit 62 – Lodged Electronically –**