# Exhibit 68

**The New York Times** https://www.nytimes.com/2016/09/12/business/elon-musk-says-pending-tesla-updates-could-have-prevented-fatal-crash.html

# Elon Musk Says Pending Tesla Updates Could Have Prevented Fatal Crash

By Neal E. Boudette

Sept. 11, 2016

3 MIN READ



Elon Musk, chief executive of Tesla Motors, in 2015. The carmaker has faced increased scrutiny after a crash in May that killed a driver operating his Tesla's Autopilot system. Marcio Jose Sanchez/Associated Press

Tesla Motors is readying improvements to its Autopilot technology that might have prevented an accident in May that took the life of an Ohio man, Tesla's chief executive said on Sunday. The man was killed when his Model S car driving in Autopilot crashed into a tractor-trailer.

The improvements, to be released in the next week or two, include changes that require drivers to refrain from taking their hands off the steering wheel for long periods and more precise use of radar to recognize potential obstacles in the road.

In a conference call with reporters, the head of Tesla, Elon Musk, said he believed the upgrades would have prevented the accident on May 7.

"These things cannot be said with absolute certainty, but we believe it is very likely that, yes, it would have," he said. The new version of Autopilot, with its improved radar, "would see a large metal object across the road" and be able to determine that the object is not an overpass or overhead road sign that poses no threat, he said. "Impact probability would be assessed as high and it would probably brake."

One major change is that improved radar becomes Autopilot's main system for scanning the road. Once the update is made, Autopilot will use images from cameras to supplement the radar system. The current system uses cameras as its primary source of images, and relies on radar to help confirm what the cameras see.

Tesla has come under scrutiny since the crash, which took the life of Joshua Brown, 40, an entrepreneur. He was traveling at 74 miles an hour on a highway near Williston, Fla., and the car's Autopilot system failed to recognize a white truck crossing its path against a bright sky. Data from the car showed that neither Mr. Brown nor the Autopilot system activated the brakes before impact.

Tesla has previously suggested that the accident resulted from the driver's failure to remain in control of the vehicle. Autopilot warns drivers to keep their hands on the steering wheel and their eyes on the road while the system is engaged.

Mr. Musk added that Tesla had explained the coming improvements to the National Highway Traffic Safety Administration, which is investigating the crash to determine if it resulted from any safety defect in Autopilot.

"They appear pretty happy with these changes," he said. "The reaction was quite positive, but I don't really want to speak for them."

Mr. Musk also suggested that the improvements could negate the possibility of the safety agency's calling for a recall. "The word 'recall' does not make sense because this will be an over-the-air update," Mr. Musk said, and owners will not be required to bring their cars to Tesla for the upgrade.

The upgraded version of Autopilot, known as Version 8, will give drivers more frequent warnings to put their hands on the steering wheel at moderate and higher speeds. If a driver is warned three times within an hour to put his hands on the wheel, the Autosteer feature will not resume unless the driver stops the car, shuts off the engine and then restarts it.

In stop-and-go traffic, at speeds under 8 miles an hour, drivers can still keep their hands off the wheel almost indefinitely, Mr. Musk said. At speeds up to 45 miles an hour, they will be warned after a few minutes, and more frequently if the road turns or curves, or if there are other cars on the road ahead, he said.

Other refinements enable the system's radar to identify objects and obstacles more precisely, including by bouncing radar waves under a car in front of a Tesla vehicle, enabling Autopilot to detect obstacles that may not be visible to drivers.

"I think it will be a dramatic improvement in the safety of vehicles," Mr. Musk said. He added, however, that technology advances are unlikely to eliminate road accidents completely.

"Perfect safety is really an impossible goal," he said. "There won't ever be zero fatalities. There won't ever be zero injuries."