**Andrew Kirtley Declaration Exhibit 92
– Lodged Electronically –**