**Andrew Kirtley Declaration Exhibit 96
– Lodged Electronically –**