# Exhibit 98

3/21/23, 12:06 PM Case 3:22-cv-05240-RFL Document 43-99 Filed 03/23/23 Page 2 of 7 Elon Musk does the impossible and manages expectations on Tesla's next Full Self-Driving update | Electrek

TESLA TESLA FULL SELF-DRIVING

# Elon Musk does the impossible and manages expectations on Tesla's next Full Self-Driving update

Fred Lambert | Jul 14 2022 - 7:44 am PT

0 Comments

Elon Musk, who is known to hype Tesla's Full Self-Driving (FSD) Beta software updates with adjectives like "fire" and "mind-blowing," surprises by actually managing expectations on Tesla's upcoming v11 FSD Beta software update.

FSD Beta enables Tesla vehicles to drive autonomously to a destination entered in the car's navigation system, but the driver needs to remain vigilant and ready to take control at all times.

Since the responsibility lies with the driver and not Tesla's system, it is still considered a level two driver-assist system despite its name. It has been sort of a "two steps forward, one step back" type of program, as some updates have seen regressions in terms of the driving capabilities.

https://electrek.co/2022/07/14/elon-musk-manages-expectations-tesla-next-big-full-self-driving-update/ 1/6

Tesla has frequently been releasing new software updates to the FSD Beta program and adding more owners to it.

The last update came in May, so it has been a little while since Tesla has pushed something new to the FSD Beta fleet.

When asked on Twitter about it this week, Musk said that FSD Beta testers should expect a 10.13 update next week:

> **10.13 goes to internal beta tomorrow, external next week. Should handle Chuck's complex left turn.**

When talking about "Chuck's complex left turn," he is referencing Chuck Cook, an early FSD Beta tester, who has been posting videos of attempting an unprotected left turn that has been giving Tesla's systems some issues:

#FSDBeta 10.12.2 - 2022.12.3.20 - Forward Facing Unprotected Left Turns

In the same tweet, Musk commented on Tesla's upcoming v11 update – a bigger FSD Beta software update that should deliver a single software stack for both highway and city driving.

Interestingly, instead of his usual superlative about these bigger software updates, Musk managed expectations and said that most of the improvements were already incorporated in the number 10.x releases:

> **Beta v11 hopefully end of next month, which just amounts to incorporating highway. Importance of "v11" has been reduced by all the 10.x releases. We're already mostly at v11.**

The update is now expected in late August, but Musk and Tesla have been known to deliver those late.

## Electrek's Take

Knowing what the "mind-blowing" FSD Beta updates actually looked like, we certainly know to manage our expectations if that's how Musk talks about this one.

With that said, I think a single stack for both highway and city driving is an important step closer to Tesla delivering on its promise of delivering a full self-driving system.

But after driving with FSD Beta for two months now, I have to say that I still have a hard time seeing getting from here to there. The computer vision system is impressive and extremely good at detecting its environment, but the decision-making is still the equivalent of a 14-year-old who has been learning to drive for the last week and sometimes appears to consume hard drugs.

*Add Electrek to your Google News feed.*

Stay up to date with the latest content by subscribing to Electrek on Google News. You're reading Electrek— experts who break news about Tesla, electric vehicles, and green energy, day after day. Be sure to check out our homepage for all the latest news, and follow Electrek on Twitter, Facebook, and LinkedIn to stay in the loop. Don't know where to start? Check out our YouTube channel for the latest reviews.

# Featured

from electrek

Tesla finally starts rolling out Full Self-Driving Beta v11

Fred Lambert | Mar 20 2023

2023 Nissan Ariya first drive: e-4ORCE shines in a perfect crossover for drivers new to EVs

Scooter Doll | Mar 17 2023



Mini Bronco-like electric SUV made by General Motors spotted in China

Peter Johnson | Mar 17 2023

Harley-Davidson's LiveWire electric motorcycles now available in Europe

Micah Toll | Mar 19 2023

Subscribe to Electrek on YouTube for exclusive videos **and subscribe to the** podcast**.**

World First! Charging a Bolt EV at a Tesla Super…

# Comments

3/21/23, 12:06 PM Elon Musk does the impossible and manages expectations on Tesla's next Full Self-Driving update | Electrek

Comments for this thread are now closed ×

**214 Comments**

1 Login ▾

♡ 6 Share

Best Newest Oldest

**Richard Stegman**

8 months ago

"The computer vision system is impressive and extremely good at detecting its environment, but the decision-making is still the equivalent of a 14-year-old who has been learning to drive for the

EXPAND

# Guides

**Tesla**

Tesla is a transportation and energy company. It...

**Tesla Full self-Driving**

# Author

Fred Lambert | @FredericLambert

Fred is the Editor in Chief and Main Writer at Electrek.

You can send tips on Twitter (DMs open) or via email: fred@9to5mac.com

Through Zalkon.com, you can check out Fred's portfolio and get monthly green stock investment ideas.

https://electrek.co/2022/07/14/elon-musk-manages-expectations-tesla-next-big-full-self-driving-update/ 5/6

3/21/23, 12:06 PM Elon Musk does the impossible and manages expectations on Tesla's next Full Self-Driving update | Electrek

**Fred Lambert's Favorite Gear**

ZalKon

### Zalkon Green Stock Ideas

Get interesting investment ideas by Fred Lambert

### ChargePoint Home charger

ChargePoint Home WiFi Enabled Electric Vehicle (EV) Charger

https://electrek.co/2022/07/14/elon-musk-manages-expectations-tesla-next-big-full-self-driving-update/ 6/6