**Andrew Kirtley Declaration Exhibit 99
– Lodged Electronically –**