**Andrew Kirtley Declaration Exhibit 103**
**– Lodged Electronically –**