**Andrew Kirtley Declaration Exhibit 104**
**– Lodged Electronically –**