# Exhibit 105



**Learn more about REFINITIV**

REUTERS®

My View        Following        Saved

Technology

4 minute read · January 17, 2023 9:18 PM PST · Last Updated 2 months ago

# Tesla video promoting self-driving was staged, engineer testifies

By Hyunjoo Jin



A Tesla Model 3 electric vehicle is shown in this picture illustration taken in Moscow, Russia July 23, 2020. REUTERS/Evgenia Novozhenina/File Photo



Jan 17 (Reuters) - A 2016 video that Tesla (TSLA.O) used to promote its self-driving technology was staged to show capabilities like stopping at a red light and accelerating at a green light that the system did not have, according to testimony by a senior engineer.

The video, which remains archived on Tesla's website, was released in October 2016 and promoted on Twitter by Chief Executive Elon Musk as evidence that "Tesla drives itself."

Advertisement · Scroll to continue

But the Model X was not driving itself with technology Tesla had deployed, Ashok Elluswamy, director of Autopilot software at Tesla, said in the transcript of a July deposition taken as evidence in a lawsuit against Tesla for a 2018 fatal crash involving a former Apple **(AAPL.O)** engineer.



**Register for free to Reuters
and know the full story**

**Register now**

The previously unreported testimony by Elluswamy represents the first time a Tesla employee has confirmed and detailed how the video was produced.

Advertisement · Scroll to continue

The video carries a tagline saying: "The person in the driver's seat is only there for legal reasons. He is not doing anything. The car is driving itself."

Elluswamy said Tesla's Autopilot team set out to engineer and record a "demonstration of the system's capabilities" at the request of Musk.

Elluswamy, Musk and Tesla did not respond to a request for comment. However, the company has warned drivers that they must keep their hands on the wheel and maintain control of their vehicles while using Autopilot.

The Tesla technology is designed to assist with steering, braking, speed and lane changes but its features "do not make the vehicle autonomous," the company says on its website.

To create the video, the Tesla used 3D mapping on a predetermined route from a house in Menlo Park, California, to Tesla's then-headquarters in Palo Alto, he said.

Advertisement · Scroll to continue

Drivers intervened to take control in test runs, he said. When trying to show the Model X could park itself with no driver, a test car crashed into a fence in Tesla's parking lot, he said.

"The intent of the video was not to accurately portray what was available for customers in 2016. It was to portray what was possible to build into the system," Elluswamy said, according to a transcript of his testimony seen by Reuters.

When Tesla released the video, Musk tweeted, "Tesla drives itself (no human input at all) thru urban streets to highway to streets, then finds a parking spot."

Tesla faces **lawsuits and regulatory scrutiny** over its driver assistance systems.

The U.S. Department of Justice began a **criminal investigation** into Tesla's claims that its electric vehicles can drive themselves in 2021, after a number of crashes, some of them fatal, involving Autopilot, Reuters has reported.

The New York Times reported in 2021 that Tesla engineers had created the 2016 video to promote Autopilot without disclosing that the route had been mapped in advance or that a car had crashed in trying to complete the shoot, citing anonymous sources.

When asked if the 2016 video showed the performance of the Tesla Autopilot system available in a production car at the time, Elluswamy said, "It does not."

Advertisement · Scroll to continue

Elluswamy was deposed in a lawsuit against Tesla over a 2018 crash in Mountain View, California, that killed Apple engineer Walter Huang.

Andrew McDevitt, the lawyer who represents Huang's wife and who questioned Elluswamy's in July, told Reuters it was "obviously misleading to feature that video without any disclaimer or asterisk."

The National Transportation Safety Board concluded in 2020 that Huang's fatal crash was likely caused by his distraction and the limitations of Autopilot. It said Tesla's "ineffective monitoring of driver engagement" had contributed to the crash.

Elluswamy said drivers could "fool the system," making a Tesla system believe that they were paying attention based on feedback from the steering wheel when they were not. But he said he saw no safety issue with Autopilot if drivers were paying attention.

**Register for free to Reuters
and know the full story**

**Register now**

Reporting by Hyunjoo Jin; Editing by Kevin Krolicki and Lisa Shumaker

    

Our Standards: **The Thomson Reuters Trust Principles.**

### Read Next

Technology
**Amazon deepens tech-sector gloom with another 9,000 layoffs**
12 min ago

Technology
**Microsoft's EU remedies target only cloud streaming rivals, sources says**
11:14 AM PDT

3/20/23, 12:27 PM
Tesla video promoting self-driving was staged, engineer testifies | Reuters
Case 3:22-cv-05240-RFL   Document 43-106   Filed 03/23/23   Page 6 of 9

Technology
**Content moderators sue Meta over alleged 'union-busting' in Kenya**
8:52 AM PDT

Disrupted
**Baidu's Ernie writes poems but says it has insufficient information on Xi, tests show**
8:49 AM PDT

Newsletter | Daily.

# Technology Roundup

From startups to the FAANGs, get the latest news and trends in the global technology industry.

Sign up

## More from Reuters

Who has banned TikTok? (2:12) - March 20, 2023
Watch more videos



Who has banned TikTok?
02:12

What happens when chatbots stop loving you back?
05:10

Should you worry/not worry about generative AI?
02:11

Microsoft unveils AI for its office suite

### Latest
**Home**

### Media
Videos
Pictures
Graphics

### Browse
**World**
**Business**
**Legal**
**Markets**
**Breakingviews**
**Technology**
**Investigations**
**Lifestyle**

### About Reuters
About Reuters

Careers
Reuters News Agency
Brand Attribution Guidelines
Reuters Leadership
Reuters Fact Check
Reuters Diversity Report

Stay Informed

Download the App
Newsletters

Information you can trust

Reuters, the news and media division of Thomson Reuters, is the world's largest multimedia news provider, reaching billions of people worldwide every day. Reuters provides business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

Follow Us

    

Thomson Reuters Products

**Westlaw**
Build the strongest argument relying on authoritative content, attorney-editor expertise, and industry defining technology.

**Onesource**
The most comprehensive solution to manage all your complex and ever-expanding tax and compliance needs.

**Checkpoint**
The industry leader for online information for tax, accounting and finance professionals.

Refinitiv Products

**Refinitiv Workspace**
Access unmatched financial data, news and content in a highly-customised workflow experience on desktop, web and mobile.

**Refinitiv Data Catalogue**
Browse an unrivalled portfolio of real-time and historical market data and insights from worldwide sources and experts.

**Refinitiv World-Check**
Screen for heightened risk individual and entities globally to help uncover hidden risks in business relationships and human networks.

Advertise With Us    Advertising Guidelines

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

Cookies    Terms of Use    Privacy    Digital Accessibility    Corrections    Site Feedback

© 2023 Reuters. All rights reserved