# Exhibit 111



TESLA

# Tesla finally starts rolling out Full Self-Driving Beta v11

 Fred Lambert | Mar 20 2023 - 2:57 am PT

152 Comments



Tesla has finally started the broad rollout of Full Self-Driving Beta v11, a significant update that is Autopilto with the Full Self-Driving Beta software stack.

Tesla FSD Beta v11 is both an exciting and scary step as it is supposed to merge Tesla's FSD and Autopilot highway stacks.

FSD Beta enables Tesla vehicles to drive autonomously to a destination entered in the car's navigation system, but the driver needs to remain vigilant and ready to take control at all times.

Since the responsibility rests with the driver and not Tesla's system, it is still considered a level 2 driver-assist system, despite its name. It has been sort of a "two steps forward, one step back" type of program, as some updates have seen regressions in terms of driving capabilities.

Tesla has frequently been releasing new software updates to the FSD Beta program and adding more owners to it.

Since the wider release of the beta last year, there are currently over 400,000 Tesla owners in the program in North America – virtually every Tesla owner who bought the FSD package on their vehicles.

However, the bulk of these owners had yet to receive significant FSD beta updates as Tesla was supposed to release v11 to the fleet in November 2022, but the update has been stuck in testing within Tesla's closed fleet since then.

The update is an important step because it includes many new neural networks, as Elon Musk stated. But from a consumer perspective, it's also important because it is expected to merge Tesla's FSD Beta software stack primarily used on roads and city streets with Tesla's Autopilot software stack, which is used as a level 2 driver assist system on highways.

It has been delayed several times, but it finally went to a closed beta release last month. Tesla is slowly releasing it to more beta testers, but it had yet to go to a broader release.

> **Top comment by Marion & Michael**
> ⭐Liked by 125 people
>
> **I love this website but the FSD Beta stories are 90%+ the same piece copy and pasted. Sometimes with a bit of new info but today there is basically none or at most one sentence worth.**
>
> **More useful would be feedback on whether the new release was better or worse on highways than AP and then perhaps how it was doing on other roads.**
>
> View all comments

CEO Elon Musk kept saying that it is about a week away from a broader release since last month, and last week, he said it was coming this weekend.

This time was the right one. Tesla has now started to propagate FSD Beta 11.3.2 (2022.45.11) to more vehicles this weekend.

Tesla owners with FSD Beta across North America are reporting having received the update over the weekend. However, you don't have to panic if you haven't received it yet. It seems that while Tesla has started a wider rollout, the update is still being gradually deployed.

As usual, be careful testing the new software. You should always keep your hands on the steering wheel and be ready to take control at all times.

3/22/23, 5:40 PM
Case 3:22-cv-05240-RFL   Document 43-112   Filed 03/23/23   Page 4 of 7
Tesla finally starts rolling out Full Self-Driving Beta v11 | Electrek

Add Electrek to your Google News feed. 

Stay up to date with the latest content by **subscribing to Electrek on Google News**. You're reading Electrek— experts who break news about **Tesla**, **electric vehicles,** and **green energy**, day after day. Be sure to check out our **homepage** for all the latest news, and follow Electrek on **Twitter**, **Facebook**, and **LinkedIn** to stay in the loop. Don't know where to start? Check out our **YouTube channel** for the latest reviews.

# Featured

from  electrek

**Electric seaplane maker secures first order en route to accelerate eco-friendly air travel**

Peter Johnson  |  Mar 21 2023

**Tesla taking delivery of another of world's largest press for Cybertruck production**

 Fred Lambert  |  Mar 21 2023

**I test-drove the only street-legal electric microcar in the US, and it's wild**

Micah Toll  |  Mar 22 2023

**ALVA Yachts introduces new 78-foot solar electric catamaran with 'transatlantic range'**

 Scooter Doll  |  Mar 22 2023

 • Subscribe to Electrek on YouTube for exclusive videos **and subscribe to the podcast.**



# Comments

| Conversation  152 Comments | 12 Viewing |

Log in | Sign up

What do you think?

Sort by Best

**M**  Marion & Michael
2 days ago

I love this website but the FSD Beta stories are 90%+ the same piece copy and pasted.

**EXPAND**





## Guides



**Tesla**

Tesla is a transportation and energy company. It…

## Author



Fred Lambert  |  @FredericLambert

Fred is the Editor in Chief and Main Writer at Electrek.

You can send tips on Twitter (DMs open) or via email: fred@9to5mac.com

Through Zalkon.com, you can check out Fred's portfolio and get monthly green stock investment ideas.

**Fred Lambert's Favorite Gear**



**Zalkon Green Stock Ideas**

Get interesting investment ideas by Fred Lambert



**ChargePoint Home charger**

ChargePoint Home WiFi Enabled Electric Vehicle (EV) Charger