FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>*This Filing Relates To All Actions* | Case No. 4:22-cv-05240-HSG<br><br>**NOTICE OF MANUAL FILING OF EXHIBITS 21, 22, 23, 28, 43, 44, 48, 49, 53, 57, 59, 60, 62, 92, 96, 99, 103, AND 104 TO THE DECLARATION OF ANDREW F. KIRTLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:  June 29, 2023<br>Time:  2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

# NOTICE OF MANUAL FILING

**Regarding Exhibits 21, 22, 23, 28, 43, 44, 48, 49, 53, 57, 59, 60, 62, 92, 96, 99, 103, and 104 (video exhibits) to the Declaration of Andrew F. Kirtley in Support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification.**

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the court, please see the court's main web site at https://www.cand.uscourts.gov under Frequently Asked Questions (FAQs).

The contents of this filing were served on Counsel for Defendants on March 22, 2023.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document (PDF file size larger than the efiling system allows)

☐ Unable to Scan Documents

☐ Physical Object (description):_____

_____

☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐ Other (description) _____

_____

Date: March 22, 2023            /s/ Andrew F. Kirtley
                                ANDREW F. KIRTLEY

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Notice of Manual Filing of Exhibits ISO Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1