David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG **DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** *[Filed concurrently with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Declaration of Raymond Kim, and Request for Judicial Notice]* Hon. Haywood S. Gilliam, Jr. Date: June 29, 2023 Time: 2:00 p.m. Courtroom 2 – 4th floor |

CASE NO.: 4:22-CV-5240-HSG

SCHOENFELD DECL. ISO DEFS.' OPP. TO MOT. FOR P.I. & CLASS. CERT.

I, Alan Schoenfeld, declare as follows:

1.      I am a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter.  I am an attorney at law duly licensed to practice before the courts of the states of New York, New Jersey, and the District of Columbia and have been admitted to practice before this Court pro hac vice.  I have personal knowledge of the matters set forth herein and am competent to testify.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a Tesla web page titled "Autopilot and Full Self-Driving Capability," available at https://www.tesla.com/en_eu/support/autopilot (last accessed Apr. 5, 2023).

3.      Attached hereto as **Exhibit B** is a is a true and correct copy of a Tesla web page titled "Your Autopilot has arrived," dated October 14, 2015, and available at https://www.tesla.com/blog/your-autopilot-has-arrived (last accessed Apr. 5, 2023).

4.      Attached hereto as **Exhibit C** is a true and correct copy of a document titled "Tesla Model S driver assistance technologies," Highway Loss Data Institute (HLDI) Bulletin Vol. 34, No. 30 (September 2017), available at https://www.iihs.org/media/cb11a111-f26c-445d-a35e-afa90812bb60/gSkzrw/HLDI%20Research/Bulletins/hldi_bulletin_34.30.pdf (last accessed Apr. 5, 2023).

5.      Attached hereto as **Exhibit D** is a true and correct copy of a Tesla web page titled "How Autopilot Added Years to My Life," dated February 16, 2016, and available at https://www.tesla.com/customer-stories/how-autopilot-added-years-my-life (last accessed Apr. 5, 2023).

6.      Attached hereto as **Exhibit E** is a true and correct copy of a Tesla web page titled "All Tesla Cars Being Produced Now Have Full Self-Driving Hardware," dated October 19, 2016, and available at https://www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware (last accessed Apr. 5, 2023).

7.      Attached hereto as **Exhibit F** is a true and correct copy of a document titled "The Ultimate Tesla Autopilot Guide: How Has It Evolved Over The Years?" dated September 14,

2020, and available at https://insideevs.com/news/443886/tesla-autopilot-evolution-history-ultimate-guide/ (last accessed Apr. 5, 2023).

8.      Attached hereto as **Exhibit G** is a true and correct copy of a document titled "Tesla starts Full Self-Driving Beta rollout, Elon Musk says it 'will be extremely slow and cautious,'" dated October 20, 2020, and available at https://electrek.co/2020/10/20/tesla-full-self-driving-beta-rollout-elon-musk-slow-cautious/ (last accessed Apr. 5, 2023).

9.      Attached hereto as **Exhibit H** is a true and correct copy of a document titled "Tesla invites more drivers to 'Full Self-Driving Beta' program – read the email here," dated October 12, 2021, and available at https://www.cnbc.com/2021/10/12/tesla-invites-drivers-to-fsd-beta-10point2-nda-restrictions-not-included-.html (last accessed Apr. 5, 2023).

10.     Attached hereto as **Exhibit I** is a true and correct copy of a document titled "Tesla removed drivers who weren't paying attention from Full Self-Driving beta as it expands," dated March 12, 2021, and available at https://electrek.co/2021/03/12/tesla-removed-drivers-werent-paying-attention-from-full-self-driving-beta/ (last accessed Apr. 5, 2023).

11.     Attached hereto as **Exhibit J** is a true and correct copy of a document titled "Tesla FSD Beta (Full Self Driving) Explained," dated September 16, 2022, and available at https://www.findmyelectric.com/blog/tesla-fsd-beta-full-self-driving-explained/ (last accessed Apr. 5, 2023).

