# Schoenfeld Declaration Exhibit A

Article Menu

Menu

# Autopilot and Full Self-Driving Capability

Autopilot is an advanced driver assistance system that enhances safety and convenience behind the wheel. When used properly, Autopilot reduces your overall workload as a driver. Each new Tesla vehicle is equipped with eight external cameras and powerful vision processing to provide an additional layer of safety. Model 3 and Model Y built for the European and Middle Eastern markets will now utilise our camera-based Tesla Vision, which are not equipped with radar and instead rely on Tesla's advanced suite of cameras and neural net processing to deliver Autopilot and related features.

Autopilot comes standard on every new Tesla. For owners who took delivery of their cars without Autopilot, there are two Autopilot packages available for purchase, depending on when your car was built: Enhanced Autopilot and Full Self-Driving Capability.

Autopilot, Enhanced Autopilot and Full Self-Driving Capability are intended for use with a fully attentive driver, who has their hands on the wheel and is prepared to take over at any moment. While these features are designed to become more capable over time, the currently enabled features do not make the vehicle autonomous.

- Autopilot and Full Self-Driving Capability Features
- Using Autopilot and Full Self-Driving Capability
- Active Safety Features
- Frequently Asked Questions

# Autopilot and Full Self-Driving Capability Features

Autopilot is a suite of driver assistance features that comes standard with the purchase of a new car or can be purchased after delivery, and brings new functionality to your Tesla that makes driving safer and less stressful. Available packages include:

## Autopilot

- **Traffic-Aware Cruise Control:** Matches the speed of your car to that of the surrounding traffic

- **Autosteer:** Assists in steering within a clearly marked lane, and uses traffic-aware cruise control

## Enhanced Autopilot

- **Auto Lane Change:** Assists in moving to an adjacent lane on the motorway when indicator is engaged by driver
- **Navigate on Autopilot (Beta):** Actively augments Auto Lane Change by providing guidance to the driver to transit motorway's on-ramp to off-ramp, including suggesting lane changes and navigating interchanges
- **Autopark:** Helps parallel or perpendicular park your car, with a single touch
- **Summon:** Moves your car in and out of a tight space using the mobile app
- **Smart Summon:** Your car will navigate more complex environments and parking spaces, manoeuvring around objects as necessary to come find you in a car park within your direct vicinity.

## Full Self-Driving Capability

- All functionality of Basic Autopilot and Enhanced Autopilot
- **Traffic and Stop Sign Control (Beta):** Identifies stop signs and traffic lights and slows your car to a stop on approach, with your active supervision.
- **Upcoming:**
    - Autosteer on city streets

The currently enabled Autopilot, Enhanced Autopilot and Full Self-Driving features require active driver supervision and do not make the vehicle autonomous. Full autonomy will be dependent on achieving reliability far in excess of human drivers as demonstrated by billions of miles of experience, as well as regulatory approval, which may take longer in some jurisdictions. As Tesla's Autopilot, Enhanced Autopilot and Full Self-Driving capabilities evolve, your car will be continuously upgraded through over-the-air software updates.

## Using Autopilot and Full Self-Driving Capability

Before using Autopilot, please read your Owner's Manual for instructions and more safety information. While using Autopilot, it is your responsibility to stay alert, keep your hands on the steering wheel at all times and maintain control of your car. Many of our Autopilot features, like Autosteer, Navigate on Autopilot and Summon, are disabled by default. To enable them, you must go to the Autopilot Controls menu within the Settings tab and turn them on.

Before enabling Autopilot, the driver first needs to agree to "keep your hands on the steering wheel at all times" and to always "maintain control and responsibility for your vehicle." Subsequently, every time the driver engages Autopilot, they are shown a visual reminder to "keep your hands on the wheel."

## Traffic-Aware Cruise Control

To engage Traffic-Aware Cruise Control in Model S and Model X, pull the cruise control stalk on the left of the steering column towards you once. In Model 3 and Model Y, pull down once on the gear selector stalk on the right of the steering column.

## Autosteer

To engage Autosteer in Model S and Model X, pull towards you twice on the cruise control stalk on the left of the steering column. In Model 3 and Model Y, pull down twice on the gear selector stalk on the right of the steering column. A grey steering wheel icon will appear on your display, next to the speedometer, when the system is available to engage. A blue steering wheel icon will appear on your display, next to the speedometer, when Autosteer is engaged.

When Autosteer is in use, it measures the amount of torque that you apply to the steering wheel and, if insufficient torque is applied, an escalating series of audible and visual alerts again reminds you to place your hands on the wheel. This helps ensure you are attentive and trains good driving habits. If you repeatedly ignore these warnings, then you will be locked out from using Autopilot for the duration of that trip.

## Auto Lane Change

To initiate an assisted lane change, Autosteer needs to be active and the driver must be holding the steering wheel. The assisted lane change must be confirmed by the driver by engaging the indicator in the direction you would like to move.

