# Schoenfeld Declaration Exhibit G

3/28/23, 6:09 PM
Tesla starts Full Self-Driving Beta rollout, Elon Musk says it 'will be extremely slow and cautious' | Electrek

Case 3:22-cv-05240-RFL Document 45-8 Filed 04/05/23 Page 2 of 6




TESLA

# Tesla starts Full Self-Driving Beta rollout, Elon Musk says it 'will be extremely slow and cautious'



Fred Lambert | Oct 20 2020 - 7:54 pm PT

0 Comments



Elon Musk confirmed that Tesla is starting the rollout of its Full Self-Driving Beta update, which the CEO says "will be extremely slow and cautious."

We have been expecting the update for a while now.

Over the last few months, Elon Musk has been talking about Tesla working on "a significant foundational rewrite in the Tesla Autopilot."

He has been teasing the new core change to Autopilot, which should be able to interpret its environment in 4D instead of 2D after the update and should result in a rapid improvement in performance and new features being released quicker.

More recently, the CEO has been referring to the update as "Full Self-Driving Beta" or "FSD Beta."

Last week, Musk said that Tesla will start to release "Full Self-Driving Beta" to some customers on Tuesday.

Today, the CEO confirmed that the rollout is happening as planned tonight and added that the system will be "extremely slow and cautious"



The update is apparently only going to "a small number" of Tesla owners who are "expert and careful drivers" in the company's early access program.

It's still unclear what the "Full Self-Driving Beta" entails exactly in terms of features, but it is expected to expand on Tesla's existing "Traffic light and stop sign control" feature to add turns in intersections.

By combining this feature with Tesla's Navigate on Autopilot, Tesla vehicles would technically be able to navigate both city streets and highways without driver inputs.

However, drivers will still be required to keep their hands on the steering wheel, monitor the vehicle, and be ready to take over at all times.

It would be what Musk has been referring to as "Full Self-Driving feature complete."

If you have more information about Tesla's Full Self-Driving Beta, please feel free to contact me via email at Fred@electrek.co, via Wickr: Fredev, or through my social media: Twitter and Instagram.

3/28/23, 6:09 PM  Tesla starts Full Self-Driving Beta rollout, Elon Musk says it will be 'extremely slow and cautious' | Electrek

Case 3:22-cv-05240-RFL Document 45-8 Filed 04/05/23 Page 4 of 6

Add Electrek to your Google News feed. 

FTC: We use income earning auto affiliate links. **More.**

## Featured

from 

**Polestar is betting big on its first electric luxury crossover SUV with Polestar 3 rollout on track**

Peter Johnson  |  Mar 28 2023

**Tesla Cybertruck spotted testing steering, Elon Musk hypes turning radius**

Fred Lambert  |  Mar 28 2023

**This guy bought a Chinese electric food truck from Alibaba. Here's what showed up**

Micah Toll  |  Mar 28 2023

**Winnebago acquires lithium-ion battery provider to power its upcoming electric RVs**

Scooter Doll  |  Mar 27 2023

---

  •  Subscribe to Electrek on YouTube for exclusive videos **and subscribe to the podcast**.

3/28/23, 6:09 PM                          Tesla starts Full Self-Driving Beta rollout, Elon Musk says it will be 'extremely slow and cautious' | Electrek

Case 3:22-cv-05240-RFL Document 45-8 Filed 04/05/23 Page 5 of 6



Wheel-E Podcast: SONDORS Metacycle, new RadRunner, Bafang goes Mo…

# Comments

Comments for this thread are now closed                                           ✕

**292 Comments**                                                        1  **Login** ▼

♡  1            Share                                    **Best**    Newest    Oldest

**RomanCookie**                                                         —   ⚑
2 years ago

If it were "extremely slow" compared to the rest of the traffic flow, it would also be extremely dangerous.

It's pretty clear "extremely slow and cautious" is about the rollout, not the speed of the vehicle.


EXPAND

# Guides

3/28/23, 6:09 PM                    Tesla starts Full Self-Driving Beta rollout, Elon Musk says it will be 'extremely slow and cautious' | Electrek

Case 3:22-cv-05240-RFL   Document 45-8   Filed 04/05/23   Page 6 of 6



### Tesla

Tesla is a transportation and energy company. It...

# Author

  Fred Lambert  |   @FredericLambert

Fred is the Editor in Chief and Main Writer at Electrek.

You can send tips on Twitter (DMs open) or via email: fred@9to5mac.com

Through Zalkon.com, you can check out Fred's portfolio and get monthly green stock investment ideas.

**Fred Lambert's Favorite Gear**



### Zalkon Green Stock Ideas

Get interesting investment ideas by Fred Lambert



### ChargePoint Home charger

ChargePoint Home WiFi Enabled Electric Vehicle (EV) Charger