# Schoenfeld Declaration Exhibit N



| | |
|---|---|
| Latest Safety Ratings | With standard equipment | WITH SAFETY PACK |
| Best in Class Cars | |
| Safest Family Cars | |
| Safest Fleet Cars | **2022** ★★★★★ |
| Quadricycle Ratings | **Tesla Model Y** |
| Electric Vehicles | Small Off-Road |
| Driver Assistance Systems | |
| Euro NCAP Advanced Rewards | DOWNLOAD REPORT (PDF)   Share |
| Assisted Driving Gradings | |
| Commercial Van Ratings | |

| Adult Occupant | Child Occupant | Vulnerable Road Users | Safety Assist |
|---|---|---|---|
| 97% | 87% | 82% | 98% |

| Specifications | Safety Equipment | Videos | **Rating Validity** |
|---|---|---|---|

### Variants of Model Range

| Body Type | Engine | Model Name/Code | Drivetrain | Rating Applies | |
|---|---|---|---|---|---|
| | | | | LHD | RHD |
| 5 door SUV | Dual Motor Electric | Long Range* | 4 x 4 | ✓ | ✓ |
| 5 door SUV | Dual Motor Electric | Performance | 4 x 4 | ✓ | ✓ |

* Tested variant

### Annual Reviews and Facelifts

| Date | Event | Outcome | |
|---|---|---|---|
| September 2022 | Rating Published | 2022 ★★★★★ | ✓ |

---

**HOW SAFE IS YOUR CAR ?**

Select one or more vehicles among the following possibilities.

Make ▼

Model ▼  🔍

OR

Class ▼  🔍

OR

ALL RESULTS & REWARDS →

---

**SUBSCRIBE FOR OUR LATEST NEWS**

Your email   OK

About Euro NCAP    Conditions of Use    Search in Euro NCAP.com    Follow us on

Vehicle Safety

Press & Media    Search 🔍

For Engineers
Contact

**CONTACT US**

Euro Rescue

Copyright © 2023 Euro NCAP