# Schoenfeld Declaration Exhibit O



Home / Vehicle ratings / 2023 Tesla Model 3 4-door sedan

# 2023 Tesla Model 3

## MIDSIZE LUXURY CAR / 4-DOOR SEDAN

2021 Tesla Model 3 shown

### Crashworthiness

| Test | Rating |
|---|---|
| Small overlap front: driver-side | G |
| Small overlap front: passenger-side | G |
| Moderate overlap front: original test | G |
| Side: original test | G |
| Roof strength | G |
| Head restraints & seats | G |

### Crash avoidance & mitigation

| Test | Rating |
|---|---|
| Headlights | G |
| Front crash prevention: vehicle-to-vehicle | |
| Standard system | |
| Front crash prevention: vehicle-to-pedestrian (day) | |
| Standard system | |
| Front crash prevention: vehicle-to-pedestrian (night) | |
| Standard system | |

### Seat belts & child restraints

| Test | Rating |
|---|---|
| LATCH ease of use | A |

Key

G Good
A Acceptable
M Marginal
P Poor
Superior
Advanced
Basic

Some ratings use a scale of Poor to Good. Others range from Basic to Superior.

## Small overlap front: driver-side

**Rating applies to 2017-23 models**

Tested vehicle: **2019 Tesla Model 3 Mid Range 4-door**

The Tesla Model 3 was introduced in the 2017 model year.

| | |
|---|---|
| **Overall evaluation** | G |
| **Structure and safety cage** | G |
| **Driver injury measures** | |
| Head/neck | G |
| Chest | G |
| Hip/thigh | G |
| Lower leg/foot | A |
| **Driver restraints and dummy kinematics** | G |

Action shot taken during the driver-side small overlap frontal crash test.

The dummy's position in relation to the door frame, steering wheel, and instrument panel after the crash test indicates that the driver's overall survival space was maintained well, despite moderate intrusion of the lower part of the door

The frontal and side curtain airbags worked well together to keep the head from coming close to any stiff structure or outside objects that could cause injury.

Although intrusion overall into the driver's space was minimal, door hinge pillar intrusion contributed to a moderate risk of injury to the left lower leg.



hinge pillar and buckling of the door sill.

Technical measurements for this test 

## Small overlap front: passenger-side

**Rating applies to 2017-23 models**

Tested vehicle: **2019 Tesla Model 3 Standard Range Plus 4-door**

The Tesla Model 3 was introduced in the 2017 model year. Passenger-side small overlap frontal ratings are assigned by the Institute based on a test of a 2019 Model 3 conducted by Tesla as part of frontal crash test verification.

| | |
|---|---|
| **Overall evaluation** | G |
| **Structure and safety cage** | G |
| **Passenger injury measures** | |
| Head/neck | G |
| Chest | G |
| Hip/thigh | G |
| Lower leg/foot | G |
| **Passenger restraints and dummy kinematics** | G |
| **Driver injury measures** | |
| Head/neck | G |
| Chest | G |
| Hip/thigh | G |
| Lower leg/foot | G |
| **Driver restraints and dummy kinematics** | G |

Technical measurements for this test

## Moderate overlap front: original test

**Rating applies to 2017-23 models**

Tested vehicle: **2019 Tesla Model 3 Standard Range Plus 4-door**

The Tesla Model 3 was introduced in the 2017 model year.

| | |
|---|---|
| **Overall evaluation** | G |
| **Structure and safety cage** | G |
| **Driver injury measures** | |
| Head/neck | G |
| Chest | G |
| Leg/foot, left | G |
| Leg/foot, right | G |
| **Driver restraints and dummy kinematics** | G |

Action shot taken during the moderate overlap frontal crash test.

The dummy's position in relation to the steering wheel and instrument panel after the crash test indicates that the driver's survival space was maintained very well.

Smeared greasepaint indicates where the dummy's head contacted the side curtain airbag during rebound.

Intrusion into the driver's space was minimal, and all leg and foot injury measures were low.

Technical measurements for this test 

## Side: original test

**Rating applies to 2017-23 models**

Tested vehicle: **2019 Tesla Model 3 Standard Range Plus 4-door**

The Tesla Model 3 was introduced in the 2017 model year.

| | |
|---|---|
| **Overall evaluation** | G |
| **Structure and safety cage** | G |

| | |
|---|---|
| **Driver injury measures** | |
| Head/neck | G |
| Torso | G |
| Pelvis/leg | G |
| **Driver head protection** | G |
| **Rear passenger injury measures** | |
| Head/neck | G |
| Torso | G |
| Pelvis/leg | G |
| **Rear passenger head protection** | G |

View of the vehicle and barrier just after the crash test.

View of the vehicle after the crash with doors removed, showing the side airbags and damage to the occupant compartment.

Smeared greasepaint shows where the driver dummy's head was protected from being hit by hard structures by the side curtain airbag.

Smeared greasepaint shows where the rear passenger dummy's head was protected by the side airbag.

