# Schoenfeld Declaration Exhibit P

3/28/23, 6:39 PM                    The Problem with the Tesla: Report: Obviously, the Majority of the Problems are Yours When You are the Majority of the Sample - …

Case 3:22-cv-05240-RFL Document 45-17 Filed 04/05/23 Page 2 of 7

About   State & Local   Civilian   Defense & IC      ✉ SUBSCRIBE   🔍

ACQUISITION    AI & DATA    CYBERSECURITY    CX    DIGITAL TRANSFORMATION    HYBRID WORK ▾    PUBLIC SAFETY    RESOURCES ▾

Home › Contributed Articles

# The Problem with the Tesla: Report: Obviously, the Majority of the Problems are Yours When You are the Majority of the Sample

by **Judith Everett**    —    September 23, 2022    in **Contributed Articles**    Reading Time: 7 mins read        A A

[f] Share on Facebook        [t] Share on Twitter        [→]

This past June, The New York Times published an article entitled, "Tesla Autopilot and Other Driver Assist Systems Linked to Hundreds of Crashes." The article, however, is a short-sighted, knee-jerk reaction to the technology that is saving hundreds of lives today and that will go on to save many more in the future. In the article, Tesla is repeatedly singled out for 70 percent of the 392 accidents which occurred during a ten-month government reporting period on autonomous vehicle technology. According to that report, Tesla's autonomous vehicles were in 273 crashes, five being fatal.

The fact is that Tesla's cars were in the majority of accidents because they are the largest real-world pioneer of this technology. Currently, 830,000 Tesla automobiles equipped with autopilot or other driver-assist features are driving on roads in the United States. Whether or not autopilot is engaged, they maintain a far better safety record than cars operated by human drivers. It is troubling that the New York Times piece failed to mention this research. We are on the verge of eliminating human error from driving altogether and — along with it — countless injuries and fatalities, but some choose to stand in the way of these life-saving innovations.

**Comparing Tesla's Safety Record to Other U.S. Car Brands**

Tesla voluntarily releases statistics on the safety of its vehicles every quarter. During the fourth quarter of 2021, Tesla recorded one crash for every 4.31 million miles driven with autopilot technology, including Autosteer and active safety features. By comparison, they recorded one crash for every 1.59 million miles driven without Autopilot technology. To put those numbers in perspective, recent data from The National Highway Traffic Safety Administration (NHTSA) reports that an automobile crash takes place every 484,000 miles driven in the United States.

Not only is Tesla's autopilot technology statistically far safer than human drivers, but their safety measures are also constantly improving. For example, there was one accident for every 3.45 million miles driven with autopilot technology in the fourth quarter of 2020. This number still far surpasses safety statistics for cars on US roads, and it was reduced significantly to one accident for every 4.31 million miles during the same quarter of the following year.

**Innovation Requires Growing Pains**

With any advancement in technology, there will be improvements needed and lessons learned. Autonomous vehicles are no exception to the rule. There have been accidents, but even so, the safety record of autonomous driving technology exceeds that of human drivers. The potential for eliminating human error from the roads is within reach. We must scrutinize and learn from the accidents leading to this innovation, but we must also keep our eyes on the millions of accidents that will not happen because of it.

Safety features such as airbags, seatbelts, and anti-lock brakes reduce traffic fatalities, but they cannot change the number one cause of

3/28/23, 6:39 PM	The Problem with the Tesla Report: Obviously, the Majority of the Problems Are Yours When You are the Majority of the Sample - …

Case 3:22-cv-05240-RFL Document 45-17 Filed 04/05/23 Page 3 of 7

automobile crashes: driver error. We have an emerging technology that will save countless lives, but do we have the courage to take advantage of it as a society?

**The Cost of Human Error on U.S. Roads**

According to the U.S. General Services Administration Office of Motor Vehicle Management, there are 6,420,000 traffic accidents per year in the US alone. Roughly 98 percent of these incidents boil down to driver error. Excessive speeding, driving while distracted or drowsy, making incorrect assumptions about other drivers, not leaving enough distance between vehicles, and not checking before pulling into traffic or changing lanes are the top mistakes behind millions of crashes each year. These simple mistakes and lapses in judgment cost the lives of 115 people every day in the US, amounting to one vehicle-related death every 13 minutes. In fact, automobile accidents are the leading cause of death for Americans ages 1 to 35 years old.

