# Schoenfeld Declaration Exhibit Q

**Tesla** @Tesla · Mar 1

In the last 12 months, a Tesla with FSD Beta engaged experienced an airbag-deployed crash about every 3.2 M miles, which is ~5x safer than the most recently available US average of 0.6M miles/police-reported crash



Scalable FSD = AI + Data + Compute

Higher Utilization — Higher Safety

Miles Driven Per 1 Collision

- Tesla Vehicles Using FSD Beta: 3.2M
- US Average: 0.5M

 31    289    2,210    289K