# Schoenfeld Declaration Exhibit R

TESLA                                                                                    Menu

# Future of Driving

Tesla cars come standard with advanced hardware capable of providing Autopilot features, and full self-driving capabilities—through software updates designed to improve functionality over time.

Tesla's Autopilot AI team drives the future of autonomy of current and new generations of vehicles. Learn about the team and apply to help accelerate the world with full self-driving.

**JOIN THE TEAM**

02:08

## Advanced Sensor Coverage

Eight cameras and powerful vision processing provide 360 degrees of visibility at up to 250 meters of range.

### Narrow Forward Camera

Max distance 250m

### Main Forward Camera

Max distance 150m

### Wide Forward Camera

Max distance 60m

### Forward Looking Side Cameras

Max distance 80m



**Rear View Camera**

Max distance 50m

**Rearward Looking Side Cameras**

Max distance 100m

Learn more about Camera Views 

## Processing Power Increased 40x

To make sense of all of this information, our Hardware 3 onboard computer processes more than 40 times the data compared to our the previous generation system. This computer runs the Tesla-developed neural net, which is the foundation for how we train and develop Autopilot. This system provides a view of the world that a driver alone cannot access, seeing in every direction simultaneously, and on wavelengths that go far beyond the human senses.



## Tesla Vision

To make use of a camera suite this powerful, each Tesla car has a powerful set of vision processing tools developed by Tesla. Built on a deep neural network, Tesla Vision deconstructs the car's environment at greater levels of reliability than those achievable with classical vision processing techniques.

## Autopilot

Autopilot advanced safety and convenience features are designed to assist you with the most burdensome parts of driving. Autopilot introduces new features and improves existing functionality to make your Tesla safer and more capable over time.

Autopilot enables your car to steer, accelerate and brake automatically within its lane.

Current Autopilot features require active driver supervision and do not make the vehicle autonomous.



## Navigate on Autopilot

Navigate on Autopilot suggests lane changes to optimize your route, and makes adjustments so you don't get stuck behind slow cars or trucks. When active, Navigate on Autopilot will also automatically steer your vehicle toward highway interchanges and exits based on your destination.



## Autosteer

Using advanced cameras, sensors and computing power, your Tesla will navigate tighter, more complex roads.



# Smart Summon

With Smart Summon, your car will navigate more complex environments and parking spaces, maneuvering around objects as necessary to come find you in a parking lot.

# Full Self-Driving Capability

All new Tesla cars have the hardware needed in the future for full self-driving in almost all circumstances. The system is designed to be able to conduct short and long distance trips with no action required by the person in the driver's seat.

The future use of these features without supervision is dependent on achieving reliability far in excess of human drivers as demonstrated by billions of miles of experience, as well as regulatory approval, which may take longer in some jurisdictions. As these self-driving capabilities are introduced, your car will be continuously upgraded through over-the-air software updates.



## From Home

All you will need to do is get in and tell your car where to go. If you don't say anything, your car will look at your calendar and take you there as the assumed destination. Your Tesla will figure out the optimal route, navigating urban streets, complex intersections and freeways.



## To your Destination

When you arrive at your destination, simply step out at the entrance and your car will enter park seek mode, automatically search for a spot and park itself. A tap on your phone summons it back to you.

### Standard Safety Features

The following standard safety features will continue to be active on all new cars.

**Automatic Emergency Braking**

Designed to detect objects that the car may impact and applies the brakes accordingly

**Side Collision Warning**

Warns the driver of potential collisions with obstacles alongside the car

### Front Collision Warning

Helps warn of impending collisions with slower moving or stationary cars

### Auto High Beams

Adjusts high/low beams as required



JOIN THE TEAM

Certain high data usage vehicle features require at least Standard Connectivity, including maps, navigation and voice commands. Access to features that use cellular data and third-party licenses are subject to change. Learn more about Standard Connectivity and any limitations.

Tesla © 2023

Privacy & Legal