# Schoenfeld Declaration Exhibit U





# 'The Wrong Thing at the Worst Time': Tesla's Full Self-Driving Disclaimer

Defining 'Full' in Tesla-speak

by **Will Kaufman, Content Strategist**
October 22nd, 2020

Share:

- **Tesla's new Full Self-Driving system comes with a rather disturbing disclaimer.**
- **The system "may do the wrong thing at the worst time" — and you have to accept that to use it.**

Tesla has released the long-promised Full Self-Driving update, but importantly, the product is still in beta. And it's got a doozy of a disclaimer.

*Full Self-Driving is in early limited access Beta and must be used with additional caution. It may do the wrong thing at the worst time, so you must always keep your hands on the wheel and pay extra attention to the road. Do not become complacent.*

*...*

*Use Full Self-Driving in limited Beta only if you will pay constant attention to the road, and be prepared to act immediately ...*



SEE EDMUNDS PRICING DATA

## Has Your Car's Value Changed?

Used car values are constantly changing. Edmunds lets you track your vehicle's value over time so you can decide when to sell or trade in.

Year

Make

Model

**See pricing history**

Yep, that's right. Per Tesla's own software, it's a full self-driving system that may do the wrong thing at the worst time.

Of course, this being Tesla, it's no surprise that the product name implies caution is *not* required (see also: Autopilot). Also unsurprising is the fact that some Tesla fans have apparently disregarded the fine print. Videos of people using FSD without their hands on the wheel have already been posted, despite the disclaimer's statement that "you must always keep your hands on the wheel."

Tesla hasn't responded to the video, although CEO Elon Musk commented simply, "Haha."

## We've owned every major Tesla model and we're a little concerned

Look, the technology here is undeniably impressive. We're eager to put it to a full test in our long-term Tesla Model Y. But we also know that Tesla's Autopilot has already been a factor in a number of collisions, including some fatalities, where drivers felt they could stop paying attention to the road while Autopilot was functioning. Anecdotally, some of our own drivers have observed alarming hiccups while testing Autopilot's various iterations.

The heart of the issue is the degree to which Tesla monitors the driver. Cadillac's Super Cruise, currently the only system for sale that explicitly allows hands-free driving, monitors the driver's eyeline to ensure that the person is keeping his or her eyes on the road. Even though Tesla has an interior camera, it's not used for driver monitoring.

Ostensibly, the steering wheel checks for input to make sure the driver has hands on the wheel, but based on extensive video and anecdotal accounts, including our own experience, that safety measure seems to offer a significant amount of leeway. In the end, this means the company is really trusting drivers to read — and comply with — the terms of the disclaimer. A reasonable person might conclude that driver behavior to date does not warrant this trust.

In any event, Tesla has successfully used the language in its disclaimers to distance itself from past accidents, and this latest disclaimer looks set to uphold that tradition. After all, it does explicitly state that the driver must have hands on the wheel, must be paying attention to the road, and must be prepared to take control of the vehicle.

## Edmunds Says

So here we are. Tesla has launched the beta version of Full Self-Driving, but with the warning that "it may do the wrong thing at the worst time." Stay tuned to our Tesla Model Y Long-Term Road Test for a comprehensive assessment of just how "full" Tesla's latest self-driving program seems to be. As of this writing, our Model Y doesn't appear to be part of the beta test yet, but we're hoping it will be added in the near future.

🔥 Edmunds Recommends

## Find out what your car is really worth

Appraise My Car       Sell My Car

Get a free Edmunds appraisal report for your car in minutes

Year ⌄

Make ⌄

Model ⌄

Go

by  **Will Kaufman, Content Strategist**
October 22nd, 2020

Share:

## Featured new car releases

### 2023 Nissan ARIYA®

Find a Nissan Dealership near you

Learn More at NissanUSA.com ↗   Ad

📋 Full details, review, and specs >



3/28/23, 7:03 PM
The Wrong Thing at the Worst Time: Tesla's Full Self-Driving Disclaimer | Edmunds
Case 3:22-cv-05240-RFL Document 45-22 Filed 04/05/23 Page 6 of 9



2023 Nissan ARIYA®



2023 Honda Accord



2023 Acura TLX



2023 MAZDA CX-5

## Other research topics

| | |
|---|---|
| Research | Buying |
| Leasing | Sell my car |
| News | Maintenance |
| Auto Insurance | Safety |
| Fuel Economy | Driving Tips |
| Technology | How To |

## Latest car news from our experts

**Mystery Electric Pickup Will Be Built at Ford's New Tennessee Plant**

**Tesla Owners Are Ditching the Yoke, Big Time**

**Limited-Production 2023 Polestar 2 BST Edition 230 Is Cool but Feels Awfully Familiar**

▶ WATCH REVIEW

**DRIVEN: 2024 GMC Hummer EV SUV! | Electric Off-Road SUV | Driving Impressions, Interior & More!**

See all car news ›

## What shoppers are searching for

**Popular New Cars**

New Acura MDX
New Acura RDX
New Audi Q5
New BMW 3 Series
New BMW X3
New Buick Enclave
New Cadillac Escalade
New Chevrolet Equinox
New Chrysler 300
New Dodge Challenger
New Ford Edge

See more ⌄

## Join Edmunds
Receive pricing updates, shopping tips & more!

email address | Sign Up

     

**Download the Edmunds app**

 

Help
About Us
Contact Us
Careers
Affiliate Program
Dealer Center
Your Ad Choices
Privacy Statement
Visitor Agreement
Accessibility
Site Map
Do Not Sell or Share My Personal Information
Copyright & Trademark Notices

© Edmunds.com, Inc.