# Schoenfeld Declaration Exhibit V

# Lodged Electronically With Court