# Schoenfeld Declaration Exhibit W

TESLA  US



$7,500 Federal Tax Credit

New Model 3 and Model Y vehicles qualify for a federal tax credit for eligible buyers. Based on new IRS guidance, the $7,500 credit is now anticipated to be reduced for Model 3 Rear-Wheel Drive on April 18. See Details

## Model 3

Est. Delivery: Apr 2023

See Early Delivery Options for 02109

| Purchase Price | Potential Savings* |

Est. Delivery: Apr 2023



**Rear-Wheel Drive**

| Model 3 | $42,990 |
|---|---|

Learn more about Range and Performance

**Dual Motor All-Wheel Drive**

| Model 3 Performance | $53,990 |
|---|---|

| Model 3 Long Range |
|---|

Available in 2023

All prices are shown without potential incentives or gas savings of $15,200. Learn More

Feature Details

## Paint



Included

Pearl White Multi-Coat

## Wheels




Est. Delivery: Apr 2023



Included

All-Season Tires

Range (EPA est.) : 272mi

Learn More

## Interior



Included

**All Black**

Feature Details

## Enhanced Autopilot

$6,000

- Navigate on Autopilot
- Auto Lane Change
- Autopark
- Summon
- Smart Summon

Add

Feature Details

## Full Self-Driving Capability

Est. Delivery: Apr 2023

- Traffic Light and Stop Sign Control

**Coming Soon**

- Autosteer on city streets

The currently enabled features require active driver supervision and do not make the vehicle autonomous. The activation and use of these features are dependent on achieving reliability far in excess of human drivers as demonstrated by billions of miles of experience, as well as regulatory approval, which may take longer in some jurisdictions. As these self-driving features evolve, your car will be continuously upgraded through over-the-air software updates.

Add                                                                                              Feature Details

Software options are excluded from the federal tax credit price cap

## Charging

ⓘ Home charging equipment is not included

☐ Wall Connector                                                                                 $425

☐ Mobile Connector                                                                               $230
  Est. Shipment: Based on Vehicle Delivery

Learn More

## Order Your Model 3

Est. Delivery: Apr 2023

✓ Your design qualifies for a $7,500 federal tax credit for eligible buyers.
  See Details

Est. Delivery: Apr 2023

For quicker potential delivery, view available inventory.