1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294

9
   Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000
13
   *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*
14

15                      **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG<br><br>**DECLARATION OF RAYMOND KIM IN SUPPORT OF DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>*[Filed concurrently with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Declaration of Alan Schoenfeld, and Request for Judicial Notice]*<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom 2 – 4th floor |

I, Raymond Kim, declare as follows:

1. I am a Staff Business Resolution Partner at Tesla, Inc. ("Tesla"), where I have been employed for 9 years. My job responsibilities consist of evaluating pre-litigation claims; training field, service managers, service directors, and others on writing repair orders; assisting Tesla's Legal Department with litigated matters by providing testimony and support to in-house and outside counsel; helping service centers with procedural steps like setting up vendors; providing escalation training for service centers; assisting with drafting publications, including service bulletins; and serving as a liaison between engineering and claims-handling personnel. I make this declaration based on my personal knowledge and upon review of Tesla's records maintained in the ordinary course of business, to which I have access based on my job responsibilities.

2. Tesla designs, manufactures, sells, and services a suite of high-performance, all-electric vehicles, including Tesla's Model S, Model 3, Model X, and Model Y vehicles. Tesla vehicles regularly receive over-the-air software updates that add new features and enhance existing ones over Wi-Fi or cellular. Those software updates occur on a rolling basis.

3. Whenever a software update is available, Tesla vehicles display a notification on their center touchscreen. The notifications give drivers the option of installing the updates immediately or scheduling them for later. Users may also check for software updates on the Tesla app.

4. FSD Beta (also called Autosteer on City Streets) is a feature of Tesla's Full Self-Driving Capability (FSDC) that makes turns and navigates within cities and, more recently, on highways. FSD Beta requires active and constant supervision and requires that drivers be ready to intervene at all times. Originally, a small number of careful, highly skilled drivers received limited early access to FSD Beta. Over time, FSD Beta was made available to more customers, and as of November 2022 it is available to all FSDC customers who request it.

5. Prior to FSD Beta's first release, the group of drivers eligible to receive limited early access to it received an email announcement notifying them of the upcoming software update. In addition to the normal level of care drivers must use, the email warned that "Full Self-Driving is in early limited access Beta and must be used with additional caution. It may do the wrong thing at

the worst time, so you must always keep your hands on the wheel and pay extra attention to the road." An example of that email as it appeared to the earliest FSD Beta users is attached hereto as **Exhibit 1**.

6. To receive access to the earliest versions of FSD Beta, the users with limited early access first had to request the feature on their car touchscreen via the "Autopilot" tab. Once in the "Autopilot" tab, the driver was required to select a link labeled "Request Full Self-Driving Beta." An example of that screen as it appeared to the earliest FSD Beta users is attached hereto as **Exhibit 2**.

7. Before the limited early access FSD Beta drivers actually received access to the feature, they had to agree to Tesla's terms and conditions. Specifically, they had to click a button that said: "I understand that when using FSD Beta I am responsible for remaining alert with my hands on the wheel, and must be prepared to take action at any time. FSD Beta does not make my car autonomous." An example of that screen is attached hereto as **Exhibit 3**.

8. Once FSD Beta was made available to eligible drivers, users had to install an over-the-air update that would include the new software. FSD Beta was turned off by default. When an FSD Beta driver toggled the feature on, they were required to agree to Tesla's terms, which warned drivers not to become complacent and required that they agree to use FSD Beta only if they "will pay constant attention to the road" and are "prepared to act immediately." The terms also described what the vehicle could do while FSD Beta was enabled. An example of a version of that screen is attached hereto as **Exhibit 4**.

9. Today, Tesla provides FSD Beta users with "Release Notes," which include summaries of the upgrades implemented with each software update. Release Notes appear on the car's screen and must be manually closed by the user. Release Notes may include disclaimers and safety reminders. For instance, in March 2022, Tesla sent an over-the-air FSD Beta update; and the associated Release Notes reminded customers that they must "[u]se Full Self-Driving in limited Beta only if [they] will pay constant attention to the road[] and be prepared to act immediately." Screenshots of those Release Notes are attached hereto as **Exhibit 5**.

10. To receive access to the current version of FSD Beta, users must navigate to the Autopilot menu and enable the Autosteer feature. Once the user toggles the feature on, a warning appears reminding the driver that Autosteer "does not make your vehicle autonomous" and that the driver must "keep [their] hands on the steering wheel, and be prepared to take over at any time." The warning also "encourage[s] a higher level of vigilance" and highlights conditions that may negatively affect Autosteer's performance. An example of the current warning that appears after Autosteer is enabled is attached as **Exhibit 6**.

11. Today, when drivers enable FSD Beta from the Autopilot menu on their touchscreen, they are required to agree to Tesla's terms, which warn drivers not to become complacent and require that they agree to use FSD Beta only if they "will pay constant attention to the road" and are "prepared to act immediately." The terms also describe what the vehicle will do while the mode is enabled. An example of that screen is attached hereto as **Exhibit 7**.

12. Once FSD Beta is engaged during a drive, an audible chime sounds and a pop-up reminds drivers to "Please keep your hands on the wheel" and "Be prepared to take over at any moment." An example of that notification is attached hereto as **Exhibit 8**.

13. Currently, Tesla vehicles monitor whether the driver is complying with Tesla's requirement of active supervision when FSD Beta is in use. Drivers who engage in improper use, such as failing to keep their hands on the wheel, receive escalating audible and visible warnings. Examples of these warnings are attached hereto as **Exhibit 9**.

14. Continued improper use of FSD Beta after these warnings results in the feature being deactivated for the remainder of the drive. When deactivating FSD Beta, Tesla notifies drivers that the feature has become "unavailable for the rest of this drive" and instructs users to "[h]old [the] steering wheel to drive manually." An example of the deactivation warning is attached hereto as **Exhibit 10**.

15. At the completion of a drive in which FSD Beta was deactivated due to continued noncompliance with Tesla's active supervision requirements, drivers receive another warning flagging the improper use of the feature. The warning also reminds drivers to "[k]eep your hands on the wheel and remain attentive at all times" and informs the user that continued infractions of

1  Tesla's policies will result in longer-term deactivation of FSD Beta. Users must manually
2  acknowledge this warning by clicking "OK." In addition, a similar warning displays on the main
3  menu of the touchscreen, notifying the driver that after five deactivations, FSD Beta will no longer
4  operate. Screenshots of those warnings are attached hereto as **Exhibit 11**.

5      16.     As warned, if a driver fails to comply with Tesla's requirements of active supervision
6  five times, Tesla disables access to FSD Beta for an extended period of time. Tesla notifies such
7  drivers that FSD Beta has been suspended "due to continued improper use," and the driver must
8  acknowledge the notification by clicking "OK." In addition, a similar reminder remains visible on
9  the main menu of the touchscreen. Screenshots of those warnings are attached hereto as **Exhibit
10 12**.

11     17.     Tesla also includes disclaimers in the section of the owner's manual discussing FSD
12 Beta, warning drivers that "Full Self-Driving (Beta) does not the make [their vehicle] autonomous."
13 The owner's manual is available through the vehicle touchscreen. The FSD Beta section of the
14 Model 3 owner's manual is attached hereto as **Exhibit 13**. The owner's manuals for Model S, X,
15 and Y vehicles contain the same or substantially the same language.

16     I declare under penalty of perjury under the laws of the United States of America that this
17 Declaration is true and correct.

18     Executed on this 5th day of April 2023 in Burbank, California.

By: _____
Raymond Kim