# Kim Declaration Exhibit 1

EarlyAccess <EarlyAccess@tesla.com>

To: ███████████  EarlyAccess

Wednesday, March 3, 2021 at 4:02 PM



TESLA EARLY ACCE...
117.8 KB

Download • Preview

Hello,

We will be pushing FSD Beta Version 8.1 (2020.48.35.7) to your vehicle shortly.

Full Self-Driving is in early limited access Beta and must be used with additional caution. It may do the wrong thing at the worst time, so you must always keep your hands on the wheel and pay extra attention to the road. Do not become complacent. When Full Self-Driving is enabled your vehicle will make lane changes off highway, select forks to follow your navigation route, navigate around other vehicles and objects, and make left and right turns. Use Full Self-Driving in limited Beta only if you will pay constant attention to the road, and be prepared to act immediately, especially around blind corners, crossing intersections, and in narrow driving situations. Every driver is responsible for remaining alert and active when using Autopilot and must be prepared to take action at any time.