# Kim Declaration Exhibit 2

