# Kim Declaration Exhibit 3

✕                    **Limited Early Access Full Self-Driving Beta**

Thank you for your interest in limited early access Full Self-Driving Beta!

Once you accept the terms below, the Tesla team will analyze your vehicle driving data and Safety Score to determine eligibility. You can view your Safety Score from the Tesla app at any time (version 4.1.0 or newer). If eligible, you will receive a software update as part of the limited early access.

☐ I consent to the collection of VIN-associated vehicle driving data to generate my Safety Score and confirm my continued eligibility while enrolled.

☐ I understand that when using FSD Beta I am responsible for remaining alert with my hands on the wheel, and must be prepared to take action at any time. FSD Beta does not make my car autonomous.

[ Cancel ]     [ Accept ]