# Kim Declaration Exhibit 4

