# Kim Declaration Exhibit 5

Early Access Program | FSD Beta 10.11

**2022.4.5.15**

Full Self-Driving (Beta) Suspension
Autopilot Improvements

FSD Beta v10.11 Release Notes
Autopilot Improvements

Full Self-Driving (Beta)
Autopilot Improvements

Driving Visualization Improvements
Autopilot Improvements

**2022.4.5.4**

Request Full Self-Driving Beta
New Feature

**2022.4.5**

Save Dashcam Clips
User Interface Improvements



**Full Self-Driving (Beta)**

Full Self-Driving is in early limited access Beta and must be used with additional caution. It may do the wrong thing at the worst time, so you must always keep your hands on the wheel and pay extra attention to the road. Do not become complacent. When Full Self-Driving is enabled your vehicle will make lane changes off highway, select forks to follow your navigation route, navigate around other vehicles and objects, and make left and right turns. Use Full Self-Driving in limited Beta only if you will pay constant attention to the road, and be prepared to act immediately, especially around blind corners, crossing intersections, and in narrow driving situations.

Your vehicle is running on Tesla Vision! Note that Tesla Vision also includes some temporary limitations, follow distance is limited to 2-7 and Autopilot top speed is 80 mph.

Early Access Program | FSD Beta 10.11

**2022.4.5.15**

Full Self-Driving (Beta) Suspension
Autopilot Improvements

FSD Beta v10.11 Release Notes
Autopilot Improvements

Full Self-Driving (Beta)
Autopilot Improvements

Driving Visualization Improvements
Autopilot Improvements

**2022.4.5.4**

Request Full Self-Driving Beta
New Feature

**2022.4.5**

Save Dashcam Clips
User Interface Improvements



**Full Self-Driving (Beta) Suspension**

For maximum safety and accountability, use of Full Self-Driving (Beta) will be suspended if improper usage is detected. Improper usage is when you, or another driver of your vehicle, receive three 'Forced Autopilot Disengagements'. A disengagement is when the Autopilot system disengages for the remainder of a trip after the driver receives several audio and visual warnings for inattentiveness. Driver-initiated disengagements do not count as improper usage and are expected from the driver. Keep your hands on the wheel and remain attentive at all times. Use of any hand-held devices while using Autopilot is not allowed.