# Kim Declaration Exhibit 6

## Autosteer (Beta)

Autosteer feature is currently in Beta:

Autosteer is a driver assistance feature and does not make your vehicle autonomous. Please use it only if you will pay attention to the road, keep your hands on the steering wheel, and be prepared to take over at any time. Autosteer is designed for use on highways that have a center divider, clear lane markings, and no cross-traffic. It should not be used on highways that have very sharp turns or lane markings that are absent, faded, or ambiguous.

Autosteer is currently in Beta, which we say to encourage a higher level of vigilance. If this were a computer or mobile phone, we would not refer to it as beta, but we believe the standards are considerably higher for vehicle control and want to be clear about the proper use of Autosteer.

Please refer to the Owner's Manual for more detailed information about this feature.

Do you want to enable Autosteer while it is in Beta?

No        Yes