# Kim Declaration Exhibit 7

✕  **Full Self-Driving (Beta)**

Full Self-Driving is in early limited access Beta and must be used with additional caution. It may do the wrong thing at the worst time, so you must always keep your hands on the wheel and pay extra attention to the road. Do not become complacent.

When FSD is enabled your Model S will make lane changes off highway, select forks to follow your navigation route, navigate around other vehicles and objects, and make left and right turns.

Use FSD in limited Beta only if you will pay constant attention to the road, and be prepared to act immediately, especially around blind corners, crossing intersections, and in narrow driving situations.

☐ By enabling FSD Beta, I consent to Tesla's collection of VIN-associated image data from the vehicle's external cameras in the occurrence of a serious safety risk or a safety event like a collision.

Do you want to enable FSD while it is in limited Beta?

| No | Yes |