# Kim Declaration Exhibit 8

Please keep your hands on the wheel
Be prepared to take over at any time