# Kim Declaration Exhibit 9

