# Kim Declaration Exhibit 10

