# Kim Declaration Exhibit 11



# ⚠ Full Self-Driving (Beta) Warning

Telemetry from your vehicle indicates improper use of of FSD Beta. Keep your hands on the wheel and remain attentive at all times.

FSD Beta will no longer operate if Autopilot disables 2 additional times.

OK

