# Kim Declaration Exhibit 12

 **Full Self-Driving (Beta) Removal**

FSD Beta has been temporarily removed due to continued improper use.

The feature will be restored in approximately two weeks.

OK

