David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

|  |  |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>*[Filed concurrently with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, Declaration of Alan Schoenfeld, and Declaration of Raymond Kim]*<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom 2 – 4th floor |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC ("Defendants") respectfully request that this Court take judicial notice of the listed documents in connection with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification. The following documents were all preserved between March 27 and April 5, 2023, and were last accessed April 5, 2023:

1. **RJN 1:** Tesla web page titled "Autopilot and Full Self-Driving Capability," available at https://www.tesla.com/en_eu/support/autopilot, and attached as Exhibit A to the Declaration Of Alan Schoenfeld In Support Of Defendants' Opposition To Plaintiffs' Motion For Preliminary Injunction And Provisional Class Certification ("Schoenfeld Declaration").

2. **RJN 2:** Tesla web page titled "Your Autopilot has arrived," dated October 14, 2015, available at https://www.tesla.com/blog/your-autopilot-has-arrived, and attached as Exhibit B to the Schoenfeld Declaration.

3. **RJN 3:** Insurance Institute for Highway Safety's Highway Loss Data Institute's Bulletin Vol. 34, No. 20 (September 2017), titled "Tesla Model S driver assistance technologies," available at https://www.iihs.org/media/cb11a111-f26c-445d-a35e-afa90812bb60/gSkzrw/HLDI%20Research/Bulletins/hldi_bulletin_34.30.pdf, and attached as Exhibit C to the Schoenfeld Declaration.

4. **RJN 4:** Tesla web page titled "How Autopilot Added Years to My Life," dated February 16, 2016, available at https://www.tesla.com/customer-stories/how-autopilot-added-years-my-life, and attached as Exhibit D to the Schoenfeld Declaration.

5. **RJN 5:** Tesla web page titled "All Tesla Cars Being Produced Now Have Full Self-Driving Hardware," dated October 19, 2016, available at https://www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware, and attached as Exhibit E to the Schoenfeld Declaration.

6. **RJN 6:** Document titled "The Ultimate Tesla Autopilot Guide: How Has It Evolved Over The Years?" dated September 14, 2020, available at

1 https://insideevs.com/news/443886/tesla-autopilot-evolution-history-ultimate-guide/, and attached as Exhibit F to the Schoenfeld Declaration.

7. **RJN 7:** Document titled "Tesla starts Full Self-Driving Beta rollout, Elon Musk says it 'will be extremely slow and cautious,'" dated October 20, 2020, available at https://electrek.co/2020/10/20/tesla-full-self-driving-beta-rollout-elon-musk-slow-cautious/, and attached as Exhibit G to the Schoenfeld Declaration.

8. **RJN 8:** Document titled "Tesla invites more drivers to 'Full Self-Driving Beta' program – read the email here," dated October 12, 2021, available at https://www.cnbc.com/2021/10/12/tesla-invites-drivers-to-fsd-beta-10point2-nda-restrictions-not-included-.html, and attached as Exhibit H to the Schoenfeld Declaration.

9. **RJN 9:** Document titled "Tesla removed drivers who weren't paying attention from Full Self-Driving beta as it expands," dated March 12, 2021, available at https://electrek.co/2021/03/12/tesla-removed-drivers-werent-paying-attention-from-full-self-driving-beta/, and attached as Exhibit I to the Schoenfeld Declaration.

10. **RJN 10:** Document titled "Tesla FSD Beta (Full Self Driving) Explained," dated September 16, 2022, available at https://www.findmyelectric.com/blog/tesla-fsd-beta-full-self-driving-explained/, and attached as Exhibit J to the Schoenfeld Declaration.

11. **RJN 11:** Tesla Model Y Owner's Manual for software version 2023.6, available at https://www.tesla.com/ownersmanual/modely/en_us/, and attached as Exhibit K to the Schoenfeld Declaration.

12. **RJN 12:** Tesla web page titled "Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA," dated October 7, 2018, available at https://www.tesla.com/blog/model-3-lowest-probability-injury-any-vehicle-ever-tested-nhtsa, and attached as Exhibit L to the Schoenfeld Declaration.

13. **RJN 13:** Tesla web page titled "Model 3 earns 5-Star Safety Rating from Euro NCAP," dated July 3, 2019, available at https://www.tesla.com/blog/model-3-earns-5-star-safety-rating-euro-ncap, and attached as Exhibit M to the Schoenfeld Declaration.

14. **RJN 14:** Tesla web page titled "Tesla Model Y 2022 Safety Rating EuroNCAP," available at https://www.euroncap.com/en/results/tesla/model+y/46618, and attached as Exhibit N to the Schoenfeld Declaration.

15. **RJN 15:** Insurance Institute for Highway Safety score card for 2017-2023 Tesla Model 3, available at https://www.iihs.org/ratings/vehicle/tesla/model-3-4-door-sedan/2023, and attached as Exhibit O to the Schoenfeld Declaration.

16. **RJN 16:** Document titled "The Problem with the Tesla: Report: Obviously, the Majority of the Problems are Yours When You are the Majority of the Sample," dated September 23, 2022, available at https://governmenttechnologyinsider.com/the-problem-with-the-tesla-report-obviously-the-majority-of-the-problems-are-yours-when-you-are-the-majority-of-the-sample/, and attached as Exhibit P to the Schoenfeld Declaration.

17. **RJN 17:** Tesla tweet dated March 1, 2023, available at https://twitter.com/Tesla/status/1631044675451645952?lang=en, and attached as Exhibit Q to the Schoenfeld Declaration.

18. **RJN 18:** Tesla web page titled "Future of Driving," available at https://www.tesla.com/autopilot, and attached as Exhibit R to the Schoenfeld Declaration.

