1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294

9  Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG |
|---|---|
| | **NOTICE OF MANUAL FILING OF EXHIBIT V TO THE DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| | Hon. Haywood S. Gilliam, Jr. |
| | Date: June 29, 2023 |
| | Time: 2:00 p.m. |
| | Courtroom 2 – 4th floor |

# MANUAL FILING NOTIFICATION

Regarding Exhibit V to the Declaration Of Alan Schoenfeld In Support Of Defendants' Opposition To Plaintiffs' Motion For Preliminary Injunction And Provisional Class Certification:

This filing is in physical form only and is being maintained in the case file in the Clerk's office.

For information on retrieving this filing directly from the Court, please see the Court's main web site at https://www.cand.uscourts.gov, under Frequently Asked Questions (FAQ).

The contents of this filing were served on Counsel for Plaintiffs by File Transfer Protocol (FTP) on April 5, 2023.

This filing was not e-filed for the following reason(s):

- ☐ Voluminous Document (PDF file size larger than the efiling system allows)
- ☐ Unable to Scan Documents
- ☐ Physical Object (description): _____
- ☒ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
- ☐ Item Under Seal in Criminal Case
- ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53).
- ☐ Other (description): _____

Respectfully submitted,

Dated: April 5, 2023

WILMER CUTLER PICKERING
    HALE AND DORR LLP

By:  /s/ Alan Schoenfeld
       Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed the above document and supporting documents with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Dated: April 5, 2023                              By:   /s/ Alan Schoenfeld
                                                         Alan Schoenfeld