| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG |
| | **SUPPLEMENTAL DECLARATION OF JULIE L. FIEBER IN SUPPORT OF PLAINTIFFS' REPLY ON MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| *This Filing Relates To All Actions* | Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Supplemental Declaration of Julie L. Fieber ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

I, Julie L. Fieber, hereby state, under the penalty of perjury, as follows:

1. I am a partner at the law firm of Cotchett, Pitre & McCarthy, LLP. I have personal knowledge of the matters set forth herein based on personal knowledge and my active supervision of and participation in the matters discussed below. If called upon, I could and would testify competently thereto.

2. This supplemental declaration is filed in support of the accompanying Reply on Motion for Preliminary Injunction and Provisional Class Certification ("Motion"), which seeks preliminary injunctive relief, provisional class certification, and appointment of Cotchett, Pitre & McCarthy, LLP, Bottini & Bottini, Inc. and Casey Gerry Schenk Francavilla Blatt & Penfield, LLP as provisional class counsel.

3. Attached hereto as **Exhibit L** is a true and correct copy of the Declaration of Dion Foreman in support of the Reply on Motion.

4. Attached hereto as **Exhibit M** is a true and correct copy of the Declaration of William B. Wiley in support of the Reply on Motion.

5. Attached hereto as **Exhibit N** is a true and correct copy of the Declaration of Christopher Mallow in support of the Rely on Motion.

6. Attached hereto as **Exhibit O** is a true and correct copy of the Declaration of Jazmin Imaguchi in support of the Reply on Motion.

7. Attached hereto as **Exhibit P** is a true and correct copy of the Declaration of Victor Valdovinos in support of the Reply on Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of April 2023, in the State of California.

                                          ___*/s/ Julie L. Fieber*_____
                                          JULIE L. FIEBER

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Supplemental Declaration of Julie Fieber ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG    1

## SIGNATURE ATTESTATION

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Declaration of Julie L. Fieber in Support of Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification. In Compliance with Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: April 12, 2023

By: */s/ Frank M. Pitre*
Frank M. Pitre

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Supplemental Declaration of Julie Fieber ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2