# EXHIBIT L

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF DION FOREMAN IN SUPPORT OF PLAINTIFFS' REPLY ON MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

`

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

Declaration of Dion Foreman ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

I, Dion Foreman, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of Plaintiffs' Reply Brief on their Motion for Preliminary Injunction filed therein. I am a resident of Arizona. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so. I previously submitted a Declaration dated March 20, 2023, in support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 42-14]. I submit this Declaration to address some issues raised in Defendants' Opposition Brief.

2. As explained in my first declaration, I leased a model year 2020 Tesla Model 3, equipped with the Full Self Driving Beta ("FSD") option in December 2019. In November 2022, I purchased a pre-owned 2022 Tesla Model Y with Autopilot and an FSD subscription costing $199 per month. I have used the FSD option with both of these Tesla vehicles.

3. I understand that Tesla has made representations in its Opposition papers concerning the warnings and disclaimers about the FSD technology provided to its customers.

4. My recollection is that when I was initially looking into purchasing a Tesla and reviewing Tesla's website, there were statements about the FSD system, such as keeping hands on the wheel and eyes on the road, but I do not recall anything prominent. I thought of these as typical boilerplates added by lawyers. Based upon media statements by Mr. Musk, my understanding was that the technology was so advanced, the cars would be able to completely drive themselves within a year or so.

5. After I had leased my first Tesla, I rarely visited the Tesla website. In fact, I only remember doing so once, when I had some confusion about the FSD's capabilities and went to the website to try and determine more about what it could do. Frankly I did not find it very helpful.

6. I understand that Tesla claims that before a customer can purchase a Tesla through its website, he must visit a webpage explaining that the currently enabled features require active driver supervision and do not make the vehicle autonomous. I do not recall seeing any such page when I was going through the process of leasing or purchasing either of my Teslas. I do recall that when I was entering into the lease for my first Tesla, there was a menu on the right side of the screen where I selected the options I wanted on the car, and then on the left side of the screen I could watch an

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Dion Foreman ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

animation of the car being assembled. I do not recall being directed to any separate page when I chose FSD as an option on my vehicle.

7. I do recall that after I first leased my Tesla Model 3, the salesman sent me some links to training videos, which I reviewed. I do not recall any specific warnings in those videos about limitations of the FSD system, or the need to stay constantly at the ready to act when the FSD system was engaged.

8. I do recall that when I first activated the FSD system, there was a screen with general statements, such as keeping eyes on the road and hands on the wheel. I recall this as being in lighter colored, small-sized font located next to a click box at the bottom of the page, where I was to acknowledge having seen the statement.

9. After activation, every time I would engage the FSD system there would be a small box that came up on the vehicle screen indicating that AutoPilot was engaged and that I must keep my hands on the wheel and eyes on the road. That message would stay on the screen perhaps 2 seconds. There was no checkbox or anything that required me to acknowledge having seen or read the warning. As I recall it just cleared automatically.

10. Tesla does not provide a hard copy of the owner's manual with its vehicles. There is an electronic version which I actually read through. Any statements it contained regarding the limits of the FSD system were not made prominent.

11. I have experienced the warnings that come up when you drive with the FSD system engaged and take your hands off the wheel. In my experience, there is no visual or audible alarm to put your hands back on the wheel for the first approximately 20 seconds. After that, a small message appears on the vehicle screen. If you still have not returned your hands to the wheel, after approximately another 10 seconds an audible alarm will begin to sound and the screen will begin flashing, initially with the blue banner, then a red banner if you still have not put your hands on the wheel.

12. A couple of times I did experience having the FSD system automatically disengage while I was driving. Once I had stopped and then restarted the car, I could reengage the FSD system. One occasion was while I was driving on the freeway and another car started to come into my lane.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Dion Foreman ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

1  Alarms sounded, the FSD system disengaged, and I had to take over driving. On another occasion, I
2  was driving with the FSD system engaged and went to change lanes. The FSD system was unable to
3  execute the lane switch, so I took the wheel to complete it, and in response the alarm sounded and the
4  FSD system disengaged.

5        13.     Periodically, Tesla has sent me online software updates for my cars. In the first 18
6  months that I owned my 2020 Model 3, I remember getting software updates but there were no
7  release notes explaining what changes had been made -- not on the app or on my phone or in the car.
8  Later, after maybe the first 18 months to 2 years, I remember that the software updates started to be
9  accompanied by release notes that would appear on my vehicle touchscreen. Those release notes
10 would be short, typically a line or two identifying the changes made for each component updated.
11 Typically, no more than 5 components were updated at a time, so it was rare for the release notes for
12 an update to fill more than one screen. In my experience, updates could come as frequently as twice a
13 week, but sometimes only once a month. When an update issued, I recall there being an "X" for me to
14 check at the top of the screen, which would clear the update. Later, Tesla began requiring that I scroll
15 through the text of the update to clear it from the screen.

16       14.     Both of my Teslas had driver facing cameras. If I looked down while in FSD mode, I
17 would get a message on the screen to pay attention, in the form of a small flashing black box. I do not
18 recall any audible warning.

19       15.     I have experienced the phenomena of so-called "phantom breaking" probably 15 times
20 with my Model 3. "Phantom braking" refers to the Tesla's automatic braking system suddenly
21 engaging for no apparent reason, including while I was operating the vehicle at freeway speeds. I
22 could never understand what triggered the car to brake like that. Sometimes it happened when there
23 was not even another car nearby. I found the experience terrifying when it happened.

24       16.     Today, I still have not received any notice from Tesla about the February 2023
25 NHTSA recall related to the FSD system. To my knowledge, I also have not received any software
26 updates where the release notes indicated they were related to that recall.
27 / / /
28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Dion Foreman ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG     3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2023 in Phoenix, Arizona.

_____
Dion Foreman