# EXHIBIT M

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF WILLIAM B. WILEY IN SUPPORT OF PLAINTIFFS' REPLY FOR MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration of William B. Wiley ISO Plaintiffs' Reply for Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

I, <u>William B. Wiley,</u> hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of the Motion for Preliminary Injunction filed therein. I reside in San Francisco, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so. I previously submitted a Declaration dated March 20, 2023, in support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 42-18]. I submit this Declaration to address some issues raised in Defendants' Opposition Brief.

2. As I explained in my first Declaration, I bought a new Tesla Model 3 equipped with the Full Self Driving ("FSD") option in July 2020.

3. Prior to that purchase, when I was online researching whether to make the purchase, I recall seeing statements about drivers needing to keep their hands on the wheel. However, I do not recall anything explaining that the car was not actually fully self-driving. I understand that Tesla has represented that anyone purchasing a Tesla through its website would be directed to a webpage which explained that the currently enabled features require active driver supervision and do not make the vehicle autonomous. I do not recall ever seeing such a webpage during my purchase.

4. When I took delivery of my car, I remember being provided with introductory videos about vehicle features, but I never watched them. I had already done a lot of research about the vehicle and FSD and decided that, at that point, the best way to learn about the FSD system would be through actually using it.

5. There was no owner's manual per se provided with the car. Instead, you could submit a query about the vehicle through the vehicle touchscreen, and the touchscreen would then display <u>information</u> in response. As a result, it was impractical to read the manual in its entirety. If there were warnings in the manual about the FSD system, or explanations of what it could or could not do, I did not see those.

6. I do not recall if, the first time I activated the FSD system on my Tesla, I was required to read through any warnings about using the system. I did know that I needed to keep my hands on the wheel when the FSD was activated. If I took them off, after about 20 seconds I would get a visual

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of William B. Wiley ISO Plaintiffs' Reply for Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

warning. If I still did not put my hands back on the wheel, after about 10 more seconds, there would be an audible warning.

7. I have routinely received software updates for my Tesla approximately once every 2 or 3 months. These updates would be accompanied by text that appeared on the vehicle touchscreen and generally filled up much or all of the screen. There might have been some explanation in that text of what was being changed with the update, but I do not recall that. Nor do I recall being required to scroll through them or having to manually close out of the screens related to the software updates.

8. There have been a couple of times when my car was in FSD mode, and it suddenly applied the brakes very hard for no apparent reason. One time this occurred when I was on the Golden Gate Bridge and another car drifted close to my lane. Another time it happened when I was driving south on Highway 101 towards Burlingame, California. Both times it was terrifying, I was afraid I would be rear-ended.

9. I have not received any notice from Tesla related to the February 2023 NHTSA recall related to the FSD system. To my knowledge, my car has not received any software update related to that recall either.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 11, 2023, in San Francisco, California.



William B. Wiley

Declaration of William B. Wiley ISO Plaintiffs' Reply for Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP