# EXHIBIT N

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF CHRISTOPHER MALLOW IN SUPPORT OF PLAINTIFFS' REPLY ON MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Date:<br>Time:<br>Courtroom 2 – 4th Floor<br><br>Consolidated Am. Complaint filed: Oct. 28, 2022 |

I, <u>Christopher Mallow</u>, hereby declare as follows:

1. I am a named plaintiff and putative class action member in the above-referenced action, and I submit this declaration in support of Plaintiffs' Reply on their Motion for Preliminary Injunction filed therein. I am a resident of Boca Raton, Florida. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so. I previously submitted a Declaration dated March 14, 2023, in support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 42-12]. I submit this Declaration in response to issues raised by Tesla in their Opposition Brief.

2. As previously stated, in or about November 2019, I purchased a new Tesla Model 3 and paid an additional $7,000 above the vehicle's base price for the Full Self-Driving Capability package ("FSD").

3. I am aware that Telsa, in their Opposition Brief, claim that they provided Tesla owners with sufficient disclaimers and warnings about the self-driving technology. This is confusing to me because they also claim to have some of the highest safety ratings, which would seem to indicate that there isn't a need for numerous disclaimers and warnings.

4. Prior to purchasing my Tesla, I may have looked at Tesla's website but do not recall seeing disclaimers about the use of Autopilot or FSD. If the disclaimers were present, they were not conspicuous such that I recall seeing them. After purchasing my Tesla, I visited Tesla's website to obtain information about the vehicle's range. Again, I do not recall see disclaimers about Autopilot or FSD.

5. I was never informed by Tesla that there were training videos depicting proper FSD driving techniques that tell viewers that they must be fully attentive and keep their hands on the wheel at all times while driving regardless of what features are active.

6. When engaging Autopilot or FSD, I do receive warnings about keeping my hands on the wheel and that Autopilot or FSD may disengage or be suspended for not doing so. The warning flashes across the screen and it's very distracting. There have been many occasions when I have received the warning, but the vehicle failed to detect that my hands were in fact on the wheel. As a result, I have had to jiggle the wheel in an attempt to alert the vehicle that I'm in compliance. It's a

Declaration of Christopher Mallow ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

1  safety risk to move the wheel too much while the car is in motion in order for the vehicle sensors to
2  detect my hands on the wheel.
3        7.      My vehicle has a driver-facing camera, but I have never received a notification
4  indicating that I'm not paying sufficient attention while driving.
5        8.      While in Autopilot or FSD mode, I have experienced phantom braking on numerous
6  occasions. On my drive to work I routinely experienced phantom braking in the same locations on the
7  freeway. There was no reason for the car to unexpectedly brake in these locations.
8        9.      I understand that Tesla has issued a recall involving FSD. I have not received
9  notification about the recall and I'm not aware of recent software updates related to the recall. I
10 believe the last recall notification I received from Tesla involved a trunk harness.
11       I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct. Executed on April 11, 2023, in Boca Raton, Florida.


Christopher Mallow (Apr 11, 2023 19:23 EDT)

Christopher Mallow