# EXHIBIT O

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF JAZMIN IMAGUCHI IN SUPPORT OF PLAINTIFFS' REPLY ON MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, <u>Jazmin Imaguchi</u>, hereby declare as follows:

1.      I am a named plaintiff and putative class action member in the above-referenced action, and I submit this declaration in support of Plaintiffs' Reply Brief on their Motion for Preliminary Injunction filed therein. I am a resident of Orange, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so. I previously submitted a Declaration dated March 14, 2023, in support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 42-10].

2.      As explained in my original declaration, in or about September 2018, I purchased a new 2018 Tesla Model 3 equipped with the Enhanced Autopilot option. Approximately two years later, in or about June 2020, I received an email from Tesla to upgrade to FSD for $3,000.00.

3.      I understand that Tesla has asserted in its Opposition Brief that it provided warnings and disclaimers to Tesla owners about FSD.

4.      Prior to purchasing my Tesla, I reviewed Tesla's website. At that time, I was not contemplating the purchase of FSD and did not read any warnings or disclaimers about it. I don't recall seeing any on their website either. As stated above, two years after purchasing my Tesla, I received an email offer from Tesla to purchase FSD for $3,000.00. I don't recall seeing any disclaimers or warnings included in the offer. I reached out to the Tesla salesperson who sold me my vehicle and asked about upgrading to FSD. He told me to upgrade using the Tesla application instead of upgrading on Tesla's website. I do not recall seeing disclaimers or warnings on the application.

5.      I was not aware that Tesla provided training videos on their website depicting proper FSD driving techniques that instruct viewers that they must be fully attentive and keep their hands on the wheel at all times while driving regardless of what features are active.

6.      My Tesla was delivered to me by a Tesla employee who provided me with an owner's manual. I briefly looked at the owner's manual when I needed a specific tool to replace a tire. However, I did not review it in its entirety and did not see disclaimers or warnings about FSD.

7.      When FSD is engaged, I receive an audible notification. In addition, I hear an audible and see visual warnings about keeping my hands on the wheel. Prior to upgrading to FSD, I did not

1   receive these warnings. I pay close attention to these warnings because I don't want to lose a service

2   that I paid for.

3        8.      Since owning my Tesla, I have received software updates with release notes, which I

4   read. I don't recall information in the release notes about FSD disclaimers or warnings.

5        9.      On a few occasions, when driving in FSD mode, I have received notifications of

6   disengagement and that FSD will be restored on my next trip. However, the disengagement was not

7   due to any conduct on my part. It was due to low visibility or poor conditions detected.

8        10.     My Tesla is equipped with a driver-facing camera, but I was unaware that one of its

9   purposes is to monitor whether I'm paying attention to the road while driving. I have never received a

10  warning or notification based on input from the camera.

11       11.     As stated in my prior declaration, I have also experienced sudden braking on a number

12  of occasions, causing me to frequently override the FSD system, which automatically turns it off.

13       12.     To date, I have not received notice from Tesla about the FSD recall. I don't believe I

14  have received any communications from Tesla indicating they have a software update to fix any

15  issues related to FSD.

16       I declare under penalty of perjury under the laws of the United States of America that the

17  foregoing is true and correct. Executed on April 11, 2023, in Orange, California.



Jazmin Estrada (Apr 11, 2023 21:17 PDT)

Jazmin Imaguchi