# EXHIBIT P

FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF VICTOR VALDOVINOS IN SUPPORT OF PLAINTIFFS' REPLY ON MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |

I, Victor Valdovinos, hereby declare as follows:

1. I am a putative class action member in the above-referenced action, and I submit this declaration in support of Plaintiffs' Reply Brief on their Motion for Preliminary Injunction filed therein. I am a resident of Carlsbad, California. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so. I previously submitted a Declaration dated March 21, 2023, in support of Plaintiffs' Motion for Preliminary Injunction [ECF No. 42-17]. I submit this Declaration in response to issues raised by Tesla in their Opposition Brief.

2. As previously stated, in or about August 2021, I purchased a new Tesla Model Y Long Range equipped with the Full Self-Driving Capability ("FSD") option. I paid $10,000 for the FSD option.

3. In Tesla's Opposition Brief, I understand they raised issues related to disclaimers and warnings about Autopilot or FSD that they provided to Tesla owners.

4. Prior to purchasing my Tesla with FSD, I likely visited their website, but do not recall seeing disclaimers or warnings about using the technology. It's possible the disclaimers and warnings existed but they do not stick out in my mind.

5. At the time of purchase, a Tesla employee provided me with an access card and a document indicating that I received the vehicle. I do not recall receiving disclaimers or warnings at that time either. The Tesla employee did not provide an explanation of how to use the various functions on the vehicle, including Autopilot or FSD. They also did not provide me with an owner's manual, nor was I told where I could find one. I eventually located the owner's manual on the interactive screen as I was scrolling through applications but did not read it.

6. Since purchasing my vehicle, I was never informed that Tesla has training videos on their website that depict proper FSD driving techniques and have never watched them.

7. When using FSD mode, I have heard audible and received visual warnings on the interactive screen about keeping my hands on the wheel.

8. My Tesla has a driver-facing camera, but I have never received a notice saying that I'm not paying attention. I wasn't aware I would receive such notice as a result of the camera monitoring me.

Declaration of Victor Valdovinos ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

9. As stated in my previous declaration, I have experienced sudden braking and/or the vehicle slows down on vertical curves on the freeway. This has occurred approximately 20% of the time I have driven the Tesla. It also suddenly brakes when a big rig is in an adjacent lane.

10. To my knowledge, I have not received notice from Tesla about the February recall regarding FSD. Similarly, I'm not aware of any communication from Tesla indicating a software update has fixed FSD issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2023, in Carlsbad, California.

*Victor Valdovinos*

Victor Valdovinos

Declaration of Victor Valdovinos ISO Plaintiffs' Reply on Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2