| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG |
| | **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION** |
| *This Filing Relates To All Actions* | Judge: Hon. Haywood S. Gilliam, Jr. |
| | Date:  June 29, 2023 |
| | Time:  2:00 p.m. |
| | Room: Courtroom 2, 4th Floor |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs Thomas J. LoSavio, Brenda T. Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi ("Plaintiffs") respectfully request that this Court take judicial notice of the listed documents in connection with Plaintiffs' Reply to Motion for Preliminary Injunction and Provisional Class Certification. The following documents were all accessed and downloaded on April 12, 2023, unless otherwise stated:

1. **RJN 116:** Manual published by the U.S. Department of Transportation, Federal Aviation Administration, published in 2016, titled "Pilot's Handbook of Aeronautical Knowledge," excerpted, from the original 524 pages, to contain the cover page and Chapter 2, which contains the language cited to in Plaintiffs' Reply Brief ("Reply"), available at https://www.faa.gov/sites/faa.gov/files/2022-03/pilot_handbook.pdf, and attached as Exhibit 116 to the concurrently filed Declaration of Andrew F. Kirtley in support of Plaintiffs' Reply Brief ("Kirtley Declaration").

2. **RJN 117:** U.S. Department of Transportation, Federal Aviation Administration, Office of Inspector General Audit Report, issued on January 7, 2016, titled "Enhanced FAA Oversight Could Reduce Hazards Associated With Increased Use Of Flight Deck Automation," available at https://www.oig.dot.gov/sites/default/files/FAA%20Flight%20Decek%20Automation_Final%20Report%5E1-7-16.pdf, and attached as Exhibit 117 to the concurrently filed Kirtley Declaration.

3. **RJN 118:** Manual published by the U.S. Department of Transportation, Federal Aviation Administration, published in 2021, titled "Airplane Flying Handbook," excerpted, from the original 406 pages, to contain the cover page and Chapter 13, which contains the language cited to in Plaintiffs' Reply, available at https://www.faa.gov/sites/faa.gov/files/regulations_policies/handbooks_manuals/aviation/airplane_handbook/00_afh_full.pdf, and attached as Exhibit 118 to the concurrently filed Kirtley Declaration.

4. **RJN 119:** CHP-Oakland Facebook post, published on May 11, 2021, available at https://www.facebook.com/568549349856444/posts/4223301981047811/?d=n, and attached as Exhibit 119 to the concurrently filed Kirtley Declaration.

5. **RJN 120:** Manual published by the U.S. Department of Transportation, Federal Aviation Administration, published on June 17, 2021, titled "Aeronautical Information Manual,"

LAW OFFICES COTCHETT, PITRE & MCCARTHY, LLP

Plaintiffs' RJN ISO Reply to Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

1

excerpted, from the original 827 pages, to contain the cover page, Chapter 10, and the Pilot/Controller Glossary, which contains the language cited to in Plaintiffs' Reply, available at https://www.faa.gov/air_traffic/publications/media/aim_bsc_w_chg_1_2_and_3_dtd_11-03-22.pdf, and attached as Exhibit 120 to the concurrently filed Kirtley Declaration.

6. **RJN 121:** National Highway Traffic Safety Administration ("NHTSA") Safety Issue Complaints for the 2023 Tesla Model 3, pages 1 – 35 are complaints shown when filtering by "Forward Collision Avoidance," and page 36 is a complaint shown when filtering by "Vehicle Speed Control," available at https://www.nhtsa.gov/vehicle/2023/TESLA/MODEL%2525203#complaints361, and attached as Exhibit 121 to the concurrently filed Kirtley Declaration.

7. **RJN 122:** NHTSA ODI Resume, dated February 16, 2022, available at https://static.nhtsa.gov/odi/inv/2022/INOA-PE22002-4385.PDF, and attached as Exhibit 122 to the concurrently filed Kirtley Declaration.

8. **RJN 123:** NHTSA letter to Eddie Gates, Director, Field Quality of Tesla, dated October 12, 2021, available at https://static.nhtsa.gov/odi/inv/2021/INIM-PE21020-85573P.pdf, and attached as Exhibit 123 to the concurrently filed Kirtley Declaration.

9. **RJN 124:** The New York Times article titled "A Worry for Some Pilots: Their Hands-On Flying Skills Are Lacking," published on March 14, 2019, available at https://www.nytimes.com/2019/03/14/business/automated-planes.html, and attached as Exhibit 124 to the concurrently filed Kirtley Declaration.

10. **RJN 125:** CBS NEWS Bay Area article titled "UPDATE: CHP Announce Arrest of Man Who Rode in Back Seat of Driverless Tesla Across Bay Bridge," published on May 12, 2021, available at https://www.cbsnews.com/sanfrancisco/news/driverless-tesla-backseat-arrest-param-sharma/, and attached as Exhibit 125 to the concurrently filed Kirtley Declaration.

