| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>*This Filing Relates To All Actions* | Case No. 4:22-cv-05240-HSG<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW F. KIRTLEY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND PROVISIONAL CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date:  June 29, 2023<br>Time:  2:00 p.m.<br>Room: Courtroom 2, 4th Floor |

I, **ANDREW F. KIRTLEY**, declare as follows:

1. I am a senior associate with the law firm of Cotchett, Pitre & McCarthy, LLP, counsel of record for Plaintiffs Thomas J. LoSavio, Brenda T. Broussard, Dominick Battiato, Christopher Mallow, and Jazmin Imaguchi ("Plaintiffs") in this action. I submit this supplemental declaration in support of Request for Judicial Notice to Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Provisional Class Certification ("Reply"). I make this declaration of my own personal knowledge and, if called to testify as a witness, could and would testify competently to the matters stated herein.

2. The following documents were all accessed and downloaded on April 12, 2023, unless otherwise stated.

3. Attached hereto as **Exhibit 116** is a true and correct copy of a manual published by the U.S. Department of Transportation, Federal Aviation Administration, published in 2016, titled "Pilot's Handbook of Aeronautical Knowledge," excerpted, from the original 524 pages, to contain the cover page and Chapter 2, which contains the language cited to in Plaintiffs' Reply, available at https://www.faa.gov/sites/faa.gov/files/2022-03/pilot_handbook.pdf.

4. Attached hereto as **Exhibit 117** is a true and correct copy of the U.S. Department of Transportation, Federal Aviation Administration, Office of Inspector General Audit Report, issued on January 7, 2016, titled "Enhanced FAA Oversight Could Reduce Hazards Associated With Increased Use Of Flight Deck Automation," available at https://www.oig.dot.gov/sites/default/files/FAA%20Flight%20Decek%20Automation_Final%20Report%5E1-7-16.pdf.

5. Attached hereto as **Exhibit 118** is a true and correct copy of a manual published by the U.S. Department of Transportation, Federal Aviation Administration, published in 2021, titled "Airplane Flying Handbook," excerpted, from the original 406 pages, to contain the cover page and Chapter 13, which contains the language cited to in Plaintiffs' Reply, available at https://www.faa.gov/sites/faa.gov/files/regulations_policies/handbooks_manuals/aviation/airplane_handbook/00_afh_full.pdf.

6. Attached hereto as **Exhibit 119** is a true and correct copy of a CHP-Oakland Facebook

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Supplemental Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification;
Case No. 4:22-cv-05240-HSG

1

1  post, published on May 11, 2021, available at

2  https://www.facebook.com/568549349856444/posts/4223301981047811/?d=n.

3      7.    Attached hereto as **Exhibit 120** is a true and correct copy of a manual published by the

4  U.S. Department of Transportation, Federal Aviation Administration, published on June 17, 2021,

5  titled "Aeronautical Information Manual," excerpted, from the original 827 pages, to contain the

6  cover page, Chapter 10, and the Pilot/Controller Glossary, which contains the language cited to in

7  Plaintiffs' Reply, available at https://www.faa.gov/air_traffic/publications/media/aim_bsc_w_chg_1_

8  2_and_3_dtd_11-03-22.pdf.

9      8.    Attached hereto as **Exhibit 121** is a true and correct copy of the National Highway

10 Traffic Safety Administration ("NHTSA") Safety Issue Complaints for the 2023 Tesla Model 3, pages

11 1 – 35 are complaints shown when filtering by "Forward Collision Avoidance," and page 36 is a

12 complaint shown when filtering by "Vehicle Speed Control," available at

13 https://www.nhtsa.gov/vehicle/2023/TESLA/MODEL%2525203#complaints361, and attached as

14 Exhibit 121 to the concurrently filed Kirtley Declaration.

15     9.    Attached hereto as **Exhibit 122** is a true and correct copy of a NHTSA ODI Resume,

16 dated February 16, 2022, available at https://static.nhtsa.gov/odi/inv/2022/INOA-PE22002-4385.PDF.

17     10.    Attached hereto as **Exhibit 123** is a true and correct copy of a NHTSA letter to Eddie

18 Gates, Director, Field Quality of Tesla, dated October 12, 2021, available at

19 https://static.nhtsa.gov/odi/inv/2021/INIM-PE21020-85573P.pdf.

20     11.    Attached hereto as **Exhibit 124** is a true and correct copy of the New York Times

21 article titled "A Worry for Some Pilots: Their Hands-On Flying Skills Are Lacking," published on

22 March 14, 2019, available at https://www.nytimes.com/2019/03/14/business/automated-planes.html.

23     12.    Attached hereto as **Exhibit 125** is a true and correct copy of a CBS NEWS Bay Area

24 article titled "UPDATE: CHP Announce Arrest of Man Who Rode in Back Seat of Driverless Tesla

25 Across Bay Bridge," published on May 12, 2021, available at https://www.cbsnews.com/sanfrancisco

26 /news/driverless-tesla-backseat-arrest-param-sharma/.

27     13.    Attached hereto as **Exhibit 126** is a true and correct copy of the Verge article titled

28 "US releases new driver-assist crash data, and surprise, it's mostly Tesla," published on June 15,

LAW OFFICES
Cotchett, Pitre &
McCarthy, LLP

Supplemental Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs'
Motion for Preliminary Injunction and Provisional Class Certification;
Case No. 4:22-cv-05240-HSG

2

1  2022, available at https://www.theverge.com/2022/6/15/23168088/nhtsa-adas-self-driving-crash-data-tesla.

14. Attached hereto as **Exhibit 127** is a true and correct copy of a CBS NEWS article titled "U.S. safety regulators receive over 750 complaints of Teslas braking for no reason," published on June 3, 2022, available at https://www.cbsnews.com/news/tesla-phantom-braking-nhtsa-750-complaints/.

15. Attached hereto as **Exhibit 128** is a true and correct copy of an Associated Press News article titled "US probes crash involving Tesla that hit student leaving bus," published on April 7, 2023, available at https://apnews.com/article/tesla-school-bus-student-hurt-firetruck-d282a5dd63874f22f5e1a6fc8168801b.

16. Attached hereto as **Exhibit 129** is a true and correct copy of an U.S. News article titled "U.S. Opens Safety Probe Into Tesla That Struck Student in North Carolina," published on April 7, 2023, available at https://www.usnews.com/news/top-news/articles/2023-04-07/u-s-opens-safety-probe-into-tesla-that-struck-student-in-north-carolina.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April 2023 at Burlingame, California.

/s/ *Andrew F. Kirtley*
ANDREW F. KIRTLEY

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Supplemental Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification;
Case No. 4:22-cv-05240-HSG

3

## ATTORNEY ATTESTATION

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file this Supplemental Declaration of Andrew F. Kirtley in Support of Request for Judicial Notice to Plaintiffs' Reply in Support of Motion for Preliminary Injunction and Provisional Class Certification. In compliance with Civil Local Rule 5-l(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: April 12, 2023

By: */s/ Frank M. Pitre*
Frank M. Pitre

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Supplemental Declaration of Andrew F. Kirtley ISO Request for Judicial Notice to Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification;
Case No. 4:22-cv-05240-HSG

4