# Exhibit 119

### CHP - Oakland

May 11, 2021

CHP ARRESTS "BACKSEAT DRIVER" FOR RECKLESS DRIVING. - Oakland, CA

The California Highway Patrol (CHP) today announced it has arrested 25-year-old Param Sharma for reckless driving of a Tesla while in the backseat on Interstate 80 (I-80) in the Bay Area. Sharma was arrested without incident and booked into Santa Rita Jail on two counts of reckless driving and disobeying a Peace Officer. The Tesla was towed from the scene for evidence and this incident remains under investigation.

On May 10 at approximately 6:34 p.m., the CHP's Golden Gate Division Communications Center received multiple 9-1-1 calls regarding an individual seated in the backseat of a Tesla Model 3 without anyone seated in the driver's seat. The vehicle was reported to be traveling eastbound on I-80 across the San Francisco-Oakland Bay Bridge toward the city of Oakland.

An Oakland CHP motor officer at the Bay Bridge Toll Plaza located the Tesla, confirmed that a single occupant was seated in the backseat, and initiated an enforcement stop. The officer observed the individual move into the driver's seat. The occupant then brought the Tesla to a stop on the shoulder of I-80 eastbound just west of Powell Street, where the officer arrested Sharma.

Prior to this arrest, members of the public had captured video of someone resembling Sharma operating his vehicle in the same reckless manner, and the CHP's Oakland Area had cited Sharma on April 27 for similar behavior.

The safety of all who share our roadways is the primary concern of the CHP. The Department thanks the public for providing valuable information that aided in this investigation and arrest.

The mission of the CHP is to provide the highest level of Safety, Service, and Security.

#californiahighwaypatrol #chp #chpcareers #chips #chpmadeformore #oakland #baybridge



Case 3:22-cv-05240-RFL   Document 51-5   Filed 04/12/23   Page 3 of 3



 139

59 comments  35 shares