# Exhibit 120



U.S. Department
of Transportation
**Federal Aviation
Administration**

June 17, 2021

# **A**eronautical

# **I**nformation

# **M**anual

Official Guide to
Basic Flight Information and ATC Procedures

**An electronic version of this publication is available online at
http://www.faa.gov/air_traffic/publications**

PAGES OMITTED

# Federal Aviation Administration (FAA)

The Federal Aviation Administration is responsible for ensuring the safe, efficient, and secure use of the Nation's airspace, by military as well as civil aviation, for promoting safety in air commerce, for encouraging and developing civil aeronautics, including new aviation technology, and for supporting the requirements of national defense.

The activities required to carry out these responsibilities include: safety regulations; airspace management and the establishment, operation, and maintenance of a civil−military common system of air traffic control (ATC) and navigation facilities; research and development in support of the fostering of a national system of airports, promulgation of standards and specifications for civil airports, and administration of Federal grants−in−aid for developing public airports; various joint and cooperative activities with the Department of Defense; and technical assistance (under State Department auspices) to other countries.

# Aeronautical Information Manual (AIM)
# Basic Flight Information and ATC Procedures

This manual is designed to provide the aviation community with basic flight information and ATC procedures for use in the National Airspace System (NAS) of the United States. An international version called the Aeronautical Information Publication contains parallel information, as well as specific information on the international airports for use by the international community.

This manual contains the fundamentals required in order to fly in the United States NAS. It also contains items of interest to pilots concerning health and medical facts, factors affecting flight safety, a pilot/controller glossary of terms used in the ATC System, and information on safety, accident, and hazard reporting.

This manual is complemented by other operational publications which are available via separate subscriptions. These publications are:

The Chart Supplement U.S., the Chart Supplement Alaska, and the Chart Supplement Pacific − These publications contain information on airports, communications, navigation aids, instrument landing systems, VOR receiver check points, preferred routes, Flight Service Station/Weather Service telephone numbers, Air Route Traffic Control Center (ARTCC) frequencies, part−time surface areas, and various other pertinent special notices essential to air navigation. These publications are available through a network of FAA approved print providers. A listing of products, dates of latest editions, and print providers is available on the Aeronautical Information Services (AIS) website at: http://www.faa.gov/air_traffic/flight_info/aeronav/print_providers/.

| Publication Schedule | | |
|---|---|---|
| **Basic or Change** | **Cutoff Date for Completion** | **Effective Date of Publication** |
| Basic Manual | 12/31/20 | 6/17/21 |
| Change 1 | 6/17/21 | 12/2/21 |
| Change 2 | 12/2/21 | 5/19/22 |
| Change 3 | 5/19/22 | 11/3/22 |
| Basic Manual | 11/3/22 | 4/20/23 |
| Change 1 | 4/20/23 | 10/5/23 |
| Change 2 | 10/5/23 | 3/21/24 |
| Change 3 | 3/21/24 | 9/5/24 |

# Flight Information Publication Policy

The following is in essence, the statement issued by the FAA Administrator and published in the December 10, 1964, issue of the Federal Register, concerning the FAA policy as pertaining to the type of information that will be published as NOTAMs and in the Aeronautical Information Manual.

**a.** It is a pilot's inherent responsibility to be alert at all times for and in anticipation of all circumstances, situations, and conditions affecting the safe operation of the aircraft. For example, a pilot should expect to find air traffic at any time or place. At or near both civil and military airports and in the vicinity of known training areas, a pilot should expect concentrated air traffic and realize concentrations of air traffic are not limited to these places.

**b.** It is the general practice of the agency to advertise by NOTAM or other flight information publications such information it may deem appropriate; information which the agency may from time to time make available to pilots is solely for the purpose of assisting them in executing their regulatory responsibilities. Such information serves the aviation community as a whole and not pilots individually.

**c.** The fact that the agency under one particular situation or another may or may not furnish information does not serve as a precedent of the agency's responsibility to the aviation community; neither does it give assurance that other information of the same or similar nature will be advertised, nor, does it guarantee that any and all information known to the agency will be advertised.

**d.** This publication, while not regulatory, provides information which reflects examples of operating techniques and procedures which may be requirements in other federal publications or regulations. It is made available solely to assist pilots in executing their responsibilities required by other publications.

Consistent with the foregoing, it is the policy of the Federal Aviation Administration to furnish information only when, in the opinion of the agency, a unique situation should be advertised and not to furnish routine information such as concentrations of air traffic, either civil or military. The Aeronautical Information Manual will not contain informative items concerning everyday circumstances that pilots should, either by good practices or regulation, expect to encounter or avoid.

# Aeronautical Information Manual (AIM)
# Code of Federal Regulations and Advisory Circulars

Code of Federal Regulations - The FAA publishes the Code of Federal Regulations (CFR) to make readily available to the aviation community the regulatory requirements placed upon them. These regulations are sold as individual parts by the Superintendent of Documents.

The more frequently amended parts are sold on subscription service with subscribers receiving changes automatically as issued. Less active parts are sold on a single−sale basis. Changes to single-sale parts will be sold separately as issued. Information concerning these changes will be furnished by the FAA through its Status of Federal Aviation Regulations, AC 00−44.

Advisory Circulars - The FAA issues Advisory Circulars (AC) to inform the aviation public in a systematic way of nonregulatory material. Unless incorporated into a regulation by reference, the contents of an advisory circular are not binding on the public. Advisory Circulars are issued in a numbered subject system corresponding to the subject areas of the Code of Federal Regulations (CFR) (Title 14, Chapter 1, FAA).

**NOTE−**
*Current AC information can be found at: https://www.faa.gov/regulations_policies/advisory_circulars/.*

External References - All references to Advisory Circulars and other FAA publications in the Aeronautical Information Manual include the FAA Advisory Circular or Order identification numbers (when available). However, due to varied publication dates, the basic publication letter is not included.

**EXAMPLE−**
*FAA Order JO 7110.65X, Air Traffic Control, is referenced as FAA Order JO 7110.65.*

PAGES OMITTED

# Chapter 10.  Helicopter Operations

## Section 1.  Helicopter IFR Operations

### 10−1−1. Helicopter Flight Control Systems

**a.** The certification requirements for helicopters to operate under Instrument Flight Rules (IFR) are contained in 14 CFR Part 27, Airworthiness Standards: Normal Category Rotorcraft, and 14 CFR Part 29, Airworthiness Standards: Transport Category Rotorcraft. To meet these requirements, helicopter manufacturers usually utilize a set of stabilization and/or Automatic Flight Control Systems (AFCSs).

**b.** Typically, these systems fall into the following categories:

**1.** Aerodynamic surfaces, which impart some stability or control capability not found in the basic VFR configuration.

**2.** Trim systems, which provide a cyclic centering effect. These systems typically involve a magnetic brake/spring device, and may also be controlled by a four−way switch on the cyclic. This is a system that supports "hands on" flying of the helicopter by the pilot.

**3.** Stability Augmentation Systems (SASs), which provide short−term rate damping control inputs to increase helicopter stability. Like trim systems, SAS supports "hands on" flying.

**4.** Attitude Retention Systems (ATTs), which return the helicopter to a selected attitude after a disturbance. Changes in desired attitude can be accomplished usually through a four−way "beep" switch, or by actuating a "force trim" switch on the cyclic, setting the attitude manually, and releasing. Attitude retention may be a SAS function, or may be the basic "hands off" autopilot function.

**5.** Autopilot Systems (APs), which provide for "hands off" flight along specified lateral and vertical paths, including heading, altitude, vertical speed, navigation tracking, and approach. These systems typically have a control panel for mode selection, and system for indication of mode status. Autopilots may or may not be installed with an associated Flight Director System (FD). Autopilots typically control the helicopter about the roll and pitch axes (cyclic control) but may also include yaw axis (pedal control) and collective control servos.

**6.** FDs, which provide visual guidance to the pilot to fly specific selected lateral and vertical modes of operation. The visual guidance is typically provided as either a "dual cue" (commonly known as a "cross−pointer") or "single cue" (commonly known as a "vee−bar") presentation superimposed over the attitude indicator. Some FDs also include a collective cue. The pilot manipulates the helicopter's controls to satisfy these commands, yielding the desired flight path, or may couple the flight director to the autopilot to perform automatic flight along the desired flight path. Typically, flight director mode control and indication is shared with the autopilot.

**c.** In order to be certificated for IFR operation, a specific helicopter may require the use of one or more of these systems, in any combination.

**d.** In many cases, helicopters are certificated for IFR operations with either one or two pilots. Certain equipment is required to be installed and functional for two pilot operations, and typically, additional equipment is required for single pilot operation. These requirements are usually described in the limitations section of the Rotorcraft Flight Manual (RFM).

**e.** In addition, the RFM also typically defines systems and functions that are required to be in operation or engaged for IFR flight in either the single or two pilot configuration. Often, particularly in two pilot operation, this level of augmentation is less than the full capability of the installed systems. Likewise, single pilot operation may require a higher level of augmentation.

**f.** The RFM also identifies other specific limitations associated with IFR flight. Typically, these limitations include, but are not limited to:

**1.** Minimum equipment required for IFR flight (in some cases, for both single pilot and two pilot operations).

**2.** Vmini (minimum speed − IFR).

**NOTE–**
*The manufacturer may also recommend a minimum IFR airspeed during instrument approach.*

  **3.** Vnei (never exceed speed – IFR).

  **4.** Maximum approach angle.

  **5.** Weight and center of gravity limits.

  **6.** Aircraft configuration limitations (such as aircraft door positions and external loads).

  **7.** Aircraft system limitations (generators, inverters, etc.).

  **8.** System testing requirements (many avionics and AFCS/AP/FD systems incorporate a self–test feature).

  **9.** Pilot action requirements (such as the pilot must have his/her hands and feet on the controls during certain operations, such as during instrument approach below certain altitudes).

  **g.** It is very important that pilots be familiar with the IFR requirements for their particular helicopter. Within the same make, model and series of helicopter, variations in the installed avionics may change the required equipment or the level of augmentation for a particular operation.

  **h.** During flight operations, pilots must be aware of the mode of operation of the augmentation systems, and the control logic and functions employed. For example, during an ILS approach using a particular system in the three–cue mode (lateral, vertical and collective cues), the flight director *collective cue* responds to glideslope deviation, while the horizontal bar of the "cross–pointer" responds to airspeed deviations. The same system, while flying an ILS in the two–cue mode, provides for the *horizontal bar* to respond to glideslope deviations. This concern is particularly significant when operating using two pilots. Pilots should have an established set of procedures and responsibilities for the control of flight director/auto-pilot modes for the various phases of flight. Not only does a full understanding of the system modes provide for a higher degree of accuracy in control of the helicopter, it is the basis for crew identification of a faulty system.

  **i.** Relief from the prohibition to takeoff with any inoperative instruments or equipment may be provided through a Minimum Equipment List (see 14 CFR Section 91.213 and 14 CFR Section 135.179, Inoperative Instruments and Equipment). In many cases, a helicopter configured for single pilot IFR may depart IFR with certain equipment inoperative, provided a crew of two pilots is used. Pilots are cautioned to ensure the pilot–in–command and second–in–command meet the requirements of 14 CFR Section 61.58, Pilot–in–Command Proficiency Check: Operation of Aircraft Requiring More Than One Pilot Flight Crewmember, and 14 CFR Section 61.55, Second–in–Command Qualifications, or 14 CFR Part 135, Operating Requirements: Commuter and On–Demand Operations, Subpart E, Flight Crewmember Requirements, and Subpart G, Crewmember Testing Requirements, as appropriate.

  **j.** Experience has shown that modern AFCS/AP/FD equipment installed in IFR helicopters can, in some cases, be very complex. This complexity requires the pilot(s) to obtain and maintain a high level of knowledge of system operation, limitations, failure indications and reversionary modes. In some cases, this may only be reliably accomplished through formal training.

