# Exhibit 121

| Search Vehicles | Vehicle Comparison Tool |
|---|---|

# 2023
# TESLA MODEL 3



IMAGE NOT AVAILABLE

| **3** RECALLS | INVESTIGATIONS 1 |
|---|---|
| | COMPLAINTS 39 |

**Not been rated**

**OVERALL SAFETY RATING**

# Recalls & Safety Issues.

This is a record of safety issues for vehicles of this year, make, model and trim. If you are a vehicle owner, search for recalls by your Vehicle Identification Number (VIN). The vehicle identification number tells you if your car is affected.

**Learn about our recall process →**

**Have a safety problem?**

Report a problem with your vehicle, tires, car seats or other equipment. We review every problem as we work to keep our roads safe.

**Report a safety problem**  →

# Find recalls **by VIN.**

Every vehicle has a unique VIN. Enter a VIN to learn if a specific vehicle needs to be repaired as part of a recall.

**SEARCH BY VIN**

Recall information from this VIN lookup tool is provided by the manufacturer conducting the recall. NHTSA does not record VIN information or results provided through this tool.

**COMPLAINTS**　　RECALLS　　INVESTIGATIONS　　MANUFACTURER COMMUNICATIONS

# 39 Complaints
## for 2023 TESLA MODEL 3

FILTER COMPLAINTS BY AFFECTED COMPONENTS

All (39)　AIR BAGS (1)　BACK OVER PREVENTION (4)　ELECTRICAL SYSTEM (4)　ENGINE (2)

FORWARD COLLISION AVOIDANCE (24)　FUEL/PROPULSION SYSTEM (1)　LANE DEPARTURE (1)　POWER TRAIN (2)

SEATS (2)　SERVICE BRAKES (5)　STRUCTURE (2)　SUSPENSION (2)　TIRES (1)　UNKNOWN OR OTHER (5)

VEHICLE SPEED CONTROL (5)　VISIBILITY/WIPER (2)　WHEELS (1)

---

April 10, 2023                                                                          ⊖
NHTSA ID NUMBER: 11516347

## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11516347

**Incident Date** April 10, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EA4PF****

**Summary of Complaint**

| CRASH | No | Automatic emergency braking. Phantom braking without any real incident |
|-------|-----|-----|
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

## April 8, 2023



NHTSA ID NUMBER: 11516113

### Components: VEHICLE SPEED CONTROL, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11516113

**Incident Date** April 3, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB3PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | At random times the vehicle will slam on the brakes although there is nothing in front of it. It has happened with vehicles behind me and I have averted multiple crashes by luck I suppose. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

---

## March 24, 2023



NHTSA ID NUMBER: 11513586

### Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11513586

**Incident Date** March 22, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EAXPF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | I was driving on the HOV lane (going between 65-70 miles mph) with the adaptive cruise control and lane keep assist on when the car suddenly slammed on it's brakes to stop. There was a slight hump in the highway, but no car or object in front of me in the lane. Thank goodness there were |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

no cars behind me or they could have easily rear ended me. It was extremely scary and now I'm too scared to use these driver assist features moving forward.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

March 23, 2023                                                      
NHTSA ID NUMBER: 11513455
## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11513455

**Incident Date** March 16, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EA5PF****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | I was on Interstate I5 on March 16th with car cruising on Tesla Auto Pilot Assist. The road was completely clear with nothing ahead of behind me for atleast half a mile. All of a sudden I experienced Sudden Breaking (Phantom Breaking) and broke hard to about 30 MPH before resuming. I was fortunate that there was nothing behind me otherwise I would have been rear ended. The only thing I could see was there as a dip in the roadway and some shadows were falling across the highway. Tesla has no radars and I suspect the camera was fooled by the lighting. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

March 22, 2023                                                      
NHTSA ID NUMBER: 11513205
## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11513205

**Incident Date** March 20, 2023

**Consumer Location** Unknown

**Page 5 of 36**

**Vehicle Identification Number** 5YJ3E1EA3PF****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

- The adaptive cruise control malfunctioned, It sharply braked while no cars in front or arround me was braking.Conditions were clear, no rain/no snow, in the daytime. The windshield was clean, the road was clean as well (on the asphalt with road markers clearly visible). - My safety and the safety of others was put at risk, the braking was realy sharp nothing could have helped me or other users of the road predict that it was going to happen. Someone behind had to slam the brakes to avoid a collision with me. - Nothing was inspected - No warning or symptoms were visible then nor now.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

