# Exhibit 122



# ODI RESUME

**OFFICE OF DEFECTS INVESTIGATION**
NHTSA

Authentic US Government Information
National Highway Traffic Safety Administration
uses a *digital certificate* to ensure
the content has remained unchanged

U.S. Department of Transportation
**National Highway Traffic Safety Administration**

| | |
|---|---|
| **Investigation:** | PE 22-002 |
| **Date Opened:** | 02/16/2022 |
| **Investigator:** | Ajit Alkondon |
| **Reviewer:** | Gregory Magno |
| **Approver:** | Stephen Ridella |
| **Subject:** | Unexpected Brake Activation |

## MANUFACTURER & PRODUCT INFORMATION

| | |
|---|---|
| **Manufacturer:** | Tesla, Inc. |
| **Products:** | 2021-2022 Tesla Model 3 & Y |
| **Population:** | 416,000 (Estimated) |
| **Problem Description:** | Unexpected activation of braking system may cause rapid deceleration |

## FAILURE REPORT SUMMARY

| | ODI | Manufacturer | Total |
|---|---|---|---|
| **Complaints:** | 354 | TBD | TBD |
| **Crashes/Fires:** | 0 | TBD | TBD |
| **Injury Incidents:** | 0 | TBD | TBD |
| **Number of Injuries:** | 0 | TBD | TBD |
| **Fatality Incidents:** | 0 | TBD | TBD |
| **Number of Fatalities:** | 0 | TBD | TBD |

## ACTION / SUMMARY INFORMATION

**Action:** A Preliminary Evaluation has been opened.

**Summary:**

The Office of Defects Investigation (ODI) has received 354 complaints alleging unexpected brake activation in 2021-2022 Tesla Model 3 and Model Y vehicles. Received over the past nine months, the reports have often been characterized as "phantom braking" by consumers. Tesla describes the subject vehicles as equipped with a suite of advanced driver assistance system (ADAS) features referred to as Autopilot which Tesla states will allow the vehicle to brake and steer automatically within its lanes.

The complaints allege that while utilizing the ADAS features including adaptive cruise control, the vehicle unexpectedly applies its brakes while driving at highway speeds. Complainants report that the rapid deceleration can occur without warning, at random, and often repeatedly in a single drive cycle.

ODI is opening this Preliminary Evaluation (PE) to determine the scope and severity of the potential problem and to fully assess the potential safety-related issues.

The ODI reports cited above are available to review online at NHTSA.gov under ODI identification numbers listed in the attachment to this resume.