| | |
|---|---|
| FRANK M. PITRE (SBN 100077)<br>fpitre@cpmlegal.com<br>JULIE L. FIEBER (SBN 202857)<br>jfieber@cpmlegal.com<br>NABILAH A. HOSSAIN (SBN 329689)<br>nhossain@cpmlegal.com<br>ANDREW F. KIRTLEY (SBN 328023)<br>akirtley@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577 | DAVID S. CASEY, JR. (SBN 060768)<br>dcasey@cglaw.com<br>GAYLE M. BLATT (SBN 122048)<br>gmb@cglaw.com<br>JEREMY ROBINSON (SBN 188325)<br>jrobinson@cglaw.com<br>P. CAMILLE GUERRA (SBN 326546)<br>camille@cglaw.com<br>MICHAEL J. MORPHEW (SBN 304463)<br>mmorphew@cglaw.com<br>**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
YURY A. KOLESNIKOV (SBN 271173)
ykolesnikov@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| | Case No. 4:22-cv-05240-HSG |
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | **NOTICE OF APPEARANCE**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2 – 4th Floor<br><br>Consolidated Am. Complaint filed: Oct. 28, 2022 |

**PLEASE TAKE NOTICE** that attorney Yury A. Kolesnikov of Bottini & Bottini, Inc., 7817 Ivanhoe Avenue, Suite 102, La Jolla, California 92037, member of the State Bar of California and admitted to practice before this Court, hereby enters his appearance as counsel of record for Plaintiff Dominick Battiato in the above-captioned matter and respectfully requests to be included via e-mail on the Court's notification of all electronic filings in this action at the following e-mail address: ykolesnikov@bottinilaw.com.

Dated:  April 19, 2023

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Yury A. Kolesnikov (271173)

*s/ Yury A. Kolesnikov*
Yury A. Kolesnikov

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:     (858) 914-2001
Facsimile:      (858) 914-2002
E-mail:  ykolesnikov@bottinilaw.com

*Attorneys for Plaintiffs and the Proposed Class*