David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG<br><br>**DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR THEIR MOTION FOR PRELIMINARY INJUNCTION** |

1        I, Alan Schoenfeld, declare as follows:

2        1.        I am a partner with the law firm WilmerHale, counsel for Defendants Tesla, Inc.,

3  Tesla Lease Trust, and Tesla Finance LLC ("Tesla") in this matter.  I am an attorney at law duly

4  licensed to practice before all courts in the state of New York, New Jersey, and the District of

5  Columbia and have been admitted to practice before this Court *pro hac vice*.  I have personal

6  knowledge of the matters set forth herein and am competent to testify.

7        2.        I submit this declaration in support of Tesla's Opposition To Plaintiffs'

8  Administrative Motion To Shorten Time To Hear Their Motion For Preliminary Injunction

9  ("Opposition").

10       3.        Plaintiffs' counsel first reached out to me on April 14, 2023 "to inquire if [Tesla]

11  would stipulate to advancing the hearing on the [Plaintiffs' Preliminary Injunction] Motion,"

12  which was filed on March 22, 2023.

13       4.        On April 16, 2023, I responded that Tesla "doesn't see any basis to advance the

14  hearing and does not consent to plaintiffs' request to do so."  Tesla's reasoning is set forth in the

15  Opposition filed concurrently herewith.

16       5.        Plaintiffs did not respond until four days later on April 20.  Plaintiffs' counsel

17  wrote in the email that "[they] intend to propose several dates for the Court and wanted to run

18  those by [Tesla]."  Plaintiffs' counsel further asked:  "Assuming the Court grants [Plaintiffs']

19  motion, can you please let me know if you have a conflict with any of the following dates:  5/11,

20  5/18, 6/1, and 6/8?"  At the time, I had already scheduled a May 11 mediation for one case and a

21  May 17 deposition in Connecticut for another case, which would make travel to Oakland for a

22  May 18 hearing impossible.  Therefore, I responded to Plaintiffs' counsel on the same day that

23  "[Tesla] can do June 1 or June 8, with a strong preference for June 8 given schedules."  Plaintiffs

24  did not follow up.

25       6.        Attached hereto as **Exhibit 1** is a true and correct copy of the special verdict

26  issued on April 21, 2023 in the case *Hsu v. Tesla Inc.*, No. 20STCV18473 (Cal. Super. Ct., L.A.

27  Cnty.).

28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of May 2023 in New York, NY.

By: /s/ Alan Schoenfeld
Alan Schoenfeld