# EXHIBIT 1

FILED
Superior Court of California
County of Los Angeles

APR 21 2023

David W. Slayton, Executive Officer/Clerk of Court
By: T. Wu, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, NORTH CENTRAL DISTRICT

| | |
|---|---|
| JUSTINE HSU, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>TESLA, INC. fka TESLA MOTORS, INC.;<br>DOES 1 through 100, Inclusive,<br><br>   Defendants. | Case No. 20STCV18473<br><br>Assigned for All Purposes to:<br>Hon. David A. Rosen, Dept. E<br><br>**SPECIAL VERDICT FORM** |

1. Is the 2016 Model S <u>Autopilot feature</u> one about which an ordinary consumer can form reasonable safety expectations?

   ___✓___ Yes              _____ No

   *If your answer to Question 1 is "yes," proceed to Question 2. If you answered "no" then skip to Question 4.*

   //
   //
   //
   //
   //

1

1  2. Did the 2016 Model S's <u>Autopilot feature</u> fail to perform as safely as an ordinary
2     consumer would expect when used in an intended or misused in a reasonably
3     foreseeable manner?
4     _____ Yes      \_\_✓\_\_ No

5  *If your answer to Question 2 is "yes," proceed to Question 3. If you answered "no" then*
6  *skip to Question 4.*

7

8  3. Was such failure of the 2016 Model S's <u>Autopilot feature</u> to perform as safely as an
9     ordinary consumer would expect a substantial factor in causing harm to Ms. Hsu?
10    _____ Yes      _____ No

11 *Regardless of your answers to Questions 1, 2, or 3, answer Question 4.*

12

13 4. Is the 2016 Model S <u>airbag system</u> one about which an ordinary consumer can form
14    reasonable safety expectations?
15    \_\_✓\_\_ Yes      _____ No

16 *If your answer to Question 4 is "yes," proceed to Question 5. If you answered "no" to this*
17 *Question and also answered "no" to Question 1, 2 or 3, then go to Question 18 and enter "$0.00"*
18 *on Lines **a** and **b**. Then go to Question 9 and do not answer Questions 5 through 8.*

19

20 5. Did the 2016 Model S's <u>airbag system</u> fail to perform as safely as an ordinary
21    consumer would expect when used in an intended or misused in a reasonably
22    foreseeable manner?
23    _____ Yes      \_\_✓\_\_ No

24 *If your answer to Question 5 is "yes," proceed to Question 6. If you answered "no" to this*
25 *Question and also answered "no" to Question 1, 2 or 3, then go to Question 18 and enter "$0.00"*
26 *on Lines **a** and **b**. Then go to Question 9 and do not answer Questions 6 through 8.*

27  //
28  //

6. Was such failure of the 2016 Model S's <u>airbag system</u> to perform as safely as an ordinary consumer would expect a substantial factor in causing harm to Ms. Hsu?

_____ Yes          _____ No

*If you answered "no" to Question 1, 2, <u>or</u> 3, <u>and</u> answered "no" to Question 6, then go to Question 18 and enter "$0.00" on Lines **a** and **b**. Then go to Question 9 and do not answer Questions 7 or 8.*

*If you answered "yes" to either Question 3 <u>or</u> 6, then answer Question 7.*

7. Was Justine Hsu negligent?

_____ Yes          _____ No

*If your answer to Question 7 is "yes," answer Question 8.*

*If your answer to Question 7 is "no," go to Question 18 and enter on Lines **a** and **b** the amount of Ms. Hsu's damages, if any, for Products Liability. Then go to Question 9 and do not answer Question 8.*

8. What percentage of responsibility for Ms. Hsu's damages, if any, for Products Liability do you assign to:

Tesla:       \_\_\_\_\_ %

Ms. Hsu:   \_\_\_\_\_ %

*Go to Question 18 and enter on Lines **a** and **b** the amount of Ms. Hsu's damages, if any for Products Liability. Then go to Question 9.*

*Do not reduce the damages based on the fault, if any, of Ms. Hsu. The Court will make any adjustments in this regard.*

//
//
//
//
//

3

9. Did Tesla make a false statement of fact to Ms. Hsu?

_____ Yes   __✓__ No

*If your answer to Question 9 is "yes," proceed to Question 10.*

*If your answer to Question 9 is "no," go to Question 18, enter "$0.00" on Lines c and d.*

*Then go to Question 14 and do not answer Questions 10-13.*

10. Did Tesla know that the representation was false, or did it make the representation recklessly and without regard for its truth?

