David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 4:22-cv-5240-HSG<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR THEIR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 2 – 4th floor |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Shorten Time to Hear Motion for Preliminary Injunction ("Motion to Shorten") and Defendants' opposition to Plaintiffs' Motion to Shorten,

IT IS ORDERED that Plaintiffs' Motion to Shorten is DENIED.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction will be held as originally scheduled on June 29, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge