| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>*This Filing Relates To All Actions* | Case No. 4:22-cv-05240-HSG<br><br>**DECLARATION OF JULIE L. FIEBER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Room: 2 – 4th Floor |

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Julie L. Fieber ISO Stipulation and [Proposed] Order to Extend Time to File Amended Complaint; Case No. 4:22-cv-05240-HSG

I, Julie L. Fieber, hereby state, under the penalty of perjury, as follows:

1. I am a partner at the law firm of Cotchett, Pitre & McCarthy, LLP. I have personal knowledge of the matters set forth herein based on personal knowledge and my active supervision of and participation in the matters discussed below. If called upon, I could and would testify competently thereto.

2. I submit this declaration pursuant to Northern District of California Local Rules 6-2 and 7-12, in support of the Parties' stipulation requesting an additional 7 days for Plaintiffs to file their amended complaint, in addition to the 21 days granted in the Court's September 30, 2023 Order Granting Motion to Compel Arbitration, Granting Motion to Dismiss, and Denying Motion for Preliminary Injunction [ECF 57].

3. This 7-day extension is requested for the reason that Andrew Kirtley, lead counsel for Plaintiffs, has previously scheduled travel for two of the three weeks that the Court has allowed for the amendment, specifically because his wedding and honeymoon are scheduled during this same period.

4. No prior stipulations requesting changes to the Court's scheduling order have been submitted.

5. I do not believe this 7-day extension, which moves the due date for Plaintiffs' amended complaint from October 23 to October 30, will affect the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 10th day of October 2023, in the State of California.

                                                          /s/ Julie L. Fieber
                                                          JULIE L. FIEBER

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Declaration of Julie L. Fieber ISO Stipulation and [Proposed] Order to Extend Time to File Amended Complaint; Case No. 4:22-cv-05240-HSG      1