| | |
|---|---|
| David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312 | Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000 |
| Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 937-7294 | *Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard and the Proposed Class*<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001 |
| Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000 | *Attorneys for Plaintiff Dominick Battiato and the Proposed Class*<br><br>David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811 |
| *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* | *Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi and the Proposed Class* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>Judge:       Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2 – 4th Floor |

# STIPULATION

Pursuant to Civil Local Rule 6-2, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, on September 30, 2023, the Court entered an order compelling arbitration as to all plaintiffs except LoSavio, and granting Defendants' motion to dismiss Plaintiff LoSavio's claims with 21 days' leave to file an amended complaint in this matter.

WHEREAS, under the Court's order, the filing of any amended complaint is due on or before Monday, October 23, 2023.

WHEREAS, the Parties agree that, because of schedule conflicts affecting Plaintiffs' LoSavio's counsel, Plaintiff should receive an additional seven (7) days to file an amended complaint, such that the amended complaint would be due on or before Monday, October 30, 2023.

WHEREAS, the requested seven-day extension will not alter the date of any Court ordered event or deadline.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, subject to an Order of the Court, as follows:

1. The deadline for Plaintiff to file an amended complaint in this matter shall be extended by seven days, up to and including October 30, 2023.

Respectfully submitted,

Dated:  October 10, 2023

**COTCHETT PITRE & MCCARTHY LLP**

By:  */s/ Julie L. Fieber*
FRANK M. PITRE
JULIE L. FIEBER
NABILAH A. HOSSAIN
ANDREW F. KIRTLEY

*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

|   |   |
|---|---|
|   | **BOTTINI & BOTTINI, INC.** |
|   | FRANCIS A. BOTTINI, JR.<br>NICHOLAUS H. WOLTERING |
|   | *Attorneys for Plaintiff Dominick Battiato and the Proposed Class* |
|   | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP** |
|   | DAVID S. CASEY, JR.<br>GAYLE M. BLATT<br>JEREMY ROBINSON<br>P. CAMILLE GUERRA<br>MICHAEL J. MORPHEW |
|   | *Attorneys for Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class* |
| Dated: October 10, 2023 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|   | By:  */s/ Alan Schoenfeld*<br>ALAN SCHOENFELD |
|   | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |

## ORDER

Pursuant to the above stipulation of the parties, and good cause appearing:

**IT IS SO ORDERED.**

Dated: 10/11/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge