1  **MANNING | KASS**
2  Yury A. Kolesnikov (SBN 271173)
3  225 Broadway, Suite 1200
   San Diego, California 92101
4  Telephone:   (619) 515-0269
5  Facsimile:    (619) 515-0268

6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10
11 | *IN RE* TESLA ADVANCED DRIVER        ) Case No. 22-cv-05240-HSG
   | ASSISTANCE SYSTEMS LITIGATION  )
12 |                                                               )
13 |                                                               ) **Notice of Withdrawal of Yury**
14 |                                                               ) **A. Kolesnikov as Counsel**
15 |                                                               )
   |                                                               )
16 |                                                               )
17 |_____)
18
19
20
21
22
23
24
25
26
27
28

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Yury A. Kolesnikov is no longer associated with Bottini & Bottini, Inc. and no longer represents Plaintiffs in this matter. Please remove Mr. Kolesnikov from the docket as counsel of record and from the ECF distribution list for this action. Other attorneys from Bottini & Bottini continue to represent Plaintiffs.

DATED: October 31, 2023           Respectfully submitted,

By: _____s/ Yury A. Kolesnikov_____
        Yury A. Kolesnikov

**CERTIFICATE OF SERVICE**

I, Yury A. Kolesnikov, certify that on October 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sends a notification of such filing to all counsel of record.

                                            ____s/ Yury A. Kolesnikov_____
                                                  Yury A. Kolesnikov