David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

*Attorneys for Plaintiff and the Proposed Class
(full counsel information on the signature page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG <br><br> **CLASS ACTION** <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE RE PLAINTIFF LOSAVIO'S SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER PER L.R. 6-2(A)** <br><br> Judge:         Hon. Haywood S. Gilliam, Jr. <br> Courtroom:  2 – 4th Floor |

**L.R. 6-2(A) Stipulation to Extend Briefing Schedule re SAC and [Proposed] Order**
Case No. 4:22-cv-05240-HSG

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a)(3) and Civil Local Rule 6-2, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, on September 30, 2023, the Court entered an order compelling arbitration as to all plaintiffs except LoSavio, and granting Defendants' motion to dismiss Plaintiff LoSavio's claims with 21 days' leave to file an amended complaint in this matter.  ECF No. 57.

WHEREAS, Plaintiff LoSavio filed a second amended complaint ("SAC") on October 30, 2023 per the Court-approved stipulation.  ECF Nos. 60, 61.

WHEREAS, Defendants' response to the SAC is due on November 13, 2023 under Federal Rule of Civil Procedure 15(a)(3).

WHEREAS, given the complexity of the case and the upcoming holidays, the parties have further agreed to the following enlargement of time with respect to any Rule 12 motion that Defendants are expected to file:

1. Defendants' response to the SAC shall be due December 4, 2023;
2. Plaintiff LoSavio's opposition to Defendants' response to the SAC shall be due January 8, 2024;
3. Defendants' reply in support of their response to the SAC shall be due January 22, 2024;
4. Defendants will notice a hearing for the first available date on the Court's calendar at the time Defendants file their response to the SAC.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Federal Rule of Civil Procedure 15(a)(3) and Civil Local Rule 6-2 that the Court enter an order allowing the enlargement of briefing scheduling as set forth above.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Defendants' response to the SAC shall be due December 4, 2023;

2. Plaintiff LoSavio's opposition to Defendants' response to the SAC shall be due January 8, 2024;

3. Defendants' reply in support of their response to the SAC shall be due January 22, 2024.

Dated: _____

_____
By: Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: November 2, 2023 | **COTCHETT PITRE & MCCARTHY LLP** |
| 3 |   | By: */s/ Andrew F. Kirtley* |
| 4 |   | FRANK M. PITRE (SBN 100077) fpitre@cpmlegal.com |
| 5 |   | JULIE L. FIEBER (SBN 202857) jfieber@cpmlegal.com |
| 6 |   | NABILAH A. HOSSAIN (SBN 329689) nhossain@cpmlegal.com |
| 7 |   | ANDREW F. KIRTLEY (SBN 328023) akirtley@cpmlegal.com |
| 8 |   |   |
| 9 |   | **BOTTINI & BOTTINI, INC.** |
| 10 |   | FRANCIS A. BOTTINI, JR. (SBN 175783) fbottini@bottinilaw.com |
| 11 |   | NICHOLAUS H. WOLTERING (SBN 337193) |
| 12 |   | nwoltering@bottinilaw.com |
| 13 |   |   |
| 14 |   | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP** |
| 15 |   | DAVID S. CASEY, JR. (SBN 060768) dcasey@cglaw.com |
| 16 |   | GAYLE M. BLATT (SBN 122048) |
| 17 |   | gmb@cglaw.com JEREMY ROBINSON (SBN 188325) |
| 18 |   | jrobinson@cglaw.com P. CAMILLE GUERRA (SBN 326546) |
| 19 |   | camille@cglaw.com |
| 20 |   | MICHAEL J. MORPHEW (SBN 304463) mmorphew@cglaw.com |
| 21 |   |   |
| 22 |   | *Attorneys for Plaintiff and Proposed Class* |
| 23 | Dated: November 2, 2023 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 24 |   |   |
| 25 |   | By: */s/ Alan Schoenfeld* |
| 26 |   | ALAN SCHOENFELD |
| 27 |   | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |
| 28 |   |   |

**L.R. 6-2(A) Stipulation to Extend Briefing Schedule re SAC and [Proposed] Order**
Case No. 4:22-cv-05240-HSG

3

**ATTESTATION**

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file the accompanying document. In compliance with Civil Local Rule 5-l(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: November 2, 2023                    By:    /s/ Alan Schoenfeld
                                                          Alan Schoenfeld