David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ALAN SCHOENFELD ISO STIPULATION TO EXTEND BRIEFING SCHEDULE RE PLAINTIFF LOSAVIO'S SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER PER L.R. 6-2(A)** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Courtroom: 2 – 4th Floor |

**Schoenfeld Decl. iso L.R. 6-2(A) Stipulation**
Case No. 4:22-cv-05240-HSG

## DECLARATION OF ALAN SCHOENFELD

I, Alan Schoenfeld, declare as follows:

1. I am a partner with the law firm WilmerHale, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter through *pro hac vice*. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On September 30, 2023, the Court entered an order compelling arbitration as to all plaintiffs except LoSavio, and granting Defendants' motion to dismiss Plaintiff LoSavio's claims with 21 days' leave to file an amended complaint in this matter. ECF No. 57.

3. Plaintiff LoSavio filed a second amended complaint ("SAC") on October 30, 2023 per the Court-approved stipulation. ECF Nos. 60, 61.

4. Defendants' response to the SAC is due on November 13, 2023 under Federal Rule of Civil Procedure 15(a)(3).

5. Given the complexity of the case and the upcoming holidays, the parties have further agreed to the following enlargement of time with respect to any Rule 12 motion that Defendants are expected to file:

    a. Defendants' response to the SAC shall be due December 4, 2023;

    b. Plaintiff LoSavio's opposition to Defendants' response to the SAC shall be due January 8, 2024;

    c. Defendants' reply in support of their response to the SAC shall be due January 22, 2024;

    d. Defendants will notice a hearing for the first available date on the Court's calendar at the time Defendants file their response to the SAC.

6. This proposed schedule will allow the parties adequate time to submit briefing that will aid the Court in its resolution of the motion.

7. The previous time modifications in this case are set forth below (by stipulation or by Court order):.

    a. Order granting parties' stipulation regarding briefing schedule as to Complaint (ECF No. 22);

---

Schoenfeld Decl. iso L.R. 6-2(A) Stipulation
Case No. 4:22-cv-05240-HSG

1

b.  Order granting parties' stipulation to extend time to file amended complaint (ECF No. 60).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed this 2nd day of November 2023, at New York.

                                              /s/ Alan Schoenfeld
                                              Alan Schoenfeld