| | |
|---|---|
| David C. Marcus (SBN 158704) | Frank M. Pitre (SBN 100077) |
| david.marcus@wilmerhale.com | fpitre@cpmlegal.com |
| WILMER CUTLER PICKERING | COTCHETT PITRE & MCCARTHY LLP |
|    HALE AND DORR LLP | 840 Malcolm Road |
| 350 South Grand Avenue, Suite 2400 | Burlingame, CA 94010 |
| Los Angeles, California 90071 | Tel.: (650) 697-6000 |
| Tel: (213) 443-5312 | |
| | Francis A. Bottini, Jr. (SBN 175783) |
| Alan Schoenfeld (*pro hac vice*) | fbottini@bottinilaw.com |
| alan.schoenfeld@wilmerhale.com | BOTTINI & BOTTINI, INC. |
| WILMER CUTLER PICKERING | 7817 Ivanhoe Avenue, Suite 102 |
|    HALE AND DORR LLP | La Jolla, CA 92037 |
| 7 World Trade Center | Tel.: (858) 914-2001 |
| 250 Greenwich Street | |
| New York, New York 10007 | David S. Casey, Jr. (SBN 060768) |
| Tel: (212) 937-7294 | dcasey@cglaw.com |
| | CASEY GERRY SCHENK FRANCAVILLA |
| Allison Bingxue Que (SBN 324044) | BLATT & PENFIELD LLP |
| allison.que@wilmerhale.com | 110 Laurel Street |
| WILMER CUTLER PICKERING | San Diego, CA 92101 |
|    HALE AND DORR LLP | Tel.: (619) 238-1811 |
| 2600 El Camino Real, Suite 400 | |
| Palo Alto, California 94306 | *Attorneys for Plaintiff and the Proposed Class* |
| Tel: (650) 858-6000 | *(full counsel information on the signature page)* |

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re Tesla Advanced Driver Assistance Systems Litigation | Case No. 4:22-cv-05240-HSG <br><br> **<u>CLASS ACTION</u>** <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE RE PLAINTIFF LOSAVIO'S SECOND AMENDED COMPLAINT AND ORDER PER L.R. 6-2(A)** <br><br> Judge:     Hon. Haywood S. Gilliam, Jr. <br> Courtroom:  2 – 4th Floor |

**L.R. 6-2(A) Stipulation to Extend Briefing Schedule re SAC and Order**
Case No. 4:22-cv-05240-HSG

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a)(3) and Civil Local Rule 6-2, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, on September 30, 2023, the Court entered an order compelling arbitration as to all plaintiffs except LoSavio, and granting Defendants' motion to dismiss Plaintiff LoSavio's claims with 21 days' leave to file an amended complaint in this matter. ECF No. 57.

WHEREAS, Plaintiff LoSavio filed a second amended complaint ("SAC") on October 30, 2023 per the Court-approved stipulation. ECF Nos. 60, 61.

WHEREAS, Defendants' response to the SAC is due on November 13, 2023 under Federal Rule of Civil Procedure 15(a)(3).

WHEREAS, given the complexity of the case and the upcoming holidays, the parties have further agreed to the following enlargement of time with respect to any Rule 12 motion that Defendants are expected to file:

1. Defendants' response to the SAC shall be due December 4, 2023;
2. Plaintiff LoSavio's opposition to Defendants' response to the SAC shall be due January 8, 2024;
3. Defendants' reply in support of their response to the SAC shall be due January 22, 2024;
4. Defendants will notice a hearing for the first available date on the Court's calendar at the time Defendants file their response to the SAC.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Federal Rule of Civil Procedure 15(a)(3) and Civil Local Rule 6-2 that the Court enter an order allowing the enlargement of briefing scheduling as set forth above.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Defendants' response to the SAC shall be due December 4, 2023;
2. Plaintiff LoSavio's opposition to Defendants' response to the SAC shall be due January 8, 2024;
3. Defendants' reply in support of their response to the SAC shall be due January 22, 2024.

Dated:  11/3/2023

By:  Hon. Haywood S. Gilliam, Jr.
United States District Court Judge