David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 4:22-cv-05240-HSG <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ALAN SCHOENFELD ISO DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S L.R. 3-13 NOTICE OF PENDENCY OF OTHER ACTIONS** <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. <br> Courtroom:   2 – 4th Floor |

## DECLARATION OF ALAN SCHOENFELD

I, Alan Schoenfeld, declare as follows:

1. I am a partner with the law firm WilmerHale, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter through *pro hac vice*. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On October 27, 2023, Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC were served with a putative class action complaint brought by individual plaintiff Joel Richardson in the San Diego Superior Court. *Richardson v. Tesla, Inc.*, 37-2023-00042794-cu-bc-ctl (Cal. Sup. Ct.). A true and accurate copy of the *Richardson* complaint is attached hereto as **Exhibit A**.

3. Shortly after this case was filed, another individual plaintiff, Michael Nachman, brought a putative class action in the Eastern District of New York on October 5, 2022. *Nachman v. Tesla, Inc.*, 2:22-cv-5976-RPK-ST (E.D.N.Y.). A true and accurate copy of the *Nachman* complaint is attached hereto as **Exhibit B**.

4. On September 30, 2023, Judge Kovner of the Eastern District of New York dismissed both claims in *Nachman*. A true and accurate copy of that order is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 14th day of November 2023, at New York.

                                                        /s/ Alan Schoenfeld
                                                        Alan Schoenfeld