| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL |
| | **DECLARATION OF ANDREW F. KIRTLEY IN SUPPORT OF PLAINTIFF LOSAVIO'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED SECOND AMENDED COMPLAINT** |
| *This Filing Relates To All Actions* | Judge: Hon. Rita F. Lin |
| | Date: February 27, 2024 |
| | Time: 10:00 a.m. |
| | Room: 15 – 18th Floor |

I, ANDREW F. KIRTLEY, hereby state as follows:

1. I am a partner at the law firm of Cotchett, Pitre & McCarthy, LLP. I have personal knowledge of, including based on my active supervision of and participation in, the matters stated herein. If called upon, I could and would testify competently thereto.

2. I submit this declaration in support of the Plaintiff Thomas LoSavio's Opposition to Defendants' Motion to Dismiss Consolidated Second Amended Complaint in this matter.

3. Attached hereto as **Exhibit A** is a true and correct copy of a redline comparing the differences between the Consolidated Second Amended Complaint (ECF 61) and the Consolidated Amended Complaint (ECF 23) in this matter. It was prepared by Microsoft Word 365's Legal Blackline feature.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Thomas LoSavio (ECF 42-11), filed on March 22, 2023 in support of Plaintiffs' Motion for Preliminary Injunction and Provisional Class Certification.

I declare under penalty of perjury, under the laws of California and the United States, that the foregoing is true and correct. Executed on this 8th day of January 2024, in the State of California.

 /s/ Andrew F. Kirtley
ANDREW F. KIRTLEY