1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
4  Los Angeles, California 90071
   Tel: (213) 443-5312
5
6  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
7  WILMER CUTLER PICKERING
      HALE AND DORR LLP
8  7 World Trade Center
   250 Greenwich Street
9  New York, New York 10007
   Tel: (212) 937-7294
10
11 Allison Bingxue Que (SBN 324044)
   allison.que@wilmerhale.com
12 WILMER CUTLER PICKERING
      HALE AND DORR LLP
13 2600 El Camino Real, Suite 400
   Palo Alto, California 94306
14 Tel: (650) 858-6000

15 *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*
16

17              **UNITED STATES DISTRICT COURT**

18       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

19

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-5240-RFL<br><br>**DECLARATION OF ALAN SCHOENFELD ISO DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:      Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor |

# DECLARATION OF ALAN SCHOENFELD

I, Alan Schoenfeld, declare as follows:

1. I am a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter through *pro hac vice*. I have personal knowledge of the matters set forth herein and am competent to testify.

2. I submit this declaration in support of Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC's Administrative Motion To Consider Whether Cases Should Be Related.

3. Before filing this motion, counsel for Tesla contacted Plaintiff's counsel to seek Plaintiff's consent. While Plaintiff's counsel responded to the email, he did not indicate whether Plaintiff opposes or consents to Tesla's request. Plaintiff's counsel did not respond to Tesla's follow-up email.

4. Tesla has intended to relate the two cases since *Richardson v. Tesla, Inc.*, Case No. 3:24-cv-00209-EMC (N.D. Cal.), was first filed in California Superior Court. Tesla first contacted plaintiff Joel Richardson's counsel on November 21, 2023, informing him of the binding and enforceable arbitration agreement that governs Richardson's claims and notifying his counsel of the decision in this case that found that agreement enforceable. Moreover, Tesla informed Richardson's counsel that it intended to remove the case to federal court and seek transfer so that his case could be consolidated with his case. Richardson's counsel did not respond. Tesla's counsel contacted Richardson's counsel again on November 22, informing him that the case was removed to federal court and requesting consent to adjourn Tesla's deadline to file a response to the Complaint. Richardson's counsel did not respond. After Tesla filed its motion to transfer on December 1, 2023, Richardson's counsel failed to appear in the matter and failed to file a response. Tesla then mailed the motion to Richardson's counsel and requested that the Court extend the deadline to respond, *see* ECF No. 7, and Richardson once again ignored the motion. The Southern District of California granted Tesla's motion as unopposed. On January 12, Tesla's counsel contacted Plaintiff's counsel and requested consent

1  to relate this case to *In re Tesla ADAS* and to extend Tesla's deadline to respond to the
2  Complaint.  Richardson's counsel finally responded to that email, but he did not respond to
3  Tesla's request for consent.
4       5.   Attached as **Exhibit A** is the Complaint filed on October 2, 2023, in *Richardson*
5  *v. Tesla, Inc., et al.*, Case No. 37-2023-00042794-CU-BT-CTL, in the Superior Court of
6  California in the County of San Diego.
7       6.   Attached as **Exhibit B** is Tesla's motion to transfer venue filed on December 1,
8  2023, in *Richardson v. Tesla, Inc.*, Case No. 3:23-cv-2151-L-JLB (S.D. Cal.).

10       I declare under penalty of perjury under the laws of the United States of America that
11  the above is true and correct.  Executed this 18th day of January 2024, in New York, New
12  York.

                                                            */s/ Alan Schoenfeld*
                                                            Alan Schoenfeld

Case No.: 3:22-cv-5240-RFL                    - 2 -               Schoenfeld Decl. iso Adm. Mot. To Relate Cases