1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
       HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
       HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294

9
   Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11     HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000
13
   *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*
14

15                    **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TESLA INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>*[Filed concurrently with Defendants' Administrative Motion to Consider Whether Cases Should Be Related]*<br><br>Hon. Rita F. Lin<br>Courtroom 15 – 18th floor |

**[PROPOSED] ORDER**

Having considered Defendants Tesla Inc., Tesla Lease Trust, and Tesla Finance LLC's Administrative Motion to Consider Whether Cases Should Be Related, and the papers filed in support therefore, the Court finds that there is good cause to GRANT Defendants' Motion.

THEREFORE, IT IS ORDERED that that the putative class action entitled *Richardson v. Tesla, Inc.*, Case No. 3:24-cv-00209-EMC (N.D. Cal.), is related to *In re Tesla Advanced Driver Assistance Systems Litigation*, Case No. 3:22-cv-5240-RFL.  The Clerk shall reassign *Richardson* to the undersigned.

DATED: _____, 2024

Hon. Rita F. Lin
United States District Judge