1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294
9
   Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000
13
   *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*
14

15                    **UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

17                                          )   CASE NO.: 3:22-cv-5240-RFL
                                            )
18                                          )   **CERTIFICATE OF SERVICE**
                                            )
19 IN RE TESLA ADVANCED DRIVER              )
   ASSISTANCE SYSTEMS LITIGATION            )   Hon. Rita F. Lin
20                                          )   Courtroom 15 – 18th floor
                                            )
21                                          )
                                            )
22                                          )
                                            )
23                                          )
                                            )
24                                          )
                                            )
25                                          )
                                            )
26                                          )
                                            )
27                                          )
                                            )
28

CASE NO.: 3:22-CV-5240-RFL                                                    COS

# CERTIFICATE OF SERVICE

I, Beeta Ahmadi, declare that I am over the age of eighteen years and not a party to this action. I am a law clerk with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. My business address is Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Suite 2400, Los Angeles, CA 90071. On January 19, 2024, I caused to be served the aforementioned documents described as:

- **DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

__X__ By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail to the address set forth below.

Benjimin M. Brees, Esq. (CSB #148020)
Law Offices of Benjimin Michael Brees
3033 5th Avenue, Suite 201
San Diego, California 92103
Telephone: (619) 236-8355
Fax: (619) 374-7056

*Attorneys for Plaintiff and
the Proposed Class*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 19th day of January 2024.

By: *[signature]*

Beeta Ahmadi

---

CASE NO.: 3:22-CV-5240-RFL

- 1 -

COS