| | |
|---|---|
| Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br><br>*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br><br>*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*<br><br>David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811<br><br>*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class* | David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br><br>Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 937-7294<br><br>Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000<br><br>*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT REGARDING ARBITRATIONS**<br>*[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]*<br><br>Judge:     Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor<br>               450 Golden Gate Ave.,<br>               San Francisco, CA 94102 |

1       Pursuant to the Court's Order Compelling Arbitration ("Order") as to Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow, which directed the parties "to provide status reports every 120 days regarding the status of the arbitration as to their claims" (ECF 57 at 13:18-20), the parties submit this joint status report.

      Following entry of the Court's Order on September 30, 2023, the parties met and conferred. During that meet and confer, Defendants took the position that the Tesla arbitration clause requires Plaintiffs whose claims were compelled to arbitration to submit to Tesla a 60-day notice of intent to arbitrate ("60-day notice") stating what their "concern or dispute" is before filing an arbitration demand.[1] While disputing the correctness of Tesla's position, Plaintiffs intend to submit 60-day notices before filing arbitration demands. Plaintiffs Broussard and Battiato submitted their respective 60-day notices on January 26, 2024, Plaintiff Imaguchi submitted her 60-day notice on January 29, 2024, and Plaintiffs expect that Plaintiff Mallow will likely submit a 60-day notice in the next two weeks.

      Respectfully submitted,

Dated: January 29, 2024     **COTCHETT PITRE & MCCARTHY LLP**

By:   */s/ Frank M. Pitre*
     Frank M. Pitre

*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

Dated: January 29, 2024     **BOTTINI & BOTTINI, INC.**

By:   */s/ Francis A. Bottini*
     Francis A. Bottini, Jr.

*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

---

[1] *See* Order at 4, quoting Tesla arbitration clause ("If you have a concern or dispute, please send a written notice describing it and your desired resolution to resolutions@tesla.com. If not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and Tesla will not be decided by a judge or jury but instead by a single arbitrator in an arbitration administered by the American Arbitration Association (AAA) under its Consumer Arbitration Rules. This includes claims arising before this Agreement, such as claims related to statements about our products.").

| | |
|---|---|
| Dated: January 29, 2024 | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP** |
| | By: /s/ Gayle M. Blatt |
| | Gayle M. Blatt (SBN 122048) |
| | gmb@cglaw.com |
| | *Attorneys for Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class* |
| Dated: January 29, 2024 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | By: /s/ Alan Schoenfeld |
| | Alan Schoenfeld |
| | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |

**ATTORNEY ATTESTATION**

I, Frank M. Pitre, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:   January 29, 2024                              By:   */s/ Frank M. Pitre*
                                                                          Frank M. Pitre