UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 22-cv-05240-RFL<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CHARTS OF ALLEGATIONS** |

      The plaintiff is ordered to prepare two statement-by-statement charts of information: (1) a chart concerning the plaintiff's claims alleging fraud based on statements made to him before he bought the car, and (2) a chart concerning the plaintiff's equitable estoppel argument.  For the first chart, the plaintiff shall identify each allegedly false, misleading, or deceptive statement made before he bought the car that he contends he relied upon in pre-purchasing the rights to the full self-driving ADAS package that is at issue in the Second Amended Complaint.  For the second chart, the plaintiff shall identify each allegedly false, misleading, or deceptive statement made after he bought the car that he contends induced him to refrain from filing suit.

      Both charts shall include for each statement/action: (A) the date, medium, and speaker; (B) the exact quote or statement; (C) the reason(s) the statement was false, misleading, or deceptive when made; (D) the facts supporting an inference the speaker knew the statement to be false, misleading, or deceptive at the time the statement was made; and (E) when and how the plaintiff became aware of the alleged false statement.  Each item in the charts shall be supported by reference to specific paragraphs of the Second Amended Complaint.

      For guidance on the format of a similar chart, the Court directs the plaintiff to review *In*

1

*re NVIDIA Corp. Sec. Litig.*, 18-cv-07669-HSG, Dkt. No. 149-2.  The plaintiff shall file the charts by **March 11, 2024**.

       **IT IS SO ORDERED.**

Dated: February 26, 2024

RITA F. LIN<br>
United States District Judge