| | |
|---|---|
| David C. Marcus (SBN 158704) | Frank M. Pitre (SBN 100077) |
| david.marcus@wilmerhale.com | fpitre@cpmlegal.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | COTCHETT PITRE & MCCARTHY LLP |
| 350 South Grand Avenue, Suite 2400 | 840 Malcolm Road |
| Los Angeles, California 90071 | Burlingame, CA 94010 |
| Tel: (213) 443-5312 | Tel.: (650) 697-6000 |
| | |
| Alan Schoenfeld (*pro hac vice*) | Francis A. Bottini, Jr. (SBN 175783) |
| alan.schoenfeld@wilmerhale.com | fbottini@bottinilaw.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | BOTTINI & BOTTINI, INC. |
| 7 World Trade Center | 7817 Ivanhoe Avenue, Suite 102 |
| 250 Greenwich Street | La Jolla, CA 92037 |
| New York, New York 10007 | Tel.: (858) 914-2001 |
| Tel: (212) 937-7294 | |
| | David S. Casey, Jr. (SBN 060768) |
| Allison Bingxue Que (SBN 324044) | dcasey@cglaw.com |
| allison.que@wilmerhale.com | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP |
| WILMER CUTLER PICKERING HALE AND DORR LLP | 110 Laurel Street |
| 2600 El Camino Real, Suite 400 | San Diego, CA 92101 |
| Palo Alto, California 94306 | Tel.: (619) 238-1811 |
| Tel: (650) 858-6000 | |
| | *Attorneys for Plaintiff and the Proposed Class (full counsel information on the signature page)* |
| *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **CLASS ACTION** <br><br> **L.R. 6-2(A) STIPULATION TO RESCHEDULE HEARING ON TESLA'S MOTION TO DISMISS PLAINTIFF LOSAVIO'S SECOND AMENDED COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Judge: Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor |

**L.R. 6-2(A) Stip.to Reschedule MTD Hearing and CMC and [Proposed] Order**
Case No. 3:22-cv-05240-RFL

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, the parties' briefing on Tesla's motion to dismiss LoSavio's second amended complaint ("Motion to Dismiss") was completed on January 22, 2024 (ECF No. 77);

WHEREAS, on February 23, 2024, the Court rescheduled the hearing on the Motion to Dismiss from February 27 to March 26, and it also rescheduled the initial case management conference from March 13 to April 17, three weeks after the Motion to Dismiss hearing (ECF No. 80);

WHEREAS, before the Court issued the February 23 rescheduling order, counsel for Tesla already had another case scheduled for a hearing in the United States District Court for the Eastern District of Virginia on March 26, *see* Declaration of Alan Schoenfeld, ¶ 3;[1]

WHEREAS, the next Tuesdays after March 26 when Tesla's counsel is available are April 9 or April 30, *see* Schoenfeld Decl. ¶ 4;

WHEREAS, the Court's scheduling notes indicate that the Court is unavailable to hear civil motions on April 9, *see* Schoenfeld Decl. ¶ 5;

WHEREAS, to resolve counsel's scheduling conflict, and subject to the Court's availability, the parties have agreed to adjust the hearing on Motion to Dismiss and the initial case management statement as follows:

1. The March 26, 2024 hearing on the Motion to Dismiss is rescheduled for April 30, 2024;

2. The April 17, 2024 initial case management conference is rescheduled for May 22, 2024.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Civil Local Rule 6-2 that the Court enter an order adjusting the

---

[1] Filed concurrently herewith, "Schoenfeld Decl."

1  case schedule as set forth above.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated: March 5, 2024 | | **COTCHETT PITRE & MCCARTHY LLP** |
| | By: | */s/ Andrew F. Kirtley* |
| | | FRANK M. PITRE (SBN 100077) |
| | | fpitre@cpmlegal.com |
| | | JULIE L. FIEBER (SBN 202857) |
| | | jfieber@cpmlegal.com |
| | | NABILAH A. HOSSAIN (SBN 329689) |
| | | nhossain@cpmlegal.com |
| | | ANDREW F. KIRTLEY (SBN 328023) |
| | | akirtley@cpmlegal.com |

**BOTTINI & BOTTINI, INC.**

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING
(SBN 337193)
nwoltering@bottinilaw.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com

*Attorneys for Plaintiff and Proposed Class*

Dated: March 5, 2024          **WILMER CUTLER PICKERING HALE AND DORR LLP**

By:  */s/ Alan Schoenfeld*
      ALAN SCHOENFELD

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**ATTORNEY ATTESTATION**

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file the accompanying document. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  March 5, 2024                         By:   */s/ Alan Schoenfeld*
                                                                  Alan Schoenfeld

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The March 26, 2024 hearing on the Motion to Dismiss is rescheduled for April 30, 2024;

2. The April 17, 2024 initial case management conference is rescheduled for May 22, 2024.

Dated: _____                    _____
                                                 By: Hon. Rita F. Lin
                                                     United States District Court Judge