David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**<u>CLASS ACTION</u>**<br><br>**DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF STIPULATION TO RESCHEDULE HEARING ON TESLA'S MOTION TO DISMISS PLAINTIFF LOSAVIO'S SECOND AMENDED COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:        Hon. Rita F. Lin<br>Courtroom:   15 – 18th Floor |

**Schoenfeld Decl. iso L.R. 6-2(A) Stipulation**
Case No. 3:22-cv-05240-RFL

## DECLARATION OF ALAN SCHOENFELD

I, Alan Schoenfeld, declare as follows:

1. I am a partner with the law firm WilmerHale, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter through *pro hac vice*. I have personal knowledge of the matters set forth herein and am competent to testify.

2. After the parties' briefing on Tesla's motion to dismiss Plaintiff Thomas J. LoSavio's second amended complaint ("Motion to Dismiss") was completed, the Court on February 23, 2024 rescheduled the hearing on the Motion to Dismiss from February 27 to March 26, and it also rescheduled the initial case management conference from March 13 to April 17, three weeks after the Motion to Dismiss hearing. ECF No. 80.

3. Before the Court issued the February 23 rescheduling order, I already had another case scheduled for a hearing in the United States District Court for the Eastern District of Virginia on March 26.

4. I understand from the Court's scheduling notes that the Court hears civil motions on Tuesdays, and I am available on both April 9 and April 30. I am scheduled to be in court in the United States District Court for the District of Columbia on April 2, and am scheduled to be abroad taking and defending depositions the weeks of April 15 and April 22.

5. I understand from the Court's scheduling notes that the Court is unavailable on April 9.

6. I reached out to LoSavio's counsel to resolve the scheduling conflict, and the parties agreed to adjust the hearing on Motion to Dismiss and the initial case management statement as follows:

   a. The March 26, 2024 hearing on the Motion to Dismiss is rescheduled for April 30, 2024;

   b. The April 17, 2024 initial case management conference is rescheduled for May 22, 2024.

7. The previous time modifications in this case are set forth below (by stipulation or by Court order):

a. Order granting parties' stipulation regarding briefing schedule as to Complaint (ECF No. 22);

b. Order granting parties' stipulation to extend time to file amended complaint (ECF No. 60);

c. Order granting parties' stipulation to extend briefing schedule regarding LoSavio's second amended complaint (ECF No. 65);

d. Clerk's notice vacating case management conference (ECF No. 68);

e. Clerk's notice setting case management conference for March 13, 2024 upon case reassignment (ECF No. 73);

f. Clerk's notice continuing motion to dismiss hearing and initial case management conference (ECF No. 80).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed this 5th day of March, 2024 at New York.

/s/ Alan Schoenfeld

Alan Schoenfeld