| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| NABILAH A. HOSSAIN (SBN 329689) | JEREMY ROBINSON (SBN 188325) |
| nhossain@cpmlegal.com | jrobinson@cglaw.com |
| ANDREW F. KIRTLEY (SBN 328023) | P. CAMILLE GUERRA (SBN 326546) |
| akirtley@cpmlegal.com | camille@cglaw.com |
| **COTCHETT, PITRE & McCARTHY, LLP** | MICHAEL J. MORPHEW (SBN 304463) |
| San Francisco Airport Office Center | mmorphew@cglaw.com |
| 840 Malcolm Road | **CASEY GERRY SCHENK FRANCAVILLA** |
| Burlingame, CA 94010 | **BLATT & PENFIELD, LLP** |
| Telephone: (650) 697-6000 | 110 Laurel Street |
| Fax: (650) 697-0577 | San Diego, CA 92101 |
| | Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 4:22-cv-05240-RFL<br><br>**PLAINTIFF'S INFORMATION CHARTS CONCERNING ALLGED (1) PRE-PURCHASE MISREPRESENTATIONS, AND (2) POST-PURCHASE MISREPRESENTATIONS SUPPORTING ESTOPPEL**<br><br>[In response to 2/26/2024 Order, ECF No. 81] |

Pursuant to the Court's Order dated February 26, 2024 (ECF No. 81), Plaintiff Thomas LoSavio hereby submits the following two charts containing information about (1) each allegedly false, misleading, or deceptive statement made before he bought the car that he contends he relied upon in pre-purchasing the rights to the full self-driving ADAS package that is at issue in the Second Amended Complaint, and (2) each allegedly false, misleading, or deceptive statement made after he bought the car that he contends induced him to refrain from filing suit. *See* ECF No. 81 at 1. The two charts are attached here, respectively, as Exhibit A and Exhibit B.

Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

Dated: March 11, 2024

/s/ *Andrew F. Kirtley*
FRANK M. PITRE
JULIE L. FIEBER
NABILAH A. HOSSAIN
ANDREW F. KIRTLEY

*Attorneys for Plaintiff Thomas LoSavio and the Proposed Class*