# EXHIBIT A

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| **Statement 1**<br><br>Continuously from October 19, 2016, through Plaintiff's purchase in January 2017<br><br>Tesla website (tesla.com)<br><br>Tesla<br><br>¶¶ 58, 153, Ex. C.[1] | "All Tesla vehicles produced in our factory … **have the hardware needed for full self driving capability**…."<br><br>¶ 153, Ex. C at 1. | The statement is false and misleading because the referenced hardware consists primarily of cameras, limited assistance from a single forward-facing radar unit, and **no lidar units**. ¶ 36. This hardware mix is "contrary to the industry-standard view that a combination of sensors—i.e., at minimum, cameras, radar, and lidar—is necessary to achieve technology capable of SAE Level 3, 4, or 5 functionality." ¶ 99. "To date, all Level 3 or higher technologies have used a combination of cameras, radar, and lidar. There has long been an expert consensus that truly autonomous, self-driving cars cannot be achieved without some reliance on expensive lidar technology, but Tesla has always refused to use lidar." ¶ 36.<br><br>This statement is also false and misleading because it implies that | Prior to making this statement (which was re-made anew every day that Tesla continued to publish it on its website), Tesla knew it had not developed self-driving technology, and knew or reasonably should have known that it was nowhere near achieving that goal. *See, e.g.*, ¶ 2 (alleging Tesla, seven years after the statement was made, still "has never been remotely close to achieving that goal"); *see also* ¶¶ 4, 8, 11, 34, 57, 89-91, 98, 244 (similar).<br><br>Tesla is a major company in the automobile industry, giving rise to the reasonable inference that Tesla is aware of the industry-standard view that a combination of sensors—i.e., at minimum, cameras, radar, and lidar—is necessary to achieve Level 3, 4, or 5 technology. | In the months before Plaintiff's January 2017 purchase. ¶¶ 152, 153.<br><br>Plaintiff viewed the Tesla website multiple times in the months before his January 2017 purchase. ¶¶ 152, 153. |

---

[1] All paragraph and exhibit citations herein are to paragraphs and exhibits in the Consolidated Second Amended Complaint, ECF No. 61.

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| *(Statement 1 cont'd)* | | Tesla already had developed, or was "on the cusp" of developing, full self-driving technology at the time the statement was made, when in fact Tesla was not remotely close to developing such technology at the time, and still "has never been remotely close to achieving that goal" seven years after the statement was made. ¶¶ 1-2; *see also* ¶¶ 4, 8, 11, 34, 57, 89-91, 98, 244 (similar); ¶ 97 (Tesla attorneys telling California DMV in March 2021 that FSD is "still firmly in L2 [Level 2]," and that "drivers would need to intervene only once per 1 to 2 million miles" before advancing to Level 3, which is a level of reliability that FSD has never been remotely close to achieving).<br><br>The statement also impliedly represents that Tesla *knew* precisely what hardware would be needed to enable self-driving technology. This implied representation is false and misleading because, as stated above, Tesla was not remotely close to | On October 19, 2016, Tesla published a false and misleading video on its website of a Tesla car purportedly "driving itself," but the video omitted that the route was pre-mapped by 3D mapping software not present on Tesla vehicles, that Tesla repeatedly ran the vehicle over the same route to get usable footage, that the video was edited together from multiple cuts, that the car drove into a fence during filming, that the video shows the car having abilities not then possessed by Tesla's ADAS technology. ¶¶ 58-60. CEO Musk was also personally involved in supervising the making and editing of video, including by dictating the false and misleading text at the beginning of the video ("The person in the driver's seat is only there for legal reasons. He is not doing anything. The car is driving itself."), and by personally instructing employees by email that a draft of the video still had too many jump cuts and needed to be | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| *(Statement 1 cont'd)* | | having developed full self-driving technology when the statement was made.<br><br>Tesla's lack of a reasonable basis to make this statement is corroborated by events many years later indicating Tesla was *still* trying to figure out what hardware mix is necessary for full self-driving capability, including (a) Tesla in October 2020 informing customers who had previously purchased a new car with an FSD package that their vehicles would require a $1,000 hardware upgrade to be compatible with Tesla's still-forthcoming FSD technology (¶ 88), and (b) Tesla's decision to remove radar from its new cars in 2021 (¶ 99).