| | |
|---|---|
| 1 | David C. Marcus (SBN 158704) |
| 2 | david.marcus@wilmerhale.com |
|   | WILMER CUTLER PICKERING |
| 3 |     HALE AND DORR LLP |
|   | 350 South Grand Avenue, Suite 2400 |
| 4 | Los Angeles, California 90071 |
|   | Tel: (213) 443-5312 |
| 5 | |
| 6 | Alan Schoenfeld (*pro hac vice*) |
|   | alan.schoenfeld@wilmerhale.com |
| 7 | WILMER CUTLER PICKERING |
|   |     HALE AND DORR LLP |
| 8 | 7 World Trade Center |
|   | 250 Greenwich Street |
| 9 | New York, New York 10007 |
|   | Tel: (212) 937-7294 |
| 10 | |
| 11 | Allison Bingxue Que (SBN 324044) |
|    | allison.que@wilmerhale.com |
| 12 | WILMER CUTLER PICKERING |
|    |     HALE AND DORR LLP |
| 13 | 2600 El Camino Real, Suite 400 |
|    | Palo Alto, California 94306 |
| 14 | Tel: (650) 858-6000 |
| 15 | |
|    | *Attorneys for Defendants Tesla, Inc., Tesla* |
| 16 | *Lease Trust, and Tesla Finance LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL |
| | **CLASS ACTION** |
| | **DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MARCH 11, 2024 SUBMISSION** |
| | Judge:        Hon. Rita F. Lin |
| | Courtroom:  15 – 18th Floor |

**Schoenfeld Decl. iso Adm. Mot. For Leave To File Response**
Case No. 3:22-cv-05240-RFL

**DECLARATION OF ALAN SCHOENFELD**

I, Alan Schoenfeld, declare as follows:

1. I am a partner with the law firm Wilmer Cutler Pickering Hale & Dorr LLP, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC ("Tesla" or "Defendants") in this matter through *pro hac vice*. I have personal knowledge of the matters set forth herein and am competent to testify.

2. On March 11, 2024 Plaintiff Thomas J. LoSavio filed two charts regarding the allegations in his Second Amended Complaint (ECF No. 84) in response to the Court's February 26, 2024 Order (ECF No. 81).

3. On March 13, 2024, Tesla's counsel contacted LoSavio's counsel to ask whether LoSavio would consent to Tesla's request to file a response to the two allegation charts. Given the timing, Tesla's counsel asked for a response by March 14, 2024 at noon.

4. On March 14, 2024, LoSavio's counsel informed Tesla's counsel that LoSavio would not consent to Tesla's request for leave to file its response.

5. Tesla was thus unable to obtain a stipulation from LoSavio for this request, pursuant to Local Civil Rule 7-11(a).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 14th day of March, 2024 in New York, New York.

/s/ Alan Schoenfeld

Alan Schoenfeld

**Schoenfeld Decl. iso Adm. Mot. For Leave To File Response**
Case No. 3:22-cv-05240-RFL

1