David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TESLA INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MARCH 11, 2024 SUBMISSION**<br><br>Hon. Rita F. Lin<br>Courtroom 15 – 18th floor |

**[PROPOSED] ORDER**

Having considered Defendants Tesla Inc., Tesla Lease Trust, and Tesla Finance LLC's Administrative Motion For Leave To File Response to Plaintiff's March 11, 2024 Submission, and the papers filed in support therefore, the Court finds that there is good cause to GRANT Defendants' Motion.

THEREFORE, IT IS SO ORDERED that Defendants may file a response to Plaintiff's March 11, 2024 submission, not to exceed ten pages, within seven days of this order.

DATED: _____, 2024

_____
Hon. Rita F. Lin
United States District Judge