1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
4  Tel: (213) 443-5312

5  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  7 World Trade Center
   250 Greenwich Street
8  New York, New York 10007
   Tel: (212) 937-7294

9  Allison Bingxue Que (SBN 324044)
10 allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
11    HALE AND DORR LLP
   2600 El Camino Real, Suite 400
12 Palo Alto, California 94306
   Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS TESLA INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MARCH 11, 2024 SUBMISSION** <br><br> Hon. Rita F. Lin <br> Courtroom 15 – 18th floor |

**[PROPOSED] ORDER**

Having considered Defendants Tesla Inc., Tesla Lease Trust, and Tesla Finance LLC's Administrative Motion For Leave To File Response to Plaintiff's March 11, 2024 Submission, and the papers filed in support therefore, the Court finds that there is good cause to GRANT Defendants' Motion.

THEREFORE, IT IS SO ORDERED that Defendants may file a response to Plaintiff's March 11, 2024 submission, not to exceed ten pages, within seven days of this order.

DATED: _____, 2024

**DENIED**

Judge Rita F. Lin

March 19, 2024

Case no.: 3:22-cv-5240-RFL                         [Proposed] Order