FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF THOMAS E. LOESER**<br><br>Honorable Rita F. Lin<br><br>Consolidated Second Amended Complaint Filed on October 30, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Thomas E. Loeser, California State Bar Number 202724, of the law firm Cotchett, Pitre & McCarthy, LLP, hereby makes an appearance on behalf of plaintiff Thomas LoSavio and the proposed class in the above-captioned matter, and requests that all future correspondence, notices, pleadings, and other filings and service related to this matter be sent to him at the following address:

>Thomas E. Loeser
>Cotchett Pitre & McCarthy LLP
>999 N. Northlake Way, Suite 215
>Seattle, WA 98103
>Tel: (206) 970-8181
>Fax: (650) 697-0577
>Email: tloeser@cpmlegal.com

Dated: April 24, 2024                    Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By:   /s/ Thomas E. Loeser
        THOMAS E. LOESER

*Attorneys for Plaintiff Thomas LoSavio and the Proposed Class*