| | |
|---|---|
| 1  Frank M. Pitre (SBN 100077) | David C. Marcus (SBN 158704) |
|    fpitre@cpmlegal.com | david.marcus@wilmerhale.com |
| 2  COTCHETT PITRE & MCCARTHY LLP | WILMER CUTLER PICKERING |
|    840 Malcolm Road |     HALE AND DORR LLP |
| 3  Burlingame, CA 94010 | 350 South Grand Avenue, Suite 2400 |
|    Tel.: (650) 697-6000 | Los Angeles, California 90071 |
| 4 | Tel: (213) 443-5312 |
|    Francis A. Bottini, Jr. (SBN 175783) | |
| 5  fbottini@bottinilaw.com | Alan Schoenfeld (*pro hac vice*) |
|    BOTTINI & BOTTINI, INC. | alan.schoenfeld@wilmerhale.com |
| 6  7817 Ivanhoe Avenue, Suite 102 | WILMER CUTLER PICKERING |
|    La Jolla, CA 92037 |     HALE AND DORR LLP |
| 7  Tel.: (858) 914-2001 | 7 World Trade Center |
| 8 | 250 Greenwich Street |
|    David S. Casey, Jr. (SBN 060768) | New York, New York 10007 |
| 9  dcasey@cglaw.com | Tel: (212) 937-7294 |
|    CASEY GERRY SCHENK FRANCAVILLA | |
| 10     BLATT & PENFIELD LLP | Allison Bingxue Que (SBN 324044) |
|    110 Laurel Street | allison.que@wilmerhale.com |
| 11 San Diego, CA 92101 | WILMER CUTLER PICKERING |
|    Tel.: (619) 238-1811 |     HALE AND DORR LLP |
| 12 | 2600 El Camino Real, Suite 400 |
| 13 *Attorneys for Plaintiff and the Proposed Class* | Palo Alto, California 94306 |
|    *(full counsel information on signature page)* | Tel: (650) 858-6000 |
| 14 | |
| 15 | *Attorneys for Defendants Tesla, Inc., Tesla* |
| 16 | *Lease Trust, and Tesla Finance LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL |
| | **CLASS ACTION** |
| | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| *This filing relates to all actions* | Judge: Hon. Rita F. Lin |
| | Courtroom: 15 – 18th Floor |
| | 450 Golden Gate Ave., |
| | San Francisco, CA  94102 |

Stipulation and [Proposed] Order to Continue Case Management Conference
Case No. 3:22-cv-05240-RFL

# STIPULATION

Pursuant to Civil Local Rule 6-2 (a) and the Court's Civil Standing Order, Plaintiff Thomas LoSavio ("LoSavio") and Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC ("Defendants"), by and through their counsel of record, have met and conferred and stipulate, subject to approval by the Court, to continue the Case Management Conference currently scheduled for May 22, 2024, until a date that is 21 days after the Court rules on the pending motion to dismiss, or the soonest available date thereafter that is available on the Court's calendar.

WHEREAS, Plaintiff filed a Consolidated Second Amended Complaint ("SAC") on October 30, 2023 (ECF 61);

WHEREAS, this action was reassigned from the Hon. Haywood S. Gilliam Jr. to this Court on November 27, 2023 (ECF 69), and shortly thereafter the parties submitted a Joint Case Management Statement Following Order Reassigning Case (ECF 72);

WHEREAS, a motion to dismiss the SAC was filed on December 4, 2023 (ECF 71), opposition and reply briefs were filed in January 2024 (ECF 74, 77), and the motion was heard by the Court and taken under submission on April 30, 2024, *see* concurrently filed Decl. of Andrew F. Kirtley ¶ 2;

WHEREAS, an initial case management conference ("Initial CMC") is currently set for May 22, 2024 (ECF 83), *see* Kirtley Decl. ¶ 2;

WHEREAS, the parties have previously filed three Joint Case Management Statements and Rule 26(f) Reports (ECF 35, 39, 66), though all previously scheduled case management conferences have been vacated or continued on the Court's own initiative (*see* ECF 36, 41, 57 [at 20:2-11], 68) or by stipulation of the parties (ECF 83), *see* Kirtley Decl. ¶ 3;

WHEREAS, the parties agree that the efficient and inexpensive prosecution of this action, *see* Fed. R. Civ. P. 1, would be served by a short continuance of the Initial CMC from May 22, 2024, until 21 days after the Court rules on the pending motion to dismiss, as this would allow the parties to review the Court's ruling for issues that might bear on the future conduct of this litigation, and to meet and confer about any such issues, before preparing and filing a further

joint case management statement and Rule 26(f) report, *see* Kirtley Decl. ¶ 4;

WHEREAS, continuing the Initial CMC until 21 days after Court rules on the pending motion to dismiss would not affect any deadlines (there currently is no case schedule), *see id.* ¶ 5;

WHEREAS, the parties have made only one prior request to continue the Initial CMC (ECF 82), which was a stipulated continuance due to counsel's unavailability, *see* Kirtley Decl. ¶ 6;

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE**, subject to approval by the Court, as follows:

1. That the initial case management conference currently set for May 22, 2024, be continued to a date that is 21 days after the Court rules on the pending motion to dismiss, or the soonest date thereafter that is available on the Court's calendar.

**IT IS SO STIPULATED.**

Dated:  May 10, 2024

COTCHETT PITRE & McCARTHY LLP

By:     */s/ Andrew F. Kirtley*
        Frank M. Pitre (SBN 100077)
        fpitre@cpmlegal.com
        Thomas E. Loeser (SBN 202724)
        tloeser@cpmlegal.com
        Julie L. Fieber (SBN 202857)
        jfieber@cpmlegal.com
        Nabilah A. Hossain (SBN 329689)
        nhossain@cpmlegal.com
        Andrew F. Kirtley (SBN 328023)
        akirtley@cpmlegal.com

BOTTINI & BOTTINI, INC.
        Francis A. Bottini, Jr. (SBN 175783)
        fbottini@bottinilaw.com

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
        David S. Casey, Jr. (SBN 060768)
        dcasey@cglaw.com
        Gayle M. Blatt (SBN 122048)
        gmb@cglaw.com
        Jeremy Robinson (SBN 188325)
        jrobinson@cglaw.com
        P. Camille Guerra (SBN 326546)
        camille@cglaw.com

*Attorneys for Plaintiff and the Proposed Class*

|   |   |   |
|---|---|---|
| Dated: May 10, 2024 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: | /s/ Alan Schoenfeld |
| | | Alan Schoenfeld |

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I am the ECF user whose ID and password are being used to file this document, and that concurrence in the filing of this document has been obtained from each signatory.

Dated: May 10, 2024        By:   /s/ Andrew F. Kirtley
                                       Andrew F. Kirtley

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The initial case management conference currently set for May 22, 2024 is VACATED and will be reset to a date that is 21 days after the Court issues its ruling on the pending motion to dismiss (ECF 71), or the soonest date thereafter that is available on the Court's calendar.

DATED: _____    _____
                                HONORABLE RITA F. LIN
                                United States District Court Judge