FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>*This filing relates to all actions* | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ANDREW F. KIRTLEY IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor<br>                450 Golden Gate Ave.,<br>                San Francisco, CA  94102 |

I, Andrew F. Kirtley, state as follows:

1. I am a partner at the law firm of Cotchett, Pitre & McCarthy, LLP, counsel for Plaintiff Thomas LoSavio. Pursuant to Civil Local Rule 6-2(a) and the Court's Civil Standing Order, I submit this declaration in support of the parties' concurrently filed Stipulation and [Proposed] Order to Continue Case Management Conference. I have personal knowledge of the matters set forth herein and would testify thereto if called upon to do so.

2. The pending motion to dismiss the operative complaint in this action was heard by the Court and taken under submission on April 30, 2024. An initial case management conference ("Initial CMC") is currently set for May 22, 2024.

3. The parties have previously filed three Joint Case Management Statements and Rule 26(f) Reports (*see* ECF 35, 39, 66), but all previously scheduled case management conferences have been vacated or continued on the Court's own initiative (*see* ECF 36, 41, 57 [at 20:2-11], 68) or by stipulation of the parties (ECF 83).

4. After meeting and conferring, the parties agree that the efficient and inexpensive prosecution of this action would be served by a short continuance of the Initial CMC from May 22, 2024, until 21 days after the Court rules on the pending motion to dismiss, as this would allow the parties to review the Court's ruling for issues that might bear on the future conduct of this litigation, and to meet and confer about any such issues, before preparing and filing a further joint case management statement and Rule 26(f) report.

5. Continuing the Initial CMC until 21 days after Court rules on the pending motion to dismiss would not affect any case deadlines, as there currently is no case schedule in this matter.

6. The following sets forth all prior requests by the parties, including stipulations, to continue a hearing, case management conference, or deadline (not including any extensions of deadlines that the parties are permitted to arrange between themselves without a court order) since the commencement of this action in September 2022: (a) stipulation and Order granting stipulation to relate and consolidate cases, to set deadline to file the Consolidated Amended Complaint ("FAC"), and to extend time to respond to the FAC (ECF 17, 22) (Oct. 2022); (b) stipulation and Order granting stipulation to extend time to file the Consolidated Second Amended Complaint ("SAC") (ECF 58, 60) (Oct. 2023);

(c) stipulation and Order granting stipulation to extend briefing schedule for Defendants' motion to dismiss the SAC (ECF 63, 65) (Nov. 2023); and (d) stipulation and Order granting stipulation to reschedule motion to dismiss hearing and Initial CMC due to counsel's unavailability (ECF 82, 83) (Mar. 2024).

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on May 10, 2024, in the State of California.

                                                    */s/ Andrew F. Kirtley*
                                                    ANDREW F. KIRTLEY