| | |
|---|---|
| Frank M. Pitre (SBN 100077) | David C. Marcus (SBN 158704) |
| fpitre@cpmlegal.com | david.marcus@wilmerhale.com |
| COTCHETT PITRE & MCCARTHY LLP | WILMER CUTLER PICKERING |
| 840 Malcolm Road |   HALE AND DORR LLP |
| Burlingame, CA 94010 | 350 South Grand Avenue, Suite 2400 |
| Tel.: (650) 697-6000 | Los Angeles, California 90071 |
| | Tel: (213) 443-5312 |
| *Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class* | |
| | Alan Schoenfeld (*pro hac vice*) |
| | alan.schoenfeld@wilmerhale.com |
| Francis A. Bottini, Jr. (SBN 175783) | WILMER CUTLER PICKERING |
| fbottini@bottinilaw.com |   HALE AND DORR LLP |
| BOTTINI & BOTTINI, INC. | 7 World Trade Center |
| 7817 Ivanhoe Avenue, Suite 102 | 250 Greenwich Street |
| La Jolla, CA 92037 | New York, New York 10007 |
| Tel.: (858) 914-2001 | Tel: (212) 937-7294 |
| *Attorneys for Plaintiff Dominick Battiato and the Proposed Class* | Allison Bingxue Que (SBN 324044) |
| | allison.que@wilmerhale.com |
| David S. Casey, Jr. (SBN 060768) | WILMER CUTLER PICKERING |
| dcasey@cglaw.com |   HALE AND DORR LLP |
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP | 2600 El Camino Real, Suite 400 |
| 110 Laurel Street | Palo Alto, California 94306 |
| San Diego, CA 92101 | Tel: (650) 858-6000 |
| Tel.: (619) 238-1811 | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |
| *Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class* | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **<u>CLASS ACTION</u>** <br><br> **JOINT STATUS REPORT REGARDING ARBITRATIONS** <br> *[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]* <br><br> Judge:     Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor <br>            450 Golden Gate Ave., <br>            San Francisco, CA  94102 |

1  Pursuant to the Court's September 2023 Order Compelling Arbitration ("Order") as to Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow, which directed the parties "to provide status reports every 120 days regarding the status of the arbitration as to their claims" (ECF 57 at 13:18-20), the parties submit this joint status report.

In their first status report submitted on January 29, 2024 (ECF 79), the parties reported that they had met and conferred, that Tesla had taken the position that Plaintiffs whose claims were compelled to arbitration needed to submit to Tesla a 60-day notice of intent to arbitrate stating their "concern or dispute" before filing an arbitration demand ("60-day notice"),[1] and that Plaintiffs Broussard, Battiato, and Imaguchi had each submitted such a 60-day notice to Tesla.

Subsequently, on March 5, 2024, Tesla responded to each of those 60-day notices by way of separate but substantially similar letters, each of which states its contents are "SUBJECT TO FRE 408." Plaintiffs decided to wait to see the Court's ruling on Tesla's then-fully briefed motion to dismiss the Second Amended Complaint before responding to Tesla's letters, which ruling was issued approximately two weeks ago on May 15, 2024 (ECF 96). In light of that ruling and other considerations, Plaintiffs are presently deciding how best to respond to Tesla's March 5 letters, and they expect to do so in the coming weeks.

//
//
//
//
//
//
//

---

[1] *See* Order at 4, quoting Tesla arbitration clause ("If you have a concern or dispute, please send a written notice describing it and your desired resolution to resolutions@tesla.com. If not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and Tesla will not be decided by a judge or jury but instead by a single arbitrator in an arbitration administered by the American Arbitration Association (AAA) under its Consumer Arbitration Rules. This includes claims arising before this Agreement, such as claims related to statements about our products….").

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 28, 2024 | COTCHETT PITRE & McCARTHY LLP |
| 3 | | By: /s/ Andrew F. Kirtley |
| | | Frank M. Pitre (SBN 100077) |
| 4 | | fpitre@cpmlegal.com |
| | | Thomas E. Loeser (SBN 202724) |
| 5 | | tloeser@cpmlegal.com |
| | | Julie L. Fieber (SBN 202857) |
| 6 | | jfieber@cpmlegal.com |
| | | Nabilah A. Hossain (SBN 329689) |
| 7 | | nhossain@cpmlegal.com |
| | | Andrew F. Kirtley (SBN 328023) |
| 8 | | akirtley@cpmlegal.com |

*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

BOTTINI & BOTTINI, INC.
  Francis A. Bottini, Jr. (SBN 175783)
  fbottini@bottinilaw.com

*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
  David S. Casey, Jr. (SBN 060768)
  dcasey@cglaw.com
  Gayle M. Blatt (SBN 122048)
  gmb@cglaw.com
  Jeremy Robinson (SBN 188325)
  jrobinson@cglaw.com
  P. Camille Guerra (SBN 326546)
  camille@cglaw.com

*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class*

Dated: May 28, 2024           WILMER CUTLER PICKERING HALE AND DORR LLP

                              By:   /s/ Alan Schoenfeld
                                    Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

Joint Status Report Regarding Arbitrations                                            2
Case No. 3:22-cv-05240-RFL

**ATTORNEY ATTESTATION**

I, Andrew F. Kirtley, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  May 28, 2024                                   By:   */s/ Andrew F. Kirtley*
                                                                          ANDREW F. KIRTLEY