| | |
|---|---|
| Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br><br>*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br><br>*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*<br><br>David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811<br><br>*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class* | David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br><br>Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 937-7294<br><br>Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000<br><br>*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT L.R. 6-2(a) STIPULATION TO EXTEND DEADLINE FOR TESLA TO RESPOND TO THE CONSOLIDATED THIRD AMENDED COMPLAINT**<br><br>Judge:     Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor |

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, the Court held the initial case management conference on June 5, 2024 (ECF No. 99);

WHEREAS, LoSavio filed a Consolidated Third Amended Complaint ("TAC") later on the same day pursuant to the Court's prior order on Tesla's motion to dismiss (ECF Nos. 96, 102);

WHEREAS, Tesla's response to TAC is due June 20, 2024 (June 5, 2024 CMC Tr. 4:18-20);

WHEREAS, Tesla will respond to the TAC by filing an answer;

WHEREAS, to allow Tesla sufficient time to prepare the answer to the TAC, the parties have agreed to a two-week extension for Tesla to file its answer to the TAC.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Civil Local Rule 6-2 that the Court enter an order extending the deadline for Tesla to respond to the TAC to July 5, 2024.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 17, 2024 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 3 | | |
| 4 | | By:  */s/ Alan Schoenfeld*<br>       Alan Schoenfeld |
| 5 | | |
| 6 | | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |
| 7 | | |
| 8 | Dated: June 17, 2024 | **COTCHETT PITRE & MCCARTHY LLP** |
| 9 | | By:  */s/ Andrew F. Kirtley*<br>       Frank M. Pitre |
| 10 | | |
| 11 | | Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com |
| 12 | | Thomas E. Loeser (SBN 202724)<br>tloeser@cpmlegal.com |
| 13 | | Julie L. Fieber (SBN 202857)<br>jfieber@cpmlegal.com |
| 14 | | Nabilah A. Hossain (SBN 329689)<br>nhossain@cpmlegal.com |
| 15 | | Andrew F. Kirtley (SBN 328023)<br>akirtley@cpmlegal.com |
| 16 | | |
| 17 | | **BOTTINI & BOTTINI, INC.** |
| 18 | | Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com |
| 19 | | |
| 20 | | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP** |
| 21 | | David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com |
| 22 | | Gayle M. Blatt (SBN 122048)<br>gmb@cglaw.com |
| 23 | | Jeremy Robinson (SBN 188325)<br>jrobinson@cglaw.com |
| 24 | | P. Camille Guerra (SBN 326546)<br>camille@cglaw.com |
| 25 | | |
| 26 | | *Attorneys for Plaintiffs and the Proposed Class* |
| 27 | | |
| 28 | | |

**ATTESTATION**

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file this joint stipulation. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:   June 17, 2024                                         By:   */s/ Alan Schoenfeld*
                                                                           Alan Schoenfeld

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The June 20, 2024 deadline for Tesla to respond to Plaintiffs' Consolidated Third Amended Complaint (ECF No. 102) is extended to July 5, 2024.

Dated: _____        _____
                                    By:  Hon. Rita F. Lin
                                         United States District Court Judge