David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF STIPULATION TO EXTEND DEADLINE FOR TESLA TO RESPOND TO THE CONSOLIDATED THIRD AMENDED COMPLAINT** <br><br> Judge:      Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor |

**Schoenfeld Decl. iso L.R. 6-2(a) Stipulation**
Case No. 3:22-cv-05240-RFL

# DECLARATION OF ALAN SCHOENFELD

I, Alan Schoenfeld, declare as follows:

1. I am a partner with the law firm WilmerHale, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter through *pro hac vice*. I have personal knowledge of the matters set forth herein and am competent to testify.

2. The Court held the initial case management conference on June 5, 2024 (ECF No. 99).

3. LoSavio filed a Consolidated Third Amended Complaint ("TAC") later on the same day pursuant to the Court's prior order on Tesla's motion to dismiss (ECF Nos. 96, 102).

4. Tesla's response to TAC is due June 20, 2024 (June 5, 2024 CMC Tr. 4:18-20).

5. Tesla anticipates filing an answer to the TAC. To allow Tesla sufficient time to prepare the answer to the TAC, the parties have agreed to a two-week extension for Tesla to file its answer to the TAC.

6. The previous time modifications in this case are set forth below (by stipulation or by Court order):

   a. Order granting parties' stipulation regarding briefing schedule as to Complaint (ECF No. 22);
   b. Order granting parties' stipulation to extend time to file amended complaint (ECF No. 60);
   c. Order granting parties' stipulation to extend briefing schedule regarding LoSavio's second amended complaint (ECF No. 65);
   d. Clerk's notice vacating case management conference (ECF No. 68);
   e. Clerk's notice setting case management conference for March 13, 2024 upon case reassignment (ECF No. 73);
   f. Clerk's notice continuing motion to dismiss hearing and initial case management conference (ECF No. 80);

1   g. Order granting parties' stipulation to reschedule hearing on Tesla's motion to dismiss
2       LoSavio's second amended complaint and initial case management conference (ECF
3       No. 83);
4   h. Order granting parties' stipulation to continue case management conference, as
5       modified (ECF No. 95).

7   I declare under penalty of perjury under the laws of the United States of America that
8 the above is true and correct. Executed this 17th day of June, 2024 at Dallas, Texas.

12                              /s/ Alan Schoenfeld
13                              Alan Schoenfeld