1

Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000

2

3

4

*Attorneys for Plaintiffs Thomas LoSavio,*
*Brenda Broussard, and the Proposed Class*

5

6

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

7

8

9

10

*Attorneys for Plaintiff Dominick Battiato*
*and the Proposed Class*

11

12

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

13

14

15

16

*Attorneys for Plaintiffs Christopher Mallow,*
*Jazmin Imaguchi, and the Proposed Class*

17

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla*
*Lease Trust, and Tesla Finance LLC*

18

**IN THE UNITED STATES DISTRICT COURT**

19

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

20

**SAN FRANCISCO  DIVISION**

21

**In re Tesla Advanced Driver Assistance**
**Systems Litigation**

22

23

24

25

26

27

Case No. 3:22-cv-05240-RFL

<u>**CLASS ACTION**</u>

**JOINT L.R. 6-2(a) STIPULATION TO EXTEND**
**DEADLINE FOR TESLA TO RESPOND TO**
**THE CONSOLIDATED THIRD AMENDED**
**COMPLAINT**

Judge:        Hon. Rita F. Lin
Courtroom:   15 – 18th Floor

28

## **STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, the Court held the initial case management conference on June 5, 2024 (ECF No. 99);

WHEREAS, LoSavio filed a Consolidated Third Amended Complaint ("TAC") later on the same day pursuant to the Court's prior order on Tesla's motion to dismiss (ECF Nos. 96, 102);

WHEREAS, Tesla's response to TAC is due June 20, 2024 (June 5, 2024 CMC Tr. 4:18-20);

WHEREAS, Tesla will respond to the TAC by filing an answer;

WHEREAS, to allow Tesla sufficient time to prepare the answer to the TAC, the parties have agreed to a two-week extension for Tesla to file its answer to the TAC.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Civil Local Rule 6-2 that the Court enter an order extending the deadline for Tesla to respond to the TAC to July 5, 2024.

1

2    Dated:  June 17, 2024

3

4

5

6

7

8    Dated:  June 17, 2024

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:    */s/ Alan Schoenfeld*
       Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*


**COTCHETT PITRE & MCCARTHY LLP**

By:    */s/ Andrew F. Kirtley*
       Frank M. Pitre

       Frank M. Pitre (SBN 100077)
       fpitre@cpmlegal.com
       Thomas E. Loeser (SBN 202724)
       tloeser@cpmlegal.com
       Julie L. Fieber (SBN 202857)
       jfieber@cpmlegal.com
       Nabilah A. Hossain (SBN 329689)
       nhossain@cpmlegal.com
       Andrew F. Kirtley (SBN 328023)
       akirtley@cpmlegal.com

**BOTTINI & BOTTINI, INC.**

       Francis A. Bottini, Jr. (SBN 175783)
       fbottini@bottinilaw.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

       David S. Casey, Jr. (SBN 060768)
       dcasey@cglaw.com
       Gayle M. Blatt (SBN 122048)
       gmb@cglaw.com
       Jeremy Robinson (SBN 188325)
       jrobinson@cglaw.com
       P. Camille Guerra (SBN 326546)
       camille@cglaw.com

*Attorneys for Plaintiffs and the Proposed Class*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTORNEY ATTESTATION**

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file this joint stipulation.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.


Dated:   June 17, 2024                                      By:   */s/ Alan Schoenfeld*_____
                                                                          Alan Schoenfeld

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

    1.  The June 20, 2024 deadline for Tesla to respond to Plaintiffs' Consolidated Third Amended Complaint (ECF No. 102) is extended to July 5, 2024.


Dated: June 18, 2024

        By:  Hon. Rita F. Lin
              United States District Court Judge