| | |
|---|---|
| Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br><br>*Attorneys for Plaintiffs Thomas LoSavio,*<br>*Brenda Broussard, and the Proposed Class*<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br><br>*Attorneys for Plaintiff Dominick Battiato*<br>*and the Proposed Class*<br><br>David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com<br>CASEY GERRY SCHENK FRANCAVILLA<br>BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811<br><br>*Attorneys for Plaintiffs Christopher Mallow,*<br>*Jazmin Imaguchi, and the Proposed Class* | David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br><br>Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 937-7294<br><br>Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000<br><br>*Attorneys for Defendants Tesla, Inc., Tesla*<br>*Lease Trust, and Tesla Finance LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STATUS REPORT REGARDING ARBITRATIONS**<br>*[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]*<br><br>Judge:     Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor<br>               450 Golden Gate Ave.,<br>               San Francisco, CA 94102 |

1        Pursuant to the Court's September 2023 Order Compelling Arbitration ("Order") as to Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow, which directed the parties "to provide status reports every 120 days regarding the status of the arbitration as to their claims" (ECF 57 at 13:18-20), the parties submit this joint status report.

        In their first status report submitted on January 29, 2024 (ECF 79), the parties reported that they had met and conferred, that Tesla had taken the position that Plaintiffs whose claims were compelled to arbitration needed to submit to Tesla a 60-day notice of intent to arbitrate stating their "concern or dispute" before filing an arbitration demand ("60-day notice"),[1] and that Plaintiffs Broussard, Battiato, and Imaguchi had each submitted such a 60-day notice to Tesla. On March 5, 2024, Tesla responded to each of those 60-day notices by way of separate but substantially similar letters, each of which states its contents are "SUBJECT TO FRE 408."

        In the prior May 28, 2024 status report, Plaintiffs indicated they were determining how best to proceed in light of the Court's ruling on Tesla's motion to dismiss the Second Amended Complaint, which had issued on May 15, 2024 (ECF 96). Plaintiffs, with the exception of Dominick Battiato who is still in discussion with Defendants regarding potential resolution of his claims, have since decided to move forward and are preparing to initiate arbitrations pursuant to the Tesla arbitration agreements, which will occur in the next month.

//
//
//
//
//
//

---

[1] *See* Order at 4, quoting Tesla arbitration clause ("If you have a concern or dispute, please send a written notice describing it and your desired resolution to resolutions@tesla.com. If not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and Tesla will not be decided by a judge or jury but instead by a single arbitrator in an arbitration administered by the American Arbitration Association (AAA) under its Consumer Arbitration Rules. This includes claims arising before this Agreement, such as claims related to statements about our products….").

Respectfully submitted,

Dated: September 25, 2024

**COTCHETT PITRE & McCARTHY LLP**

By: */s/ Julie L. Fieber*
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Andrew W. Britton (SBN 340052)
abritton@cpmlegal.com

*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com

*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
Jeremy Robinson (SBN 188325)
jrobinson@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com

*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class*

Dated: September 25, 2024

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Alan.Schoenfeld@wilmerhale.com
Allison Que (SBN 324044)
Allison.Que@wilmerhale.com
David Marcus (SBN 158704)
David.Marcus@wilmerhale.com

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

Joint Status Report Regarding Arbitrations
Case No. 3:22-cv-05240-RFL

2

**ATTORNEY ATTESTATION**

I, Julie L. Fieber, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: September 25, 2024         By:   */s/ Julie L. Fieber*
                                         JULIE L. FIEBER