| | |
|---|---|
| Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br><br>*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br><br>*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*<br><br>David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com<br>CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811<br><br>*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class* | David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br><br>Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 937-7294<br><br>Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000<br><br>*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**JOINT L.R. 6-2(a) STIPULATION TO EXTEND DEADLINE TO FILE JOINT LETTER REGARDING MEDIATION**<br><br>Judge:    Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor |

# STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, according to the Court's scheduling order, the parties are required to file a joint letter with the name of the mediator and date of the mediation ("Mediation Letter") by December 13, 2024 (ECF No. 99);

WHEREAS, the parties have been exchanging their proposed mediators but unable to reach an agreement on the mediator as of the date of this stipulation (Declaration of Alan Schoenfeld, ¶ 3[1]);

WHEREAS, given the upcoming holidays, the parties have agreed to a two-week extension for the parties to file the Mediation Letter;

WHEREAS, the parties currently do not anticipate changing the other dates set forth in the scheduling order, including the March 14, 2025 deadline to complete ADR;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Civil Local Rules 6-2 and 7-12 that the Court enter an order extending the deadline for the parties to file a joint letter with the name of the mediator and date of the mediation to December 27, 2024.

---

[1] Filed concurrently herewith.

Joint Stipulation to Extend Deadline re. Joint Letter re. Mediation
Case No. 3:22-cv-05240-RFL

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 12, 2024 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 3 | | |
| 4 | | By: */s/ Alan Schoenfeld* <br> Alan Schoenfeld |
| 5 | | |
| 6 | | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |
| 7 | | |
| 8 | Dated: December 12, 2024 | **COTCHETT PITRE & MCCARTHY LLP** |
| 9 | | By: */s/ Julie L. Fieber* <br> Julie L. Fieber |
| 10 | | |
| 11 | | Frank M. Pitre (SBN 100077) <br> fpitre@cpmlegal.com <br> Thomas E. Loeser (SBN 202724) <br> tloeser@cpmlegal.com <br> Julie L. Fieber (SBN 202857) <br> jfieber@cpmlegal.com <br> Andrew W. Britton (SBN 340052) <br> abtritton@cpmlegal.com |

 

**BOTTINI & BOTTINI, INC.**

    Francis A. Bottini, Jr. (SBN 175783)
    fbottini@bottinilaw.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

    David S. Casey, Jr. (SBN 060768)
    dcasey@cglaw.com
    Gayle M. Blatt (SBN 122048)
    gmb@cglaw.com
    Jeremy Robinson (SBN 188325)
    jrobinson@cglaw.com
    P. Camille Guerra (SBN 326546)
    camille@cglaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Joint Stipulation to Extend Deadline re. Joint Letter re. Mediation
Case No. 3:22-cv-05240-RFL

2

**ATTORNEY ATTESTATION**

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file this joint stipulation. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:   December 12, 2024                                  By:    */s/ Alan Schoenfeld*
                                                                                  Alan Schoenfeld

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The December 13, 2024 deadline for the parties to file a joint letter with the name of the mediator and date of the mediation (ECF No. 99) is extended to January 3, 2025.

Dated: _____

By:  Hon. Rita F. Lin
     United States District Court Judge

Joint Stipulation to Extend Deadline re. Joint Letter re. Mediation
Case No. 3:22-cv-05240-RFL

4