1  David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2400
4  Los Angeles, California 90071
   Tel: (213) 443-5312
5
6  Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
7  WILMER CUTLER PICKERING
      HALE AND DORR LLP
8  7 World Trade Center
   250 Greenwich Street
9  New York, New York 10007
   Tel: (212) 937-7294
10
11 Allison Bingxue Que (SBN 324044)
   allison.que@wilmerhale.com
12 WILMER CUTLER PICKERING
      HALE AND DORR LLP
13 2600 El Camino Real, Suite 400
   Palo Alto, California 94306
14 Tel: (650) 858-6000
15
   *Attorneys for Defendants Tesla, Inc., Tesla*
16 *Lease Trust, and Tesla Finance LLC*

17              **IN THE UNITED STATES DISTRICT COURT**

18              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL |
| 21 | **CLASS ACTION** |
| 22 | **DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF JOINT STIPULATION TO EXTEND DEADLINE TO FILE JOINT LETTER REGARDING MEDIATION** |
| 25 | Judge:    Hon. Rita F. Lin |
| 26 | Courtroom: 15 – 18th Floor |

27
28

Schoenfeld Decl. iso Stipulation re. Joint Letter re. Mediation
Case No. 3:22-cv-05240-RFL

# DECLARATION OF ALAN SCHOENFELD

I, Alan Schoenfeld, declare as follows:

1. I am a partner with the law firm WilmerHale, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in this matter through *pro hac vice*. I have personal knowledge of the matters set forth herein and am competent to testify.

2. According to the Court's scheduling order, the parties are required to file a joint letter with the name of the mediator and date of the mediation ("Mediation Letter") by December 13, 2024. ECF No. 99.

3. The parties have been exchanging their proposed mediators but have not yet reached an agreement on the mediator as of the date hereof.

4. Given the upcoming holidays, the parties have agreed to a two-week extension for the parties to file the Mediation Letter.

5. For the avoidance of doubt, except for Plaintiff LoSavio and the class he represents, all the named Plaintiffs in this case have been compelled to arbitration. ECF No. 57. Tesla expressly reserves the right to enforce arbitration agreements against absent class members.

6. The previous time modifications in this case are set forth below (by stipulation or by Court order):

    a. Order granting parties' stipulation regarding briefing schedule as to Complaint (ECF No. 22);
    b. Order granting parties' stipulation to extend time to file amended complaint (ECF No. 60);
    c. Order granting parties' stipulation to extend briefing schedule regarding LoSavio's second amended complaint (ECF No. 65);
    d. Clerk's notice vacating case management conference (ECF No. 68);
    e. Clerk's notice setting case management conference for March 13, 2024 upon case reassignment (ECF No. 73);

1  f.  Clerk's notice continuing motion to dismiss hearing and initial case management
2      conference (ECF No. 80);
3  g.  Order granting parties' stipulation to continuing hearing on Tesla's motion to dismiss
4      LoSavio's second amended complaint and initial case management conference (ECF
5      No. 83);
6  h.  Order granting parties' stipulation to continue case management conference, with
7      modification (ECF No. 95);
8  i.  Order granting parties' stipulation to extend deadline for Tesla to respond to the
9      consolidated third amended complaint (ECF No. 105).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed this 12th day of December, 2024 at New York.

                                                  */s/ Alan Schoenfeld*

                                                  Alan Schoenfeld