Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000

*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re Tesla Advanced Driver Assistance Systems Litigation**

Case No. 3:22-cv-05240-RFL

**CLASS ACTION**

**JOINT L.R. 6-2(a) STIPULATION TO EXTEND DEADLINE TO FILE JOINT LETTER REGARDING MEDIATION**

Judge: Hon. Rita F. Lin
Courtroom: 15 – 18th Floor

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Thomas J. LoSavio ("LoSavio") and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, according to the Court's scheduling order, the parties are required to file a joint letter with the name of the mediator and date of the mediation ("Mediation Letter") by December 13, 2024 (ECF No. 99);

WHEREAS, the parties have been exchanging their proposed mediators but unable to reach an agreement on the mediator as of the date of this stipulation (Declaration of Alan Schoenfeld, ¶ 3[1]);

WHEREAS, given the upcoming holidays, the parties have agreed to a two-week extension for the parties to file the Mediation Letter;

WHEREAS, the parties currently do not anticipate changing the other dates set forth in the scheduling order, including the March 14, 2025 deadline to complete ADR;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Civil Local Rules 6-2 and 7-12 that the Court enter an order extending the deadline for the parties to file a joint letter with the name of the mediator and date of the mediation to December 27, 2024.

[1] Filed concurrently herewith.

Dated: December 12, 2024

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/ Alan Schoenfeld*
Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

Dated: December 12, 2024

**COTCHETT PITRE & MCCARTHY LLP**

By: */s/ Julie L. Fieber*
Julie L. Fieber

Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Andrew W. Britton (SBN 340052)
abtritton@cpmlegal.com

**BOTTINI & BOTTINI, INC.**

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
Jeremy Robinson (SBN 188325)
jrobinson@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com

*Attorneys for Plaintiffs and the Proposed Class*

**ATTORNEY ATTESTATION**

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file this joint stipulation.  In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.


Dated:   December 13, 2024                                      By:     */s/ Alan Schoenfeld*
                                                                                         Alan Schoenfeld

Joint Stipulation to Extend Deadline re. Joint Letter re. Mediation
Case No. 3:22-cv-05240-RFL

3

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The December 13, 2024 deadline for the parties to file a joint letter with the name of the mediator and date of the mediation (ECF No. 99) is extended to December 27, 2024.

Dated: December 13, 2024

By: Hon. Rita F. Lin
United States District Court Judge

Joint Stipulation to Extend Deadline re. Joint Letter re. Mediation
Case No. 3:22-cv-05240-RFL 4