

December 27, 2024

**David S. Casey, Jr.**
**Frederick Schenk**
**Robert J. Francavilla**
**Gayle M. Blatt**
**Jeremy K. Robinson**
**Jason C. Evans**
**P. Camille Guerra***
**Adam B. Levine**
**Catherine M. McBain**
**David S. Casey, III**
**Eric Ganci**
**Samantha Kaplan**
**Michael Benke****
**Noah J. Moss****
**Howard D. Bruno****
**Alyshia K. Lord**

**Of Counsel**
**Scott C. Cummins**
**Thomas D. Luneau**

**David S. Casey, Sr.**
**1913-2003**
**President,**
**California State Bar, 1975**

**Richard F. Gerry**
**1924-2004**
**President,**
**Association of Trial Lawyers**
**of America, 1982**

**David S. Casey, Jr.**
**President,**
**Association of Trial Lawyers**
**of America, 2004**

*\*Also admitted in New Mexico*
*\*\*Also admitted in New York*

VIA ECF-FILING

Honorable Rita F. Lin
United States District Court
Northern District of California
San Francisco Courthouse,
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, California 94102
Tel.: 415-522-4172

Re:   In re Tesla Advanced Driver Assistance Systems Litigation
       Case No. 3:22-cv-05240-RFL

Dear Judge Lin:

On December 13, 2024, the court ordered the parties to advise of the parties' mediator selection and date for mediation of this matter by today's date. ECF No. 117. After a lengthy conferral process, the parties have agreed upon mediator Robert Meyer of JAMS. Although we have agreed upon the mediator, Mr. Meyer's office advises he does not have any available dates for mediation prior to the March 14, 2025 date set forth in ECF No. 117. We are working to obtain a mutually agreeable mediation date and expect to have a scheduled date to provide for the Court 's consideration within two weeks.

Respectfully submitted,

Dated: December 27, 2024

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

*/s/ Gayle M. Blatt*
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com

**COTCHETT PITRE & McCARTHY LLP**
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Andrew W. Britton (SBN 340052)
abritton@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel.: (650) 697-6000

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel.: (858) 914-2001

*Attorneys for Plaintiff and the Proposed Class*

Dated: December 27, 2024

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com


7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

## ATTESTATION RE: LOCAL RULE 5.1(i)(3)

Pursuant to Local Rule 5.1(i)(3), I attest that concurrence in the content and filing of this letter has been obtained from the other signatory above.

*/s/ Gayle M. Blatt*
Gayle M. Blatt