FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
ANDREW W. BRITTON (SBN 340052)
abritton@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JULIE L. FIEBER IN SUPPORT OF JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR CLASS CERTIFICATION**<br><br>Judge:       Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor<br>                    450 Golden Gate Ave.<br>                    San Francisco, CA 94102 |

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration Of Julie L. Fieber in Support of Joint Stipulation to Modify Briefing Schedule for Class Certification
Case No. 3:22-CV-05240-RFL

# DECLARATION OF JULIE L. FIEBER

I, Julie Fieber, declare as follows:

1. I am a partner with the law firm Cotchett, Pitre & McCarthy, counsel for Plaintiff Thomas LoSavio in this matter. I have personal knowledge of the matters set forth herein and am competent to testify.

2. According to the Court's scheduling order, the deadlines for Plaintiff's Motion for Class Certification and expert disclosures and reports relating to class certification is February 4, 2025. ECF No. 99. In the same order, the Court set March 4, 2025, as the date for Defendants' Opposition to Motion for Class Certification and disclosures of rebuttal expert witnesses and expert reports, and April 1, 2025, as a date for Plaintiff's reply.

3. The parties have been engaging in substantive discovery, but issues related to the scope of that discovery remain to be resolved between the parties. Once resolved, Plaintiff anticipates using that discovery in support of the Class Certification Motion and expert opinions. Reaching a compromise on that discovery is expected to take additional time beyond what remains under the Court's current class certification briefing schedule.

4. To allow time for completion of discovery pertaining to the Class Certification Motion and expert opinions, Plaintiff requested and Defendants have agreed to a 3-month extension to the briefing schedule for class certification, subject to the Court's approval.

5. The previous time modifications in this case are set forth below (by stipulation or by Court order):

   a. Order granting parties' stipulation regarding briefing schedule as to Complaint (ECF No. 22);

   b. Order granting parties' stipulation to extend time to file amended complaint (ECF No. 60);

   c. Order granting parties' stipulation to extend briefing schedule regarding LoSavio's second amended complaint (ECF No. 65);

   d. Clerk's notice vacating case management conference (ECF No. 68);

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration Of Julie L. Fieber in Support of Joint Stipulation to Modify Briefing Schedule for Class Certification
Case No. 3:22-CV-05240-RFL

1

e. Clerk's notice setting case management conference for March 13, 2024 upon case reassignment (ECF No. 73);

f. Clerk's notice continuing motion to dismiss hearing and initial case management conference (ECF No. 80);

g. Order granting parties' stipulation to continuing hearing on Tesla's motion to dismiss LoSavio's second amended complaint and initial case management conference (ECF No. 83);

h. Order granting parties' stipulation to continue case management conference, with modification (ECF No. 95);

i. Order granting parties' stipulation to extend deadline for Tesla to respond to the consolidated third amended complaint (ECF No. 105);

j. Order granting parties' stipulation to extend deadline to file joint letter regarding mediation (ECF No. 117).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 10th day of January, 2025 at Burlingame.

By: /s/ Julie L. Fieber
Julie L. Fieber

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration Of Julie L. Fieber in Support of Joint Stipulation to Modify Briefing Schedule for Class Certification
Case No. 3:22-CV-05240-RFL

2