LAW OFFICES
## COTCHETT, PITRE & McCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577
cpmlegal.com

LOS ANGELES
SEATTLE
NEW YORK

January 14, 2025

***VIA ECF-FILING***
Honorable Rita F. Lin
United States District Court
Northern District of California
San Francisco Courthouse,
Courtroom 15, 18th Floor
450 Golden Gate Avenue
San Francisco, California 94102
Tel.: 415-522-4172

**Re:** ***In re Tesla Advanced Driver Assistance Systems Litigation***
***Case No. 3:22-cv-05240-RFL***

Your Honor:

On December 13, 2024, the court ordered the parties to advise of their mediator selection and date for mediation of this matter by December 27, 2024. ECF No. 117. After a lengthy conferral process, the parties have agreed upon mediator Robert Meyer of JAMS but, as of the designated date, they were still working to find a mutually agreeable date because Mr. Meyer had no available dates for mediation before the March 14, 2025, deadline set in ECF No. 117. ECF No. 119, 120.

The parties have now agreed to mediation on <u>June 4, 2025</u>, and scheduled that date with Mr. Meyer, subject to approval by the Court.

Respectfully submitted,

Dated: January 14, 2025

**COTCHETT PITRE & McCARTHY LLP**

*/s/ Julie L. Fieber*
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Andrew W. Britton (SBN 340052)
abritton@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel.: (650) 697-6000

**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD, LLP**
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Tel.: (858) 914-2001

*Attorneys for Plaintiff and the Proposed Class*

Dated: January 14, 2025

**WILMER CUTLER PICKERING HALE AND
DORR LLP**

*/s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
7 World Trade Center
250 Greenwich Street

New York, New York 10007
Tel: (212) 937-7294

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

### ATTESTATION RE: LOCAL RULE 5.1(i)(3)

Pursuant to Local Rule 5.1(i)(3), I attest that concurrence in the content and filing of this letter has been obtained from the other signatory above.

*/s/ Julie L. Fieber*
Julie L. Fieber