1  Frank M. Pitre (SBN 100077)
   fpitre@cpmlegal.com
2  COTCHETT PITRE & MCCARTHY LLP
   840 Malcolm Road
3  Burlingame, CA 94010
4  Tel.: (650) 697-6000

5  Francis A. Bottini, Jr. (SBN 175783)
   fbottini@bottinilaw.com
6  BOTTINI & BOTTINI, INC.
   7817 Ivanhoe Avenue, Suite 102
7  La Jolla, CA 92037
   Tel.: (858) 914-2001
8
9  David S. Casey, Jr. (SBN 060768)
   dcasey@cglaw.com
10 CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
11 110 Laurel Street
   San Diego, CA 92101
12 Tel.: (619) 238-1811

13 *Attorneys for Plaintiff and the Proposed Class*
14 *(full counsel information on signature page)*

   David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
   Tel: (213) 443-5312

   Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   7 World Trade Center
   250 Greenwich Street
   New York, New York 10007
   Tel: (212) 937-7294

   Allison Bingxue Que (SBN 324044)
   allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
   Palo Alto, California 94306
   Tel: (650) 858-6000

   *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>*This filing relates to all actions* | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR CLASS CERTIFICATION**<br><br>Judge:     Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor<br>                  450 Golden Gate Ave.,<br>                  San Francisco, CA  94102 |

Joint Stipulation and [Proposed] Order to Modify Briefing Schedule for Class Certification
Case No. 3:22-cv-05240-RFL

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Thomas LoSavio ("LoSavio") and Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC ("Defendants"), by and through their attorneys of record, stipulate as follows:

WHEREAS, by order dated June 5, 2024, the Court set a deadline for Plaintiff's Motion for Class Certification and expert disclosures and reports relating to class certification of February 4, 2025 (ECF No. 99);

WHEREAS, in the same order, the Court set March 4, 2025, as the date for Defendants' Opposition to Motion for Class Certification and disclosures of rebuttal expert witnesses and expert reports, and April 1, 2025, as the date for Plaintiff's reply;

WHEREAS, since that date, the parties have engaged in substantive discovery but, due to the complexity of the issues in this case, there are issues remaining to be resolved between the parties which Plaintiff believes are necessary in order to move for class certification;

WHEREAS, the court's June 5, 2024 order also sets March 14, 2025 as the deadline for completion of ADR (ECF No. 99);

WHEREAS, the parties' jointly selected mediator Robert Meyer currently does not have any available dates prior to March 14, 2025, and the parties are working to obtain a mutually agreeable mediation date (ECF No. 119);

WHEREAS, to allow additional time to resolve those issues and to complete the discovery sought by Plaintiff, the parties have agreed to seek a 3-month extension to the existing deadlines for class certification briefing;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Civil Local Rules 6-2 and 7-12 that the Court enter an order extending the deadline for Plaintiff's Motion for Class Certification and expert disclosures and reports relating to class certification to May 6, 2025, extending the deadline for Defendants' Opposition and related rebuttal expert materials to June 3, 2025, and extending the deadline for Plaintiff's Reply to July 1, 2025.

| | | |
|---|---|---|
| Dated: January 10, 2025 | | COTCHETT PITRE & McCARTHY LLP |
| | By: | */s/ Julie L. Fieber* |
| | | Frank M. Pitre (SBN 100077) |
| | | fpitre@cpmlegal.com |
| | | Thomas E. Loeser (SBN 202724) |
| | | tloeser@cpmlegal.com |
| | | Julie L. Fieber (SBN 202857) |
| | | jfieber@cpmlegal.com |

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
Jeremy Robinson (SBN 188325)
jrobinson@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com

*Attorneys for Plaintiff and the Proposed Class*

| | | |
|---|---|---|
| Dated: January 10, 2025 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: | */s/ Alan Schoenfeld* |
| | | Alan Schoenfeld |

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

## **ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that I am the ECF user whose ID and password are being used to file this document, and that concurrence in the filing of this document has been obtained from each signatory.

| | | |
|---|---|---|
| Dated: January 10, 2025 | By: | */s/ Julie L. Fieber* |
| | | Julie L. Fieber |

Joint Stipulation and [Proposed] Order to Modify Briefing Schedule for Class Certification   2
Case No. 3:22-cv-05240-RFL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The deadline for Plaintiff's Motion for Class Certification and expert disclosures and reports relating to class certification as originally set in this Court's June 5, 2024 Order (ECF No. 99) is extended to May 6, 2025, the deadline for Defendants' Opposition and related rebuttal expert materials is extended to June 3, 2025, and the deadline for Plaintiff's Reply is extended to July 1, 2025.  Due to the length of the extension, the Court is unlikely to approve further extensions absent extraordinary circumstances.  The parties are directed to note this fact in future extension requests.

DATED: January 14, 2025

HONORABLE RITA F. LIN
United States District Court Judge