Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000

*Attorneys for Plaintiffs Thomas LoSavio,
Brenda Broussard, and the Proposed Class*

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

*Attorneys for Plaintiff Dominick Battiato
and the Proposed Class*

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

*Attorneys for Plaintiffs Christopher Mallow,
Jazmin Imaguchi, and the Proposed Class*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla
Lease Trust, and Tesla Finance LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>__CLASS ACTION__<br><br>**JOINT STATUS REPORT REGARDING ARBITRATIONS**<br>*[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]*<br><br>Judge:      Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor<br>                    450 Golden Gate Ave.,<br>                    San Francisco, CA  94102 |

Joint Status Report Regarding Arbitrations
Case No. 3:22-cv-05240-RFL

1          Pursuant to the Court's September 2023 Order Compelling Arbitration ("Order") as to

2    Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow,

3    which directed the parties "to provide status reports every 120 days regarding the status of the

4    arbitration as to their claims" (ECF 57 at 13:18-20), the parties submit this joint status report.

5          In their first status report submitted on January 29, 2024 (ECF 79), the parties reported

6    that they had met and conferred, that Defendants Tesla, Inc., Tesla Lease Trust, and Tesla

7    Finance LLC (collectively, "Tesla") had taken the position that Plaintiffs whose claims were

8    compelled to arbitration needed to submit to Tesla a 60-day notice of intent to arbitrate stating

9    their "concern or dispute" before filing an arbitration demand ("60-day notice"),[1] and that

10   Plaintiffs Broussard, Battiato, and Imaguchi had each submitted such a 60-day notice to Tesla.

11   On March 5, 2024, Tesla responded to each of those 60-day notices by way of separate but

12   substantially similar letters, each of which states its contents are "SUBJECT TO FRE 408."

13         In the September 25, 2024 status report (ECF 115), Plaintiffs indicated they were

14   determining how best to proceed. Plaintiff Broussard has now filed a demand for arbitration with

15   the American Arbitration Association, on January 21, 2025. Plaintiff Battiato sent Tesla on

16   January 15, 2025 a letter marked as "Privileged and Confidential Settlement Communication," to

17   which Tesla has not responded. Plaintiff Imaguchi is still considering whether to proceed with

18   arbitration.

19   //

20   //

21   //

22   //

23   //

24

25   [1] *See* Order at 4, quoting Tesla arbitration clause ("If you have a concern or dispute, please send
     a written notice describing it and your desired resolution to resolutions@tesla.com. If not
26   resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the
     relationship between you and Tesla will not be decided by a judge or jury but instead by a single
27   arbitrator in an arbitration administered by the American Arbitration Association (AAA) under
     its Consumer Arbitration Rules. This includes claims arising before this Agreement, such as
28   claims related to statements about our products….").

Respectfully submitted,

Dated:  January 23, 2025

**COTCHETT PITRE & McCARTHY LLP**

By:     */s/ Julie L. Fieber*
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Andrew W. Britton (SBN 340052)
abritton@cpmlegal.com

*Attorneys for Plaintiffs Thomas LoSavio,*
*Brenda Broussard, and the Proposed Class*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com

*Attorneys for Plaintiff Dominick Battiato*
*and the Proposed Class*

**CASEY GERRY SCHENK FRANCAVILLA**
**BLATT & PENFIELD, LLP**
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com

*Attorneys for Plaintiffs Christopher Mallow, Jazmin*
*Imaguchi, and the Proposed Class*

Dated:  January 23, 2025

**WILMER CUTLER PICKERING HALE AND**
**DORR LLP**

By:     */s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Alan.Schoenfeld@wilmerhale.com
Allison Que (SBN 324044)
Allison.Que@wilmerhale.com
David Marcus (SBN 158704)
David.Marcus@wilmerhale.com

*Attorneys for Defendants Tesla, Inc., Tesla Lease*
*Trust, and Tesla Finance LLC*

1

## **ATTORNEY ATTESTATION**

2

      I, Julie L. Fieber, am the ECF User whose ID and password are being used to file the

3

Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in

4

the filing of this document has been obtained from each signatory.

5

6

 Dated:  January 23, 2025               By:   */s/ Julie L. Fieber*

7

                                                   JULIE L. FIEBER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28