# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **CLASS ACTION** <br><br> **[PROPOSED] GRANTING PLAINTIFF'S REQUEST FOR DISCOVERY RELIEF** <br><br> *[Filed concurrently with Parties' Joint Discovery Statement]* <br><br> Judge:         Hon. Rita F. Lin <br> Courtroom:  15 – 18th Floor <br>                       450 Golden Gate Ave., <br>                       San Francisco, CA  94102 |

[PROPOSED] GRANTING PLAINTIFF'S REQUEST FOR DISCOVERY RELIEF –
3:22-cv-05240-RFL

Upon consideration of the Joint Letter Brief submitted by Plaintiff Thomas LoSavio ("Plaintiff") and Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC, ("Defendants") the Court hereby orders as follows:

1. Defendants are ordered to include: Elon Musk, Ashok Elluswamy, Andrej Karpathy, CJ Moore, and Christopher Payne as custodians for the document searches related to Request for Production ("RFPs") Nos. 6, 9, 11, 16-19, and 26-28. Defendants shall expand the scope of their document searches to include all communication systems used by the identified custodians, including but not limited to emails, chat applications, and text messages.

2. Defendants are ordered to complete their production of all documents responsive to Plaintiff's requests for which search terms have not been proposed within two weeks from the date of this order, including all versions of the October 2016, "Paint it Black" video on Tesla's website.

3. Defendants shall amend their responses to the Sixth and Seventh RFPs to clearly identify the categories of documents they will produce, as well as those they will not produce, along with the basis for any refusal. This amendment must be completed within two weeks from the date of this order.

4. The parties are ordered to engage in a good faith meet and confer process to resolve any remaining disputes regarding the scope and relevance of the document requests.

**IT IS SO ORDERED.**

Dated: March ___, 2025

HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE