**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL <br><br> **[PROPOSED] ORDER REGARDING PARTIES' JOINT DISCOVERY STATEMENT** <br><br> *[Filed concurrently with Parties' Joint Discovery Statement]* <br><br> Hon. Rita F. Lin <br> Courtroom 15 – 18th floor |

**[PROPOSED] ORDER**

Having considered Parties' Joint Discovery Statement, the arguments and authority cited therein, such other evidence presented by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Plaintiff's request (1) to add additional custodians Elon Musk, Ashok Elluswamy, Andrej Karpathy, CJ Moore, and Christopher Payne for the document searches related to Plaintiff's Document Request Nos. 6, 9, 11, 16-19, and 26-28 and to expand the scope of document searches to include "all communications system used by the identified custodians" is DENIED.

Plaintiff's request (2) for Defendants to complete their production of all documents responsive to Plaintiff's 1st to 5th Sets of Document Requests (except for Document Request Nos. 6, 9, 11, 16-19, and 26-28) within two weeks from the date hereof is DENIED.

Plaintiff's request (3) for Defendants to amend their responses to Plaintiff's Sixth and Seventh Document Requests within two weeks from the date hereof is DENIED.

The parties are ordered to engage in a good faith meet and confer process to resolve any disputes regarding Plaintiff's Sixth and Seventh sets of Document Requests.

DATED: _____, 2025

_____
Hon. Rita F. Lin
United States District Judge