## DECLARATION OF JULIE L. FIEBER

I, Julie Fieber, declare as follows:

1. I am a partner with the law firm Cotchett, Pitre & McCarthy, counsel for Plaintiff Thomas LoSavio in this matter. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as <u>Exhibit A</u> is a true and correct excerpt showing solely the discovery requests at issue in the joint submission, per the Court's March 26, 2025 Order [ECF No. 130].

3. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the parties' correspondence regarding search terms.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 9th day of April, 2025 at Burlingame.

By: */s/ Julie L. Fieber*
Julie L. Fieber