# EXHIBIT B

| From: | Que, Allison |
| --- | --- |
| To: | Julie Fieber; Frank Pitre; Thomas E. Loeser; Nabilah Hossain; Andrew Britton; Frank Bottini; David Casey; Gayle Blatt; Camille Guerra; Michael Morphew; Alejandra Prado; Frances Thurston |
| Cc: | Schoenfeld, Alan E; Marcus, David; WH Tesla ADAS Lit Service List |
| Subject: | RE: In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms |
| Date: | Wednesday, March 12, 2025 11:13:59 PM |

Julie,

Here are Tesla's counterproposals and responses:

| Tesla's 2/24 Proposal | Plaintiff's 3/5 proposal | Tesla's 3/12 response | Tesla's 3/12 proposal |
| --- | --- | --- | --- |
| ("hardware" OR "camera*") AND ("full self-driving" OR "full-self-driving" OR "full self driving" OR "FSD") AND ("2016" OR "2017") | "HW2" OR "HW2.5" OR "HW3" OR "HW4" w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla accepts Plaintiff's proposal. | NA |
| ("LIDAR" OR "Light Detection and Ranging") w/50 ("evaluat*" OR "test*" OR "analysis" OR "analyses" OR "analyz*") | ("LIDAR" OR "Light Detection and Ranging") | Tesla maintains its position that this proposed search term is overbroad and will likely return a significantly high number of irrelevant hits. Your RFP 9 seeks documents relating to "any evaluation or testing" of the LIDAR technology. Our proposed terms reflect that more targeted request as we see no basis for a wide-ranging search. We propose retaining the term we offered, which already returns substantial, more likely relevant, results. If this term is unacceptable, please propose some reasonable modifying terms. | ("LIDAR" OR "Light Detection and Ranging") w/50 ("evaluat*" OR "test*" OR "analysis" OR "analyses" OR "analyz*") |
| ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*"), limited to the period of January 1, 2016 to January 1, 2017 | ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal, which is still overbroad, duplicative, and likely to return a significantly high number of irrelevant hits or false hits. Tesla has already agreed to broad search terms related to the "Cross-Country Statement." To the extent that it relates to RFP 11, that request is time-limited, as noted. In an effort to compromise, our proposed term removes the temporal limitation, but otherwise seeks to limit the likelihood of false hits. | ("test*" OR "demo*" OR "validat*" OR "benchmark" OR "assess") w/3 ("full self-driv*" OR "full self driv*" OR "FSD" OR "fully autonomous*") |
| ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*"), limited to the period of January 1, 2016 to January 1, 2017 | ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal, which is still overbroad, duplicative, and likely to return a significantly high number of irrelevant hits or false hits. Tesla has already agreed to search terms to cover RFPs related to the "Hardware Statement." To the extent that it relates to RFP 11, that request is time-limited, as noted. In an effort to compromise, our proposed term removes the temporal limitation, but otherwise seeks to limit the likelihood of false hits. | ("computer" OR "memory" OR "radar*" OR "ultrasonic sensors") w/3 ("full self-driv*" OR "full self driv*" OR "FSD" OR "fully autonomous*") |

Below is a summary of the document hits, document hits with families, and unique hits for Plaintiff's March 5 proposed terms and previously agreed-on search terms. Recall that the cross-country term had to be split across two searches due to length of the search string. For the sake of transparency, and to move things forward, we have also included hit counts for our counterproposals.

