1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> <u>**CLASS ACTION**</u> <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISCOVERY RELIEF** <br><br> *[Filed concurrently with Parties' Joint Discovery Statement]* <br><br> Judge: Hon. Donna M. Ryu <br> Courtroom: 4 – 3rd Floor <br> 1301 Clay Street, <br> Oakland, CA  94612 |
|---|---|

Upon consideration of the Joint Letter Brief submitted by Plaintiff Thomas LoSavio ("Plaintiff") and Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC, ("Defendants") the Court hereby orders as follows:

1. Defendants are ordered to include: Elon Musk, Ashok Elluswamy, Andrej Karpathy, CJ Moore, Christopher Payne, RJ Sekator, Dhaval Shroff, Akshay Vijay Phatak, Pete Scheutzow, and Kalena Brown as custodians for the document searches related to Request for Production ("RFPs") Nos. 6, 9, 11, 16-19, and 26-28. Defendants shall expand the scope of their document searches to include all communication systems used by the identified custodians, including but not limited to emails, chat applications, and text messages.

2. Defendants are ordered to use Plaintiff's proposed search terms as submitted to this Court for these document searches related to Request for Production ("RFPs") Nos. 6, 9, 11, 16-19, and 26-28.

3. The parties are ordered to engage in a good faith meet and confer process to resolve any remaining disputes regarding the scope and relevance of the document requests.

**IT IS SO ORDERED.**

Dated: April ___, 2025

HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE