**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL <br><br> **[PROPOSED] ORDER REGARDING PARTIES' JOINT DISCOVERY STATEMENT** <br><br> *[Filed concurrently with Parties' Joint Discovery Statement]* <br><br> Hon. Donna M. Ryu <br> Courtroom 4 – 3rd Floor <br>     1301 Clay Street, <br>     Oakland, CA 94612 |

# [PROPOSED] ORDER

Having considered Parties' Joint Discovery Statement, the arguments and authority cited therein, such other evidence presented by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Plaintiff's request (1) to add additional custodians Elon Musk, Ashok Elluswamy, Andrej Karpathy, CJ Moore, and Christopher Payne and to expand the scope of document searches to include "all communications system used by the identified custodians" is DENIED.

Plaintiff's request (2) to use Plaintiff's proposed search terms as submitted in the Parties' Joint is DENIED.

DATED: _____, 2025

_____
Hon. Donna M. Ryu
United States Magistrate Judge