David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5300

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> <u>**CLASS ACTION**</u> <br><br> **DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND CASE DEADLINES** <br><br> Judge:        Hon. Rita F. Lin <br> Courtroom:   15 – 18th Floor |

1   Pursuant to Civil Local Rule 7-11, Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla
2   Lease Trust, and Tesla Finance, LLC (collectively, "Defendants" or "Tesla") submit this
3   administrative motion for an order extending certain case deadlines. Tesla consulted with
4   Plaintiff, who did not agree to stipulate to the relief sought herein.
5   An extension, by approximately three months, of the deadlines in this case is warranted to
6   correct certain incongruities in the current schedule. Furthermore, a more modest extension of
7   the class certification briefing schedule will afford the parties time to adequately address the
8   complex issues relating to class certification in this case.
9   As a matter of case management, the present case schedule has certain incongruent
10  deadlines that require adjustment. On June 5, 2024, the Court issued a scheduling order setting
11  forth certain deadlines leading up to the close of fact discovery (ECF No. 99). On January 10,
12  2025, the parties filed a stipulation to extend the deadlines for class certification briefing by three
13  months (ECF No. 120), and that stipulation was later entered by the Court on January 14, 2025
14  (ECF No. 123). Pursuant to that order, the briefing schedule for Plaintiff's anticipated motion
15  for class certification was extended, but the other deadlines set by the June 5, 2024 scheduling
16  order were unchanged. As a result, certain deadlines are now misaligned. For example, the class
17  certification hearing is currently scheduled for April 29, 2025, which is before Plaintiff's class
18  certification motion is due. Accordingly, an extension of the remaining discovery deadlines of
19  reciprocal length to the Court's prior extension of the class certification briefing schedule is
20  warranted.
21  Additionally, good cause supports a modest further extension of the class certification
22  briefing schedule in order to provide the parties with sufficient time to adequately address the
23  complex issues relating to class certification in this case. Plaintiff seeks to certify a nationwide
24  class, or in the alternative a California class, based on class members alleged exposure and
25  reliance on two categories of alleged misrepresentations. Among other issues, class certification
26  briefing will require detailed analysis of putative class members' alleged exposure to these
27  statements, both to evaluate whether the proposed classes satisfy Rule 23 and to address whether
28  the putative class members' claims are barred by the relevant statutes of limitations.

Additionally, because many putative class members signed binding arbitration agreements when they purchased their Tesla vehicles, the class certification briefing will need to address whether such customers can even be members of the class at all. Briefing these complex issues will require more time than the schedule presently allows for.

Citing the foregoing reasons, Tesla proposed to Plaintiff that the parties stipulate to such an extension of the case schedule. *See* Schoenfeld Decl. ¶ 2. Plaintiff agreed with the extended class certification briefing schedule, but insisted on a six-month extension of the fact discovery deadline (*i.e.* approximately three months longer than Tesla proposed). *Id.* ¶ 3. Plaintiff indicated that he would not stipulate to Tesla's proposed extension unless it agreed to Plaintiff's six-month proposal. *Id.* ¶ 6. Tesla does not believe a six-month extension of fact discovery is justified at this time. Tesla agrees that fact discovery should be extended by approximately the same amount of time as the other relevant deadlines in order to facilitate a coherent case schedule, but any further extension of discovery is premature at this stage. Because the parties could not reach an agreement, *see id.* ¶ 7, Tesla filed this motion.

The Court should therefore grant this Motion and enter an order extending the case deadlines as provided below:

|  | Current Date | Modified Date |
|---|---|---|
| Motion for Class Certification and expert disclosures and reports relating to class certification | May 6, 2025 | Unchanged |
| Mediation | June 4, 2025 | Unchanged |
| Opposition to Motion for Class Certification and disclosures of rebuttal expert witnesses and expert reports relating to class certification | June 3, 2025 | June 17, 2025 |
| Reply in support of Motion for Class Certification | July 1, 2025 | July 22, 2025 |
| Motion for Class Certification Hearing | April 29, 2025 at 10:00 AM | August 19, 2025 at 10:00 AM |

| Case Management Statement | May 21, 2025 | September 3, 2025 |
| --- | --- | --- |
| Case Management Conference | May 28, 2025, 10:00 AM | September 10, 2025, 10:00 AM |
| Last day to notice depositions | May 28, 2025 | September 10, 2025 |
| Close of Fact Discovery | June 30, 2025 | October 3, 2025 |

1
2  Dated: April 17, 2025                    **WILMER CUTLER PICKERING HALE AND DORR LLP**
3
4                                            By:    /s/ Alan Schoenfeld
                                                    Alan Schoenfeld
5
6                                            *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants' Administrative Motion                                                                4
Case No. 3:22-cv-05240-RFL