David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5300

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ALAN SCHOENFELD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND CASE DEADLINES** <br><br> Judge:       Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor |

Declaration of Alan Schoenfeld in Support of Defendants' Administrative Motion
Case No. 3:22-cv-05240-RFL

I, Alan Schoenfeld, do hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in the above-captioned case. I am licensed to practice law in the State of New York, the State of New Jersey, and the District of Columbia.

2. On March 31, 2025, my colleague Allison Que emailed Julie Fieber, Counsel for Plaintiff, proposing a three-month extension of the remaining discovery deadlines and a brief extension of the time between the class certification motion, opposition, and reply.

3. On April 1, 2025, Ms. Fieber responded to Ms. Que's email stating that Plaintiff was "generally in agreement that the schedule needs adjustment," and that he was willing to stipulate to an extension provided the deadlines for fact discovery would be extended by six months.

4. On April 3, 2025, my colleague Joshua Vittor emailed Ms. Fieber responding that Tesla did not believe a six-month extension was warranted at this time and that a three-month extension was in keeping with prior extensions in this matter.

5. Also on April 3, Mr. Vittor proposed on a meet-and-confer with Ms. Fieber that the parties stipulate to the agreed-on dates relating to the class certification briefing, while continuing to negotiate a reasonable extension of the fact discovery deadlines. Ms. Fieber indicated that this proposal was acceptable to Plaintiff. Mr. Vittor then sent a draft stipulation to Ms. Fieber on April 8, 2025.

6. On April 14, 2025, Ms. Fieber indicated that Plaintiff would not stipulate unless Tesla agreed to Plaintiff's proposed six-month extension of the fact discovery deadline, and that the parties should otherwise raise the dispute with the Court.

7. Accordingly, the parties were unable to reach agreement on a stipulation.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 17th day of April 2025, at New York City, New York.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 17, 2025 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 3 | | |
| 4 | | By:   /s/ Alan Schoenfeld |
| | | Alan Schoenfeld |
| 5 | | |
| 6 | | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |