David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5300

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND CASE DEADLINES** <br><br> Judge:  Hon. Rita F. Lin <br> Courtroom:  15 – 18th Floor |

[Proposed] Order
Case No. 3:22-cv-05240-RFL

Having considered Defendants' Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants" or "Tesla") Administrative Motion for an order extending certain case deadlines, the Administrative Motion is hereby **GRANTED**.

The case schedule is modified as below:

|  | Current Date | Modified Date |
|---|---|---|
| Motion for Class Certification and expert disclosures and reports relating to class certification | May 6, 2025 | Unchanged |
| Mediation | June 4, 2025 | Unchanged |
| Opposition to Motion for Class Certification and disclosures of rebuttal expert witnesses and expert reports relating to class certification | June 3, 2025 | June 17, 2025 |
| Reply in support of Motion for Class Certification | July 1, 2025 | July 29, 2025 |
| Motion for Class Certification Hearing | April 29, 2025, 10:00 AM | August 19, 2025, 10:00 AM |
| Case Management Statement | May 21, 2025 | September 3, 2025 |
| Case Management Conference | May 28, 2025, 10:00 AM | September 10, 2025, 10:00 AM |
| Last day to notice depositions | May 28, 2025 | September 10, 2025 |
| Close of Fact Discovery | June 30, 2025 | October 3, 2025 |

**IT IS HEREBY ORDERED.**

Dated: _____          _____
                                       By: Hon. Rita F. Lin
                                           United States District Court Judge

[Proposed] Order                                                                 1
Case No. 3:22-cv-05240-RFL