| | |
|---|---|
| FRANK M. PITRE (SBN 100077)<br>fpitre@cpmlegal.com<br>JULIE L. FIEBER (SBN 202857)<br>jfieber@cpmlegal.com<br>THOMAS E. LOESER (SBN 202724)<br>tloeser@cpmlegal.com<br>MAKENA A. KERSHAW (SBN 356645)<br>mkershaw@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>San Francisco Airport Office Center<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577 | DAVID S. CASEY, JR. (SBN 060768)<br>dcasey@cglaw.com<br>GAYLE M. BLATT (SBN 122048)<br>gmb@cglaw.com<br>JEREMY ROBINSON (SBN 188325)<br>jrobinson@cglaw.com<br>P. CAMILLE GUERRA (SBN 326546)<br>camille@cglaw.com<br>MICHAEL J. MORPHEW (SBN 304463)<br>mmorphew@cglaw.com<br>**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811 |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND CASE DEADLINES**<br><br>Judge: Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor<br><br>*[Filed concurrently with Plaintiff's Response to Defendants' Administrative Motion to Extend Deadlines]* |

# PROPOSED ORDER

Upon consideration of Plaintiff's Response to Defendants' Administrative Motion to Extend Deadlines the Court hereby orders as follows:

|  | **Current Date** | **Modified Date** |
|---|---|---|
| Motion for Class Certification and expert disclosures and reports relating to class certification | May 6, 2025 | Unchanged |
| Case Management Statement | May 21, 2025 | Unchanged |
| Case Management Conference | May 28, 2025, at 10:00 AM | Unchanged |
| Mediation | June 4, 2025 | Unchanged |
| Opposition to Motion for Class Certification and disclosures of rebuttal expert witnesses and expert reports relating to class certification | June 3, 2025 | June 17, 2025 |
| Reply in support of Motion for Class Certification | July 1, 2025 | July 22, 2025 |
| Motion for Class Certification Hearing | April 29, 2025, at 10:00 AM | August 19, 2025, at 10:00 AM |
| Last Day to Notice Depositions | May 28, 2025 | January 2, 2026 |
| Close of Fact Discovery | June 30, 2025 | January 30, 2026 |

**IT IS SO ORDERED.**

Dated: _____

HONORABLE RITA F. LIN
UNITED STATES MAGISTRATE JUDGE