FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>[PROPOSED] **ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND CASE DEADLINES**<br><br>Judge: Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor<br><br>*[Filed concurrently with Plaintiff's Response to Defendants' Administrative Motion to Extend Deadlines]* |

**~~PROPOSED~~ ORDER**

Upon consideration of the parties' briefing on this matter, the Court hereby orders as follows:

|  | **Current Date** | **Modified Date** |
|---|---|---|
| Motion for Class Certification and expert disclosures and reports relating to class certification | May 6, 2025 | Unchanged |
| Case Management Statement | May 21, 2025 | ~~Unchanged~~ Vacated and to be reset after the Class Certification hearing. |
| Case Management Conference | May 28, 2025, at 10:00 AM | ~~Unchanged~~ Vacated and to be reset after the Class Certification hearing. |
| Mediation | June 4, 2025 | Unchanged |
| Opposition to Motion for Class Certification and disclosures of rebuttal expert witnesses and expert reports relating to class certification | June 3, 2025 | June 17, 2025 |
| Reply in support of Motion for Class Certification | July 1, 2025 | July 22, 2025 |
| Motion for Class Certification Hearing | April 29, 2025, at 10:00 AM | ~~August 19, 2025, at 10:00 AM~~ August 12, 2025, at 10:00 AM |
| Last Day to Notice Depositions | May 28, 2025 | ~~January 2, 2026~~ To be reset at the post-certification case management conference. |
| Close of Fact Discovery | June 30, 2025 | ~~January 30, 2026~~ To be reset at the post-certification case management conference. |

**IT IS SO ORDERED.**

Dated: April 25, 2025

HONORABLE RITA F. LIN
UNITED STATES MAGISTRATE JUDGE