FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **DECLARATION OF MAKENA A. KERSHAW IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND SUPPORTING EXHIBITS** <br><br> No Hearing Necessary <br><br> Judge: Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor |

# DECLARATION OF MAKENA A. KERSHAW

I, Makena A, Kershaw, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court and the courts of the State of California. I am an associate with Cotchett, Pitre & McCarthy, LLP, counsel for Plaintiff Thomas LoSavio and the putative class. The matters described herein are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2. I submit this declaration in support of Plaintiff's Motion to File under Seal Portions of Plaintiff's Motion for Class Certification and Supporting Exhibits.

3. I have reviewed Plaintiff's Notice of Motion and Motion to for Class Certification; Memorandum of Points and Authorities in Support Thereof ("Certification Motion") and Exhibits 1-29 to the Declaration of Julie L. Fieber.

4. Based on my review, portions of the Motion, Exhibits 16, 17, 19, 20, 21, 27, and 29 to the Declaration of Julie L. Fieber in support of Plaintiff's Motion for Class Certification ("Certification Declaration") in full, and portions of Exhibits 2, 3, 4, and 6 to the Certification Declaration contain information that was designated by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," pursuant to the Stipulated Protective Order for Litigation ("Protective Order") entered in this case on September 6, 2024 (Dkt. No. 111). As the designating party, the burden ultimately rests with Defendants to articulate with specificity the bases for and to justify the sealing of these records. Plaintiff takes no position as to the propriety of the designations of confidentiality by Defendants.

5. Plaintiff identifies portions of the following pleadings being filed under seal pursuant to Local Rule 79-5(e): See **Attachment 1**.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2025, at Burlingame, California.

By: _____
MAKENA A. KERSHAW
*Attorneys for Plaintiff and Proposed Class*

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

Declaration of Makena A. Kershaw ISO Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiffs' Motion for Class Certification and Supporting Exhibits
Case No. 3:22-cv-05240-RFL

1