# ATTACHMENT 1

# ATTACHMENT 1
## Cross-referenced summary of motion(s) to seal

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Plaintiff's Motion for Class Certification | | | | Defendant | Partial | Portions of the motion contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 2, Expert Report of Gerald Goldhaber | | | | Defendant | Partial | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 3, Expert Report of Vincent Socci | | | | Defendant | Partial | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Fieber Dec. Ex. 4, Expert Report of Ted Stockton | | | | Defendant | Partial | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 6, Relevant excerpts from Defendant Tesla's Amended Responses to Plaintiff's First Set of Special Interrogatories, dated November 14, 2024 | | | | Defendant | Partial | Portions of the discovery responses contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 16, Deposition of Dhaval Shroff taken on February 27, 2025 | | | | Defendant | Full | Portions of the exhibit was designated by Defendants as "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 17, Deposition of Akshay Phatak taken on March 19, 2025 | | | | Defendant | Full | Portions of the exhibit was designated by Defendants as | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | | "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 19, Exhibit 21 marked at the deposition of Dhaval Shroff on February 27, 2025, and originally produced by Tesla in this action as document Bates-labelled TSLA_LOSAVIO_00000803–00000806 | | | | Defendant | Full | Portions of the exhibit was designated by Defendants as "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 20, Exhibit 22 marked at the deposition of Dhaval Shroff on February 27, 2025, and originally produced by Tesla in this action as document Bates-labelled TSLA_LOSAVIO_00004374 – 00004442 | | | | Defendant | Full | Portions of the exhibit contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 21, Exhibit 32 marked at the deposition of Akshay Phatak on March 19, 2025, and originally produced by Tesla in this action as document Bates-labelled TSLA_LOSAVIO_00003693 – 00003710. | | | | Defendant | Full | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Fieber Dec. Ex. 27, Tesla's Autopilot Program Financial Review for February 2025 originally produced by Tesla in this action as document Bates-labelled LOSAVIO_00044404 – 00044419 | | | | Defendant | Full | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 29, Exhibit 2 marked at the deposition of Dhaval Shroff on February 27, 2025, and originally produced by Tesla in this action as document Bates-labelled TESLA_00000271 – 00000279 | | | | Defendant | Full | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |