| | |
|---|---|
| FRANK M. PITRE (SBN 100077) | DAVID S. CASEY, JR. (SBN 060768) |
| fpitre@cpmlegal.com | dcasey@cglaw.com |
| JULIE L. FIEBER (SBN 202857) | GAYLE M. BLATT (SBN 122048) |
| jfieber@cpmlegal.com | gmb@cglaw.com |
| THOMAS E. LOESER (SBN 202724) | P. CAMILLE GUERRA (SBN 326546) |
| tloeser@cpmlegal.com | camille@cglaw.com |
| MAKENA A. KERSHAW (SBN 356645) | **CASEY GERRY FRANCAVILLA** |
| mkershaw@cpmlegal.com | **BLATT & PENFIELD, LLP** |
| **COTCHETT, PITRE & McCARTHY, LLP** | 110 Laurel Street |
| San Francisco Airport Office Center | San Diego, CA 92101 |
| 840 Malcolm Road | Telephone: (619) 238-1811 |
| Burlingame, CA 94010 | |
| Telephone: (650) 697-6000 | |
| Fax: (650) 697-0577 | |

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor |

**PROPOSED ORDER**

Having considered the Plaintiff's Administrative Motion to File under Seal Portions of Plaintiff's Motion for Class Certification and Supporting Exhibits ("Administrative Motion"), and for the good cause shown, **IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED** as follows: See **Attachment 1.**

**IT IS SO ORDERED.**

Dated: _____

HONORABLE RITA F. LIN
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT 1

# ATTACHMENT 1
# Cross-referenced summary of motion(s) to seal

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Plaintiff's Motion for Class Certification | | | | Defendant | Partial | Portions of the motion contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 2, Expert Report of Gerald Goldhaber | | | | Defendant | Partial | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 3, Expert Report of Vincent Socci | | | | Defendant | Partial | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |

Page 1 of 4

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Fieber Dec. Ex. 4, Expert Report of Ted Stockton | | | | Defendant | Partial | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 6, Relevant excerpts from Defendant Tesla's Amended Responses to Plaintiff's First Set of Special Interrogatories, dated November 14, 2024 | | | | Defendant | Partial | Portions of the discovery responses contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 16, Deposition of Dhaval Shroff taken on February 27, 2025 | | | | Defendant | Full | Portions of the exhibit was designated by Defendants as "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 17, Deposition of Akshay Phatak taken on March 19, 2025 | | | | Defendant | Full | Portions of the exhibit was designated by Defendants as | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| | | | | | | "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 19, Exhibit 21 marked at the deposition of Dhaval Shroff on February 27, 2025, and originally produced by Tesla in this action as document Bates-labelled TSLA_LOSAVIO_00000803–00000806 | | | | Defendant | Full | Portions of the exhibit was designated by Defendants as "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 20, Exhibit 22 marked at the deposition of Dhaval Shroff on February 27, 2025, and originally produced by Tesla in this action as document Bates-labelled TSLA_LOSAVIO_00004374 – 00004442 | | | | Defendant | Full | Portions of the exhibit contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 21, Exhibit 32 marked at the deposition of Akshay Phatak on March 19, 2025, and originally produced by Tesla in this action as document Bates-labelled TSLA_LOSAVIO_00003693 – 00003710. | | | | Defendant | Full | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |

| Document title/description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? (leave blank) |
|---|---|---|---|---|---|---|---|
| Fieber Dec. Ex. 27, Tesla's Autopilot Program Financial Review for February 2025 originally produced by Tesla in this action as document Bates-labelled LOSAVIO_00044404 – 00044419 | | | | Defendant | Full | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |
| Fieber Dec. Ex. 29, Exhibit 2 marked at the deposition of Dhaval Shroff on February 27, 2025, and originally produced by Tesla in this action as document Bates-labelled TESLA_00000271 – 00000279 | | | | Defendant | Full | Portions of the report contain information Defendants designated "Confidential" or "Highly Confidential." | |