FIEBER DEC EX. 4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**In re Tesla Advanced Driver
Assistance Systems
Litigation**

**Case No. 3:22-cv-05240RFL**

This Case Relates To All Actions

### Expert Report of Edward M. Stockton, M.S.



3509 N. Campbell Avenue
Tucson, Arizona 85719
(520) 325-9800  Fax (520) 325-9847

**May 2025**

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| |
|---|
| In Re: Tesla Advanced Driver Assistance Systems Litigation |

Case No. 3:22-cv-05240RFL

**EXPERT DECLARATION OF EDWARD M. STOCKTON**

1

# Table of Contents

1. List of Opinions Offered and Brief Summary of Opinions ..................................... 3

2. Introduction ............................................................................................................ 3

3. Qualifications ......................................................................................................... 4

4. Case Summary and Scope of Work ........................................................................ 6

5. Summary of Opinions and Bases for Opinions ...................................................... 8

   5.1. Data Files and Descriptions ........................................................................ 8

   5.2. Summary of Opinions ................................................................................ 10

   5.3. Credit for Delivery of Unordered Product ................................................ 14

   5.4. Credit for Eventual Delivery ..................................................................... 14

6. Compensation ....................................................................................................... 15

7. Data & Documents Relied on in Forming Opinions ............................................ 15

8. Limitations ........................................................................................................... 16

## 1.    LIST OF OPINIONS OFFERED AND BRIEF SUMMARY OF OPINIONS

*I      Assuming Plaintiffs' allegations to be substantially correct in terms of fact and law, Class Members suffered economic harm.*

According to Plaintiffs' allegations, Tesla charged consumers for vehicle features that Tesla did not deliver and consumers did not achieve. Evidence of payments for these features are discernible in records produced in this case.

*II      Reasonable methods exist to quantify economic harm suffered.*

Data available in this case identify payments by consumers for features allegedly not delivered by Tesla. Reliable data management techniques enable the development of counts of acquisitions of the features in question and the prices paid. Overall, it is possible to determine the amount that consumers paid for features allegedly not received.

*III      Those methods are feasibly and reasonably applied on a class-wide basis. Based on data available to me, Pre-Arbitration Class Members paid approximately $28,847,988 for Subject Features (in respective-year dollars). Opt-Out Class Members paid approximately $2,430,484 for Subject Features (also in respective-year dollars).*

Data files produced in this matter and other materials available to me enable the estimation of the number and quantum of payments by consumers in the Pre-Arbitration Class and Opt-Out Class as defined by Plaintiffs. The dollar amounts set forth above are the product of reliable processes. The final quantum of economic harm suffered by Class Members likely depends upon time value of money issues on which I offer no opinion and that I understand to be subject to instruction by the Court.

## 2.    INTRODUCTION

1.      I am the Vice President and Director of Economics Services of The Fontana Group, Inc. ("Fontana"), a consulting firm located at 3509 North Campbell Avenue, Tucson, Arizona 85719. I serve on the Board of Directors of Fontana and its parent company, Mathtech, Inc. Fontana provides economic consulting services and expert testimony throughout the United States, Canada, and other countries. Fontana has extensive experience assessing economic harm to consumers from alleged product defects and misconduct.

2.     This matter concerns efforts to obtain a remedy for Class Members who allegedly suffered economic harm because they paid for and acquired from Tesla the company's advanced driver assistance systems ("ADAS") technology that was defective and did not perform at any reasonably expected level. Plaintiffs alleged that Tesla Defendants ("Defendants")[1] deceptively and misleadingly marketed its ADAS technology, as on the cusp of facilitating a self-driving capacity.[2] Plaintiffs allege that Tesla never has been close to fulfilling its representations.[3]

3.     Counsel for Plaintiffs retained Fontana and designated me as the principal economic expert in this matter to address the following questions. First, assuming that Plaintiffs allegations are substantially correct as a matter of fact and law, did proposed Class Members ("Class Members") suffer economic harm? Second, are there reasonably reliable methods to estimate the economic harm suffered by the Class. Third, are those methods feasibly to execute on a class-wide basis. Fourth, while no class has been certified as of the date of this declaration, describe the method or methods used to estimate economic harm and demonstrate through data and documents currently available, the elements of that method or those methods.

4.     This report sets forth my findings in response to the assignment described immediately above.

## 3.     QUALIFICATIONS

5.     My curriculum vitae, which describes my education, experience, relevant assignments, and publications within the last ten years is attached as **Tab 1** to this Report. I have a bachelor's degree in economics from Western Michigan University. I have a master's degree from the Department of Agricultural and Resource Economics at the University of Arizona. The concentration of this

---

[1] See *Third Amended Complaint* or *TAC,* at page 1 for identification of Defendants.
[2] TAC, ¶1.
[3] Ibid, ¶2.

program was applied econometrics. I began my employment at Fontana in the Fall of 1998. My first position was analyst. Subsequent positions included senior analyst, senior financial analyst, case manager, Director of Economic Services, and Vice President. I serve on the Board of Directors for both Fontana and Mathtech, Inc., which is a Washington, DC and Princeton, NJ-area consulting company and Fontana's parent company.

6.     Through my experience at Fontana, I have extensive training and subject matter expertise to conduct this assignment. I have consulted on economic questions across many industries and conducted rigorous data review and managed and analyzed broad data sets on a variety of complex matters. These engagements include many matters within the retail automotive industry and many matters involving class-wide claims for relief. Examples include several cases in which I proposed to estimate overpayment harm that occurred at the point of acquisition because the products were materially different than their represented conditions and/or qualities.

7.     Examples include serving as the expert for seven classes of consumers in the Volkswagen Diesel Emissions matters in the United States and Canada, where several courts cited to my analysis in decisions supporting approval of class-wide settlements; and matters in the insurance industry relating to total loss coverage.[4] Additionally, I served as the expert for the class of consumers who potentially suffered credit injury in connection with the Wells Fargo unauthorized accounts litigation. In that matter, my colleagues and I developed a model of damage payments based upon a matrix of historical borrowing tiers, impact on FICO scores, loan amount and type,

---

[4] *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 CRB (JSC); *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, Case No. 3:15-md-02672-CRB (N.D. Cal.), Dkt. 2101; *Option Consommateurs et Francois Grondin c. Volkswagen Group Canada Inc et al.*, Province De Québec District De Montréal Cour Supérieure No: 500-06-000761-151; *Matthew Robert Quenneville, et al. v. Volkswagen Group Canada, Inc.*, et al., Ontario Superior Court of Justice Court File No.: CV-15-537029-00CP; *Judith Anne Beckett v. Porsche Cars Canada Ltd.*, et al. Ontario Superior Court of Justice Court File No.: CV-15-543402-00CP.

and other consumer-specific characteristics. The court cited to this model in its approval of the class action settlement.[5] Following the court's approval of the damage model, I gathered and managed extensive and diverse data in order to execute the damage calculations.

8.      Other matters appear on my CV.

9.      Within the automotive industry, I have presented before various groups of professionals including attorneys, motor vehicle dealers, CPAs, Chief Financial Officers, and other industry professionals. I have been accepted as an expert in proceedings before state and federal courts, administrative courts, and arbitration panels. I have provided testimony on at least 90 occasions at depositions, hearings, and trials. A list of my prior testimony in the last four years appears in **Tab 2**.

## 4.      CASE SUMMARY AND SCOPE OF WORK

10.      Plaintiffs allege that Tesla added to the prices of Class Vehicles sold to Class Members the cost of ADAS driving features ("Subject Features") but did not deliver the Subject Features; Tesla has not delivered anything safe or functional in place of the non-operative features. In simple terms, Plaintiffs allege that Class Members paid for features that they did not receive and have not received.

11.      In describing their allegations, Plaintiffs reference a framework or hierarchy of self-driving technology[6] defined by SAE International.[7] According to this hierarchy, Level 1 ("Driver Assistance") and Level 2 ("Partial Automation") technology include some automated features but

---

[5] *Shahriar Jabbari and Kaylee Heffelfinger, on Behalf of Themselves and All Others Similarly Situated V. Wells Fargo & Company and Wells Fargo Bank, N.A.*, Case No. 15-cv-02159-vc, p. 7.
[6] See SAE J3016™, which appears after the text of ¶32 of the *TAC*. This framework describes levels of self-driving capacity, ranging from 0-5, where levels 0-2 require constant manual control of the vehicle by the operator.
[7] Formerly, Society of Automotive Engineers.

require that the driver remain in constant operational control of the vehicle. Tesla admits that as of the date of its *Answer* to the TAC, the Class Vehicles remain at Level 2.[8] Plaintiffs assert that the ADAS features that Defendants have provided do not amount to delivery of the self-driving features allegedly represented at the time of sale.

12.     At a high level, the body of this Declaration includes three components. The first is the concept of harm that Class Members allegedly suffered and the manner in which that harm could reasonably be addressed. Second, I describe the indicia of activity that is subject to harm from the alleged misconduct. Third, I describe the methods by which one could consult appropriate data and documents in order to estimate economic harm. In light of the alleged facts, which are that Plaintiffs paid for vehicle features but did not receive those features, the concept of economic harm is not complex. Economic harm can be conservatively estimated based on the amount paid for the Subject Features by Class Members. While it is possible, given the alleged misconduct, that Plaintiffs suffered additional harm, either class-wide or on an individual basis, I have not been asked to investigate or quantify other potential sources of harm. For example, Plaintiffs may have suffered additional consequential damages, such as additional sales taxes or registration fees. The indicia of activity by which Class Members suffered the alleged harm are simply records that indicate Class Members' payment for the Subject Features. Last, I describe data files and columns that contain the relevant records and how I propose to use those files, or files containing similar information, to estimate economic harm.

13.     As of the date of drafting, I understand that Plaintiffs have not yet had access to a 30(b)(6) witness who can verify the contents of the files. If necessary, I expect to consider information provided in that deposition, and other depositions. Additionally, if the Court certifies a class, I

---

[8] See *Tesla Answer to TAC*, ¶34.

expect to conform my findings to any class definition order and to incorporate relevant data to do so.

## 5.    SUMMARY OF OPINIONS AND BASES FOR OPINIONS

14.    The calculation of overpayment harm in this matter requires five inputs, which I identify below.

(i)    Description of the alleged misconduct.

(ii)    Documentation or other identification of the overpayment connected to the alleged misconduct.

(iii)    Data quantifying the number of Class Members who paid for the ADAS technology.

(iv)    Reasonable estimates of the prices paid for the ADAS technology.

(v)    Class Definition

15.    The alleged misconduct that I have been asked to assume is Defendants charged consumers from ADAS technology (Subject Features) and did not deliver either the technology paid for or a bona fide substitute, i.e., Defendants have not provided alternative technology that could be viably sold and marketed (if fully disclosed) as the self-driving technology features.

16.    Below, I first describe the relevant data fields that I consulted in forming my opinions and my interpretation of the data contained therein. Next, I summarize the opinions offered based on the information available to me. Third, I briefly describe the method and data I would apply to estimate overpayment harm based on the allegations as I understand them.

### 5.1.    Data Files and Descriptions

17.    I understand that three features may be relevant to the estimation of economic harm. These include Basic Autopilot ("BAP"), Enhanced Autopilot ("EAP") and Full Self-Driving Capability

("FSD"). Of these, EAP and FSD are the Subject Features for which Class Members allegedly paid but did not receive **Tab 3** summarizes my understanding of the indicia of these three features and the source of my understanding of what the codes designate.

18.     I next turn to identification of data that records customer purchases of the Subject Features. **Tab 4** includes several extracts from files produced in this matter. The first source document is TSLA_LOSAVIO_00003584. Each of the three extracts records transactions for the Subject Feature. The first (pp. 1-3 of the tab) shows transactions for the FSD at the time of delivery. The second (pp. 4-5 of the tab) shows transactions for FSD subscriptions. The third (pp. 6-9 of the tab) includes records of Over the Air ("OTA") upgrades.

19.     The last four pages of the tab are from TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00003586. The first extract includes data fields that identify order status (e.g. "delivered", "returned"), as well as the AutopilotFirmwareCodeAtDelivery**,** the AutopackageFirmwareCodeAtDelivery The second extract identifies subscription start and end dates, a detailed description of the specific upgrade, e.g., BAP-to-FSD or EAP-to-FSD, and the delivery and registration state of the vehicle. Collectively, these files record indicia of consumer purchases of the Subject Features.

20.     It is also possible to estimate the number of transactions for Subject Features by month and state. **Tab 5** supports this analysis. The first three pages are from TSLA_LOSAVIO_00003584. This extract shows monthly FSD sales at the time of delivery. The next two pages, from the same file, show monthly subscriptions, by month and by upgrade (e.g., BAP-FSD and EAP-FSD). The third file extract summarizes counts of monthly OTA upgrades, by upgrade type. The last two extracts are from TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00003586. The first extract includes data fields that identify order status (delivered or returned), as well as the

AutopilotFirmwareCodeAtDelivery, the AutopackageFirmwareCodeAtDelivery. It also includes ownership start date, as well as the registration state and delivery state of the vehicle. This file is at the individual record level, not summarizes like the prior two files. The second extract identifies subscription start and end dates, a detailed description of the specific subscription, e.g., BAP-to-FSD or EAP-to-FSD, and the delivery and registration state of the vehicle. Unlike the OTA and subscription files, the file showing FSD at delivery does not include detailed state-level information. I address this later in the report.

21.    I now turn to prices charged for the Subject features. This information appears in **Tab 6**. The extract from TSLA_LOSAVIO_00003584 identifies monthly price for FSD at delivery. Pages 15-18 of the tab, which are from the same source file, identify median monthly price by feature for each OTA upgrade price. Page 4 is from the answers to the TAC and provide the delivery prices of Enhanced Autopilot at the beginning of the program. Pages 5-6 are pages from Tesla's Autopilot Program Financial Review showing the Enhanced Autopilot pricing when applicable 2017-2023. The last two pages of the tab, from TSLA_LOSAVIO_00003585 show, at the individual record level, amounts charged by feature type for OTAs and for the FSD at delivery. Pages 7-14 of the tab include information on subscription prices for ADAS services.[9]

**5.2.    Summary of Opinions**

22.    The data files described and evaluated above describe the ADAS features purchased from Defendants, the types of purchases (subscription, OTA, or at-delivery), the approximate prices paid for the features, the dates of purchases, and the registration/delivery states of purchases. The information is sufficient to develop class-wide estimates of overpayment harm, measured by the

---

[9] I note that some marketing material includes the use of "supervised" as a descriptor of the technology. Plaintiffs advise that they will present evidence through other witnesses that this potentially disclaiming language does not alleviate the core alleged misrepresentation regarding self-driving technology.

amounts paid for features that Defendants allegedly did not deliver. While no Class Certification

order has been issued, the state-level and vehicle-level data, as well as the model-level identifiers

within the data make it likely that the model described herein could conform to the parameters of

a Class Certification order.[10] In light of these findings, I offer the following opinions.

I        Assuming Plaintiffs' allegations to be substantially correct in terms of fact and law, Class

Members suffered economic harm.

II       Reasonable methods exist to quantify economic harm suffered.

III      Those methods are feasibly and reasonably applied on a class-wide basis. Based on data

available to me, Pre-Arbitration Class Members paid approximately ██████ for Subject

Features (in respective-year dollars). Opt-Out Class Members paid approximately ██████ for

Subject Features (also in respective-year dollars).

