# FIEBER DEC EX. 6

DAVID C. MARCUS (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel.: (213) 443-5312

ALLISON BINGXUE QUE (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000

ALAN SCHOENFELD (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 937-7294

*Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S AMENDED AND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF THOMAS LOSAVIO'S INTERROGATORIES (SET ONE)** <br><br> **(CONTAINS HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION)** |



TESLA'S AM. & SUPPL. R&OS TO
PLAINTIFF'S 1ST SET OF ROGS

Case. No. 3:22-CV-05240-RFL



TESLA'S AM. & SUPPL. R&OS TO         Case. No. 3:22-CV-05240-RFL
PLAINTIFF'S 1ST SET OF ROGS

1  ███████████████████████████████████████
2  ████
3  ████████ ██ ████ █████ ████ ████████ █████ █████
4  ██████████████
5  ███████████████████████████████████
6  ███████████████████████████████████████
7  ███████████████████████████████████████
8  ███████████████████████████████████████
9  ███████████████████████████████████████
10 ███████████████████████████████████████
11 ███████████████████████████████████████
12 ███████████████████████████████████████
13 ███████████████████████████████████████
14 ██████████████
15 ███████████████████████████████████
16 ███████████████████████████████████████
17 ███████████████████████████████████████
18 ██████████████

20  Dated: November 14, 2024        **WILMER CUTLER PICKERING HALE AND DORR LLP**

22  <u>*/s Alan E. Schoenfeld*</u>
    Alan E. Schoenfeld

24  *Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*