# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 16

# Deposition Transcript

Case Number: 3:22-CV-0524-RFL

Date: February 27, 2025

In the matter of:

# IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION

# Dhaval Shroff

## CONFIDENTIAL - ATTORNEYS' EYES ONLY



Reported by:
Audra Cramer

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

1               UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3
                                          )
4    IN RE TESLA ADVANCED DRIVER          ) CASE NO. 3:22-CV-0524-RFL
     ASSISTANCE SYSTEMS LITIGATION        )
5    _____)

6

7

8

9

10          * * *  CONFIDENTIAL  * * *

11       * * *  ATTORNEYS' EYES ONLY  * * *

12

13

14    VIDEO-RECORDED DEPOSITION OF DHAVAL SHROFF

15            THURSDAY, FEBRUARY 27, 2025

16                 9:31 A.M. PST

17             SAN FRANCISCO, CALIFORNIA

18

19

20

21

22

23

24     REPORTED BY AUDRA E. CRAMER, CSR NO. 9901
                   JOB NO. 1431149
25

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3
                                        )
 4   IN RE TESLA ADVANCED DRIVER        ) CASE NO. 3:22-CV-0524-RFL
     ASSISTANCE SYSTEMS LITIGATION      )
 5   _____)

 6

 7

 8

 9

10

11

12

13

14        VIDEO-RECORDED DEPOSITION OF DHAVAL SHROFF,

15   TAKEN ON BEHALF OF PLAINTIFF THOMAS LoSAVIO

16   AT 50 CALIFORNIA STREET, SAN FRANCISCO, CALIFORNIA,

17   ON THURSDAY, FEBRUARY 27, 2025, AT 9:31 A.M. PST, BEFORE

18   AUDRA E. CRAMER, CSR NO. 9901, PURSUANT TO NOTICE.

19

20

21

22

23

24

25
```

1    APPEARANCES OF COUNSEL

2

3    FOR THE PLAINTIFFS AND THE PROPOSED CLASS:

4              COTCHETT, PITRE & MCCARTHY LLP
               BY:   JULIE L. FIEBER, ESQUIRE
                     MARISSA L. HAUCK, ESQUIRE
5              840 MALCOLM ROAD
               BURLINGAME, CALIFORNIA 94010
6              (650) 697-6000
               jfieber@cpmlegal.com
7              mhauck@cpmlegal.com

8
               CASEY GERRY SCHENK FRANCAVILLA BLATT &
9              PENFIELD LLP
               BY:   P. CAMILLE GUERRA, ESQUIRE
10             110 LAUREL STREET
               SAN DIEGO, CALIFORNIA 92101
11             (619) 238-1811
               camille@cglaw.com

12

13   FOR DEFENDANTS TESLA, INC.; TESLA LEAST TRUST; AND
     TESLA FINANCE LLC:

14
               WILMER CUTLER PICKERING HALE AND DORR LLP
15             BY:   DAVID C. MARCUS, ESQUIRE
                     (PRO HAC VICE)
16                   BINGXUE (ALLISON) QUE, ESQUIRE
               350 SOUTH GRAND AVENUE, SUITE 2400
17             LOS ANGELES, CALIFORNIA 90071
               (650) 858-6000
18             david.marcus@wilmerhale.com
               allison.que@wilmerhale.com

19

20   ALSO PRESENT

21             PETER MATTESON, VIDEOGRAPHER

22             KELLY HOFFMAN, PARALEGAL, COTCHETT

23             AENGUS CARR, IN-HOUSE COUNSEL, TESLA

24

25

10:58

10:58

10:58

10:58

10:58

10:58

DHAVAL SHROFF
FEBRUARY 27, 2025     CONFIDENTIAL - ATTORNEYS' EYES ONLY     JOB NO. 1431149

10:58

11:01

11:01

11:03

11:03

11:03

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:03

11:03

11:03

11:04

11:04

11:04

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:04

11:04

11:04

11:05

11:05

11:05

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:05

11:05

11:05

11:06

11:06

11:06

DHAVAL SHROFF
FEBRUARY 27, 2025        CONFIDENTIAL - ATTORNEYS' EYES ONLY        JOB NO. 1431149

11:06

11:06

11:06

11:07

11:07

11:07

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:07 ████████████████████████████████████████████

      ████████████████

11:07 ████████████████████████████

      ██████████████

      ████████████████████████████████████████████

      ████████████████████████████████████████████████

      ████████████████████████████████

11:07 ██████████

      ██████████████████████████

      ████████████████████████████████████

      ████████████████

      ██████████████

11:07 ████████████████████████████████████████████

      ██████████████████████████████████

      ████████████████████████████

      ████████████████████████████████

      ████████████████████████████████████

