# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 17

# Deposition Transcript

Case Number: 3:22-cv-05240-RFL
Date: March 19, 2025

In the matter of:

# IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION

# Akshay Phatak

## Highly Confidential - Attorney's Eyes Only



Reported by:
KIMBERLEY RICHARDSON

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4    In re Tesla Advanced        Case No. 3:22-cv-05240-RFL
     Driver Assistance Systems
5    Litigation
     _____/
6

7

8

9
          (HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY)
10

11

12

13            DEPOSITION OF AKSHAY PHATAK

14

15              Palo Alto, California

16               March 19, 2025

17

18

19

20

21

22   Stenographically reported by:

23   Kimberley Richardson, RPR, CCRR, AA

24   California CSR No. 5915

25   Job No. 1431139

```
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3

 4    In re Tesla Advanced          Case No. 3:22-cv-05240-RFL
      Driver Assistance Systems
 5    Litigation
      _____/

 6

 7

 8

 9

10

11

12

13           BE IT REMEMBERED, that pursuant to Notice, and

14    on the 19th day of March 2025, commencing at the hour of

15    9:05 a.m., before me, KIMBERLEY RICHARDSON, a Certified

16    Shorthand Reporter, at WilmerHale, 2600 El Camino Real,

17    Suite 400, Palo Alto, California 94306, appeared AKSHAY

18    PHATAK, produced as a witness in said action, and being

19    by me first duly sworn, was thereupon examined as a

20    witness in said cause.

21

22

23

24

25
```

```
 1   APPEARANCES:

 2

 3   For the Plaintiffs and the Proposed Class:

 4           JULIE L. FIEBER
             Cotchett, Pitre & McCarthy, LLP
 5           840 Malcolm Road
             Burlingame, California 94010
 6           650-697-6000
             jfieber@cpmlegal.com
 7

 8           P. CAMILLE GUERRA (Via Zoom)
             Casey, Gerry, Schenk, Francavilla, Blatt &
 9           Penfield, LLP.
             110 Laurel Street
10           San Diego, California 92101
             619-238-1811
11           camille@cglaw.com

12

13   For the Defendants Tesla, Inc.; Tesla Lease Trust; and
     Tesla Finance, LLC:
14
             DAVID MARCUS
15           WilmerHale
             350 South Grand Avenue, Suite 2400
16           Los Angeles, California 90071
             213-443-5312
17           david.marcus@wilmerhale.com

18           ALLISON QUE
             WilmerHale
19           2600 El Camino Real, Suite 400
             Palo Alto, California 94306
20           650-858-6000
             allison.que@wilmerhale.com

21

22           AENGUS CARR
             Tesla, Inc.
23           3000 Hanover Street
             Palo Alto, California 94304
24           650-681-5000
             aecarr@tesla.com

25
```

```
 1    ALSO PRESENT:      FRANCES THURSTON

 2                       DONATO CIPPONERI

 3                       KELLY HOFFMAN

 4                       BREANNA JOLLY

 5                       MAKENA KERSHAW

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential - Attorney's Eyes Only    JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025                Highly Confidential - Attorney's Eyes Only                JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025    Highly Confidential - Attorney's Eyes Only    JOB NO. 1431139







AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025

Highly Confidential - Attorney's Eyes Only

JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025                    Highly Confidential - Attorney's Eyes Only                    JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025    Highly Confidential - Attorney's Eyes Only    JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139







AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025                    Highly Confidential - Attorney's Eyes Only                    JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025                Highly Confidential - Attorney's Eyes Only                JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025                    Highly Confidential - Attorney's Eyes Only                    JOB NO. 1431139











AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



```
 1   STATE OF CALIFORNIA     )

 2                           )      ss.

 3   COUNTY OF ALAMEDA       )

 4

 5        I, KIMBERLEY RICHARDSON, a Shorthand Reporter,

 6   State of California, do hereby certify:

 7        That AKSHAY PHATAK, in the foregoing deposition

 8   named, was present and by me sworn as a witness in the

 9   above-entitled action at the time and place therein

10   specified;

11        That said deposition was taken before me at said

12   time and place, and was taken down in shorthand by me, a

13   Certified Shorthand Reporter of the State of California,

14   and was thereafter transcribed into typewriting, and

15   that the foregoing transcript constitutes a full, true

16   and correct report of said deposition and of the

17   proceedings that took place;

18        That before completion of the proceedings,

19   review of the transcript was requested.

20        IN WITNESS WHEREOF, I have hereunder subscribed

21   my hand this 1st day of April 2024.

22

23

24   _____
     KIMBERLEY RICHARDSON, CSR NO. 5915
25   State of California
```