# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 19






TESLA
Tesla, Inc.
3500 Deer Creek Road, Palo Alto, CA 94304



TSLA_LOSAVIO_00000803



TSLA_LOSAVIO_00000804



\* \* \*

TSLA_LOSAVIO_00000805



4

TSLA_LOSAVIO_00000806