# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 20





CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058566
TSLA_LOSAVIO_00004374





CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058567
TSLA_LOSAVIO_00004375



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058569
TSLA_LOSAVIO_00004377



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058570
TSLA_LOSAVIO_00004378



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058571
TSLA_LOSAVIO_00004379



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058572
TSLA_LOSAVIO_00004380



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058573
TSLA_LOSAVIO_00004381



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058574
TSLA_LOSAVIO_00004382



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058575
TSLA_LOSAVIO_00004383



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058576
TSLA_LOSAVIO_00004384



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058578
TSLA_LOSAVIO_00004386





CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058579
TSLA_LOSAVIO_00004387



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058580
TSLA_LOSAVIO_00004388



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058581
TSLA_LOSAVIO_00004389



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058582
TSLA_LOSAVIO_00004390



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058583
TSLA_LOSAVIO_00004391



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058584
TSLA_LOSAVIO_00004392



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058585
TSLA_LOSAVIO_00004393



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058586
TSLA_LOSAVIO_00004394



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058587
TSLA_LOSAVIO_00004395



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058588
TSLA_LOSAVIO_00004396



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058589
TSLA_LOSAVIO_00004397



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058590
TSLA_LOSAVIO_00004398



Field of View 160 deg (horizontal), 90 deg (vertical)

Temperature Range: Analog -40 °C ... +85 °C ( )

Operating voltage: 

Resolution: 

Framerate, camera: 

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058591
TSLA_LOSAVIO_00004399



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058593
TSLA_LOSAVIO_00004401



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058594
TSLA_LOSAVIO_00004402



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058595
TSLA_LOSAVIO_00004403



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058597
TSLA_LOSAVIO_00004405



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058599
TSLA_LOSAVIO_00004407



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058601
TSLA_LOSAVIO_00004409



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058602
TSLA_LOSAVIO_00004410



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058603
TSLA_LOSAVIO_00004411



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058604
TSLA_LOSAVIO_00004412



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058606
TSLA_LOSAVIO_00004414



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058609
TSLA_LOSAVIO_00004417



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058610
TSLA_LOSAVIO_00004418



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058611
TSLA_LOSAVIO_00004419



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058612
TSLA_LOSAVIO_00004420



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058613
TSLA_LOSAVIO_00004421



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058614
TSLA_LOSAVIO_00004422



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058615
TSLA_LOSAVIO_00004423

eeeeee



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058616
TSLA_LOSAVIO_00004424



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058617
TSLA_LOSAVIO_00004425





CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058618
TSLA_LOSAVIO_00004426



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058619
TSLA_LOSAVIO_00004427



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058622
TSLA_LOSAVIO_00004430



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058623
TSLA_LOSAVIO_00004431



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058624
TSLA_LOSAVIO_00004432



Automatic Emergency Braking ("AEB") provides warning

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058625
TSLA_LOSAVIO_00004433



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Speed Assist

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058631
TSLA_LOSAVIO_00004439



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

███████████████

██████████████████████████████████████

CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058633
TSLA_LOSAVIO_00004441



CONFIDENTIAL
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00058634
TSLA_LOSAVIO_00004442