# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 21



██ ........................................................................................................... 2
█████ ..................................................................................................... 7
███ ........................................................................................................ 8
██████ .................................................................................................. 13
███ ...................................................................................................... 15



Phatak
EXHIBIT NO. 32
3-19-25
Submit Reporting

Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085342
TSLA_LOSAVIO_00003693


Tesla Confidential    Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085343
TSLA_LOSAVIO_00003694





Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085344
TSLA_LOSAVIO_00003695

Case 3:22-cv-05240-RFL   Document 137-22   Filed 05/06/25   Page 5 of 19



Tesla Confidential                                                                                                   Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085345
TSLA_LOSAVIO_00003696



Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085346
TSLA_LOSAVIO_00003697



Tesla Confidential                                                                                          Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085347
TSLA_LOSAVIO_00003698


Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085348
TSLA_LOSAVIO_00003699


Tesla Confidential                                                          Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TESLA-00085349
                                                              TSLA_LOSAVIO_00003700

Case 3:22-cv-05240-RFL   Document 137-22   Filed 05/06/25   Page 10 of 19



Tesla Confidential                                         Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085350
TSLA_LOSAVIO_00003701





Tesla Confidential                                                                 Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085351
TSLA_LOSAVIO_00003702



Tesla Confidential                                                                      Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085352
TSLA_LOSAVIO_00003703

<-><->



Tesla Confidential                                                                                          Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085353
TSLA_LOSAVIO_00003704





Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085354
TSLA_LOSAVIO_00003705



Tesla Confidential                                                                 Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085355
TSLA_LOSAVIO_00003706



Tesla Confidential — Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085356
TSLA_LOSAVIO_00003707



Tesla Confidential                                                                 Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          TESLA-00085357
                                                                                    TSLA_LOSAVIO_00003708



Tesla Confidential     Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085358
TSLA_LOSAVIO_00003709



Tesla Confidential                                                                    Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085359
TSLA_LOSAVIO_00003710