# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 27





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044405

COPYRIGHT 2023 TESLA, INC.    PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    TSLA_LOSAVIO_00044406

COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

T ≡ 5 L ∩

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   TSLA_LOSAVIO_00044408



COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044409

T E S L A    COPYRIGHT 2023 TESLA, INC.    PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044410

T E 5 L Ā

COPYRIGHT 2023 TESLA, INC.

PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044411



COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044412



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



T E S L A          COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          TSLA_LOSAVIO_00044414

T E S L A          COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044415



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044416



T Ξ 5 L ā        COPYRIGHT 2023 TESLA, INC.        PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA        14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



COPYRIGHT 2023 TESLA, INC.     PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044418



COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044419