# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 29

Menu

**Let Us Know**

Share your feedback on this article or general Wire functionality.

For edits that need immediate attention, submit a News & Wire Request

Shroff
DEPOSITION
EXHIBIT
2

**LANGUAGE SWITCHER**

- English

Article

Expand all content

Last Updated: 30 Oct 2024

Subscribe

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00000271

[Page contents redacted]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00000273



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00000274



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
TSLA_LOSAVIO_00000275



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00000277

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00000278



TSLA_LOSAVIO_00000279