FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Rita F. Lin<br>Date:   August 12, 2025<br>Time:   10:00 a.m.<br>Courtroom: 15 – 18th Floor |

# NOTICE OF MOTION

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on August 12, 2025, at 10:00 a.m., before the Honorable Rita F. Lin, United States District Judge, at the United States District Court, Northern District of California, Courtroom 15 – 18th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102, Lead Plaintiff Thomas LoSavio (" Plaintiff" ) will bring this Motion pursuant to Federal Rule of Civil Procedure 23 for class certification, appointment of class representatives and appointment of class counsel. This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Julie L. Fieber ("Fieber Decl." ), the Reports of Edward Stockton, Gerald Goldhaber, and Vince Socci attached as Exhibits 2 through 4 to the Fieber Declaration, the Declarations of Frank Pitre, Gayle Blatt, and Frank Bottini, and any additional materials and arguments that may be submitted by Plaintiff in further support of this Motion, the pleadings and filings herein and such other evidence, written or oral, as may be presented.

Dated: May 6, 2025

**COTCHETT PITRE & MCCARTHY LLP**

By: /s/   Julie L. Fieber
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Makena A. Kershaw (SBN 356645)
mkershaw@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com

**CASEY GERRY FRANCAVILLA BLATT & PENFIELD, LLP**
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com

*Attorneys for Plaintiffs and the Proposed Class*