FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**DECLARATION OF JULIE L. FIEBER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Rita F. Lin<br>Date: August 12, 2025<br>Time: 10:00 AM<br>Courtroom: 15 – 18th Floor |

**DECLARATION OF JULIE L. FIEBER**

I, Julie L. Fieber, declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court and the courts of the State of California. I am a partner with Cotchett, Pitre & McCarthy, LLP, counsel for Plaintiff Thomas LoSavio and the putative class. The matters described herein are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2.    I make this declaration in support of Plaintiff's Motion for Class Certification.

3.    Attached hereto as **Exhibit 1** is true and correct copy of the Declaration of Plaintiff Thomas LoSavio in support of Plaintiffs' Motion for Preliminary Injunction and Class Certification, dated March 16, 2023 (Dkt. No. 42-11). Plaintiff LoSavio has proven his willingness and ability to take an active role in this litigation and safeguard the interests of absent Class members. He has, *inter alia*, reviewed pleadings, worked preparing responses to multiple sets of discovery, and sat for nearly 5 hours of deposition.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Gerald Goldhaber.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Vincent Socci.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Edward Stockton.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of an article titled "All Tesla Cars Being Produced Now Have Full Self-Driving Hardware" by The Tesla Team, published on Tesla's website on October 19, 2016, and produced by Defendants in this action as document Bates-labelled TSLA_LOSAVIO_00001172 – 00001173.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from Defendants' Amended Responses to Plaintiff's First Set of Special Interrogatories, dated November 14, 2024.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of relevant excerpts from

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

1    Defendants' Responses to Plaintiff's First Set of Requests for Admission, dated November 14, 2024.

2          10.      Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' Responses to

3    Plaintiff's Requests for Production of Documents Set 7, dated March 3, 2025.

4          11.      Attached hereto as **Exhibit 9** is a true and correct copy of Defendants' Responses to

5    Plaintiff's Requests for Production of Documents Set 8, dated March 12, 2025.

6          12.      Attached hereto as **Exhibit 10** is a true and correct copy of relevant excerpts from an

7    article titled "Earnings call transcript: Tesla Q4 2024 misses estimates, stock reacts" by

8    Investing.com, published on January 30, 2025 (available at

9    https://www.investing.com/news/transcripts/earnings-call-transcript-tesla-q4-2024-misses-estimates-

10   stock-reacts-93CH-3839874), accessed and downloaded on April 23, 2025.

11         13.      Attached hereto as **Exhibit 11** is a true and correct copy of the transcript of Elon

12   Musk's Autopilot 2.0 Conference Call on November 30, 2016 (available at

13   https://xautoworld.com/news/transcript-elon-musk-autopilot-2-conference-call/), accessed and

14   downloaded on April 23, 2025.

15         14.      Attached hereto as **Exhibit 12** is a true and correct copy of an article titled "Automated

16   driving revolution: Mercedes-Benz announces U.S. availability of DRIVE PILOT – the world's first

17   certified SAE Level 3 system for the U.S. market" by Mercedes-Benz Media Newsroom USA,

18   published on September 27, 2023 (available at https://media.mbusa.com/releases/automated-driving-

19   revolution-mercedes-benz-announces-us-availability-of-drive-pilot-the-worlds-first-certified-sae-

20   level-3-system-for-the-us-market), accessed and downloaded on May 1, 2025.

21         15.      Attached hereto as **Exhibit 13** is a true and correct copy of an article titled "Tesla deletes

22   its blog post stating all cars have self-driving hardware" by Jameson Dow published on August 24,

23   2024 on Electrek (available at https://electrek.co/2024/08/24/tesla-deletes-its-blog-post-stating-all-

24   cars-have-self-driving-hardware/), accessed and downloaded on April 23, 2025.

25         16.      Attached hereto as **Exhibit 14** is a true and correct copy of an article titled "Tesla faked

26   a 2016 video promoting its self-driving technology, according to a senior company engineer's

27   deposition testimony" by Lakshmi Varanasi published on January 17, 2023 on Business Insider

28   (available    at    https://www.businessinsider.com/tesla-faked-video-in-2016-promoting-self-driving-

1  technology-report-2023-1), accessed and downloaded on April 23, 2025.

2         17.     Attached hereto as **<u>Exhibit 15</u>** is a true and correct copy of the Autopilot and Full Self-

3  Driving Support page on Tesla's website (available at https://www.tesla.com/support/autopilot),

4  accessed and downloaded on May 1, 2025.

5         18.     Attached hereto as **<u>Exhibit 16</u>** is a true and correct copy of relevant excerpts from the

6  deposition of Tesla engineer Dhaval Shroff taken on February 27, 2025.

