FIEBER DEC EX. 3

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Tesla Advanced Driver Assistance Systems Litigation | Case No. 3:22-cv-05240RFL |

**EXPERT DECLARATION OF VINCENT SOCCI**

## Table of Contents

**Page No.**

1. INTRODUCTION ........................................................................................................3

2. QUALIFICATIONS ....................................................................................................4

3. SCOPE OF WORK......................................................................................................6

4. BACKGROUND ON AUTONOMOUS VEHICLE TECHNOLOGIES...........................8

5. ANALYSIS................................................................................................................12

## EXPERT REPORT OF VINCENT SOCCI

### 1.    INTRODUCTION

1.    Opinions to be offered for class certification:

Certification Opinion 1. Common evidence across the vehicle models and model years at issue for the putative class can be used to test whether Tesla's representations that Tesla vehicles have the hardware needed for full self-driving capability were false and/or misleading.

Certification Opinion 2. Common evidence across the vehicles model and model years at issue for the putative class can be used to test whether Tesla's representations that a Tesla car would be able to drive itself across country at any time during the class period were false and/or misleading.

2.    I have been asked by COTCHETT, PITRE & McCARTHY, LLP to provide my opinion as to the advertising claims and vehicle capabilities for the Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC (collectively "Tesla" or "Defendants") Enhanced Autopilot and Full Self-Driving products (collectively "FSD").

3.    I am being compensated at my consulting rate of $500 per hour for my time reviewing materials and preparing this report. My opinions expressed here are my own. My compensation is in no way dependent on my opinions or on the outcome of this case.

4.    This Report is based on information currently available to me. I reserve the right to continue my investigation. I further reserve the right to expand, modify, update, and/or supplement my opinions as additional information becomes available to me, including in response to matters raised by the Defendants and/or Defendants' expert(s), or in view of relevant orders and findings by the Court.

5.      If called upon to do so, I am prepared to testify before the Court regarding my opinions expressed here. In such a situation, I may rely on live demonstrations, demonstratives, exhibits, or other visual aids to assist in presenting my testimony.

## 2.      QUALIFICATIONS

6.      A copy of my curriculum vitae (CV) providing a detailed summary of my educational background, career history, experience, patents, publications, and other relevant qualifications, is attached as **Exhibit 1** to this expert report. A list of my recent sworn testimony is attached as **Exhibit 2** to this report.

7.      I have a BS degree in electrical engineering with minors in physics and mathematics (Wilkes University, 1992) and MS degree in electrical engineering with concentration in communications (Binghamton University, 1996). I have an MBA in technology management specializing in IP management (University of Phoenix, 2000). My education, training, and experience as further set forth herein enable me to opine on software and hardware for diagnostic, sensor-based, algorithm-centric, embedded microprocessor systems, controls, power, and actuators, which are at issue in this case.

8.      My engineering career began in 1989, with most of that time spent developing hardware, software, and systems for safety-critical embedded control systems, such as automated driving. Since 2000, I have been the CTO of On Target Motion (OTM), a consulting firm which provides engineering, business and program management services for safety-critical applications such as aerospace, automotive, rail, marine, and medical systems. These applications include self-driving systems, relevant to the systems at issue in this case.

9.      During 2022-2024, I worked on the Blue Origin for Paul Ebert. In that role, I managed the product cost (product, mission, and lifecycle) of rocket engines.

10.     From 2017-2022, I was the Systems Solution Architect for Electric Vehicle Applications at National Instruments (NI), where I served as the primary application consultant for electric powertrain and battery systems throughout North and South America. At NI, I supported automotive customer applications for electric vehicle ADAS, charging, communications, infotainment systems, and various powertrain systems. My customer base at NI included all automotive OEMs and Tier 1/2/3 suppliers throughout North and South America.

11.     From 2014-2017, I was President of the Platform Division of LHP Engineering Solutions, where I developed real-time signal processing and test products for embedded applications in the automotive, aerospace, and medical fields. From 2011-2014, I was Director of Large Transport Fuel Systems for Parker Aerospace, where I managed product development for large aircraft systems, including all Airbus programs. These roles developed proficiency managing teams, engineers and technically complex projects with multiple players, contracts, and deliverables.

12.     From 1994-2000, I worked as a Principal Project Engineer at Lockheed Martin where I led the development of electronic systems related to aviation, power systems, and automotive and diagnostic products. My responsibilities included the development of hybrid-electric vehicles, diagnostic controls, battery chargers and flight controls. This role provided extensive experience in product management, marketing, and the engineering development efforts needed to launch a new product. From 1992-1994 I worked with Cummins Engine Company, where I developed fuel and engine control systems. I also designed, certified and patented an emissions control system to meet regulatory requirements.

13.     Throughout my career, I have become knowledgeable with signal processing, communications, and electronic control systems for various applications, including automated driving. During my career, I developed and tested many different safety-critical, sensor-based

embedded systems and complex applications relevant to this case. These included autonomous systems, vehicle propulsion and communication controls, fuel control systems, power and energy systems, navigation systems, diagnostic/prognostic systems, and various automotive and aerospace control systems. I developed advanced innovations for autonomous ground and air systems, both manned and unmanned. I have experience in signal processing and control for vehicle sensing and diagnostics.

