# FIEBER DEC EX. 7

| | |
|---|---|
| DAVID C. MARCUS (SBN 158704)<br>david.marcus@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel.: (213) 443-5312<br><br>ALLISON BINGXUE QUE (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel.: (650) 858-6000 | ALAN SCHOENFELD (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel.: (212) 937-7294 |

*Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF THOMAS LOSAVIO'S FIRST SET OF REQUESTS FOR ADMISSION** |

**SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSION**

**REQUEST FOR ADMISSION NO. 1:**

Admit that YOU have not submitted an application to the CADMV for YOU to operate autonomously and without a safety driver any vehicle that YOU have marketed from January 1, 2016, through the present.

**RESPONSE TO REQUEST NO 1:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request on the basis that "to operate autonomously and without a safety driver any vehicle" is vague and ambiguous; Tesla will interpret this to mean the CADMV's Autonomous Vehicle Tester (AVT) Driverless Program and Autonomous Vehicle Deployment (AVD) Program.

Subject to and without waiving the foregoing General and Specific Objections, Tesla admits that it has not submitted an application for the CADMV's Autonomous Vehicle Tester (AVT) Driverless Program and Autonomous Vehicle Deployment (AVD) Program since January 1, 2016. Tesla otherwise denies this Request unless expressly admitted.

**REQUEST FOR ADMISSION NO. 2:**

Admit that YOU have not submitted an application to the CADMV to allow YOU to deploy an autonomous vehicle.

**RESPONSE TO REQUEST NO 2:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request on the basis that "to deploy an autonomous vehicle" is vague and ambiguous; Tesla will interpret this to mean the CADMV's Autonomous Vehicle Deployment (AVD) Program.

Subject to and without waiving the foregoing General and Specific Objections, Tesla admits that it has not submitted an application for the CADMV's Autonomous Vehicle Deployment (AVD) Program. Tesla otherwise denies this Request unless expressly admitted.

**REQUEST FOR ADMISSION NO. 3:**

4

TESLA'S R&OS TO                                                     Case. No. 3:22-CV-05240-RFL
PLAINTIFF'S 1ST SET OF RFAS

goal—is that we'll be able to demonstrate drive full autonomy all the way from LA to New York. So basically from a home in LA to let's say dropping you off in Times Square in New York and having the car go park itself by the end of next year, without the need for a single touch, including the charger." Tesla further objects to this Request as nonsensical because it seeks admission regarding the veracity of a statement not provable as false.

Based on the foregoing objections, Tesla cannot admit or deny this Request. To the extent a response is required, Tesla denies this Request.

Dated: November 14, 2024

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s Alan Schoenfeld*
Alan Schoenfeld

*Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*