FIEBER DEC EX. 8

DAVID C. MARCUS (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel.: (213) 443-5312

ALLISON BINGXUE QUE (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000

ALAN SCHOENFELD (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 937-7294

*Attorneys for Defendant Tesla, Inc., Tesla
Lease Trust, and Tesla Finance LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF THOMAS LOSAVIO'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET SEVEN)** |

1  **SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

2  **REQUEST FOR PRODUCTION NO. 46:**

3      ALL DOCUMENTS relating or referring to any validation YOU have conducted of YOUR

4  Enhanced Autopilot technologies from January 1, 2016, through the present.

5  **RESPONSE TO REQUEST NO 46:**

6      Tesla incorporates each of the General Objections as if they were stated in full.  Tesla

7  further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs

8  of the case in seeking "All DOCUMENTS" regarding "any validation" for a period of over nine

9  years.  Tesla further objects to the Request to the extent it is duplicative of other Requests,

10  including but not limited to Request Nos. 48, 49, and 50.  Tesla further objects to this Request to

11  the extent it seeks the production of documents containing information protected by the attorney-

12  client privilege, the work-product doctrine, or any other applicable privilege.

13      Subject to and without waiving the foregoing objections, Tesla is willing to meet and confer

14  regarding this Request.

15  **REQUEST FOR PRODUCTION NO. 47:**

16      All DOCUMENTS relating or referring to the validation of YOUR Full Self-Driving

17  Capability technologies, including the "extensive software validation" previously referenced on

18  YOUR webpage, and as quoted in the Third Amended Complaint at 58:15-17 and also as

19  represented in YOUR November 12, 2016 email to Plaintiff attached as Exhibit D to the Third

20  Amended Complaint, from January 1, 2016 to the present.

21  **RESPONSE TO REQUEST NO 47:**

22      Tesla incorporates each of the General Objections as if they were stated in full.  Tesla

23  further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs

24  of the case in seeking "All DOCUMENTS" for a period of over nine years.  Tesla further objects

25  to the Request to the extent it is duplicative of other Requests, including but not limited to Request

26  Nos. 48, 49, and 50.  Tesla further objects to this Request to the extent it seeks the production of

27

28

documents containing information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege.

Subject to and without waiving the foregoing objections, Tesla is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 48:**

Any reports, presentations, analyses, studies, or equivalent work by YOU to define the requirements for validation of YOUR Enhanced Autopilot or Full Self-Driving technologies from January 1, 2016, through the present.

**RESPONSE TO REQUEST NO 48:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs of the case in seeking "Any reports, presentations, analyses, studies, or equivalent work" for a period of over nine years. Tesla further objects to the Request to the extent it is duplicative of other Requests, including but not limited to Request Nos. 46, 47, 49 and 50. Tesla further objects to this Request to the extent it seeks the production of documents containing information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege.

Subject to and without waiving the foregoing objections, Tesla is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 49:**

Any reports, presentations, analyses, studies, or equivalent work by YOU documenting YOUR progress towards validation of YOUR Enhanced Autopilot or Full Self-Driving technologies from January 1, 2016, through the present.

**RESPONSE TO REQUEST NO 49:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs of the case in seeking "Any reports, presentations, analyses, studies, or equivalent work" for a period of over nine years. Tesla further objects to the Request to the extent it is duplicative of

1   other Requests, including but not limited to Request Nos. 46, 47, 48 and 50. Tesla further objects

2   to this Request to the extent it seeks the production of documents containing information protected

3   by the attorney-client privilege, the work-product doctrine, or any other applicable privilege.

4          Subject to and without waiving the foregoing objections, Tesla is willing to meet and confer

5   regarding this Request.

6   **REQUEST FOR PRODUCTION NO. 50:**

7          Any reports, presentations, analyses, studies, or equivalent work by YOU documenting the

8   schedule for completion of the validation of YOUR Enhanced Autopilot or Full Self-Driving

9   technologies from January 1, 2016, through the present.

10  **RESPONSE TO REQUEST NO 50:**

11         Tesla incorporates each of the General Objections as if they were stated in full. Tesla

12  further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs

13  of the case in seeking "Any reports, presentations, analyses, studies, or equivalent work" for a

14  period of over nine years. Tesla further objects to the Request to the extent it is duplicative of

15  other Requests, including but not limited to Request Nos. 46, 47, 48 and 49. Tesla further objects

16  to this Request to the extent it seeks the production of documents containing information protected

17  by the attorney-client privilege, the work-product doctrine, or any other applicable privilege.

18         Subject to and without waiving the foregoing objections, Tesla is willing to meet and confer

19  regarding this Request.

20  **REQUEST FOR PRODUCTION NO. 51:**

21         All DOCUMENTS relating or referring to YOUR 2021 decision to discontinue use of radar

22  on YOUR vehicles using the Enhanced Autopilot or Full Self Driving technology packages.

23  **RESPONSE TO REQUEST NO 51:**

24         Tesla incorporates each of the General Objections as if they were stated in full. Tesla

25  further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs

26  of the case in seeking "All DOCUMENTS." Tesla further objects to the term "YOUR 2021

27  decision to discontinue use of radar" as vague, ambiguous, and misleading. Tesla further objects

28

Subject to and without waiving the foregoing objections, Tesla is willing to meet and confer regarding this Request after Plaintiff has reviewed Tesla's productions to duplicative Request No. 27.

**REQUEST FOR PRODUCTION NO. 55:**

All DOCUMENTS relating or referring to YOUR 2022 decision to add radar on YOUR vehicles using the Enhanced Autopilot or Full Self Driving technology packages.

**RESPONSE TO REQUEST NO 55:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs of the case in seeking "All DOCUMENTS." Tesla further objects to the term "YOUR 2022 decision to add radar on YOUR vehicles using the Enhanced Autopilot or Full Self Driving technology packages" as vague, ambiguous, and misleading. Tesla further objects to the Request to the extent it is duplicative of other Requests, including but not limited to Request No. 27. Tesla further objects to this Request to the extent it seeks the production of documents containing information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege.

Subject to and without waiving the foregoing objections, Tesla is willing to meet and confer regarding this Request after Plaintiff has reviewed Tesla's productions to duplicative Request No. 27.

Dated:  March 3, 2025

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

*Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*