# FIEBER DEC EX. 9

DAVID C. MARCUS (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel.: (213) 443-5312

ALLISON BINGXUE QUE (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000

ALAN SCHOENFELD (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 937-7294

*Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**DEFENDANTS TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF THOMAS LOSAVIO'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET EIGHT)** |

1  Subject to and without waiving the foregoing objections, Tesla will meet and confer on the
2  scope and proportional need for this request.

3  **REQUEST FOR PRODUCTION NO. 59:**

4  DOCUMENTS sufficient to show the organizational structure for personnel working on
5  marketing YOUR Enhanced Autopilot and/or Full Self-Driving Capability features, from January
6  1, 2016 to the present.

7  **RESPONSE TO REQUEST NO 59:**

8  Tesla incorporates each of the General Objections as if they were stated in full.  Tesla
9  further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs
10 of the case because Tesla does not maintain in the ordinary course of business an organization
11 chart maintained in a readily accessible format.  Tesla further objects to this Request because the
12 term "marketing" is vague and ambiguous.  Tesla further objects to this Request because Tesla
13 does not "market" its products through traditional means such as television, radio, print, or
14 sponsorship and does not have an internal personnel who "work[] on marketing."

15 Based on the foregoing objections, Tesla will not produce documents in response to this
16 Request.

17 **REQUEST FOR PRODUCTION NO. 60:**

18 All of YOUR internal and external communications of any type, including but not limited
19 to, emails, text messages, memos, notes of meetings, discussions, and calls, wherein the liabilities
20 and/or benefits, financial or otherwise, of marketing YOUR autonomous driving features using the
21 product labels Autopilot, Enhanced Autopilot, Full Self-Driving, or Full Self-Driving Beta, and
22 associated narrative descriptions, were memorialized, from January 1, 2016 to the present.

23 **RESPONSE TO REQUEST NO 60:**

24 Tesla incorporates each of the General Objections as if they were stated in full.  Tesla
25 further objects to this Request because the terms "liabilities and/or benefits, financial or otherwise,
26 of marketing" are vague and ambiguous.  Tesla further objects to this Request as overbroad, unduly
27 burdensome, and disproportional to the needs of the case in seeking "All of YOUR internal and
28

**REQUEST FOR PRODUCTION NO. 62:**

All DOCUMENTS relating or referring to any effort by YOU to gain regulatory approval in any U.S. state or territory for YOUR Full Self Driving version 12 or higher technology.

**RESPONSE TO REQUEST NO 62:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request as overbroad, unduly burdensome, and disproportional to the needs of the case in seeking "All DOCUMENTS relating or referring to any effort" in "any U.S. state or territory." Tesla further objects to the term "any effort" as vague and ambiguous. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 3, for which Tesla has already produced responsive documents. Tesla further objects to this Request to the extent it seeks the production of documents containing information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege.

Subject to and without waiving the foregoing objections, Tesla is not aware of any non-privileged documents, not previously produced in response to other Requests, that are responsive to this Request. Tesla will continue to investigate and conduct a reasonable search for any non-privileged, responsive documents and produce them to the extent they have not already been produced.

Dated: March 12, 2025

**WILMER CUTLER PICKERING HALE AND DORR LLP**

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld

*Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*