# FIEBER DEC EX. 10



# Earnings call transcript: Tesla Q4 2024 misses estimates, stock reacts

Investing.com

Published 01/30/2025, 08:04 AM

View all comments (0)



**TSLA**
5.28%

Tesla (NASDAQ:TSLA) Inc. reported its fourth-quarter 2024 earnings, revealing a slight miss on Wall Street expectations. The electric vehicle giant posted earnings per share (EPS) of $0.73, falling short of the forecasted $0.76. Revenue also missed expectations, coming in at $25.71 billion compared to the anticipated $27.23 billion. Following the earnings announcement, Tesla's stock experienced a decline of 2.26% in after-hours trading, closing at $389.10. However, in premarket trading, the stock rebounded, rising 3.2% to $401.55.

**Key Takeaways**

- Tesla's Q4 2024 EPS and revenue both fell short of expectations.
- Stock initially declined but showed signs of recovery in premarket trading.
- Tesla achieved record vehicle deliveries and reduced production costs.
- The company continues to expand its product lineup and AI capabilities.
- Future guidance remains optimistic with significant growth projections.

**Company Performance**

Tesla reported a strong operational performance despite missing financial forecasts. The company achieved record vehicle deliveries at an annualized rate of nearly 2 million, reducing the cost per car to below $35,000. Tesla also reported free cash flow of $2 billion for the quarter, contributing to a total of $3.6 billion for the year. The company continues to lead in AI and autonomous vehicle technology, with plans to launch unsupervised Full Self-Driving (FSD) in Austin by June 2025.

**Financial Highlights**

- Revenue: $25.71 billion, down from the forecasted $27.23 billion.
- Earnings per share: $0.73, missing the expected $0.76.
- Free cash flow: $2 billion for Q4, $3.6 billion for the year.
- Capital expenditures: Approximately $5 billion related to AI.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Earnings vs. Forecast**

Tesla's EPS of $0.73 missed the forecast by $0.03, while revenue was $1.52 billion below expectations. This represents a 3.95% shortfall in revenue, a significant deviation compared to previous quarters where Tesla often exceeded forecasts. The miss may be attributed to increased operational costs and investments in new technologies.

## Market Reaction

Following the earnings release, Tesla's stock dropped 2.26% in after-hours trading. However, in premarket trading, the stock rose by 3.2%, indicating a potential recovery. The stock's movement reflects mixed investor sentiment, balancing the earnings miss with confidence in Tesla's long-term growth prospects. The stock remains within its 52-week range, with a high of $488.54 and a low of $138.80.

## Outlook & Guidance

Tesla's future guidance remains optimistic, with plans to launch a more affordable vehicle model in the first half of 2025 and expand energy storage production. The company projects significant growth in energy storage deployments and anticipates its Optimus humanoid robot to contribute substantially to future revenue. Tesla's EPS and revenue forecasts for 2025 suggest continued growth, with EPS expected to reach $1.06 by Q4 2025 and annual revenue projected at $116.23 billion.

## Executive Commentary

Elon Musk, Tesla's CEO, expressed confidence in the company's future, stating, "I see a path to Tesla being the most valuable company in the world by far." He also highlighted the upcoming launch of unsupervised FSD in Austin, reinforcing Tesla's leadership in autonomous driving technology. Musk emphasized the transformative potential of Tesla's innovations, saying, "The future is going to be incredibly different from the past."

Advertisement

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Q&A**

During the earnings call, analysts inquired about Tesla's FSD development strategy, particularly the decision to proceed without LIDAR technology. The company also addressed regulatory challenges in Europe and China and discussed the potential for licensing its FSD technology to other manufacturers. Additionally, Tesla elaborated on its strategy for developing and producing the Optimus robot.

**Risks and Challenges**

- Supply chain constraints, particularly in battery production, could impact Tesla's growth.
- Regulatory hurdles in key markets like Europe and China may pose challenges.
- Increased competition in the electric vehicle and autonomous driving sectors.
- Execution risks associated with new product launches and technology development.
- Macroeconomic factors, including potential economic slowdowns, may affect demand.

