# FIEBER DEC EX. 15

TESLA                                                                                          Menu

Article Menu

# Autopilot and Full Self-Driving (Supervised)

Autopilot is an advanced driver assistance system that enhances safety and convenience behind the wheel. When used properly, Autopilot reduces your overall workload as a driver. Each new Tesla vehicle is equipped with multiple external cameras and powerful vision processing to provide an additional layer of safety. All vehicles built for the North American market now use our camera-based Tesla Vision to deliver Autopilot features, rather than radar.

Autopilot comes standard on every new Tesla. For owners who took delivery of their vehicle without Autopilot, there are multiple packages available for purchase, depending on when your vehicle was built: Autopilot and Full Self-Driving (Supervised).

Autopilot and Full Self-Driving (Supervised) are intended for use with a fully attentive driver, who has their hands on the wheel and is prepared to take over at any moment. While these features are designed to become more capable over time, the currently enabled features do not make the vehicle autonomous.

## Autopilot and Full Self-Driving (Supervised) Features

Autopilot is a suite of driver assistance features that comes standard with the purchase of a new vehicle or can be purchased after delivery, and brings new functionality to your Tesla that makes driving safer and less stressful. Available Autopilot features differ based on model, trim and model year. Available packages include:

### Autopilot

Autopilot includes the following functionality and features:

- **Traffic-Aware Cruise Control:** Matches the speed of your vehicle to that of the surrounding traffic
- **Autosteer:** Assists in steering within a clearly marked lane, and uses traffic-aware cruise control

## Full Self-Driving (Supervised)

Your vehicle will be able to drive itself almost anywhere with minimal driver intervention and will continuously improve. In addition to the functionality and features of Autopilot, Full Self-Driving (Supervised) also includes:

- **Navigate on Autopilot:** Actively guides your vehicle from a highway's on-ramp to off-ramp, including suggesting lane changes, navigating interchanges, automatically engaging the turn signal and taking the correct exit.
- **Auto Lane Change:** Assists in moving to an adjacent lane on the highway when Autosteer is engaged.
- **Autopark:** Helps automatically parallel or perpendicular park your vehicle, with a single touch.
- **Dumb Summon:** Moves your vehicle in and out of a tight space using the mobile app or key.
- **Actually Smart Summon:** Your vehicle will navigate more complex environments and parking spaces, maneuvering around objects as necessary to come find you in a parking lot.
- **Autosteer on City Streets**
- **Traffic Light and Stop Sign Control:** Identifies stop signs and traffic lights and automatically slows your vehicle to a stop on approach, with your active supervision

The currently enabled Autopilot and Full Self-Driving (Supervised) features require active driver supervision and do not make the vehicle autonomous. Full autonomy will be dependent on achieving reliability far in excess of human drivers as demonstrated by billions of miles of experience, as well as regulatory approval, which may take longer in some jurisdictions. As Tesla's Autopilot and Full Self-Driving (Supervised) features evolve, your vehicle will be continuously upgraded through over-the-air software updates.

## Using Autopilot and Full Self-Driving (Supervised)

Before using Autopilot, read your Owner's Manual for instructions and more safety information. While using Autopilot, it is your responsibility to stay alert, keep your hands on the steering wheel at all times and maintain control of your vehicle. Many of our Autopilot features, like Autosteer, Navigate on Autopilot and Dumb Summon, are disabled by default. To enable them, you must go to the Autopilot Controls menu within the Settings tab and turn them on.

Before enabling Autopilot, the driver first needs to agree to "keep your hands on the steering wheel at all times" and to always "maintain control and responsibility for your vehicle." Subsequently, every time the driver engages Autopilot, they are shown a visual reminder to "keep your hands on the wheel."

## Traffic-Aware Cruise Control

To engage Traffic-Aware Cruise Control in Model S and Model X, pull down once on the cruise control stalk on the left of the steering column. In Model 3 and Model Y, pull down once on the gear selector stalk on the right of the steering column.

