# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 17

# Deposition Transcript

Case Number: 3:22-cv-05240-RFL
Date: March 19, 2025

In the matter of:

# IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION

# Akshay Phatak

## Highly Confidential - Attorney's Eyes Only



Reported by:
KIMBERLEY RICHARDSON

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4  In re Tesla Advanced        Case No. 3:22-cv-05240-RFL
    Driver Assistance Systems
 5  Litigation
    _____/
 6

 7

 8

 9
          (HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY)
10

11

12

13            DEPOSITION OF AKSHAY PHATAK

14

15              Palo Alto, California

16               March 19, 2025

17

18

19

20

21

22  Stenographically reported by:

23  Kimberley Richardson, RPR, CCRR, AA

24  California CSR No. 5915

25  Job No. 1431139
```

1                    UNITED STATES DISTRICT COURT

2                    NORTHERN DISTRICT OF CALIFORNIA

3

4   In re Tesla Advanced          Case No. 3:22-cv-05240-RFL
    Driver Assistance Systems
5   Litigation
    _____/

6

7

8

9

10

11

12

13            BE IT REMEMBERED, that pursuant to Notice, and

14   on the 19th day of March 2025, commencing at the hour of

15   9:05 a.m., before me, KIMBERLEY RICHARDSON, a Certified

16   Shorthand Reporter, at WilmerHale, 2600 El Camino Real,

17   Suite 400, Palo Alto, California 94306, appeared AKSHAY

18   PHATAK, produced as a witness in said action, and being

19   by me first duly sworn, was thereupon examined as a

20   witness in said cause.

21

22

23

24

25

```
 1    APPEARANCES:

 2

 3    For the Plaintiffs and the Proposed Class:

 4            JULIE L. FIEBER
                Cotchett, Pitre & McCarthy, LLP
 5            840 Malcolm Road
                Burlingame, California 94010
 6            650-697-6000
                jfieber@cpmlegal.com
 7

 8            P. CAMILLE GUERRA (Via Zoom)
                Casey, Gerry, Schenk, Francavilla, Blatt &
 9            Penfield, LLP.
                110 Laurel Street
10            San Diego, California 92101
                619-238-1811
11            camille@cglaw.com

12

13    For the Defendants Tesla, Inc.; Tesla Lease Trust; and
      Tesla Finance, LLC:
14
                DAVID MARCUS
15            WilmerHale
                350 South Grand Avenue, Suite 2400
16            Los Angeles, California 90071
                213-443-5312
17            david.marcus@wilmerhale.com

18            ALLISON QUE
                WilmerHale
19            2600 El Camino Real, Suite 400
                Palo Alto, California 94306
20            650-858-6000
                allison.que@wilmerhale.com

21

22            AENGUS CARR
                Tesla, Inc.
23            3000 Hanover Street
                Palo Alto, California 94304
24            650-681-5000
                aecarr@tesla.com

25
```

```
 1   ALSO PRESENT:     FRANCES THURSTON

 2                     DONATO CIPPONERI

 3                     KELLY HOFFMAN

 4                     BREANNA JOLLY

 5                     MAKENA KERSHAW

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Highly Confidential - Attorney's Eyes Only







Highly Confidential - Attorney's Eyes Only





AKSHAY PHATAK
MARCH 19, 2025                    Highly Confidential - Attorney's Eyes Only                    JOB NO. 1431139



Highly Confidential - Attorney's Eyes Only





AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025                    Highly Confidential - Attorney's Eyes Only                    JOB NO. 1431139











AKSHAY PHATAK
MARCH 19, 2025                Highly Confidential - Attorney's Eyes Only                JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025    Highly Confidential - Attorney's Eyes Only    JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025                    Highly Confidential - Attorney's Eyes Only                    JOB NO. 1431139

AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139

AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025    Highly Confidential - Attorney's Eyes Only    JOB NO. 1431139





AKSHAY PHATAK
MARCH 19, 2025     Highly Confidential - Attorney's Eyes Only     JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025    Highly Confidential - Attorney's Eyes Only    JOB NO. 1431139





Highly Confidential - Attorney's Eyes Only







AKSHAY PHATAK
MARCH 19, 2025            Highly Confidential - Attorney's Eyes Only            JOB NO. 1431139







AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



AKSHAY PHATAK
MARCH 19, 2025          Highly Confidential - Attorney's Eyes Only          JOB NO. 1431139



```
 1   STATE OF CALIFORNIA    )

 2                          )       ss.

 3   COUNTY OF ALAMEDA      )

 4

 5         I, KIMBERLEY RICHARDSON, a Shorthand Reporter,

 6   State of California, do hereby certify:

 7         That AKSHAY PHATAK, in the foregoing deposition

 8   named, was present and by me sworn as a witness in the

 9   above-entitled action at the time and place therein

10   specified;

11         That said deposition was taken before me at said

12   time and place, and was taken down in shorthand by me, a

13   Certified Shorthand Reporter of the State of California,

14   and was thereafter transcribed into typewriting, and

15   that the foregoing transcript constitutes a full, true

16   and correct report of said deposition and of the

17   proceedings that took place;

18         That before completion of the proceedings,

19   review of the transcript was requested.

20         IN WITNESS WHEREOF, I have hereunder subscribed

21   my hand this 1st day of April 2024.

22

23

24   _____
     KIMBERLEY RICHARDSON, CSR NO. 5915

25   State of California
```