# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 21


███ .................................................................................................................. 2
█████ ............................................................................................................ 7
███ ................................................................................................................. 8
███████ ...................................................................................................... 13
███ ................................................................................................................ 15



Phatak
EXHIBIT NO. 32
3-19-25
Schmitt Reporting

Tesla Confidential                                                                                   Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                               TESLA-00085342
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                               TSLA_LOSAVIO_00003693



Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085343
TSLA_LOSAVIO_00003694

Tesla Confidential                                                                 Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085344
TSLA_LOSAVIO_00003695



Tesla Confidential    Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085345
TSLA_LOSAVIO_00003696



Tesla Confidential                                                                 Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085346
TSLA_LOSAVIO_00003697



Tesla Confidential                                                                 Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085347
TSLA_LOSAVIO_00003698



Tesla Confidential Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085348
TSLA_LOSAVIO_00003699

[Page contents redacted]



Tesla Confidential                                                      Autopilot HW 2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085349
TSLA_LOSAVIO_00003700







Tesla Confidential                                          Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085351
TSLA_LOSAVIO_00003702



Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085352
TSLA_LOSAVIO_00003703



Tesla Confidential                                                Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085353
TSLA_LOSAVIO_00003704





Tesla Confidential                                                                                             Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           TESLA-00085354
                                                                                                                      TSLA_LOSAVIO_00003705



Tesla Confidential                                      Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085355
TSLA_LOSAVIO_00003706



Tesla Confidential                                                    Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085356
TSLA_LOSAVIO_00003707



Tesla Confidential                                                                                        Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085357
TSLA_LOSAVIO_00003708



Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085358
TSLA_LOSAVIO_00003709



Tesla Confidential

Autopilot HW2.5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TESLA-00085359
TSLA_LOSAVIO_00003710