# FIEBER DEC EX. 23



