# FIEBER DEC EX. 24



