FIEBER DEC EX. 26
(Video will be provided via
USB)