# SEALING IS SOUGHT IN FULL

FIEBER DEC EX. 27

とても低





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

T E S L A

COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044406

COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

TΞSLΛ

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044407

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044408

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TE5LA    COPYRIGHT 2023 TESLA, INC.    PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA    6

TSLA_LOSAVIO_00044409



COPYRIGHT 2023 TESLA, INC.      PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044410

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

T Ξ 5 L ∃

COPYRIGHT 2023 TESLA, INC.    PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

8

T Ξ 5 L ᄀ

COPYRIGHT 2023 TESLA, INC.                    PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    TSLA_LOSAVIO_00044412



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

T ≡ 5 L ᴬ          COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA          10

TSLA_LOSAVIO_00044413



COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044414

T E S L A          COPYRIGHT 2023 TESLA, INC.          PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          TSLA_LOSAVIO_00044415



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

COPYRIGHT 2023 TESLA, INC.    PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

TSLA_LOSAVIO_00044416



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044417



COPYRIGHT 2023 TESLA, INC.     PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044418



T ≡ 5 L ⊓    COPYRIGHT 2023 TESLA, INC.    PROPRIETARY AND CONFIDENTIAL, DISCLOSED UNDER NDA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TSLA_LOSAVIO_00044419