# FIEBER DEC EX. 28
# (Video will be provided via USB)