# SEALING IS SOUGHT IN FULL

# FIEBER DEC EX. 29

Menu ☰

**Let Us Know**

Share your feedback on this article or general Wire functionality.

For edits that need immediate attention, submit a News & Wire Request

*Shroff*
DEPOSITION
EXHIBIT
2
PENGAD 800-631-6989

**LANGUAGE SWITCHER**

- English

(Article)                                                                    (Expand all content)

Last Updated: 30 Oct 2024

Subscribe

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY