FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Tesla Advanced Driver Assistance Systems Litigation | Case No. 3:22-cv-05240-RFL<br><br>**DECLARATION OF FRANK M. PITRE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Rita F. Lin<br>Date:  August 12, 2025<br>Time:  10:00 a.m.<br>Courtroom: 15 – 18th Floor |

I, Frank M. Pitre, hereby state, under the penalty of perjury, as follows:

1. I, Frank M. Pitre, am a partner at the law firm of Cotchett, Pitre & McCarthy, LLP ("CPM"). I have personal knowledge of the matters set forth herein based on personal knowledge and my active supervision of and participation in the matters discussed below. If called upon, I could and would testify competently thereto.

2. This declaration is filed in support of the accompanying motion for class certification.

3. A true and correct copy of CPM's Firm Resume is attached hereto as **Exhibit A**.

4. Based on the San Francisco Peninsula for over half a century, CPM engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. CPM has offices in Burlingame, Los Angeles, Seattle, and New York.

5. CPM is repeatedly named to the *National Law Journal*'s list of top plaintiff litigation firms in the United States and, the *National Law Journal* named CPM to its inaugural list of Elite Trial Lawyers. The *Daily Journal*, California's leading legal publication, has also named CPM as one of the top law firms in Northern California that have extensive actual trial experience in complex cases. As set forth in the Firm Resume attached hereto, CPM has served as Lead or Co-Lead Counsel in numerous class action and complex cases in federal and California state courts. The firm possesses extensive experience in cases based on consumer protection and unfair competition statutes, product defects, mass torts, privacy and data breaches, and antitrust and securities matters, among other practice areas. CPM also has the resources necessary to vigorously prosecute complex actions and protect the interests of the class members and, importantly, proven trial experience. CPM has been acknowledged by courts and counsel for trying complex cases efficiently and effectively to courts and juries.

6. While CPM's extensive background is further detailed at its website, www.cpmlegal.com, and in the attached Firm Resume, examples of CPM's experience leading significant complex cases includes *In re Apple Device Performance Litigation*, No. 5:18-md-02827-EJD (CPM co-lead counsel; $310-$500 million settlement); *In re Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation,* No. M:05-CV-01699-CRB, MDL No. 1699 (N.D.

Cal.) (CPM co-lead trial counsel; Pfizer agreed to pay $894 million to settle consolidated injury and class action cases related to its pain killers Bextra & Celebrex); *In re Static Random Access Memory (SRAM) Antitrust Litigation*, No. 4:07-md-01819-CW (N.D. Cal.) (CPM lead counsel for direct purchasers of Static Random Access Memory chips, resulting in $77 million settlement after favorable rulings on application of U.S. antitrust laws to foreign conduct, standing of class representatives, and the proper showing for class certification). CPM is also experienced in litigation alleging consumer deception based on hidden capabilities of computer technology, including *In re Lenovo Adware Litigation*, No. 4:15-md-02624-HSG (N.D. Cal.) (co-lead counsel in class action on behalf of consumers who purchased computers with surreptitiously installed software that worsened battery performance and captured users' data for undisclosed uses).

7. CPM's efforts in this case are being led by Frank Pitre, Julie Fieber, Thomas Loeser, Karin Swope, and Makena Kershaw, as well as the firm's extensive support staff. Frank Pitre is considered one of the foremost trial lawyers in the country. Considered as a successful trial lawyer in areas of personal injury/wrongful death, consumer fraud, class actions, mass torts and commercial torts, Mr. Pitre has won millions of dollars for victims of injustice. His skill as a trial lawyer has earned him recognition among his peers who have elected him as a member of the American College of Trial Lawyers, American Board of Trial Advocates (Advocate), International Academy of Trial Lawyers, International Society of Barristers, and the National Board of Trial Advocacy. In 2018, he was honored by Consumer Watchdog with its Lifetime Achievement Award for his successful advocacy on behalf of consumers over more than three decades.

8. Julie L. Fieber has practiced in a wide range of civil litigation areas including environmental claims, trade secrets, consumer fraud and employment. Before joining Cotchett, Pitre & McCarthy, Ms. Fieber practiced law in San Francisco, handling complex commercial disputes on topics that included securities, wage and hour claims, government contracts, and construction defects. Ms. Fieber graduated summa cum laude from the University of San Francisco School of Law. Prior to law school, Ms. Fieber earned a B.S. degree in Chemical Engineering from U.C. Santa Barbara. After graduating from UCSB, Ms. Fieber spent several years working as a consulting engineer for a mix of government and industry clients. Her primary focus was evaluating the environmental impacts of new

vehicle technologies and fuels. Highlights included managing the emissions modeling for the Auto-Oil Air Quality Improvement Research Program, an industry-lead effort to evaluate the regional environmental impacts of new vehicle fuels and technologies.

9. Karin Swope represents clients in consumer protection law, antitrust and securities litigation, environmental actions, privacy litigation and intellectual property counseling. Karin has represented clients for over 20 years in proceedings in state and federal courts across the country, as well as before the USPTO. She helped consumers fight against unfair and deceptive practices and has helped to change consumer protection law in the process. She has been appointed as co-lead counsel and to steering committees in antitrust and consumer cases, including cases against Apple and Intelius. She has represented companies and sovereign nations in protecting their intellectual property rights. She has protected the retirement funds of employees whose employers had breached their fiduciary duties in violation of ERISA, in cases against Washington Mutual, State Street Bank and Regions Financial Corporation, among others. She has also represented shareholders in complex securities litigation, including disputes involving breach of fiduciary duty. Since 2008, Karin has served as an Adjunct Professor at Seattle University School of law, where she has taught the Intellectual Property Art Law Clinic. She is currently serving as President of the board of the Intellectual Property Section of the Washington State Bar Association and is a member of the Western Washington Federal Bar Association Local Rules Committee.

10. Thomas Loeser has litigated a wide range of complex civil matters including consumer protection, data privacy, financial fraud, whistleblower, and antitrust cases. Before joining Cotchett, Pitre & McCarthy, Thomas served as an Assistant United States Attorney in Los Angeles, where, after months f training, he joined the elite Cyber and Intellectual Property Crimes Section, prosecuting cybercrime, intellectual property violations, and financial fraud, including leading trials involving computer hacking and data theft. Prior to his legal career, Mr. Loeser worked in the technology sector, including roles as a financial analyst at Hewlett-Packard and writing code for the Treasury at Microsoft. Mr. Loeser graduated magna cum laude from Duke University School of Law and earned an M.B.A. from the University of Washington. He also holds a B.A. in Physics with a minor in Italian from Middlebury College. At Cotchett, Pitre, McCarthy, Thomas has led class actions

involving some of the largest consumer class actions in the country, including litigation against Volkswagen, Meta, and AT&T, with a particular focus on data breach, privacy, and consumer fraud claims

11. Makena Kershaw represents clients in a variety of civil matters, including sexual harassment, wrongful death, personal injury, product liability, and mass torts. Before joining Cotchett, Pitre & McCarthy, Makena worked as a journalist, where she developed a strong foundation in investigative reporting and a passion for uncovering the truth and advocating for those harmed by the misconduct of others. Makena graduated cum laude from Boston University with a B.S. in advertising and minors in journalism and Spanish and earned her J.D. from UC Law SF (formerly UC Hastings), where she served as Senior Managing Editor of the Hastings Law Journal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2025, at Burlingame, California.

_____
FRANK M. PITRE