FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHEN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Tesla Advanced Driver Assistance Systems Litigation | Case No. 3:22-cv-05240-RFL<br><br>**DECLARATION OF GAYLE M. BLATT IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Rita F. Lin<br>Date: August 12, 2025<br>Time: 10:00 a.m.<br>Courtroom: 15 – 18th Floor |

I, Gayle M. Blatt, hereby declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California, including the United States District Courts and am a partner in the law firm of Casey Gerry Francavilla Blatt LLP, attorneys of record for Plaintiffs herein.

2. All matters stated herein are personally known to me, and if called as witness in this matter, I could competently testify thereto.

3. This declaration is filed in support of the accompanying motion for class certification.

4. Founded in 1947, San Diego based Casey Gerry is one of the oldest plaintiff's law firms in California and is nationally recognized. Casey Gerry focuses on complex civil litigation, with an emphasis on consumer protection. Casey Gerry attorneys have held numerous leadership roles in coordinated cases at both the state and federal level. Ms. Blatt and Casey Gerry have established a proven track record in a number of important vehicle defect cases litigated, as well as other complex cases.

- Plaintiffs' Steering Committee in *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Lit.*, Case No. 15-md-02672-CRB (N.D. Cal.), which involved the prosecution of claims that nearly 600,000 diesel vehicles were equipped with illegal "defeat devices." The parties reached a landmark settlement, securing more than $14 billion for consumers.

- Plaintiffs' Steering Committee in *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, No. 3:17-md-02777-EMC (N.D. Cal.), involving allegedly false representations of emissions and fuel economy of approximately 100,000 class vehicles resulting in a $307.5 million class settlement.

- Plaintiffs' Steering Committee in "*Audi CO$_2$ Cases*" in *VW Clean Diesel,* MDL No. 2673 (N.D. Cal.), involved vehicles alleged to be equipped with software that as calibrated, caused the vehicles to emit more carbon dioxide ($CO_2$) and obtain less fuel economy than was originally represented. The case resulted in a $96.5 million settlement.

- Plaintiffs' Steering Committee in "*Porsche Gasoline*" in *VW Clean Diesel*, MDL No.

2673 (N.D. Cal.), involving the marketing of class vehicles which alleged certain Porsche-branded gasoline vehicles sold or leased in the United States produce excess emissions and/or obtain worse fuel economy on the road than in testing conditions. The case resolved for a total of $80 million.

- *In re: American Honda Motor Co., Inc. Dealerships Relations Lit.*, MDL No. 1609, involving allegations of a massive fraud scheme on Honda dealers in the United States, which resulted in a $330 million settlement.

5. Among my relevant current appointments, I serve on the Plaintiffs' Executive Committee in *In re: ZF- TRW Airbag Control Units Products Liability Lit.*, Case No. 19-ml-02905-JAK-FFM (C.D. Cal.) and *In re Chrysler Pacifica Fire Recall Products Liability Litigation*, Case No. 22-md-03040 (E.D. Mich.) and serve as interim co-lead counsel in *Burgos et al. v. American Honda Motor Co.*, Case No. 2:23-cv-02128-AB-SK (C.D. Cal.).

6. Further, in Casey Gerry's role as Liaison Counsel in *In re: Wells Fargo Collateral Protection Insurance Litigation*, MDL No. 2797 (C.D. Cal.), Casey Gerry helped negotiate a common fund settlement of $423 million. Referring to the settlement, Judge Guilford stated, "this level of success reflects in part the skill and experience of class counsel, who have worked for many years litigating complex class actions like this one." (Dkt. 338 at p. 7).

7. Historically, Casey Gerry represented then Lt. Gov. Gray Davis in his private attorney general action against the tobacco industry. We were successful in obtaining a settlement of over $25 billion for the citizens of California, and also took part in successfully resolving other similar tobacco cases in other states. Our firm also was part of the trial team in the Exxon Valdez litigation, which resulted in a $5 billion verdict. And more recently, the firm obtained a first of its kind appellate victory against Amazon involving strict liability of online marketplaces.

8. Some of my other appointments include co-lead interim class counsel in *In re 23andMe, Inc. Customer Data Security Breach Litigation*, No. 24-md-03098-EMC (N.D. Cal.), *In re: Netgain Technology, LLC, Consumer Data Breach Lit.*, No. 21-cv-1210-SRN-LIB (D. Minn.), and in *In re US Fertility LLC Data Security Litigation*, No. 8:21-cv-00299 (D. Md.); and Plaintiffs' Executive

Committee in *In re: EyeMed Vision Care, LLC Data Security Breach Litigation*, No. 21-cv-00036-DRC (S.D. Ohio).

9. Casey Gerry has done extensive work and committed significant resources to identifying and investigating potential claims in this action, speaking with numerous owners of the subject vehicles, filing an initial complaint and participating in the preparation of the Consolidated Complaint on behalf of the current Plaintiff. We have researched, reviewed and analyzed an abundance of information, including public statements, video representations and other reports and documents relating to the representations made by Elon Musk and Tesla, and records regarding the actual capabilities of the Beta software at issue. We have been consulting and working with experts in this matter.

10. We have been working collaboratively with co-counsel firms before and after the filing of the Consolidated Complaint, on opposing the Motion to Dismiss and Stay, and addressing all issues before the court in that same manner, including this Motion for Class Certification.

11. Casey Gerry has experience prosecuting class actions addressing claims similar to those at issue here, and we are knowledgeable regarding the applicable law relevant to this case. Casey Gerry also has the resources and ability to litigate this case to conclusion.

12. A copy of Casey Gerry's Firm Resume is attached hereto as **Exhibit A**.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6th, 2025 in the State of California.

 */s/ Gayle M. Blatt*  
Gayle M. Blatt