FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Tesla Advanced Driver Assistance Systems Litigation | Case No. 3:22-cv-05240-RFL<br><br>**DECLARATION OF FRANCIS A. BOTTINI, JR. IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. Rita F. Lin<br>Date:  August 12, 2025<br>Time:  10:00 a.m.<br>Courtroom: 15 – 18th Floor |

I, Francis A. Bottini, Jr., hereby declare as follows:

1. I am a partner with the law firm of Bottini & Bottini, Inc. ("B&B") and counsel for plaintiff Dominick Battiato in this action. I submit this declaration in support of Plaintiff's Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. I could and would testify to these facts, if called upon to do so.

2. On September 15, 2022, Plaintiff Battiato filed a complaint against Defendants Tesla, Inc., Tesla Lease Trust and Tesla Finance LLC captioned Battiato v. Tesla, Inc., et al., Case No. 3:22-cv-05264. Prior to filing the complaint, my firm performed substantial research and work identifying and investigating potential claims regarding the alleged violations at Tesla and their effect on consumers. On October 19, 2022, the Battiato action was consolidated with the above-captioned action.

3. I am a 1991 graduate of St. Louis University (B.A. magna cum laude), and a 1994 graduate of the University of San Diego School of Law (J.D. cum laude), where I was the Lead Articles Editor of the San Diego Law Review. For my entire career, beginning in 1994, I have practiced in the areas of securities, consumer, and privacy class actions, mergers & acquisitions, antitrust, shareholder derivative litigation, and ERISA class action litigation. Prior to forming Bottini & Bottini in 2012, I was a partner at several firms, including Chapin Fitzgerald & Bottini LLP, Johnson Bottini, LLP, and Wolf Haldenstein Adler Freeman & Herz LLP. During my thirty years in practice, I have successfully achieved dozens of multi-million-dollar recoveries in securities, consumer, privacy, and antitrust class action cases throughout the country. I also served as an Adjunct Professor of Business Law at the University of San Diego from 1995 to 1997.

4. In addition to my personal experience described above, the attorneys at my law firm have substantial knowledge and experience prosecuting class actions and other complex cases with claims similar to those at issue here. Some of the recent class actions in which my firm has served in a leadership role include: (1) In re Zoom Video Commc'ns, Inc. Privacy Litig., Master File No. 20-CV-02155 (N.D. Cal.) (Koh, J.) -- Bottini & Bottini was appointed as a member of Plaintiffs' Steering Committee by Order dated June 30, 2020. The case was settled in 2021 for $85 million; (2) In re Tik Tok, Inc. Consumer Privacy Litigation, MDL No. 2948 (N.D. Ill.) – In 2020, Bottini & Bottini was

appointed to Plaintiffs' Steering Committee by the Hon. John Z. Lee. In 2022, a settlement of $92 million was approved by the Court; (3) *In re Alphabet Inc. Shareholder Derivative Litig.*, Lead Case No. 19CV341522 (Santa Clara Superior Court). Bottini & Bottini was appointed Co-Lead Counsel by the Hon. Brian C. Walsh after a heavily-contested lead counsel process. A groundbreaking settlement was reached in 2020 which resulted in Google's commitment to eliminate the use of mandatory arbitration in cases alleging sexual harassment and discrimination, the establishment of a Diversity, Equity, & Inclusion Council including two members selected by Plaintiffs' counsel, and an agreement by Google to spend $310 million over ten years on workplace initiatives designed to eliminate sexual harassment and discrimination and initiatives that support diversity, equity, and inclusion; (4) *Chicago Laborers Pension Fund v. Alibaba Group Holding Ltd.*, Case No. CIV535692 (Superior Court for the State of California, County of San Mateo). Bottini & Bottini was one of three firms (together with Robbins Geller Rudman & Dowd LLP and Cotchett, Pitre, & McCarthy LLP) that prosecuted a class action under the Securities Act of 1933 against Alibaba Group Holding Limited ("Alibaba") in the Superior Court of California, County of San Mateo arising from Alibaba's September 2014 initial public offering ("IPO"). After three and a half years of hard-fought litigation that involved substantial discovery in both the United States and China, a cash settlement was reached in December 2018 of $75,000,000.

5. Attached as **Exhibit A** is a true and correct copy of B&B's firm resume.

6. Given the above proven record of success in leadership roles, I respectfully submit that I and my law firm have the experience and resources needed to serve as class counsel in this important case and are committed to doing so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6th, 2025 in La Jolla, California.

                                                 */s/ Francis A. Bottini, Jr.*
                                                 Francis A. Bottini, Jr.