## DECLARATION OF ALAN E. SCHOENFELD

I, Alan Schoenfeld, declare as follows:

1.      I am a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC (collectively "Tesla") in this matter.  I have personal knowledge of the matters set forth herein and am competent to testify.

2.      Attached hereto as **Exhibit A** is a true and correct excerpt showing solely the discovery requests at issue in the joint submission, per the Court's March 26, 2025 Order [ECF No. 130].

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed this 22nd day of May, 2025 at New York, New York.

By:      _/s/ Alan E. Schoenfeld_____

Alan E. Schoenfeld