1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL<br><br>**[TESLA'S PROPOSED] ORDER REGARDING PARTIES' JOINT DISCOVERY STATEMENT**<br><br>*[Filed concurrently with Parties' Joint Discovery Statement]*<br><br>Hon. Donna M. Ryu<br>Courtroom 4 – 3rd Floor<br>　　1301 Clay Street,<br>　　Oakland, CA 94612 |

**[PROPOSED] ORDER**

Having considered Parties' Joint Discovery Statement, the arguments and authority cited therein, such other evidence presented by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Tesla's request that Plaintiff be compelled to provide substantive responses to (1) Tesla's Interrogatories Nos. 14-17 and (2) Tesla's Requests for Admission Nos. 57-91, 93-102, 104, 109-115, and 118-127 is GRANTED.

DATED: _____, 2025

_____
Hon. Donna M. Ryu
United States Magistrate Judge