| | |
|---|---|
| Frank M. Pitre (SBN 100077)<br>fpitre@cpmlegal.com<br>COTCHETT PITRE & MCCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel.: (650) 697-6000<br><br>*Attorneys for Plaintiffs Thomas LoSavio,*<br>*Brenda Broussard, and the Proposed Class*<br><br>Francis A. Bottini, Jr. (SBN 175783)<br>fbottini@bottinilaw.com<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>Tel.: (858) 914-2001<br><br>*Attorneys for Plaintiff Dominick Battiato*<br>*and the Proposed Class*<br><br>David S. Casey, Jr. (SBN 060768)<br>dcasey@cglaw.com<br>CASEY GERRY SCHENK FRANCAVILLA<br>BLATT & PENFIELD LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Tel.: (619) 238-1811<br><br>*Attorneys for Plaintiffs Christopher Mallow,*<br>*Jazmin Imaguchi, and the Proposed Class* | David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com<br>Christopher T. Casamassima (SBN 211280)<br>chris.casamassima@wilmerhale.com<br>Joshua A. Vittor (SBN 326221)<br>joshua.vittor@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2400<br>Los Angeles, California 90071<br>Tel: (213) 443-5312<br><br>Alan Schoenfeld (*pro hac vice*)<br>alan.schoenfeld@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 937-7294<br><br>Allison Bingxue Que (SBN 324044)<br>allison.que@wilmerhale.com<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000<br><br>*Attorneys for Defendants Tesla, Inc., Tesla*<br>*Lease Trust, and Tesla Finance LLC* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT REGARDING MEDIATION**<br><br>Judge:     Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor<br>              450 Golden Gate Ave.,<br>              San Francisco, CA  94102 |

1    The parties submit this joint status report to update the Court on the status of mediation.
2  On January 14, 2025, the parties advised the Court that they had agreed to a mediation of this
3  action before mediator Robert Meyer of JAMS, and that the mediation was set for June 4, 2025.
4  *See* ECF No. 122.  On May 27, 2025, the parties participated in a pre-mediation teleconference
5  with Mr. Meyer.  The parties and Mr. Meyer agreed that mediation would not be productive at
6  this time given the parties' differing views about how the case might be resolved.  Accordingly,
7  the mediation scheduled for June 4, 2025, was taken off calendar.  The parties agreed to
8  reschedule the mediation after Plaintiff's motion for class certification (ECF No. 138) has been
9  resolved.

Respectfully submitted,

Dated: May 27, 2025

**COTCHETT PITRE & McCARTHY LLP**

By:   */s/ Julie L. Fieber*
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Makena A. Kershaw (SBN 356645)
mkershaw@cpmlegal.com

*Attorneys for Plaintiffs Thomas LoSavio,*
*Brenda Broussard, and the Proposed Class*

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com

*Attorneys for Plaintiff Dominick Battiato*
*and the Proposed Class*

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com

*Attorneys for Plaintiffs Christopher Mallow, Jazmin*

|   |   |
|---|---|
| | *Imaguchi, and the Proposed Class* |
| Dated: May 27, 2025 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | By:    */s/ Alan Schoenfeld* <br>        Alan Schoenfeld (*pro hac vice*) |
| | *Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC* |

## ATTORNEY ATTESTATION

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: May 27, 2025                      By:   */s/ Alan Schoenfeld* <br>                                                                                    ALAN SCHOENFELD