Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000

*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **CLASS ACTION** <br><br> **JOINT STATUS REPORT REGARDING ARBITRATIONS** <br> *[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]* <br><br> Judge:  Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor <br> 450 Golden Gate Ave., <br> San Francisco, CA  94102 |

Joint Status Report Regarding Arbitrations
Case No. 3:22-cv-05240-RFL

1  Pursuant to the Court's September 2023 Order Compelling Arbitration ("Order") as to
2  Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow,
3  which directed the parties "to provide status reports every 120 days regarding the status of the
4  arbitration as to their claims" (ECF 57 at 13:18-20) and the Court's January 27, 2025 Order
5  (ECF 127), the parties submit this joint status report.

Plaintiff Broussard filed a demand for arbitration with the American Arbitration Association on January 21, 2025. On April 29, 2025, Tesla filed its Answer, asserting a general denial of all allegations and raising various affirmative defenses. The parties have completed payment of the initial administrative fees to the American Arbitration Association ("AAA"). The parties have notified AAA of their readiness to proceed with administration, and the matter is awaiting appointment of an arbitrator by the AAA.

In the January 23, 2025 status report (ECF 124), Plaintiffs indicated that Plaintiff Battiato sent Tesla on January 15, 2025 a letter marked as "Privileged and Confidential Settlement Communication." Tesla responded on February 14, 2025. Battiato has not initiated arbitration.

Ms. Imaguchi is in the process of submitting her demand for arbitration to AAA, which follows her notice of intent to demand arbitration and settlement demand sent to Tesla on January 29, 2024. Tesla responded to Plaintiff Imaguchi's arbitration demands, rejected her settlement demand without a counter offer on March 5, 2024. In addition, her counsel contacted counsel for Tesla on May 20, 2025 to discuss potential resolution of Ms. Imaguchi's claim, to which Tesla responded on May 21, 2025. Plaintiff Imaguchi has not initiated arbitration as she states above.

Respectfully submitted,

Dated: May 27, 2025   **COTCHETT PITRE & McCARTHY LLP**

By:   */s Julie Fieber*
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com

| | |
|---|---|
| 1 | Thomas E. Loeser (SBN 202724) |
| 2 | tloeser@cpmlegal.com |
|  | Makena A. Kershaw (SBN 356645) |
| 3 | mkershaw@cpmlegal.com |
| 4 | *Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class* |

**BOTTINI & BOTTINI, INC.**
    Francis A. Bottini, Jr. (SBN 175783)
    fbottini@bottinilaw.com

*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
    David S. Casey, Jr. (SBN 060768)
    dcasey@cglaw.com
    Gayle M. Blatt (SBN 122048)
    gmb@cglaw.com
    P. Camille Guerra (SBN 326546)
    camille@cglaw.com

*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class*

Dated: May 27, 2025

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:     */s Alan Schoenfeld*
        Alan Schoenfeld

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**ATTORNEY ATTESTATION**

I, Julie L. Fieber, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: May 27, 2025                                    By:    */s Julie Fieber*
                                                                            JULIE L. FIEBER