David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5300

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **CLASS ACTION** <br><br> **DECLARATION OF ALLISON QUE IN SUPPORT OF TESLA'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Hon. Rita F. Lin <br> Date: August 12, 2025 <br> Time: 10:00 a.m. <br> Courtroom: 15 – 18th Floor |

1    I, Allison Que, do hereby declare as follows:

2    1.   I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP,
3  counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in the above-
4  captioned case. I am licensed to practice law in the State of California. I have personal
5  knowledge of the matters stated herein and, if called upon, I could and would competently testify
6  thereto.

7    2.   I make this declaration in support of Tesla's Opposition to Plaintiff's Motion for
8  Class Certification.

9    3.   Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from
10 the deposition of Plaintiff Thomas LoSavio taken on January 30, 2025.

11   4.   Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from
12 the deposition of Plaintiff's expert Vincent Socci taken on May 30, 2025.

13   5.   Attached hereto as **Exhibit C** is a true and correct copy of relevant excerpts from
14 the deposition of Plaintiff's expert Edward Stockton taken on June 2, 2025.

15   6.   Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts from
16 the deposition of Plaintiff's expert Dr. Gerald Goldhaber taken on June 7, 2025.

17   7.   Attached hereto as **Exhibit E** is a true and correct copy of Exhibit 7 marked at the
18 deposition of Thomas LoSavio on January 30, 2025, an article titled "Tesla falls short on
19 deliveries, posts loss" by David R. Baker published on February 23, 2017 in The San Francisco
20 Chronicle (available at https://sfchronicle.newsbank.com/doc/news/162BB0390A1442E0),
21 accessed and downloaded on December 6, 2024.

22   8.   Attached hereto as **Exhibit F** is a true and correct copy of Exhibit 9 marked at the
23 deposition of Thomas LoSavio on January 30, 2025, an article titled "The New York Times Takes
24 a Trip to a Driverless Future" by Bill Wasik published on November 12, 2017 in The New York
25 Times (available at https://www.nytimes.com/2017/11/12/insider/times-magazine-driverless-
26 autonomous-cars-future.html), accessed and downloaded on December 7, 2024.

27   9.   Attached hereto as **Exhibit G** is a true and correct copy of an article titled "Does
28 Tesla's Full Self-Driving System Adequately Warn Drivers?" by Gerald Goldhaber published in

1  March 2023 in The Goldhaber Warnings Report (available at https://irp.cdn-
2  website.com/760d2a66/files/uploaded/The-Goldhaber-Warnings-Report-MARCH2023.pdf),
3  accessed and downloaded on June 11, 2025.

4      10.    Attached hereto as **Exhibit H** is a true and correct copy of a Reddit thread titled
5  "Elon Musk expects to do coast-to-coast autonomous Tesla drive in 3 to 6 months."

6      11.    Attached hereto as **Exhibit I** is a true and correct copy of a page on Tesla's
7  website titled "Autopilot and Full Self-Driving Capability," as captured and preserved by the
8  Internet Archive Wayback Machine on October 26, 2023 (available at
9  https://web.archive.org/web/20231026215734/tesla.com/support/autopilot), accessed and
10 downloaded on June 11, 2025.

11     12.    Attached hereto as **Exhibit J** is a true and correct copy of excerpts from Plaintiff
12 Thomas Losavio's Supplemental Responses to Defendants' First Set of Interrogatories, dated
13 October 24, 2024.

15 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the
16 United States of America that the foregoing is true and correct.

18 EXECUTED this 17th day of June, 2025 in San Jose, California.

20 By:   */s/     Allison Que*
21             Allison Que