QUE DECL. EX. A



# Transcript of Thomas LoSavio

**Date:** January 30, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5   IN RE TESLA ADVANCED DRIVER   )
    ASSISTANCE SYSTEMS LITIGATION)
6                                )
                                 )   NO. 3:22-CV-5240-RFL
7                                )
    _____)
8

9

10

11

12
           IN-PERSON VIDEOTAPED DEPOSITION OF
13                   THOMAS LOSAVIO
                 THURSDAY, JANUARY 30, 2025
14

15

16

17

18

19

20

21

22

23
    STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316, RPR
24                                        _____

25

```
1    PERSONAL APPEARANCES:

2    FOR PLAINTIFFS AND THE PUNITIVE CLASS:
         COTCHETT PITRE & MCCARTHY LLP
3        BY:  JULIE FIEBER, ATTORNEY-AT-LAW
              MAKENA-KALA KERSHAW, ATTORNEY-AT-LAW
4        840 Malcolm Road, Suite 200
         Burlingame, California 94010
5        (650) 697-6000
         jfieber@cpmlegal.com
6

7    FOR TESLA:
         WILMER CUTLER PICKERING HALE AND DORR LLP
8        BY:  ALAN SCHOENFELD, ATTORNEY-AT-LAW
              LAKSHMI REDDY, ATTORNEY-AT-LAW
9        7 World Trade Center
         250 Greenwich Street
10       New York, New York 10007
         (212) 937-7294
11       alan.schoenfeld@wilmerhale.com

12

13

14   ALSO PRESENT PERSONALLY:
     GARY GARCIA, The Videographer
15   AENGUS CARR

16

17   PRESENT REMOTELY:
     GAYLE BLATT
18   KELLY HOFFMAN
     FRANCES THURSTON
19   VARA LYONS

20

21

22                      --oOo--

23

24

25
```

1                    INDEX OF EXAMINATIONS

2                                                 PAGE

3    ALAN SCHOENFELD                              7

4

5

6

7

8

9

10                        --oOo--

11

12

13

14

15   Witness's Changes or Corrections            140

16   Reporter's Certificate                      142

17

18

19

20

21

22                        --oOo--

23

24

25

```
1                    E X H I B I T S

2   EXHIBIT      FOR IDENTIFICATION              PAGE

3   Exhibit 1  -  LOSAVIO_001672 Motor Vehicle   21

4                 Purchase Agreement, Tesla

5   Exhibit 2  -  LOSAVIO_001676 Motor Vehicle   21

6                 Purchase Agreement, Tesla

7   Exhibit 3  -  Thomas LoSavio's Supplemental  43

8                 Responses to Interrogatories

9   Exhibit 4  -  Wall Street Journal Article    51

10  Exhibit 5  -  Thomas LoSavio Declaration     70

11  Exhibit 6  -  Wall Street Journal Article    83

12  Exhibit 7  -  San Francisco Chronicle Article 92

13  Exhibit 8  -  LOSAVIO_000322 Tesla's Push to 96

14                Build a Self-Driving Car

15  Exhibit 9  -  The New York Times Takes a Trip 100

16                to a Driverless Future

17  Exhibit 10 -  Driverless Hype Collides With   102

18                Merciless Reality

19  Exhibit 11 -  TSLA_LOSAVIO_00000092 Tesla     124

20                Invoice August 7, 2020

21

22

23                    --oOo--

24

25
```

