# QUE DECL. EX. B



# Transcript of Vincent Socci

**Date:** May 30, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION



IN RE TESLA ADVANCED DRIVER   )
ASSISTANCE SYSTEMS LITIGATION )
                              )
                              )   NO. 3:22-CV-5240-RFL
                              )
_____)



                     VIDEOTAPED DEPOSITION OF

                          VINCENT SOCCI

                        NEW YORK, NEW YORK

                          MAY 30, 2025




REPORTED BY:  KIARA MILLER

FILE NO.:  585197
```

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   IN RE TESLA ADVANCED DRIVER  )
     ASSISTANCE SYSTEMS LITIGATION)
 6                                )
                                  )  NO. 3:22-CV-5240-RFL
 7                                )
     _____)
 8
 9
10
11
12        Deposition of VINCENT SOCCI, taken on behalf of
13        DEFENDANT, at 250 Greenwich Street, 45th Floor,
14        New York, New York, commencing at 8:59 A.M.,
15        MAY 30, 2025, before Kiara Miller.
16
17
18
19
20
21
22
23
24
25
```

```
 1    A P P E A R A N C E S:

 2


 3    ON BEHALF OF MATSKO:

 4            CASEY GERRY SCHENK FRANCAVILLA BLATT &
              PENFIELD, LLP
 5            110 Laurel Street
              San Diego, California 92101
 6
              EMAIL: GBLATT@CGLAW.COM
 7
              BY:    GAYLE BLATT, ESQ.
 8


 9    ON BEHALF OF TESLA ENTITIES:

10            WILMER CUTLER PICKERING HALE & DORR, LLP
              250 Greenwich Street, 45th Floor
11            New York, New York 10007

12            EMAIL: ALAN.SCHOENFELD@WILMERHALE.COM
                     TRENA.RILEY@WILMERHALE.COM
13
              BY:    ALAN SCHOENFELD, ESQ.
14                   TRENA RILEY, ESQ.

15

16

17    ALSO PRESENT:

18    VIDEOGRAPHER, ROBERT PALOS

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | an opinion or analysis relating to the common | 10:34:00 |
| 2 | evidence necessary to evaluate whether | 10:34:03 |
| 3 | Tesla's representations were false or | 10:34:08 |
| 4 | misleading? | 10:34:11 |
| 5 | A    In Paragraph 1. | 10:34:12 |
| 6 | Q    Anywhere else in your report? | 10:34:13 |
| 7 | A    Supported by the other paragraphs of the | 10:34:14 |
| 8 | report including elaboration in Paragraph 16 | 10:34:16 |
| 9 | and 20. | 10:34:26 |
| 10 | Q    Anywhere else? | 10:35:02 |
| 11 | A    Just supported by the remaining | 10:35:04 |
| 12 | paragraphs in the report. | 10:35:06 |
| 13 | Q    In Paragraph 34, you say Mr. Musk's | 10:35:13 |
| 14 | admission that vehicles must be upgraded to | 10:35:16 |
| 15 | HW4 is common to all class vehicles, do you | 10:35:20 |
| 16 | see that? | 10:35:24 |
| 17 | A    I do see that. | 10:35:24 |
| 18 | Q    What does that mean? | 10:35:25 |
| 19 | A    He had said that those -- the vehicles | 10:35:26 |
| 20 | would need to be upgraded to Hardware 4 for | 10:35:29 |
| 21 | FSD. | 10:35:34 |
| 22 | Q    Some vehicles were purchased with | 10:35:34 |
| 23 | Hardware 4, correct? | 10:35:36 |
| 24 | A    I cannot confirm what vehicles were | 10:35:43 |
| 25 | purchased with Hardware 4. | 10:35:45 |

| | | |
|---|---|---|
| 1 | Q    So if there were vehicles that were | 10:35:47 |
| 2 | purchased during the class period with | 10:35:49 |
| 3 | Hardware 4 already installed, it would not be | 10:35:53 |
| 4 | the case that they would need to be upgraded | 10:35:55 |
| 5 | to Hardware 4, correct? | 10:35:59 |
| 6 | MS. BLATT:  Objection. | 10:36:02 |
| 7 | A    If they include Hardware 4 those | 10:36:02 |
| 8 | vehicles would not have to be upgraded to | 10:36:05 |
| 9 | Hardware 4. | 10:36:08 |
| 10 | Q    So the evidence wouldn't be common with | 10:36:09 |
| 11 | respect to all the vehicles in the class, | 10:36:12 |
| 12 | correct? | 10:36:14 |
| 13 | MS. BLATT:  Objection. | 10:36:14 |
| 14 | A    The hardware evidence would not be | 10:36:14 |
| 15 | common. | 10:36:17 |
| 16 | Q    When you say "common evidence," what do | 10:36:17 |
| 17 | you mean? | 10:36:21 |
| 18 | A    There's a variety of evidence that would | 10:36:21 |
| 19 | need to be included, including hardware, | 10:36:23 |
| 20 | sensors, hardware, sensor hardware, power | 10:36:27 |
| 21 | hardware, the software functionality, the | 10:36:36 |
| 22 | availability of the algorithms and/or compute | 10:36:39 |
| 23 | methodologies and validated operation. | 10:36:50 |
| 24 | Q    And when you say this evidence -- that | 10:36:59 |
| 25 | your opinion is that the evidence is common, | 10:37:01 |

```
1
2                    I N D E X
3   WITNESS: VINCENT SOCCI
4   EXAMINATION BY                              PAGE
5   MR. SCHOENFELD                               5
6
7                  E X H I B I T S
8   SOCCI              DESCRIPTION              PAGE
9   Exhibit 1          Expert Report of          17
                       Vincent Socci
10
    Exhibit 2          Motion to Dismiss         45
11
    Exhibit 3          Prepurchase               45
12                     Misrepresentations
                       Chart
13
    Exhibit 4          Electrek Article          53
14                     from April 14, 2025
15
16
...
25
```

```
1        C E R T I F I C A T E
2
3   I, KIARA MILLER,
4   a Shorthand Reporter and Notary Public of the
5   State of New York, do hereby certify:
6
7   That the witness whose examination is
8   hereinbefore set forth, was duly sworn or
9   affirmed by me, and the foregoing transcript is
10  a true record of the testimony given by such
11  witness.
12
13  I further certify that I am not related to any
14  of the parties to this action by blood or
15  marriage, and that I am in no way interested in
16  the outcome of this matter.
17
18
19  _Kiara Miller_____
20         KIARA MILLER
21
22
23
24
25
```