# QUE DECL. EX. C



**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Edward M. Stockton

**Date:** June 2, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE TESLA ADVANCED DRIVER   )
ASSISTANCE SYSTEMS LITIGATION )
                              )
                              )  NO. 3:22-CV-5240-RFL
                              )
_____)


-- C O N F I D E N T I A L --

FOR ATTORNEYS' EYES ONLY

IN-PERSON VIDEOTAPED DEPOSITION OF
EDWARD STOCKTON
MONDAY, JUNE 2, 2025

STENOGRAPHIC REPORTER:  CHRISTA YAN, CSR NO. 14316, RPR

```
 1    PERSONAL APPEARANCES:

 2    FOR PLAINTIFFS AND THE PUNITIVE CLASS:
          COTCHETT PITRE & MCCARTHY LLP
 3        BY:  JULIE FIEBER, ATTORNEY-AT-LAW
               MAKENA-KALA KERSHAW, ATTORNEY-AT-LAW
 4        840 Malcolm Road, Suite 200
          Burlingame, California 94010
 5        (650) 697-6000
          jfieber@cpmlegal.com
 6


 7    FOR TESLA:
          WILMER CUTLER PICKERING HALE AND DORR LLP
 8        BY:  DAVID MARCUS, ATTORNEY-AT-LAW
               LAKSHMI REDDY, ATTORNEY-AT-LAW
 9        350 S Grand Avenue, Suite 2400
          Los Angeles, California 90071
10        (213) 443-5312
          david.marcus@wilmerhale.com
11

12

13

14    ALSO PRESENT PERSONALLY:
      PHILIP ASTOR, The Videographer
15    AENGUS CARR, Tesla
      MORGAN SCOTT, CPM Associate
16

17

18

19

20

21
                            --oOo--
22

23

24

25
```

```
1              INDEX OF EXAMINATIONS
2                                                PAGE
3  MR. MARCUS                                    6
4
5
6                    --oOo--
7
8
9  Witness's Changes or Corrections              89
10 Reporter's Certificate                        91
11
12
13                   --oOo--
14
15                E X H I B I T S
16 EXHIBIT        FOR IDENTIFICATION             PAGE
17 Exhibit 1  -  Fieber DEC Ex. 4                15
18 Exhibit 2  -  Fieber DEC Ex. 15               70
19
20
21
22                   --oOo--
23
24
25
```

1       BE IT REMEMBERED that on MONDAY, the 2ND DAY OF
2   JUNE, 2025, at the hour of 10:02 A.M., Pacific Standard
3   Time, of said day, at 50 California Street, Suite 3600,
4   San Francisco, California 94111, before me personally,
5   CHRISTA YAN, a Certified Shorthand Reporter, State of
6   California, personally appeared EDWARD STOCKTON, who was
7   examined as a witness in said cause; that said transcript
8   format was prepared in accordance with California Code of
9                   Regulations Section 2473.
10
11
12
13
14
15
16                          --oOo--
17
18
19
20
21
22
23
24
25

| | | |
|---|---|---|
| 1 | Q Got it. | 11:24:19 |
| 2 | A Otherwise it would be correct. | 11:24:20 |
| 3 | Q So let's just put aside the partial month, and | 11:24:21 |
| 4 | just for simplicity, is it fair to say that your | 11:24:26 |
| 5 | approximation of damages is the product of multiplying the | 11:24:29 |
| 6 | monthly FSDC and the EAP purchases by the monthly price | 11:24:32 |
| 7 | for each month from November 2016 through as much of | 11:24:36 |
| 8 | May 2017 as you have, right? | 11:24:40 |
| 9 | A Yes. And if you use purchases broadly to -- | 11:24:41 |
| 10 | which I think you are. | 11:24:47 |
| 11 | Q Yes. | 11:24:48 |
| 12 | A Then yes. | 11:24:48 |
| 13 | Q But when you say use purchases broadly, you mean | 11:24:49 |
| 14 | include subscriptions with purchases, right? | 11:24:52 |
| 15 | A And OTA subscriptions, yes. | 11:24:54 |
| 16 | Q And over-the-air -- right. Okay. | 11:24:58 |
| 17 | So when we say purchases, we're referring to | 11:25:02 |
| 18 | purchases as in buying something, subscriptions and | 11:25:07 |
| 19 | over-the-air updates that are received by customers? | 11:25:11 |
| 20 | A That's how I've been using it. | 11:25:13 |
| 21 | Q Okay. Thank you. | 11:25:15 |
| 22 | The data you use for monthly FSDC and EAP | 11:25:15 |
| 23 | purchases is data for all United States purchases, right? | 11:25:18 |
| 24 | A Yes and no. The purchases at the top line are | 11:25:22 |
| 25 | for the U.S. | 11:25:37 |