12.     Attached hereto as **Exhibit K** is a true and correct copy of the Tesla Model Y Owner's Manual for software version 2023.6, available at https://www.tesla.com/ownersmanual/modely/en_us/ (last accessed Apr. 5, 2023).

13.     Attached hereto as **Exhibit L** is a true and correct copy of a Tesla web page titled "Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA," dated October 7, 2018, and available at https://www.tesla.com/blog/model-3-lowest-probability-injury-any-vehicle-ever-tested-nhtsa (last accessed Apr. 5, 2023).

14.     Attached hereto as **Exhibit M** is a true and correct copy of a Tesla web page titled "Model 3 earns 5-Star Safety Rating from Euro NCAP," dated July 3, 2019, and available at

https://www.tesla.com/blog/model-3-earns-5-star-safety-rating-euro-ncap (last accessed Apr. 5, 2023).

15.      Attached hereto as **Exhibit N** is a true and correct copy of a web page titled "Tesla Model Y 2022 Safety Rating EuroNCAP," available at https://www.euroncap.com/en/results/tesla/model+y/46618 (last accessed Apr. 5, 2023).

16.      Attached hereto as **Exhibit O** is a true and correct copy of the scorecard issued by the Insurance Institute for Highway Safety for the 2017-2023 Tesla Model 3, available at https://www.iihs.org/ratings/vehicle/tesla/model-3-4-door-sedan/2023 (last accessed Apr. 5, 2023).

17.      Attached hereto as **Exhibit P** is a true and correct copy of a document titled "The Problem with the Tesla: Report: Obviously, the Majority of the Problems are Yours When You are the Majority of the Sample," dated September 23, 2022, and available at https://governmenttechnologyer.com/the-problem-with-the-tesla-report-obviously-the-majority-of-the-problems-are-yours-when-you-are-the-majority-of-the-sample/ (last accessed Apr. 5, 2023).

18.      Attached hereto as **Exhibit Q** is a true and correct copy of a tweet from the @Tesla Twitter account dated March 1, 2023, and available at https://twitter.com/Tesla/status/1631044675451645952 (last accessed Apr. 5, 2023).

19.      Attached hereto as **Exhibit R** is a true and correct copy of the Tesla web page titled "Future of Driving," available at https://www.tesla.com/autopilot (last accessed Apr. 5, 2023).

20.      Attached hereto as **Exhibit S** is a true and correct copy of a document titled "Tesla FSD: Latest Update Able to Detect Cheating Devices Trying to Fool Autopilot," dated November 28, 2022, and available at https://www.torquenews.com/15475/tesla-fsd-latest-update-able-detect-cheating-devices-trying-fool-autopilot (last accessed Apr. 5, 2023).

21.      Attached hereto as **Exhibit T** is a true and correct copy of a document titled NHTSA Part 573 Safety Recall Report 23V-085, dated February 15, 2023, and available at https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-23V085-3451.PDF (last accessed Apr. 5, 2023).

22.     Attached hereto as **Exhibit U** is a true and correct copy of a document titled "'The Wrong Thing at the Worst Time': Tesla's Full Self-Driving Disclaimer," dated October 22, 2020, and available at https://www.edmunds.com/car-news/the-wrong-thing-at-the-wrong-time-tesla-full-self-driving-disclaimer.html (last accessed Apr. 5, 2023).

23.     Lodged electronically with the Court as **Exhibit V** is a true and correct copy of the video titled "Autopilot | Meet Your Model Y," available at https://www.tesla.com/support/videos/watch/autopilot-meet-your-model-y.

24.     Attached hereto as **Exhibit W** is a true and correct copy of the Tesla web page titled "Design Your Model 3," available at https://www.tesla.com/model3/design (last accessed Apr. 5, 2023).

Respectfully submitted,

Dated: April 5, 2023

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:     */s/ Alan Schoenfeld*
Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 5, 2023, I electronically filed the above document and supporting documents with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: April 5, 2023                                    By:    */s/ Alan Schoenfeld*
                                                                          Alan Schoenfeld