## Navigate on Autopilot

Navigate on Autopilot is designed to get you to your destination more efficiently by actively guiding you from on-ramp to off-ramp, including suggesting lane changes, navigating motorway interchanges, and assist in taking exits. It's designed to make finding and following the most efficient path to your destination even easier on the motorway when Autopilot is in use.

To engage this feature, you must first enable Autosteer by going to Controls > Autopilot > Autosteer - then enable the Navigate on Autopilot feature. Camera calibration will be required and the latest version of Navigation maps must be downloaded via Wi-Fi.

For each route where Navigate on Autopilot is available, you will have the option to activate it by pressing the NAVIGATE ON AUTOPILOT button located in your Navigation Turn List. You

can also activate Navigate on Autopilot any time a destination is entered and Autopilot is engaged by adjusting your Navigate on Autopilot settings from Controls > Autopilot > Customize Navigate on Autopilot.

On Model 3, Navigate on Autopilot can be engaged on most motorways by moving the gear lever twice downwards, in quick succession.

On Model S and Model X, Navigate on Autopilot can be engaged on most motorways by pulling the cruise stalk toward you, twice in quick succession.

## Autopark

If your car sees a parking spot, a grey 'P' icon will appear on the left or right hand side of your instrument panel, depending on the location of the space. Autopark detects parallel parking locations when driving below 24kph and perpendicular parking locations when driving below 16kph.

To use Autopark at that time, press on the brake and shift the gear selector into 'Reverse.' Keep your foot on the brake. 'Start Autopark' will appear in blue text on your touchscreen – press this to start the feature and release the brake and steering wheel. Autopark will then begin to maneuver the vehicle into the parking space by controlling your cars speed, gear changes and steering angle, but you should remember to be alert and monitor the backup camera view to check for obstacles.

Once Autopark is complete, the car will let you know it is complete and shift into 'Park.' You can override Autopark at any time by taking control of the steering wheel.

## Summon

To use Summon, open the Tesla app. Press Summon and then press and hold the forward or reverse buttons. Summon also integrates with HomeLink and will open your garage door to pull your car out of the garage.

## Smart Summon

Smart Summon is designed to allow your car to drive to you or a location of your choosing, manoeuvring around and stopping for objects as necessary, while under your supervision. Like Summon, Smart Summon is only intended for use in private parking lots and driveways. You are still responsible for your car and must monitor it and its surroundings at all times and be within your line of sight because it may not detect all obstacles. Be especially careful around quick moving people, bicycles and cars.

To use Smart Summon, open your Tesla app, tap Summon and then select the Smart Summon icon. To activate the feature, press and hold the COME TO ME button. Alternatively, tap the target icon, set the target destination of your choice by adjusting the map, and then press and hold the GO TO TARGET button. You can stop your car from driving at any time by releasing the button.

Smart Summon works with your Tesla app and your phone's GPS to operate. You must be within approximately 6 metres of your car to use for a total travel distance of 20 metres. Smart Summon requires the latest version of the Tesla mobile app (3.10.0 or later). Please refer to the Owner's Manual for additional details about this feature.

## Traffic Light and Stop Sign Control (Beta)

Traffic Light and Stop Sign Control (Beta) identifies stop signs and traffic lights and automatically slows your car to a stop upon approach while using Autopilot, with your active supervision. To enable, shift your car into PARK and tap Controls > Autopilot > Traffic Light and Stop Sign Control (Beta), then engage Traffic-Aware Cruise Control or Autosteer.

When Traffic Light and Stop Sign Control (Beta) is enabled, the driving visualisation displays upcoming traffic lights, stop signs or road markings at intersections where your car may need to stop. As you approach an intersection, even if the traffic light is green, your car will display a red line to indicate where the vehicle will stop and the vehicle will begin to slow. To continue through the stop line, pull the Autopilot stalk or briefly tap the accelerator pedal to confirm that it is safe to proceed. At this time, Traffic Light and Stop Sign Control does not turn the vehicle, whether you are in a turn lane or have your indicator on.

Notifications on the touchscreen will provide a stop reason (stop sign, traffic light or junction) and will also provide an estimated distance to when your vehicle will stop. If the Traffic Light notification does not indicate a light colour, your vehicle has not confirmed the traffic control state.

As with all Autopilot features, you must be in control of your vehicle, pay attention to its surroundings and be ready to take immediate action including braking. This feature is in Beta and may not stop for all traffic controls. While Traffic and Stop Sign Control is enabled on

surface streets with Autosteer active, your speed will be confined to the noted limit. Please review the Owner's Manual for additional information, instructions for use and warnings.