Technical measurements for this test 

## Roof strength

**Rating applies to 2017-23 models**

Tested vehicle: **2019 Tesla Model 3 Standard Range Plus 4-door**

| | |
|---|---|
| **Overall evaluation** | G |
| **Curb weight** | 3,563 lbs |

3/28/23, 6:31 PM Case 3:22-cv-05240-RFL Document 45-16 Filed 04/05/23 Page 7 of 11 2023 Tesla Model 3

| | |
|---|---|
| **Peak force** | 20,835 lbs |
| **Strength-to-weight ratio** | 5.85 |

## Head restraints & seats

Seat type: **Power leatherette seat**

| | |
|---|---|
| **Overall evaluation** | G |
| **Dynamic rating** | G |
| **Seat/head restraint geometry** | G |

Technical measurements for this test

## Front crash prevention: vehicle-to-vehicle

**System details**

- standard Automatic Emergency Braking

**Overall evaluation**

Applies to 2022-23 models

**SUPERIOR**

- This system meets the requirements for forward collision warning.
- In the 12 mph IIHS test, this vehicle avoided a collision.
- In the 25 mph IIHS test, this vehicle avoided a collision.

## Front crash prevention: vehicle-to-pedestrian (day)

**System details**

- standard Autonomous Emergency Braking

https://www.iihs.org/ratings/vehicle/tesla/model-3-4-door-sedan/2023 6/10

**Overall evaluation**

This rating applies to all 2022-23 models

SUPERIOR

**Crossing child**

- In the 12 mph IIHS test, this vehicle avoided a collision.
- In the 25 mph IIHS test, this vehicle avoided a collision.

**Crossing adult**

- In the 12 mph IIHS test, this vehicle avoided a collision.
- In the 25 mph IIHS test, this vehicle avoided a collision.

**Parallel adult**

- In the 25 mph IIHS test, this vehicle avoided a collision.
- In the 37 mph IIHS test, this vehicle avoided a collision. A warning was issued 2.9 seconds before impact.

## Front crash prevention: vehicle-to-pedestrian (night)

**System details**

- standard Autonomous Emergency Braking

**Overall evaluation**

Includes high-beam assist credit

SUPERIOR

This rating applies to all 2022-23 models

**Crossing adult**

- In the 12 mph IIHS test, this vehicle avoided a collision when using its high beams. When using its low beams, this vehicle avoided a collision.
- In the 25 mph IIHS test, this vehicle avoided a collision when using its high beams. When using its low beams, this vehicle avoided a collision.

**Parallel adult**

- In the 25 mph IIHS test, this vehicle avoided a collision when using its high beams. When using its low beams, this vehicle avoided a collision.

- In the 37 mph IIHS test, this vehicle avoided a collision when using its high beams and a warning was issued 2.9 seconds before impact. When using its low beams, this vehicle avoided a collision and a warning was issued 1.6 seconds before impact.

## Headlights

**Trim level(s)**

- All trims

| | |
|---|---|
| **Low-beam headlight type** | LED projector |
| **High-beam headlight type** | LED projector |
| **Curve-adaptive?** | No |
| **High-beam assist?** | Yes |
| **Overall rating** | G |

**Distance at which headlights provide at least 5 lux illumination:**



**Low beams**

On the straightaway, visibility was good on both sides of the road. On curves, visibility was good on the gradual left and both right curves and fair on the sharp left curve.

The low beams never exceeded glare limits.

**High beams**

On the straightaway, visibility was good on both sides of the road. On curves, visibility was good on the gradual left and

gradual right curves and fair on the sharp left and sharp right curves.

High-beam assist compensates for some limitations of this vehicle's low beams on the straightaway and on both left curves.

Technical measurements for this test

## Child seat anchors

**Applies to 2019-23 models**

| **Overall evaluation** | A |
|---|---|
| **Vehicle trim** | Standard Range Plus |
| **Seat type** | leatherette |

This vehicle has 2 rear seating positions with complete child seat attachment (LATCH) hardware.

It has 1 additional seating position with a tether anchor only.

| **Overall evaluation** | A |
|---|---|
| **Vehicle trim** | Standard Range Plus |
| **Seat type** | leatherette |

1
2
3

**Details by seating position**

1 **Tether anchor**
- ✓ easy-to-find location
- ✓ no other hardware could be confused for anchor

**Lower anchors**
- ✗ too deep in seat
- ✓ not too much force needed to attach
- ✓ easy to maneuver around anchors

- G Good
- A Acceptable
- M Marginal
- P Poor
- Seating positions that rely on borrowed lower anchors or have only a tether anchor available are not rated.
- Tether anchor
- Lower anchors
- Lower anchor(s) can be borrowed from adjacent positions(s)
- No hardware available

**2 Tether anchor**

- ✔ easy-to-find location
- ✔ no other hardware could be confused for anchor

**Lower anchors**

none available

**3 Tether anchor**

- ✔ easy-to-find location
- ✔ no other hardware could be confused for anchor

**Lower anchors**

- ✘ too deep in seat
- ✔ not too much force needed to attach
- ✔ easy to maneuver around anchors

Technical measurements for this test

---

The **Insurance Institute for Highway Safety (IIHS)** is an independent, nonprofit scientific and educational organization dedicated to reducing deaths, injuries and property damage from motor vehicle crashes through research and evaluation and through education of consumers, policymakers and safety professionals.

The **Highway Loss Data Institute (HLDI)** shares and supports this mission through scientific studies of insurance data representing the human and economic losses resulting from the ownership and operation of different types of vehicles and by publishing insurance loss results by vehicle make and model.

Both organizations are wholly supported by **these auto insurers and insurance associations**.

---

©1996-2023, Insurance Institute for Highway Safety, Highway Loss Data Institute, 501(c)(3) organizations | **Copyright information and privacy policy**