An autonomous car won't speed, weave erratically between lanes, or tailgate. It will not drink, fall asleep at the wheel, talk to other passengers, or send text messages. It brakes faster, swerves quicker, and is always aware of its surroundings. It anticipates changing road conditions beyond the range of human detection. When self-driving cars fill the streets, they will communicate with each other more effectively than human drivers ever could.

**Truly Autonomous Vehicles are Still to Come**

Despite common misconceptions, there are no fully autonomous vehicles on the road today. Though driver-assist features already correct many aspects of driver error, the true promise of the tech lies several years down the road.

Autonomous driving is ranked on a scale from one to five. Cars that are fully manual are level zero and quickly becoming obsolete. Cars able to drive without any human intervention are level five. There is quite a bit of a middle ground between the two.

Vehicles categorized as level one incorporate one aspect of driver assistance but are still completely hands-on at all times. These cars offer a step toward autonomous driving, such as automatic emergency braking or cruise control.

Level two cars are the first to provide partially automated, or hands-off, driving. Their systems take complete control of accelerating, steering, and braking. Some of these cars help with parallel parking or changing lanes.

Cars in level three offer the first taste of highly-automated driving. Though drivers are not required in all situations, they must be available to take control whenever needed.

Vehicles described as level four are fully automated. Drivers can take their minds off the road completely. However, these cars can't go everywhere. Drivers must take control in areas where automated driving is prohibited.

When cars reach level five, they will provide full automation. No one in the car needs a driver's license because everyone is a passenger. Level two vehicles are widely available, with Tesla's Autopilot technology falling just shy of level three. In a recent podcast, Tesla's CEO, Elon Musk, predicted his company would produce a fully self-driving level 4 system next year. Some experts are optimistically pointing to 2024 as the year we will see mass adoption of level 4 autonomous vehicles on US roads.

Self-driving cars are the future. They offer clear advancements in accessibility and safety. There will continue to be improvements and innovations, and these developments in autonomous technology will save millions of lives from life-altering injuries and death. Instead of joining the New York Times in calling out a brand whose safety record far exceeds industry norms, I choose to single Tesla out as one of the largest pioneers of this life-saving innovation.

*The author, Judith Everett, is co-founder and President of* Drivyn.

**Tags:**	automobile crash data	driver assist systems	Drivyn	Everett	tesla

Case 3:22-cv-05240-RFL   Document 45-17   Filed 04/05/23   Page 4 of 7

**RELATED POSTS**

No Content Available

**TRENDING NOW**

Case 3:22-cv-05240-RFL Document 45-17 Filed 04/05/23 Page 5 of 7

**Meet Advana: How the Department of Defense Solved its Data Interoperability Challenges**                                          *01*
 9393 SHARES

02  Exploring the New Department of Defense Zero Trust Strategy: A Podcast with Verizon and Zscaler
 12 SHARES

03  Laid-off Tech Workers Find Unexpected Opportunities with Federal Government Contractors
 15 SHARES

04  The Five Pillars of Zero Trust Architecture
 434 SHARES

**CONNECT WITH US**

in

3/28/23, 6:39 PM  The Problem with the Tesla Report: Obviously, the Majority of the Problems are Yours When You are the Majority of the Sample - …

Case 3:22-cv-05240-RFL Document 45-17 Filed 04/05/23 Page 6 of 7

## BECOME AN INSIDER

Get Government Technology Insider news and updates in your inbox.

Enter your work email

☐ I consent to having *Government Technology Insider* collect my email and I agree to the Terms of Service and Privacy Policy.

**SIGN UP**



Strategic Communications Group is a digital media company that helps business-to-business marketers drive customer demand through content marketing, content syndication, and lead identification.

### Related Communities

Financial Technology Today
Future Healthcare Today
Modern Marketing Today
Retail Technology Insider
Today's Modern Educator

### Quick Links

Home
About
Contact Us

Case 3:22-cv-05240-RBL Document 45-17 Filed 04/05/23 Page 7 of 7

## Become a Sponsor

Strategic Communications Group offers analytics, content marketing, and lead identification services. Interested?

Contact us!

© 2023 Strategic Communications Group, Inc.

Privacy Policy    |    Terms of Service