19. **RJN 19:** Document titled "Tesla FSD: Latest Update Able to Detect Cheating Devices Trying to Fool Autopilot," dated November 28, 2022, available at https://www.torquenews.com/15475/tesla-fsd-latest-update-able-detect-cheating-devices-trying-fool-autopilot, and attached as Exhibit S to the Schoenfeld Declaration.

20. **RJN 20:** Document titled National Highway Traffic Safety Administration Part 573 Safety Recall Report 23V-085, dated February 15, 2023, available at https://static.nhtsa.gov/odi/rcl/2023/RCLRPT-23V085-3451.pdf, and attached as Exhibit T to the Schoenfeld Declaration.

21. **RJN 21:** Document titled "'The Wrong Thing at the Worst Time': Tesla's Full Self-Driving Disclaimer," dated October 22, 2020, available https://www.edmunds.com/car-news/the-wrong-thing-at-the-wrong-time-tesla-full-self-driving-disclaimer.html, and attached as Exhibit U to the Schoenfeld Declaration.

22.     **RJN 22:** Tesla webpage and video titled "Autopilot | Meet Your Model Y," available at https://www.tesla.com/support/videos/watch/autopilot-meet-your-model-y, and electronically lodged with the Court as Exhibit V to the concurrently filed Schoenfeld Declaration.

23.     **RJN 23:** Tesla web page titled "Design Your Model 3," available at https://www.tesla.com/model3/design#overview, and attached as Exhibit W to the Schoenfeld Declaration.

## **ARGUMENT**

Judicial notice of the above-listed materials is proper under Federal Rule of Evidence 201(b)(2) in that their accuracy cannot reasonably be questioned, as further discussed below.

**I.    Judicial Notice Of Government Records And Reports Is Proper (RJN 20)**

Defendants seek judicial notice of a report of the National Highway Traffic Safety Administration, a government agency, that was published on its official government website (RJN 20). *See Paralyzed Veterans of Am. V. McPherson*, 2008 WL 418 3981, *5 (N.D. Cal. Sept. 9, 2008) ("Information on government agency websites … [has] often been treated as proper subjects for judicial notice."). A court may take judicial notice of "records and reports of administrative bodies." *Interstate Nat. Gas. Co. v. S. California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953); *see Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can take judicial notice of public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies." (alterations and internal quotations omitted)); *see also Sciortino v. Pepsico, Inc.*, 108 F. Supp. 3d 780, 791 n.2 (N.D. Cal. 2015) (agency documents "are judicially noticeable, because they are guidance documents issued by a public administrative body and accessed from a government website, a source whose accuracy cannot reasonably be questioned"). Accordingly, the agency report is a proper subject of judicial notice.

**II.   Judicial Notice Of Tesla's Documents Is Proper (RJN 1, 2, 4-5, 11-13, 17-18, 22-23)**

Defendants seek judicial notice of Tesla materials that include announcements and reports (RJN 2, 4-5, 12-13), informational webpages (RJN 1, 18, 22), a vehicle owner's manual (RJN 11), an order page (RJN 23), and a tweet from the official @Tesla Twitter account (RJN 17), all of

which are available from public websites. Materials on a party's website may be subject to judicial notice. *See Matthews v. Nat'l Football League Mgt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012) (taking judicial notice of statistics listed on defendant's website); *Nelson Bros. Professional Real Estate LLC v. Jaussi*, 2017 WL 8220703, *3 (C.D. Cal. Mar. 23, 2017) (taking judicial notice of statements on plaintiff's website); *Corelogic, Inc. v. Zurich Am. Ins. Co.*, 2016 WL 4698902, *1 n.2 (N.D. Cal. Sep. 8, 2016) (same). The materials from Tesla's websites are subject to judicial notice because they are publicly accessible and what statements are made there is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Perkins v. LinkedIn Corp.*, 53 F.Supp.3d 1190, 1204 (N.D. Cal. June 12, 2014) (taking judicial notice of publicly accessible websites). Accordingly, Tesla's website materials are proper subjects of judicial notice.

### III. Judicial Notice Of News Articles Is Proper (RJN 6-10, 14, 16, 19, 21)

Defendants seek judicial notice of several public news articles concerning matters relevant to this litigation (RJN 6-10, 14, 16, 19, 21). These articles were published and publicly disseminated and are a matter generally known in California and subject to accurate and ready determination. *See In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d 980, 1009 (N.D. Cal. 2020) (taking judicial notice of news articles because they are publicly available documents, available on publicly accessible websites, and capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned); *see also Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458-459 (9th Cir. 1995) (a court may take judicial notice of facts reported in newspaper articles where those facts were generally known within the local jurisdiction or were capable of a sufficiently accurate and ready determination); *Dockray v. Phelps Dodge Corp.*, 801 F.2d 1149, 1153 (9th Cir. 1986) (taking judicial notice of several major newspaper articles concerning labor disputes); *Diaz v. Intuit, Inc.*, 2018 WL 2215790, at *3 (N.D. Cal. May 15, 2018) ("Publicly accessible websites and news articles are proper subjects of judicial notice."). Accordingly, the news articles are proper subjects of judicial notice.

## IV. Judicial Notice Of Academic Studies Is Proper (RJN 3, 15)

Defendants seek judicial notice of two academic studies discussing the safety of Tesla's vehicles (RJN 3, 15). A court may take judicial notice of any website that is publicly available, accessible, and capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. *See In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d at 1009; *see also Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-999 (9th Cir. 2010). These studies are publicly available on publicly accessible websites, and their contents are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned. Accordingly, the studies are proper subjects of judicial notice.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that the Court grant this Request for Judicial Notice.

Respectfully submitted,

Dated: April 5, 2023

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Alan Schoenfeld*
Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed the above document and supporting documents with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: April 5, 2023          By:   */s/ Alan Schoenfeld*
                              Alan Schoenfeld