11. **RJN 126:** The Verge article titled "US releases new driver-assist crash data, and surprise, it's mostly Tesla," published on June 15, 2022, available at https://www.theverge.com/2022/6/15/23168088/nhtsa-adas-self-driving-crash-data-tesla, and attached as Exhibit 126 to the concurrently filed Kirtley Declaration.

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Plaintiffs' RJN ISO Reply to Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

2

12.     **RJN 127:** CBS NEWS article titled "U.S. safety regulators receive over 750 complaints of Teslas braking for no reason," published on June 3, 2022, available at https://www.cbsnews.com/news/tesla-phantom-braking-nhtsa-750-complaints/, and attached as Exhibit 127 to the concurrently filed Kirtley Declaration.

13.     **RJN 128:** Associated Press News article titled "US probes crash involving Tesla that hit student leaving bus," published on April 7, 2023, available at https://apnews.com/article/tesla-school-bus-student-hurt-firetruck-d282a5dd63874f22f5e1a6fc8168801b, and attached as Exhibit 128 to the concurrently filed Kirtley Declaration.

14.     **RJN 129:** U.S. News article titled "U.S. Opens Safety Probe Into Tesla That Struck Student in North Carolina," published on April 7, 2023, available at https://www.usnews.com/news/top-news/articles/2023-04-07/u-s-opens-safety-probe-into-tesla-that-struck-student-in-north-carolina, and attached as Exhibit 129 to the concurrently filed Kirtley Declaration.

**ARGUMENT**

Judicial notice of the above-listed materials is proper pursuant to Federal Rule of Evidence 201(b)(2) in that their accuracy cannot reasonably be questioned, as further discussed below.

**I.      RJNs 116-123: Judicial Notice of Government Records, Reports, and Court Filings are Proper**

A court may take judicial notice of "records and reports of administrative bodies." *Interstate Nat. Gas Co. v. S. California Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953); *see also Gerritsen v. Warner Bros. Entm't Inc.*, 112 F.Supp.3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can take judicial notice of public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies.") (alterations and internal quotations omitted); *see Sciortino v. Pepsico, Inc.*, 108 F.Supp.3d 780, 791 n.2 (N.D. Cal. 2015) (agency documents "are judicially noticeable, because they are guidance documents issued by a public administrative body and accessed from a government website, a source whose accuracy cannot reasonably be questioned"). Here, Plaintiffs seek judicial notice of several documents published by government agencies such as manuals published by the FAA (RJNs 116, 118, 120), complaints posted

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' RJN ISO Reply to Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

3

on the NHTSA website (RJNs 121), NHTSA reports and correspondence (RJNs 122-123), a report published by the FAA Office of Inspector General (RJN 117), and a CHP Facebook post (RJN 119). These documents are the proper subject of judicial notice as they are publicly available on government websites or posted by government agencies. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (judicial notice of information displayed on school district website); *see also Paralyzed Veterans of Am. v. McPherson*, No. C 06-4670 SBA, 2008 WL 4183981, *5 (N.D. Cal. Sept. 9, 2008) ("[I]nformation on government agency websites … have often been treated as proper subjects for judicial notice."); *see Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can take judicial notice of public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies." (alterations and internal quotations omitted)). Accordingly, these documents are proper subjects of judicial notice.

**II.     RJNs 124-129: Judicial Notice of the News Articles are Proper**

A court may also take judicial notice of facts reported in newspaper articles where those facts were generally known within the local jurisdiction or were capable of a sufficiently accurate and ready determination. *See Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458–59 (9th Cir.1995) (court took judicial notice of a newspaper article reporting layoffs as a matter generally known in Southern California and subject to accurate and ready determination); *see also Dockray v. Phelps Dodge Corp.*, 801 F.2d 1149, 1153 (9th Cir. 1986) (the court took notice of several major newspaper articles concerning labor disputes). Here, Plaintiffs seek judicial notice for several news articles published by highly popular and reputable sources with each concerning the matters in the complaint. These articles were published and publicly disseminated, and are a matter generally known in California and subject to accurate and ready determination. *See In re Facebook, Inc. Sec. Litig.*, 477 F. Supp. 3d at 1009 (court took notice of news articles as they are "publicly available documents, available on publicly accessible websites, they are capable of accurate and ready determination from sources whose accuracy cannot reasonably be questioned, and are thus subject to judicial notice."); *see also Ritter*, 58 F.3d at 458–59. Accordingly, the news articles are all proper subjects of judicial notice.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiffs' RJN ISO Reply to Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

4

# CONCLUSION

For all the foregoing reasons, Plaintiffs respectfully request that the Court grant this Request for Judicial Notice.

Respectfully submitted,

Dated: April 12, 2023

**COTCHETT, PITRE & McCARTHY, LLP**

By: */s/ Frank M. Pitre*
   FRANK M. PITRE
   JULIE L. FIEBER
   NABILAH A. HOSSAIN
   ANDREW F. KIRTLEY

*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Plaintiffs' RJN ISO Reply to Motion for Preliminary Injunction and Provisional Class Certification; Case No. 4:22-cv-05240-HSG

5