## 10–1–2. Helicopter Instrument Approaches

  **a.** Instrument flight procedures (IFPs) permit helicopter operations to heliports and runways during periods of low ceilings and reduced visibility (e.g. approach/SID/STAR/en route). IFPs can be designed for both public and private heliports using FAA instrument criteria. The FAA does recognize there are non–FAA service providers with proprietary special criteria. Special IFPs are reviewed and approved by Flight Technologies and Procedures Division and may have specified aircraft performance or equipment requirements, special crew training, airport facility equipment, waivers from published standards, proprietary criteria and restricted access. Special IFPs are not published in the Federal Register or printed in government Flight Information Publications.

  **b.** Helicopters are capable of flying any published IFPs, for which they are properly equipped, subject to the following limitations and conditions:

  **1.** Helicopters flying conventional (i.e. non–Copter) IAPs may reduce the visibility minima to not less than one–half the published Category A landing visibility minima, or $1/4$ statute mile visibility/1200 RVR, whichever is greater, unless the

procedure is annotated with "**Visibility Reduction by Helicopters NA.**" This annotation means that there are penetrations of the final approach obstacle identification surface (OIS) and that the 14 CFR Section 97.3 visibility reduction rule does not apply and you must take precaution to avoid any obstacles in the visual segment. No reduction in MDA/DA is permitted at any time. The helicopter may initiate the final approach segment at speeds up to the upper limit of the highest approach category authorized by the procedure, but must be slowed to no more than 90 KIAS at the missed approach point (MAP) in order to apply the visibility reduction. Pilots are cautioned that such a decelerating approach may make early identification of wind shear on the approach path difficult or impossible. If required, use the Inoperative Components and Visual Aids Table provided inside the front cover of the U.S. Terminal Procedures Publication to derive the Category A minima before applying the 14 CFR Section 97.3 rule.

**2.** Helicopters flying Copter IAPs should use the published minima, with no reductions allowed. Unless otherwise specified on the instrument procedure chart, 90 KIAS is the maximum speed on the approach.

**3.** Pilots flying Area Navigation (RNAV) Copter IAPs should also limit their speed to 90 KIAS unless otherwise specified on the instrument procedure chart. The final and missed approach segment speeds must be limited to no more than 70 KIAS unless otherwise charted. Military RNAV Copter IAPs are limited to no more than 90 KIAS throughout the procedure. Use the published minima; no reductions allowed.

*NOTE−*
*Obstruction clearance surfaces are based on the aircraft speed identified on the approach chart and have been designed on RNAV approaches for 70 knots unless otherwise indicated. If the helicopter is flown at higher speeds, it may fly outside of protected airspace. Some helicopters have a $V_{MINI}$ greater than 70 knots; therefore, they cannot meet the 70 knot limitation to conduct these RNAV approaches. Some helicopter autopilots, when used*

*in the "go−around" mode, are programmed with a $V_{YI}$ greater than 70 knots. Therefore, those helicopters when using the autopilot "go−around" mode, cannot meet the 70 knot limitation for the RNAV approach. It may be possible to use the autopilot for the missed approach in other than the "go−around" mode and meet the 70 knot limitation. When operating at speeds other than $V_{YI}$ or $V_Y$, performance data may not be available in the RFM to predict compliance with climb gradient requirements. Pilots may use observed performance in similar weight/altitude/temperature/speed conditions to evaluate the suitability of performance. Pilots are cautioned to monitor climb performance to ensure compliance with procedure requirements.*

*NOTE−*
$V_{MINI}$ − *Instrument flight minimum speed, utilized in complying with minimum limit speed requirements for instrument flight*

$V_{YI}$ − *Instrument climb speed, utilized instead of $V_Y$ for compliance with the climb requirements for instrument flight*

$V_Y$ − *Speed for best rate of climb*

**4.** TBL 10−1−1 summarizes these requirements.

**5.** Even with weather conditions reported at or above minimums, under some combinations of reduced cockpit cutoff angle, approach/runway lighting, and high MDA/DH (coupled with a low visibility minima), the pilot may not be able to identify the required visual reference(s), or those references may only be visible in a very small portion of the available field of view. Even if identified by the pilot, the visual references may not support normal maneuvering and normal rates of descent to landing. The effect of such a combination may be exacerbated by other conditions such as rain on the windshield, or incomplete windshield defogging coverage.

**6.** Pilots should always be prepared to execute a missed approach even though weather conditions may be reported at or above minimums.

*NOTE−*
*See paragraph 5−4−21, Missed Approach, for additional information on missed approach procedures.*

**TBL 10−1−1**
**Helicopter Use of Standard Instrument Approach Procedures**

| Procedure | Helicopter Visibility Minima | Helicopter MDA/DA | Maximum Speed Limitations |
|---|---|---|---|
| **Conventional (non−Copter)** | The greater of: one half the Category A visibility minima, $1/4$ statute mile visibility, or 1200 RVR | As published for Category A | The helicopter may initiate the final approach segment at speeds up to the upper limit of the highest approach category authorized by the procedure, but must be slowed to no more than 90 KIAS at the MAP in order to apply the visibility reduction. |
| **Copter Procedure** | As published | As published | 90 KIAS maximum when on a published route/track. |
| **RNAV (GPS) Copter Procedure** | As published | As published | The maximum speed for a Copter approach will be 90 KIAS or as published on the chart. Note: Higher approach angles may require a lower approach speed and aircraft $V_{MINI}$. Military procedures are limited to 90 KIAS for all segments. |

**NOTE−**
*Several factors affect the ability of the pilot to acquire and maintain the visual references specified in 14 CFR Section 91.175(c), even in cases where the flight visibility may be at the minimum derived from the criteria in TBL 10−1−1. These factors include, but are not limited to:*

   **1.** *Cockpit cutoff angle (the angle at which the cockpit or other airframe structure limits downward visibility below the horizon).*

   **2.** *Combinations of high MDA/DH and low visibility minimum, such as approaches with reduced helicopter visibility minima (per 14 CFR Section 97.3).*

   **3.** *Type, configuration, and intensity of approach and runway/heliport lighting systems.*

   **4.** *Type of obscuring phenomenon and/or windshield contamination.*

**10−1−3. Helicopter Approach Procedures to VFR Heliports**

   **a.** The FAA may develop helicopter instrument approaches for heliports that do not meet the design standards for an IFR heliport. The majority of IFR approaches to VFR heliports are developed in support of Helicopter Air Ambulance (HAA) operators. These approaches may require use of conventional NAVAIDS or a RNAV system (e.g., GPS). They may be developed either as a special approach (pilot training is required for special procedures due to their unique characteristics) or a public approach (no

special training required). These instrument procedures may be designed to guide the helicopter to a specific landing area (Proceed Visually) or to a point−in−space with a "Proceed VFR" segment.

   **1. An approach to a specific landing area.** This type of approach is aligned to a missed approach point from which a landing can be accomplished with a maximum course change of 30 degrees. The visual segment from the MAP to the landing area is evaluated for obstacle hazards. These procedures are annotated: "PROCEED VISUALLY FROM (named MAP) OR CONDUCT THE SPECIFIED MISSED APPROACH."

   **(a)** "Proceed Visually" requires the pilot to acquire and maintain visual contact with the landing area at or prior to the MAP, or execute a missed approach. The visibility minimum is based on the distance from the MAP to the landing area, among other factors.

   **(b)** The pilot is required to have the published minimum visibility throughout the visual segment flying the path described on the approach chart.

   **(c)** Similar to an approach to a runway, the pilot is responsible for obstacle or terrain avoidance from the MAP to the landing area.

   **(d)** Upon reaching the published MAP, or as soon as practicable thereafter, the pilot should advise

ATC whether proceeding visually and canceling IFR or complying with the missed approach instructions. See paragraph 5−1−15, Canceling IFR Flight Plan.

(e) Where any necessary visual reference requirements are specified by the FAA, at least one of the following visual references for the intended heliport is visible and identifiable before the pilot may proceed visually:

(1) FATO or FATO lights.

(2) TLOF or TLOF lights.

(3) Heliport Instrument Lighting System (HILS).

(4) Heliport Approach Lighting System (HALS).

(5) Visual Glideslope Indicator (VGSI).

(6) Windsock or windsock light.

(7) Heliport beacon.

(8) Other facilities or systems approved by the Flight Technologies and Procedures Division (AFS−400).

2. Approach to a Point−in−Space (PinS). At locations where the MAP is located more than 2 SM from the landing area, or the path from the MAP to the landing area is populated with obstructions which require avoidance actions or requires turn greater than 30 degrees, a PinS Proceed VFR procedure may be developed. These approaches are annotated "PROCEED VFR FROM (named MAP) OR CONDUCT THE SPECIFIED MISSED AP-PROACH."

(a) These procedures require the pilot, at or prior to the MAP, to determine if the published minimum visibility, or the weather minimums required by the operating rule (e.g., Part 91, Part 135, etc.), or operations specifications (whichever is higher) is available to safely transition from IFR to VFR flight. If not, the pilot must execute a missed approach. For Part 135 operations, pilots may not begin the instrument approach unless the latest weather report indicates that the weather conditions are at or above the authorized IFR minimums or the VFR weather minimums (as required by the class of airspace, operating rule and/or Operations Specifications) whichever is higher.

(b) Visual contact with the landing site is not required; however, the pilot must have the appropriate VFR weather minimums throughout the visual segment. The visibility is limited to no lower than that published in the procedure, until canceling IFR.

(c) IFR obstruction clearance areas are not applied to the VFR segment between the MAP and the landing site. Pilots are responsible for obstacle or terrain avoidance from the MAP to the landing area.

(d) Upon reaching the MAP defined on the approach procedure, or as soon as practicable thereafter, the pilot should advise ATC whether proceeding VFR and canceling IFR, or complying with the missed approach instructions. See paragraph 5−1−15, Canceling IFR Flight Plan.

(e) If the visual segment penetrates Class B, C, or D airspace, pilots are responsible for obtaining a Special VFR clearance, when required.

## 10−1−4. The Gulf of Mexico Grid System

a. On October 8, 1998, the Southwest Regional Office of the FAA, with assistance from the Helicopter Safety Advisory Conference (HSAC), implemented the world's first Instrument Flight Rules (IFR) Grid System in the Gulf of Mexico. This navigational route structure is completely independent of ground−based navigation aids (NAVAIDs) and was designed to facilitate helicopter IFR operations to offshore destinations. The Grid System is defined by over 300 offshore waypoints located 20 minutes apart (latitude and longitude). Flight plan routes are routinely defined by just 4 segments: departure point (lat/long), first en route grid waypoint, last en route grid waypoint prior to approach procedure, and destination point (lat/long). There are over 4,000 possible offshore landing sites. Upon reaching the waypoint prior to the destination, the pilot may execute an Offshore Standard Approach Procedure (OSAP), a Helicopter En Route Descent Areas (HEDA) approach, or an Airborne Radar Approach (ARA). For more information on these helicopter instrument procedures, refer to FAA AC 90−80B, Approval of Offshore Standard Approach Procedures, Airborne Radar Approaches, and Helicopter En Route Descent Areas, on the FAA website http://www.faa.gov under Advisory Circulars. The return flight plan is just the reverse with the requested stand−alone GPS approach contained in the remarks section.

**1.** The large number (over 300) of waypoints in the grid system makes it difficult to assign phonetically pronounceable names to the waypoints that would be meaningful to pilots and controllers. A unique naming system was adopted that enables pilots and controllers to derive the fix position from the name. The five−letter names are derived as follows:

**(a)** The waypoints are divided into sets of 3 columns. A three−letter identifier, identifying a geographical area or a NAVAID to the north, represents each set.