← prev                          Page 1 of 5                          next →

# Recently Searched

**2023**
**TESLA MODEL 3**

**Not been rated**
**OVERALL SAFETY RATING**



IMAGE NOT AVAILABLE

**2022**
**TESLA MODEL Y 5-SEAT**
SUV RWD

★★★★★
**OVERALL SAFETY RATING**



**2018**
**TESLA MODEL 3**
**4 DR RWD**

★★★★★
**OVERALL SAFETY RATING**



| Search Vehicles | Vehicle Comparison Tool |
| --- | --- |

## 2023
# TESLA MODEL 3



IMAGE NOT AVAILABLE

**3**
RECALLS

INVESTIGATIONS  1

COMPLAINTS  39

Not been rated

**OVERALL SAFETY RATING**

# Recalls & Safety Issues.

This is a record of safety issues for vehicles of this year, make, model and trim. If you are a vehicle owner, search for recalls by your Vehicle Identification Number (VIN). The vehicle identification number tells you if your car is affected.

**Learn about our recall process →**

**Have a safety problem?**

Report a problem with your vehicle, tires, car seats or other equipment. We review every problem as we work to keep our roads safe.

**Report a safety problem**   →

# Find recalls **by VIN.**

Every vehicle has a unique VIN. Enter a VIN to learn if a specific vehicle needs to be repaired as part of a recall.

**SEARCH BY VIN**

Recall information from this VIN lookup tool is provided by the manufacturer conducting the recall. NHTSA does not record VIN information or results provided through this tool.

**COMPLAINTS**      RECALLS      INVESTIGATIONS      MANUFACTURER COMMUNICATIONS

# 39 Complaints
## for 2023 TESLA MODEL 3

FILTER COMPLAINTS BY AFFECTED COMPONENTS

( All (39) )  ( AIR BAGS (1) )  ( BACK OVER PREVENTION (4) )  ( ELECTRICAL SYSTEM (4) )  ( ENGINE (2) )

( **FORWARD COLLISION AVOIDANCE (24)** )  ( FUEL/PROPULSION SYSTEM (1) )  ( LANE DEPARTURE (1) )  ( POWER TRAIN (2) )

( SEATS (2) )  ( SERVICE BRAKES (5) )  ( STRUCTURE (2) )  ( SUSPENSION (2) )  ( TIRES (1) )  ( UNKNOWN OR OTHER (5) )

( VEHICLE SPEED CONTROL (5) )  ( VISIBILITY/WIPER (2) )  ( WHEELS (1) )

---

## March 22, 2023
NHTSA ID NUMBER: 11513310

### Components: UNKNOWN OR OTHER, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11513310

**Incident Date** March 19, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB8PF****

### Summary of Complaint

| | |
|---|---|
| CRASH | No |
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

I bought a new Tesla Model 3 in December of 2022. In mid March 2023 we had our first road trip in this vehicle. I had at least 4 major phantom braking incidences while traveling an average of 75 mph on I-80 with the cruise control on. Two were experienced while traveling eastbound in Nebraska and two were while traveling westbound a week later in Wyoming. Each experiece was separated in time by at least two hours. The last one scared me and my wife so much that she won't ride in the Tesla on the freeway until it is fixed. We also had several minor phantom braking experiences which did not alarm us. What happened is that the car slammed on the brakes while going 75 and reduced the speed to

about 55 in seconds. It was over before I could react. The tires did not
skid and fortunately no one was following us. I fear that if someone was
tailgating me that they would have rear ended our car. I had experienced
a couple of phantom braking events in Utah in previous months but they
weren't severe enough for me to report it.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

## March 17, 2023



**NHTSA ID NUMBER: 11512314**

# Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11512314

**Incident Date** March 16, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EC6PF****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | While traveling with cruise control enabled and not using autopilot, about every 50 miles or so I will encounter a situation where there is no one in front of me and the car with begin rapidly decelerating. I have had several drivers behind me hit their horns in a panic while trying not to hit my car. I am very worried that this issue will cause me to be rear-ended by another driver. This issue is occuring at both highway speeds exceeding 65mph as well as speeds speeds as low as 50 mph. It has happened on multi-lane highways with no other cars around as well as on single lane local roads. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