_____ Yes   _____ No

*If your answer to Question 10 is "yes," proceed to Question 11.*

*If your answer to Question 10 is "no," go to Question 18, enter "$0.00" on Lines c and d.*

*Then go to Question 14 and do not answer Questions 11-13.*

11. Did Tesla intend that Ms. Hsu rely on the representation?

_____ Yes   _____ No

*If your answer to Question 11 is "yes," proceed to Question 12.*

*If your answer to Question 11 is "no," go to Question 18, enter "$0.00" on Lines c and d.*

*Then go to Question 14 and do not answer Questions 12 and 13.*

12. Did Ms. Hsu reasonably rely on the representation?

_____ Yes   _____ No

*If your answer to Question 12 is "yes," proceed to Question 13.*

*If your answer to Question 12 is "no," go to Question 18, enter "$0.00" on Lines c and d.*

*Then go to Question 14 and do not answer Questions 13.*

//
//
//
//

4

1  13.  Was Ms. Hsu's reliance on Tesla's representation a substantial factor in causing
2       harm to Ms. Hsu?
3       _____ Yes          _____ No
4  *If your answer to Question 13 is "yes," go to Question 18 and enter on Lines c and d the*
5  *amount of Ms. Hsu's damages, if any, for Intentional Misrepresentation. Then go to Question 14.*
6       *If your answer to Question 13 is "no," go to Question 18 and enter "$0.00" on Lines c*
7  *and d. Then go to Question 14.*
8
9  14. Did Tesla intentionally fail to disclose a fact that Ms. Hsu did not know and could not
10      reasonably have discovered?
11     _____ Yes          \_\_✓\_\_ No
12  *If your answer to Question 14 is "yes," proceed to Question 15.*
13  *If your answer to Question 14 is "no", go to Question 18, enter "$0.00" on Lines e and f,*
14  *and then have the presiding juror sign and date this form. Do not answer any further Questions.*
15
16  15. Did Tesla intend to deceive Ms. Hsu by concealing the fact?
17     _____ Yes          _____ No
18  *If your answer to Question 15 is "yes," proceed to Question 16.*
19  *If your answer to Question 15 is "no," go to Question 18, enter "$0.00" on Lines e and f,*
20  *and then have the presiding juror sign and date this form. Do not answer any further Questions.*
21
22  16.  Had the omitted information been disclosed, would Ms. Hsu reasonably have
23  behaved differently?
24     _____ Yes          _____ No
25  *If your answer to Question 16 is "yes," proceed to Question 17.*
26  *If your answer to Question 16 is "no," go to Question 18, enter "$0.00" on Lines e and f,*
27  *and then have the presiding juror sign and date this form. Do not answer any further Questions.*
28     //

5

17. Was Tesla's concealment a substantial factor in causing harm to Ms. Hsu?

_____ Yes        _____ No

*If your answer to Question 17 is "yes," proceed to Question 18 and on Lines e and f the amount of Ms. Hsu's damages, if any, for Fraudulent Concealment.*

*If your answer to Question 17 is "no," go to Question 18 and enter "$0.00" on Lines e and f. Then have the presiding juror sign and date this form.*

18. What are Ms. Hsu's damages?

**Product Liability:**

(a) Past non-economic damages: $ 0.00

(b) Future non-economic damages: $ 0.00

**Intentional Misrepresentation?**

(c) Past non-economic damages: $ 0.00

(d) Future non-economic damages: $ 0.00

**Fraudulent Concealment?**

(e) Past non-economic damages: $ 0.00

(f) Future non-economic damages: $ 0.00

Signed: *Olivia Apsher*
Presiding Juror

Dated: 4/21/2023

**After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.**