<br><br>The statement is also misleading because it implies that the presence of this "hardware" is a reason to purchase the car. That, in turn, implies that Tesla, if it had not already developed self-driving technology, had good reason to | re-edited to "feel like one continuous take." ¶ 59(a).<br><br>Tesla also knew that it had not applied for, and knew or reasonably should have known it was not close to applying for, a permit to deploy Level 3 technology for use on public roads in California, which would be a necessary precursor to selling a Level 3 or higher technology to consumers. Indeed, Tesla still had not applied for such permit seven years later when the SAC was filed. *See* ¶¶ 90, 97-98; *see also* ¶ 127 (California DMV approved such a permit for Mercedes-Benz's Level 3 software in June 2023).<br><br>To the extent Tesla argues that "full self-driving" merely refers to an SAE Level 2 technology, Tesla knew or had reason to know that using this term to describe an SAE Level 2 technology is misleading (a) because it is "inherently misleading" (¶ 110; *see also* ¶¶ 10, 105, 107, 138 | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| (*Statement 1 cont'd*) | | believe it would do so within a reasonably short period, such that a person buying or leasing a new Tesla car with an FSD package would be able to receive and use that technology for a material percentage of a typical ownership or leasing period. *See, e.g.*, ¶ 18. If that were not the case, then "hardware" would not be a reason to purchase a Tesla with an ADAS package, and the inclusion of the statement on tesla's website would make little sense.<br><br>To the extent Tesla argues that "full self-driving" refers to an SAE Level 2 technology, such a use of the term is "inherently misleading" (¶ 110; *see also* ¶¶ 10, 93, 105, 107, 138 [similar]) because Level 2 technology by definition does not allow cars to be self-driving (¶¶ 30-33). Such an interpretation by Tesla would also be contrary to Musk's public statements, in which he has "used the terms 'full self-driving' and 'full autonomy' as fully synonymous" (¶ 126), and in which | (similar)); (b) because Tesla's misleading statements appear to have been "carefully worded" to permit Tesla to argue they were "technically true" (¶ 58); (c) because Tesla engineers had raised concerns internally in 2014 and October 2016 that Tesla's branding of its Level 2 ADAS technology as "Autopilot" and "self-driving" would mislead consumers, but these concerns were rejected by Musk (¶¶ 40, 61); (d) because Consumer Reports took the unusual step on July 14, 2016, of publicly calling on Tesla to "change the name of the Autopilot feature because it promotes a potentially dangerous assumption that the Model S is capable of driving on its own," and suggested Tesla instead "name automated features with descriptive, not exaggerated, titles" (¶ 52); (e) because Tesla, in August 2016, after a Tesla driver with Autopilot engaged crashed into a parked vehicle on a Beijing highway and | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| (*Statement 1 cont'd*) | | he has used the terms full self-driving and FSD to refer to a Level 3 or higher technology (*e.g.*, ¶¶ 115, 122, 126). | later stated publicly that Tesla had misrepresented Autopilot's capabilities and misled buyers, Tesla removed from its China website a term that translates as "self-driving" and replaced it with a term that translates as "self-assisted driving," but did not make any similar changes to its U.S. website (¶ 54); and (f) because German regulators raised concerns directly with Tesla regarding "Autopilot" being misleading on October 16, 2016 (¶ 56). <br><br> December 6, 2021: *The New York Times* published an article based on interviews with 19 Tesla Autopilot employees. The article states that these interviews indicated that Musk "repeatedly misled buyers" about the abilities of Tesla's ADAS technology. ¶ 113. | |
| **Statement 2** <br><br> Continuously from October | "Build upon Enhanced Autopilot and order Full Self- | This statement is false and misleading for the same reasons that Statement 1 is false and misleading— i.e., because Tesla had not | The facts giving rise to a strong inference of scienter for Statement 1 apply equally to this statement because Tesla knew it had not | In the months before Plaintiff's January 2017 |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| 19, 2016, through Plaintiff's purchase in January 2017<br><br>Tesla website (tesla.com)<br><br>Tesla<br><br>¶¶ 58, 153, Ex. C. | Driving Capability on your Tesla. This doubles the number of active cameras from four to eight, **enabling full self-driving in almost all circumstances.**" ¶ 153, Ex. C at 1. | developed, and was not close to having developed, full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Reasons" column). | developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Scienter" column). | purchase. ¶¶ 152, 153.<br><br>Plaintiff viewed the Tesla website multiple times in the months before his January 2017 purchase. ¶¶ 152, 153. |