| Plaintiff's 3/5 proposal | Hit counts (documents w. families/unique) | Tesla's 3/11 proposal | Hit counts (documents w. families/unique) |
| --- | --- | --- | --- |
| "HW2" OR "HW2.5" OR "HW3" OR "HW4" w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | 2,003 (2,209/468) | NA (Tesla accepts this proposal) | 2,003 (2,209/668) |
| ("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021") | 2,376 (5,868/538) | NA (Parties have agreed to this proposal) | 2,376 (5,868/744) |
| ("California to New York" OR "CA to New York" OR "coast-to-coast" OR "coast to coast" OR "cross-country" OR "cross country" OR "across the country" OR "across the United States" OR "west coast to east coast" OR | 4,163 (5,843/3,617) | NA (Parties have agreed to this proposal) | 4,163 (5,843/3,885) |

| | | | |
|---|---|---|---|
| "L.A., to Times Square") | | | |
| ("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY") | 47 (61/29) | NA (Parties have agreed to this proposal) | 47 (61/29) |
| ("LIDAR" OR "Light Detection and Ranging") | 30,731 (40,384/27,790) | ("LIDAR" OR "Light Detection and Ranging") w/50 ("evaluat*" OR "test*" OR "analysis" OR "analyses" OR "analyz*") | 4,721 (8,120/4,037) |
| ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | 150,173 (174,682/137,090) | ("test*" OR "demo*" OR "validat*" OR "benchmark" OR "assess") w/3 ("full self-driv*" OR "full self driv*" OR "FSD" OR "fully autonomous*") | 69,137 (73,089/67,821) |
| ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | 24,292 (40,887/13,340) | ("computer" OR "memory" OR "radar*" OR "ultrasonic sensors") w/3 ("full self-driv*" OR "full self driv*" OR "FSD" OR "fully autonomous*") | 9,146 (10,633/7,499) |

**From:** Julie Fieber <JFieber@cpmlegal.com>
**Sent:** Wednesday, March 5, 2025 4:58 PM
**To:** Que, Allison <Allison.Que@wilmerhale.com>; Frank Pitre <FPitre@cpmlegal.com>; Thomas E. Loeser <TLoeser@cpmlegal.com>; Nabilah Hossain <NHossain@cpmlegal.com>; Andrew Britton <ABritton@cpmlegal.com>; Frank Bottini <fbottini@bottinilaw.com>; David Casey <dcasey@cglaw.com>; Gayle Blatt <gmb@cglaw.com>; Camille Guerra <camille@cglaw.com>; Michael Morphew <mmorphew@cglaw.com>; Alejandra Prado <APrado@cpmlegal.com>; Frances Thurston <FThurston@cpmlegal.com>
**Cc:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; WH Tesla ADAS Lit Service List <WHTeslaADASLitServiceList@wilmerhale.com>
**Subject:** RE: In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms

**EXTERNAL SENDER**

Reiterating my question re: search terms by custodian, see below. Regarding the substance of Tesla's 2/23 counter proposal to limit some of the searches to the period of January 1, 2016 to January 1, 2017, that is unreasonable given the claims plead which concern representations Tesla has continued to make through the present. Further, we disagree that the number of hits returned for most of these searches is unreasonable, given the scope of this suit.

However, in the spirit of compromise, we provide below our counter-proposal. Note, on the ("LIDAR" OR "Light Detection and Ranging") search, the number of hits is not unreasonable so we are not making a counter-proposal.

We look forward to your response.

| Plaintiff 3/5 Proposal | Plaintiff's 2/13 proposal | Tesla's 2/23 position | Tesla's 2/23 counterproposed terms |
|---|---|---|---|
| | ("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "coast to coast" OR "cross-country" OR "cross country" OR "across the country" OR "across the United States" OR "west coast to east coast" OR "L.A., to Times Square") | The parties agree. | N/A [("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "coast to coast" OR "cross-country" OR "cross country" OR "across the country" OR "across the United States" OR "west coast to east coast" OR "L.A., to Times Square")] |
| "HW2" OR "HW2.5" OR "HW3" OR "HW4" w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | ("hardware" OR "camera*" OR "computer vision" OR "HW2" OR "HW3" OR "hardware package") w/5 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal, which is overbroad and will likely return a high number of irrelevant hits given the underlying Hardware-Related Statement was made between 2016 and 2017. We propose to retain the term we offered. | ("hardware" OR "camera*") AND ("full self-driving" OR "full-self-driving" OR "full self driving" OR "FSD") AND ("2016" OR "2017") |
| | ("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021") | The parties agree. | N/A [("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021")] |
| | ("LIDAR" OR "Light Detection and Ranging") | Tesla rejects this proposal, which is overbroad and will likely return a significantly high number of irrelevant hits. We propose to retain the term we offered, which already returns substantial, more likely relevant, results. | ("LIDAR" OR "Light Detection and Ranging") w/50 ("evaluat*" OR "test*" OR "analysis" OR "analyses" OR "analyz*") |
| ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal, which is overbroad and will likely return a significantly high number of irrelevant hits or false hits. We will agree to add a narrower set of this term for RFP No. 11. | ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*"), limited to the period of January 1, 2016 to January 1, 2017 |
| ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal which is overbroad and will likely return a significantly high number of irrelevant hits or false hits. We will agree to add a narrower set of this term for RFP No. 11. | ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*"), limited to the period of January 1, 2016 to January 1, 2017 |
| | | As mentioned in our February 19 letter, Tesla further adds this term for RFP No. 27. | ("lidar" or "radar") w/5 ("required" or "necessary") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") |