23.      Plaintiffs advise that they intend to seek classes defined as follows:

California Opt-Out Class: All persons who purchased or leased from Tesla, Inc. (or any entity it directly or indirectly owns or controls, including but not limited to Tesla Lease Trust and Tesla Finance LLC) a Tesla vehicle and paid a separate amount, either through purchase or subscription, for Enhanced Autopilot and/or Full Self-Driving technology packages (collectively, "Class Vehicles") at any time from January 1, 2016, to the present ("Opt-Out Period"), and who either purchased or leased that vehicle in California or who currently reside in California, who opted out of Tesla's arbitration agreement.

---

[10] Obviously, I am not an attorney and offer no opinion on any potential order of any kind. However, the data are likely to support conformance with orders that specify states, purchase dates, Class Vehicles, and possibly feature type. These are parameters that have been within the structure of class certification orders I have considered in past assignments.

and

California Pre-Arbitration Class: All persons who purchased or leased from Tesla, Inc. (or any entity it directly or indirectly owns or controls, including but not limited to Tesla Lease Trust and Tesla Finance LLC) a Tesla vehicle and paid a separate amount, either through purchase or subscription, for Enhanced Autopilot and/or Full Self-Driving technology packages (collectively, "Class Vehicles") at any time from January 1, 2016, through May 19, 2017 ("Pre-Arbitration Period"), and who either purchased or leased that vehicle in California or who currently reside in California.

24.     While data presented so far demonstrate that it is very likely that Tesla has records of purchases of the Subject features relevant to the Pre-Arbitration Class, it is possible to form reasonable estimates of the number of Class Member purchases in California between January 1, 2016 and May 19, 2017. I include in **Tab 7** registration data from noted data provider S&P Global ("S&P"). S&P supports reporting and analysis of retail automotive activity at virtually all levels of the industry, including dealerships, manufacturers, analysts, governmental bodies, courts, marketers, and others. S&P cooperates with state registration authorities, manufacturers and others to compile and record sales and registrations of motor vehicles at virtually any recognized geographic level. The data reported here shows the percentage of Tesla registrations that occurred in California during the Pre-Arbitration time period. Applying this percentage to the overall sales of Subject Features, in the unlikely event that direct data from Tesla were not available, would result in reasonable estimates of the number of Subject Feature sales that occurred in California during the relevant time period.

25.     **In Tab 8**, page 1, I describe specific files and sources from which it would very likely be possible to estimate counts of transactions for Subject Features for the Pre-Arbitration Class. The second page of the tab identifies the methods and sources that would estimate the counts of transactions in the Opt-Out Class. The third and fourth pages of the tab summarize the sources and files necessary to identify prices charged for Subject Features sold to Pre-arbitration and Opt-Out Class members respectively. As noted earlier, I developed these methods prior to the deposition of

a corporate representative from Tesla and reserve the right to incorporate information gained from such a deposition or from other sources.

26.    The remaining pages in **Tab 8** include record-level data showing FSD and EAP sales at delivery or by OTA, for California, as well as FSD subscriptions in California. While the source itself does not convey this information directly, the extract indicates opt-outs. █████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████ [11] which are identical to TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00003586 that were produced with delivery and registration state columns added.

27.    **Tab 9**, page 1 estimates Class Size(s) for deliveries and OTA upgrades for the Pre-Arbitration time period. This employs data and methods described earlier. Specifically, it estimates the portion of US purchases of Subject Features that occurred in California based on California's proportion of Tesla registrations during the relevant time period.

28.    I estimate in the second portion of **Tab 9** the number of Class Members in the Opt-Out class. The last page of the tab summarizes counts of the overall number of deliveries, subscriptions, subscription days, and OTA upgrades among Class Members.

29.    Using the pricing data developed earlier in the report, I estimate overall economic damages for the two classes in **Tab 10**. Pre-Arbitration Class Members paid ████████ for Subject Features (in respective-year dollars). Opt-Out Class Members paid approximately ████████ for Subject Features (also in respective-year dollars). However, I offer no opinion regarding the proper determination of the time value of money.

---

[11] Tesla's Amended and Supplemental Responses and Objections to Plaintiff Interrogatories, Interrogatory No. 1, 11/14/2024.

### 5.3.    Credit for Delivery of Unordered Product

30.    At this time, Plaintiffs assert that Defendants have delivered no ADAS features that could be plausibly marketed as safe, reliable self-driving features. However, to the extent that delivery of the alleged inoperable features overlapped with the delivery of lower-technology features/options that have discernible market value but for which Class Members did not pay, an upper bound of credit for such a delivery would be the prices charged for the unordered feature not marketed or directly sold, but implicitly delivered along with the Class Vehicles. I have inquired of Class Counsel whether such a hypothetical feature is present, and Class Counsel advises that no such delivery of a discernibly valued feature exists.

### 5.4.    Credit for Eventual Delivery

31.    At the time of drafting of this Declaration, Plaintiffs assert that delivery of viable ADAS features is not forthcoming. To the extent that, over the course of this litigation, the features do become available, reasonable methods exist to apportion the value of those features for the remaining expected life of the Class Vehicles. The proposed method for doing so is to identify through market data, such as JD Power's valuation tools,[12] the proportion of the Class Vehicles' original value that the market assigns to the Class Vehicles at the time the ADAS features may become available. A feasible method to do so on a class-wide basis would be to estimate the aggregate resale value of Class Vehicles, using typical mileage and average condition, and to compare that value to the original aggregate MSRPs of Class Vehicles (or alternatively, prices originally) paid for Class Vehicles, which would be data available to Defendants. After normalizing resale values for price levels (inflation), the resulting portion is an estimate of the market value placed on the remaining ownership of Class Vehicles, compared to the original

---

[12] "About Us," J.D. Power, accessed April 25, 2025, https://www.jdpower.com/business/about-us.

approximate amounts paid for those vehicles. Assuming, conservatively, constant value for availability of the ADAS features, multiplying the proportion of the Class Vehicles' original value by the original amounts paid for the ADAS features would provide a credit for eventual delivery that would be reasoned and market-based, although favorable to Defendants.[13]

32.    I have relied upon similar methods for allocation and/or apportionment of overpayment damages or to credit defendants for the eventual remedy of organic product defects.

## 6.    COMPENSATION

33.    For my time, Class Counsel compensates my employer at the rate of $645 per hour, or one-half that rate for travel time and 133% of that rate for time spent testifying. Hourly billing rates for other staff assisting me range from $65 to $325 per hour. None of my firm's compensation depends on any opinion offered or the outcome of any motion, hearing, or trial.

## 7.    DATA & DOCUMENTS RELIED ON IN FORMING OPINIONS

34.    Reliance materials include those documents specifically referenced herein and those received from Class Counsel (see **Tab 11**) along with my education, training, and experience. I reserve the right to amend this Report as further reliance materials become available.

---

[13] The proposed method would also be feasibly applied to a benchmark later in a vehicle's life than its first delivery. For example, if the ADAS technology was not reasonably expected until a given date or a given vehicle age, the method could be customized to compare then-current values to market values of the Class Vehicles at dates other than original delivery.

**8.    LIMITATIONS**

35.    This Report is intended for use only in this matter and is not to be used in any other proceedings.


Dated: May 6, 2025


Edward M. Stockton

# EDWARD M. STOCKTON

## EDUCATION

University of Arizona, Tucson, AZ
M.S., Agriculture and Resource Economics (Applied Econometrics), 2010.
Western Michigan University, Kalamazoo, MI
B.A., Economics, 1998


## POSITIONS

The Fontana Group, Inc., Tucson, Arizona
 *Vice President Economics Services: 2012 - present*
 *Director of Economics Services: 2011 - 2012*
 *Case Manager: 2005 - 2011*
 *Senior Analyst: 2000 - 2005*
 *Analyst: 1998 - 1999*
Old Ina Corporation Tucson, AZ
 *Supervisor, Analyst, Manager: 1995 - 1998*


## RESEARCH AND CONSULTING EXPERIENCE

Mr. Stockton studies complex economic problems across multiple industries, including the retail automobile and other complex markets for durable goods. Additionally, he consults on matters involving conceptual foundations and calculation of economic harm. He has provided consultation for clients in numerous areas including:

• Retail automobile franchising, economics and marketing
• Economic impact of market malfunctions
• Allocation of new vehicles during shortages
• Franchise terminations and establishments
• Principles of customer satisfaction measurement
• Principles of sales performance measurement
• Financial forecasts and other analysis
• Applied econometrics
• Consumer credit markets
• Economic theory of competition and investment
• Competition in markets for durable, differentiated goods

Tab 1 Page 1

REPRESENTATIVE CLIENT ASSIGNMENTS


*The Homesteader's Store, Inc., v. Kubota Tractor Corporation,* Richland Center, WI, 2025.

*General Beverage Sales Co.-Milwaukee 16255 W. Stratton Drive, New Berlin, WI 53151. General Beverage Sales Co. 6169 McKee Road, Madison, WI 53719. and General Beverage Sales Co.-Oshkosh 2855 Oregon Street, Oshkosh, WI 54902, v. W.J. Deutsch Family Wine and Spirits 201 Tresser Blvd., Suite 500, Stamford, CT 06901-3435, Johnson Brothers of Wisconsin, Inc. 301 E. Vienna Avenue, Milwaukee, Wisconsin 53212-1600. and Johnson Brothers Liquor Company 1999 Shepard Road, St. Paul, Minnesota 55116,* Milwaukee, WI, 2025.

*Liberty Hyundai, Inc. d/b/a Feldman Hyundai of New Hudson and Genesis of New Hudson, v. Hyundai Motor America, Inc. And Genesis Motor America, LLC,* New Hudson, MI, 2024.

*Federal Trade Commission, and State of Connecticut, v. Chase Nissan LLC, a limited liability company, also d/b/a Manchester City Nissan, and Patrick Dibre, individually and as an officer of Chase Nissan LLC, also d/b/a Manchester City Nissan, Refaat Soboh, aka Brian Soboh, individually and as an offer of Chase Nissan LLC, also d/b/a Manchester City Nissan, Michael Hamadi, Aiham Alkhatib, matthew Chmielinski, and Fred Mojica, aka Freddy Mojica,* Manchester, CT, 2024.

*Joshua Glasscock, individually and behalf of others similarly situated, v. Sig Sauer, Inc.,* Springfield, MO, 2024.

*Rhode Island Truck Center, LLC, v. Daimler Trucks North America, LLC,* Providence, RI, 2024.

*Droesser, et al., v. Ford Motor Company, a Delaware Corporation,* Detroit, MI , 2024.

*FM So Cal LLC, etc. et al, v. BBB Automotive LLC, etc. et al.,* Los Angeles, CA, 2024.
Provided deposition and hearing testimony.

*Stark Automotive, Inc. D/B/A South Point Hyundai and Genesis of Austin, v. Hyundai Motor America and Genesis Motor America,* Austin, TX, 2024.

*In the Estate of Richard C. Poe, (Deceased),* El Paso, TX, 2024.
Provided deposition testimony.

*Allison Klein, an Individual, Isaac Lee, an Individual and Johnson WU, an Individual, on Behalf of Themselves and All Others Similarly Situated, v. LJUBLJANA Inter Auto D.O.O., a Slovenian Corporation, Dr. Ing. H.c.F. Porsche AG, a German corporation, and Porsche Cars North America, Inc., a Delaware corporation,* South Pasadena, CA, 2024

2

*Jim Falk Automotive, Inc., Jim Falk Motors of Maui, Inc., and Valley Isle Motors, Ltd., v. Ohana Automotive Group, Inc., DBA Karmart, a Washington corporation, Brandon Campbell, an individual, and DOES 1-20,* Maui, HI, 2024.

*Mark Enterprises Car Company, et al., LLC, v. Dilsher Ali, et al.,* Phoenix, AZ, 2024.
Provided deposition testimony.

*James R. Rosencrantz and Sons, Inc., v. John Deere Company, a Division of Deere and Company d/b/a John Deere,* Kensington, NH, 2024.
Provided deposition and hearing testimony.

*In Re: Honda Idle Stop Litigation,* Los Angeles, CA, 2024.

*Lou Bachrodt Chevrolet Co., v. Volkswagen Group of America, Inc.,* Auburn Hills, Illinois, 2024.

*Ronnie's Cycle Sales of Pittsfield, Inc., v. Harley-Davidson Motor Company, Inc.,* Pittsfield, MA, 2024.

*In Re: Chrysler Pacifica Fire Recall Products Liability Litigation,* Brighton, MI, 2024.
Provided deposition testimony.

*Len Stoler, Inc. d/b/a Len Stoler Hyundai, v. Hyundai Motor America Corp. And Genesis Motor America LLC,* Glen Burnie, MD, 2024.
Provided deposition testimony.

*Florida Automobile Dealers Association, v. Ford Motor Company,* Tallahassee, FL, 2024.

*W.N. Motors, Inc. d/b/a Coastal Nissan, v. Nissan North America, Inc.,* Norwell, MA, 2023.
Provided deposition testimony.

*William Lessin and Carol Smalley, et al, on behalf of themselves and all others similarly situated, v. Ford Motor Company, a Delaware Corporation,* San Diego, CA, 2023.
Provided deposition testimony.

*Universal Auto Group d/b/a Subaru of Glendale, a California Corporation, v. Subaru of America, Inc., a New Jersey Corporation,* Los Angeles, CA, 2023-2024.
Provided deposition testimony.

*Marc Baus, Benjamin Bettelli, Richard Carter, David Flynn, Dana L. Herold, John P. Herold, Brian Janik, Judith Janik, Edward Rekemeyer, Thermon Stacy, Ronnie Swindell, Timothy Thuering, and John Wiley on behalf of themselves and all others similarly situated, v. Ford Motor Company,* Detroit, MI, 2023.

Revised 4/9/2025

Tab 1 Page 3

*Darling's d/b/a, Darling's Bangor Ford, and Darling's Brunswick Ford, LLC, v. Ford Motor Company, and Maine Automobile Dealers Association,* Bangor, ME, 2023-2024.
Provided deposition testimony.

*William D. Berluti, individually and directly, William D. Berluti, derivatively on behalf of 120 Universal Drive Associates, LLC, William D. Berluti, derivatively on behalf of R&W Real Estate, LLC, William D. Berluti, derivatively on behalf of Peterbilt of Connecticut, Inc., William D. Berluti, derivatively on behalf of REO Truck Rental, Inc., William D. Berluti, derivatively on behalf of Truck Center, Inc., v. Richard M. Berluti and Peterbilt of Massachusetts, LLC,* Old Saybrook, CT, 2023.
Provided deposition testimony.

*Robert Davis and Dr. Bruce Barton, on behalf of themselves and the Putative Class, v. BMW of North America, LLC, and Bayerische Motoren Werke Aktiengesellschaft T,* Newark, NJ, 2023.
Provided deposition testimony.

*Airko, Inc. and Lisa Mae Jennings individually and on behalf of all other similarly situated, v. General Motors LLC,* Cleveland, OH, 2021.

*Dennis Vita and FXR Construction, Inc. individually and on behalf of all others similarly situated, v. General Motors LLC,* Brooklyn, NY, 2022.

*Tim Nauman, individually and on behalf of all others similarly situated, v. General Motors LLC, a Delaware limited liability company,* Seattle, WA, 2022.

*Roger Heater, individually and on behalf of all others similarly situated, v. General Motors LLC,* Clarksburg, WV, 2022.

*Roy White, individually and on behalf of all others similarly situated, v. General Motors LLC,* Denver, CO, 2022.