11:08 ██████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████████████████

      ████████████████████████████████████

      ████████████████████████████

11:08 ████████████████████████████████████████████

11:08

11:08

11:08

11:08

11:09

11:09

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:09

11:09

11:09

11:09

11:09

11:10

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:10

11:10

11:10

11:10

11:10

11:11

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:11

11:11

11:11

11:11

11:11

11:12

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY                    JOB NO. 1431149

11:12

11:12

11:12

11:12

11:13

11:13

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:13

11:13

11:13

11:13

11:14

11:14

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:14

11:14

11:14

11:14

11:14

11:15

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

11:15

11:15

11:15

11:15

11:16

11:16

DHAVAL SHROFF
FEBRUARY 27, 2025        CONFIDENTIAL - ATTORNEYS' EYES ONLY        JOB NO. 1431149

02:13    1    █████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

02:14    ██████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

████████████████

02:14    ███████████████████████████████████████████ ,

██████████████████

██████████████████████████

████████████████████████████████████

██████████████████████████████████████████████

02:14    ██    █████████████

████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

02:15    ██████████████

████████████████████████████████████████

██████████████████████████████████████

██████████████████████████

██████████████████████████████████████

02:15    ████████████████████████

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

02:15

02:15

02:15

02:15

02:16

02:16

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

02:16

02:16

02:16

02:16

02:17

02:17

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

02:17

02:17

02:17

02:17

02:18

02:18

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

02:18

02:18

02:18

02:18

02:19

02:19

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

02:19

02:19

02:19

02:19

02:20

02:20

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

02:57

02:58

02:58

02:58

02:59

02:59

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

02:59

02:59

02:59

03:00

03:00

03:00

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

03:00

03:00

03:01

03:01

03:01

03:01

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

03:01

03:02

03:02

03:02

03:02

03:02

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

03:02

03:03

03:03

03:03

03:03

03:03

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

03:29

03:29

03:29

03:29

03:29

03:30

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

03:30

03:30

03:30

03:30

03:31

03:31

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

03:31

03:31

03:31

03:32

03:32

03:32

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY          JOB NO. 1431149

DHAVAL SHROFF
FEBRUARY 27, 2025          CONFIDENTIAL - ATTORNEYS' EYES ONLY                    JOB NO. 1431149

03:33

03:33

03:34

03:34

03:34

03:34

03:34

03:34

03:34

03:35

03:35

03:35

03:35

03:35

03:35

03:36

03:36

03:36

03:37

1  STATE OF CALIFORNIA          )

2  COUNTY OF SAN MATEO          )  SS.

3

4       I, AUDRA E. CRAMER, CSR No. 9901, in and for the

5  State of California, do hereby certify:

6       That, prior to being examined, the witness named

7  in the foregoing deposition was by me duly sworn to

8  testify the truth, the whole truth and nothing but the

9  truth;

10       That said deposition was taken down by me in

11  shorthand at the time and place therein named, and

12  thereafter reduced to typewriting under my direction,

13  and the same is a true, correct and complete transcript

14  of said proceedings;

15       I further certify that I am not interested in the

16  event of the action.

17       Witness my hand this 10th day of March,

18  2025.

19

20

21

22       _____

23       Certified Shorthand

24       Reporter for the

25       State of California