7         19.     Attached hereto as **<u>Exhibit 17</u>** is a true and correct copy of relevant excerpts from the

8  deposition of Tesla engineer Akshay Phatak taken on March 19, 2025.

9         20.     Attached hereto as **<u>Exhibit 18</u>** is a true and correct copy of Exhibit 15 marked at the

10  deposition of Dhaval Shroff on February 27, 2025, an article titled "How Elon Musk set Tesla on a

11  new course for self-driving" by Walter Isaacson published on September 9, 2023 on CNBC (available

12  at  https://www.cnbc.com/2023/09/09/ai-for-cars-walter-isaacson-biography-of-elon-musk-

13  excerpt.html), accessed and downloaded on April 23, 2025.

14         21.     Attached hereto as **<u>Exhibit 19</u>** is a true and correct copy of Exhibit 21 marked at the

15  deposition of Dhaval Shroff on February 27, 2025, and originally produced by Defendants in this action

16  as document Bates-labelled TSLA_LOSAVIO_803– 806.

17         22.     Attached hereto as **<u>Exhibit 20</u>** is a true and correct copy of Exhibit 22 marked at the

18  deposition of Dhaval Shroff on February 27, 2025, and originally produced by Defendants in this action

19  as document Bates-labelled TSLA_LOSAVIO_00004374 – 00004442.

20         23.     Attached hereto as **<u>Exhibit 21</u>** is a true and correct copy of Exhibit 32 marked at the

21  deposition of Akshay Phatak on March 19, 2025, and originally produced by Defendants in this action

22  as document Bates-labelled TSLA_LOSAVIO_00003693 – 00003710.

23         24.     Attached hereto as **<u>Exhibit 22</u>** is a true and correct copy of Exhibit 24 marked at the

24  deposition of Dhaval Shroff on February 27, 2025, an article titled "A Driverless Tesla Will Travel

25  From L.A. to NYC by 2017, Says Musk" by Paul Einstein published on October 20, 2016.

26         25.     Attached hereto as **<u>Exhibit 23</u>** is a true and correct copy of Exhibit 25 marked at the

27  deposition of Dhaval Shroff on February 27, 2025, Elon Musk's Twitter posts from May 12, 2017.

28         26.     Attached hereto as **<u>Exhibit 24</u>** is a true and correct copy of Exhibit 26 marked at the

1    deposition of Dhaval Shroff on February 27, 2025, Elon Musk's Twitter posts from May 9, 2019.

2    27.    Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 1 marked at the

3    deposition of Thomas Losavio on January 30, 2025, and originally produced by Plaintiff in this action

4    as document Bates-labelled LOSAVIO_1672 – 1675.

5    28.    Attached hereto as **Exhibit 26** is a true and correct copy of Exhibit 30 marked at the

6    deposition of Akshay Phatak on March 19, 2025, a video on Tesla's website under Tesla.com/Autopilot

7    downloaded March 18, 2025.

8    29.    Attached hereto as **Exhibit 27** is a true and correct copy of Tesla's Autopilot Program

9    Financial Review for February 2025 originally produced by Defendants in this action as document

10    Bates-labelled TSLA_LOSAVIO_000044404 – 000044419.

11    30.    Attached hereto as **Exhibit 28** is a true and correct copy of a YouTube video titled

12    "Full Self-Driving (Supervised)" by Tesla, published on September 10, 2024 (available at

13    https://www.youtube.com/watch?v=TUDiG7PcLBs ), accessed and downloaded on May 5, 2025.

14    31.    Attached hereto as **Exhibit 29** is a true and correct copy of Exhibit 2 marked at the

15    deposition of Dhaval Shroff on February 27, 2025, and originally produced by Defendants in this

16    action as document Bates-labelled TSLA_LOSAVIO_00000271 – 00000279.

17    32.    Plaintiff has plead exceptions to the statute of limitations based on both delayed

18    discovery and equitable estoppel. Those exceptions rest on Tesla's public statements common to both

19    Plaintiff and the putative classes. See, e.g., TAC ¶¶ 157-168. However, to the extent that Tesla's

20    statute of limitations arguments remain a concern, the complaint can be amended or a motion to

21    intervene brought to name a class representative who is not subject to the statute of limitations

22    defenses Tesla has raised for Plaintiff LoSavio.

23    I swear under the penalty of perjury under the laws of the United States of America that the

24    foregoing is true and correct. Executed on May 6, 2025, at Burlingame, California.

25

26    By: _____

27    JULIE L. FIEBER
      *Attorneys for Plaintiff and Proposed Class*

28