14.    From 2012-2017, I was on the Board of Directors of the Institute of Electrical and Electronics Engineers (IEEE), the world's largest professional association for the advancement of technology. I taught engineering classes through IEEE to university students and professional members from 2005-present.  From 2005-present, I served as chapter chair for Vehicular Technology, Aerospace and Electronic Systems, Power Electronics, Robotics and Automation, and Communications Societies. I served on IEEE and SAE standards committees from 2007-2022.

3.    **SCOPE OF WORK**

15.    I have been retained to render opinions on whether certain representations made by Tesla regarding the autonomous capabilities of its vehicles beginning in Fall 2016 and continuing through the present are false and/or misleading.

16.    Examples of the representations at issue include statements made at an October 19, 2016, press conference by Tesla CEO Mr. Musk, who announced[1]:

> Basic news is that all cars exiting the factory have hardware necessary for Level 5 Autonomy so that's in terms of Cameras, Compute Power, it's in every car we make on the order 2,000 cars a week are shipping now with Level 5 literally meaning hardware capable of full self-driving for driver-less capability.
> …
> I feel pretty good about this goal is that we will be able to demonstrate a

---

[1] https://xautoworld.com/news/transcript-elon-musk-autopilot-2-conference-call/

demonstration drive of our full autonomy all the way from LA to New York. So basically from home in LA to let's say dropping you off in Times Square, NY and then having the car parking itself by the end of next year without the need for a single touch including the charger.

17.    In October 2016, Tesla also added the representation regarding full self-driving hardware to its website blog, where it remained through at least August 2024.[2]

18.    In October 2016, Tesla also posted on its website a video purporting to show a Tesla vehicle driving autonomously, which begins with a text announcement, "The person in the driver's seat is only there for legal reasons. He is not doing anything. The car is driving itself." That video remains on the website at tesla.com/autopilot.

19.    Tesla has continued to make similar representations over time, such as a September 10, 2024, YouTube video[3] showing a driver not touching the wheel while the Tesla vehicle appears to drive itself through challenging situations such as curvy roads, narrow streets, unexpected situations, and traffic controls. Mr. Musk has also repeated the claim that Tesla vehicles were near ready or capable of autonomously driving from LA to NY, without human intervention including for recharging, in tweets he posted in 2017, 2018, and 2019.[4]

20.    I am providing these opinions with respect to two putative classes:

> **California Arbitration Opt-Out Class:** All persons who purchased or leased from Tesla, Inc. (or any entity it directly or indirectly owns or controls, including but not limited to Tesla Lease Trust and Tesla Finance LLC) a Tesla vehicle and paid a separate amount, either through purchase or subscription, for Enhanced Autopilot and/or Full Self-Driving technology packages at any time from May 19, 2017, to the present, and who either purchased or leased that vehicle in California or who currently reside in California, who opted out of Tesla's arbitration agreement.

---

[2] https://electrek.co/2024/08/24/tesla-deletes-its-blog-post-stating-all-cars-have-self-driving-hardware/
[3] https://www.youtube.com/watch?v=TUDiG7PcLBs
[4] https://x.com/elonmusk/status/686279251293777920;
https://www.marketwatch.com/story/elon-musk-self-driving-teslas-will-go-between-la-and-nyc-by-the-end-of-the-year-2017-04-28

**California Pre-Arbitration Class:** All persons who purchased or leased from Tesla, Inc. (or any entity it directly or indirectly owns or controls, including but not limited to Tesla Lease Trust and Tesla Finance LLC) a Tesla vehicle and paid a separate amount, either through purchase or subscription, for Enhanced Autopilot and/or Full Self-Driving technology packages at any time from January 1, 2016, through May 19, 2017 ("Pre-Arbitration Period"), and who either purchased or leased that vehicle in California or who currently reside in California.

4.      **BACKGROUND ON AUTONOMOUS VEHICLE TECHNOLOGIES**

21.    Autonomous vehicle technologies include various technologies that automate portions of the driving effort usually performed by the human driver. Semi-autonomous systems apply Advanced Driver Assist Systems (ADAS) technologies to sense the driving environment and automate simple controls, such as adaptive cruise control, lane keeping, and automatic stopping. Conditional autonomous systems provide automated driving capabilities over restricted conditions and environments, such as shuttles along a known and understood route.  Fully autonomous systems accomplish all driving requirements without a licensed driver, including driving, navigating and safety operations.

22.    SAE International (www.sae.org) is a well-known automotive practices organization that advances mobility standards, knowledge and solutions. They provide technical standards and definitions for autonomous vehicle levels of automation. SAE is considered by the automotive industry as the leading standards association for automated driving. SAE also creates J3016, providing recommended practices for driver automation systems. These standards and recommendations define industry expectations for performance of automated driving vehicles. (TSLA_LOSAVIO_00004340)

23.     The six-level SAE scale is the industry-standard taxonomy for classifying the relative

sophistication of no automation (Level 0), driver-assistance (Levels 1-2) and autonomous-

vehicle (Levels 3-5) technologies.[5]

24.     Vehicle automation technologies, including electric propulsion and automated driving,

have been increasing in recent years.[6] Other carmakers have achieved SAE automated driving

certifications higher than Tesla. For example, Waymo currently has certification for SAE Level 4

automation.[7] Mercedes Benz is currently certified to SAE Level 3 and has been granted approval

to test Level 4 technology on prototype vehicles in Beijing.[8] BMW has achieved certification for

Level 3 automation.[9]

25.     Autonomous vehicle certification is a complex process involving technical performance,

safety, and security regulations. Documentation and testing requirements are extensive, covering

performance specifications, test results, and safety and risk assessments. Compliance with safety

standards is monitored throughout the vehicle lifecycle. Regulations vary across jurisdictions.