**Full transcript - Tesla Inc (TSLA) Q4 2024:**

**Travis Axelrod, Head of Investor Relations, Tesla**: Good afternoon, everyone, and welcome to Tesla's Q4 2024 Q and A webcast. My name is Travis Axelrod, the Head of Investor Relations here at Tesla, and I am joined today by Elon Musk and Bevav Taneja and a number of other executives. Our Q4 results were announced at about 3 pm Central Time in the update deck we published at the same link as this webcast. During this call, we will discuss our business outlook and make forward looking statements. These comments are based on our predictions and expectations as of today.

Actual events or results could differ materially due to a number of risks and uncertainties, including those mentioned in our most recent filings with the SEC. During the question and answer portion of today's call, please limit yourself to one question and one follow-up. Please use the raise hand button to join the question queue. Before we jump into Q and A, Elon has some opening remarks. Elon?

It's a it's a it's a several 1000000000 a year opportunity, which I don't know in this context is that these days, do several 1000000000 a year matter? I think it does. Nothing. It's probably like a 10,000,000,000 year thing. Yes, it's a 1,000,000,000 a month at some point, probably.

But it's all this is going to pale in comparison to Optimus. So yes, a 1,000,000,000 a month is a lot, but it's not it's it's going to be like 1% optimist or something.

Advertisement

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Travis Axelrod, Head of Investor Relations, Tesla**: Great. Thank you very much. We already covered the next question in opening remarks. So moving on, is it expected that Tesla will need to upgrade hardware 3 vehicles and if so, what is the timeline? And Tesla's CapEx?

I think they're referring to cost there.

**Elon Musk, CEO, Tesla**: They're really asking the tough questions, aren't they?

**Joe, AI Team Member, Tesla**: I guess we haven't stopped working on hardware 3 yet. We are still making software releases. We released the 12.6 release recently, which was like a it's like a baby v13, but it's a significant improvement compared to what they had previously. And, you know, people are still finding ways to distill larger models and the smaller models. So we don't give in upon hardware 3.

We're still working on it. Just the releases will trail the hardware 4 releases.

**Elon Musk, CEO, Tesla**: Great. Thanks, Joe. Yeah. I mean, I think the honest answer is that we're going to have to upgrade people's hardware 3 computer for those that have bought full self driving. And that is the honest answer.

And that's going to be painful and difficult, but we'll get it done. Now I'm kind of glad that not that many people bought the FSD package.

**Travis Axelrod, Head of Investor Relations, Tesla**: Thanks, Elon. The next question, has Tesla given up on ramping their solar roof product?

**Elon Musk, CEO, Tesla**: No, we're sorry, Mike. Oh, Mike, go ahead.

3rd party Ad. Not an offer or recommendation by Investing.com. See disclosure here or remove ads.

**Mike, Solar Roof Team Member, Tesla**: Oh, yes, I can take it. Yes, solar roof remains a core part of the residential product portfolio, and it still remains where it draws a lot of customer interest despite it being premium products. We've worked on multiple iterations of engineering to make the product easier to install and distribute by reducing the SKU count. And more recently, rather than direct installation, we are focused on growth through our nationwide network of certified installers. And many of those, they've been installing Solar Roof with us for many years.

**Elon Musk, CEO, Tesla**: That's actually turned out to be a much better way for the like it's just let the roof just supply products to the roofing industry. And especially when somebody is getting a new roof anyway or building a house from scratch, obviously, this is by far the most efficient time to put in a solar roof as opposed to putting a solar roof on a house that where the roof still has 20 years of life. That's not economically sensible. But if it's a new house or the roof needs to be replaced anyway, then solar roof can make a lot of sense. And it is a premium product.

It's like the it's kind of like Model S, Model X or something. It's like a it's a premium product. I think it looks really cool. And your house I mean, your house generates electricity. And if you combine it with the Tesla Powerwall battery, then you can be self sufficient.

Advertisement