## Autosteer

To engage Autosteer in Model S and Model X, pull towards you twice on the cruise control stalk on the left of the steering column. In Model 3 and Model Y, pull down twice on the gear selector stalk on the right of the steering column. A grey steering wheel icon will appear on your display, next to the speedometer, when the system is available to engage. A blue steering wheel icon will appear on your display, next to the speedometer, when Autosteer is engaged.

When Autosteer is in use, it measures the amount of torque that you apply to the steering wheel and, if insufficient torque is applied, an escalating series of audible and visual alerts again reminds you to place your hands on the wheel. This helps ensure you are attentive and trains good driving habits. If you repeatedly ignore these warnings, then you will be locked out from using Autopilot for the duration of that trip. Additionally, Cabin Camera (above the rearview mirror) helps determine your attentiveness and remind you to keep your eyes on the road when Autosteer is active. Cabin Camera data is processed on the vehicle itself. No one, including Tesla, has access.

Autosteer is designed for use on highways that have a center divider, clear lane markings and no cross-traffic. It should not be used on highways that have very sharp turns or lane markings that are absent, faded or ambiguous.

## Navigate on Autopilot

Navigate on Autopilot is designed to get you to your destination more efficiently by actively guiding your vehicle from on-ramp to off-ramp, including suggesting and making lane changes, navigating highway interchanges, and taking exits. It's designed to make finding and following the most efficient path to your destination even easier on the highway when Autopilot is in use.

To engage this feature, you must first enable Autosteer by going to Controls > Autopilot > Autosteer - then enable the Navigate on Autopilot feature. Camera calibration will be required and the latest version of Navigation maps must be downloaded via Wi-Fi.

For each route where Navigate on Autopilot is available, you will have the option to activate it by pressing the NAVIGATE ON AUTOPILOT button located in your Navigation Turn List. You can also activate Navigate on Autopilot automatically any time a destination is entered and Autopilot is engaged by adjusting your Navigate on Autopilot settings from Controls > Autopilot > Customize Navigate on Autopilot.

On Model 3 and Model Y, Navigate on Autopilot can be engaged on most highways by moving the gear lever twice downwards, in quick succession.

On Model S and Model X built between 2012–2021, Navigate on Autopilot can be engaged on most highways by pulling the cruise stalk toward you, twice in quick succession.

## Auto Lane Change

To initiate an automated lane change, you must first enable Auto Lane Changes through the Autopilot Controls menu within the Settings tab. Then when the vehicle is in Autosteer, a driver must engage the turn signal in the direction that they would like to move. In some markets depending on local regulations, lane change confirmation can be turned off by accessing Controls > Autopilot > Customize Navigate on Autopilot and toggle 'Lane Change Confirmation' off.

## Autopark

If your vehicle sees a parking spot, a grey 'P' icon will appear on the left or right hand side of your instrument panel, depending on the location of the space. Autopark detects parallel parking locations when driving below 15mph and perpendicular parking locations when driving below 10mph.

To use Autopark at that time, press on the brake and shift the gear selector into 'Reverse.' Keep your foot on the brake. 'Start Autopark' will appear in blue text on your touchscreen – press this to start the feature and release the brake and steering wheel. Autopark will then begin to maneuver the vehicle into the parking space by controlling your vehicle's speed, gear changes and steering angle, but you should remember to be alert and monitor the backup camera view to check for obstacles.

Once Autopark is complete, the vehicle will let you know it is complete and shift into 'Park.' You can override Autopark at any time by taking control of the steering wheel.

## Dumb Summon

To use Dumb Summon, open the Tesla app. Press Summon and then press and hold the forward or reverse buttons. Dumb Summon also integrates with HomeLink and will open your garage door to pull your vehicle out of the garage. Dumb Summon is only intended for use in private parking lots and driveways. You are still responsible for your vehicle, so watch as it drives and stop it if necessary.

## Actually Smart Summon

Actually Smart Summon is designed to allow your vehicle to drive to you or a location of your choosing, maneuvering around and stopping for objects as necessary. Like Dumb Summon, Actually Smart Summon is only intended for use in private parking lots and driveways. You are still responsible for your vehicle and must monitor it and its surroundings at all times and be within your line of sight because it may not detect all obstacles. Be especially careful around quick moving people, bicycles and vehicles.