1          BE IT REMEMBERED that on THURSDAY, the 30TH DAY OF

2     JANUARY, 2025, at the hour of 8:58 A.M., of said day, at

3     840 Malcolm Road, Suite 200, Burlingame, California 94010,

4      before me personally, CHRISTA YAN, a Certified Shorthand

5     Reporter, State of California, personally appeared THOMAS

6     LOSAVIO, who was examined as a witness in said cause; that

7       said transcript format was prepared in accordance with

8          California Code of Regulations Section 2473.

9

10

11

12

13

14

15                         --oOo--

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | Q    Well, when you got rid of it, do you have any | 09:37:23 |
| 2 | idea of how old it was or how long you had it? | 09:37:30 |
| 3 | A    My best guess would be probably ten years. | 09:37:32 |
| 4 | Q    Is your wife's Subaru -- is that hybrid in any | 09:37:45 |
| 5 | way or is it -- no -- | 09:37:57 |
| 6 | A    Straight gas. | 09:37:59 |
| 7 | Q    Does your Tesla today have any functionality that | 09:38:00 |
| 8 | you would regard as autonomous or self-diving? | 09:38:13 |
| 9 | A    Partial. | 09:38:17 |
| 10 | Q    What does it have? | 09:38:18 |
| 11 | A    It can regulate the speed.  It can track to a | 09:38:20 |
| 12 | certain extent to a destination. | 09:38:39 |
| 13 | Q    Anything else? | 09:38:54 |
| 14 | A    It can stop itself. | 09:38:55 |
| 15 | Q    Anything else? | 09:39:04 |
| 16 | A    That's what I can think of right now. | 09:39:08 |
| 17 | Q    How long has your car had that functionality? | 09:39:14 |
| 18 | A    Let's see.  I feel like it's less than a year. | 09:39:17 |
| 19 | Q    Do you recall when it got -- and that's true with | 09:39:48 |
| 20 | respect to each of the three things you identified? | 09:39:51 |
| 21 | A    Yeah. | 09:39:53 |
| 22 | Q    Prior to the point in time when you got that | 09:39:54 |
| 23 | functionality on your Tesla, were there any functions or | 09:40:01 |
| 24 | aspects of the vehicle that you would describe as relating | 09:40:07 |
| 25 | to partial autonomy? | 09:40:11 |

1      A     Well, I think if that means to distance itself in        09:50:40

2  front of the car relative to the car in front of it, I           09:50:55

3  think so.                                                        09:50:58

4      Q     And when did that become operative on your car?        09:50:58

5      A     Not sure.                                              09:51:01

6      Q     What about auto steer, is that currently               09:51:02

7  operative on your car?                                           09:51:06

8      A     Yes.                                                   09:51:07

9      Q     When did that become effective on your car?            09:51:09

10     A     Partial auto steer, early.  But as I said, the         09:51:15

11  ability to take a turn off, late.                               09:51:24

12     Q     What about navigating on Autopilot, is that            09:51:26

13  currently operative on your car?                                09:51:34

14     A     Yes.                                                   09:51:35

15     Q     When did that become effective on your car?            09:51:39

16     A     I think end-to-end navigating on Autopilot is          09:51:42

17  relatively recent.                                              09:51:49

18     Q     What do you mean by relatively recent?                 09:51:51

19     A     I think within that time frame that I gave you.        09:51:53

20     Q     Does your car suggest lane changes?                    09:51:57

21     A     Now, yes.                                              09:52:00

22     Q     When did it start suggesting lane changes?             09:52:01

23     A     With the most recent full self-drive over the          09:52:04

24  air.                                                            09:52:08

25     Q     Does the car do auto lane change?                      09:52:08

| | | |
|---|---|---|
| 1 | A    Auto lane change... yeah, I think it does.  What | 09:52:12 |
| 2 | was the one before that? | 09:52:21 |
| 3 | Q    Navigating on Autopilot, I asked you about | 09:52:21 |
| 4 | suggesting lane changes. | 09:52:25 |
| 5 | A    Yeah. | 09:52:26 |
| 6 | Q    So now I'm asking about auto lane changes.  So | 09:52:26 |
| 7 | assisting you in moving into an adjacent lane when auto | 09:52:30 |
| 8 | steer is engaged, is that functionality currently on your | 09:52:34 |
| 9 | car? | 09:52:36 |
| 10 | A    Yes. | 09:52:36 |
| 11 | Q    Do you recall when that became -- | 09:52:36 |
| 12 | A    I think that's with the most recent full | 09:52:38 |
| 13 | self-drive update. | 09:52:41 |
| 14 | Q    And is that the one you're referring to in | 09:52:41 |
| 15 | January or February of 2023? | 09:52:43 |
| 16 | A    Yes. | 09:52:44 |
| 17 | Q    What about Autopark? | 09:52:45 |
| 18 | A    What's the question? | 09:52:46 |
| 19 | Q    Is that currently operative on your car? | 09:52:51 |
| 20 | A    Sometimes. | 09:52:53 |
| 21 | Q    What does that mean? | 09:52:55 |
| 22 | A    It couldn't park me in the parking lot today. | 09:52:56 |
| 23 | Q    Was that a parallel or a perpendicular park? | 09:53:00 |
| 24 | A    Parallel. | 09:53:04 |
| 25 | Q    But you tried it, right? | 09:53:09 |