1    extent that early adopters have -- are more likely to buy    11:32:15
2    luxury features, it may be that the use of California    11:32:19
3    registrations is a bit low.    11:32:21
4        But I think it's reasonable if not a bit    11:32:23
5    conservative.    11:32:26
6    Q    Anything else with respect to the basis for your    11:32:26
7    opinion that it's reasonable if not conservative?    11:32:29
8    A    I think that covers it.    11:32:31
9    Q    Thank you.    11:32:34
10       For the opt-out class, similar to the    11:32:34
11   pre-arbitration class, your estimated damages is also a    11:32:43
12   product of two inputs for each month from June 2017 to    11:32:47
13   October 2024, correct?    11:32:52
14   A    Yes.    11:32:52
15   Q    One is the monthly FSDC and EAP purchases or    11:32:56
16   subscriptions made by the opt-out customers in California,    11:33:01
17   right?    11:33:04
18   A    Yes.    11:33:04
19   Q    The other input is the monthly purchaser    11:33:07
20   subscription price, right?    11:33:10
21   A    Yes.    11:33:11
22   Q    Your damages calculation does not treat purchase    11:33:14
23   prices and subscription prices differently, correct?    11:33:16
24   A    Mechanically, it does not.  That's correct.    11:33:20
25   Q    You aggregate the total dollar value of all    11:33:27

| | | |
|---|---|---|
| 1 | subscriptions and purchases together in making your | 11:33:32 |
| 2 | damages calculation, right? | 11:33:34 |
| 3 |     A    I do. | 11:33:35 |
| 4 |     Q    Are you aware that an FSDC or EAP subscriber can | 11:33:38 |
| 5 | stop their subscription at any time? | 11:33:44 |
| 6 |     A    I am. | 11:33:45 |
| 7 |     Q    So if a subscriber does not see value in the | 11:33:45 |
| 8 | features provided by the subscription, they can cancel it, | 11:33:50 |
| 9 | right? | 11:33:54 |
| 10 |     A    I believe so.  Yes. | 11:33:54 |
| 11 |     Q    As far as you're aware, a Tesla customer who is | 11:33:55 |
| 12 | subscribing to FSDC or EAP may continue her subscription | 11:34:01 |
| 13 | because she sees sufficient value in the subscription to | 11:34:04 |
| 14 | keep it, right? | 11:34:07 |
| 15 |     MS. FIEBER:  Objection.  Form. | 11:34:08 |
| 16 |     THE WITNESS:  I lost the question.  I'm sorry.  Can | 11:34:09 |
| 17 | you read it to me? | 11:34:13 |
| 18 | BY MR. MARCUS: | 11:34:15 |
| 19 |     Q    Sure. | 11:34:15 |
| 20 |     As far as you're aware, a Tesla customer who's | 11:34:15 |
| 21 | subscribing for FSDC or EAP may continue her subscription | 11:34:18 |
| 22 | because she sees sufficient value in the subscription to | 11:34:21 |
| 23 | keep it, right? | 11:34:25 |
| 24 |     MS. FIEBER:  Form. | 11:34:26 |
| 25 |     THE WITNESS:  I think -- I think you're just asking me | 11:34:27 |