## Active Safety Features

Active safety features come standard on all Tesla vehicles made after September 2014 for elevated protection at all times. These features are made possible by our Autopilot hardware and software system and include:

- **Automatic Emergency Braking:** Detects cars or obstacles that the car may impact and applies the brakes accordingly
- **Forward Collision Warning:** Warns of impending collisions with slower moving or stationary cars
- **Side Collision Warning:** Warns of potential collisions with obstacles alongside the car
- **Obstacle Aware Acceleration:** Reduces acceleration when an obstacle is detected in front of your car while driving at low speeds
- **Blind Spot Monitoring:** Warns when a car or obstacle is detected when changing lanes
- **Lane Departure Avoidance:** Applies corrective steering to keep your car in the intended lane
- **Emergency Lane Departure Avoidance:** Steers your car back into the driving lane when it detects that your car is departing its lane and there could be a collision

Active safety features are designed to assist drivers, but cannot respond in every situation. It is your responsibility to stay alert, drive safely and be in control of your car at all times.

## Frequently Asked Questions



### Do all cars have Autopilot?

As of April 2019, all new Tesla cars come standard with Autopilot, which includes Traffic-Aware Cruise Control and Autosteer.

For vehicles without Autopilot software, but are equipped with the necessary hardware, you can purchase Autopilot, Enhanced Autopilot or Full Self-Driving Capability at any time through your Tesla Account – and the Autopilot software required will be added to your car.

### Can I try Autopilot before purchasing?

You can experience Autopilot, Enhanced Autopilot or Full Self-Driving Capability on a test drive at one of our Tesla store locations.

˅ How do I purchase an Autopilot upgrade?

You can purchase Autopilot, Enhanced Autopilot or Full Self-Driving Capability at any time through your Tesla Account – and the Autopilot software required will be added to your car.

˅ Can a car be retrofitted with Autopilot hardware?

Cars built between September 2014 and October 2016 include first generation Autopilot hardware: one camera, a first-generation radar and ultrasonic sensors.

These vehicles are ineligible for retrofits to the latest Autopilot hardware.

˅ How do I check what Autopilot hardware I have?

Check your configuration from your touchscreen. Select 'Controls' > 'Software' and confirm Autopilot computer type. Then press 'Additional Vehicle Information.'

˅ How does Autopilot work?

As of April 2022, Model 3 and Model Y built for the European and Middle Eastern markets will feature Tesla Vision, which utilises Tesla's advanced suite of cameras and neural net processing to deliver Autopilot and related features. This camera suite provides occupants with an awareness of their surroundings that a driver alone would not otherwise have. A powerful onboard computer processes these inputs in a matter of milliseconds to help make driving safer and less stressful.

˅ Do I still need to pay attention while using Autopilot?

Yes. Autopilot is a hands-on driver assistance system that is intended to be used only with a fully attentive driver. It does not turn a Tesla into a self-driving car nor does it make a car autonomous.

Before enabling Autopilot, you must agree to "keep your hands on the steering wheel at all times" and to always "maintain control and responsibility for your car." Once engaged, Autopilot will also deliver an escalating series of visual and audio warnings, reminding you to place your hands on the wheel if insufficient torque is applied. If you repeatedly ignore these warnings, you will be locked out from using Autopilot during that trip.

You can override any of Autopilot's features at any time by steering, applying the brakes, or using the cruise control stalk to deactivate.

˅ What are the limitations of Autopilot?

Many factors can impact the performance of Autopilot, causing the system to be unable to function as intended. These include, but are not limited to: poor visibility (due to heavy rain, snow, fog, etc.), bright light (due to oncoming headlights, direct sunlight, etc.), mud, ice, snow, interference or obstruction by objects mounted onto the vehicle (such as a bike rack), obstruction caused by applying excessive paint or

adhesive products (such as wraps, stickers, rubber coating, etc.) onto the vehicle; narrow, high curvature or winding roads, a damaged or misaligned bumper and extremely hot or cold temperatures.

To ensure the Autopilot hardware can provide information that is as accurate as possible, keep the cameras and sensors clean and free of obstructions or damage. Occasionally remove any buildup of dirt by wiping the cameras and sensors with a soft cloth dampened with warm water.

### ⌄ How do I use Autopilot features?

Before using Autopilot, please read your Owner's Manual for instructions and more safety information. While using Autopilot features, it is your responsibility to stay alert, drive safely and be in control of your car at all times.

Activating Autopilot in Model S and Model X

00:23

Activating Autopilot in Model 3 and Model Y

00:49

⌄  How long does Autopilot take to calibrate before you can enable it?

Before Autopilot features can be used for the first time, cameras must complete a self-calibration process. Calibration typically completes after driving 32-40 km, but the distance varies depending on road and environmental conditions. Contact Tesla if your car has not completed the calibration process after driving 160 km.

⌄  Is there blind spot detection?

To improve safety and increase confidence when changing lanes, cars built since October 2016 will display a red lane line when your indicator is engaged and a car or obstacle is detected in your target lane. This includes improved blind spot monitoring on the instrument panel which reflects the type of car in your blind spot, supplementing an already attentive driver.

Tesla © 2023

Privacy & Legal

Careers

News

Back to Top