**(b)** Each column in a set is named after its position, i.e., left (L), center (C), and right (R).

**(c)** The rows of the grid are named alphabetically from north to south, starting with A for the northern most row.

***EXAMPLE−***
*LCHRC would be pronounced "Lake Charles Romeo Charlie." The waypoint is in the right−hand column of the Lake Charles VOR set, in row C (third south from the northern most row).*

**2.** In December 2009, significant improvements to the Gulf of Mexico grid system were realized with the introduction of ATC separation services using ADS−B. In cooperation with the oil and gas services industry, HSAC and Helicopter Association International (HAI), the FAA installed an infrastructure of ADS−B ground stations, weather stations (AWOS) and VHF remote communication outlets (RCO) throughout a large area of the Gulf of Mexico. This infrastructure allows the FAA's Houston ARTCC to provide "domestic−like" air traffic control service in the offshore area beyond 12nm from the coastline to hundreds of miles offshore to aircraft equipped with ADS−B. Properly equipped aircraft can now be authorized to receive more direct routing, domestic en route separation minima and real time flight following. Operators who do not have authorization to receive ATC separation services using ADS−B, will continue to use the low altitude grid system and receive procedural separation from Houston ARTCC. Non−ADS−B equipped aircraft also benefit from improved VHF communication and expanded weather information coverage.

**3.** Three requirements must be met for operators to file IFR flight plans utilizing the grid:

**(a)** The helicopter must be equipped for IFR operations and equipped with IFR approved GPS navigational units.

**(b)** The operator must obtain prior written approval from the appropriate Flight Standards District Office through a Letter of Authorization or Operations Specification, as appropriate.

**(c)** The operator must be a signatory to the Houston ARTCC Letter of Agreement.

**4.** Operators who wish to benefit from ADS−B based ATC separation services must meet the following additional requirements:

**(a)** The Operator's installed ADS−B Out equipment must meet the performance requirements of one of the following FAA Technical Standard Orders (TSO), or later revisions: TSO−C154c, Universal Access Transceiver (UAT) Automatic Dependent Surveillance−Broadcast (ADS−B) Equipment, or TSO−C166b, Extended Squitter Automatic Dependent Surveillance−Broadcast (ADS−B) and Traffic Information.

**(b)** Flight crews must comply with the procedures prescribed in the Houston ARTCC Letter of Agreement dated December 17, 2009, or later.

***NOTE−***
*The unique ADS−B architecture in the Gulf of Mexico depends upon reception of an aircraft's Mode C in addition to the other message elements described in 14 CFR 91.227. Flight crews must be made aware that loss of Mode C also means that ATC will not receive the aircraft's ADS−B signal.*

**5.** FAA/AIS publishes the grid system waypoints on the IFR Gulf of Mexico Vertical Flight Reference Chart. A commercial equivalent is also available. The chart is updated annually and is available from an FAA approved print provider or FAA directly, website address: http://www.faa.gov/air_traffic/flight_info/aeronav.

## 10−1−5. Departure Procedures

**a.** When departing from a location on a point−in−space (PinS) SID with a visual segment indicated and the departure instruction describes the visual segment the aircraft must cross the initial departure fix (IDF) outbound at−or−above the altitude depicted on the chart. The helicopter will initially establish a hover at or above the heliport crossing height (HCH) specified on the chart.

The HCH specifies a minimum hover height to begin the climb to assist in avoiding obstacles. The helicopter will leave the departure location on the published outbound heading/course specified, climbing at least 400 ft/per NM (or as depicted on the chart), remaining clear of clouds, crossing at or above the IDF altitude specified, prior to proceeding outbound on the procedure. For example the chart may include these instructions: "Hover at 15 ft AGL, then climb on track 005, remaining clear of clouds, to cross PAWLY at or above 700."

**b.** When flying a PinS SID procedure containing a segment with instructions to "proceed VFR," the pilot must keep the aircraft clear of the clouds and cross the IDF outbound at or above the altitude depicted. Departure procedures that support multiple departure locations will have a Proceed VFR segment leading to the IDF. The chart will provide a bearing and distance to the IDF from the heliport. That bearing and distance are for pilot orientation purposes only and are not a required procedure track. The helicopter will leave the departure location via pilot navigation in order to align with the departure route and comply with the altitude specified at the IDF. For example, the chart may include these instructions: "VFR Climb to WEBBB, Cross WEBBB at or above 800."

**c.** Once the aircraft reaches the IDF, the aircraft should proceed out the described route as specified on the chart, crossing each consecutive fix at or above the indicated altitude(s) until reaching the end of the departure or as directed by ATC.

*FIG 10−1−1*
**Departure Charts**

PAGES OMITTED

# PILOT/CONTROLLER GLOSSARY

**PURPOSE**

   **a.**  This Glossary was compiled to promote a common understanding of the terms used in the Air Traffic Control system. It includes those terms which are intended for pilot/controller communications. Those terms most frequently used in pilot/controller communications are printed in ***bold italics***. The definitions are primarily defined in an operational sense applicable to both users and operators of the National Airspace System. Use of the Glossary will preclude any misunderstandings concerning the system's design, function, and purpose.

   **b.**  Because of the international nature of flying, terms used in the Lexicon, published by the International Civil Aviation Organization (ICAO), are included when they differ from FAA definitions. These terms are followed by "[ICAO]." For the reader's convenience, there are also cross references to related terms in other parts of the Glossary and to other documents, such as the Code of Federal Regulations (CFR) and the Aeronautical Information Manual (AIM).

   **c.**  This Glossary will be revised, as necessary, to maintain a common understanding of the system.

**EXPLANATION OF CHANGES**

   **d.**  Terms Added:
       CALIBRATED AIRSPEED
       NATIONAL SECURITY AREA
       REDUCED VERTICAL SEPARATION MINIMUM (RVSM) AIRSPACE

   **e.**  Terms Modified:
       SPECIAL USE AIRSPACE

   **f.**  Editorial/format changes were made where necessary. Revision bars were not used due to the insignificant nature of the changes.

# A

AAR–
   (See AIRPORT ARRIVAL RATE.)
   (See ADAPTED ROUTES.)

ABBREVIATED IFR FLIGHT PLANS– An authorization by ATC requiring pilots to submit only that information needed for the purpose of ATC. It includes only a small portion of the usual IFR flight plan information. In certain instances, this may be only aircraft identification, location, and pilot request. Other information may be requested if needed by ATC for separation/control purposes. It is frequently used by aircraft which are airborne and desire an instrument approach or by aircraft which are on the ground and desire a climb to VFR-on-top.
   (See VFR-ON-TOP.)
   (Refer to AIM.)

*ABEAM*– An aircraft is "abeam" a fix, point, or object when that fix, point, or object is approximately 90 degrees to the right or left of the aircraft track. Abeam indicates a general position rather than a precise point.

*ABORT*– To terminate a preplanned aircraft maneuver; e.g., an aborted takeoff.

ABRR–
   (See AIRBORNE REROUTE)

ACC [ICAO]–
   (See ICAO term AREA CONTROL CENTER.)

ACCELERATE-STOP DISTANCE AVAILABLE– The runway plus stopway length declared available and suitable for the acceleration and deceleration of an airplane aborting a takeoff.

ACCELERATE-STOP DISTANCE AVAILABLE [ICAO]– The length of the take-off run available plus the length of the stopway if provided.

ACDO–
   (See AIR CARRIER DISTRICT OFFICE.)

*ACKNOWLEDGE*– Let me know that you have received and understood this message.

ACL–
   (See AIRCRAFT LIST.)

ACLS–
   (See AUTOMATIC CARRIER LANDING SYSTEM.)

ACROBATIC FLIGHT– An intentional maneuver involving an abrupt change in an aircraft's attitude, an abnormal attitude, or abnormal acceleration not necessary for normal flight.
   (See ICAO term ACROBATIC FLIGHT.)
   (Refer to 14 CFR Part 91.)

ACROBATIC FLIGHT [ICAO]– Maneuvers intentionally performed by an aircraft involving an abrupt change in its attitude, an abnormal attitude, or an abnormal variation in speed.

ACTIVE RUNWAY–
   (See RUNWAY IN USE/ACTIVE RUNWAY/DUTY RUNWAY.)

ACTUAL NAVIGATION PERFORMANCE (ANP)–
   (See REQUIRED NAVIGATION PERFORMANCE.)

ADAPTED ROUTES– Departure and/or arrival routes that are adapted in ARTCC ERAM computers to accomplish inter/intrafacility controller coordination and to ensure that flight data is posted at the proper control positions. Adapted routes are automatically applied to flight plans where appropriate. When the workload or traffic situation permits, controllers may provide radar vectors or assign requested routes to minimize circuitous routing. Adapted routes are usually confined to one ARTCC's area and are referred to by the following names or abbreviations:

   **a.** Adapted Arrival Route (AAR). A specific arrival route from an appropriate en route point to an airport or terminal area. It may be included in a Standard Terminal Arrival (STAR) or a Preferred IFR Route.

   **b.** Adapted Departure Route (ADR). A specific departure route from an airport or terminal area to an en route point where there is no further need for flow control. It may be included in an Instrument Departure Procedure (DP) or a Preferred IFR Route.

   **c.** Adapted Departure and Arrival Route (ADAR). A route between two terminals which are within or

immediately adjacent to one ARTCC's area. ADARs are similar to Preferred IFR Routes and may share components, but they are not synonymous.

(See PREFFERED IFR ROUTES.)

ADAR–
(See ADAPTED ROUTES.)

ADDITIONAL SERVICES– Advisory information provided by ATC which includes but is not limited to the following:

**a.** Traffic advisories.

**b.** Vectors, when requested by the pilot, to assist aircraft receiving traffic advisories to avoid observed traffic.

**c.** Altitude deviation information of 300 feet or more from an assigned altitude as observed on a verified (reading correctly) automatic altitude readout (Mode C).

**d.** Advisories that traffic is no longer a factor.

**e.** Weather and chaff information.

**f.** Weather assistance.

**g.** Bird activity information.

**h.** Holding pattern surveillance. Additional services are provided to the extent possible contingent only upon the controller's capability to fit them into the performance of higher priority duties and on the basis of limitations of the radar, volume of traffic, frequency congestion, and controller workload. The controller has complete discretion for determining if he/she is able to provide or continue to provide a service in a particular case. The controller's reason not to provide or continue to provide a service in a particular case is not subject to question by the pilot and need not be made known to him/her.

(See TRAFFIC ADVISORIES.)
(Refer to AIM.)

ADF–
(See AUTOMATIC DIRECTION FINDER.)

ADIZ–
(See AIR DEFENSE IDENTIFICATION ZONE.)

ADLY–
(See ARRIVAL DELAY.)

ADMINISTRATOR– The Federal Aviation Administrator or any person to whom he/she has delegated his/her authority in the matter concerned.

ADR–
(See ADAPTED ROUTES.)
(See AIRPORT DEPARTURE RATE.)

ADS [ICAO]–
(See ICAO term AUTOMATIC DEPENDENT SURVEILLANCE.)

ADS–B–
(See AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST.)

ADS–C–
(See AUTOMATIC DEPENDENT SURVEILLANCE–CONTRACT.)

***ADVISE INTENTIONS*–** Tell me what you plan to do.

ADVISORY– Advice and information provided to assist pilots in the safe conduct of flight and aircraft movement.

(See ADVISORY SERVICE.)

ADVISORY FREQUENCY– The appropriate frequency to be used for Airport Advisory Service.

(See LOCAL AIRPORT ADVISORY.)
(See UNICOM.)
(Refer to ADVISORY CIRCULAR NO. 90-66.)
(Refer to AIM.)

ADVISORY SERVICE– Advice and information provided by a facility to assist pilots in the safe conduct of flight and aircraft movement.