## March 13, 2023



**NHTSA ID NUMBER: 11511665**

# Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11511665

**Page 11 of 36**

**Incident Date** March 6, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EA3PF****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | I experienced unnecessary emergency braking while driving from Chicago to Madison on I-90. I was driving at 75 mph on adaptive cruise control with auto steer on. I suddenly I experience hard braking for no reason. I observed my set speed limit changed to 45 mph. However, I instantaneously took over and pressed accelarator. I experienced the same 2 more times during the same trip. It's created a very dangerous situation. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

March 12, 2023                                                         
NHTSA ID NUMBER: 11511447
## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11511447

**Incident Date** March 11, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB4PF****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | No | Driving on interstate using Tesla model 3 autopilot about 75 mph. Road narrowing from 3 to 2 lanes and I was in the merging lane approaching entry to 2 lane road. Cars were to my right, visible, but safely distant. Suddenly, unexpectedly the car started breaking, creating alarm for me, but was able to re-engage the accelerator and safely merged into 2 lane highway. If a car was closely following me, which was not the case, could have resulted in rear end crash. Had used autopilot frequently before this episode and never had this problem, and subsequently autopilot seems to be working properly. Occurred 3/11/2023. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

---

March 9, 2023                                                                                    ⊖

NHTSA ID NUMBER: 11510949

## Components: UNKNOWN OR OTHER, SERVICE BRAKES, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11510949

**Incident Date** March 7, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EA3PF****

**Summary of Complaint**

| CRASH | No |
|---|---|
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

We were driving down the road, emergency braking enabled came on and car came to a complete abrupt start 10ft from railroad tracks and would not do anything. Could not reset it. Nothing.

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

← prev                                        Page 2 of 5                                        next →

# Recently Searched

**2023**
**TESLA MODEL 3**

**Page 13 of 36**

**Not been rated**
**OVERALL SAFETY RATING**



---

**2022**
**TESLA MODEL Y 5-SEAT**
SUV RWD



**OVERALL SAFETY RATING**



---

**2018**
**TESLA MODEL 3**
4 DR RWD



**OVERALL SAFETY RATING**



| **Search Vehicles** | **Vehicle Comparison Tool** |
|---|---|

# 2023
# TESLA MODEL 3



**IMAGE NOT AVAILABLE**

**3**            INVESTIGATIONS   1
**RECALLS**      COMPLAINTS       39

Not been rated

**OVERALL SAFETY RATING**

## Recalls & Safety Issues.

This is a record of safety issues for vehicles of this year, make, model and trim. If you are a vehicle owner, search for recalls by your Vehicle Identification Number (VIN). The vehicle identification number tells you if your car is affected.

**Learn about our recall process →**

**Have a safety problem?**

Report a problem with your vehicle, tires, car seats or other equipment. We review every problem as we work to keep our roads safe.

**Report a safety problem**   →

# Find recalls **by VIN.**

Every vehicle has a unique VIN. Enter a VIN to learn if a specific vehicle needs to be repaired as part of a recall.

**SEARCH BY VIN**

Recall information from this VIN lookup tool is provided by the manufacturer conducting the recall. NHTSA does not record VIN information or results provided through this tool.

**COMPLAINTS**      RECALLS      INVESTIGATIONS      MANUFACTURER COMMUNICATIONS

# 39 Complaints
## for 2023 TESLA MODEL 3

FILTER COMPLAINTS BY AFFECTED COMPONENTS

All (39)   AIR BAGS (1)   BACK OVER PREVENTION (4)   ELECTRICAL SYSTEM (4)   ENGINE (2)

FORWARD COLLISION AVOIDANCE (24)   FUEL/PROPULSION SYSTEM (1)   LANE DEPARTURE (1)   POWER TRAIN (2)

SEATS (2)   SERVICE BRAKES (5)   STRUCTURE (2)   SUSPENSION (2)   TIRES (1)   UNKNOWN OR OTHER (5)

VEHICLE SPEED CONTROL (5)   VISIBILITY/WIPER (2)   WHEELS (1)

---

March 9, 2023                                                                     
NHTSA ID NUMBER: 11511076
## Components: STRUCTURE, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11511076

**Incident Date** March 9, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EA2PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | **No** | The undercarriage shield of my car disconnected and started dragging while I was driving in the rain. I did not collide into anything or hit a bump. I inspected my wheel well to discover a set of screws that were bunched up and not installed during manufacturing. I had to pull the shield from under my car so that I can continue to drive the vehicle. the shield is connected to the forward warning and pedestrian warning collision system which became inoperative. The faulty manufacturing that caused the shield to disconnect caused a dangerous condition while operating. After I removed it, a second dangerous condition was created since all of the safety senors were disconnected. |
| FIRE | **No** | |
| INJURIES | **0** | |
| DEATHS | **0** | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