| **Statement 3**<br><br>Continuously from October 19, 2016, through Plaintiff's purchase in January 2017<br><br>Tesla website (tesla.com)<br><br>Tesla | "The system [Full Self-Driving Capability] **is designed to be able to conduct short and long distance trips with no action required by the person in the driver's seat.**" ¶ 153, Ex. C at 1. | This statement is false and misleading for the same reasons that Statement 1 is false and misleading— i.e., because Tesla had not developed, and was not close to having developed, full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Reasons" column).<br><br>Further, this statement is false and misleading for the additional reason that it uses the phrase "is designed," which falsely implies that the | The facts giving rise to a strong inference of scienter for Statement 1 apply equally to this statement because Tesla knew it had not developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Scienter" column). | In the months before Plaintiff's January 2017 purchase. ¶¶ 152, 153.<br><br>Plaintiff viewed the Tesla website multiple times in the months before his January 2017 purchase. ¶¶ 152, 153. |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| ¶¶ 58, 153, Ex. C. | | software design of FSD had already been completed to the point of enabling vehicles with FSD "to be able to conduct short and long distance trips with no action required by the person in the driver's seat." This too is false and misleading for the same reasons that Statement 1 is false and misleading—i.e., because Tesla had not developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Reasons" column). | | |
| **Statement 4**<br><br>November 12, 2016<br><br>Tesla newsletter<br><br>Tesla<br><br>¶ 154, Ex. D. | "All Tesla vehicles produced in our factory now have full self-driving hardware …." ¶ 154, Ex. D. | This statement is false and misleading for the same reasons that Statement 1 is false and misleading—i.e., because Tesla had not developed, and was not close to having developed, full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Reasons" column). | The facts giving rise to a strong inference of scienter for Statement 1 apply equally to this statement because Tesla knew it had not developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Scienter" column). | On or about November 12, 2016. ¶ 154.<br><br>Plaintiff received and read the newsletter that Tesla emailed to him. ¶ 154. |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| **Statement 5**<br><br>November 12, 2016<br><br>Tesla newsletter<br><br>Tesla<br><br>¶ 154, Ex. D. | "Full Self-Driving Capability [] will ultimately take you from home to work and find a parking space for you on its own." ¶ 154, Ex. D. | This statement is false and misleading for the same reasons that Statement 1 is false and misleading—i.e., because Tesla had not developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Reasons" column). | The facts giving rise to a strong inference of scienter for Statement 1 apply equally to this statement because Tesla knew it had not developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Scienter" column). | On or about November 12, 2016. ¶ 154.<br><br>Plaintiff received and read the newsletter that Tesla emailed to him. ¶ 154. |
| **Statement 6**<br><br>Continuously from October 19, 2016, through Plaintiff's purchase in January 2017<br><br>Tesla website (tesla.com)<br><br>Tesla<br><br>¶¶ 58, 153, Ex. C. | "All Tesla vehicles produced in our factory … have the hardware needed for full self driving capability **at a safety level substantially greater than that of a human driver.**" ¶ 153, Ex. C at 1. | This statement is false and misleading for the same reasons that Statement 1 is false and misleading—i.e., because Tesla had not developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. Per force of logic, it was false or misleading for Tesla to state that that non-existent technology drove, or would soon drive, "at a safety level substantially greater than that of a human driver." *See supra* Statement 1 ("Reasons" column).<br><br>To the extent Tesla argues that "full self-driving" refers to an SAE Level | The facts giving rise to a strong inference of scienter for Statement 1 apply equally to this statement because Tesla knew it had not developed, and was not close to having developed, a full-self-driving technology at the time the statement was made. Per force of logic, Tesla also knew it was false or misleading to state that that non-existent technology would perform "at a safety level substantially greater than that of a human driver." *See supra* Statement 1 ("Scienter" column). | In the months before Plaintiff's January 2017 purchase. ¶¶ 152, 153.