**Julie L. Fieber**
*Partner*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road, Suite 200 | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | Email: jfieber@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

---

**From:** Julie Fieber <JFieber@cpmlegal.com>
**Sent:** Monday, March 3, 2025 12:06 PM
**To:** Allison Que <Allison.Que@wilmerhale.com>; Frank Pitre <FPitre@cpmlegal.com>; Thomas E. Loeser <TLoeser@cpmlegal.com>; Nabilah Hossain <NHossain@cpmlegal.com>; Andrew Britton <ABritton@cpmlegal.com>; Frank Bottini <fbottini@bottinilaw.com>; David Casey <dcasey@cglaw.com>; Gayle Blatt <gmb@cglaw.com>; Camille Guerra <camille@cglaw.com>; Michael Morphew <mmorphew@cglaw.com>; Alejandra Prado <APrado@cpmlegal.com>; Frances Thurston <FThurston@cpmlegal.com>
**Cc:** Alan Schoenfeld <Alan.Schoenfeld@wilmerhale.com>; David Marcus <David.Marcus@wilmerhale.com>; WH Tesla ADAS Lit Service List <WHTeslaADASLitServiceList@wilmerhale.com>
**Subject:** RE: In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms

Can you provide the hit table by custodian?

**Julie L. Fieber**
*Partner*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road, Suite 200 | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | Email: jfieber@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

---

**From:** Que, Allison <Allison.Que@wilmerhale.com>
**Sent:** Monday, March 3, 2025 11:39 AM
**To:** Julie Fieber <JFieber@cpmlegal.com>; Frank Pitre <FPitre@cpmlegal.com>; Thomas E. Loeser <TLoeser@cpmlegal.com>; Nabilah Hossain <NHossain@cpmlegal.com>; Andrew Britton <ABritton@cpmlegal.com>; Frank Bottini <fbottini@bottinilaw.com>; David Casey <dcasey@cglaw.com>; Gayle Blatt <gmb@cglaw.com>; Camille Guerra <camille@cglaw.com>; Michael Morphew <mmorphew@cglaw.com>; Alejandra Prado <APrado@cpmlegal.com>; Frances Thurston <FThurston@cpmlegal.com>
**Cc:** Alan Schoenfeld <Alan.Schoenfeld@wilmerhale.com>; David Marcus <David.Marcus@wilmerhale.com>; WH Tesla ADAS Lit Service List <WHTeslaADASLitServiceList@wilmerhale.com>
**Subject:** RE: In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms

The unique terms must be the only term in the document, or it is not unique. The term in your email has an "AND" operator added to a phrase with hits, so this term AND the connected phrase are not alone in any documents because the phrase with hits (without the AND connector) is in the document.