*Dominguez Hurry and Terry Wasdin, individually and on behalf of all others similarly situated, v. General Motors LLC,* Opelika, AL, 2023.

*Robert Awalt, individually and on behalf of all others similarly situated, v. General Motors LLC,* Boston, MA, 2023.

*Robert Riddell, individually and on behalf of all others similarly situated, v. General Motors LLC,* St. Louis, MO, 2023.

4

*Lucid Group USA, Inc., v. Monique Johnston, in Her Official Capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicle; Daniel Avitia, in His Official Capacity as Executive Director of the Texas Department of Motor Vehicles; and Corrie Thompson, in Her Official Capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles,* Austin, TX, 2023.
Provided deposition testimony.

*Kia Hyundai Vehicle Theft Marketing, Sales Practices, and Products Liability Litigation,* Encino, CA, 2023.

*Volkswagen Group Diesel Efficiency Foundation v. Volkswagen Aktiengesellschaft,* Utrecht, NL, 2023.

*Volkswagen Group Diesel Efficiency Stichting v. Volkswagen Aktiengesellschaft,* Groningen, NL, 2023.

*Aaron Gant, et al. v. Ford Motor Company,* Orlando, FL, 2023-2024.
Provided deposition testimony.

*Juliet Murphy, et al., v. Toyota Motor Corporation, et al.,* Sherman, TX, 2023.

*Cowin Equipment Company, Inc., v. CNH Industrial America LLC and Scott Moore,* Birmingham, AL, 2023-2024.
Provided deposition testimony.

*Hyundai Subaru of Nashville, Inc. d/b/a Downtown Hyundai v. Hyundai Motor America, Inc.,* Nashville, TN, 2023.
Provided hearing testimony.

*Rusnak/Pasadena, a California Corporation v. Jaguar Land Rover North America, LLC,* Las Angeles, CA, 2023.
Provided deposition testimony.

*Shakopee Chevrolet, Inc., v. General Motors, LLC,* Shakopee, MN, 2023.

*CJ's Road to Lemans Corp dba Audi Fresno, a California Corporation, v. Volkswagen Group of America, Inc., a New Jersey Corporation, dba Audi of America, Inc.,* Fresno, CA, 2023.

*Ranbir Gujral and Danielle Emerson, on behalf of themselves and the Putative Class, v. BMW Of North America, LLC, and Bayerische Motoren Werke Aktiengesellschaft,* Cherry Hill, NJ, 2023.
Provided deposition testimony.

Tab 1 Page 5

*Action Nissan, Inc. D/b/a Universal Hyundai for Itself and in the Name of the Department of Highway Safety and Motor Vehicle of the State of Florida, for its Use and Benefit v. Hyundai Motor America and Genesis Motor America, LLC,* Orlando, FL, 2023.
Provided deposition testimony.

*Al Piemonte Ford, Inc., at al v. Ford Motor Company,* Chicago, IL, 2023.
Provided deposition testimony and hearing testimony.
*Wasko Automotive, Inc. D/b/a St. Marys Chrysler Dodge Jeep Ram Fiat, Spitzer, v. FCA US LLC,* St. Marys, PA, 2023.

*Yandery Sanchez, Louise Knudson, Andrea Reiher-Odom, Derrick Smith, Amber Witt, and Mark Treston, on behalf of themselves and all others similarly situated, v. Kia Motors America, Inc.,* Central District of CA, 2023.
Provided deposition testimony.

*Larson Motors, Inc. v. General Motors LLC, et al.* Seattle, WA, 2023.
Provided deposition testimony.

*Kpauto, LLC, dba Putnam Ford of San Mateo v. Ford Motor Company,* Los Angelas, CA, 2023.
Provided hearing testimony.

*Durwin Hampton, individually and on behalf of all others similarly situated v. General Motors LLC,* Poteau, OK, 2023.

*Estate of William D. Pilgrim, et al., on behalf of themselves and all others similarly situated v. General Motors, LLC,* Detroit, MI, 2022-2023.
Provided deposition testimony.

*Hyundai Motor America Corporation v. EFN West Palm Motor Sales, LLC (Defendant/Counterclaim Plaintiff/Third-Party Plaintiff ) Gene Khaytin; Ernesto Revuelta; Edward W. Napleton; Geovanny Pelayo, Jorge Ruiz (Defendants), EFN West Palm Motor Sales, LLC; For Itself and in the Name of the Department of Highway Safety and Motor Vehicles of the State of Florida, for its Use and Benefit (Counterclaim-Plaintiff/Third-Party Plaintiff) v. Hyundai Motor America Corporation (Counterclaim-defendant) And Hyundai Motor Company (Third-party Defendant),* West Palm Beach, FL, 2021-2023.
Provided deposition and trial testimony.

*Sloan/Siqueiros, et al. v. General Motors LLC,* San Francisco, CA, 2019-2022.
Provided deposition and trial testimony.

*Spitzer Autoworld Akron, LLC, v. Fred Martin Motor Company,* Akron, OH, 2022-.
Provided deposition and trial testimony.

6

*Hyundai Motor American Corporation v. North American Automotive Services, Inc. Et al,* West Palm Beach, FL, 2021-2023.

*Jason Nuwer, Mark Minkowitz, Amarillis Gineris, Christina Vigoa, and Kevin Van Allen v. FCA US LLC f/k/a Chrysler Group LLC*, Miami, FL, 2021-2022.
Provided deposition testimony.

*Chapman, et al, v. General Motors, LLC.*, Detroit, MI, 2021-2023.
Provided deposition testimony.

*In Re: Duramax Diesel Litigation, Relating to: Nancy Anderton, et al., v. General Motors LLC, et al.*, Detroit, MI, 2020-2022.
Provided deposition testimony.

*Fox Hills Auto, Inc. D/b/a Airport Marina Ford v. Ford Motor Company, Central Ford Automotive, Inc., dba Central Ford v. Ford Motor Company and Los Feliz Ford, Inc., dba Star Ford Lincoln v. Ford Motor Company*, Los Angeles, CA, 2021-2022.
Provided deposition testimony.

*West Palm Beach Acquisitions, Inc. d/b/a Greenway Kia West Palm Beach and Florida Department of Highway Safety & Motor Vehicles, v. Kia Motors America, Inc.*, West Palm Beach, FL, 2020-2022.
Provided deposition testimony.

*Kenneth John Williams and Another Applicants v. Toyota Motor Corporation Australia Limited*, New South Wales, Australia, 2020-2022.
Provided trial testimony.

*Gabriel Patlan, Ryan Cornell, and La Della Levy, on behalf of themselves and all others similarly situated v. BMW of North America LLC; Wendy Vazquez, on behalf of herself and all individuals similarly situated v. BMW of North America, LLC; Vikkie Wilkinson, on Behalf of Herself and the Putative Class, v. BMW of North America, LLC and Bayersiche Motoren Werke Aktiengesellschaft*, Trenton, NJ. 2020-2023.
Provided deposition testimony.

*Peterson Motorcars, LLC et al v. BMW of North America, LLC*, Louisville, KY, 2019-2021.
Provided deposition testimony.

Revised 4/9/2025

Tab 1 Page 7

*James Bledsoe, Paul Chouffet, Martin Rivas, Jeremy Perdue, Michael Erben, Martin Witberg, Marty Ward, Alan Strange, James Forshaw, Matt Langworthy, Natalie Beight, Jordan Hougo, Dawn Roberts, and Marc Ganz, on Behalf of Themselves and All Others Similarly Situated, v FCA US LLC, a Delaware Corporation, and Cummins Inc., an Indiana Corporation*, Detroit, MI, 2021.
Provided deposition testimony.

*Ricardo R. Garcia, et al. v. Volkswagen Group of America, Inc., et al.*, Alexandria, VA, 2020-2022.
Provided deposition testimony.

*Paul Weidman, et al., v Ford Motor Company*, Detroit, MI, 2020-2022.
Provided deposition testimony.

*Milind Desai v. Geico Casualty Company*, Cleveland, OH, 2020-2021.
Provided deposition testimony.

*Eric Stevens, Christopher L. Rodriguez, Michael S. Frakes, Terry Pennell, Ray Moore, Kent Larry Bakken, Lynn E. Kirkpatrick, and Michael E. Stone v. Ford Motor Company*. Corpus Christi, TX, 2021-2022.
Provided deposition testimony.

*In the matter of Luxury Cars of Bayside, Inc., v. BMW of North America, LLC,* Long Island, NY, 2019-2022.
Provided hearing testimony.

*Clarence Simmons, Franklin Navas, Jorge Arroyave, Joseph Dabbs, Jennifer DeWitt, Anne Erdman, Mark James, Shand Jackson, Mike Tierney, Mark Van Bus Kirk, John Buczynski, Ilja Lopatik, Brian Yarborough, William MacSaveny, Ryan Marshall, Allyson Rogers, Peter Tulenko, and Greg Licktenberg, on behalf of themselves and all others similarly situated v. Ford Motor Company*, Miami, FL, 2021.
Provided deposition testimony.

*Kimberley Carter and Keith Halliday v. Ford Motor Company of Canada, Ltd., Ford Credit Canada Limited and Ford Motor Company,* Toronto, Canada, 2020-2022.
Provided cross-examination testimony.

*Braman Motors, Inc., d/b/a Braman BMW, for Itself and in the Name of the Department of Highway Safety and Motor Vehicles of the State of Florida, for its Use and Benefit, and Palm Beach Imports, Inc., d/b/a Braman Motorcars, for Itself and in the Name of the Department of Highway Safety and Motor Vehicles of The State of Florida, for its Use and Benefit, and The Department of Highway Safety and Motor Vehicles of the State of Florida, for the Use and*

Tab 1 Page 8

*Benefit of Braman Motors, Inc. and Palm Beach Imports, Inc. v. BMW of North America, LLC.*
Miami, FL, 2021.
Provided deposition testimony.

*Gina Signor, Individually and on Behalf of All Those Similarly Situated v. Safeco Insurance Company of Illinois*, Ft. Lauderdale, FL, 2020-2021.
Provided deposition testimony.

*Between Barry Rebuck and Ford Motor Company and Ford Motor Company of Canada, Limited and Yonge-Steeles Ford Lincoln Sales Limited Proceeding under the Class Proceedings Act, 1992*, Toronto, Ontario, Canada, 2018-2020.
Provided cross-examination testimony.

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation Nemet v. Volkswagen Group of America, Inc*., San Francisco, CA, 2019-2020.
Provided deposition testimony.

*William South, Individually and on Behalf of All Those Similarly Situated v. Progressive Select Insurance Company,* Tampa, FL, 2020-2021.
Provided deposition testimony.

*Biljana Capic v. Ford Motor Company of Australia Limited*, New South Wales, Australia, 2019-2020.
Provided trial testimony.

*Jason Counts, Donald Klein, Oscar Zamora, Derek Long, Bassam Hirmiz, Jason Silveus, John Miskelly, Thomas Hayduk, Christopher Hemberger, Individually and on Behalf of All Others Similarly Situated, v. General Motors, LLC, Robert Bosch GMBH, and Robert Bosch, LLC,* Detroit, MI, 2019-2023.
Provided deposition testimony.

*Alfredo's Foreign Cars, Inc., d/b/a Larchmont Chrysler Jeep Dodge v. FCA US LLC*, NY, NY 2019.
Provided hearing testimony.

*George Tershakovec, et al. v. Ford Motor Company,* Miami, FL, 2019-2024.
Provided deposition testimony and trial testimony.

*Continental Imports Inc.  d/b/a Mercedes Benz of Austin v Swickard Austin, LLC d/b/a Mercedes Benz of South Austin,* Austin, TX, 2019-2020.
Provided deposition and hearing testimony.

Revised 4/9/2025

Tab 1 Page 9

*Vista Ford Oxnard, LLC., d/b/a Vista Ford Lincoln of Oxnard v. Ford Motor Company and Ford of Ventura, Inc., d/b/a Ford of Ventura, Intervenor*, Oxnard, CA, 2019.
Provided deposition and hearing testimony.

*Colonial Chevrolet Co., Inc., et al.; Alley's of Kingsport, Inc., et al.; and Union Dodge, Inc., et al. v. The United States*, Washington, DC, 2011-2019.
Provided deposition and trial testimony.

*Barber Group, Inc., d/b/a Barber Honda v. American Honda Motor Co., Inc., Galpinsfield Automotive, LLC, Intervenor.* Bakersfield, CA, 2018-2021.
Provided deposition and hearing testimony.

*Association of Equipment Manufacturers, AGCO Corporation, CNH Industrial America LLC, Deere & Company, and Kubota Tractor Corporation, v. the Hon. Doug Burgum, Governor of the State of North Dakota, in His Official Capacity, and the Hon. Wayne Stenehjem, Attorney General of the State of North Dakota, in His Official Capacity, and North Dakota Implement Dealers Association, Intervenor-Defendant*, Bismarck, ND, 2018.
Provided deposition testimony.

*Napleton's Arlington Heights Motors, Inc. f/k/a Napleton's Palatine Motors, Inc. d/b/a Napleton's Arlington Heights Chrysler Dodge Jeep RAM, an Illinois Corporation; et. al, v FCA US LLC*, Chicago, IL, 2017-2019.
Provided deposition and hearing testimony.

*Star Houston, Inc. d/b/a Star Motor Cars v. Volvo Cars of North America, LLC,* Houston, TX, 2017-2020.
Provided deposition and hearing testimony.

*Sioux City Truck Sales, Inc. v. Peterbilt Motors Company*, Sioux City, IA, 2017.
Provided deposition and hearing testimony.

*Capitol Buick GMC, LLC v. General Motors LLC, Baltimore, MD,* 2017-2018.
Provided deposition and hearing testimony.

*Crown Chrysler Jeep, Inc. d/b/a Crown Kia v. Kia Motors America*, Columbus, OH, 2017-2018
Provided deposition and hearing testimony.

*Folsom Chevrolet, Inc. dba Folsom Chevrolet v. General Motors, LLC*, Folsom, CA, 2017-2018.
Provided deposition and hearing testimony.

*Sunnyvale Automotive Inc., dba Sunnyvale Ford Lincoln v. Ford Motor Company*, Sunnyvale, CA, 2017.
Provided deposition testimony.

Tab 1 Page 10

*Omar Vargas, Robert Bertone, Michelle Harris, and Sharon Heberling, individually and on behalf of a class of similarly situated individuals v. Ford Motor Company*, Los Angeles, CA, 2017-2020.

*Charles Johnson, et al. individually and on behalf of all others similarly situated v. Ford Motor Company,* Huntington, WV, 2017.
Provided deposition testimony.

*Shawn Panacci v. Volkswagen Aktiengesellschaft, Volkswagen Group Canada, Inc., Audi Aktiengesellschaft, VW Credit Canada, Inc. and Audi Canada,* Toronto, Ontario, Canada, 2017.

*Rebecca Romeo and Joe Romeo v. Ford Motor Company and Ford Motor Company Canada, Limited,* Toronto, Ontario, Canada, 2017-2019.
Provided cross-examination testimony.

*Duncan McDonald v. Samsung Electronics Canada, Inc.* Toronto, Ontario, Canada, 2017.
Provided cross-examination testimony.

*The Estate of Richard C. Poe, Richard C. Poe II v. Paul O Sergent, Jr., et al.,* El Paso, TX, 2017-2018. Provided deposition testimony.