Primary regulatory bodies in the United States are National Highway Traffic Safety

Administration (NHTSA), who oversees AV safety standards and regulations in the United

States and International Organization for Standardization (ISO), who develops global standards

for AV technology and safety.

26.     Autonomous vehicle certification encompasses an array of assessments to provide

assurance of the safety, reliability, compliance, and performance of the autonomous vehicle

systems. These certification processes are still evolving, as regulatory bodies, automakers, and

---

[5] https://www.sae.org/news/press-room/2018/12/sae-international-releases-updated-visual-chart-for-its-%E2%80%9Clevels-of-driving-automation%E2%80%9D-standard-for-self-driving-vehicles
[6] https://www.iea.org/reports/global-ev-outlook-2024/trends-in-electric-cars
[7] https://www.autoweek.com/news/a62529483/waymo-hyundai-ioniq-5-robotaxi/
[8] https://www.wardsauto.com/autonomous-adas/mercedes-benz-gains-level-4-autonomous-driving-test-license
[9] https://www.press.bmwgroup.com/global/article/detail/T0443285EN/road-to-autonomous-driving:-bmw-is-the-first-car-manufacturer-to-receive-approval-for-the-combination-of-level-2-and-level-3

other stakeholders continue to work to establish comprehensive standards. Current safety

certifications include:

    a.    Functional Safety Certification (ISO 26262) to ensure autonomous vehicle systems can detect and respond to failures without causing harm

    b.    Automotive Safety Integrity Level (ASIL) certification to assess the risk and safety requirements of specific autonomous vehicle components

    c.    NHTSA Federal Motor Vehicle Safety Standards (FMVSS) defines compliance certification

    d.    Operational Design Domain (ODD) certification verifies an autonomous vehicle's ability to operate safely within specific environmental conditions

27.    The California DMV administers an autonomous vehicle program and issues permits to automakers to test and deploy autonomous vehicles on California public roads.[10] As of March 2024, the California DMV has only authorized the deployment of Level 4 automation from three manufacturers: Mercedes-Benz, Nuro, and Waymo.[11] Tesla currently has a California DMV permit to test with a driver, but has no permit to test or deploy without a driver.

28.    Tesla's Enhanced Autopilot and Full Self-Driving technologies are currently classified as SAE Level 2. A Tesla vehicle can perform some automated functions, such as adaptive cruise control and steering, but a driver is still required to be present, engaged, and ready to take control at all times. The vehicle cannot operate autonomously in all situations. Tesla's hardware lacks redundancy, which makes it incapable of high-level fault-tolerant autonomy.

---

[10] https://www.dmv.ca.gov/portal/vehicle-industry-services/autonomous-vehicles/
[11] https://www.dmv.ca.gov/portal/vehicle-industry-services/autonomous-vehicles/autonomous-vehicle-testing-permit-holders/

29.    Tesla has historically promoted and offered customers who purchase or lease its vehicles the option of separately purchasing or subscribing to one or two technology packages for autonomous operation, which Tesla calls Enhanced Autopilot and Full Self-Driving. Enhanced Autopilot is comprised of features Tesla has at various times labelled as Auto Lane Change, Autopark, Dumb Summon, Actually Smart Summon, and Navigate on Autopilot (highway) (more recently called Navigate on Autopilot (Beta)), while Full Self-Driving has the same features but adds Stop Signs/Traffic Signals (more recently called Traffic Light and Stop Sign Control (Beta)) and Autosteer on Streets (currently labeled as "Upcoming" on Tesla's website).[12]

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████

30.    Tesla customers set up accounts with Tesla and receive updates directly from Tesla. Tesla also sends over the air software updates direct to the vehicles along with descriptive release notes, many of which relate to FSD features. *See, e.g.,* TAC ¶ 167. Some of the software updates may be installed but not activated or accessible to the user.

31.    The current FSD software is version 2025.14.1, which was released on April 27, 2025, and includes FSD 13.2.8.

32.    The Tesla autopilot hardware platform and FSD features have evolved significantly since 2016. Major versions are summarized in the table below.

| Hardware Version | Production timeline | Compute Platform | Sensing Suite | FSD Features | Models |
|---|---|---|---|---|---|
| HW0 | 2012 | N/A | N/A | N/A | S |
| HW 1 | 2014 | MobilEye small NN | Radar Ultrasonic Mono FCam | Lane change, autopark | S, X |