To use Actually Smart Summon, open your Tesla app, tap Summon. To activate the feature, press and hold the 'Come to Me' button. Alternatively, tap the target icon, set the target destination of your choice by adjusting the map, and then press and hold the 'Go to Target' button. You can stop your vehicle from driving at any time by releasing the button.

Actually Smart Summon works with your Tesla app and your phone's GPS to operate. You must be within approximately 279 feet of your vehicle to use. Dumb Summon and Actually Smart Summon require Tesla app version 4.38.0 or later. Refer to the Owner's Manual for additional details about this feature.

## Traffic Light and Stop Sign Control (Beta)

00:41

Traffic Light and Stop Sign Control (Beta) identifies stop signs and traffic lights and automatically slows your vehicle to a stop upon approach while using Autopilot, with your active supervision. To enable, shift your vehicle into PARK and tap Controls > Autopilot > Traffic Light and Stop Sign Control (Beta), then engage Traffic-Aware Cruise Control or Autosteer.

When Traffic Light and Stop Sign Control (Beta) is enabled, the driving visualization displays upcoming traffic lights, stop signs or road markings at intersections where your vehicle may need to stop. As you approach an intersection, even if the traffic light is green, your vehicle will display a red line to indicate where the vehicle will stop and the vehicle will begin to slow. To continue through the stop line, pull the Autopilot stalk or briefly tap the accelerator pedal to confirm that it is safe to proceed. At this time, Traffic Light and Stop Sign Control does not turn the vehicle, whether you are in a turn lane or have your blinker on.

Notifications on the touchscreen will provide a stop reason (stop sign or traffic light) and will also provide an estimated distance to when your vehicle will stop. If the Traffic Light notification does not indicate a light color, your vehicle has not confirmed the traffic control state.

As with all Autopilot features, you must be in control of your vehicle, pay attention to its surroundings and be ready to take immediate action including braking. This feature is in Beta and may not stop for all traffic controls. While Traffic and Stop Sign Control is enabled on surface streets with Autosteer active, your speed will be confined to the noted limit. Please review the Owner's Manual for additional information, instructions for use and warnings.

# Active Safety Features

Active safety features come standard on all Tesla vehicles made after September 2014 for elevated protection at all times. These features are made possible by our Autopilot hardware and software system and include:

- **Automatic Emergency Braking:** Detects cars or obstacles that the vehicle may impact and applies the brakes accordingly
- **Forward Collision Warning:** Warns of impending collisions with slower moving or stationary vehicles
- **Side Collision Warning:** Warns of potential collisions with obstacles alongside the vehicle
- **Obstacle Aware Acceleration:** Automatically reduces acceleration when an obstacle is detected in front of your vehicle while driving at low speeds
- **Blind Spot Monitoring:** Warns when a vehicle or obstacle is detected when changing lanes
- **Lane Departure Avoidance:** Applies corrective steering to keep your vehicle in the intended lane
- **Emergency Lane Departure Avoidance:** Steers your vehicle back into the driving lane when it detects that your vehicle is departing its lane and there could be a collision

Active safety features are designed to assist drivers, but cannot respond in every situation. It is your responsibility to stay alert, drive safely and be in control of your vehicle at all times.

# Frequently Asked Questions  Show All

> **Do all Tesla vehicles have Autopilot?**
>> No. Autopilot is only available on Tesla vehicles built after September 2014, and functionality has changed over time based on the addition of new hardware and more powerful processing. For vehicles without Autopilot software, but are equipped with the necessary hardware, you can purchase Autopilot or Full Self-Driving (Supervised) at any time through the Tesla app – and the Autopilot software required will be added to your vehicle.

> **Can I try Autopilot before purchasing?**

> You can experience Autopilot or Full Self-Driving (Supervised) on a <u>demo drive</u> at one of our Tesla store locations.

> **How do I purchase an Autopilot upgrade?**
> You can purchase Autopilot or Full Self-Driving (Supervised) at any time through the Tesla app – and the Autopilot software required will be added to your vehicle.