| | | |
|---|---|---|
| 1 | A    Well, you know, the cars are lined up, and so you | 09:53:11 |
| 2 | pull in parallel to... it got it on the second try. | 09:53:16 |
| 3 | Q    Well, you tried Autopark today, right? | 09:53:19 |
| 4 | A    Yes. | 09:53:21 |
| 5 | Q    And you got it on that second try, correct? | 09:53:21 |
| 6 | A    Yes. | 09:53:23 |
| 7 | Q    Do you use Autopark regularly? | 09:53:24 |
| 8 | A    I try to.  Sometimes, it doesn't display as an | 09:53:28 |
| 9 | option when it should. | 09:53:32 |
| 10 | Q    When did your Tesla first auto park? | 09:53:33 |
| 11 | A    I think that was before the most recent update. | 09:53:37 |
| 12 | Q    Do you recall when? | 09:53:53 |
| 13 | A    No. | 09:53:53 |
| 14 | Q    Do you ever use Summon? | 09:53:54 |
| 15 | A    Rarely. | 09:53:59 |
| 16 | Q    Why rarely -- well, you're aware of the feature, | 09:54:05 |
| 17 | right? | 09:54:10 |
| 18 | A    Yeah. | 09:54:10 |
| 19 | Q    What is the feature? | 09:54:10 |
| 20 | A    Well, I used it to back the car out of the | 09:54:11 |
| 21 | garage, 25, 30 feet.  I used it to show my grandchildren | 09:54:14 |
| 22 | how the car could drive itself with nobody in the seat, | 09:54:26 |
| 23 | driver's seat.  And other than that, I don't think I've | 09:54:30 |
| 24 | used it. | 09:54:34 |
| 25 | Q    When did you do that demonstration for your | 09:54:35 |

| | | |
|---|---|---|
| 1 | MS. FIEBER:  Objection; form. | 10:28:07 |
| 2 | THE WITNESS:  About the ability of the car. | 10:28:08 |
| 3 | BY MR. SCHOENFELD: | 10:28:10 |
| 4 | Q    A goal about the ability of the car; is that | 10:28:11 |
| 5 | correct? | 10:28:11 |
| 6 | A    A statement about the ability of the car. | 10:28:13 |
| 7 | Q    Okay.  So you see the October 2016 Wall Street | 10:28:15 |
| 8 | Journal article that you read? | 10:28:21 |
| 9 | A    Yes. | 10:28:22 |
| 10 | Q    And you read it in October of 2016, right? | 10:28:23 |
| 11 | A    Yes. | 10:28:25 |
| 12 | Q    And it refers to this as a goal to demonstrate a | 10:28:25 |
| 13 | vehicle by the end of next year, correct? | 10:28:29 |
| 14 | A    This reference does, yes. | 10:28:31 |
| 15 | Q    Okay.  So I want to take this in pieces because I | 10:28:34 |
| 16 | just want to make sure I understand your thinking. | 10:28:40 |
| 17 | Do you regard a goal to demonstrate and a | 10:28:41 |
| 18 | statement that the vehicle would be able to do a | 10:28:46 |
| 19 | demonstration job drive of full autonomy as the same | 10:28:56 |
| 20 | thing? | 10:29:02 |
| 21 | MS. FIEBER:  Objection; form. | 10:29:04 |
| 22 | THE WITNESS:  One place it's described as a goal, and | 10:29:05 |
| 23 | another place it's not. | 10:29:08 |
| 24 | BY MR. SCHOENFELD: | 10:29:09 |
| 25 | Q    And so what is your recollection of what he said | 10:29:11 |