| | | |
|---|---|---|
| 1 | if there's anything that prevents somebody who wants to | 11:34:41 |
| 2 | keep it from keeping it.  That's -- yeah, I think that's a | 11:34:44 |
| 3 | yes. | 11:34:51 |
| 4 | BY MR. MARCUS: | 11:34:51 |
| 5 | Q    And you have no basis to dispute that at least | 11:34:51 |
| 6 | some Tesla customers keep their subscription because they | 11:34:53 |
| 7 | see value in the features provided in connection with that | 11:34:55 |
| 8 | package, right? | 11:35:02 |
| 9 | MS. FIEBER:  Objection.  Form.  Out of scope. | 11:35:02 |
| 10 | THE WITNESS:  I don't know their -- I don't know their | 11:35:03 |
| 11 | mindset, one way or the other.  I don't have an opinion on | 11:35:06 |
| 12 | their mindsets. | 11:35:09 |
| 13 | BY MR. MARCUS: | 11:35:11 |
| 14 | Q    So you have no basis to dispute that some Tesla | 11:35:11 |
| 15 | customers keep their subscriptions because they see value | 11:35:14 |
| 16 | in the features provided in connection with the packages, | 11:35:18 |
| 17 | right? | 11:35:19 |
| 18 | A    I would not. | 11:35:19 |
| 19 | Q    You did not assign any value to any feature | 11:35:30 |
| 20 | received by a subscriber to FSDC or EAP, correct? | 11:35:33 |
| 21 | MS. FIEBER:  Form. | 11:35:39 |
| 22 | THE WITNESS:  At this time, the liability assumptions | 11:35:39 |
| 23 | I've been asked to assume did not.  Those are simply that | 11:35:45 |
| 24 | the features have not been delivered.  I set forth | 11:35:47 |
| 25 | contingencies, as you probably saw in my report, to | 11:35:52 |

1   account for that in the alternative, but at this time my          11:35:56
2   assumptions don't support the assignment of a value.              11:36:01
3   BY MR. MARCUS:                                                    11:36:03
4       Q    Right.                                                   11:36:03
5            So is it fair to say that in your declaration you        11:36:03
6   did not assign any value to any feature assigned --               11:36:07
7   received by a subscriber to FSDC or EAP?                          11:36:09
8       A    I think it's fair to say I didn't apply any value        11:36:12
9   to any features at the time of my declaration.                    11:36:15
10      Q    You also, in your declaration, did not consider          11:36:17
11  that a subscription customer who has unsubscribed can             11:36:24
12  resubscribe at any time?                                          11:36:34
13      A    I didn't delineate that.  I would -- you could           11:36:35
14  pick that up by way of -- the way that the file is                11:36:50
15  designed.  So it would show up in the data.  I didn't             11:36:54
16  delineate that possibility.                                       11:36:57
17      Q    Right.                                                   11:36:58
18           In your declaration, you do not set out any              11:36:59
19  place, any analysis or evaluation or recitation of the            11:37:05
20  fact that a subscription customer who has unsubscribed can        11:37:10
21  resubscribe at any time?                                          11:37:15
22      MS. FIEBER:  Form.                                            11:37:17
23  BY MR. MARCUS:                                                    11:37:18
24      Q    Correct?                                                 11:37:18
25      A    No, I think I did.  But I didn't delineate that          11:37:18

| | | |
|---|---|---|
| 1 | possibility. | 11:37:25 |
| 2 | Q   Okay.  Where did you do that? | 11:37:26 |
| 3 | A   The nature of the design, which is looking at the | 11:37:27 |
| 4 | number of subscriptions -- the nature of the files looking | 11:37:36 |
| 5 | at the number of subscriptions over time.  That method | 11:37:41 |
| 6 | would capture those transactions, or I expect it would | 11:37:43 |
| 7 | when we had final data if there's a class certified. | 11:37:46 |
| 8 | Q   Right. | 11:37:49 |
| 9 | But you did not distinguish among subscribers | 11:37:49 |
| 10 | between those who subscribed just once and those who | 11:37:53 |
| 11 | subscribed, unsubscribed, and resubscribed, right? | 11:37:57 |
| 12 | MS. FIEBER:  Form. | 11:38:03 |
| 13 | THE WITNESS:  I would not have -- no, I did not | 11:38:04 |
| 14 | distinguish between those groups. | 11:38:05 |
| 15 | BY MR. MARCUS: | 11:38:08 |
| 16 | Q   Now, we've been through this before, but this is | 11:38:19 |
| 17 | a setup question.  And I mean setup in the most benign | 11:38:21 |
| 18 | sense.  You termed the damages calculated in your | 11:38:25 |
| 19 | declaration overpayment harm, right? | 11:38:29 |
| 20 | A   Yes. | 11:38:30 |
| 21 | Q   In calculating the total estimated overpayment | 11:38:31 |
| 22 | harm, you assume that the overpayment is the full price a | 11:38:34 |
| 23 | customer paid for the EAP or FSDC package, right? | 11:38:38 |
| 24 | A   That's the assumption I've been asked to adopt. | 11:38:42 |
| 25 | Q   And that's the assumption you did adopt, right? | 11:38:47 |