(See ADDITIONAL SERVICES.)
(See LOCAL AIRPORT ADVISORY.)
(See RADAR ADVISORY.)
(See SAFETY ALERT.)
(See TRAFFIC ADVISORIES.)
(Refer to AIM.)

ADW–
(See ARRIVAL DEPARTURE WINDOW)

AERIAL REFUELING– A procedure used by the military to transfer fuel from one aircraft to another during flight.

(Refer to VFR/IFR Wall Planning Charts.)

AERODROME– A defined area on land or water (including any buildings, installations and equipment) intended to be used either wholly or in part for the arrival, departure, and movement of aircraft.

AERODROME BEACON [ICAO]– Aeronautical beacon used to indicate the location of an aerodrome from the air.

AERODROME CONTROL SERVICE [ICAO]– Air traffic control service for aerodrome traffic.

AERODROME CONTROL TOWER [ICAO]– A unit established to provide air traffic control service to aerodrome traffic.

AERODROME ELEVATION [ICAO]– The elevation of the highest point of the landing area.

AERODROME TRAFFIC CIRCUIT [ICAO]– The specified path to be flown by aircraft operating in the vicinity of an aerodrome.

AERONAUTICAL BEACON– A visual NAVAID displaying flashes of white and/or colored light to indicate the location of an airport, a heliport, a landmark, a certain point of a Federal airway in mountainous terrain, or an obstruction.

(See AIRPORT ROTATING BEACON.)
(Refer to AIM.)

AERONAUTICAL CHART– A map used in air navigation containing all or part of the following: topographic features, hazards and obstructions, navigation aids, navigation routes, designated airspace, and airports. Commonly used aeronautical charts are:

**a.** Sectional Aeronautical Charts (1:500,000)– Designed for visual navigation of slow or medium speed aircraft. Topographic information on these charts features the portrayal of relief and a judicious selection of visual check points for VFR flight. Aeronautical information includes visual and radio aids to navigation, airports, controlled airspace, permanent special use airspace (SUA), obstructions, and related data.

**b.** VFR Terminal Area Charts (1:250,000)– Depict Class B airspace which provides for the control or segregation of all the aircraft within Class B airspace. The chart depicts topographic information and aeronautical information which includes visual and radio aids to navigation, airports, controlled airspace, permanent SUA, obstructions, and related data.

**c.** En Route Low Altitude Charts– Provide aeronautical information for en route instrument navigation (IFR) in the low altitude stratum. Information includes the portrayal of airways, limits of controlled airspace, position identification and frequencies of radio aids, selected airports, minimum en route and minimum obstruction clearance altitudes, airway distances, reporting points, perma-

nent SUA, and related data. Area charts, which are a part of this series, furnish terminal data at a larger scale in congested areas.

**d.** En Route High Altitude Charts– Provide aeronautical information for en route instrument navigation (IFR) in the high altitude stratum. Information includes the portrayal of jet routes, identification and frequencies of radio aids, selected airports, distances, time zones, special use airspace, and related information.

**e.** Instrument Approach Procedure (IAP) Charts– Portray the aeronautical data which is required to execute an instrument approach to an airport. These charts depict the procedures, including all related data, and the airport diagram. Each procedure is designated for use with a specific type of electronic navigation system including NDB, TACAN, VOR, ILS RNAV and GLS. These charts are identified by the type of navigational aid(s)/equipment required to provide final approach guidance.

**f.** Instrument Departure Procedure (DP) Charts– Designed to expedite clearance delivery and to facilitate transition between takeoff and en route operations. Each DP is presented as a separate chart and may serve a single airport or more than one airport in a given geographical location.

**g.** Standard Terminal Arrival (STAR) Charts– Designed to expedite air traffic control arrival procedures and to facilitate transition between en route and instrument approach operations. Each STAR procedure is presented as a separate chart and may serve a single airport or more than one airport in a given geographical location.

**h.** Airport Taxi Charts– Designed to expedite the efficient and safe flow of ground traffic at an airport. These charts are identified by the official airport name; e.g., Ronald Reagan Washington National Airport.

(See ICAO term AERONAUTICAL CHART.)

AERONAUTICAL CHART [ICAO]– A representation of a portion of the earth, its culture and relief, specifically designated to meet the requirements of air navigation.

AERONAUTICAL INFORMATION MANUAL (AIM)– A primary FAA publication whose purpose is to instruct airmen about operating in the National Airspace System of the U.S. It provides basic flight information, ATC Procedures and general instructional information concerning health, medical facts,

factors affecting flight safety, accident and hazard reporting, and types of aeronautical charts and their use.

AERONAUTICAL INFORMATION PUBLICA-TION (AIP) [ICAO]– A publication issued by or with the authority of a State and containing aeronautical information of a lasting character essential to air navigation.

(See CHART SUPPLEMENT U.S.)

AERONAUTICAL INFORMATION SERVICES (AIS)– A facility in Silver Spring, MD, established by FAA to operate a central aeronautical information service for the collection, validation, and dissemination of aeronautical data in support of the activities of government, industry, and the aviation community. The information is published in the National Flight Data Digest.

(See NATIONAL FLIGHT DATA DIGEST.)

*AFFIRMATIVE–* Yes.

AFIS–
(See AUTOMATIC FLIGHT INFORMATION SERVICE – ALASKA FSSs ONLY.)

AFP–
(See AIRSPACE FLOW PROGRAM.)

AHA–
(See AIRCRAFT HAZARD AREA.)

AIM–
(See AERONAUTICAL INFORMATION MANUAL.)

AIP [ICAO]–
(See ICAO term AERONAUTICAL INFORMATION PUBLICATION.)

AIR CARRIER DISTRICT OFFICE– An FAA field office serving an assigned geographical area, staffed with Flight Standards personnel serving the aviation industry and the general public on matters related to the certification and operation of scheduled air carriers and other large aircraft operations.

AIR DEFENSE EMERGENCY– A military emergency condition declared by a designated authority. This condition exists when an attack upon the continental U.S., Alaska, Canada, or U.S. installations in Greenland by hostile aircraft or missiles is considered probable, is imminent, or is taking place.

(Refer to AIM.)

AIR DEFENSE IDENTIFICATION ZONE (ADIZ)– An area of airspace over land or water in which the ready identification, location, and control of all aircraft (except for Department of Defense and law enforcement aircraft) is required in the interest of national security.

Note: ADIZ locations and operating and flight plan requirements for civil aircraft operations are specified in 14 CFR Part 99.

(Refer to AIM.)

AIR NAVIGATION FACILITY– Any facility used in, available for use in, or designed for use in, aid of air navigation, including landing areas, lights, any apparatus or equipment for disseminating weather information, for signaling, for radio-directional finding, or for radio or other electrical communication, and any other structure or mechanism having a similar purpose for guiding or controlling flight in the air or the landing and takeoff of aircraft.

(See NAVIGATIONAL AID.)

AIR ROUTE SURVEILLANCE RADAR– Air route traffic control center (ARTCC) radar used primarily to detect and display an aircraft's position while en route between terminal areas. The ARSR enables controllers to provide radar air traffic control service when aircraft are within the ARSR coverage. In some instances, ARSR may enable an ARTCC to provide terminal radar services similar to but usually more limited than those provided by a radar approach control.

AIR ROUTE TRAFFIC CONTROL CENTER (ARTCC)– A facility established to provide air traffic control service to aircraft operating on IFR flight plans within controlled airspace and principally during the en route phase of flight. When equipment capabilities and controller workload permit, certain advisory/assistance services may be provided to VFR aircraft.

(See EN ROUTE AIR TRAFFIC CONTROL SERVICES.)

(Refer to AIM.)

AIR TAXI– Used to describe a helicopter/VTOL aircraft movement conducted above the surface but normally not above 100 feet AGL. The aircraft may proceed either via hover taxi or flight at speeds more than 20 knots. The pilot is solely responsible for selecting a safe airspeed/altitude for the operation being conducted.

(See HOVER TAXI.)

(Refer to AIM.)

AIR TRAFFIC– Aircraft operating in the air or on an airport surface, exclusive of loading ramps and parking areas.

(See ICAO term AIR TRAFFIC.)

AIR TRAFFIC [ICAO]– All aircraft in flight or operating on the maneuvering area of an aerodrome.

AIR TRAFFIC CLEARANCE– An authorization by air traffic control for the purpose of preventing collision between known aircraft, for an aircraft to proceed under specified traffic conditions within controlled airspace. The pilot-in-command of an aircraft may not deviate from the provisions of a visual flight rules (VFR) or instrument flight rules (IFR) air traffic clearance except in an emergency or unless an amended clearance has been obtained. Additionally, the pilot may request a different clearance from that which has been issued by air traffic control (ATC) if information available to the pilot makes another course of action more practicable or if aircraft equipment limitations or company procedures forbid compliance with the clearance issued. Pilots may also request clarification or amendment, as appropriate, any time a clearance is not fully understood, or considered unacceptable because of safety of flight. Controllers should, in such instances and to the extent of operational practicality and safety, honor the pilot's request. 14 CFR Part 91.3(a) states: "The pilot in command of an aircraft is directly responsible for, and is the final authority as to, the operation of that aircraft." THE PILOT IS RESPONSIBLE TO REQUEST AN AMENDED CLEARANCE if ATC issues a clearance that would cause a pilot to deviate from a rule or regulation, or in the pilot's opinion, would place the aircraft in jeopardy.

(See ATC INSTRUCTIONS.)

(See ICAO term AIR TRAFFIC CONTROL CLEARANCE.)

AIR TRAFFIC CONTROL– A service operated by appropriate authority to promote the safe, orderly and expeditious flow of air traffic.

(See ICAO term AIR TRAFFIC CONTROL SERVICE.)

AIR TRAFFIC CONTROL CLEARANCE [ICAO]– Authorization for an aircraft to proceed under conditions specified by an air traffic control unit.

Note 1: For convenience, the term air traffic control clearance is frequently abbreviated to clearance when used in appropriate contexts.

Note 2: The abbreviated term clearance may be prefixed by the words taxi, takeoff, departure, en route, approach or landing to indicate the particular portion of flight to which the air traffic control clearance relates.

AIR TRAFFIC CONTROL SERVICE–

(See AIR TRAFFIC CONTROL.)

AIR TRAFFIC CONTROL SERVICE [ICAO]– A service provided for the purpose of:

**a.** Preventing collisions:

**1.** Between aircraft; and

**2.** On the maneuvering area between aircraft and obstructions.

**b.** Expediting and maintaining an orderly flow of air traffic.

AIR TRAFFIC CONTROL SPECIALIST– A person authorized to provide air traffic control service.

(See AIR TRAFFIC CONTROL.)
(See FLIGHT SERVICE STATION.)
(See ICAO term CONTROLLER.)

AIR TRAFFIC CONTROL SYSTEM COMMAND CENTER (ATCSCC)– An Air Traffic Tactical Operations facility responsible for monitoring and managing the flow of air traffic throughout the NAS, producing a safe, orderly, and expeditious flow of traffic while minimizing delays. The following functions are located at the ATCSCC:

**a.** Central Altitude Reservation Function (CARF). Responsible for coordinating, planning, and approving special user requirements under the Altitude Reservation (ALTRV) concept.

(See ALTITUDE RESERVATION.)

**b.** Airport Reservation Office (ARO). Monitors the operation and allocation of reservations for unscheduled operations at airports designated by the Administrator as High Density Airports. These airports are generally known as slot controlled airports. The ARO allocates reservations on a first

come, first served basis determined by the time the request is received at the ARO.

(Refer to 14 CFR Part 93.)

(See CHART SUPPLEMENT U.S.)

**c.** U.S. Notice to Air Missions (NOTAM) Office. Responsible for collecting, maintaining, and distributing NOTAMs for the U.S. civilian and military, as well as international aviation communities.