---

## February 13, 2023                                                                ⊖

NHTSA ID NUMBER: 11507065

## Components: BACK OVER PREVENTION, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11507065

**Incident Date** November 5, 2022

**Consumer Location** SUNNYVALE, CA

**Vehicle Identification Number** 5YJ3E1EBXPF****

**Summary of Complaint**

| | | |
|---|---|---|
| CRASH | **No** | This model doesn't have parking assist, so every time I park there is a danger of collision. All modern cars have parking assist. Tesla promised in Nov 2022 that software update enabling parking assist will be available within "next couple of weeks". 3 months passd since then and there is still no parking aist. |
| FIRE | **No** | |
| INJURIES | **0** | |
| DEATHS | **0** | |

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

## February 12, 2023                                                                ⊖

NHTSA ID NUMBER: 11506806

## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11506806

**Incident Date** February 11, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB1PF****

**Summary of Complaint**

| | |
|---|---|
| CRASH | **No** |
| FIRE | **No** |

**Page 18 of 36**

| INJURIES | 0 |
|---|---|
| DEATHS | 0 |

Multiple times on the highway the car would slam the brakes for no reason in autopilot mode reducing the speed significantly. In all cases it reduced the speed from around 70 mph to 40 mph. The road was clear with no vehicles in front.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

February 11, 2023                                                             

**NHTSA ID NUMBER: 11506785**

## Components: SUSPENSION, SERVICE BRAKES, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11506785

**Incident Date** December 16, 2022

**Consumer Location** CHULA VISTA, CA

**Vehicle Identification Number** 5YJ3E1EA4PF****

**Summary of Complaint**

| CRASH | Yes |
|---|---|
| FIRE | No |
| INJURIES | 0 |
| DEATHS | 0 |

My Tesla Model 3 was delivered on 14 December 2022. I first drove it on 16 December 2022 and that day I had an accident. I was about to park my car and I was already on the designated parking slot when the car made a sudden Un- commanded acceleration. I first hit the handicap sign, but the car did not stop and apparently the collision avoidance safety feature did not work. The continue to accelerate and I hit a restaurant establishment. The police came and I reported the incident to my insurance (Geico). The police (Mr. McClure) gave me the case number 2238293. Geico is taking care of the repair which would cost over $10K and the property damage, which added up to 10K. I went to the Tesla service center in Carlsbad and Mr. Hyuma said that I can request for the log. I guess it is the EDR. They gave me a link to request for the EDR but the start date is 23 January 2023 way after the accident date of 16 December 2022. I have not received any log or EDR from Tesla to date. I am uploading the pictures of the car before the repair. Please help me find out what exactly happened and why the car suddenly accelerated without pressing the gas pedal. I am a retired US Navy (20 years) and I bought a Tesla to save money because i have solar in my house. I have a

fixed income and cannot afford to spend money on the EDR. I believe that here is a defect on the Tesla Model 3 that I bought and I will appreciate all the help you can provide.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

February 7, 2023                                                                                      ⊖

NHTSA ID NUMBER: 11506109

## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11506109

**Incident Date** January 7, 2023

**Consumer Location** BUENA VISTA, CO

**Vehicle Identification Number** 5YJ3E1EB5PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

The contact owns a 2023 Tesla Model 3. The contact stated while driving 65 MPH, the vehicle experienced phantom braking and the vehicle stopped abruptly. There was no warning light illuminated. The contact was able to accelerate to avoid getting rear ended. The dealer was contacted and admitted knowledge of the failure; however, there was no remedy for the failure. The manufacturer was not contacted. The failure mileage was 2,000.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

← prev                          Page 3 of 5                          next →

# Recently Searched

# 2023

**TESLA MODEL 3**

**Not been rated**
**OVERALL SAFETY RATING**



---

**2022**
**TESLA MODEL Y 5-SEAT**
SUV RWD



**OVERALL SAFETY RATING**



---

**2018**
**TESLA MODEL 3**
4 DR RWD

★★★★★
**OVERALL SAFETY RATING**



| Search Vehicles | Vehicle Comparison Tool |
| --- | --- |

# 2023
# TESLA MODEL 3



IMAGE NOT AVAILABLE

**3**
RECALLS

INVESTIGATIONS  1

COMPLAINTS     39

**Not been rated**

**OVERALL SAFETY RATING**

# Recalls & Safety Issues.

This is a record of safety issues for vehicles of this year, make, model and trim. If you are a vehicle owner, search for recalls by your Vehicle Identification Number (VIN). The vehicle identification number tells you if your car is affected.