<br><br>Plaintiff viewed the Tesla website multiple times in the months before his January 2017 purchase. ¶¶ 152, 153. |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| (*Statement 6 cont'd*) | | 2 ADAS technology, Tesla had significant information that its Level 2 technology that existed prior to the statement (i.e., Autopilot) did not have "a safety level substantially greater than that of a human driver," and was nowhere near that safety level. These include:<br>• On January 20, 2016, in China, a Tesla operating with its Autopilot software engaged "crashed at full speed on a highway into the back of a large street sweeper" ¶ 47.<br>• In February 2016, Consumer Reports testing revealed that the Tesla Summon feature failed to detect "several large objects that a homeowner might leave in a driveway or on the floor of a garage—such as a duffel bag and bicycle—and the car failed to stop before hitting them." ¶ 48.<br>• On May 7, 2016, Tesla driver Joshua Brown was killed in Florida when the Autopilot on his Tesla Model S failed to | Tesla receives detailed data from all Tesla vehicles, including the performance of its ADAS systems, which Tesla "use[s] to improve its software." *See, e.g.*, ¶¶ 68. Tesla therefore would have known about all the crashes listed in "Reasons" column to the left (¶¶ 47, 50, 54).<br><br>The facts alleged in the Complaint give rise to a reasonable inference that Tesla would have become contemporaneously aware of critical reporting about its technology in the widely known publication *Consumer Reports*, and that Tesla also would have become contemporaneously aware of a critical press release from *Consumer Reports* publicly stating that the "Autopilot" name is misleading and calling on Tesla to change the name.<br><br>The fact that Tesla's FSD technology has continued to be plagued with significant safety issues after this statement was | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| *(Statement 6 cont'd)* | | recognize a tractor-trailer crossing in front his car, which resulted in Brown's car striking and passing under the trailer at 74 mph. ¶ 50. Although Tesla said later in 2016 that it was "confident" it had fixed the issue that caused the crash, it appears not to have fixed the problem since highly similar fatal collisions with tractor trailers occurred in 2019 and 2023. ¶¶ 76, 131.<br>• In August 2016, after a Tesla driver with Autopilot engaged crashed into a parked vehicle on a Beijing highway and later stated publicly that Tesla had misrepresented Autopilot's capabilities and misled buyers, Tesla removed from its China website a term that translates as "self-driving" and replaced it with a term that translates as "self-assisted driving." Tesla did not make any similar changes to its U.S. website. ¶ 54. | made, despite Tesla's continuous improvements and updates, gives rise to a strong inference that Tesla knew this statement was false or misleading when it was made. Some examples:<br>• Tesla's "self-driving" technology has had "myriad problems, such as cars failing to make routine turns, running red lights, and steering directly into large objects and oncoming traffic," as well as "plowing at high speeds into large stationary objects such as emergency vehicles and an overturn box truck." ¶ 4; *see also* ¶ 97 (FSD routinely makes mistakes and has never been remotely near the rate of one driver intervention per 1-2 million miles that Tesla has said is necessary to advance FSD to a Level 3 technology).<br>• "In February 2020, NTSB called on NHTSA to set stricter standards on Autopilot, citing the high number of Autopilot- | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| *(Statement 6 cont'd)* | | To the extent Tesla argues there is some way of construing this statement as being technically accurate, it is still misleading because a reasonable consumer would not expect a car with "a safety level substantially greater than a human driver" to make obviously dangerous and sometimes fatal mistakes that a human driver would not make, such as crashing at highway speed into the back of a large street sweeper or the side of a tractor trailer. ¶¶ 47, 50. | related collisions and deaths." ¶ 83.<br>• In August 2021, NHTSA launches investigation into Tesla "self-driving" software's recurring problem of causing Tesla cars to crash at high speed into parked emergency vehicles, resulting in deaths and injuries, which NHTSA expands in June 2022. ¶¶ 82, 104, 106, 138.<br>• In October 2021, there is a major increase in dangerous "phantom braking" incident in which Tesla software slams on the car's brakes for no apparent reason. ¶ 111.<br>• In June 2023, the *Washington Post* reports an "uptick in [Tesla] crashes" that "coincides with Tesla's aggressive rollout of Full Self-Driving," and a former NHTSA official's view that the data on which the reporting is based showed Tesla vehicles were having "more severe—and fatal— | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| | | | crashes than people in a normal data set." ¶ 128.<br>• In February 2023, NHTSA issues a nationwide recall of FSD for various safety issues, including not stopping at stop signs. ¶ 139. | |