---

**From:** Julie Fieber <JFieber@cpmlegal.com>
**Sent:** Monday, March 3, 2025 10:20 AM
**To:** Que, Allison <Allison.Que@wilmerhale.com>; Frank Pitre <FPitre@cpmlegal.com>; Thomas E. Loeser <TLoeser@cpmlegal.com>; Nabilah Hossain <NHossain@cpmlegal.com>; Andrew Britton <ABritton@cpmlegal.com>; Frank Bottini <fbottini@bottinilaw.com>; David Casey <dcasey@cglaw.com>; Gayle Blatt <gmb@cglaw.com>; Camille Guerra <camille@cglaw.com>; Michael Morphew <mmorphew@cglaw.com>; Alejandra Prado <APrado@cpmlegal.com>; Frances Thurston <FThurston@cpmlegal.com>
**Cc:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>; WH Tesla ADAS Lit Service List <WHTeslaADASLitServiceList@wilmerhale.com>
**Subject:** RE: In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms

**EXTERNAL SENDER**

Allison –

I'm not understanding your table below – for this search term combination, why does it show 0 unique hits, given that there are document hits? Is it possible to get this table by custodian?

| | | | |
|---|---|---|---|
| ("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021") | 2,376 | 5,868 | 0 |

**Julie L. Fieber**
*Partner*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road, Suite 200 | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | Email: jfieber@cpmlegal.com

**CONFIDENTIALITY NOTICE**: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

**From:** Que, Allison <Allison.Que@wilmerhale.com>
**Sent:** Monday, February 24, 2025 5:15 PM
**To:** Julie Fieber <JFieber@cpmlegal.com>; Frank Pitre <FPitre@cpmlegal.com>; Thomas E. Loeser <TLoeser@cpmlegal.com>; Nabilah Hossain <NHossain@cpmlegal.com>; Andrew Britton <ABritton@cpmlegal.com>; Frank Bottini <fbottini@bottinilaw.com>; David Casey <dcasey@cglaw.com>; Gayle Blatt <gmb@cglaw.com>; Camille Guerra <camille@cglaw.com>; Michael Morphew <mmorphew@cglaw.com>; Alejandra Prado <APrado@cpmlegal.com>; Frances Thurston <FThurston@cpmlegal.com>
**Cc:** Alan Schoenfeld <Alan.Schoenfeld@wilmerhale.com>; David Marcus <David.Marcus@wilmerhale.com>; WH Tesla ADAS Lit Service List <WHTeslaADASLitServiceList@wilmerhale.com>
**Subject:** RE: In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms

Julie,

As for Plaintiff's RFP Nos. 6, 9, 11, 16-19, 26-28, as mentioned in our February 19 letter, Tesla agrees to add Kalena Brown as an additional custodian, and we've run your February 13 proposed terms across the custodial files of the five custodians the parties have agreed on (RJ Sekator, Dhaval Shroff, Akshay Vijay Phatak, Pete Scheutzow, Kalena Brown). To the extent Tesla disagrees with your proposed terms, our counterproposed terms are below.

| Plaintiff's 2/13 proposal | Tesla's 2/23 position | Tesla's 2/23 counterproposed terms |
|---|---|---|
| ("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "coast to coast" OR "cross-country" OR "cross country" OR "across the country" OR "across the United States" OR "west coast to east coast" OR "L.A., to Times Square") | The parties agree. | N/A [("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "coast to coast" OR "cross-country" OR "cross country" OR "across the country" OR "across the United States" OR "west coast to east coast" OR "L.A., to Times Square")] |
| ("hardware" OR "camera*" OR "computer vision" OR "HW2" OR "HW3" OR "hardware package") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal, which is overbroad and will likely return a high number of irrelevant hits given the underlying Hardware-Related Statement was made between 2016 and 2017. We propose to retain the term we offered. | ("hardware" OR "camera*") AND ("full self-driving" OR "full-self-driving" OR "full self driving" OR "FSD") AND ("2016" OR "2017") |
| ("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021") | The parties agree. | N/A [("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021")] |
| ("LIDAR" OR "Light Detection and Ranging") | Tesla rejects this proposal, which is overbroad and will likely return a significantly high number of irrelevant hits. We propose to retain the term we offered, which already returns substantial, more likely relevant, results. | ("LIDAR" OR "Light Detection and Ranging") w/50 ("evaluat*" OR "test*" OR "analysis" OR "analyses" OR "analyz*") |
| ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal, which is overbroad and will likely return a significantly high number of irrelevant hits or false hits. We will agree to add a narrower set of this term for RFP No. 11. | ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*"), limited to the period of January 1, 2016 to January 1, 2017 |
| ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | Tesla rejects this proposal which is overbroad and will likely return a significantly high number of irrelevant hits or false hits. We will agree to add a narrower set of this term for RFP No. 11. | ("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*"), limited to the period of January 1, 2016 to January 1, 2017 |
|  | As mentioned in our February 19 letter, Tesla further adds this term for RFP No. 27. | ("lidar" or "radar") w/5 ("required" or "necessary") w/10 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") |