*Star Houston, Inc. d/b/a Star Motor Cars v. VCWH. LLC d/b/a Volvo Cars West Houston and Volvo Cars of North America, LLC,* Houston, TX, 2017.
Provided deposition testimony.

*Option Consommateurs et Francois GrondinPersonne Désignée C. Volkswagen Group Canada Inc. et al.(2L),* Montreal, Quebec, 2016-2018.

*Option Consommateurs et Francois GrondinPersonne Désignée C. Volkswagen Group Canada Inc. et al. (3L),* Montreal, Quebec, 2017-2018.

*John M. McIntosh v. Takata Corporation, TK Holdings, Toyota Motor Corporation, Toyota Motor Manufacturing, Canada Inc., and Toyota Motor Manufacturing Indiana, Inc.,* Toronto, Ontario Canada, 2017.

*Rick A. Des-Rosiers and Stephen Kominar v. Takata Corporation, TK Holdings, Honda Motor Co., LTD, Honda of America Manufacturing, Inc., and Honda Canada, Toronto,* Ontario, Canada 2017.

*Yogesh Kalra v. Mercedes-Benz Canada Inc., Daimler AG, Mercedes-Benz USA LLC and Mercedes-Benz Financial Services Canada Corporation*, Toronto, ON, Canada, 2017-2022. Provided cross-examination (deposition) testimony.

11

*Lake Forest Sports Cars, LTD v. Aston Martin Lagonda of North America, Inc.,* Chicago, IL, 2017.
Provided deposition testimony.

*Shahriar Jabbari and Kaylee Heffelfinger on behalf of themselves and all others similarly situated v. Fargo Company and Wells Fargo Bank, N.A.* San Francisco, CA, 2016-2021.

*Matthew Robert Quenneville et al. v. Volkswagen Group Canada, Inc.,Volkswagen Aktiengesellschaft, Volkswagen Group of America, Inc., Audi Canada, Audi Aktiengesellschaft, Audi of America, Inc., Inc., and VW Credit Canada, Inc. (2L),* Ontario, Canada, 2016-2021.

*Matthew Robert Quenneville et al. v. Volkswagen Group Canada, Inc.,Volkswagen Aktiengesellschaft, Volkswagen Group of America, Inc., Audi Canada, Audi Aktiengesellschaft, Audi of America, Inc., Inc., and VW Credit Canada, Inc. (3L),* Ontario, Canada, 2017-2018.

*Fort Collins Nissan, Inc. d/b/a Tynan's Kia, v. Kia Motors America, Inc.*, Ft. Collins, CO, 2015-2018.
Provided deposition testimony.

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, Napleton et al v. Volkswagen Group of America et al., No. 16-02086*, 2015-2019.

Above including *J. Bertolet, Inc. et al v. Robert Bosch, LLC and Robert Bosch GmbH*., MDL No. 02672-CRB (JSC), 2016-2019.
Provided deposition testimony 8/2019.

*Northwest Hills Chrysler Jeep, LLC; Gengras Chrysler Dodge Jeep, LLC; Crowley Jeep Dodge, Inc.; Papa's Dodge, Inc. v. FCA US, LLC and Mitchell Dodge, Inc.,* Canton, CT, 2015-2017.
Provided deposition and hearing testimony.

*VMDT Partnership, LP, v. Thornbury Township,* Delaware County, Pennsylvania, 2015-2017.
Provided hearing testimony.

*John Deere Construction & Forestry Company v. Rudd Equipment Company, Inc.*, Houston, TX, 2015-2017.
Provided hearing testimony.

*Ball Automotive Group d/b/a Ball Kia, v. Kia Motors America, Inc.*, San Diego, CA, 2015-2017.
Provided deposition testimony.

*GB Auto Corporation d/b/a Frisco Kia, v. Corinth Automotive Plano, d/b/a Central Kia of Plano, Kia Motors America, Inc. Intervenor*, Dallas, TX, 2015-2017.
Provided deposition testimony.

Revised 4/9/2025

Tab 1 Page 12

*Walter Enterprises, Inc., d/b/a Timmons Subaru v. Subaru of America, Inc.*, Long Beach, CA, 2016-2017.
Provided deposition testimony.

*Motor Werks Partners, LP, v. General Motors, LLC*, Chicago, IL, 2015-2017.
Provided deposition testimony.

*Jeff Looper et al., v. FCA US LLC, f/k/a Chrysler Group, LLC, et al.,* California and Texas, 2015-2016.
Provided deposition testimony.

*In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,* San Francisco, CA, 2015-2017.

*Dependable Dodge, Inc. v. Fiat Chrysler Automobiles, Inc.*, Canoga Park, CA, 2015-2017.
Provided deposition and hearing testimony.

*Wayzata Nissan, LLC v. Nissan North America, Inc., et al.,* Wayzata, MN, 2015-2017.
Provided pre-filed trial testimony.

*Glick Nissan, Inc. v. Nissan North America, Inc.,* Westborough, MA, 2015-2016.

*Volvo Construction Equipment North America, LLC v. Clyde/West, Inc.,* Spokane, WA, 2015.

*General Motors, LLC v. Hall Chevrolet LLC dba Hall Chevrolet,* Virginia Beach, VA, 2015-2016.

*Long Beach Motors, Inc. dba Long Beach Honda v American Honda Motor Co., Inc.,* Long Beach, CA, 2015.

*Tom Matson Dodge Inc. v. FCA US LLC.,* Seattle, WA, 2015.

*Ferrari of Atlanta*, Atlanta, GA 2015.

*Grossinger Autoplex, Inc. v. General Motors, LLC*, Chicago, IL, 2015-2016.
Provided deposition and hearing testimony.

*Mathew Enterprise, Inc. v. Chrysler Group LLC*, San Jose, CA, 2015-2016.
Provided deposition and trial testimony.

*Navistar v. New Baltimore Garage*, Warrenton, VA, 2015-2016.
Provided hearing testimony.

Revised 4/9/2025

Tab 1 Page 13

*Mathew Enterprise, Inc., a California Corporation, and Mathew Zaheri, an individual v. Chrysler Group, LLC, a Delaware Liability Company; Chrysler Group Realty Company, LLC, a Delaware Limited Liability Company, and DOES 1-40*, San Jose, CA 2014-2015.
Provided trial and deposition testimony.

*CNH America, LLC n/k/a CNH Industrial America, LLC v. Quinlan's Equipment, Inc.,* Racine, WI, 2014-2015.
Provided deposition testimony.

*Grayson Hyundai, LLC and Twin City Hyundai, Inc., v. Hyundai Motor America*, Knoxville, TN, 2014-2015.
Provided deposition testimony.

*TrueCar, Inc. v. Sonic Automotive, Inc., and Sonic Divisional Operations, LLC, Los Angeles, CA*, 2015-2016.
Provided deposition testimony.

*TECC, Complaintant v. GM Respondent before the California New Motor Vehicle Board,* Oakland, CA, 2014-15.

*US District Court Southern District of NY in re General Motors LLC Ignition Switch Litigation,* NY, NY, 2014-2018.

*Feldten, LLC, d/b/a Tennyson Chevrolet v. Keith Lang, Lang Auto Sales, Inc.,Gordon Chevrolet, Inc.,Stewart Management Group, Inc., Scott Rama, Susan Ianni, and Mike Meszaros, and Gordon Chevrolet, Inc.& Stewart Management Group, Inc.* Detroit, MI, 2014-2016.

*Canadian Toyota Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation,* 2014.

*Jim Hardman, Buick GMC*, Gainesville, GA, 2014-2016.

*Bates Nissan, Inc., v. Nissan North America Inc.,* Killeen, TX, October 2014-2017.
Provided deposition and hearing testimony.

*Recovery Racing, LLC d/b/a Maserati of Fort Lauderdale v. Maserati North America, Inc., and Rick Case Weston, LLC, d/b/a Rick Case Maserati*, Ft. Lauderdale, FL, 2014-2015.
Provided hearing testimony.

*Sweeten Truck Center, L.C. v. Volvo Trucks North America, a Division of Volvo Group North America, LLC*, Before the Texas Department of Motor Vehicles Motor Vehicle Division, Austin, TX, 2014-2015.
Provided deposition and hearing testimony.

Revised 4/9/2025

Tab 1 Page 14

Beck Chevrolet Co, Inc. v. General Motors LLC, New York, NY 2014-2016.
Provided trial testimony.

*BSAG Inc., and Bob Stallings Nissan of Baytown, Inc. v. Baytown Nissan, Inc., Burklein Family Limited Partnership, Nissan North America, Inc., and Frederick W. Burklein*, Harris County, TX 2014.
Provided deposition testimony.

*Richard C.B. Juca v. Larry H. Miller Corporation*, Peoria, AZ, 2014.

*General Motors, LLC v. Leep Chev, LLC, d/b/a Lujack's Chevrolet,* Scott County, IA. 2014-2015
Provided deposition testimony.

*Century Motors Corporation v. Chrysler Group, LLC et al.*, Wentzville, MO 2014-2015.
Provided deposition and trial testimony.

*Keyes European, LLC v. Encino Mercedes, LLC, Steve Zubieta, David Floodquist, Shimon Broshinsky and Does 1-20*, Los Angeles, CA, 2014.

*Ohio Auto Dealers Association*, 2014.

*Transteck, Inc. d/b/a Freightliner of Harrisburg v. Daimler Trucks North America, LLC (Freightliner Trucks Division)*, Harrisburg, PA, 2014-2015.

*Butler Toyota et al v. Toyota Motor Sales*, Indianapolis, IN, 2014.

*Wayzata Nissan, LLC v. Nissan North America, Inc., et al.,* Wayzata, MN, 2013-2017.

*Santa Cruz Nissan, Inc., dba Santa Cruz Nissan v. Nissan North America, Inc.*, Santa Cruz, CA 2013-2015.
Provided deposition and hearing testimony.

*Majid Salim v. Henry Khachaturian aka Hank Torian, Torian Holdings, Fremont Automobile Dealership, LLC., and Does 1-20,* Alameda County, CA, 2013-2014.
Provided deposition and trial testimony.

*GMAC v. Lloyd Belt, Lloyd Belt GM Center, Inc., and Lloyd Belt Chrysler, Inc.,* Eldon, MO 2013-2014.
Provided deposition testimony.

*General Motors v. Englewood Auto Group, LLC,* Englewood, NJ, 2012-2014.

*Bob Wade Autoworld v. Ford Motor Company*, Harrisonburg, VA, 2011-2012.
Provided hearing testimony.

Revised 4/9/2025

Tab 1 Page 15

*Van Wie Chevrolet, Inc. d/b/a Evans Chevrolet v. General Motors LLC and Sharon Chevrolet, Inc.,* Baldwinsville, NY, 2012-2017.
Provided deposition testimony.

*Midcon Compression L.L.C. v. Loving County Appraisal District,* Loving County, TX, 2013.
Provided deposition testimony.

*Texas Automobile Dealers Association,* Austin, TX, 2013.
Provided hearing testimony before Business and Industry Committee in Texas H.O.R.

*Tyler Automotive,* Niles, MI, 2013.

*Sutton Suzuki,* Matteson, IL 2013.

*Carson Toyota/Scion, Cabe Toyota/Scion, Norwalk Toyota/Scion and South Bay Toyota/Scion v. Toyota Motor Sales, U.S.A., Inc.,* Long Beach, CA, 2012-2013.
Provided deposition and hearing testimony.

*James T. Stone, individually, and on Behalf of JDJS Auto Center, Inc. v. Jacob A. DeKoker, Pro Financial, Inc., and JDJS Auto Center, Inc.,* Tyler, TX, 2012.

*New Country Automotive Group,* Saratoga Springs, NY, 2013-2017.

*Goold Patterson*, Las Vegas, NV, 2012.

*James Rist v. Denise Mueting and the Dominican Sisters of Peace*, Littleton, CO, 2012-2013.

*Law Office of Gary E. Veazey*, Memphis, TN, 2012.

*Randy Reed Nissan,* 2012.
*Arent Fox, LLP,* 2012.

*Chrysler Group, LLC v. Sowell Automotive, Inc. et al.*, 2012-2013.

*Morrie's European Car Sales, Inc. dba Morrie's Cadillac-Saab v. General Motors, LLC*, Minneapolis, MN, 2012-2015.
Provided deposition testimony.

*Dulles Motorcars, Inc. d/b/a Dulles Subaru v. Subaru of America,* Leesburg, VA, 2012-2013.
Provided hearing testimony.

*Bowser Cadillac, LLC v. General Motors, LLC v. Rohrich Cadillac, Inc.,* McMurray, PA, 2012-.
Provided hearing testimony.

Revised 4/9/2025

Tab 1 Page 16

*In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Expert Report of Products Liability Litigation,* Santa Ana, CA, 2010-2013.

*Planet Subaru, John P Morrill, and Jeffrey R. Morrill v. Subaru of New England,* Hanover, MA, 2011-2012.

*Hill Nissan v. Jenkins Nissan*, Winterhaven, FL, 2011-2012.

*Burns & Levinson,* Boston, MA 2011-.

*Brydon, Sweringen & England*, 2011.

*Napleton Automotive Group,* Chicago, IL, 2011.

*Orloff Imports,* Chicago, IL, 2011.

*Boas International Motors, dba San Francisco Honda,* San Francisco, CA, 2011-2012.

*Carson CJ, LLC and Kenneth Phillips v. Sonic Automotive, Inc., Sonic-Carson F, Inc, Avalon Ford, Inc. dba Don Kott Chrysler Jeep, and Does 1 - 100,* Los Angeles, CA, 2010-2012. Provided deposition and hearing testimony.

*First United, Inc. A California Corporation dba De La Fuente Cadillac v. General Motors, Greiner Poway, Inc. and Does 1-50*, San Diego, CA, 2012.

*Ionia Automotive Management, LLC and Beverly Kelly v. Berger Motor Sales, Ned Berger, Jr, LC and Ned Berger Jr.*, Mason, MI, 2012-2013.

*Riverside Motorcycle, Inc. dba Skip Fordyce Harley-Davidson v. Harley-Davidson Motor Company,* Riverside, CA, 2011- 2012. Provided deposition and hearing testimony.

*Leep Hyu, LLC, an Iowa Corporation also known as Lujack Hyundai v. Hyundai Motors America, Green Family Hyundai Inc., and Green Family Holdings LLC*, Davenport, Iowa, 2011. Provided trial testimony.

*Royal Motor Sales,* San Francisco, CA, 2011-2012.

*Miller Barondess,* Los Angeles, CA, 2011.

*Brotherhood of Maintenance of Way Employee Division/IBT*, Washington, DC, 2011-.

Revised 4/9/2025

Tab 1 Page 17

*Star Houston, Inc., d/b/a Star Motor Cars v. Mercedes-Benz USA, LLC*, Houston, TX, 2010-2013.
Provided deposition testimony and hearing testimony.

*Chapman's Las Vegas Dodge, LLC and Prestige Chrysler Jeep Dodge, LLC v. Chrysler Group LLC,* Las Vegas, NV, 2011- 2012.
Provided deposition and hearing testimony.

*Laidlaw's Harley-Davidson Sales, Inc. dba Laidlaw's Harley-Davidson v. Harley-Davidson Motor Company,* Sacramento, CA, 2011- 2012.
Provided deposition and hearing testimony.

*Agrillo v. Martinez,* Tucson, AZ, 2011.

*Hyundai of Milford, LLC, d/b/a Key Hyundai v. Hyundai Motor America*, Milford, CT, 2011.