---

[12] ([https://www.tesla.com/en_gb/support/autopilot](https://www.tesla.com/en_gb/support/autopilot), TSLA_LOSAVIO_00000272, TSLA_LOSAVIO_00044417
[13] TSLA_LOSAVIO_00044417

| Hardware Version | Production timeline | Compute Platform | Sensing Suite | FSD Features | Models |
|---|---|---|---|---|---|
| HW 2 | 2016 | Nvidia Drive PX2 small NN | Radar Ultrasonic RCCC Cam F/S/R Cam | Claimed FSD | S, X, |
| HW 2.5 | 2017 | Nvidia Drive PX2 + node small NN | Radar Ultrasonic RCCB Cam F/S/R Cam | Claimed FSD | S, X, 3 |
| HW3 | 2019 | Tesla FSD 1 Large NN | Radar Ultrasonic RCCB Cam F/S/R Cam | Claimed FSD Traffic Light and Stop Sign Control | S, X, 3, Y |
| HW3 | 2021 | Tesla FSD 1 Large NN | Ultrasonic RCCB Cam F/S/R Cam | Claimed FSD Tesla Vision | S, X, 3, Y |
| HW3 | 2022 | Tesla FSD 1 Large NN | RCCB Cam F/S/R Cam | Claimed FSD Tesla Vision | S, X, 3, Y |
| HW4 | 2023 | Tesla FSD 2 Large NN | Radar (Model S,X) F/S/R Cam | Claimed FSD Autopilot on city streets Actually Smart Summon | S, X, 3, Y, Cybertruck |
| HW5 | Est. 2026 | unknown | unknown | unknown | unknown |

33.    As this summary demonstrates, Tesla hardware has continued to evolve many times since the 2016 claim from Musk that the vehicles built with HW2 could support FSD. Worthy of note is that the latest released hardware version HW4 returns the radar to the sensor suite. ████ ████████████████████████████████████████████████████████ ████████████████████████████████ which is in conflict with Tesla's October 2016 claim that all of its vehicles had the hardware needed for full self-driving.[14] It appears that Tesla continues to charge for FSD features that have not yet been delivered and now requires an FSD purchase/subscription for users to receive hardware upgrades required for full self-driving.

5.    **ANALYSIS**

---

[14] TSLA_LOSAVIO_00000272

34.     Although FSD software and hardware have changed over time, common evidence across the vehicle model and model years at issue for the Classes can be used to test whether Tesla's representations were false and/or misleading. For example, Musk's admission that vehicles must be upgraded to HW4 is common to all Class vehicles. ███████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████ The fact that Tesla vehicles remain at SAE Level 2 is common. Admitted limitations in Tesla's FSD technologies, *e.g.*, █████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ███████████████████████████ are all common features and rest on the same proof across the population of Class vehicles.

35.     In the next phase of my work, I will review and analyze the discovery & depositions remaining to be collected in this action to apply those methods of common proof to the Classes to determine whether Tesla's representations, as summarized above, were false and/or misleading.

36.     I reserve the right to supplement my report in light of any additional fact discovery, opinions by Defendants' experts, new evidence identified by Defendants in rebuttal, and/or deposition/testimony. I also reserve the right to provide opinions and testimony in response to Defendants' experts, any rebuttal evidence relied upon, and in response to any of Defendants' fact witnesses. I reserve the right to supplement my report in its entirety after an opportunity to review Defendants' new theories and contentions, and after additional discovery if necessary.

37.     When called upon to do so, I will offer deposition and/or testimony regarding these opinions and will offer rebuttal testimony as appropriate throughout the remainder of this proceeding.

Dated: May 6, 2025

_____
Vincent Socci

## Exhibit 1 Current Resume with Publications

Expert CV

LinkedIn: https://www.linkedin.com/in/vsocci/; Phone: 607-768-2647; Email: socci@ieee.org

# Vince Socci

**President, CTO, Engineering Director, Program Manager, R&D Leader**
**Ph.D. candidate, MBA, MS/BSEE, FE, PMP, Veteran, TS Clearance (prev)**

| | |
|---|---|
| **Synopsis** | Cross-disciplined, innovative, executive leader with engineering, business, sales, R&D skills. Drives teams, businesses, and technology development. Created and developed $300M+ business segments in aerospace, automotive, and power/energy industries. Proven leader in business development, engineering management, technology innovation, sales, project leadership, product development. Visionary – Strategic – Effective. |
| **Key Business Achievements**<br><br>*(Solid ability to lead program teams and business units, coach people, and manage technology)* | · **_Turnaround_** – Rescued an $100M engineering program from a red-rated flight control program being canceled to a green-rated award-winning success, recognized by a global supplier award.<br>· **_Consultant_** – Accomplished problem-solver, troubleshooter, and decision-maker. Closed must-win sales. Advised customers with engineering plans to pursue and win critical $100M's in business.<br>· **_Business Growth_** – Revitalized automotive test business segment by defining key strategies, developing offerings, coordinating business pursuit plans, and driving consistent 75% YoY revenue growth.<br>· **_Innovative_** – Created business units and captured opportunities in leading-edge technology industries, advancing from startup to revenue-generating in 1 year to high-growth profit-center units in 2 years.<br>· **_Negotiator_** – Recovered a failing vehicle propulsion program by outlining key goals, negotiating customer schedule and internal resources, and directing international teams of over 60 diverse personnel.<br>· **_Strategic_** – Evaluated market needs and architected technologies to meet them. Led strategic planning and execution to drive out incumbent competitors and win major programs with new customers.<br>· **_Engineered Products_** – Created advanced technology motion systems, including control algorithms, motor commutation, power drive, diagnostics, and system comms to deliver products in a new industry. |
| **Professional**<br><br>*(30+ years of progressive technical, management, and leadership experience bringing consistent value to my customers)* | *4/2024–Present*          *On Target Motion*<br>      *Rockledge, FL*<br>**_CTO, Business Development, Program Manager, Co-founder_**<br>· Systems engineering and business development services for safety-critical control applications on aerospace and automotive vehicle platforms, medical systems, and communication electronics.<br>· Delivered custom technical solutions for mobility, medical, aero/auto/space systems, and defense platforms<br>· Expert witness and consulting services. Strategic planning for aero/defense technologies.<br><br>*5/2022–4/2024*      *Blue Origin*        *Cape Canaveral, FL*<br>**_Director, Product Cost Leader_**<br>· Cross-functional leader of product cost engineering and management for Rocket Engines business unit<br>· Oversaw the development and implementation or product cost strategies and methods<br>· Developed product cost processes, models, and improvement initiatives to exceed cost targets. |

· Defined supply chain practices and methods to control current and future costs
· Directed cost reduction projects from idea generation through implementation, with $100M+ annual impact.