> **Can a vehicle be retrofitted with Autopilot hardware?**
> Tesla vehicles built between September 2014 and October 2016 include first generation Autopilot hardware: one camera, a first-generation radar and ultrasonic sensors.
>
> These vehicles are ineligible for retrofits to the latest Autopilot hardware.

> **How do I check what Autopilot hardware I have?**
> Check your configuration from your touchscreen. Select 'Controls' > 'Software' and confirm Autopilot computer type. Then press 'Additional Vehicle Information.'

> **How does Autopilot work?**
> As of mid-February 2022, all vehicles built for the North American market will feature Tesla Vision, which uses multiple cameras and powerful neural net processing to see the environment around the vehicle and deliver Autopilot features. This camera suite provides occupants with an awareness of their surroundings that a driver alone would not otherwise have. A powerful onboard computer processes these inputs in a matter of milliseconds to help make driving safer and less stressful.

> **Do I still need to pay attention while using Autopilot?**
> Yes. Autopilot is a hands-on driver assistance system that is intended to be used only with a fully attentive driver. It does not turn a Tesla into a self-driving vehicle nor does it make a vehicle autonomous.
>
> Before enabling Autopilot, you must agree to "keep your hands on the steering wheel at all times" and to always "maintain control and responsibility for your vehicle." Once engaged, Autopilot will also deliver an escalating series of visual and audio warnings, reminding you to place your hands on the wheel if insufficient torque is applied. If you repeatedly ignore these warnings, you will be locked out from using Autopilot during that trip.
>
> You can override any of Autopilot's features at any time by steering, applying the brakes, or using the cruise control stalk to deactivate.

> **Autosteer is unavailable due to driver attentiveness. How do I turn it back on?**
> If you repeatedly ignore the inattentive driver warnings, Autosteer will be disengaged for that trip. If you receive several 'Forced Autopilot Disengagements' (three times for vehicles without a cabin camera and five

times for vehicles with a cabin camera), Autosteer and all features that use Autosteer will be temporarily removed for approximately one week.

There is no way to manually clear a Forced Autopilot Disengagement or suspension. After approximately one week, you will be able to use Autosteer again.

> **What are the limitations of Autopilot?**
>
> Many factors can impact the performance of Autopilot, causing the system to be unable to function as intended. These include, but are not limited to: poor visibility (due to heavy rain, snow, fog, etc.), bright light (due to oncoming headlights, direct sunlight, etc.), mud, ice, snow, interference or obstruction by objects mounted onto the vehicle (such as a bike rack), obstruction caused by applying excessive paint or adhesive products (such as wraps, stickers, rubber coating, etc.) onto the vehicle; narrow, high curvature or winding roads, a damaged or misaligned bumper and extremely hot or cold temperatures.
>
> To ensure the Autopilot hardware can provide information that is as accurate as possible, keep the cameras and sensors clean and free of obstructions or damage. Occasionally remove any buildup of dirt by wiping the cameras and sensors with a soft cloth dampened with warm water.

> **How do I use Autopilot features?**
>
> Before using Autopilot, please read your Owner's Manual for instructions and more safety information. While using Autopilot features, it is your responsibility to stay alert, drive safely and be in control of your vehicle at all times.
>
> Activating Autopilot in Model S and Model X
>
> 00:23
>
> Activating Autopilot in Model 3 and Model Y

00:49

> How long does Autopilot take to calibrate before you can enable it?
> Before Autopilot features can be used for the first time, cameras must complete a self-calibration process. Calibration typically completes after driving 20-25 miles, but the distance varies depending on road and environmental conditions. Contact Tesla if your vehicle has not completed the calibration process after driving 100 miles.

> Is there blind spot detection?
> To improve safety and increase confidence when changing lanes, vehicles built since October 2016 will display a red lane line when your turn signal is engaged and a vehicle or obstacle is detected in your target lane. This includes improved blind spot monitoring on the instrument panel which reflects the type of vehicle in your blind spot, supplementing an already attentive driver.

# Can't find what you are looking for?

If you still can't find what you're looking for in our support resources, contact customer support directly.

Back to Top