1    at the time?                                          10:29:14

2        A    My recollection was ability.                10:29:14

3        Q    And so you don't recall it being described as a   10:29:17

4    goal in the October 2016 Wall Street Journal article; is   10:29:19

5    that right?                                           10:29:23

6        A    Correct.                                    10:29:23

7        Q    Okay.  Would it be important to you in your   10:29:24

8    thinking about the functionality of your Tesla that it was   10:29:28

9    described as a goal in October of 2016?               10:29:31

10       A    The full self-drive was the goal the day I bought   10:29:33

11   the car.                                              10:29:44

12       Q    Well, this is more specifically about the ability   10:29:48

13   to travel from LA to New York, correct?               10:29:50

14       A    Yes.                                         10:29:52

15       Q    And so you cite in your interrogatory response   10:29:52

16   this statement by Mr. Musk that, as you described it in   10:29:57

17   your interrogatory response, the vehicle would be able to   10:30:00

18   drive from LA to New York by itself by the end of 2017,   10:30:03

19   correct?                                              10:30:07

20       A    Correct.                                    10:30:07

21       Q    And this Wall Street Journal article describes   10:30:08

22   the same statement as Mr. Musk saying that it was his goal   10:30:11

23   to be able to demonstrate it.  Correct?               10:30:14

24       A    That's what that article says, yes.          10:30:16

25       Q    And those are meaningfully different things,   10:30:19

1    correct?                                                10:30:22

2        A    They're different things.                      10:30:22

3        Q    Okay.  Would it have changed your expectation  10:30:25

4    about Tesla's ability to demonstrate a drive from LA to 10:30:30

5    New York by the end of 2017 if it were described to you in 10:30:35

6    October 2016 as a goal versus a statement that Tesla would 10:30:39

7    be able to do that at the end of 2017?                  10:30:42

8        A    Well, since I knew the software hadn't rolled out 10:30:43

9    yet, I don't think it would have made a difference.     10:30:55

10       Q    In October 2016, you knew that the software    10:30:58

11   hadn't rolled out yet, correct?                         10:31:10

12       A    And -- correct.                                10:31:11

13       Q    And in October 2016, you nonetheless believed  10:31:13

14   that Tesla would be able to do a demonstration drive by  10:31:15

15   the end of 2017, correct?                               10:31:18

16       A    I took that to be the statement as to when it  10:31:20

17   would roll out with that capability.                    10:31:28

18       Q    And so would it have made a difference to you at 10:31:30

19   that point in time if it were described as a goal, rather 10:31:33

20   than a statement as to when it would roll out with that  10:31:36

21   capability?                                             10:31:40

22       A    When you say would it have made a difference, do 10:31:40

23   you mean would I have done something differently?       10:31:53

24       Q    Would it have made a difference to your        10:31:54

25   expectations about when or if Tesla would be able to do a 10:31:56

1    A    As I said, I have a distinct memory of that    10:43:04

2    representation.  I don't know where it came -- whether it    10:43:10

3    came from something on the site or something from the    10:43:14

4    dealer.    10:43:20

5    Q    And if it came from something from the dealer, it    10:43:20

6    would have come orally from a representative in the    10:43:23

7    showroom?    10:43:26

8    A    Right.    10:43:26

9    Q    And you don't remember one way or the other who    10:43:26

10   made that representation or what representation they made,    10:43:29

11   right?    10:43:31

12   A    I don't remember the name of the person, correct.    10:43:31

13   Q    Were conversations with representatives at the    10:43:33

14   Tesla showroom important to your understanding of how and    10:43:37

15   when autonomy would be rolled out on your Tesla?    10:43:42

16   A    Well, I learned from asking other questions at    10:43:45

17   other times that the people in the showroom didn't have    10:43:51

18   knowledge of the rollout of either hardware or software    10:43:58

19   relating to the full self-drive because when I inquired    10:44:05

20   about when I was going to get full self-drive, the    10:44:09

21   response I got from them was we don't know, schedule an    10:44:17

22   appointment for the installation of it, and then you will    10:44:22

23   hear something from up the line headquarters about when    10:44:26

24   it's going to be available.    10:44:34

25        So I proceeded to make a series of appointments    10:44:36

| | | |
|---|---|---|
| 1 | out of the blue for installation of full self-drive | 10:44:40 |
| 2 | through the app, the service option in the Tesla app. | 10:44:45 |
| 3 | Q    I think we're getting off field from my question. | 10:44:54 |
| 4 | A    Oh. | 10:44:57 |
| 5 | Q    My question was I asked you to explain for me the | 10:44:57 |
| 6 | basis for your understanding or impression or belief that | 10:45:00 |
| 7 | there was a particular time frame associated with the | 10:45:03 |
| 8 | rollout of autonomy.  You identified a conversation you | 10:45:06 |
| 9 | may have had with a representative at a Tesla showroom as | 10:45:09 |
| 10 | one source of that information, correct? | 10:45:16 |
| 11 | A    Yes, yes. | 10:45:17 |
| 12 | Q    So your recollection is that you had a | 10:45:17 |
| 13 | conversation.  Was this prior to purchase or -- | 10:45:20 |
| 14 | A    Yes. | 10:45:21 |
| 15 | Q    This was prior to purchase? | 10:45:22 |
| 16 | A    Yes. | 10:45:23 |
| 17 | Q    You had a conversation with someone in the Tesla | 10:45:23 |
| 18 | showroom about the timeline for rolling out Full | 10:45:26 |
| 19 | Self-Driving capability on the vehicle, correct? | 10:45:30 |
| 20 | A    Yes. | 10:45:31 |
| 21 | Q    And you don't recall when that conversation was, | 10:45:32 |
| 22 | right? | 10:45:33 |
| 23 | A    Well, prior to January.  It was prior to the | 10:45:33 |
| 24 | completion of the purchase agreement. | 10:45:42 |
| 25 | Q    Okay.  In January of 2017, right? | 10:45:44 |