| | | |
|---|---|---|
| 1 | that there are features that consumers bought, and they | 11:58:28 |
| 2 | didn't receive those features. | 11:58:35 |
| 3 | BY MR. MARCUS: | 11:58:36 |
| 4 | Q   Can you be any more specific as to what you term | 11:58:37 |
| 5 | the core alleged misrepresentations, what they were in | 11:58:42 |
| 6 | this case? | 11:58:46 |
| 7 | A   For my purposes, I understand them to be | 11:58:46 |
| 8 | undelivered features. | 11:58:54 |
| 9 | Q   What undelivered features? | 11:58:55 |
| 10 | A   The subject features. | 11:58:57 |
| 11 | Q   And when you say, Subject features, what do you | 11:58:58 |
| 12 | mean? | 11:59:04 |
| 13 | A   The ones we've discussed.  Nothing new.  The | 11:59:04 |
| 14 | features that we have discussed. | 11:59:10 |
| 15 | Q   And so when you say that the core alleged | 11:59:12 |
| 16 | misrepresentations were FSDC and EAP were not delivered? | 11:59:17 |
| 17 | MS. FIEBER:  Objection.  Form. | 11:59:30 |
| 18 | THE WITNESS:  Yes.  That is my... yes.  There are | 11:59:30 |
| 19 | features that consumers paid for but did not receive. | 11:59:38 |
| 20 | BY MR. MARCUS: | 11:59:40 |
| 21 | Q   What were those features? | 11:59:41 |
| 22 | MS. FIEBER:  Asked and answered.  Form. | 11:59:43 |
| 23 | THE WITNESS:  I have described the subject features | 11:59:45 |
| 24 | that are what I have been talking about. | 11:59:48 |
| 25 | | |

| | | |
|---|---|---|
| 1 | experience from the first ADAS package purchase could | 12:10:31 |
| 2 | inform her decision about the second purchase? | 12:10:41 |
| 3 |     MS. FIEBER: Objection. Form. Incomplete | 12:10:43 |
| 4 | hypothetical. Out of scope. | 12:10:45 |
| 5 |     THE WITNESS: Could is... it's not a part of my | 12:10:46 |
| 6 | opinion. And could is a very low bar. So unless I can | 12:10:49 |
| 7 | definitively say I couldn't, the answer to almost any | 12:10:53 |
| 8 | could question would be yes. | 12:10:55 |
| 9 | BY MR. MARCUS: | 12:10:57 |
| 10 |     Q   Right. You have no reason to dispute that a | 12:10:57 |
| 11 | customer's experience from a first ADAS package purchase | 12:10:59 |
| 12 | could inform her decision about a second purchase with an | 12:11:03 |
| 13 | ADAS package, right? | 12:11:09 |
| 14 |     MS. FIEBER: Same objections. | 12:11:10 |
| 15 |     THE WITNESS: Yeah, it's not a part of my opinion. | 12:11:11 |
| 16 | BY MR. MARCUS: | 12:11:13 |
| 17 |     Q   You don't have a reason to dispute that though, | 12:11:13 |
| 18 | right? | 12:11:16 |
| 19 |     MS. FIEBER: Same objections. | 12:11:16 |
| 20 |     THE WITNESS: It's certainly not a part of my opinion. | 12:11:17 |
| 21 | BY MR. MARCUS: | 12:11:19 |
| 22 |     Q   Isn't it fair to assume that if a customer | 12:11:25 |
| 23 | decides to buy an ADAS package a second time, that | 12:11:27 |
| 24 | customer may see some value in the package? | 12:11:30 |
| 25 |     MS. FIEBER: Incomplete hypothetical. Form. Outside | 12:11:32 |