(See NOTICE TO AIR MISSIONS.)

**d.** Weather Unit. Monitor all aspects of weather for the U.S. that might affect aviation including cloud cover, visibility, winds, precipitation, thunderstorms, icing, turbulence, and more. Provide forecasts based on observations and on discussions with meteorologists from various National Weather Service offices, FAA facilities, airlines, and private weather services.

**e.** Air Traffic Organization (ATO) Space Operations and Unmanned Aircraft System (UAS); the Office of Primary Responsibility (OPR) for all space and upper class E tactical operations in the National Airspace System (NAS).

AIR TRAFFIC SERVICE– A generic term meaning:

**a.** Flight Information Service.

**b.** Alerting Service.

**c.** Air Traffic Advisory Service.

**d.** Air Traffic Control Service:

**1.** Area Control Service,

**2.** Approach Control Service, or

**3.** Airport Control Service.

AIR TRAFFIC SERVICE (ATS) ROUTES – The term "ATS Route" is a generic term that includes "VOR Federal airways," "colored Federal airways," "jet routes," and "RNAV routes." The term "ATS route" does not replace these more familiar route names, but serves only as an overall title when listing the types of routes that comprise the United States route structure.

AIRBORNE– An aircraft is considered airborne when all parts of the aircraft are off the ground.

AIRBORNE DELAY– Amount of delay to be encountered in airborne holding.

AIRBORNE REROUTE (ABRR)– A capability within the Traffic Flow Management System used for the timely development and implementation of tactical reroutes for airborne aircraft. This capability defines a set of aircraft–specific reroutes that address a certain traffic flow problem and then electronically transmits them to En Route Automation Modernization (ERAM) for execution by the appropriate sector controllers.

AIRCRAFT– Device(s) that are used or intended to be used for flight in the air, and when used in air traffic control terminology, may include the flight crew.

(See ICAO term AIRCRAFT.)

AIRCRAFT [ICAO]– Any machine that can derive support in the atmosphere from the reactions of the air other than the reactions of the air against the earth's surface.

AIRCRAFT APPROACH CATEGORY– A grouping of aircraft based on a speed of 1.3 times the stall speed in the landing configuration at maximum gross landing weight. An aircraft must fit in only one category. If it is necessary to maneuver at speeds in excess of the upper limit of a speed range for a category, the minimums for the category for that speed must be used. For example, an aircraft which falls in Category A, but is circling to land at a speed in excess of 91 knots, must use the approach Category B minimums when circling to land. The categories are as follows:

**a.** Category A– Speed less than 91 knots.

**b.** Category B– Speed 91 knots or more but less than 121 knots.

**c.** Category C– Speed 121 knots or more but less than 141 knots.

**d.** Category D– Speed 141 knots or more but less than 166 knots.

**e.** Category E– Speed 166 knots or more.

(Refer to 14 CFR Part 97.)

AIRCRAFT CLASSES– For the purposes of Wake Turbulence Separation Minima, ATC classifies aircraft as Super, Heavy, Large, and Small as follows:

**a.** Super. The Airbus A-380-800 (A388) and the Antonov An-225 (A225) are classified as super.

**b.** Heavy– Aircraft capable of takeoff weights of 300,000 pounds or more whether or not they are operating at this weight during a particular phase of flight.

**c.** Large– Aircraft of more than 41,000 pounds, maximum certificated takeoff weight, up to but not including 300,000 pounds.

**d.** Small– Aircraft of 41,000 pounds or less maximum certificated takeoff weight.

(Refer to AIM.)

AIRCRAFT CONFLICT– Predicted conflict, within EDST of two aircraft, or between aircraft and airspace. A Red alert is used for conflicts when the predicted minimum separation is 5 nautical miles or less. A Yellow alert is used when the predicted minimum separation is between 5 and approximately 12 nautical miles. A Blue alert is used for conflicts between an aircraft and predefined airspace.

(See EN ROUTE DECISION SUPPORT TOOL.)

AIRCRAFT LIST (ACL)– A view available with EDST that lists aircraft currently in or predicted to be in a particular sector's airspace. The view contains textual flight data information in line format and may be sorted into various orders based on the specific needs of the sector team.

(See EN ROUTE DECISION SUPPORT TOOL.)

AIRCRAFT SURGE LAUNCH AND RECOVERY– Procedures used at USAF bases to provide increased launch and recovery rates in instrument flight rules conditions. ASLAR is based on:

**a.** Reduced separation between aircraft which is based on time or distance. Standard arrival separation applies between participants including multiple flights until the DRAG point. The DRAG point is a published location on an ASLAR approach where aircraft landing second in a formation slows to a predetermined airspeed. The DRAG point is the reference point at which MARSA applies as expanding elements effect separation within a flight or between subsequent participating flights.

**b.** ASLAR procedures shall be covered in a Letter of Agreement between the responsible USAF military ATC facility and the concerned Federal Aviation Administration facility. Initial Approach Fix spacing requirements are normally addressed as a minimum.

AIRCRAFT HAZARD AREA (AHA)– Used by ATC to segregate air traffic from a launch vehicle, reentry vehicle, amateur rocket, jettisoned stages, hardware, or falling debris generated by failures associated with any of these activities. An AHA is designated via NOTAM as either a TFR or stationary

ALTRV. Unless otherwise specified, the vertical limits of an AHA are from the surface to unlimited.

(See CONTINGENCY HAZARD AREA.)
(See REFINED HAZARD AREA.)
(See TRANSITIONAL HAZARD AREA.)

AIRCRAFT WAKE TURBULENCE CATE-GORIES– For the purpose of Wake Turbulence Recategorization (RECAT) Separation Minima, ATC groups aircraft into categories ranging from Category A through Category I, dependent upon the version of RECAT that is applied. Specific category assignments vary and are listed in the RECAT Orders.

***AIRMEN'S METEOROLOGICAL INFORMA-TION (AIRMET)–*** In-flight weather advisories issued only to amend the Aviation Surface Forecast, Aviation Cloud Forecast, or area forecast concerning weather phenomena which are of operational interest to all aircraft and potentially hazardous to aircraft having limited capability because of lack of equipment, instrumentation, or pilot qualifications. AIRMETs concern weather of less severity than that covered by SIGMETs or Convective SIGMETs. AIRMETs cover moderate icing, moderate turbulence, sustained winds of 30 knots or more at the surface, widespread areas of ceilings less than 1,000 feet and/or visibility less than 3 miles, and extensive mountain obscurement.

(See CONVECTIVE SIGMET.)
(See CWA.)
(See SAW.)
(See SIGMET.)
(Refer to AIM.)

AIRPORT– An area on land or water that is used or intended to be used for the landing and takeoff of aircraft and includes its buildings and facilities, if any.

AIRPORT ADVISORY AREA– The area within ten miles of an airport without a control tower or where the tower is not in operation, and on which a Flight Service Station is located.

(See LOCAL AIRPORT ADVISORY.)
(Refer to AIM.)

AIRPORT ARRIVAL RATE (AAR)– A dynamic input parameter specifying the number of arriving aircraft which an airport or airspace can accept from the ARTCC per hour. The AAR is used to calculate the desired interval between successive arrival aircraft.

AIRPORT DEPARTURE RATE (ADR)– A dynamic parameter specifying the number of aircraft which can depart an airport and the airspace can accept per hour.

AIRPORT ELEVATION– The highest point of an airport's usable runways measured in feet from mean sea level.

(See TOUCHDOWN ZONE ELEVATION.)
(See ICAO term AERODROME ELEVATION.)

AIRPORT LIGHTING– Various lighting aids that may be installed on an airport. Types of airport lighting include:

**a.** Approach Light System (ALS)– An airport lighting facility which provides visual guidance to landing aircraft by radiating light beams in a directional pattern by which the pilot aligns the aircraft with the extended centerline of the runway on his/her final approach for landing. Condenser-Discharge Sequential Flashing Lights/Sequenced Flashing Lights may be installed in conjunction with the ALS at some airports. Types of Approach Light Systems are:

**1.** ALSF-1– Approach Light System with Sequenced Flashing Lights in ILS Cat-I configuration.

**2.** ALSF-2– Approach Light System with Sequenced Flashing Lights in ILS Cat-II configuration. The ALSF-2 may operate as an SSALR when weather conditions permit.

**3.** SSALF– Simplified Short Approach Light System with Sequenced Flashing Lights.

**4.** SSALR– Simplified Short Approach Light System with Runway Alignment Indicator Lights.

**5.** MALSF– Medium Intensity Approach Light System with Sequenced Flashing Lights.

**6.** MALSR– Medium Intensity Approach Light System with Runway Alignment Indicator Lights.

**7.** RLLS– Runway Lead-in Light System Consists of one or more series of flashing lights installed at or near ground level that provides positive visual guidance along an approach path, either curving or straight, where special problems exist with hazardous terrain, obstructions, or noise abatement procedures.

**8.** RAIL– Runway Alignment Indicator Lights– Sequenced Flashing Lights which are installed only in combination with other light systems.

**9.** ODALS– Omnidirectional Approach Lighting System consists of seven omnidirectional flashing lights located in the approach area of a nonprecision runway. Five lights are located on the runway centerline extended with the first light located 300 feet from the threshold and extending at equal intervals up to 1,500 feet from the threshold. The other two lights are located, one on each side of the runway threshold, at a lateral distance of 40 feet from the runway edge, or 75 feet from the runway edge when installed on a runway equipped with a VASI.

(Refer to FAA Order JO 6850.2, VISUAL GUIDANCE LIGHTING SYSTEMS.)

**b.** Runway Lights/Runway Edge Lights– Lights having a prescribed angle of emission used to define the lateral limits of a runway. Runway lights are uniformly spaced at intervals of approximately 200 feet, and the intensity may be controlled or preset.

**c.** Touchdown Zone Lighting– Two rows of transverse light bars located symmetrically about the runway centerline normally at 100 foot intervals. The basic system extends 3,000 feet along the runway.

**d.** Runway Centerline Lighting– Flush centerline lights spaced at 50-foot intervals beginning 75 feet from the landing threshold and extending to within 75 feet of the opposite end of the runway.

**e.** Threshold Lights– Fixed green lights arranged symmetrically left and right of the runway centerline, identifying the runway threshold.

**f.** Runway End Identifier Lights (REIL)– Two synchronized flashing lights, one on each side of the runway threshold, which provide rapid and positive identification of the approach end of a particular runway.

**g.** Visual Approach Slope Indicator (VASI)– An airport lighting facility providing vertical visual approach slope guidance to aircraft during approach to landing by radiating a directional pattern of high intensity red and white focused light beams which indicate to the pilot that he/she is "on path" if he/she sees red/white, "above path" if white/white, and "below path" if red/red. Some airports serving large aircraft have three-bar VASIs which provide two visual glide paths to the same runway.

**h.** Precision Approach Path Indicator (PAPI)– An airport lighting facility, similar to VASI, providing vertical approach slope guidance to aircraft during approach to landing. PAPIs consist of a single row of either two or four lights, normally installed on the left

side of the runway, and have an effective visual range of about 5 miles during the day and up to 20 miles at night. PAPIs radiate a directional pattern of high intensity red and white focused light beams which indicate that the pilot is "on path" if the pilot sees an equal number of white lights and red lights, with white to the left of the red; "above path" if the pilot sees more white than red lights; and "below path" if the pilot sees more red than white lights.

   **i.** Boundary Lights– Lights defining the perimeter of an airport or landing area.

   (Refer to AIM.)

AIRPORT MARKING AIDS– Markings used on runway and taxiway surfaces to identify a specific runway, a runway threshold, a centerline, a hold line, etc. A runway should be marked in accordance with its present usage such as:

   **a.** Visual.

   **b.** Nonprecision instrument.

   **c.** Precision instrument.

   (Refer to AIM.)