**Learn about our recall process →**

**Have a safety problem?**

Report a problem with your vehicle, tires, car seats or other equipment. We review every problem as we work to keep our roads safe.



**Report a safety problem**  →

# Find recalls **by VIN.**

Every vehicle has a unique VIN. Enter a VIN to learn if a specific vehicle needs to be repaired as part of a recall.

**SEARCH BY VIN**

Recall information from this VIN lookup tool is provided by the manufacturer conducting the recall. NHTSA does not record VIN information or results provided through this tool.



**COMPLAINTS**      RECALLS      INVESTIGATIONS      MANUFACTURER COMMUNICATIONS

# 39 Complaints
## for 2023 TESLA MODEL 3

FILTER COMPLAINTS BY AFFECTED COMPONENTS

All (39)    AIR BAGS (1)    BACK OVER PREVENTION (4)    ELECTRICAL SYSTEM (4)    ENGINE (2)

FORWARD COLLISION AVOIDANCE (24)    FUEL/PROPULSION SYSTEM (1)    LANE DEPARTURE (1)    POWER TRAIN (2)

SEATS (2)    SERVICE BRAKES (5)    STRUCTURE (2)    SUSPENSION (2)    TIRES (1)    UNKNOWN OR OTHER (5)

VEHICLE SPEED CONTROL (5)    VISIBILITY/WIPER (2)    WHEELS (1)

---

January 29, 2023                                                                    
NHTSA ID NUMBER: 11504317

## Components: VEHICLE SPEED CONTROL, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11504317

**Incident Date** January 3, 2023

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EA5PF****

### Summary of Complaint

| CRASH | Yes | While exiting a hospital parking deck, after driving for approximately 15 to |
|-------|-----|---|
| FIRE | No | 20 seconds, the car began to accelerate to an uncontrollable rate of |
| | | speed on its own. The Tesla crashed into a parked car which was then |
| INJURIES | 2 | pushed into two other parked cars. The Tesla and at least the first car hit |
| | | are totaled. There was no sign of the emergency braking system |
| DEATHS | 0 | engaging. Injuries from the airbag deploying were sustained. The driver |

has a fear to drive again as the car seemed to have a mind of it's own.
The Tesla is being held at the insurance company's tow yard. There has
been no feedback from the dealer. No inspections have been conducted

on the car. There were no indications there was a problem with the
vehicle previous to the crash. It is unknown if any warning alert systems
activated during the incident.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

January 14, 2023                                                                     
NHTSA ID NUMBER: 11501767
## Components: SERVICE BRAKES, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11501767

**Incident Date** December 21, 2022

**Consumer Location** SOUTH AMBOY, NJ

**Vehicle Identification Number** 5YJ3E1EA6PF****

**Summary of Complaint**

| CRASH | No | |
|---|---|---|
| FIRE | No | sudden, abrupt braking on multiple occasions when passing a specific location along NJ Garden State Parkway (near exit 89) while driving on auto pilot. |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

December 23, 2022                                                                     
NHTSA ID NUMBER: 11498639
## Components: VEHICLE SPEED CONTROL, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11498639

**Incident Date** December 22, 2022

**Consumer Location** PENSACOLA, FL

**Vehicle Identification Number** 5YJ3E1EA5PF****

**Page 25 of 36**

## Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | Driving west on 1-10 west of TLH vehicle suddenly decelerate if if there was slowed or stopped traffic ahead. I was alone on road. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

---

## December 11, 2022                                                          ⊖

**NHTSA ID NUMBER: 11496930**

## Components: FORWARD COLLISION AVOIDANCE, LANE DEPARTURE

**NHTSA ID Number:** 11496930

**Incident Date** December 10, 2022

**Consumer Location** WEST DES MOINES, IA

**Vehicle Identification Number** 5YJ3E1EC0PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | I took deliver of the Model 3 Performance in late October 2022 and have experienced phantom braking at least a dozen times over the last few months on the highway/interstate when using cruise control and Tesla's standard autopilot, which keeps the vehicle centered in the lane. The phantom braking has occurred both in times with just the cruise control enabled and also when both cruise and autopilot have been enabled. The vehicle has slowed from 70 to 60 and even 50 miles per hour very quickly when there was no object nearby that would cause a collision. This is both frightening and upsetting, as such sudden braking could cause an accident, especially with any car following me from behind. I am fearful to use the cruise or autopilot as a result of this defect. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