| **Statement 7**<br><br>Continuously from October 19, 2016, through Plaintiff's purchase in January 2017<br><br>Tesla website (tesla.com)<br><br>Tesla<br><br>¶¶ 58, 153, Ex. C. | "Build upon Enhanced Autopilot and order Full Self-Driving Capability on your Tesla. This doubles the number of active cameras from four to eight, enabling full self-driving in almost all circumstances, **at what we believe will be a probability of safety at least twice as good as** | This statement is false and misleading for the same reasons that Statement 6 is false and misleading. *See supra* Statement 6 ("Reasons" column). | The facts giving rise to a strong inference of scienter for Statement 6 apply equally to this statement. *See supra* Statement 6 ("Scienter" column). | In the months before Plaintiff's January 2017 purchase. ¶¶ 152, 153.<br><br>Plaintiff viewed the Tesla website multiple times in the months before his January 2017 purchase. ¶¶ 152, 153. |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| | **the average human driver**." ¶ 153, Ex. C at 1. | | | |
| **Statement 8** | "Tesla's Enhanced Autopilot software has begun rolling out and **features will continue to be introduced as validation is completed, subject to regulatory approval**, which may vary widely by jurisdiction. **It is not possible to know exactly when each element of the functionality described above will be available, as this is highly dependent on** | This statement is false and misleading because it suggests that Tesla already had developed software-based self-driving features at the time the statement was made, and that all remained to be done was the final step of having that software "validated," when in fact Tesla was not remotely close to developing such technology at the time, and still "has never been remotely close to achieving that goal" seven years after the statement was made. ¶¶ 1-2; *see also* ¶¶ 4, 8, 11, 34, 57, 89-91, 98, 244 (similar); ¶ 97 (Tesla attorneys telling California DMV in March 2021 that FSD is "still firmly in L2 [Level 2]," and that "drivers would need to intervene only once per 1 to 2 million miles" before advancing to Level 3, which is a level of reliability that FSD has never been remotely close to achieving). | Prior to making this statement (which was re-made anew every day that Tesla continued to publish it on its website), Tesla knew it had not developed self-driving technology, and knew or reasonably should have known that it was nowhere near developing self-driving technology. *See, e.g.*, ¶ 2 (alleging Tesla, seven years after the statement was made, still "has never been remotely close to achieving that goal"); *see also* ¶¶ 4, 8, 11, 34, 57, 89-91, 98, 244 (similar). | In the months before Plaintiff's January 2017 purchase. ¶¶ 152, 153. |
| Continuously from October 19, 2016, through Plaintiff's purchase in January 2017 | | | | |
| Tesla website (tesla.com) | | | Further, on October 19, 2016, Tesla published a false and misleading video on its website of a Tesla car purportedly "driving itself," but the video omitted that the route was pre-mapped by 3D mapping software not present on Tesla vehicles, that Tesla repeatedly ran | Plaintiff viewed the Tesla website multiple times in the months before his January 2017 purchase. ¶¶ 152, 153. |
| Tesla | | | | |
| ¶¶ 58, 153, Ex. C. | | | | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| (*Statement 8 cont'd*) | **local regulatory approval**." ¶ 153, Ex. C. | The statement is also misleading because it implies that the "rolling out" of this software and introduction of features is a reason to purchase a Tesla car with an Enhanced Autopilot package. That, in turn, implies that Tesla had good reason to believe it would do so within a reasonably short period, such that a person buying or leasing a new Tesla car with an Enhance Autopilot package would be able to receive and use that software for a material percentage of a typical ownership or leasing period. *See, e.g.*, ¶ 18. If that were not the case, then the referenced "software" and "features" would not be a reason to purchase a Tesla with an Enhanced Autopilot package.<br><br>The "regulatory approval" statements are misleading because they falsely and/or misleadingly imply (a) that Tesla reasonably believed that regulatory approval (as opposed to Tesla's development of | the vehicle over the same route to get usable footage, that the video was edited together from multiple cuts, that the car drove into a fence during filming, that the video shows the car having abilities not then possessed by Tesla's ADAS technology. ¶¶ 58-60. CEO Musk was also personally involved in supervising the making and editing of video, including by dictating the false and misleading text at the beginning of the video ("The person in the driver's seat is only there for legal reasons. He is not doing anything. The car is driving itself."), and by personally instructing employees by email that a draft of the video still had too many jump cuts and needed to be re-edited to "feel like one continuous take." ¶ 59(a).