Below is a summary of the documents hits, documents hits with families, and unique hits of Plaintiff's February 13 proposed terms run across the custodial files of the five custodians agreed upon by the parties. Note that your first proposed term is too long to run in Relativity, so the vendor had to break it down into two strings.

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| ("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "coast to coast" OR "cross-country" OR "cross country" OR "across the country" OR "across the United States" OR "west coast to east coast" OR "L.A., to Times Square") | 4,163 | 5,843 | 4,145 |
| ("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY") | 47 | 61 | 29 |
| ("computer" OR "memory" | | | |

| | | | |
|---|---|---|---|
| OR "sensor*" OR "radar*" OR "ultrasonic") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | 67,371 | 92,659 | 14,018 |
| ("hardware" OR "camera*" OR "computer vision" OR "HW2" OR "HW3" OR "hardware package") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | 133,477 | 163,462 | 42,929 |
| ("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021") | 2,376 | 5,868 | 0 |
| ("LIDAR" OR "Light Detection and Ranging") | 30,731 | 40,384 | 25,098 |
| ("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") | 276,175 | 338,837 | 171,137 |

**From:** Julie Fieber <JFieber@cpmlegal.com>
**Sent:** Thursday, February 13, 2025 11:06 AM
**To:** Que, Allison <Allison.Que@wilmerhale.com>; Frank Pitre <FPitre@cpmlegal.com>; Thomas E. Loeser <TLoeser@cpmlegal.com>; Nabilah Hossain <NHossain@cpmlegal.com>; Andrew Britton <ABritton@cpmlegal.com>; Frank Bottini <fbottini@bottinilaw.com>; David Casey <dcasey@cglaw.com>; Gayle Blatt <gmb@cglaw.com>; Camille Guerra <camille@cglaw.com>; Michael Morphew <mmorphew@cglaw.com>; Alejandra Prado <APrado@cpmlegal.com>; Frances Thurston <FThurston@cpmlegal.com>
**Cc:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Marcus, David <David.Marcus@wilmerhale.com>
**Subject:** RE: In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms

**EXTERNAL SENDER**

Counsel:

Below are our proposed search terms for RFP Nos. 6, 9, 16, 17, 18, 19, 26, and 28, which build off the list Allison sent on Monday, February 10th.

The custodians we are asking for are: RJ Sekator, Dhaval Shroff, Akshay Vijay Phatak, Pete Scheutzow, Ashok Elluswamy, Andrej Karpathy, Elon Musk, CJ Moore, Christopher Payne, and Kalena Brown.

Further, to confirm, these searches should be run on any communication system used at Tesla, including but not limited to email, slack or jabber or the equivalent, confluence, JIRA, text messages, etc.