*Houston Mack Sales & Service d/b/a Houston Isuzu Truck, Inc. v. Hayes Leasing Company, Inc. d/b/a Hayes UD Trucks-Houston*, Houston, TX, 2011-2012.

*Bo Beuckmann Ford*, Ellisville, MO, 2011-2022.

*Boas International Motors dba San Francisco Honda v. American Honda Motor Co.*, San Francisco, CA, 2011.

*Life Quality BMW*, Brooklyn, NY, 2011-2012.

*Forrester Lincoln Mercury v. Ford Motor Company*, Chambersburg, PA, 2011-2013.
Provided hearing testimony.

*North Palm Motors, LLC d/b/a Napleton's North Palm Lincoln Mercury v. Ford Motor Company*, West Palm Beach, FL, 2011.

*Mega RV Corp. v. Mike Thompson Recreational Vehicles*, Irvine, CA, 2010-2014.
Provided deposition testimony.

*Harry W. Zanville, Esq.,* San Diego, CA, 2010-.

*Pond, Athey, Athey & Pond,* Front Royal, VA, 2010-2014.

*Daphne Automotive, LLC dba Eastern Shore Toyota and Shawn Esfahani v. Pensacola Motor Sales d/b/a Bob Tyler Toyota and Fred Keener,* Mobile, AL, 2010-2011.

*Gebhardt v. PCNA*, Boulder, CO, 2011.

18

*Laura Buick-GMC*, Collinsville, IL, 2011.

*Bredemann Family of Dealerships*, Park Ridge, IL, 2011.

*Transteck, Inc. d/b/a Freightliner of Harrisburg,* 2004-

*Bass Sox Mercer,* Tallahassee, FL, 2011-.

*The Collection*, Coral Gables, FL, 2011-2012.

*Manning, Leaver, Bruder & Berberich,* Los Angeles, CA, 2010-2012.

*Magic City Ford v. Ford Motor Company*, Roanoke, VA, 2010-2011.

*Bob Wade AutoWorld v. Ford Motor Company*, Harrisonburg, VA, 2010-2011.

*East West Lincoln Mercury*, Landover Hills, MD, 2010-2011.

*Stevens Love,* Longview, TX, 2010-2014.

*JP Chevrolet*, Peru, IL, 2010-2011.

*Bellavia & Gentile*, Mineola, NY, 2010-2011.

*Hayes Leasing v. Wiesner Commercial Truck Center*, Houston, TX, 2010.

*Link-Belt Construction Equipment Company v. Road Machinery & Supplies Co.*, Minneapolis, MN, 2010-2011.
Provided deposition testimony.

*Elliott Equipment Co., Inc. v. Navistar, Inc.*, Easton, Maryland, 2010.
Provided deposition testimony.

*Rally Auto Group, Inc. v. General Motors, LLC,* Palmdale, CA, 2010.
Provided hearing testimony.

*Ron Westphal Chevrolet v. General Motors, LLC,* Aurora, CO, 2010.

*Edmark Auto, Inc., v. General Motors, LLC,* Nampa, ID, 2010.

*Gurley-Leep Dodge, Inc. n/k/a Gurley Leep Dodge, LLC v. Chrysler Group, LLC,* Mishawaka, IN, 2010.

*Gurley-Leep Buick v. General Motors, LLC,* Mishawaka, IN, 2010.

19

*Leep Chev, LLC, v. General Motors, LLC,* South Bend, IN, 2010.

*Mike Finnin Motors, Inc., v. Chrysler Group LLC*, Dubuque, IA, 2010.
Provided hearing testimony.

*Sedars Motor Co., Inc. and Community Motors of Mason City, Inc. v. General Motors LLC,* Cedar Falls, IA, 2010.

*Burke, Warren, MacKay & Serritella, P.C.,* Chicago, IL, 2010-.

*First Family, Inc. d/b/a Bredemann Chevrolet v. General Motors, LLC,* Park Ridge, IL, 2010.

*Lou Bachrodt Chevrolet Co. d/b/a Lou Bachrodt Jeep v. Chrysler Group, LLC,* Rockford, IL, 2010.
Provided hearing testimony.

*Cape County Auto Park I, Inc. v. Chrysler Group, LLC,* Cape Girardeau, MO, 2010.
Provided hearing testimony.

*Fury Dodge, LLC v. Chrysler Group, LLC,* Lake Elmo, MN, 2010.
Provided hearing testimony.

*Midtown Motors, Inc., d/b/a John Howard Motors v. Chrysler Group LLC,* Morgantown, WV, 2010.
Provided hearing testimony.

*Deur Speet Motors, Inc. v. General Motors, LLC,* Fremont, MI, 2010.

*Village Chevrolet-Buick-Oldsmobile, Inc. v. General Motors LLC,* Carthage, MO, 2010.
*Arenson & Maas,* Cedar Rapids, IA, 2010-.

*Nyemaster, Goode, West, Hansell & O'Brien, PC,* Des Moines, IA, 2010-2013.

*C. Basil Ford, Inc. v. Ford Motor Company*, Buffalo, NY, 2010.

*Leonard, Street & Deinard,* Minneapolis, MN, 2010-2015.

*Dady & Gardner,* Minneapolis, MN, 2010.

*Star Houston, Inc., d/b/a Star Motor Cars v. Mercedes-Benz USA, LLC*, Houston, TX, 2009 - 2015.

*Mente Chevrolet Oldsmobile, Inc., F/K/A Mente Chevrolet, Inc. T/A Mente Chevrolet and Mente Chrysler Dodge, Inc. and Donald M. Mente v. GMAC,* Kutztown, PA, 2009-2011.

20

Revised 4/9/2025

Tab 1 Page 20

*Long-Lewis, Inc. v. Sterling Truck Corporation*, Besemer, AL, 2009-2011.

*Gossett Motor Cars, LLC v. Hyundai Motor America and Homer Skelton Auto Sales, LLC,* Memphis, TN, 2009-2010.

*In re: CHRYSLER LLC, et al. v. Debtors, Chapter 11,* New York, NY, 2009.

*Cooper and Walinski, LPA,* 2009.

*Jennings Motor Company, Inc., d/b/a Springfield Toyota v. Toyota Motor Sales USA, Inc.,* Springfield, VA, 2008-2010.

*General Motors v. Harry Brown's and (counterclaim) Harry Brown's and Faribault v. General Motors*, Faribault, MN, 2008.
Provided declaration.

*Nick Alexander Imports v. BMW of North America*, Beverly Hills, CA, 2008.

*Monroeville Chrysler v. DaimlerChrysler Motors Company*, Pittsburgh, PA, 2008.

*Bowser Cadillac, LLC v. General Motors Corporation and Saab Cars USA, Inc.,* Pittsburgh, PA, 2008-2009.

*Carlsen Subaru v. Subaru of America, Inc.,* San Francisco, CA, 2008.
Provided deposition and hearing testimony.

*Suburban Dodge of Berwyn, Inc., and Lepetomane XXII, Inc., v. DaimlerChrysler Motors Company, LLC and DaimlerChrysler Financial Services Americas LLC,* Chicago, IL, 2007-2008.
Provided deposition testimony.

*Wiggin & Nourie, P.A.,* Manchester, NH, 2007-2008.

*McCall-T LTD., a Texas limited partnership d/b/a Sterling McCall Toyota & Sterling McCall Scion, et al. v. Gulf States Toyota, Inc., McCall-T LTD., et al. v. Madison Lee Oden et al.,* Houston, TX, 2007-2009.

*Volkswagen of America, Inc., and Aristocrat Volkswagen East, Inc. v. Royal Automotive, Inc., d/b/a Royal Volkswagen,* Orlando, FL, 2007-2008.

*Ed Schmidt Pontiac-GMC Truck, Inc. v. DaimlerChrysler Motors Company, LLC,* Perrysburg, OH, 2006-2009.

*Fowler Motors, Inc. v. BMW of North America, LLC,* Conway, SC, 2006-2008.

21

*Serpa Automotive Group, Inc. v. Volkswagen of America, Inc.,* Visalia, CA, 2006.
Provided deposition and hearing testimony.

*Serra Chevrolet, Inc. d/b/a Serra Kia v. Kia Motors America, Inc., et al.,* Birmingham, AL, 2006-2009.

*Cardenas Enterprises, Inc., d/b/a Cardenas Toyota BMW v. Gulf States Toyota, Inc. and Toyota Motor Sales, USA, Inc.*, Harlingen, TX, 2006.

*North Avenue Auto, Inc., d/b/a Grand Honda v. American Honda Motor Co., Inc. a California Corporation,* Chicago, IL, 2006-2009.

*Saleen, Inc.,* Irvine, CA, 2006-2009.

*Golden Ears Chrysler Dodge Jeep,* Maple Ridge, BC, 2007-2009.

*Action Nissan, Inc. v. Nissan North America, Inc.,* Nyack, NY, 2005-2007.

*Harbor Truck Sales and Services, Inc. d/b/a Baltimore Freightliner v. DaimlerChrysler Motors Company, LLC,* Baltimore, MD, 2005-2007.

*PH Automotive Holding Corporation, d/b/a Pacific Honda, Cush Automotive Group, d/b/a Cush Honda San Diego, Tipton Enterprises, Inc., d/b/a Tipton Honda, Ball Automotive Group, d/b/a Ball Honda v. American Honda Motor Co., Inc.,* San Diego, CA, 2005-2007.

*Rusing & Lopez,* Tucson, AZ, 2005.

*Sonic Automotive, Inc. v. Rene R. Isip, Jr.; RRIJR Auto Group, Ltd., d/b/a Rene Isip Toyota of Lewisville, and John Eagle,* Lewisville, TX, 2005.

*Competitive Engineering, Inc. v. Honeywell International, Inc.,* Tucson, AZ, 2005.

*Century Motors Corporation v. DaimlerChrysler Motors Company, LLC.,* St. Louis, MO, 2005.

*Lone Star Truck Group,* Albuquerque, NM, 2005-2006.

*Thomas Bus Gulf Coast, Inc.*, Houston, TX, 2005.

*Stoops Freightliner*, Indianapolis, IN, 2005-2006.

*Cameron, Worley, Forham, P.C.,* Nashville, TN, 2004-2005.

*Around The Clock Freightliner Group, Inc.,* Oklahoma City, OK, 2004-2006.

Tab 1 Page 22

*Alamo Freightliner,* San Antonio, TX, 2004-2005.

*GKG Motors, Inc. d/b/a Suzuki of San Antonio v. Cantwell Fielder, Ltd. d/b/a Quality Suzuki and American Suzuki Motor Corporation,* San Antonio, TX, 2004-2007.

*Maple Shade Motor Corporation v. Kia Motors America, Inc.,* Turnersville, NJ, 2004-2006.

*Star Houston, Inc. d/b/a Star Motor Cars, Inc. v. Mercedes-Benz-USA, LLC*, Austin, TX, 2004-2006.

*Perez Investments, Inc. d/b/a Rick Perez Autonet v. DaimlerChrysler Financial, L.L.C. d/b/a Chrysler Financial, L.L.C.; DaimlerChrysler Motors Corporation*, Austin, TX, 2004.

*Mazda Motors of America v. Maple Shade Motor Corporation, d/b/a Maple Shade Mazda et al.,* Maple Shade, NJ, 2004.

*Wickstrom Chevrolet-Pontiac-Buick-GMC. v. General Motors Corporation, Chevrolet Division*, Austin, TX, 2004.

*Sea Coast Chevrolet - Oldsmobile, Inc*. Belmar, NJ, 2004.

*Steve Taub, Inc. d/b/a Taub Audi v. Audi Of America, Inc.,* Santa Monica, CA, 2003.

*Toledo Mack Sales and Service, Inc. v. Mack Truck, Inc.,* Columbus, OH, 2003.

*Bayshore Ford Truck Sales, Inc., et al. v. Ford Motor Company,* New Castle, DE, 2003-2013.

*Maritime Ventures, LLC; Maritime Motors, Inc. v. City of Norwalk; Norwalk Redevelopment Agency*, Norwalk, CT, 2003.

*Cox Nuclear Pharmacy, Inc. and Accuscan, LLC v. CTI Molecular Imaging, Inc.*, Mobile, AL, 2002-2004.

*Mazda Motor of America, Inc. v. David J. Phillips Buick-Pontiac, Inc.,* Orange County, CA, 2002- 2003.

*Kimnach Ford*, Norfolk, VA, 2002-2008.

*Brown & Brown Chevrolet v. General Motors,* Phoenix, AZ, 2002.

*New Country Toyota,* Durango, CO, 2002-2003.

*ALCO Cadillac-Pontiac Sales, Inc. v. General Motors Corp. et al,* Englewood Cliffs, NJ, 2001-2003.

Revised 4/9/2025

Tab 1 Page 23

*Al Serra Chevrolet, Inc. v. General Motors Corp.,* Flint, MI, 2001.

*Bayou Ford Truck Sales, Inc. d/b/a Bayou City Ford-Sterling v. Sterling Truck Corp.,* Houston, TX, 2001-2002.

*Fred Lavery Company et al. v. Nissan North America, Inc., et al.,* Birmingham, MI, 2000-2002.

*Tamaroff Buick and Sunshine Automotive, Inc. v. American Honda,* Detroit, MI, 2000-2006.

*Applegate Chevrolet, Inc. v. General Motors Corporation* Flint, MI, 2000-2001.

*Anchorage Chrysler Center, Inc. v. DaimlerChrysler Motors Corporation,* Anchorage, AK, 2000-2003.

*Ford Motor Company v. Pollock Motor Co., Inc. f/k/a Pollock Ford Co., Inc., v. Ford Motor Credit,* Gadsden, AL, 1999-2001.

*Suzuki Motor Corporation Japan v. Consumers Union of United States, Inc.,* Orange County, CA, 1999.

*Arata Motor Sales v. American Honda Motor Co., et al.,* Burlingame, CA, 1999.

*Star Motor Cars v. Mercedes-Benz of North America, Inc.,* Houston, TX, 1998-1999.

*Dispatch Management Services Corp., in Aero Special Delivery, Inc. v. United States of America,* San Francisco, CA, 1999-2003 (est).

*Arnold Lincoln Mercury v. Ford Motor Co.,* Detroit, MI, 1999-2000.

*Landmark Chevrolet Corporation v. General Motors Corporation et al,* Houston, TX, 1998-2002.

*Ford Dealers of Greater Toronto,* Toronto, ONT, Canada 1998-2003.

*Volkswagen of America, Inc., et al. v. Pompano Imports, Inc., d.b.a. Vista Motor Company,* Pompano Beach, FL, 1998-1999.


PUBLICATIONS

Mark M. Leitner, Joseph S. Goode, and Ted Stockton, "Franchise and Dealership Litigation Damages" in *The Comprehensive Guide to Economic Damages*, ed. Nancy Fannon and Jonathan Dunnitz, 6th Edition, Business Valuation Resources, 2020.

Tab 1 Page 24

Joseph S. Goode, Mark M. Leitner, and Ted Stockton, "Franchise and Dealership Litigation Damages" in *The Comprehensive Guide to Economic Damages*, ed. Jonathan Dunnitz and Nancy Fannon, 5th Edition, Business Valuation Resources, 2018.

"Understanding Sales Performance Measurements: How Average Became the New Minimum," *Dealer Law Review*, Issue 14.3, Winter 2014, pp. 1-2.

*White Paper: Customer Satisfaction Measurement,* co-authored with Dr. Ernest H. Manuel, Jr., 2012.