*5/2017–5/2022*          *National Instruments*          *Endicott, NY*
**Business Development Program Director, Systems Engineering Consultant, Solution Architect**

· Subject-matter expert and cross-functional consultant for vehicle electrification and ADAS technologies.
· Delivered expert business and technical acumen required in customer engagements to increase revenue in automotive, aerospace, and power HIL applications over 500%.
· Developed electric vehicle battery and powertrain validation methods, SiC product solutions, and test processes to enable customers to validate and certify their electric vehicle powertrains 100kW-500kW.
· Took accountability; raised the value delivered to customers and partners; achieved 50-75% YoY growth.
· Assessed customer applications and delivered successful custom solutions for battery, power transfer, inverter, motor validation and production test, engaging partners and acquisitions where needed.
· OEM application consulting; developed partnerships; defined go-to-market and sales strategy; created strategic architectures; led business and technical development teams; delivered customer-centric solutions.

*5/2014–5/2017*          *LHP Engineering Solutions*          *Columbus, IN*
**President, Product Platform Division and Director, R&D**

· Created and operated the products division of LHP, developing engineering tools and services to accelerate embedded controls engineering in a variety of industries such as automotive, aerospace, medical devices, energy systems, and industrial controls.
· Managed Sys/HW/SW engineering teams using agile methods for control systems, model-based design processes, training, consulting, turn-key system development, and model design and integration.
· Responsibilities include division leadership, P/L management; business strategy, planning, operations; product line strategic planning; engineering leadership; customer coordination, technical sales.
· Industry pioneering in controls, model-based design, test automation, telematics, rapid prototyping.

*8/2011–1/2014*          *Parker Hannifin*          *Hauppauge, NY*
**Director, Large Transport Fuel Systems; Business Unit Leader; Principal Investigator, Power & Controls**

· Product line director of $400M aircraft fuel systems business, responsible for P/L, performance, and growth.
· Lead AS9100 product development efforts of an international team of 50+ people.
· Controlled cost, schedule, performance of $50M global engineering program to highest-profile customer.
· Directed international team to develop high-performance, complex aircraft electronics and software.
· Program turnaround, corrective actions, and recovery for critical business units.
· Drove change in organization, work processes, optimized team dynamics and behavior.
· Develop and maintain key global customer business and technical relationships.

*8/2000–8/2014*          *On Target Technology*          *Endicott, NY*
**Director Adv Tech, Chief Engineer, Principal Investigator, Program Manager, Co-founder**

· Directed business units, P/L, contracts, program performance, strategic development & services.
· Hybrid and Electric vehicle motor controls, battery systems, and power management electronics
· Consulting for high-reliability applications and UAS/UAV tactical operations.
· Pulsed power control and delivery system for medical, MRI, radar, C3ISR, and industrial applications

|  | · High-power battery emulation and cell/pack test systems with data analytics and statistical monitoring.<br>· Supervised aero/defense test and certification programs to FAA/ITAR regulatory requirements<br>· DSP/FPGA redundant actuator control system, hardware, software used in aircraft and personal transporter<br>· Electrical design of ground and air vehicle navigation/communication systems with DO178B/DO254.<br>· Biosensor-based, prognostic and control instrumentation for medical applications through FDA certification.<br>· Radar T/R, sensing, analysis, communication, cyber-security, ISR and spatial mapping system.<br><br>*6/1994–8/2000*          *Lockheed Martin Control Systems*          *Johnson City, NY*<br>**_Principal Project Engineering Manager_**<br>· Electronic, power, mechanical and hydraulic modeling and simulation.<br>· Project manager for avionics, data communications, power system, automotive and military projects.<br>· R&D management for HEV, aerospace, PHM, and engine control programs.<br>· Systems and software engineering lead on aerospace/automotive/space programs and proposals<br>· C-17 advanced avionics road-mapping, planning, development, and leadership<br>· Embedded system and FPGA development in compliance with DO178B/DO254<br>· Flight test lead for avionics, integration, qualification, EMI, FAA certification<br><br>*5/1992–6/1994*          *Cummins Electronics Company*          *Columbus, IN*<br>**_Systems Engineer_**<br>· Developed control algorithms for diesel engine, power generators, and fuel pump controllers.<br>· Patented advanced control algorithms and electronic controls to achieve emissions standards.<br>· Designed HW and SW for embedded systems and diagnostic tools for automotive applications.<br><br>*8/1990–5/1992*          *Pennsylvania Power and Light*          *Scranton, PA*<br>**_Distribution Engineer_**<br>· Responsible for maintenance and voltage quality analysis of distribution lines.<br>· Managed division operations to include load projections and power quality.<br><br>*8/1988–8/1990*          *CertainTeed*          *Mountaintop, PA*<br>**_R&D Engineer_**<br>· Developed visual system to scan insulation, measure quality, perform SPC and control mfg process. |
| **Education**<br><br>*(Business, technology, relationship expertise)* | **Ph.D. Candidate Business Admin, Entrepreneurship** – Liberty University, exp.2026<br>        Lynchburg, VA<br>**MBA / Technology Management** – University of Phoenix, 2000          Phoenix, AZ<br>**MS Electrical Engineering** – State University of New York, 1996          Binghamton, NY<br>**MA Counseling** – Liberty University, 2011          Lynchburg, VA<br>**M. Div. Chaplaincy** – Liberty Seminary, 2011          Lynchburg, VA<br>**BS Electrical Engineering** – Wilkes University, Summa Cum Laude, first in class, 1992    Wilkes-Barre, PA<br>**Continuing Education** – IEEE, PE, PMI, UOP Faculty, SUNY Proj Mgmt Instructor, US Army PLDC<br>**US Army Veteran** – Honorable discharge with distinguished awards. American Legion Post Vice Commander |
| **Expert Witness**<br><br>*(Consulting for litigation, testimony, deposition, source code review, forensic* | · **_Product Liability_**<br>Testifying, depositions, expert reports. Incident analysis and forensics; product design review and development investigation; scene reconstruction; product simulations and performance benchmarking.<br>· **_Patents and Intellectual Property_**<br>Testifying, prior art investigation, trade secret misappropriation, patent infringement analysis (including source code). Recreation of engineered designs. Audit and validation of engineering work and quality. |