| | | | |
|---|---|---|---|
| 1 | A | Correct. | 10:45:46 |
| 2 | Q | And you don't recall who that person was -- | 10:45:46 |
| 3 | A | Correct. | 10:45:49 |
| 4 | Q | -- right? | 10:45:50 |
| 5 | | What do you recall about that conversation? | 10:45:50 |
| 6 | A | I don't recall the exact words. | 10:45:52 |
| 7 | Q | Do you recall the general gist of whether this | 10:46:09 |
| 8 | | person said anything about autonomy? | 10:46:11 |
| 9 | A | The gist was it will be available in a reasonable | 10:46:13 |
| 10 | | amount of time. | 10:46:16 |
| 11 | Q | What was the it in that sentence? | 10:46:16 |
| 12 | A | The ability of the car to drive itself.  I'm not | 10:46:21 |
| 13 | | positive whether it was called full self-drive or the | 10:46:27 |
| 14 | | ability of the car to drive itself -- whether I called it | 10:46:29 |
| 15 | | the ability of the car... | 10:46:32 |
| 16 | Q | Did you have any discussions about the hardware | 10:46:33 |
| 17 | | functionality of the car at this point in time with the | 10:46:36 |
| 18 | | Tesla representative? | 10:46:39 |
| 19 | A | I don't believe so. | 10:46:39 |
| 20 | Q | From your vantage point what was a reasonable | 10:46:41 |
| 21 | | amount of time in October of 2016 for rolling out full | 10:46:51 |
| 22 | | autonomy? | 10:46:57 |
| 23 | A | Well, what I took from that was that it wasn't | 10:46:57 |
| 24 | | firm or specific. | 10:47:14 |
| 25 | Q | Did you have a sense of what the timeline might | 10:47:20 |

| | | |
|---|---|---|
| 1 | be? | 10:47:23 |
| 2 | A    Well, my sense was informed by the statements by | 10:47:23 |
| 3 | Mr. Musk that would periodically come out to sort of put | 10:47:34 |
| 4 | flesh on the bones of what's a reasonable amount of time. | 10:47:40 |
| 5 | Q    Well, we're talking about two different time | 10:47:44 |
| 6 | periods here.  So prepurchase you said you had a | 10:47:48 |
| 7 | conversation with a Tesla representative. | 10:47:50 |
| 8 | A    Right. | 10:47:51 |
| 9 | Q    And based on that conversation, you expected that | 10:47:52 |
| 10 | Full Self-Driving would be rolled out in a reasonable | 10:47:55 |
| 11 | period of time, correct? | 10:47:58 |
| 12 | A    Correct. | 10:47:58 |
| 13 | Q    At that point in time, so just before your | 10:47:58 |
| 14 | purchase in January 2017, what did you understand a | 10:48:02 |
| 15 | reasonable period of time to be? | 10:48:04 |
| 16 | A    I had an open mind about that.  Because this was | 10:48:05 |
| 17 | something I really wanted.  And I really wanted it -- to | 10:48:13 |
| 18 | see it.  And to a certain extent, I knew it was a work in | 10:48:18 |
| 19 | progress because they said they would be rolling out over | 10:48:22 |
| 20 | time.  So I didn't -- in my own mind, I didn't have a firm | 10:48:25 |
| 21 | deadline. | 10:48:32 |
| 22 | Q    Did you have a general sense of what a reasonable | 10:48:32 |
| 23 | time period would be? | 10:48:35 |
| 24 | A    I had an open mind. | 10:48:36 |
| 25 | Q    At what point did you stop having an open mind? | 10:48:37 |

| 1 | MS. FIEBER: Objection; form. | 10:48:43 |
| 2 | THE WITNESS: When I saw Waymos driving around San | 10:48:44 |
| 3 | Francisco. | 10:48:52 |
| 4 | BY MR. SCHOENFELD: | 10:48:52 |
| 5 | Q    When was that? | 10:48:53 |
| 6 | A    Whenever they were rolled out to the general | 10:48:53 |
| 7 | public. | 10:48:57 |
| 8 | Q    Do you recall when that was? | 10:49:00 |
| 9 | A    Not really. And -- yeah. It was -- it was after | 10:49:00 |
| 10 | you could see many of them. It was beyond the -- let's | 10:49:16 |
| 11 | say, beyond beta testing, whatever they might have gone | 10:49:22 |
| 12 | through. It was when they were everywhere on the streets | 10:49:25 |
| 13 | of San Francisco. | 10:49:30 |
| 14 | Q    And why did that phenomenon change your | 10:49:31 |
| 15 | perspective on your Tesla? | 10:49:36 |
| 16 | A    That looked like a full self-driving vehicle to | 10:49:38 |
| 17 | me. I had purchased the full self-drive -- what I thought | 10:49:41 |
| 18 | was the full self-driving vehicle seven years before. And | 10:49:46 |
| 19 | I was pretty disillusioned, I guess, by that. | 10:49:54 |
| 20 | Q    When you say disillusioned, what do you mean? | 10:50:02 |
| 21 | A    I think that's when I began to doubt whether | 10:50:06 |
| 22 | Tesla was ever going to be able to provide what it said it | 10:50:09 |
| 23 | was going to provide. | 10:50:13 |
| 24 | Q    And you don't have a rough sense of when that | 10:50:19 |
| 25 | was? | 10:50:22 |