| | | |
|---|---|---|
| 1 | scope. | 12:11:34 |
| 2 | THE WITNESS:  Yeah, again, that's not a part of my | 12:11:35 |
| 3 | opinion. | 12:11:39 |
| 4 | BY MR. MARCUS: | 12:11:40 |
| 5 | Q   Can you answer the question, whether it's fair to | 12:11:40 |
| 6 | assume that if a customer decides to buy an ADAS package a | 12:11:42 |
| 7 | second time, that customer may see some value in the | 12:11:45 |
| 8 | package? | 12:11:48 |
| 9 | MS. FIEBER:  Argumentative.  Asked and answered. | 12:11:49 |
| 10 | Form.  Outside scope.  Incomplete hypothetical.  He's | 12:11:51 |
| 11 | answered your question. | 12:11:57 |
| 12 | BY MR. MARCUS: | 12:11:57 |
| 13 | Q   You can answer my question. | 12:11:58 |
| 14 | MS. FIEBER:  He's already answered it. | 12:11:59 |
| 15 | MR. MARCUS:  Are you instructing him not to answer? | 12:12:01 |
| 16 | MS. FIEBER:  No. | 12:12:02 |
| 17 | BY MR. MARCUS: | 12:12:03 |
| 18 | Q   Okay.  You can answer. | 12:12:03 |
| 19 | A   This is not a part of my opinion.  I don't know | 12:12:05 |
| 20 | that there's a lot built into that, into your | 12:12:15 |
| 21 | hypothetical.  People buy based on -- buy durable goods | 12:12:18 |
| 22 | based on expectations.  The first experience may or may | 12:12:25 |
| 23 | not have informed the second purchase.  So... but it's not | 12:12:30 |
| 24 | a part of my opinion.  I can't rule it out. | 12:12:35 |
| 25 | Q   In forming your opinions, you didn't consider | 12:12:37 |

| | | |
|---|---|---|
| 1 | whether such a customer's experience from the first ADAS | 12:12:41 |
| 2 | package purchase would have any impact on the second | 12:12:44 |
| 3 | purchase, you didn't consider that, right? | 12:12:48 |
| 4 |    A   It's certainly not a part of my opinion. | 12:12:50 |
| 5 |    Q   Mr. Stockton, have you ever owned or leased a | 12:12:52 |
| 6 | Tesla vehicle? | 12:12:54 |
| 7 |    A   No. | 12:12:55 |
| 8 |    Q   Have you ever driven a Tesla vehicle? | 12:12:56 |
| 9 |    A   Yes. | 12:12:58 |
| 10 |    Q   How many times? | 12:12:59 |
| 11 |    A   Fewer than five. | 12:13:01 |
| 12 |    Q   Have you ever used ADAS features? | 12:13:04 |
| 13 | MS. FIEBER:  Form. | 12:13:08 |
| 14 | THE WITNESS:  Are you using that in a reserved sense, | 12:13:08 |
| 15 | like Tesla's ADAS features, or generally -- | 12:13:16 |
| 16 | BY MR. MARCUS: | 12:13:19 |
| 17 |    Q   Correct. | 12:13:19 |
| 18 |        Have you ever used Tesla's ADAS features? | 12:13:21 |
| 19 | MS. FIEBER:  Form. | 12:13:23 |
| 20 | THE WITNESS:  No. | 12:13:23 |
| 21 | BY MR. MARCUS: | 12:13:23 |
| 22 |    Q   I have nothing further.  I thank you. | 12:13:25 |
| 23 |        And I pass the witness. | 12:13:28 |
| 24 | MS. FIEBER:  I have no questions. | 12:13:32 |
| 25 | MR. MARCUS:  Okay.  We're done. | 12:13:36 |

REPORTER'S CERTIFICATE

I, Christa Yan, CSR No. 14316, do hereby declare:

That, prior to being examined, the witness named in the foregoing proceeding was by me duly sworn pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure, and the proceeding is a true record of the testimony given by the witness as accurately as possible. That said proceeding was taken down by me stenographically at the time therein named and thereafter reduced to text under my direction.

___ That said witness was requested to review the transcript and make any changes to the transcript as a result of that review pursuant to Section 30(e) of the Federal Rules of Civil Procedure.
___ No changes have been provided by the witness during the period allowed.
___ The changes made by the witness are appended to the transcript.
___ No request was made that the transcript be reviewed pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further declare that I have no interest in the event of the action. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WITNESS my hand this 4th day of June 2025.

_____
Christa Yan, CSR NO. 14316