AIRPORT REFERENCE POINT (ARP)– The approximate geometric center of all usable runway surfaces.

AIRPORT RESERVATION OFFICE– Office responsible for monitoring the operation of slot controlled airports. It receives and processes requests for unscheduled operations at slot controlled airports.

AIRPORT ROTATING BEACON– A visual NAVAID operated at many airports. At civil airports, alternating white and green flashes indicate the location of the airport. At military airports, the beacons flash alternately white and green, but are differentiated from civil beacons by dualpeaked (two quick) white flashes between the green flashes.

   (See INSTRUMENT FLIGHT RULES.)

   (See SPECIAL VFR OPERATIONS.)

   (See ICAO term AERODROME BEACON.)

   (Refer to AIM.)

AIRPORT SURFACE DETECTION EQUIPMENT (ASDE)– Surveillance equipment specifically designed to detect aircraft, vehicular traffic, and other objects, on the surface of an airport, and to present the image on a tower display. Used to augment visual observation by tower personnel of aircraft and/or vehicular movements on runways and taxiways. There are three ASDE systems deployed in the NAS:

   **a.** ASDE–3– a Surface Movement Radar.

   **b.** ASDE–X– a system that uses an X–band Surface Movement Radar, multilateration, and ADS–B.

   **c.** Airport Surface Surveillance Capability (ASSC)– A system that uses Surface Movement Radar, multilateration, and ADS–B.

AIRPORT SURVEILLANCE RADAR– Approach control radar used to detect and display an aircraft's position in the terminal area. ASR provides range and azimuth information but does not provide elevation data. Coverage of the ASR can extend up to 60 miles.

AIRPORT TAXI CHARTS–

   (See AERONAUTICAL CHART.)

AIRPORT TRAFFIC CONTROL SERVICE– A service provided by a control tower for aircraft operating on the movement area and in the vicinity of an airport.

   (See MOVEMENT AREA.)

   (See TOWER.)

   (See ICAO term AERODROME CONTROL SERVICE.)

AIRPORT TRAFFIC CONTROL TOWER–

   (See TOWER.)

AIRSPACE CONFLICT– Predicted conflict of an aircraft and active Special Activity Airspace (SAA).

AIRSPACE FLOW PROGRAM (AFP)– AFP is a Traffic Management (TM) process administered by the Air Traffic Control System Command Center (ATCSCC) where aircraft are assigned an Expect Departure Clearance Time (EDCT) in order to manage capacity and demand for a specific area of the National Airspace System (NAS). The purpose of the program is to mitigate the effects of en route constraints. It is a flexible program and may be implemented in various forms depending upon the needs of the air traffic system.

AIRSPACE HIERARCHY– Within the airspace classes, there is a hierarchy and, in the event of an overlap of airspace: Class A preempts Class B, Class B preempts Class C, Class C preempts Class D, Class D preempts Class E, and Class E preempts Class G.

AIRSPEED– The speed of an aircraft relative to its surrounding air mass. The unqualified term "airspeed" means one of the following:

   **a.** Indicated Airspeed– The speed shown on the aircraft airspeed indicator. This is the speed used in

pilot/controller communications under the general term "airspeed."
(Refer to 14 CFR Part 1.)

**b.** True Airspeed– The airspeed of an aircraft relative to undisturbed air. Used primarily in flight planning and en route portion of flight. When used in pilot/controller communications, it is referred to as "true airspeed" and not shortened to "airspeed."

AIRSPACE RESERVATION– The term used in oceanic ATC for airspace utilization under prescribed conditions normally employed for the mass movement of aircraft or other special user requirements which cannot otherwise be accomplished. Airspace reservations must be classified as either "moving" or "stationary."
(See MOVING AIRSPACE RESERVATION)
(See STATIONARY AIRSPACE RESERVATION.)
(See ALTITUDE RESERVATION.)

AIRSTART– The starting of an aircraft engine while the aircraft is airborne, preceded by engine shutdown during training flights or by actual engine failure.

AIRWAY– A Class E airspace area established in the form of a corridor, the centerline of which is defined by radio navigational aids.
(See FEDERAL AIRWAYS.)
(See ICAO term AIRWAY.)
(Refer to 14 CFR Part 71.)
(Refer to AIM.)

AIRWAY [ICAO]– A control area or portion thereof established in the form of corridor equipped with radio navigational aids.

AIRWAY BEACON– Used to mark airway segments in remote mountain areas. The light flashes Morse Code to identify the beacon site.
(Refer to AIM.)

AIS–
(See AERONAUTICAL INFORMATION SERVICES.)

AIT–
(See AUTOMATED INFORMATION TRANSFER.)

ALERFA (Alert Phase) [ICAO]– A situation wherein apprehension exists as to the safety of an aircraft and its occupants.

ALERT– A notification to a position that there is an aircraft-to-aircraft or aircraft-to-airspace conflict, as detected by Automated Problem Detection (APD).

ALERT AREA–
(See SPECIAL USE AIRSPACE.)

ALERT NOTICE (ALNOT)– A request originated by a flight service station (FSS) or an air route traffic control center (ARTCC) for an extensive communication search for overdue, unreported, or missing aircraft.

ALERTING SERVICE– A service provided to notify appropriate organizations regarding aircraft in need of search and rescue aid and assist such organizations as required.

ALNOT–
(See ALERT NOTICE.)

ALONG–TRACK DISTANCE (ATD)– The horizontal distance between the aircraft's current position and a fix measured by an area navigation system that is not subject to slant range errors.

ALPHANUMERIC DISPLAY– Letters and numerals used to show identification, altitude, beacon code, and other information concerning a target on a radar display.
(See AUTOMATED RADAR TERMINAL SYSTEMS.)

ALTERNATE AERODROME [ICAO]– An aerodrome to which an aircraft may proceed when it becomes either impossible or inadvisable to proceed to or to land at the aerodrome of intended landing.
Note: The aerodrome from which a flight departs may also be an en-route or a destination alternate aerodrome for the flight.

ALTERNATE AIRPORT– An airport at which an aircraft may land if a landing at the intended airport becomes inadvisable.
(See ICAO term ALTERNATE AERODROME.)

ALTIMETER SETTING– The barometric pressure reading used to adjust a pressure altimeter for variations in existing atmospheric pressure or to the standard altimeter setting (29.92).
(Refer to 14 CFR Part 91.)
(Refer to AIM.)

ALTITUDE– The height of a level, point, or object measured in feet Above Ground Level (AGL) or from Mean Sea Level (MSL).
(See FLIGHT LEVEL.)

**a.** MSL Altitude– Altitude expressed in feet measured from mean sea level.

**b.** AGL Altitude– Altitude expressed in feet measured above ground level.

**c.** Indicated Altitude– The altitude as shown by an altimeter. On a pressure or barometric altimeter it is altitude as shown uncorrected for instrument error and uncompensated for variation from standard atmospheric conditions.

(See ICAO term ALTITUDE.)

ALTITUDE [ICAO]– The vertical distance of a level, a point or an object considered as a point, measured from mean sea level (MSL).

*ALTITUDE READOUT*– An aircraft's altitude, transmitted via the Mode C transponder feature, that is visually displayed in 100-foot increments on a radar scope having readout capability.

(See ALPHANUMERIC DISPLAY.)
(See AUTOMATED RADAR TERMINAL SYSTEMS.)
(Refer to AIM.)

ALTITUDE RESERVATION (ALTRV)– Airspace utilization under prescribed conditions normally employed for the mass movement of aircraft or other special user requirements which cannot otherwise be accomplished. ALTRVs are approved by the appropriate FAA facility. ALTRVs must be classified as either "moving" or "stationary."

(See MOVING ALTITUDE RESERVATION.)
(See STATIONARY ALTITUDE RESERVATION.)
(See AIR TRAFFIC CONTROL SYSTEM COMMAND CENTER.)

ALTITUDE RESTRICTION– An altitude or altitudes, stated in the order flown, which are to be maintained until reaching a specific point or time. Altitude restrictions may be issued by ATC due to traffic, terrain, or other airspace considerations.

*ALTITUDE RESTRICTIONS ARE CANCELED*– Adherence to previously imposed altitude restrictions is no longer required during a climb or descent.

ALTRV–
(See ALTITUDE RESERVATION.)

AMVER–
(See AUTOMATED MUTUAL-ASSISTANCE VESSEL RESCUE SYSTEM.)

APB–
(See AUTOMATED PROBLEM DETECTION BOUNDARY.)

APD–
(See AUTOMATED PROBLEM DETECTION.)

APDIA–
(See AUTOMATED PROBLEM DETECTION INHIBITED AREA.)

APPROACH CLEARANCE– Authorization by ATC for a pilot to conduct an instrument approach. The type of instrument approach for which a clearance and other pertinent information is provided in the approach clearance when required.

(See CLEARED APPROACH.)
(See INSTRUMENT APPROACH PROCEDURE.)
(Refer to AIM.)
(Refer to 14 CFR Part 91.)

APPROACH CONTROL FACILITY– A terminal ATC facility that provides approach control service in a terminal area.

(See APPROACH CONTROL SERVICE.)
(See RADAR APPROACH CONTROL FACILITY.)

APPROACH CONTROL SERVICE– Air traffic control service provided by an approach control facility for arriving and departing VFR/IFR aircraft and, on occasion, en route aircraft. At some airports not served by an approach control facility, the ARTCC provides limited approach control service.

(See ICAO term APPROACH CONTROL SERVICE.)
(Refer to AIM.)

APPROACH CONTROL SERVICE [ICAO]– Air traffic control service for arriving or departing controlled flights.

APPROACH GATE– An imaginary point used within ATC as a basis for vectoring aircraft to the final approach course. The gate will be established along the final approach course 1 mile from the final approach fix on the side away from the airport and will be no closer than 5 miles from the landing threshold.

APPROACH/DEPARTURE HOLD AREA– The locations on taxiways in the approach or departure areas of a runway designated to protect landing or departing aircraft. These locations are identified by signs and markings.

APPROACH LIGHT SYSTEM–
(See AIRPORT LIGHTING.)

APPROACH SEQUENCE– The order in which aircraft are positioned while on approach or awaiting approach clearance.

(See LANDING SEQUENCE.)

(See ICAO term APPROACH SEQUENCE.)

APPROACH SEQUENCE [ICAO]– The order in which two or more aircraft are cleared to approach to land at the aerodrome.

***APPROACH SPEED–*** The recommended speed contained in aircraft manuals used by pilots when making an approach to landing. This speed will vary for different segments of an approach as well as for aircraft weight and configuration.

APPROACH WITH VERTICAL GUIDANCE (APV)– A term used to describe RNAV approach procedures that provide lateral and vertical guidance but do not meet the requirements to be considered a precision approach.

APPROPRIATE ATS AUTHORITY [ICAO]– The relevant authority designated by the State responsible for providing air traffic services in the airspace concerned. In the United States, the "appropriate ATS authority" is the Program Director for Air Traffic Planning and Procedures, ATP-1.

APPROPRIATE AUTHORITY–

**a.** Regarding flight over the high seas: the relevant authority is the State of Registry.

**b.** Regarding flight over other than the high seas: the relevant authority is the State having sovereignty over the territory being overflown.

***APPROPRIATE OBSTACLE CLEARANCE MINIMUM ALTITUDE–*** Any of the following:

(See MINIMUM EN ROUTE IFR ALTITUDE.)

(See MINIMUM IFR ALTITUDE.)

(See MINIMUM OBSTRUCTION CLEARANCE ALTITUDE.)

(See MINIMUM VECTORING ALTITUDE.)

***APPROPRIATE TERRAIN CLEARANCE MINIMUM ALTITUDE–*** Any of the following:

(See MINIMUM EN ROUTE IFR ALTITUDE.)