---

## December 8, 2022



**Page 26 of 36**

NHTSA ID NUMBER: 11496554

# Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11496554

**Incident Date** December 8, 2022

**Consumer Location** MARSHALL, MI

**Vehicle Identification Number** 5YJ3E1ECXPF****

## Summary of Complaint

| | | |
|---|---|---|
| CRASH | **No** | The contact owns a 2023 Tesla Model 3. The contact stated that while driving at undisclosed speeds with the Adaptive Cruise Control activated, the vehicle experienced phantom braking on two separate occasions upon approach of an overpass. The contact also stated that an audible alert tone was coming from the vehicle during the failures. Neither the Service Center nor the manufacturer was notified of the failure. The vehicle was not repaired. The failure mileage was 865. |
| FIRE | **No** | |
| INJURIES | **0** | |
| DEATHS | **0** | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

← prev                 Page 4 of 5                 next →

# Recently Searched

**2023
TESLA MODEL 3**

**Not been rated
OVERALL SAFETY RATING**



IMAGE NOT AVAILABLE

## 2022
## TESLA MODEL Y 5-SEAT
**SUV RWD**



**OVERALL SAFETY RATING**



IMAGE NOT AVAILABLE

---

## 2018
## TESLA MODEL 3
**4 DR RWD**



**OVERALL SAFETY RATING**



EVOX IMAGES

| Search Vehicles | Vehicle Comparison Tool |
|---|---|

# 2023
# TESLA MODEL 3



IMAGE NOT AVAILABLE

**3**
RECALLS

INVESTIGATIONS  1

COMPLAINTS    39

**Not been rated**

**OVERALL SAFETY RATING**

# Recalls & Safety Issues.

This is a record of safety issues for vehicles of this year, make, model and trim. If you are a vehicle owner, search for recalls by your Vehicle Identification Number (VIN). The vehicle identification number tells you if your car is affected.

**Learn about our recall process →**

**Have a safety problem?**

Report a problem with your vehicle, tires, car seats or other equipment. We review every problem as we work to keep our roads safe.

**Report a safety problem**   →

## Find recalls **by VIN.**

Every vehicle has a unique VIN. Enter a VIN to learn if a specific vehicle needs to be repaired as part of a recall.

**SEARCH BY VIN**

Recall information from this VIN lookup tool is provided by the manufacturer conducting the recall. NHTSA does not record VIN information or results provided through this tool.

**COMPLAINTS**      RECALLS      INVESTIGATIONS      MANUFACTURER COMMUNICATIONS

# 39 Complaints
for 2023 TESLA MODEL 3

FILTER COMPLAINTS BY AFFECTED COMPONENTS

All (39)   AIR BAGS (1)   BACK OVER PREVENTION (4)   ELECTRICAL SYSTEM (4)   ENGINE (2)

FORWARD COLLISION AVOIDANCE (24)   FUEL/PROPULSION SYSTEM (1)   LANE DEPARTURE (1)   POWER TRAIN (2)

SEATS (2)   SERVICE BRAKES (5)   STRUCTURE (2)   SUSPENSION (2)   TIRES (1)   UNKNOWN OR OTHER (5)

VEHICLE SPEED CONTROL (5)   VISIBILITY/WIPER (2)   WHEELS (1)

November 29, 2022                                                                        ⊖

NHTSA ID NUMBER: 11495408

## Components: UNKNOWN OR OTHER, BACK OVER PREVENTION, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11495408

**Incident Date** November 29, 2022

**Consumer Location** EAST ORANGE, NJ

**Vehicle Identification Number** 5YJ3E1EA1PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | **Yes** | I was pulling into a park spot , coming to a stop and the car within seconds accelerated into a building. There was no warning at all. Also, after the collision a warning popped on the screen saying that the emergency break was disabled. This was the first time seeing this alert, and I did not disable anything. I picked up the car on 11/28. |
| FIRE | **No** | |
| INJURIES | **0** | |
| DEATHS | **0** | |

**1 Affected Product** ⏷

☐ **Request Research** (Services fees apply)