<br><br>Tesla also knew that it had not applied for, and knew or reasonably should have known it was not close to applying for, regulatory approval to deploy Level 3 technology for | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| *(Statement 8 cont'd)* | | the technology) was the primary remaining impediment to deliver Level 3 or higher technology to Tesla customers, and (b) that Tesla reasonably believed that it was close to seeking and/or obtaining such regulatory approval. ¶¶ 122-123; *see also* ¶ 98 (April 2021 email from California DMV to Tesla: "As mentioned in your [prior] correspondence and per California regulations, should Tesla develop technology features characterized as SAE level 3 or higher, Tesla will seek the appropriate regulatory permitting from the DMV before autonomous vehicles are operated on public roads."). Yet as of August 2023, neither the California DMV nor the CPUC have issued Tesla any approval to deploy, sell, or lease vehicles with technology at SAE Level 3 or higher. ¶ 132.<br><br>To the extent Tesla argues that "Enhanced Autopilot" refers to an SAE Level 2 technology, such a use of the term is misleading and | use on public roads in California (or any other state), which would be a necessary precursor to selling a Level 3 or higher technology to consumers. *See* ¶¶ 122-123. Indeed, Tesla still had not applied for such regulatory approval seven years later when the SAC was filed. *See* ¶¶ 90, 97-98; *see also* ¶ 127 (California DMV approved such a permit for Mercedes-Benz's Level 3 software in June 2023).<br><br>To the extent Tesla argues that "Enhanced Autopilot" merely refers to an SAE Level 2 technology, Tesla knew or had reason to know that using this term to describe an SAE Level 2 technology is misleading (a) because Tesla's misleading statements appear to have been "carefully worded" to permit Tesla to argue they were "technically true," including by using the term "validation" (¶ 58); (b) because Tesla engineers had raised concerns internally in 2014 that Tesla's branding of its Level 2 ADAS | |

15

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| (*Statement 8 cont'd*) | | contrary to Musk's public statements, in which he has used the term "Autopilot" as synonymous with "full self-driving." ¶ 59; *see also* ¶ 126 (Musk using terms "full self-driving" and "full autonomy" as synonymous"); ¶¶ 115, 122, 126 (Musk using the terms "full self-driving" and "FSD" to refer to a Level 3 or higher technology). | technology as "Autopilot" would mislead consumers, but these concerns were rejected by Musk (¶ 40); (c) because Consumer Reports took the unusual step on July 14, 2016, of publicly calling on Tesla to "change the name of the Autopilot feature because it promotes a potentially dangerous assumption that the Model S is capable of driving on its own," and suggested Tesla instead "name automated features with descriptive, not exaggerated, titles" (¶ 52); (d) because Tesla, in August 2016, after a Tesla driver with Autopilot engaged crashed into a parked vehicle on a Beijing highway and later stated publicly that Tesla had misrepresented Autopilot's capabilities and misled buyers, Tesla removed from its China website a term that translates as "self-driving" and replaced it with a term that translates as "self-assisted driving," but did not make any similar changes to its U.S. website (¶ 54); (e) because German | |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| | | | regulators raised concerns directly with Tesla regarding "Autopilot" being misleading on October 16, 2016 (¶ 56); and (f) because<br><br>December 6, 2021: *The New York Times* published an article based on interviews with 19 Tesla Autopilot employees. The article states that these interviews indicated that Musk "repeatedly misled buyers" about the abilities of Tesla's ADAS technology. ¶ 113. | |