**Search terms:**
("LA to New York" OR "LA to NY" OR "Los Angeles to New York" OR "Los Angeles to NY" OR "LA to Time* Square" OR "Los Angeles to Time* Square" OR "California to Time* Square" OR "CA to Time* Square" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "coast to coast" OR "cross-country" OR "cross country" OR "across the country" OR "across the United States" OR "west coast to east coast" OR "L.A., to Times Square")

("LIDAR" OR "Light Detection and Ranging")

("hardware" OR "camera*" OR "computer vision" OR "HW2" OR "HW3" OR "hardware package") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*")

("computer" OR "memory" OR "sensor*" OR "radar*" OR "ultrasonic") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*")

("test*" OR "data" OR "demo*" OR "perform*" OR "operat*" OR "report*" OR "validat*" OR "benchmark" OR "assess") w/50 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*")

("hardware" OR "camera*" OR "sensor*" OR "HW2" OR "HW3" OR "hardware package") w/5 ("upgrad*" OR "updat*") w/20 ("self-driv*" OR "self driv*" OR "FSD" OR "autonomous*") AND ("2020" OR "2021")

**Julie L. Fieber**
*Partner*

**COTCHETT PITRE & McCARTHY LLP**
A LITIGATION LAW FIRM – SAN FRANCISCO, LOS ANGELES, NEW YORK
840 Malcolm Road, Suite 200 | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 697-0577 | Email: jfieber@cpmlegal.com

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. This email and any documents accompanying this email contain legally privileged and confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email communication is strictly prohibited. If you have received this email in error, please notify us immediately by telephone or email and permanently delete the email, any attachments, and all copies thereof from any networks, drives, cloud, or other storage media and please destroy any printed copies of the email or attachments. Neither this email nor the contents thereof are intended to nor shall create an attorney-client relationship between Cotchett, Pitre & McCarthy, LLP and the recipient(s), and no such attorney-client relationship shall be created unless established in a separate, written retainer agreement or by court order.

**From:** Que, Allison <Allison.Que@wilmerhale.com>
**Sent:** Monday, February 10, 2025 3:41 PM
**To:** Julie Fieber <JFieber@cpmlegal.com>; Frank Pitre <FPitre@cpmlegal.com>; Thomas E. Loeser <TLoeser@cpmlegal.com>; Nabilah Hossain <NHossain@cpmlegal.com>; Andrew Britton <ABritton@cpmlegal.com>; Frank Bottini <fbottini@bottinilaw.com>; David Casey <dcasey@cglaw.com>; Gayle Blatt <gmb@cglaw.com>; Camille Guerra <camille@cglaw.com>; Michael Morphew <mmorphew@cglaw.com>; Alejandra Prado

<APrado@cpmlegal.com>; Frances Thurston <FThurston@cpmlegal.com>
**Cc:** Alan Schoenfeld <Alan.Schoenfeld@wilmerhale.com>; David Marcus <David.Marcus@wilmerhale.com>
**Subject:** In re Tesla ADAS Litigation. Case 3:22-cv-05240-RFL | Search Terms

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Julie, below are proposed strings to be run across identified custodians to search for documents potentially responsive to the requests for which Tesla has agreed to conduct review of custodial documents (RFP Nos. 6, 16, 17, 18, 19, 26, and 28).

- ("LA to New York" OR "Los Angeles to New York" OR "LA to NY" OR "Los Angeles to NY" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "cross-country" OR "across the country" OR "across the United States") AND ("test*" OR "validat*" OR "driv*" OR "operat*")
- ("LA to New York" OR "Los Angeles to New York" OR "LA to NY" OR "Los Angeles to NY" OR "CA to NY" OR "California to NY" OR "California to New York" OR "CA to New York" OR "coast-to-coast" OR "cross-country" OR "across the country" OR "across the United States") AND ("autonom*")
- ("hardware" OR "camera*") AND ("full self-driving" OR "full-self-driving" OR "full self driving" OR "FSD") AND ("2016" OR "2017")
- ("hardware" OR "camera*") AND ("upgrad*") AND ("2021") AND ("full self-driving" OR "FSD")
- ("LIDAR" OR "Light Detection and Ranging") w/50 ("evaluat*" OR "test*" OR "analysis" OR "analyses" OR "analyz*")

Thanks,
Allison

**Allison Bingxue Que | WilmerHale**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306 USA
+1 650 858 6007 (t)
+1 650 865 8333 (m)
allison.que@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.