*White Paper: Generalized Retail Sales Effectiveness* [restricted distribution]*,* co-authored with Dr. Ernest H. Manuel, Jr., 2012.

*Time Inspection Study Report of the Brotherhood of Maintenance of Way Employee Division/IBT (BMWED)*, Submitted to The Committee on Transportation and Infrastructure of the House of Representatives and The Committee on Commerce, Science, and Transportation of the Senate, 2011.

*White Paper: Customer Satisfaction,* co-authored with Dr. Ernest H. Manuel, Jr., 2010.

*White Paper: Sales Effectiveness (RSI and MSR): Flaws in Manufacturers' Measurement of Dealers' Sales Performance,* co-authored with Dr. Ernest H. Manuel, Jr., 2010.


OTHER

*Developments in Sales Metrics*, presentation to AutoCPA Group, Sun Valley, Idaho, October 1, 2018.

*Conditional Margin, Tiered Margins, Market Stratification, and Project Pinnacle*, presentation to National Association of Dealer Counsel, with Harry Zanville, April 25, 2017.

*Business Cycles and Fraud,* presentation to AutoCPA Group, September 23, 2016*.*

*Trends in Franchise Economics and a Theory of Dealer Investment,* presented to CPA group, Oklahoma City, OK, 2014.

"<u>S</u>ales expectations vs <u>S</u>ales Expectations," presentation to AutoCPA Group, 2013.

Testimony before the Texas House of Representatives on behalf of the Texas Automobile Dealers Association regarding public policy issue related to franchise law, April 9, 2013.

"Navigating the Post-Slump Environment," presentation to Chief Financial Officers Group, Palm Springs, CA, April 2012.

Revised 4/9/2025

Tab 1 Page 25

"How Dealers Can Protect Themselves" presentation to AutoCPA Group, 2011.

Minnesota Auto Dealers, issues related to General Motors and Chrysler bankruptcies and dealer arbitrations, 2010.

Arizona Electric Power Cooperative, hourly load forecasting using econometric estimation, 2006.

26

**Cases in which Mr. Stockton gave deposition, hearing
or trial testimony during the past four years**

*General Beverage Sales Co.-Milwaukee, et al. v. W.J. Deutsch 7 Sons, Ltd, et al.,* (In the Court of Waukesha County State of Wisconsin)
Provided deposition testimony 3/2025.

*Action Nissan, Inc. d/b/a Universal Hyundai for Itself and in the Name of the Department of Highway Safety and Motor Vehicle of the State of Florida, for its Use and Benefit v. Hyundai Motor America and Genesis Motor America, LLC,* (United States District Court Middle District of Florida Orlando Division)
Provided deposition testimony 4/2023 and trial testimony 2/2025.

*Rhode Island Truck Center, LLC, vs. Daimler Trucks North America, LLC,* (United States District Court for the District of Rhode Island)
Provided deposition testimony 1/2025.

*FM SoCal LLC, etc. et al, vs. BBB Automotive LLC, etc. et al,* (In the Matter if Binding Arbitration Before ADR Services, Inc.)
Provided deposition testimony 10/2024 and hearing testimony 11/2024.

*Mark Enterprises Car Company, et al., LLC, vs. Dilsher Ali, et al.,* (United States District Court District of Arizona)
Provided deposition testimony 10/2024.

*In the Estate of Richard C. Poe,* (Before the Probate Court Number One of El Paso County, Texas)
Provided deposition testimony 10/2024.

*Lou Bachrodt Chevrolet Co., vs. Volkswagen Group of America, Inc.,* (State of Illinois Motor Vehicle Review Board)
Provided deposition testimony 5/2024 and hearing testimony 9/2024.

*James R. Rosencrantz and Sons, Inc., vs. John Deere Company, a Division of Deere and Company d/b/a John Deere,* (American Arbitration Association)
Provided deposition testimony 7/2024 and hearing testimony 7/2024.

*In Re: Chrysler Pacifica Fire Recall Products Liability Litigation,* (United States District Court for the Eastern District of Michigan Southern Division)
Provided deposition testimony 5/2024.

*W.N. Motors, Inc. d/b/a Coastal Nissan, v. Nissan North America, Inc.,* (United States District Court District of Massachusetts)
Provided deposition testimony 4/2024.

Tab 2 Page 1

*George Tershakovec, et al., Individually and on Behalf of All Others Similarly Situated, v. Ford Motor Company,* (United States District Court Southern District of Florida)
Provided deposition testimony 9/2019 and trial testimony 3/2024.

*Len Stoler, Inc. d/b/a Len Stoler Hyundai, v. Hyundai Motor America Corp. And Genesis Motor America LLC,* (State of Maryland Office of Administrative Hearings)
Provided deposition testimony 3/2024.

*Lucid Group USA, Inc., v. Monique Johnston, in Her Official Capacity as Director of the Motor Vehicle Division of the Texas Department of Motor Vehicle; Daniel Avitia, in His Official Capacity as Executive Director of the Texas Department of Motor Vehicles; and Corrie Thompson, in Her Official Capacity as Director of the Enforcement Division of the Texas Department of Motor Vehicles,* (United States District Court for the Western District of Texas Austin Division)
Provided deposition testimony 2/2024.

*Darling's d/b/a, Darling's Bangor Ford, and Darling's Brunswick Ford, LLC, v. Ford Motor Company, and Maine Automobile Dealers Association,* (Maine Motor Vehicle Franchise Board)
Provided deposition testimony 1/2024.

*Robert Davis and Dr. Bruce Barton, on behalf of themselves and the Putative Class, v. BMW of North America, LLC, and Bayerische Motoren Werke Aktiengesellschaft T,* (United States District Court for the District of New Jersey)
Provided deposition testimony 1/2024.

*Jason Nuwer, Mark Minkowitz, Amarillis Gineris, Christina Vigoa, and Kevin Van Allen v. FCA US LLC f/k/a Chrysler Group LLC,* (United States District Court, Southern District of Florida)
Provided deposition testimony 5/2022 and trial testimony 1/2024.

*William Lessin and Carol Smalley, et al, on behalf of themselves and all others similarly situated, v. Ford Motor Company, a Delaware Corporation,* (United States District Court for the Southern District of California)
Provided deposition testimony 12/2023.

*Universal Auto Group d/b/a Subaru of Glendale, a California corporation, v. Subaru of America, Inc., a New Jersey corporation,* (State of California New Motor Vehicle Board)
Provided deposition testimony 12/2023.

*William D. Berluti, individually and directly, William D. Berluti, derivatively on behalf of 120 Universal Drive Associates, LLC, William D. Berluti, derivatively on behalf of R&W Real Estate, LLC, William D. Berluti, derivatively on behalf of REO Truck Rental, Inc, William D. Berluti, derivatively on behalf of Truck Center, Inc.; v. Richard M. Berluti and Peterbilt of Massachussets, LLC,* (American Arbitration Association)
Provided hearing testimony 11/2023.

Revised 3/21/2025

Tab 2 Page 2

*Kpauto, LLC, dba Putnam Ford of San Mateo v. Ford Motor Company,* (The State of California New Motor vehicle Board)
Provided hearing testimony 9/2023.

*Aaron Gant, et al. v. Ford Motor Company,* (United States District Court Eastern District of Michigan Southern Division)
Provided deposition testimony 8/2023.

*Ranbir Gujral and Danielle Emerson, on behalf of themselves and the Putative Class, v. BMW Of North America, LLC, and Bayerische Motoren Werke Aktiengesellschaft,* (United States District Court For The District of New Jersey)
Provided deposition testimony 8/2023.

*Cowin Equipment Company, Inc., v. CNH Industrial America LLC and Scott Moore,* (In the Circuit Court For Jefferson County, Alabama)
Provided deposition testimony 7/2023.

*Hyundai Subaru of Nashville, Inc. d/b/a Downtown Hyundai v. Hyundai Motor America, Inc.,* (Before the Tennessee Motor Vehicle Commission)
Provided hearing testimony 7/2023.

*Rusnak/Pasadena, a California Corporation v. Jaguar Land Rover North America, LLC,* (United States District Court Central District of California)
Provided deposition testimony 5/2023.

*Al Piemonte Ford, Inc., et al. v. Ford Motor Company,* (State of Illinois Motor Vehicle Review Board)
Provided deposition testimony 4/2023 and hearing testimony 7/2023.

*Yandery Sanchez, Louise Knudson, Andrea Reiher-Odom, Derrick Smith, Amber Witt, and Mark Treston, on behalf of themselves and all others similarly situated, v. Kia Motors America, Inc.,* (United States District Court Central District of California)
Provided deposition testimony 3/2023.

*Larson Motors, Inc v. General Motors LLC, et al.* (United States District Court Western District of Washington at Seattle)
Provided deposition testimony 2/2023.

*Estate of William D. Pilgrim, et al., on behalf of themselves and all others similarly situated v. General Motors, LLC,* (United States District Court Eastern District of Michigan)
Provided deposition testimony 2/2023.

Revised 3/21/2025

Tab 2 Page 3

*Hyundai Motor America Corporation v. EFN West Palm Motor Sales, LLC (Defendant/Counterclaim Plaintiff/Third-Party Plaintiff ) Gene Khaytin; Ernesto Revuelta; Edward W. Napleton; Geovanny Pelayo, Jorge Ruiz (Defendants), EFN West Palm Motor Sales, LLC; For Itself and in the Name of the Department of Highway Safety and Motor Vehicles of the State of Florida, for its Use and Benefit (Counterclaim-Plaintiff/Third-Party Plaintiff) v. Hyundai Motor America Corporation (Counterclaim-defendant) And Hyundai Motor Company (Third-party Defendant)* (United States District Court for the Southern District of Florida West Palm Beach Division)
Provided deposition testimony 10/2022 and trial testimony 1/2023.

*Sloan/Siqueiros, et al. v. General Motors LLC*, (United States District Court Northern District of California San Francisco Division)
Provided deposition testimony 10/2019 and trial testimony 9/2022.

*EFN West Palm Motor Sales, LLC d/b/a Napleton's West Palm Beach Hyundai, North Palm Hyundai, LLC d/b/a Napleton's North Palm Hyundai, and the Florida Department of Highway Safety and Motor Vehicles v. Hyundai Motor America Corporation*, (United States District Court for the Southern District of Florida West Palm Beach Division)
Provided deposition testimony 8/2022.

*Spitzer Autoworld Akron, LLC, v. Fred Martin Motor Company,* (Court of Common Pleas, Summit County, OH)
Provided deposition testimony 7/2022 and trial testimony 8/2022.

*Vivian Arevalo and Micah Simon v. USAA Casualty Insurance Company and Garrison Property & Casualty Insurance Company,* (District Court of Bexar County, TX)
Provided deposition testimony 6/2022.

*Chapman, et al, v. General Motors, LLC.*, (United States District Court for the Eastern District of Michigan)
Provided deposition testimony. 4/2022.

*James Bledsoe, et al, v. FCA US LLC, and Cummins Inc.*, (United States District Court for the Eastern District of Michigan)
Provided deposition testimony 9/2021 and 1/2022.

*In Re: Duramax Diesel Litigation, Relating to: Nancy Anderton, et al., v. General Motors LLC, et al.*, (United States District Court for the Eastern District of Michigan)
Provided deposition testimony 1/2022.

*Fox Hills Auto, Inc. D/b/a Airport Marina Ford v. Ford Motor Company, Central Ford Automotive, Inc., dba Central Ford v. Ford Motor Company and Los Feliz Ford, Inc., dba Star Ford Lincoln  v. Ford Motor Company*, (State of California New Motor Vehicle Board)
Provided deposition testimony 12/2021.

Revised 3/21/2025

Tab 2 Page 4

*West Palm Beach Acquisitions, Inc. d/b/a Greenway Kia West Palm Beach and Florida Department of Highway Safety & Motor Vehicles, v. Kia Motors America, Inc.*, (United States District Court Southern District of Florida West Palm Beach Division)
Provided deposition testimony 12/2021.

*Kenneth John Williams and Another Applicants v. Toyota Motor Corporation Australia Limited*, (Federal Court of Australia District Registry: New South Wales Division: General)
Provided trial testimony 12/2021.

*Gabriel Patlan, Ryan Cornell, and La Della Levy, on behalf of themselves and all others similarly situated v. BMW of North America LLC; Wendy Vazquez, on behalf of herself and all individuals similarly situated v. BMW of North America, LLC; Vikkie Wilkinson, on Behalf of Herself and the Putative Class, v. BMW of North America, LLC and Bayersiche Motoren Werke Aktiengesellschaft*, (United States District Court for the District of New Jersey)
Provided deposition testimony 11/2021.

*Peterson Motorcars, LLC et al v. BMW of North America, LLC*, (United States District Court Western District of Kentucky Louisville Division)
Provided deposition testimony 9/2021.

*Ricardo R. Garcia, et al. v. Volkswagen Group of America, Inc., et al.*, (United States District Court for the Eastern District of Virginia Alexandria Division)
Provided deposition testimony 9/2021.

*Paul Weidman, et al., v Ford Motor Company*, (U. S. District Court Eastern District of Michigan Southern Division)
Provided deposition testimony 5/2021.

*Milind Desai v. Geico Casualty Company*, (U.S. District Court Northern District of Ohio Eastern Division)
Provided deposition testimony 5/2021.

*Eric Stevens, Christopher L. Rodriguez, Michael S. Frakes, Terry Pennell, Ray Moore, Kent Larry Bakken, Lynn E. Kirkpatrick, and Michael E. Stone v. Ford Motor Company.* (United States District Court Southern District of Texas, Corpus Christi Division)
Provided deposition testimony 4/2021.

*In the matter of  Luxury Cars of Bayside, Inc., v. BMW of North America, LLC*  (State of New York Department of Motor Vehicles Safety and Business Hearing Bureau)
Provided hearing testimony 4/2021.

Revised 3/21/2025

Tab 2 Page 5

*Clarence Simmons, Franklin Navas, Jorge Arroyave, Joseph Dabbs, Jennifer DeWitt, Anne Erdman, Mark James, Shand Jackson, Mike Tierney, Mark Van Bus Kirk, John Buczynski, Ilja Lopatik, Brian Yarborough, William MacSaveny, Ryan Marshall, Allyson Rogers, Peter Tulenko, and Greg Licktenberg, on behalf of themselves and all others similarly situated v. Ford Motor Company* (United States District Court Southern District of Florida)
Provided deposition testimony 3/2021.

*Kimberley Carter and Keith Halliday v. Ford Motor Company of Canada, Ltd., Ford Credit Canada Limited and Ford Motor Company* (Ontario Superior Court Justice)
Provided cross-examination testimony 3/2021.

*Braman Motors, Inc., d/b/a Braman BMW, for Itself and in the Name of the Department of Highway Safety and Motor Vehicles of the State of Florida, for its Use and Benefit, and Palm Beach Imports, Inc., d/b/a Braman Motorcars, for Itself and in the Name of the Department of Highway Safety and Motor Vehicles of The State of Florida, for its Use and Benefit, and The Department of Highway Safety and Motor Vehicles of the State of Florida, for the Use and Benefit of Braman Motors, Inc. and Palm Beach Imports, Inc. v. BMW of North America, LLC.* (United States District Court Southern District of Florida Miami Division)
Provided deposition testimony 2/2021.