| services, and expert witness services) | · **_Industries and Areas of Expertise_**<br>Vehicle technologies, medical devices, aerospace/automotive electronics/software, safety-critical systems, real-time embedded controls, machine learning, electromechanical power conversion, avionics modeling.<br>· **_Case List Examples (deposition and testimony list available separately)_**<br>Electric vehicles, radar, ECG devices, drones, power systems liability; battery management; control system robustness; patent protection and IP infringement; accident investigation; trade secret disclosure. |
|---|---|
| **Technical Skills**<br>*(Diverse skills applied across applications over project life-cycles)* | **Applications** – Automotive powertrains, flight test, embedded systems, model-based design, aerospace, avionics, automotive, radar, UAV, communications, electric vehicles, robotics, military and defense systems, radio/navigation, medical devices, locomotives, power electronics, autonomous systems, Phys/SW cybersecurity<br><br>**Management** – Critical program operations, portfolio management, technology/R&D leadership, agile Project Management, product roadmaps, Lean & Six Sigma, customer requirements development, technical marketing, operations management, SWOT, sales forecasts, operations management. Graduate School Adjunct Faculty.<br><br>**Systems/Software** – MBSE, Platform integration, safety-critical development, data communication, RF, trade studies, requirements management, architecture, electrical systems, DSP, FPGA, GPU, AI, neural networks, sensors, production, aftermarket, Python, ICD, DOORS, Saber, C/C++, R, MATLAB, Simulink, LabVIEW, Jira<br><br>**Standards** – Various IEEE, DO-, SAE, ISO standards; ISO9001/AS9100, IEEE12207, DO-178C, FDA 510(K), ARP-4761/4754, DO-254, DO-260, SAE-J1939/J1708/J1772, OSHA1910, NFPA70, IEC60601, MISRA, CMMI, ISO26262, ARINC, |
| **Patents** | Patent Invention 5533489 – Exhaust Gas Recirculation Control System |
| **Papers and Research** | Presented papers in Vehicle Test Strategies, Embedded Development Workflow, Hardware-in-Loop Testing, Autonomous Systems, Power management, Embedded Controls, Adaptive Product Management; Safety-Critical Systems Engineering; Medical devices, Electrical system simulation, New Venture/Partnership Development; Knowledge Management and Collaboration; Remote Project Development; Program Recovery; Power Systems; Digital Communications; Project Management; Technical Teaming Practices; IEEE Smart Micro grids team. Chair of many technical conferences on medical technology, electric vehicles, power systems and controls. |
| **Selected Publications** | Technology Overview of Autonomous Vehicles (2021); Drone Design, Build, Operation (2020); Electric Vehicle Engineering (2019); Accelerating Embedded Controls Development with an Integrated Workflow (2016); Model-Based Development of a Real-Time Prototype of an Automotive Engine Control (2015); The Myths and Magic of Autonomous Vehicles (2015); Performance-Enhancing Biomechatronics (2013); So You Want to be a Consultant? 12 Steps to Success (2011); Electric Vehicle Power Management (2010); Actuator Control Design for Safety-Critical Medical Applications (2009); Performance Requirements & Simulation of Aircraft Power Systems (2006); System Design of Vehicle-based Mobile Electric Power Applications (2005); Failsafe Avionics Control Algorithms (2004); Aircraft Structural Health Management Data Parameters (2003); Avionics Communication Workshop: Mil-Std-1553, ARINC429, RS485 (2002) |
| **Awards received** | Boeing Golden Eagle Award, Boeing Silver Eagle Award, Lockheed Martin Tradition of Excellence Award, IEEE Terry Award, UAS/UAV Tech Panel. Exemplary performance reviews by employers. Supplier awards from several customers. US Army leadership awards. Lockheed Martin Advanced Course in Engineering Instructor of the Year Award.  IEEE Regional and Lifetime Leadership Awards. Several community service awards. |
| **Teaching, Mentoring and Training** | Adjunct Faculty, MBA – Faculty for graduate and undergraduate courses, trained and approved for R&D mgmt, strategic mgmt, business consulting, project mgmt, C/Python/R programming and global business courses. Leader for MBA Capstone Course and innovation management curriculum<br>Binghamton University Continuing Education adjunct faculty for project management and corporate training.<br>IEEE Instructor – Developed and taught graduate-level courses in UAVs, autonomous systems, electric vehicles, biomechatronics, radar, safety-critical embedded controls, and signal processing systems.<br>Developed/delivered professional courseware in product management, embedded systems |