| | | |
|---|---|---|
| 1 | A    We could look up when they were generally rolled | 10:50:22 |
| 2 | out in San Francisco.  It was shortly after the general -- | 10:50:25 |
| 3 | was when they were... you know, more than one or two cars | 10:50:29 |
| 4 | on the streets.  There were dozens. | 10:50:32 |
| 5 | Q    Was that pre-pandemic or post-pandemic? | 10:50:34 |
| 6 | A    I can't recall. | 10:50:37 |
| 7 | Q    It could have been pre-pandemic? | 10:50:37 |
| 8 | A    I doubt it. | 10:50:39 |
| 9 | Q    What's Waymo? | 10:50:40 |
| 10 | A    I guess you would call it a full self-drive | 10:50:46 |
| 11 | service. | 10:50:51 |
| 12 | Q    Can you buy a Waymo vehicle at a dealership? | 10:50:51 |
| 13 | A    Not that I'm aware of. | 10:50:56 |
| 14 | Q    Is it a taxi? | 10:50:57 |
| 15 | A    Something like a taxi. | 10:51:00 |
| 16 | Q    So you can hail a Waymo and get into it? | 10:51:01 |
| 17 | A    With an app, I think. | 10:51:04 |
| 18 | Q    Have you ever done that? | 10:51:06 |
| 19 | A    No. | 10:51:09 |
| 20 | Q    Why not? | 10:51:10 |
| 21 | A    We're not getting to San Francisco as frequently | 10:51:11 |
| 22 | as we did when I worked there. | 10:51:17 |
| 23 | Q    You understood at the time that the rollout of | 10:51:18 |
| 24 | autonomous capability was subject to both regulatory | 10:51:39 |
| 25 | approval and validation by Tesla, right? | 10:51:42 |

| | | |
|---|---|---|
| 1 | (Whereupon Deposition Exhibit 5 was | 10:55:04 |
| 2 | marked for identification.) | 10:54:58 |
| 3 | BY MR. SCHOENFELD: | 10:54:58 |
| 4 | Q    Do you recall filing this declaration in support | 10:55:15 |
| 5 | of the preliminary injunction motion? | 10:55:17 |
| 6 | A    Yes. | 10:55:19 |
| 7 | Q    Take a look at paragraph 7. | 10:55:19 |
| 8 | You say, I was aware before purchasing a Tesla in | 10:55:36 |
| 9 | 2017 that Tesla and Mr. Musk had represented that the FSD | 10:55:54 |
| 10 | technology would be working and available for general | 10:56:01 |
| 11 | release within a year. | 10:56:03 |
| 12 | Do you see that? | 10:56:05 |
| 13 | A    Yes. | 10:56:05 |
| 14 | Q    Before purchasing a Tesla in 2017, why did you | 10:56:07 |
| 15 | understand that the technology would be working, available | 10:56:15 |
| 16 | for general release within a year?  In other words, we | 10:56:20 |
| 17 | were talking about a reasonable time period before, and | 10:56:28 |
| 18 | here you say within a year.  So is there something | 10:56:32 |
| 19 | specific that you reviewed before you purchased your Tesla | 10:56:34 |
| 20 | that gave you an indication that the technology would be | 10:56:38 |
| 21 | available for general release within a year? | 10:56:41 |
| 22 | A    The only thing I can think of was Mr. Musk's | 10:56:44 |
| 23 | statements along those lines. | 10:56:50 |
| 24 | Q    What specific statements? | 10:56:51 |
| 25 | A    Essentially, the annual statements that he would | 10:56:54 |