(See MINIMUM IFR ALTITUDE.)

(See MINIMUM OBSTRUCTION CLEARANCE ALTITUDE.)

(See MINIMUM VECTORING ALTITUDE.)

APRON– A defined area on an airport or heliport intended to accommodate aircraft for purposes of loading or unloading passengers or cargo, refueling, parking, or maintenance. With regard to seaplanes, a ramp is used for access to the apron from the water.

(See ICAO term APRON.)

APRON [ICAO]– A defined area, on a land aerodrome, intended to accommodate aircraft for purposes of loading or unloading passengers, mail or cargo, refueling, parking or maintenance.

ARC– The track over the ground of an aircraft flying at a constant distance from a navigational aid by reference to distance measuring equipment (DME).

AREA CONTROL CENTER [ICAO]– An air traffic control facility primarily responsible for ATC services being provided IFR aircraft during the en route phase of flight. The U.S. equivalent facility is an air route traffic control center (ARTCC).

AREA NAVIGATION (RNAV)– A method of navigation which permits aircraft operation on any desired flight path within the coverage of ground– or space–based navigation aids or within the limits of the capability of self-contained aids, or a combination of these.

Note: Area navigation includes performance–based navigation as well as other operations that do not meet the definition of performance–based navigation.

AREA NAVIGATION (RNAV) APPROACH CONFIGURATION:

**a.** STANDARD T– An RNAV approach whose design allows direct flight to any one of three initial approach fixes (IAF) and eliminates the need for procedure turns. The standard design is to align the procedure on the extended centerline with the missed approach point (MAP) at the runway threshold, the final approach fix (FAF), and the initial approach/ intermediate fix (IAF/IF). The other two IAFs will be established perpendicular to the IF.

**b.** MODIFIED T– An RNAV approach design for single or multiple runways where terrain or operational constraints do not allow for the standard T. The "T" may be modified by increasing or decreasing the angle from the corner IAF(s) to the IF or by eliminating one or both corner IAFs.

**c.** STANDARD I– An RNAV approach design for a single runway with both corner IAFs eliminated. Course reversal or radar vectoring may be required at busy terminals with multiple runways.

**d.** TERMINAL ARRIVAL AREA (TAA)– The TAA is controlled airspace established in conjunction with the Standard or Modified T and I RNAV approach configurations. In the standard TAA, there are three areas: straight-in, left base, and right base. The arc boundaries of the three areas of the TAA are published portions of the approach and allow aircraft to transition from the en route structure direct to the nearest IAF. TAAs will also eliminate or reduce feeder routes, departure extensions, and procedure turns or course reversal.

**1.** STRAIGHT-IN AREA– A 30 NM arc centered on the IF bounded by a straight line extending through the IF perpendicular to the intermediate course.

**2.** LEFT BASE AREA– A 30 NM arc centered on the right corner IAF. The area shares a boundary with the straight-in area except that it extends out for 30 NM from the IAF and is bounded on the other side by a line extending from the IF through the FAF to the arc.

**3.** RIGHT BASE AREA– A 30 NM arc centered on the left corner IAF. The area shares a boundary with the straight-in area except that it extends out for 30 NM from the IAF and is bounded on the other side by a line extending from the IF through the FAF to the arc.

AREA NAVIGATION (RNAV) GLOBAL POSITIONING SYSTEM (GPS) PRECISION RUNWAY MONITORING (PRM) APPROACH– A GPS approach, which requires vertical guidance, used in lieu of another type of PRM approach to conduct approaches to parallel runways whose extended centerlines are separated by less than 4,300 feet and at least 3,000 feet, where simultaneous close parallel approaches are permitted. Also used in lieu of an ILS PRM and/or LDA PRM approach to conduct Simultaneous Offset Instrument Approach (SOIA) operations.

ARMY AVIATION FLIGHT INFORMATION BULLETIN– A bulletin that provides air operation data covering Army, National Guard, and Army Reserve aviation activities.

ARO–
  (See AIRPORT RESERVATION OFFICE.)

ARRESTING SYSTEM– A safety device consisting of two major components, namely, engaging or catching devices and energy absorption devices for the purpose of arresting both tailhook and/or nontailhook-equipped aircraft. It is used to prevent aircraft from overrunning runways when the aircraft cannot be stopped after landing or during aborted takeoff. Arresting systems have various names; e.g., arresting gear, hook device, wire barrier cable.
  (See ABORT.)
  (Refer to AIM.)

ARRIVAL CENTER– The ARTCC having jurisdiction for the impacted airport.

ARRIVAL DELAY– A parameter which specifies a period of time in which no aircraft will be metered for arrival at the specified airport.

ARRIVAL/DEPARTURE WINDOW (ADW)– A depiction presented on an air traffic control display, used by the controller to prevent possible conflicts between arrivals to, and departures from, a runway. The ADW identifies that point on the final approach course by which a departing aircraft must have begun takeoff.

ARRIVAL SECTOR (En Route)– An operational control sector containing one or more meter fixes on or near the TRACON boundary.

ARRIVAL TIME– The time an aircraft touches down on arrival.

ARSR–
  (See AIR ROUTE SURVEILLANCE RADAR.)

ARTCC–
  (See AIR ROUTE TRAFFIC CONTROL CENTER.)

ASDA–
  (See ACCELERATE-STOP DISTANCE AVAILABLE.)

ASDA [ICAO]–
  (See ICAO Term ACCELERATE-STOP DISTANCE AVAILABLE.)

ASDE–
  (See AIRPORT SURFACE DETECTION EQUIPMENT.)

ASLAR–
  (See AIRCRAFT SURGE LAUNCH AND RECOVERY.)

ASR–
  (See AIRPORT SURVEILLANCE RADAR.)

ASR APPROACH–
  (See SURVEILLANCE APPROACH.)

ASSOCIATED– A radar target displaying a data block with flight identification and altitude information.
  (See UNASSOCIATED.)

ATC–
  (See AIR TRAFFIC CONTROL.)

ATC ADVISES– Used to prefix a message of noncontrol information when it is relayed to an aircraft by other than an air traffic controller.
  (See ADVISORY.)

ATC ASSIGNED AIRSPACE– Airspace of defined vertical/lateral limits, assigned by ATC, for the purpose of providing air traffic segregation between the specified activities being conducted within the assigned airspace and other IFR air traffic.
  (See SPECIAL USE AIRSPACE.)

ATC CLEARANCE–
  (See AIR TRAFFIC CLEARANCE.)

ATC CLEARS– Used to prefix an ATC clearance when it is relayed to an aircraft by other than an air traffic controller.

ATC INSTRUCTIONS– Directives issued by air traffic control for the purpose of requiring a pilot to take specific actions; e.g., "Turn left heading two five zero," "Go around," "Clear the runway."
  (Refer to 14 CFR Part 91.)

ATC PREFERRED ROUTE NOTIFICATION– EDST notification to the appropriate controller of the need to determine if an ATC preferred route needs to be applied, based on destination airport.
  (See ROUTE ACTION NOTIFICATION.)
  (See EN ROUTE DECISION SUPPORT TOOL.)

ATC PREFERRED ROUTES– Preferred routes that are not automatically applied by Host.

ATC REQUESTS– Used to prefix an ATC request when it is relayed to an aircraft by other than an air traffic controller.

ATC SECURITY SERVICES– Communications and security tracking provided by an ATC facility in support of the DHS, the DOD, or other Federal security elements in the interest of national security. Such security services are only applicable within designated areas. ATC security services do not include ATC basic radar services or flight following.

ATC SECURITY SERVICES POSITION– The position responsible for providing ATC security services as defined. This position does not provide ATC, IFR separation, or VFR flight following services, but is responsible for providing security services in an area comprising airspace assigned to one or more ATC operating sectors. This position may be combined with control positions.

ATC SECURITY TRACKING– The continuous tracking of aircraft movement by an ATC facility in support of the DHS, the DOD, or other security elements for national security using radar (i.e., radar tracking) or other means (e.g., manual tracking) without providing basic radar services (including traffic advisories) or other ATC services not defined in this section.

ATS SURVEILLANCE SERVICE [ICAO]– A term used to indicate a service provided directly by means of an ATS surveillance system.

ATC SURVEILLANCE SOURCE– Used by ATC for establishing identification, control and separation using a target depicted on an air traffic control facility's video display that has met the relevant safety standards for operational use and received from one, or a combination, of the following surveillance sources:
a. Radar (See RADAR.)
b. ADS-B (See AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST.)
c. WAM (See WIDE AREA MULTILATERATION.)
  (See INTERROGATOR.)
  (See TRANSPONDER.)
  (See ICAO term RADAR.)
  (Refer to AIM.)

ATS SURVEILLANCE SYSTEM [ICAO]– A generic term meaning variously, ADS–B, PSR, SSR or any comparable ground–based system that enables the identification of aircraft.
  Note: A comparable ground–based system is one that has been demonstrated, by comparative assessment or other methodology, to have a level of safety and performance equal to or better than monopulse SSR.

ATCAA–
  (See ATC ASSIGNED AIRSPACE.)

ATCRBS–
  (See RADAR.)

ATCSCC–
  (See AIR TRAFFIC CONTROL SYSTEM
  COMMAND CENTER.)

ATCT–
  (See TOWER.)

ATD–
  (See ALONG–TRACK DISTANCE.)

ATIS–
  (See AUTOMATIC TERMINAL INFORMATION
  SERVICE.)

ATIS [ICAO]–
  (See ICAO Term AUTOMATIC TERMINAL
  INFORMATION SERVICE.)

ATPA–
  (See AUTOMATED TERMINAL PROXIMITY
  ALERT.)

ATS ROUTE [ICAO]– A specified route designed for
channeling the flow of traffic as necessary for the
provision of air traffic services.
  Note: The term "ATS Route" is used to mean
  variously, airway, advisory route, controlled or
  uncontrolled route, arrival or departure, etc.

ATTENTION ALL USERS PAGE (AAUP)- The
AAUP provides the pilot with additional information
relative to conducting a specific operation, for
example, PRM approaches and RNAV departures.

AUTOLAND APPROACH–An autoland system
aids by providing control of aircraft systems during
a precision instrument approach to at least decision
altitude and possibly all the way to touchdown, as
well as in some cases, through the landing rollout.
The autoland system is a sub-system of the autopilot
system from which control surface management
occurs. The aircraft autopilot sends instructions to the
autoland system and monitors the autoland system
performance and integrity during its execution.

AUTOMATED EMERGENCY DESCENT–
  (See EMERGENCY DESCENT MODE.)

AUTOMATED INFORMATION TRANSFER
(AIT)– A precoordinated process, specifically
defined in facility directives, during which a transfer
of altitude control and/or radar identification is
accomplished without verbal coordination between
controllers using information communicated in a full
data block.

AUTOMATED MUTUAL-ASSISTANCE VESSEL
RESCUE SYSTEM– A facility which can deliver, in
a matter of minutes, a surface picture (SURPIC) of
vessels in the area of a potential or actual search and
rescue incident, including their predicted positions
and their characteristics.
  (See FAA Order JO 7110.65, Para 10–6–4,
  INFLIGHT CONTINGENCIES.)

AUTOMATED PROBLEM DETECTION (APD)–
An Automation Processing capability that compares
trajectories in order to predict conflicts.

AUTOMATED PROBLEM DETECTION
BOUNDARY (APB)– The adapted distance beyond
a facilities boundary defining the airspace within
which EDST performs conflict detection.
  (See EN ROUTE DECISION SUPPORT TOOL.)

AUTOMATED PROBLEM DETECTION INHIB-
ITED AREA (APDIA)– Airspace surrounding a
terminal area within which APD is inhibited for all
flights within that airspace.