## November 24, 2022



NHTSA ID NUMBER: 11494781

## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11494781

**Incident Date** November 23, 2022

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJ3E1EA9PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | While moving car to DRIVE mode, Cruise Control was activated accidentally, which resulted in car moving on its own from a stopped position in garage. By the time it was learnt what has happened, the car rear ended another parked car. Luckily no human was in front of the car and thus grave body injury was avoided. The car speed might have been less than 20mph. The front collision avoidance warning was not there and neither did Emergency brakes got deployed. |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

**1 Affected Product** ▾

☐ **Request Research** (Services fees apply)

## November 18, 2022



NHTSA ID NUMBER: 11494121

## Components: FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11494121

**Incident Date** November 10, 2022

**Consumer Location** GREENFIELD, MA

**Vehicle Identification Number** 5YJ3E1EA0PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | The contact owns a 2023 Tesla Model-3. The contact stated while driving 75 MPH with the Adaptive Cruise Control activated, the vehicle experienced phantom braking and abruptly stopped. There was no warning light illuminated. The contact stated that there were no vehicles or objects around the vehicle at the time of the failure. The contact stated that she depressed the accelerator pedal and was able to continue |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

driving. The manufacturer was notified of the failure and informed the contact that the forward Collison Avoidance camera might need to be recalibrated. The vehicle was not diagnosed or repaired. The failure mileage was approximately 500.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

---

November 12, 2022                                                                                                     

NHTSA ID NUMBER: 11493312

## Components: VEHICLE SPEED CONTROL, SERVICE BRAKES, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number:** 11493312

**Incident Date** November 12, 2022

**Consumer Location** ALEXANDRIA, MN

**Vehicle Identification Number** 5YJ3E1EC0PF****

### Summary of Complaint

| | | |
|---|---|---|
| CRASH | No | |
| FIRE | No | |
| INJURIES | 0 | |
| DEATHS | 0 | |

While traveling on the interstate at 75+ mph, which the cruise control engaged, the vehicle emergency braked 2 times during on one trip. The first felt like a fluke, speed was reduced by 10ish miles per hour. The second time was terrifying. I was traveling approximately 77 mph on the interstate and out of no where my vehicle slowed down significantly. I was too scared of getting hit from behind to look at the speedometer to know how much it actually breaked but it felt like it dropped down to 30 mph out of nowhere. Luckily I was not on a busy stretch of interstate, the car behind me had enough time to slow down and there was no one else around. My husband and I were scared out of our minds, wondering why and how this happened. He immediately google and that is when we learned of 'phantom breaking" I have owned this car for less than a week and now I am scared to use cruise control. I don't even have the self driving or advanced auto pilot. Thank god no one was hurt. This is more than a safety issue, this could be life and death. I read that this particular issue has been reported more often lately. I reported the problem to Tesla but urge you to conduct an investigation that gets this matter resolved, not just for Tesla drivers but for the safety of everyone on the road.

**1 Affected Product** ⌄

☐ **Request Research** (Services fees apply)

← prev                          Page 5 of 5                          next →

# Recently Searched

**2023**
**TESLA MODEL 3**

**Not been rated**
**OVERALL SAFETY RATING**



**2022**
**TESLA MODEL Y 5-SEAT**
SUV RWD


**OVERALL SAFETY RATING**



**2018**
**TESLA MODEL 3**
4 DR RWD


**OVERALL SAFETY RATING**



2023 TESLA MODEL 3 | NHTSA

## Safety Issue Type: Complaints

## March 27 2023   NHTSA ID Number: 11513896

## Components: VEHICLE SPEED CONTROL, FORWARD COLLISION AVOIDANCE

**NHTSA ID Number**   11513896

**Incident Date**   March 26 2023

**Consumer Location**   Unknown

**Vehicle Identification Number**   5YJ3E1EB6NF******

## Complaint Summary

**CRASH**   No
**FIRE**   No
**INJURIES**   0
**DEATHS**   0

Vehicle will repeatably go incorrect speed limit while on Autopilot or Fsd(beta), internal mapping data has incorrect speed limits, sometimes 65 in a 30, other times 25 in an unmarked 55. Speed limit may change multiple times within a short distance making it hard to correct without slowing or speeding up  This is on software 2022.45.12. ( fsd 11.3.3), has been a constant issue on previous versions, also affects regular auto pilot

## Affected Products (1)

### Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2022 |