| **Statement 9**<br><br>November 12, 2016<br><br>Tesla newsletter<br><br>Tesla<br><br>¶ 154, Ex. D. | "All Tesla vehicles produced in our factory now have full self-driving hardware, **enabling a rapidly expanding set of new Autopilot features to be introduced over time.**"<br>¶ 154, Ex. D. | This statement is false and misleading for the same reasons that Statement 8 is false and misleading. *See supra* Statement 8 ("Reasons" column). | The facts giving rise to a strong inference of scienter for Statement 8 apply equally to this statement. *See supra* Statement 8 ("Scienter" column). | On or about November 12, 2016. ¶ 154.<br><br>Plaintiff received and read the newsletter that Tesla emailed to him. ¶ 154. |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| **Statement 10**<br><br>November 12, 2016<br><br>Tesla newsletter<br><br>Tesla<br><br>¶ 154, Ex. D. | "Self-driving vehicles will play a crucial role in improving transportation safety and accelerating the world's transition to a sustainable future. **Once the software is extensively validated and there is regulatory approval, full autonomy will enable a Tesla to be substantially safer than a human driver."**<br>¶ 154 and Ex. D. | The portion of the statement regarding software validation and regulatory approval is false and misleading for the same reasons that Statement 8 is false and misleading. *See supra* Statement 8 ("Reasons" column).<br><br>The portion of the statement regarding "substantially safer than a human driver" is false and misleading for the same reasons that Statement 6 is false and misleading. *See supra* Statement 6 ("Reasons" column). | The facts giving rise to a strong inference of scienter for Statement 8 apply equally to the portion of this statement regarding software validation and regulatory approval. *See supra* Statement 8 ("Scienter" column).<br><br>The facts giving rise to a strong inference of scienter for Statement 6 apply equally to the portion of this statement regarding "substantially safer than a human driver." *See supra* Statement 6 ("Scienter" column). | On or about November 12, 2016. ¶154.<br><br>Plaintiff received and read the newsletter that Tesla emailed to him. ¶ 154. |
| **Statement 11**<br><br>October 19, 2016 | Tesla would "be able to demonstrate a demonstration drive of our full | This statement is false and misleading for the same reasons that Statement 1 is false and misleading— i.e., because Tesla had not developed, and was not close to | The facts giving rise to a strong inference of scienter for Statement 1 apply equally to this statement because Tesla knew it had not developed, and was not close to | October 2016<br><br>Plaintiff contemporaneously saw reporting |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| Tesla news conference covered by numerous news outlets<br><br>Musk and Tesla<br><br>¶¶ 57-60. | autonomy all the way from LA to New York. So basically from home in LA to let's say dropping you off in Times Square, NY and then having the car parking itself by the end of next year without the need for a single touch."<br>¶¶ 60, 152. | having developed, full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Reasons" column). Tesla has yet to deliver on its promises of a fully self-driving car at any distance—much less a fully automated three-thousand-mile journey across the country. ¶ 8.<br><br>This statement is false and misleading because regulatory approval would be required for such a cross-country trip. The statement thus misleading or falsely implies (a) that Musk reasonably believed that regulatory approval (as opposed to Tesla's development of the technology) was the primary remaining impediment to such a cross-country trip, and (b) that Tesla reasonably believed that it was close to seeking and/or obtaining such regulatory approval. ¶¶ 122-123; *see also* ¶ 98 (April 2021 email from California DMV to Tesla: "As mentioned in your [prior] correspondence and per California | having developed, a full-self-driving technology at the time the statement was made. *See supra* Statement 1 ("Scienter" column).<br><br>Tesla also knew that it had not applied for, and knew or reasonably should have known it was not close to applying for, regulatory approval to deploy Level 3 or higher technology for use on public roads in California (or any other state), which would be a necessary precursor to such a cross-country trip. *See* ¶¶ 122-123. Indeed, Tesla still had not applied for such regulatory approval seven years later when the SAC was filed. *See* ¶¶ 90, 97-98. | on the statement in news outlets he customarily read each day, specifically, the San Francisco Chronicle, New York Times, and Wall Street Journal.<br>¶¶ 60, 152, 156. |

*In re Tesla Advanced Driver Assistance Systems Litigation*, No. 4:22-cv-05240-RFL

**Chart 1: Pre-Purchase Misrepresentations**

| Date, Medium, and Speaker | False and/or Misleading Statement | Reasons Why the Statement Was False and/or Misleading When Made | Facts Giving Rise to a Strong Inference of Scienter | When and How Plaintiff Became Aware of the False Statement |
|---|---|---|---|---|
| | | regulations, should Tesla develop technology features characterized as SAE level 3 or higher, Tesla will seek the appropriate regulatory permitting from the DMV before autonomous vehicles are operated on public roads."). Yet as of August 2023, neither the California DMV nor the CPUC have issued Tesla any approval to deploy, sell, or lease vehicles with technology at SAE Level 3 or higher. ¶ 132. | | |