6

Revised 3/21/2025

Tab 2 Page 6







Tab 3 Page 1

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 1

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 2

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 3

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 4

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 5

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 7

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 8

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 9

TSLA_LOSAVIO_00003585_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Tab 4 Page 10



TSLA_LOSAVIO_00003585_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Page 2 of 148

Tab 4 Page 11



TSLA_LOSAVIO_00003586_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Page 1 of 40

Tab 4 Page 12

TSLA_LOSAVIO_00003586_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 4 Page 13

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 1

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 2

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 3

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 4

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 5

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 6

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 7

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 8

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 5 Page 9

TSLA_LOSAVIO_00003585_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Tab 5 Page 10



TSLA_LOSAVIO_00003585_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Page 2 of 148

Tab 5 Page 11



TSLA_LOSAVIO_00003586_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Page 1 of 40

Tab 5 Page 12



TSLA_LOSAVIO_00003586_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 6 Page 1

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 6 Page 2

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



1    55.    To the extent Paragraph 55 purports to characterize, quote from, or summarize a

2  September 14, 2016 *Reuters* article, the content of the article speaks for itself, and Tesla

3  respectfully refers the Court to that article for a complete and accurate recitation of its content.

4  Tesla denies the remaining allegations in Paragraph 55.

5    56.    The allegations in Paragraph 56 are irrelevant to this case that is brought on behalf

6  of a putative nationwide class, and Tesla therefore denies the allegations in Paragraph 56 on that

7  basis.  Tesla admits that it received a letter from German regulators around October 16, 2016.  To

8  the extent Paragraph 56 purports to characterize, quote from, or summarize that letter or an October

9  16, 2016 *Reuters* article, the content of those sources speaks for itself, and Tesla respectfully refers

10  the Court to those sources for a complete and accurate recitation of their content.  Tesla admits

11  that the term "autopilot" is similar to the term "autopilot" that has been long used in the aviation

12  industry.    To the extent the Autopilot name is considered as Tesla's representation, such

13  representation goes beyond the two specific pre-purchase statements identified in the Court's MTD

14  Order on which Plaintiff's claims may proceed, and no response is required; to avoid any doubt,

15  Tesla denies the related allegations as irrelevant to the case to the extent a response is required.

16  Tesla otherwise denies the remaining allegations in Paragraph 56.

17    57.    Tesla admits that it announced a new suite of hardware on October 19, 2016,

18  including Enhanced Autopilot and FSDC packages.  Tesla admits that the purchase price for

19  Enhanced Autopilot at the time was $5,000 and the purchase price for FSDC (which includes

20  Enhanced Autopilot) was $8,000.  To the extent Paragraph 57 purports to characterize, quote from,

21  or summarize the announcement made by Tesla on October 19, 2016 or an October 20, 2016 *Motor*

22  *Trend* article reporting on that announcement, the content of those sources speaks for itself, and

23  Tesla respectfully refers the Court to those sources for a complete and accurate recitation of their

24  content.  To the extent the allegations in Paragraph 57 are considered as Tesla's representations,

25  some of those representations go beyond the two specific pre-purchase statements identified in the

26  Court's MTD Order on which Plaintiff's claims may proceed, and no response is required; to avoid

27  any doubt, Tesla denies those allegations as irrelevant to the case to the extent a response is

28  required.  Tesla otherwise denies the remaining allegations in Paragraph 57.

TSLA_LOSAVIO_00044404

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Tab 6 Page 5

PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

COPYRIGHT 2023 TESLA, INC.

TSLA_LOSAVIO_00044419

T ≡ 5 L ⊓

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

The Wayback Machine - https://web.archive.org/web/20210717022518/https://www.tesla.com/support/full-self-driving-subscri…

T Ξ 5 L Π          Model S     Model 3     Model X     Model Y     Solar Roof     Solar Panels

Shop     Account     Menu

# Support

Ordering   Delivery   Owners   Forums

# Full Self-Driving Capability Subscriptions

Autopilot is an advanced driver assistance system that assists your car with
steering, accelerating and braking for other vehicles and pedestrians within its
lane. They assist with the most burdensome parts of driving and work alongside
features like emergency braking, collision warning and blind-spot monitoring.

With Full Self-Driving (FSD) capability, you will get access to a suite of more
advanced driver assistance features, designed to provide more active guidance
and assisted driving under your active supervision.

If you have not already purchased FSD capability and your vehicle has FSD
computer 3.0 or above, you can subscribe to FSD capability from the Tesla app
or your Tesla Account.

- Eligibility
- Subscription Pricing
- Frequently Asked Questions

## Eligibility

If your vehicle has Full Self-Driving computer 3.0 or above, plus Basic Autopilot
or Enhanced Autopilot, you are eligible to subscribe to FSD capability. Check
your Autopilot configuration from your vehicle's touchscreen by selecting
'Controls' > 'Software' > 'Additional Vehicle Information.'

Hardware upgrades to the Full Self-Driving computer are not included with Full
Self-Driving capability subscriptions. To be eligible for FSD capability
subscriptions, the FSD computer must be installed in your vehicle. To install the
FSD computer, schedule an installation appointment from the Tesla app.

## Subscription Pricing

Tab 6 Page 7

Your vehicle's current Autopilot package of Basic Autopilot or Enhanced Autopilot will determine the FSD capability subscription price.

| Basic Autopilot to FSD capability | $199.00 per month |
|---|---|
| Enhanced Autopilot to FSD capability | $99.00 per month |

\* Enhanced Autopilot (EAP) is only available in select markets.

To subscribe, open the 'Upgrades' menu in your Tesla app or sign in to your Tesla Account. If you have multiple vehicles associated with your account, please be sure to select and subscribe to the correct vehicle.

You can cancel your subscription at any time through the Tesla app or your Tesla Account. Monthly subscription payments will not be prorated. After your cancellation is processed, you will continue to have FSD capability features for the remainder of the current billing period.

# Frequently Asked Questions

**Where are Full Self-Driving (FSD) capability subscriptions available?**
FSD capability subscriptions are currently available to eligible vehicles in the United States. Check your Tesla app for updates on availability in other regions.

**Which features come with my subscription?**
The FSD capability features you receive are based on your configuration and location. Not all features are available in all markets, and features are subject to change. Learn more about Autopilot and Full Self-Driving capability features.

*Note: These features are designed to become more capable over time; however the currently enabled features do not make the vehicle autonomous. The currently enabled features require a fully attentive driver, who has their hands on the wheel and is prepared to take over at any moment.*

**Are hardware upgrades included with my FSD capability subscription?**
No. If you do not have the Full Self-Driving computer, schedule your hardware installation from the Tesla app by selecting 'Schedule Service' > 'Accessories' > 'Upgrades & Accessories' > 'Full Self-Driving computer.'

**Can I subscribe to FSD capability while I wait for my hardware installation to complete?**
Once your hardware installation is complete, you can subscribe to FSD capability in the Tesla app or your Tesla Account.

**Can I cancel my subscription?**
You can cancel your FSD capability subscription at any time from the Tesla app or your Tesla Account. Monthly subscription payments will not be prorated. After your cancellation is processed, you will continue to have FSD capability features for the remainder of the current billing period.

To cancel your subscription from the Tesla app:

Case 3:22-cv-05240-RFL    Document 137-10    Filed 05/06/25    Page 86 of 122

The Wayback Machine - https://web.archive.org/web/20240409005154/https://www.tesla.com/su...



TESLA                                                                   Menu

Article Menu  ⌄

# Full Self-Driving Capability Subscriptions

Autopilot is an advanced driver assistance system that assists your car with steering, accelerating and braking for other vehicles and pedestrians within its lane. It assists with the most burdensome parts of driving and work alongside features like emergency braking, collision warning and blind-spot monitoring.

With Full Self-Driving (FSD) capability, you will get access to a suite of more advanced driver assistance features, designed to provide more active guidance and assisted driving under your active supervision.

If you have not already purchased FSD capability and your vehicle has FSD computer 3.0 or above, you can subscribe to FSD capability from the Tesla app or your vehicle's touchscreen.

## Eligibility

If your vehicle has Full Self-Driving computer 3.0 or above, plus Basic Autopilot or Enhanced Autopilot, you are eligible to subscribe to FSD capability. You can check your Autopilot configuration from your vehicle's touchscreen by selecting 'Controls' > 'Software' > 'Additional Vehicle Information.' You can also check your configuration in the Tesla app by selecting 'Vehicle' > 'Specs & Warranty.'

Hardware upgrades to the Full Self-Driving computer are not included with Full Self-Driving capability subscriptions. To be eligible for FSD capability subscriptions, the FSD computer must be installed in your vehicle. To install the FSD computer, schedule an installation appointment from the Tesla app.

## Subscription Pricing

Tab 6 Page 9

Your vehicle's current Autopilot package of Basic Autopilot or Enhanced Autopilot will determine the FSD capability subscription price.

| | |
|---|---|
| **Basic Autopilot to FSD capability** | $199.00 per month |
| **Enhanced Autopilot to FSD capability** | $99.00 per month |

*Enhanced Autopilot (EAP) is only available in select markets.

# Frequently Asked Questions   Show All

> **How do I subscribe to Full Self-Driving Capability?**
> If your vehicle is eligible, you can subscribe to Full Self-Driving Capability from the Tesla app or your vehicle's touchscreen.

To subscribe to Full Self-Driving Capability in the Tesla app, follow these steps:

1. Open the Tesla app.
2. Tap 'Upgrades.'
3. At the top for your screen, tap 'Subscribe.'
4. Tap the checkbox next to 'Full Self-Driving Capability.'
5. Tap 'Subscribe.'

**Note**: Only the Tesla Account that owns the vehicle can purchase upgrades in the Tesla app.

To subscribe to Full Self-Driving Capability from your vehicle's touchscreen, follow these steps:

1. Open the Controls menu.
2. Tap 'Upgrades.'
3. If your vehicle is eligible, you will see an option to purchase a FSD Subscription.
4. Swipe to purchase.

The vehicle will need to complete a software update before FSD features are available.

> **Can I cancel my subscription?**
> You can cancel your FSD capability subscription at any time from the Tesla app. Monthly subscription payments will not be prorated. After your

The Wayback Machine - https://web.archive.org/web/20240422192335/https://www.tesla.com/sup...

T Ξ 5 L Π                                                    Menu

Article Menu   ⌄

# Full Self-Driving Capability Subscriptions

Autopilot is an advanced driver assistance system that assists your car with steering, accelerating and braking for other vehicles and pedestrians within its lane. It assists with the most burdensome parts of driving and work alongside features like emergency braking, collision warning and blind-spot monitoring.

With Full Self-Driving (FSD) capability, you will get access to a suite of more advanced driver assistance features, designed to provide more active guidance and assisted driving under your active supervision.

If you have not already purchased FSD capability and your vehicle has FSD computer 3.0 or above, you can subscribe to FSD capability from the Tesla app or your vehicle's touchscreen.

## Eligibility

If your vehicle has Full Self-Driving computer 3.0 or above, plus Basic Autopilot or Enhanced Autopilot, you are eligible to subscribe to FSD capability. You can check your Autopilot configuration from your vehicle's touchscreen by selecting 'Controls' > 'Software' > 'Additional Vehicle Information.' You can also check your configuration in the Tesla app by selecting 'Vehicle' > 'Specs & Warranty.'

Hardware upgrades to the Full Self-Driving computer are not included with Full Self-Driving capability subscriptions. To be eligible for FSD capability subscriptions, the FSD computer must be installed in your vehicle. To install the FSD computer, schedule an installation appointment from the Tesla app.

## Subscription Pricing

Your vehicle's current Autopilot package of Basic Autopilot or Enhanced Autopilot will determine the FSD capability subscription price.

| Basic Autopilot to FSD capability | $99.00 per month |
| --- | --- |
| Enhanced Autopilot to FSD capability | $99.00 per month |

*Enhanced Autopilot (EAP) is only available in select markets.

# Frequently Asked Questions  Show All

> **How do I subscribe to Full Self-Driving Capability?**
If your vehicle is eligible, you can subscribe to Full Self-Driving Capability from the Tesla app or your vehicle's touchscreen.

To subscribe to Full Self-Driving Capability in the Tesla app, follow these steps:

1. Open the Tesla app.
2. Tap 'Upgrades.'
3. At the top for your screen, tap 'Subscribe.'
4. Tap the checkbox next to 'Full Self-Driving Capability.'
5. Tap 'Subscribe.'

**Note**: Only the Tesla Account that owns the vehicle can purchase upgrades in the Tesla app.

To subscribe to Full Self-Driving Capability from your vehicle's touchscreen, follow these steps:

1. Open the Controls menu.
2. Tap 'Upgrades.'
3. If your vehicle is eligible, you will see an option to purchase a FSD Subscription.
4. Swipe to purchase.

The vehicle will need to complete a software update before FSD features are available.

> **Can I cancel my subscription?**
You can cancel your FSD capability subscription at any time from the Tesla app. Monthly subscription payments will not be prorated. After your

# Full Self-Driving (Supervised) Subscriptions

Autopilot is an advanced driver assistance system that assists your vehicle with steering, accelerating and braking for other vehicles and pedestrians within its lane. It assists with the most burdensome parts of driving and work alongside features like emergency braking, collision warning and blind-spot monitoring.

With Full Self-Driving (FSD) (Supervised), you will get access to a suite of more advanced driver assistance features, designed to provide more active guidance and assisted driving under your active supervision.

If you have not already purchased FSD (Supervised) and your vehicle has FSD computer 3.0 or above, you can subscribe to FSD (Supervised) from the Tesla app or your vehicle's touchscreen.

## Eligibility

If your vehicle has Full Self-Driving computer 3.0 or above, plus Basic Autopilot or Enhanced Autopilot, you are eligible to subscribe to FSD (Supervised). You can check your Autopilot configuration from your vehicle's touchscreen by selecting 'Controls' > 'Software' > 'Additional Vehicle Information.' You can also check your configuration in the Tesla app by selecting 'Vehicle' > 'Specs & Warranty.'

Hardware upgrades to the Full Self-Driving computer are not included with Full Self-Driving (Supervised) subscriptions. To be eligible for FSD (Supervised) subscriptions, the FSD computer must be installed in your vehicle. To install the FSD computer, schedule an installation appointment from the Tesla app.

## Subscription Pricing

Your vehicle's current Autopilot package of Basic Autopilot or Enhanced Autopilot will determine the FSD (Supervised) subscription price, which is subject to change.

| | |
|---|---|
| Basic Autopilot to FSD (Supervised) | $99.00 per month |

Tab 6 Page 13

| Enhanced Autopilot to FSD (Supervised) | $99.00 per month |

**Note:** Enhanced Autopilot (EAP) is only available in select markets.

# Frequently Asked Questions    <u>Hide All</u>

∨ **How do I subscribe to Full Self-Driving (Supervised)?**

<u>If your vehicle is eligible</u>, you can subscribe to Full Self-Driving (Supervised) from the Tesla app or your vehicle's touchscreen.

To subscribe to Full Self-Driving (Supervised) in the Tesla app, follow these steps:

1. Open the Tesla app.
2. Tap 'Upgrades.'
3. At the top for your screen, tap 'Subscribe.'
4. Tap the checkbox next to 'Full Self-Driving (Supervised).'
5. Tap 'Subscribe.'

**Note:** Only the Tesla Account that owns the vehicle can purchase upgrades in the Tesla app.

To subscribe to Full Self-Driving (Supervised) from your vehicle's touchscreen, follow these steps:

1. Open the Controls menu.
2. Tap 'Upgrades.'
3. If your vehicle is eligible, you will see an option to purchase a FSD Subscription.
4. Swipe to purchase.