| | |
|---|---|
| | development, control system design, systems engineering, debugging embedded systems, digital data communication, power systems design, technical business development, engineering development processes and signal processing. |
| **Certifications and Professional Associations** | IEEE Board of Directors (2014-15), IEEE AES Board, UAV/UAS Tech Panel Chair, Educational activities leader<br>SAE board member and conference chair, FAA liaison; UAV standards; Project Management Professional (PMP #1503011), Project Management Institute (PMI), Vice Commander of American Legion Post 22, Cocoa, FL<br>Certified First Aid responder and instructor. Certified LM Project Manager. Certified UOP Faculty, SEI.<br>Licensed amateur radio operator (Extra Class – AC2NA), ARRL, Data science certificate<br>Senior Member of IEEE (Aerospace and Electronics, Power Electronics, Robotics & Automation, Engineering in Medicine and Biology, Power & Energy, Communications, Computer, Engineering Management Societies)<br>Previously held Secret clearance, no obstacles to reinstatement.<br>Licensed pastor, chaplain, and pastoral counselor. |
| **Personal Interests** | Piano, disc golf, drone pilot, worship leader, biking, coaching, robotics, astronomy, and crokinole champion |

The following is a sample of recent publications:

| Author | Year | Title | Publisher |
|---|---|---|---|
| Socci, V. | 2024 | Using AI/ML to Manage Cost in Space Operations | Small Satellite Education Conference |
| Socci, V. | 2024 | AI/ML Driving the Future of SPACE | IEEE SPACE Conference |
| Socci, V. | 2023 | Integrated UAS Search and Rescue | IEEE Binghamton Section |
| Socci, V. | 2022 | Paving the Road to Space | IEEE Binghamton Section |
| Socci, V. | 2021 | Integrating UAS Operations into the National Airspace System | IEEE International Radar Symposium |
| Socci, V. | 2021 | Battery Testing for Performance and Production | National Instruments |
| Socci, V. | 2019 | UAV Design Course | IEEE Vehicular Technology Society |
| Socci, V. | 2017 | Drone Operator Training Course | IEEE Aerospace and Electronic Systems |
| Socci, V. | 2017 | Verifying Functional Safety and ISO 26262 in Autonomous Vehicles | Autonomous Vehicle Test and Development Symposium |
| Socci, V. | 2016 | Rapid Controls Prototyping for Complex Automotive Controls | National Instruments |
| Socci, V. | 2016 | How It's Made: Drone Edition | IEEE AESS |
| Socci, V. | 2016 | Accelerating Embedded Controls Development with an Integrated Workflow | Automotive Testing Exposition |
| Socci, V. and White, D. | 2016 | Using Panthera to Bring your Model to Real-Time | National Instruments |
| Socci, V. | 2015 | Implementing a Model-based Design and Test Workflow | IEEE International Symposium on Systems Engineering (ISSE) |
| Socci, V. | 2015 | Model-Based Development of a Real-Time Prototype of an Automotive Engine Control | Engine Testing Exposition |
| Socci, V. | 2015 | The Myths and Magic of Autonomous Vehicles | IEEE Vehicular Technology Society |
| Socci, V. | 2015 | Performance-Enhancing Biomechatronics: A Competitive Advantage? | IEEE Smart-Tech Metro Area Workshop |

19

| Author | Year | Title | Publisher |
|---|---|---|---|
| Socci, V. | 2014 | Power system regulatory landscape | NYSPPE Engineering Symposium |
| Socci, A. and Socci, V. | 2011 | Using Geospatial Technologies to Profile River Depth Around Hiawatha Island | IEEE Geoscience and Remote Sensing Society |
| Socci, V. | 2010 | Vehicle Power Systems Design | NYSSPE Engineering Symposium |
| Socci, V. | 2010 | Mobile Equipment Power System Management | Embedded Systems Conference, Boston |
| Socci, V. | 2009 | Electronic Controls for Safety Critical Applications | NYSSPE Engineering Symposium |
| Socci, V. | 2009 | Safety-Critical Medical Actuators | IEEE EMBS HealthTech09 |

**<u>Exhibit 2 Expert trial/sworn ADR testimony given over last four years</u>**

Trial/Sworn ADR testimony cases

1.  ACTIVE CASE: SUNY et al v. Samsung (Patents, intellectual property, and source code review for medical systems and technology, testified and provided declarations, report delivered). Represented Plaintiff. Sworn deposition (written, audio, video) and testimony provided.