| | | |
|---|---|---|
| 1 | make that it will be available within the year or at the | 10:56:56 |
| 2 | end of the next year. | 10:57:00 |
| 3 | Q    Well, I'm asking you specifically, what | 10:57:06 |
| 4 | statements or statements he made before you purchased in | 10:57:06 |
| 5 | January 2017 specifically referenced being available | 10:57:10 |
| 6 | within a year? | 10:57:13 |
| 7 | A    I can't recall right now a specific statement | 10:57:14 |
| 8 | other than subsequent. | 10:58:15 |
| 9 | Q    What specific statements do you recall subsequent | 10:58:19 |
| 10 | to your purchase where Mr. Musk stated that the technology | 10:58:25 |
| 11 | would be working and available for general release within | 10:58:30 |
| 12 | a year? | 10:58:33 |
| 13 | A    I think those would be the ones we previously | 10:58:33 |
| 14 | talked about where he would say by the end of this year. | 10:58:39 |
| 15 | Sometimes he would say by the end of next year. | 10:58:46 |
| 16 | Q    And do you specifically recall any of those | 10:58:48 |
| 17 | statements? | 10:58:50 |
| 18 | A    I think there are tweets to that effect, and I | 10:58:51 |
| 19 | think there are news accounts of what you could call press | 10:59:08 |
| 20 | conference or earnings discussions where that was | 10:59:16 |
| 21 | discussed. | 10:59:19 |
| 22 | Q    And is that the greatest degree of specificity | 10:59:20 |
| 23 | you can give me, you don't recall anything more particular | 10:59:39 |
| 24 | than that? | 10:59:43 |
| 25 | A    That's all I can recall right now. | 10:59:43 |

| | | |
|---|---|---|
| 1 | Q    The next sentence in your paragraph 7 in your | 10:59:44 |
| 2 | declaration says, I expected when I purchased the vehicle | 10:59:50 |
| 3 | in 2017 that the FSD software was already fairly | 10:59:53 |
| 4 | well-developed and would be made available to me and other | 10:59:58 |
| 5 | Tesla owners within a relatively short period of time. | 11:00:01 |
| 6 |       Do you see that? | 11:00:04 |
| 7 | A    Yes. | 11:00:04 |
| 8 | Q    Is a relatively short period of time the same | 11:00:05 |
| 9 | thing as within a year? | 11:00:08 |
| 10 | A    More flexible. | 11:00:12 |
| 11 | Q    What does that mean? | 11:00:17 |
| 12 | A    Reasonable. | 11:00:18 |
| 13 | Q    Does that mean greater than a year, does it mean | 11:00:19 |
| 14 | less than a year? | 11:00:27 |
| 15 | A    I don't think I quantified it. | 11:00:27 |
| 16 | Q    I understand. | 11:00:34 |
| 17 |       That's why I'm asking the question. | 11:00:36 |
| 18 | A    Well, if you're asking me what does a short | 11:00:40 |
| 19 | period of time mean, it means a short period of time. | 11:00:46 |
| 20 | Q    Does it mean more than a year? | 11:00:49 |
| 21 | A    Means a short period of time. | 11:00:54 |
| 22 | Q    Well, answer my question.  Does it mean more than | 11:00:55 |
| 23 | a year? | 11:00:57 |
| 24 | A    I don't mean more than I said.  If I would have | 11:00:57 |
| 25 | said -- if I had meant more than a year or less than a | 11:01:03 |

| | | |
|---|---|---|
| 1 | year, I would have said that. | 11:01:06 |
| 2 | Q    Well, in the previous sentence you say the | 11:01:08 |
| 3 | identical thing as within a year -- | 11:01:08 |
| 4 | A    Right. | 11:01:08 |
| 5 | Q    And then you say relatively short period of time. | 11:01:12 |
| 6 | So I understand your testimony to be that a relatively | 11:01:14 |
| 7 | short period of time is less than a year.  Am I | 11:01:17 |
| 8 | understanding it correctly or no? | 11:01:19 |
| 9 | A    I missed it.  Could you repeat? | 11:01:20 |
| 10 | Q    Is a relatively short period of time synonymous | 11:01:22 |
| 11 | with within a year? | 11:01:27 |
| 12 | A    I think it is more flexible than within a year. | 11:01:33 |
| 13 | Q    Okay.  Is it within two years? | 11:01:36 |
| 14 | A    I was open-minded. | 11:01:38 |
| 15 | Q    Well, sitting here today and reading your | 11:01:39 |
| 16 | statement from two years ago when you say a relatively | 11:01:42 |
| 17 | short period of time, if the vehicle had been delivered | 11:01:46 |
| 18 | with full autonomy within two years of your purchase, | 11:01:49 |
| 19 | would that have satisfied your expectations? | 11:01:52 |
| 20 | A    Sure. | 11:01:54 |
| 21 | Q    What about within three years of purchase? | 11:01:55 |
| 22 | A    Well, considering that I waited seven years, I | 11:01:58 |
| 23 | would say yes. | 11:02:06 |
| 24 | Q    Okay.  And what about within four years? | 11:02:06 |
| 25 | A    I would say yes. | 11:02:08 |