AUTOMATED TERMINAL PROXIMITY ALERT
(ATPA)– Monitors the separation of aircraft on the
Final Approach Course (FAC), displaying a
graphical notification (cone and/or mileage) when a
potential loss of separation is detected. The warning
cone (Yellow) will display at 45 seconds and the alert
cone (Red) will display at 24 seconds prior to
predicted loss of separation. Current distance
between two aircraft on final will be displayed in line
3 of the full data block of the trailing aircraft in
corresponding colors.

AUTOMATED WEATHER SYSTEM– Any of the
automated weather sensor platforms that collect
weather data at airports and disseminate the weather
information via radio and/or landline. The systems
currently consist of the Automated Surface Observ-
ing System (ASOS) and Automated Weather
Observation System (AWOS).

AUTOMATED UNICOM– Provides completely
automated weather, radio check capability and airport
advisory information on an Automated UNICOM
system. These systems offer a variety of features,
typically selectable by microphone clicks, on the
UNICOM frequency. Availability will be published
in the Chart Supplement U.S. and approach charts.

AUTOMATIC ALTITUDE REPORT–
  (See ALTITUDE READOUT.)

AUTOMATIC ALTITUDE REPORTING– That function of a transponder which responds to Mode C interrogations by transmitting the aircraft's altitude in 100-foot increments.

AUTOMATIC CARRIER LANDING SYSTEM– U.S. Navy final approach equipment consisting of precision tracking radar coupled to a computer data link to provide continuous information to the aircraft, monitoring capability to the pilot, and a backup approach system.

AUTOMATIC DEPENDENT SURVEILLANCE (ADS) [ICAO]– A surveillance technique in which aircraft automatically provide, via a data link, data derived from on–board navigation and position fixing systems, including aircraft identification, four dimensional position and additional data as appropriate.

AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST (ADS-B)– A surveillance system in which an aircraft or vehicle to be detected is fitted with cooperative equipment in the form of a data link transmitter. The aircraft or vehicle periodically broadcasts its GNSS–derived position and other required information such as identity and velocity, which is then received by a ground–based or space–based receiver for processing and display at an air traffic control facility, as well as by suitably equipped aircraft.

　(See AUTOMATIC DEPENDENT
　　SURVEILLANCE–BROADCAST IN.)
　(See AUTOMATIC DEPENDENT
　　SURVEILLANCE–BROADCAST OUT.)
　(See COOPERATIVE SURVEILLANCE.)
　(See GLOBAL POSITIONING SYSTEM.)
　(See SPACE–BASED ADS–B.)

AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST IN (ADS-B In)– Aircraft avionics capable of receiving ADS–B Out transmissions directly from other aircraft, as well as traffic or weather information transmitted from ground stations.

　(See AUTOMATIC DEPENDENT
　　SURVEILLANCE–BROADCAST OUT.)
　(See AUTOMATIC DEPENDENT
　　SURVEILLANCE–REBROADCAST.)
　(See FLIGHT INFORMATION
　　SERVICE–BROADCAST.)
　(See TRAFFIC INFORMATION
　　SERVICE–BROADCAST.)

AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST OUT (ADS-B Out)– The transmitter onboard an aircraft or ground vehicle that periodically broadcasts its GNSS–derived position along with other required information, such as identity, altitude, and velocity.

　(See AUTOMATIC DEPENDENT
　　SURVEILLANCE–BROADCAST.)
　(See AUTOMATIC DEPENDENT
　　SURVEILLANCE–BROADCAST IN.)

AUTOMATIC DEPENDENT SURVEILLANCE–CONTRACT (ADS-C)– A data link position reporting system, controlled by a ground station, that establishes contracts with an aircraft's avionics that occur automatically whenever specific events occur, or specific time intervals are reached.

AUTOMATIC DEPENDENT SURVEILLANCE-REBROADCAST (ADS-R)– A datalink translation function of the ADS–B ground system required to accommodate the two separate operating frequencies (978 MHz and 1090 MHz). The ADS–B system receives the ADS–B messages transmitted on one frequency and ADS–R translates and reformats the information for rebroadcast and use on the other frequency. This allows ADS–B In equipped aircraft to see nearby ADS–B Out traffic regardless of the operating link of the other aircraft. Aircraft operating on the same ADS–B frequency exchange information directly and do not require the ADS–R translation function.

AUTOMATIC DIRECTION FINDER– An aircraft radio navigation system which senses and indicates the direction to a L/MF nondirectional radio beacon (NDB) ground transmitter. Direction is indicated to the pilot as a magnetic bearing or as a relative bearing to the longitudinal axis of the aircraft depending on the type of indicator installed in the aircraft. In certain applications, such as military, ADF operations may be based on airborne and ground transmitters in the VHF/UHF frequency spectrum.

　(See BEARING.)
　(See NONDIRECTIONAL BEACON.)

AUTOMATIC FLIGHT INFORMATION SERVICE (AFIS) – ALASKA FSSs ONLY– The continuous broadcast of recorded non–control information at airports in Alaska where a FSS provides local airport advisory service. The AFIS broadcast automates the repetitive transmission of essential but routine information such as weather, wind, altimeter, favored runway, braking action,

**Page 704 of 827**

AUTOMATIC ALTITUDE REPORTING– That function of a transponder which responds to Mode C interrogations by transmitting the aircraft's altitude in 100-foot increments.

AUTOMATIC CARRIER LANDING SYSTEM– U.S. Navy final approach equipment consisting of precision tracking radar coupled to a computer data link to provide continuous information to the aircraft, monitoring capability to the pilot, and a backup approach system.

AUTOMATIC DEPENDENT SURVEILLANCE (ADS) [ICAO]– A surveillance technique in which aircraft automatically provide, via a data link, data derived from on–board navigation and position fixing systems, including aircraft identification, four dimensional position and additional data as appropriate.

AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST (ADS–B)– A surveillance system in which an aircraft or vehicle to be detected is fitted with cooperative equipment in the form of a data link transmitter. The aircraft or vehicle periodically broadcasts its GNSS–derived position and other required information such as identity and velocity, which is then received by a ground–based or space–based receiver for processing and display at an air traffic control facility, as well as by suitably equipped aircraft.

(See AUTOMATIC DEPENDENT
   SURVEILLANCE–BROADCAST IN.)
(See AUTOMATIC DEPENDENT
   SURVEILLANCE–BROADCAST OUT.)
(See COOPERATIVE SURVEILLANCE.)
(See GLOBAL POSITIONING SYSTEM.)
(See SPACE–BASED ADS–B.)

AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST IN (ADS–B In)– Aircraft avionics capable of receiving ADS–B Out transmissions directly from other aircraft, as well as traffic or weather information transmitted from ground stations.

(See AUTOMATIC DEPENDENT
   SURVEILLANCE–BROADCAST OUT.)
(See AUTOMATIC DEPENDENT
   SURVEILLANCE–REBROADCAST.)
(See FLIGHT INFORMATION
   SERVICE–BROADCAST.)
(See TRAFFIC INFORMATION
   SERVICE–BROADCAST.)

AUTOMATIC DEPENDENT SURVEILLANCE–BROADCAST OUT (ADS–B Out)– The transmitter onboard an aircraft or ground vehicle that periodically broadcasts its GNSS–derived position along with other required information, such as identity, altitude, and velocity.

(See AUTOMATIC DEPENDENT
   SURVEILLANCE–BROADCAST.)
(See AUTOMATIC DEPENDENT
   SURVEILLANCE–BROADCAST IN.)

AUTOMATIC DEPENDENT SURVEILLANCE–CONTRACT (ADS–C)– A data link position reporting system, controlled by a ground station, that establishes contracts with an aircraft's avionics that occur automatically whenever specific events occur, or specific time intervals are reached.

AUTOMATIC DEPENDENT SURVEILLANCE-REBROADCAST (ADS–R)– A datalink translation function of the ADS–B ground system required to accommodate the two separate operating frequencies (978 MHz and 1090 MHz). The ADS–B system receives the ADS–B messages transmitted on one frequency and ADS–R translates and reformats the information for rebroadcast and use on the other frequency. This allows ADS–B In equipped aircraft to see nearby ADS–B Out traffic regardless of the operating link of the other aircraft. Aircraft operating on the same ADS–B frequency exchange information directly and do not require the ADS–R translation function.

AUTOMATIC DIRECTION FINDER– An aircraft radio navigation system which senses and indicates the direction to a L/MF nondirectional radio beacon (NDB) ground transmitter. Direction is indicated to the pilot as a magnetic bearing or as a relative bearing to the longitudinal axis of the aircraft depending on the type of indicator installed in the aircraft. In certain applications, such as military, ADF operations may be based on airborne and ground transmitters in the VHF/UHF frequency spectrum.

(See BEARING.)
(See NONDIRECTIONAL BEACON.)

AUTOMATIC FLIGHT INFORMATION SER-VICE (AFIS) – ALASKA FSSs ONLY– The continuous broadcast of recorded non–control information at airports in Alaska where a FSS provides local airport advisory service. The AFIS broadcast automates the repetitive transmission of essential but routine information such as weather, wind, altimeter, favored runway, braking action,

airport NOTAMs, and other applicable information. The information is continuously broadcast over a discrete VHF radio frequency (usually the ASOS/AWOS frequency).

AUTOMATIC TERMINAL INFORMATION SER-VICE– The continuous broadcast of recorded noncontrol information in selected terminal areas. Its purpose is to improve controller effectiveness and to relieve frequency congestion by automating the repetitive transmission of essential but routine information; e.g., "Los Angeles information Alfa. One three zero zero Coordinated Universal Time. Weather, measured ceiling two thousand overcast, visibility three, haze, smoke, temperature seven one, dew point five seven, wind two five zero at five, altimeter two niner niner six. I-L-S Runway Two Five Left approach in use, Runway Two Five Right closed, advise you have Alfa."

  (See ICAO term AUTOMATIC TERMINAL INFORMATION SERVICE.)

  (Refer to AIM.)

AUTOMATIC TERMINAL INFORMATION SER-VICE [ICAO]– The provision of current, routine information to arriving and departing aircraft by means of continuous and repetitive broadcasts throughout the day or a specified portion of the day.

AUTOROTATION– A rotorcraft flight condition in which the lifting rotor is driven entirely by action of the air when the rotorcraft is in motion.

  **a.** Autorotative Landing/Touchdown Autorota-tion. Used by a pilot to indicate that the landing will be made without applying power to the rotor.

  **b.** Low Level Autorotation. Commences at an altitude well below the traffic pattern, usually below 100 feet AGL and is used primarily for tactical military training.

  **c.** 180 degrees Autorotation. Initiated from a downwind heading and is commenced well inside the normal traffic pattern. "Go around" may not be possible during the latter part of this maneuver.

AVAILABLE LANDING DISTANCE (ALD)– The portion of a runway available for landing and roll-out for aircraft cleared for LAHSO. This distance is measured from the landing threshold to the hold-short point.

AVIATION WATCH NOTIFICATION MESSAGE– The Storm Prediction Center (SPC) issues Aviation Watch Notification Messages (SAW) to provide an area threat alert for the aviation meteorology community to forecast organized severe thunder-storms that may produce tornadoes, large hail, and/or convective damaging winds as indicated in Public Watch Notification Messages within the Continental U.S. A SAW message provides a description of the type of watch issued by SPC, a valid time, an approximation of the area in a watch, and primary hazard(s).

AVIATION WEATHER SERVICE– A service provided by the National Weather Service (NWS) and FAA which collects and disseminates pertinent weather information for pilots, aircraft operators, and ATC. Available aviation weather reports and forecasts are displayed at each NWS office and FAA FSS.

  (See TRANSCRIBED WEATHER BROADCAST.)

  (See WEATHER ADVISORY.)

  (Refer to AIM.)

PAGES OMITTED