The vehicle will need to complete a software update before FSD features are available.

∨ **Can I cancel my subscription?**

You can cancel your FSD (Supervised) subscription at any time from the Tesla app. Monthly subscription payments will not be prorated. After your cancelation is processed, you will continue to have FSD (Supervised) features for the remainder of the current billing period.

To cancel your subscription from the Tesla app:

1. Open the Tesla app.
2. Tap 'Upgrades' > 'Manage Upgrades.'
3. Find Full Self-Driving (Supervised), tap 'Manage.'
4. Next to Full Self-Driving (Supervised), tap 'Cancel.'

Tab 6 Page 14

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 6 Page 15

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 6 Page 16

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 6 Page 17

TSLA_LOSAVIO_00003584_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX



Tab 6 Page 18

TSLA_LOSAVIO_00003585_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Tab 6 Page 19



TSLA_LOSAVIO_00003585_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.XLSX

Page 2 of 148

Tab 6 Page 20

# New Tesla Retail Registrations
## California as a Percent of U.S.
### 1/2016 - 5/2017

| Registration Month | California | U.S. | California % U.S. |
|---|---|---|---|
| 1/2016 | 1,667 | 2,642 | 63.10% |
| 2/2016 | 240 | 901 | 26.64% |
| 3/2016 | 928 | 2,853 | 32.53% |
| 4/2016 | 2,823 | 4,232 | 66.71% |
| 5/2016 | 750 | 1,720 | 43.60% |
| 6/2016 | 1,310 | 3,981 | 32.91% |
| 7/2016 | 1,861 | 4,206 | 44.25% |
| 8/2016 | 1,302 | 3,130 | 41.60% |
| 9/2016 | 1,935 | 4,640 | 41.70% |
| 10/2016 | 2,545 | 5,720 | 44.49% |
| 11/2016 | 346 | 1,303 | 26.55% |
| 12/2016 | 1,355 | 4,284 | 31.63% |
| 1/2017 | 2,969 | 5,505 | 53.93% |
| 2/2017 | 459 | 1,940 | 23.66% |
| 3/2017 | 1,215 | 3,683 | 32.99% |
| 4/2017 | 2,137 | 3,810 | 56.09% |
| 5/2017 | 756 | 2,165 | 34.92% |
| Sum | 24,598 | 56,715 | 43.37% |

SOURCE: The Fontana Group, Inc.
DATA: S&P Global Mobility New Summary Registration Data File, 1/2016 - 5/2017 (12/2020 Update)
F:\TESL: REGPCT.XLSX:SPRE:99:TKHDIM

Tab 7 Page 1

# Illustration of Method to Identify Pre-Arbitration Class Deliveries, Subscriptions, and OTA Upgrades

| At Delivery | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| Full Self-Driving | TSLA_LOSAVIO_00003584, tab "FSD At Delivery" | Column "FSD Category FSD" |
| Enhanced Autopilot | n/a | n/a |

| Full Self-Driving Subscription | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| from Basic Autopilot | TSLA_LOSAVIO_00003584, tab "FSD Subscription" | Column "FSD Subscription" where "ProductType" = "BAP-FSD" |
| from Enhanced Autopilot | TSLA_LOSAVIO_00003584, tab "FSD Subscription" | Column "FSD Subscription" where "ProductType" = "EAP-FSD" |

| OTA Upgrades to Full Self-Driving | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| from Autopilot with convenience features | TSLA_LOSAVIO_00003584, tab "FSD OTA Upgrades" | Column "# Orders" where "FSD Category (Original)" = "Autopilot with convenience features" and "FSD Category (Purchased)" = "FSD" |
| from Enhanced Autopilot | TSLA_LOSAVIO_00003584, tab "FSD OTA Upgrades" | Column "# Orders" where "FSD Category (Original)" = "EAP" and "FSD Category (Purchased)" = "FSD" |
| from No Autopilot | TSLA_LOSAVIO_00003584, tab "FSD OTA Upgrades" | Column "# Orders" where "FSD Category (Original)" = "No Autopilot" and "FSD Category (Purchased)" = "FSD" |

| California Adjustment | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| All | S&P Global Mobility New Summary Registration Data File, 1/2016 - 5/2017 (12/2020 Update) | California % U.S. New Retail Registrations |

Note: n/a = not available.

SOURCE: The Fontana Group, Inc.
   DATA: TSLA_LOSAVIO_00003584.
       S&P Global Mobility New Summary Registration Data File, 1/2016 - 5/2017 (12/2020 Update).
F:\TESL: DESC.XLSX:SPNM:99:TKHEIM

Tab 8 Page 1

# Illustration of Method to Identify Opt-Out Class
# Deliveries, Subscriptions, and OTA Upgrades

| At Delivery | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| Full Self-Driving | TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00000003 | TSLA_LOSAVIO_00003585 unique Reference Numbers with Column "OrderStatus" = "Delivered" and codes within "AutopilotFirmwareCodeAtDelivery" and "AutopilotPackageCodeAtDelivery" columns result in TSLA_LOSAVIO_00000003 column "AutoPilotStandardizedDescription" = "Full Self Driving" |
| Enhanced Autopilot | TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00000003 | TSLA_LOSAVIO_00003585 unique Reference Numbers with Column "OrderStatus" = "Delivered" and codes within "AutopilotFirmwareCodeAtDelivery" and "AutopilotPackageCodeAtDelivery" columns result in TSLA_LOSAVIO_00000003 column "AutoPilotStandardizedDescription" = "Enhanced Autopilot" |

| Full Self-Driving Subscription | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| from Basic Autopilot | TSLA_LOSAVIO_00003586 | Unique Reference Numbers with Column "ProductType" = "BAP-FSD" and column "OrderStatus" = "Delivered" or "Post Delivery" |
| from Enhanced Autopilot | TSLA_LOSAVIO_00003586 | Unique Reference Numbers with Column "ProductType" = "EAP-FSD" and column "OrderStatus" = "Delivered" or "Post Delivery" |

| OTA Upgrades | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| Basic Autopilot to Enhanced | TSLA_LOSAVIO_00003585 | Unique Reference Numbers with Column "OrderStatus" = "Delivered" and "OTAPurchaseDescription" = "Basic Autopilot to Enhanced Autopilot" |
| Basic Autopilot to Full Self | TSLA_LOSAVIO_00003585 | Unique Reference Numbers with Column "OrderStatus" = "Delivered" and "OTAPurchaseDescription" = "Basic Autopilot to Full Self Driving" |
| Enhanced Autopilot to Full Self | TSLA_LOSAVIO_00003585 | Unique Reference Numbers with Column "OrderStatus" = "Delivered" and "OTAPurchaseDescription" = "Enhanced Autopilot to Full Self Driving" |

| California Adjustment | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| All | TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00003586 | Column "DeliveryState" = "CA" or Column "RegistrationState" = "CA" |

SOURCE: The Fontana Group, Inc.
DATA: TSLA_LOSAVIO_00003585.
TSLA_LOSAVIO_00003586.
TSLA_LOSAVIO_00000003.
F:\TESL: DESC.XLSX:SONM:99:TKHEIM

Tab 8 Page 2

# Illustration of Method to Identify Prices of Pre-Arbitration Class Deliveries, Subscriptions, and OTA Upgrades



| Full Self-Driving Subscription | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| from Basic Autopilot | https://www.tesla.com/support/full-self-driving-subscriptions, including Wayback Machine internet archives | "Basic Autopilot to FSD capability" Subscription Pricing as of 7/7/2021 (earliest available), 4/9/2024 (latest available before change), and 4/22/2024 (first available after change) internet archives and current internet site |
| from Enhanced Autopilot | https://www.tesla.com/support/full-self-driving-subscriptions, including Wayback Machine internet archives | "Enhanced Autopilot to FSD capability" Subscription Pricing as of 7/7/2021, 4/9/2024, and 4/22/2024 internet archives and 2/4/2025 |

| OTA Upgrades to Full Self-Driving | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| from Autopilot with convenience features | TSLA_LOSAVIO_00003584, tab "FSD OTA Upgrades" | Column "Median PurchasedItemPrice (Clean)" where "FSD Category (Original)" = "Autopilot with convenience features" and "FSD Category (Purchased)" = "FSD" |
| from Enhanced Autopilot | TSLA_LOSAVIO_00003584, tab "FSD OTA Upgrades" | Column "Median PurchasedItemPrice (Clean)" where "FSD Category (Original)" = "EAP" and "FSD Category (Purchased)" = "FSD" |
| from No Autopilot | TSLA_LOSAVIO_00003584, tab "FSD OTA Upgrades" | Column "Median PurchasedItemPrice (Clean)" where "FSD Category (Original)" = "No Autopilot" and "FSD Category (Purchased)" = "FSD" |

SOURCE: The Fontana Group, Inc.
DATA: TSLA_LOSAVIO_00003584.
███████████████
Answer to Third Amended Complaint, 7/5/2024.
Tesla Internet Site.
Tesla Internet Site Archives, 7/7/2021, 4/9/2024, and 4/22/2024.
F:\TESL: DESC.XLSX:SSRP:99:TKHOIM:RTKHEIM:99

Tab 8 Page 3

# Illustration of Method to Identify Prices of Opt-Out Class Deliveries, Subscriptions, and OTA Upgrades

| At Delivery | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| Full Self-Driving | TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00000003 | TSLA_LOSAVIO_00003585 Column "AutopilotFirmwarePriceAtDelivery" and Column "AutoPilotPackagePriceAtDelivery" where Column "OrderStatus" = "Delivered" and codes within "AutopilotFirmwareCodeAtDelivery" and "AutopilotPackageCodeAtDelivery" columns result in TSLA_LOSAVIO_00000003 column "AutoPilotStandardizedDescription" = "Full Self Driving" |
| Enhanced Autopilot | TSLA_LOSAVIO_00003585 and TSLA_LOSAVIO_00000003 | TSLA_LOSAVIO_00003585 Column "AutopilotFirmwarePriceAtDelivery" and Column "AutoPilotPackagePriceAtDelivery" where Column "OrderStatus" = "Delivered" and codes within "AutopilotFirmwareCodeAtDelivery" and "AutopilotPackageCodeAtDelivery" columns result in TSLA_LOSAVIO_00000003 column "AutoPilotStandardizedDescription" = "Enhanced Autopilot" |

| Full Self-Driving Subscription | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| from Basic Autopilot | https://www.tesla.com/support/full-self-driving-subscriptions, including Wayback Machine internet archives | "Basic Autopilot to FSD capability" Subscription Pricing as of 7/7/2021 (earliest available), 4/9/2024 (latest available before change), and 4/22/2024 (first available after change) internet archives and current internet site |
| from Enhanced Autopilot | https://www.tesla.com/support/full-self-driving-subscriptions, including Wayback Machine internet archives | "Enhanced Autopilot to FSD capability" Subscription Pricing as of 7/7/2021, 4/9/2024, and 4/22/2024 internet archives and 2/4/2025 |

| OTA Upgrades | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| Basic Autopilot to Enhanced | TSLA_LOSAVIO_00003585 | Column "OTAPurchasedItemPrice" where Column "OrderStatus" = "Delivered" and "OTAPurchaseDescription" = "Basic Autopilot to Enhanced Autopilot" |
| Basic Autopilot to Full Self | TSLA_LOSAVIO_00003585 | Column "OTAPurchasedItemPrice" where Column "OrderStatus" = "Delivered" and "OTAPurchaseDescription" = "Basic Autopilot to Full Self Driving" |
| Enhanced Autopilot to Full Self | TSLA_LOSAVIO_00003585 | Column "OTAPurchasedItemPrice" where Column "OrderStatus" = "Delivered" and "OTAPurchaseDescription" = "Enhanced Autopilot to Full Self Driving" |

| California Adjustment | | |
|---|---|---|
| **Technology** | **Source** | **Source Details** |
| All | TSLA_LOSAVIO_00003585 | Column "DeliveryState" = "CA" or Column "RegistrationState" = "CA" |

SOURCE: The Fontana Group, Inc.
DATA: TSLA_LOSAVIO_00003585.
TSLA_LOSAVIO_00000003.
Tesla Internet Site.
Tesla Internet Site Archives, 7/7/2021, 4/9/2024, and 4/22/2024.
F:\TESL: DESC.XLSX:SOPR:99:TKHEIM

Tab 8 Page 4

Tab 8 Page 5

ATTORNEY'S EYES ONLY



Tab 8 Page 6

ATTORNEY'S EYES ONLY





Tab 8 Page 8

Tab 8 Page 9

ATTORNEY'S EYES ONLY



Tab 8 Page 10



Tab 8 Page 11

ATTORNEY'S EYES ONLY



Tab 8 Page 12

ATTORNEY'S EYES ONLY



Tab 8 Page 13

Tab 8 Page 14

ATTORNEYS' EYES ONLY



Tab 9 Page 1

ATTORNEYS' EYES ONLY



Tab 9 Page 2

ATTORNEYS' EYES ONLY



Tab 9 Page 3



SOURCE: The Fontana Group, Inc.
DATA: TSLA_LOSAVIO_000003585.
TSLA_LOSAVIO_000003586.
TSLA_LOSAVIO_000000003.
F:\TESL: DMGS.XLSX:SOCN:99:TKIHIM

ATTORNEYS' EYES ONLY





Tab 10 Page 1

ATTORNEYS' EYES ONLY





Tab 10 Page 2

ATTORNEYS' EYES ONLY





Tab 10 Page 3

ATTORNEYS' EYES ONLY





Tab 10 Page 4

# Data/Documents Relied Upon/Received

102 Third Amended Complaint.pdf.

106 - 2024-07-05 [106] Answer to TAC.pdf.

2024-09-06 Order Granting Stipulated Protective Order.pdf.

2024-11-14 Tesla's Am Resps & Objs to LoSavio's Rogs, Set 1.pdf.

"About Us," J.D. Power, accessed June 28, 2023, https://www.jdpower.com/business/about-us.

TSLA_LOSAVIO_00000001 – 00000003.

TSLA_LOSAVIO_00003583 – 00003586.

TSLA_LOSAVIO_00044404 – 00044472.

Tesla Internet Site.

Tesla Internet Site Archives, 7/7/2021, 4/9/2024, and 4/22/2024.

S&P Global Mobility New Summary Registration Data File, 1/2016 - 5/2017 (12/2020 Update).

Bureau of Economic Analysis Internet Site, 3/27/2025.

F:\TESL: DOCSREL.DOCX:00:TKHMIM

Tab 11 Page 1

# Inflation Adjustment Factor*
## (Base = 2024)
## 2016 - 2024

|  | Implicit Price Deflator (GDP) | Inflation Adjustment Factor* (Base = 2024) |
|---|---|---|
| **2016** | 98.241 | 1.275 |
| **2017** | 100.000 | 1.252 |
| **2018** | 102.291 | 1.224 |
| **2019** | 103.979 | 1.204 |
| **2020** | 105.361 | 1.189 |
| **2021** | 110.172 | 1.137 |
| **2022** | 118.026 | 1.061 |
| **2023** | 122.273 | 1.024 |
| **2024** | 125.230 | 1.000 |

\* Inflation Adjustment Factor = 2024 Implicit Price Deflator / Implicit Price Deflator.

SOURCE: The Fontana Group, Inc.
DATA: Bureau of Economic Analysis Internet Site, 3/27/2025
F:\TESL: INFADJ.XLSX:SIAF:99:TKITIM