# EXHIBIT 3

**IN RE TESLA ADVANCED DRIVER ASSISTANCE SYTEM
LITIGATION Case No.: 3:22-cv-05240-RFL**

**Sent Documents to Vincent Socci**

| Sent Date | Document Title | Description |
|---|---|---|
| 03-27-2025 | Huang v. Tesla Inc. et al TSLA_LOSAVIO_00003587_00004446 | Tesla assorted document production from Huang v. Tesla Inc. et al case |
| 03-27-2025 | Phatak Transcript & Unmarked Exhibits | Akshay Phatak's amended notice of deposition and Phatak deposition exhibits: <br>• 2025_01_29 P's ANOD of Akshay Phatak <br>• Autopilot Full Self-Driving Hardware (Neighborhood Short) <br>• Exhibit 02 (Shroff) <br>• Exhibit 03 (Shroff) <br>• Exhibit 04 (Shroff) <br>• Exhibit 10 (Shroff) <br>• Exhibit 12 (Shroff) <br>• Exhibit 13 (Shroff) <br>• Exhibit 14 (Shroff) <br>• Exhibit 17 (Shroff) <br>• Exhibit 19 (Shroff) <br>• Exhibit 22 (Shroff) <br>• Exhibit 25 (Shroff) <br>• TSLA_LOSAVIO_00003651 <br>• TSLA_LOSAVIO_00003693 <br>• Union Leader [2024_04_07] In 2018 crash, Tesla's Autopilot just followed the lane lines <br>• US20230406356A1 |
| 03-27-2025 | Shroff Transcript & Exhibits | Dhaval Shroff's deposition transcript and exhibits: <br>• 2025-02-27 - PDF - FULL SIZE - DHAVAL SHROFF - LINKED EXHIBITS CONFIDENTIAL - ATTORNEYS' EYES ONLY <br>• Exhibit 01 |

|  |  | <ul><li>Exhibit 02</li><li>Exhibit 03</li><li>Exhibit 04</li><li>Exhibit 5</li><li>Exhibit 06</li><li>Exhibit 07</li><li>Exhibit 08</li><li>Exhibit 09</li><li>Exhibit 10</li><li>Exhibit 11</li><li>Exhibit 12</li><li>Exhibit 13</li><li>Exhibit 14</li><li>Exhibit 15</li><li>Exhibit 16</li><li>Exhibit 17</li><li>Exhibit 18</li><li>Exhibit 19</li><li>Exhibit 20</li><li>Exhibit 21</li><li>Exhibit 22</li><li>Exhibit 23</li><li>Exhibit 24</li><li>Exhibit 25</li><li>Exhibit 26</li></ul> |
|---|---|---|
| 03-27-2025 | TSLA_LOSAVIO_00044378_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY | Tesla assorted document production |
| 03-27-2025 | TSLA_LOSAVIO_00044381_HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY | Tesla assorted document production |
| 04-15-2025 | TSLA_LOSAVIO_00044404-00044419 | Tesla assorted document production |
| 04-15-2025 | TSLA_LOSAVIO_00044420-00044428 | Tesla assorted document production |
| 04-15-2025 | TSLA_LOSAVIO_00044429-00044437 | Tesla assorted document production |
| 04-15-2025 | TSLA_LOSAVIO_00044438-00044446 | Tesla assorted document production |
| 04-15-2025 | TSLA_LOSAVIO_00044447-00044455 | Tesla assorted document production |
| 04-15-2025 | TSLA_LOSAVIO_00044456-00044464 | Tesla assorted document production |
| 04-15-2025 | TSLA_LOSAVIO_00044465-00044472 | Tesla assorted document production |
| 04-16-2025 | 2025-04-14 [Electrek] Tesla (TSLA) has to replace computer in ~4 million cars or compensate their owners | Electrek article |

| 04-23-2025 | 2025-03-19 - PDF - FULL SIZE - AKSHAY PHATAK - LINKED EXHIBITS  Highly Confidential - Attorney's Eyes Only | Akshay Phatak deposition transcript |
|---|---|---|
| 04-23-2025 | 2025-01-30 [Investing.com] Earnings call transcript_Tesla Q4 2024 misses estimates, stock reacts | Investing.com article |
| 04-23-2025 | 2024-11-14 Tesla's Am Resps & Objs to LoSavio's Rogs, Set 1 | Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC's Amended and Supplemental Responses and Objections to Plaintiff Thomas LoSavio's Interrogatories (Set One) |
| 04-23-2025 | 2024-11-14 Tesla's Resps & Objs to LoSavio's RFAs, Set 1 | Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC's Responses and Objections to Plaintiff Thomas LoSavio's First Set of Requests for Admission |
| 04-25-2025 | 2024-08-24 [Electrek] Tesla deletes its blog post stating all cars have self-driving hardware | Electrek article |
| 04-25-2025 | 2024-12-04 [IEEE Transactions on Intelligent Vehicles] Identifying Research Gaps through Self-Driving Car Data Analysis | IEEE Transactions on Intelligent Vehicles article |
| 04-25-2025 | 2024-12-23 [Alex Roy on X] WE SET THE FIRST TESLA FSD CANNONBALL RUN RECORD | Tweet of article from Alex Roy |
| 04-25-2025 | 2025-01-13 [Electrek] Elon Musk misrepresents data that shows Tesla is still years away from unsupervised self-driving | Electrek article |
| 04-25-2025 | 2025-04-14 [Electrek] Tesla (TSLA) has to replace computer in ~4 million cars or compensate their owners | Electrek article |