| | | |
|---|---|---|
| 1 | Q    What about within five years? | 11:02:09 |
| 2 | A    Sure. | 11:02:10 |
| 3 | Q    Okay.  So it was only at seven years that your | 11:02:11 |
| 4 | expectations were disappointed? | 11:02:13 |
| 5 | A    It had -- it didn't have to do with the passage | 11:02:16 |
| 6 | of time as much as it did with the fact of other vehicles | 11:02:19 |
| 7 | demonstrating the capability that I had been promised | 11:02:24 |
| 8 | seven years earlier. | 11:02:29 |
| 9 | Q    So it was disappointment that Tesla vehicles were | 11:02:30 |
| 10 | performing less well than other autonomous vehicles in the | 11:02:35 |
| 11 | market? | 11:02:38 |
| 12 | A    Not performing I would say. | 11:02:39 |
| 13 | Q    What does that mean? | 11:02:45 |
| 14 | A    It wasn't fully self-driving and other vehicles | 11:02:46 |
| 15 | were. | 11:02:52 |
| 16 | Q    You said that after a year or relatively short | 11:02:52 |
| 17 | period of time, you expected that FSD would safely drive | 11:02:56 |
| 18 | your car in at least some circumstances. | 11:02:58 |
| 19 | Do you see that? | 11:03:00 |
| 20 | A    Yes. | 11:03:01 |
| 21 | Q    What did you mean in at least some circumstances? | 11:03:01 |
| 22 | A    That there would be improvements over time. | 11:03:05 |
| 23 | Q    What does fully self-driving in certain | 11:03:20 |
| 24 | circumstances mean or fully self-driving in at least some | 11:03:29 |
| 25 | circumstances? | 11:03:35 |

1      THE WITNESS:  Not directly from the Apple News feed,     11:22:39

2  no.                                                          11:22:55

3  BY MR. SCHOENFELD:                                           11:22:55

4      Q    Do you regularly go on Twitter?                     11:23:05

5      A    I would say irregularly.                            11:23:08

6      Q    Do you have a Twitter account?                      11:23:12

7      A    I do.                                               11:23:14

8      Q    Does your Twitter account subscribe to other        11:23:14

9  Twitter posters?                                             11:23:17

10     MS. FIEBER:  Objection; form.                            11:23:25

11     THE WITNESS:  Maybe.  But I can tell you, I don't        11:23:26

12 believe I'm a follower of Mr. Musk.                          11:23:31

13 BY MR. SCHOENFELD:                                           11:23:35

14     Q    What do you follow on Twitter?                      11:23:36

15     A    Frankly, I go there when I see something            11:23:37

16 someplace else that's made a reference to something of       11:23:45

17 interest there.                                              11:23:49

18     Q    Do you read CNN Business?                           11:23:49

19     A    So I'm not sure I distinguish between CNN           11:24:01

20 Business and CNN.  CNN is certainly a source I've            11:24:09

21 consulted, yeah.                                             11:24:13

22     Q    How frequently do you go to the CNN website for     11:24:15

23 news?                                                        11:24:18

24     A    Again, it would be when I see something of          11:24:18

25 interest someplace else.                                     11:24:28

1                    REPORTER'S CERTIFICATE

2

3        I, Christa Yan, CSR No. 14316, do hereby declare:

4        That, prior to being examined, the witness named in
the foregoing proceeding was by me duly sworn pursuant to
5    Section 30(f)(1) of the Federal Rules of Civil Procedure,
and the proceeding is a true record of the testimony given
6    by the witness as accurately as possible.  That said
proceeding was taken down by me stenographically at the
7    time therein named and thereafter reduced to text under my
direction.

8
         ___    That said witness was requested to review the
9    transcript and make any changes to the transcript as a
result of that review pursuant to Section 30(e) of the
10   Federal Rules of Civil Procedure.
         ___    No changes have been provided by the witness
11   during the period allowed.
         ___    The changes made by the witness are appended to
12   the transcript.
         ___    No request was made that the transcript be
13   reviewed pursuant to Section 30(e) of the Federal Rules of
Civil Procedure.

14
         I further declare that I have no interest in the event
15   of the action.  I declare under penalty of perjury under
the laws of the United States of America that the
16   foregoing is true and correct.

17       WITNESS my hand this 3rd day of February 2025.

18

19

20

21   _____
     Christa Yan, CSR NO. 14316
22

23

24

25