QUE DECL. EX. D



# Transcript of Gerald Goldhaber, Ph.D.

**Date:** June 7, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5   IN RE TESLA ADVANCED DRIVER  )
    ASSISTANCE SYSTEMS LITIGATION)
6                                )
                                 )   NO. 3:22-CV-5240-RFL
7                                )
    _____)
8

9

10        VIDEOTAPED DEPOSITION OF

11        GERALD GOLDHABER, PH.D.

12          NEW YORK, NEW YORK

13            JUNE 7, 2025

14

15

16

17

18   REPORTED BY:  KIARA MILLER

19   FILE NO.:  586254

20

21

22

23

24

25

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

5   IN RE TESLA ADVANCED DRIVER   )
    ASSISTANCE SYSTEMS LITIGATION)
6                                )
                                 )   NO. 3:22-CV-5240-RFL
7                                )
    _____)
8

9

10

11

12       Videotaped deposition of GERALD GOLDHABER,

13       PH.D., taken on behalf of DEFENDANT, at 250

14       Greenwich Street, 45th Floor, New York, New

15       York, commencing at 9:01 A.M., JUNE 7, 2025,

16       before Kiara Miller.

17

18

19

20

21

22

23

24

25

```
1    A P P E A R A N C E S:

2


3    ON BEHALF OF MATSKO:

4              COTCHETT, PITRE & MCCARTHY, LLP
               40 Worth Street, Suite 602
5              New York, New York 10013

6              EMAIL: JFIEBER@CPMLEGAL.COM

7              BY:   JULIE L. FIEBER, ESQ.

8


9    ON BEHALF OF TESLA ENTITIES:

10             WILMER CUTLER PICKERING HALE & DORR, LLP
               250 Greenwich Street, 45th Floor
11             New York, New York 10007

12             EMAIL: ALAN.SCHOENFELD@WILMERHALE.COM
                      JUAN.TORO@WILMERHALE.COM
13
               BY:   ALAN SCHOENFELD, ESQ.
14                   JUAN RUIZ TORO, ESQ.

15


16


17


18   ALSO PRESENT:

19   VIDEOGRAPHER, DAVID HERNANDEZ

20


21


22


23


24


25
```

1    different ways, right?                          09:34:51

2    A    Yes.  They communicate -- it ultimately   09:34:52

3    comes down to individual face to face.  Which  09:34:53

4    is, by the way, Tesla's model for marketing.   09:34:57

5    It's called DTC, direct to consumer.  And the  09:35:00

6    various channels they use, which have been     09:35:03

7    written about very positively in the           09:35:06

8    literature, are intended to get to the         09:35:09

9    individuals.  So that they use the             09:35:12

10   individuals, customers or potential            09:35:13

11   customers, to share their information.         09:35:17

12   That's their eco, their media eco source.      09:35:20

13       It's to start the engines at the top to    09:35:23

14   Elon Musk, through his words, tweets,          09:35:24

15   interviews, and through the videotapes and     09:35:27

16   through the news stories and website           09:35:29

17   postings.  And that direct communication goes  09:35:32

18   to individuals who then spread out.  That's    09:35:35

19   the two-step flow that I was talking about,    09:35:38

20   Counselor.                                     09:35:40

21   Q    Returning to the representations in       09:35:42

22   Paragraph 7A through 7C, did you do anything   09:35:43

23   to determine whether customers saw or read     09:35:47

24   those representations?                         09:35:49

25   A    Well, that's not important at this stage  09:35:51

| | | |
|---|---|---|
| 1 | because as I said -- | 09:35:54 |
| 2 | Q    Sorry.  Let me -- | 09:35:55 |
| 3 | A    The answer is no. | 09:35:55 |
| 4 | Q    Okay.  So you didn't do anything to | 09:35:57 |
| 5 | study whether class members saw or read the | 09:35:58 |
| 6 | particular representations? | 09:36:01 |
| 7 | A    That's the intent at part of the next | 09:36:03 |
| 8 | phase, if certified.  I will look at -- | 09:36:04 |
| 9 | that's what representative surveys are | 09:36:08 |
| 10 | intended to do, among other things.  I will | 09:36:12 |
| 11 | find out what sources of information the | 09:36:15 |
| 12 | classes saw and what was important to them. | 09:36:17 |
| 13 | I will find that out in the second phase. | 09:36:19 |
| 14 | Q    But you haven't done that so far, right? | 09:36:22 |
| 15 | A    No.  I can't do it until you're | 09:36:25 |
| 16 | certified because it requires certain | 09:36:29 |
| 17 | knowledge of the sample size that I won't | 09:36:34 |
| 18 | have until you're certified.  If you're not | 09:36:36 |
| 19 | certified, just to add, there's no point in | 09:36:40 |
| 20 | doing this kind of research because it's | 09:36:43 |
| 21 | quite expensive. | 09:36:45 |
| 22 | Q    And so the reason that you have not done | 09:36:46 |
| 23 | the focus groups or the surveys is because | 09:36:49 |
| 24 | you don't have the knowledge of the sample | 09:36:51 |
| 25 | size to do it; is that right? | 09:36:55 |

| | | |
|---|---|---|
| 1 | A    Not the sample size, the sample -- I can | 09:36:57 |
| 2 | tell you sample sizes as a statistician, but | 09:36:59 |
| 3 | I can't tell you the shape of the sample | 09:37:01 |
| 4 | until the Judge makes a ruling officially as | 09:37:05 |
| 5 | to what will those classes look like or class | 09:37:08 |
| 6 | look like. | 09:37:11 |
| 7 |       Right now, there's two potential | 09:37:12 |
| 8 | classes.  That's why I said two surveys.  But | 09:37:15 |
| 9 | I don't know what the Judge is going to rule | 09:37:17 |
| 10 | and prior to saying "here's the class," if he | 09:37:20 |
| 11 | certifies at all --or she certifies at all. | 09:37:20 |
| 12 | Q    Are you familiar with the concept of | 09:37:23 |
| 13 | penetration or media penetration in | 09:37:24 |
| 14 | communications? | 09:37:28 |
| 15 | A    Of course. | 09:37:30 |
| 16 | Q    What does the -- what does it mean to -- | 09:37:31 |
| 17 | sorry.  What does the term "penetration" -- | 09:37:32 |
| 18 | A    Well, this gets back to the two-step | 09:37:33 |
| 19 | flow.  It's how does a message actually reach | 09:37:35 |
| 20 | its audience, through what channels and | 09:37:39 |
| 21 | what's the ultimate dissemination and the | 09:37:41 |
| 22 | measurement of it. | 09:37:41 |
| 23 | Q    And is there an accepted methodology for | 09:37:41 |
| 24 | determining the penetration of a particular | 09:37:43 |
| 25 | statement or representation? | 09:37:45 |

1    A    Of course.  That's one of the reasons          09:37:46

2    Nielsen existed was to measure ratings and          09:37:49

3    determine how a message actually reached and        09:37:52

4    how many people it reached and so forth.            09:37:56

5    Q    So let's focus on Statement 7, the             09:37:58

6    statement that you quote in 7A.  It says,           09:38:00

7    "Tesla vehicles have all the hardware for           09:38:03

8    Full Self-Driving capability."                      09:38:07

9         Do you see that?                               09:38:10

10   A    Yes, sir.                                       09:38:10

11   Q    Where did that representation appear?           09:38:10

12   A    Well, it appeared in -- if you may quote        09:38:13

13   my report, it appeared in Elon Musk's               09:38:16

14   Autonomy Day speech.  It appeared in tweets         09:38:20

15   that Elon Musk gave out.  It appeared in the        09:38:25

16   website.  I cited the actual in my report.          09:38:29

17   Q    All right.  So let's look at                    09:38:34

18   Paragraph 24 where you say that the statement       09:38:35

19   appeared on a specific part of Tesla's              09:38:37

20   website, right?                                      09:38:42

21   A    Yes.                                            09:38:42

22   Q    Did you investigate how Tesla's website         09:38:43

23   is structured?                                       09:38:45

24   A    I don't know what you mean.                      09:38:46

25   Q    Did you investigate how many sub pages          09:38:47

1    the Tesla website has?                                    09:38:49

2    A    I looked at what was posted on the                   09:38:51

3    Wayback Machine.  You know, I went through                09:38:53

4    them.  I don't think I sat there and counted             09:38:57

5    the number of pages.                                      09:38:59

6    Q    So you didn't click through the website,             09:39:00

7    correct?                                                  09:39:03

8    A    I did.  I go through the website, yes.               09:39:03

9    Q    So did you click through the home page,              09:39:06

10   tesla.com, to figure out where exactly on the            09:39:08

11   website the statement you quote in 7A                     09:39:11

12   existed?                                                  09:39:14

13       MS. FIEBER:  Objection.  Form.                        09:39:16

14   A    I don't recall doing that.                           09:39:16

15   Q    Okay.  Did you investigate how likely                09:39:17

16   someone browsing the website would be to                  09:39:19

17   navigate to the specific webpage containing               09:39:23

18   this statement in Paragraph 7A?                           09:39:25

19   A    Well, you're asking a question that I                09:39:28

20   will answer after I do my research.                       09:39:29

21   Q    Did you study website traffic to                     09:39:32

22   determine how many visitors visited Tesla's               09:39:34

23   website?                                                  09:39:39

24   A    No.                                                  09:39:39

25   Q    Did you analyze website traffic for                  09:39:40

| 1 | members received or read the November 12, | 09:44:33 |
| 2 | 2016 newsletter? | 09:44:35 |
| 3 | A    Again, no. | 09:44:37 |
| 4 | Q    Okay.  Do you know how many class | 09:44:37 |
| 5 | members received the newsletter? | 09:44:39 |
| 6 | A    No. | 09:44:42 |
| 7 | Q    Do you know how many of the class | 09:44:43 |
| 8 | members who received the newsletter opened | 09:44:45 |
| 9 | the email? | 09:44:49 |
| 10 | A    No. | 09:44:49 |
| 11 | Q    In Paragraph 60 of the complaint, | 09:44:50 |
| 12 | Mr. LoSavio alleges that Elon Musk repeated a | 09:44:52 |
| 13 | version of the same statement during an | 09:44:53 |
| 14 | October 19, 2016 conference call. | 09:44:55 |
| 15 | Do you recall that? | 09:44:58 |
| 16 | A    Yes. | 09:44:58 |
| 17 | Q    Did you do anything to determine whether | 09:44:58 |
| 18 | and to what extent class members listened to | 09:45:01 |
| 19 | that conference call? | 09:45:03 |
| 20 | A    No. | 09:45:03 |
| 21 | Q    Do you know how many people attended | 09:45:04 |
| 22 | that call? | 09:45:06 |
| 23 | A    No. | 09:45:06 |
| 24 | Q    Do you know whether recordings of that | 09:45:07 |
| 25 | call are available on the internet? | 09:45:11 |

| | | |
|---|---|---|
| 1 | A     No. | 09:45:12 |
| 2 | Q     Do you -- okay.  So apart from the | 09:45:13 |
| 3 | website, the newsletter and the conference | 09:45:13 |
| 4 | call, are you aware of any other places where | 09:45:17 |
| 5 | Tesla made a representation like the one that | 09:45:20 |
| 6 | we've just been discussing? | 09:45:24 |
| 7 | A     Autonomy -- | 09:45:26 |
| 8 |      MS. FIEBER:  Objection.  Form. | 09:45:27 |
| 9 | A     Certainly.  Autonomy Day, I have a | 09:45:27 |
| 10 | transcript of his words here, which he | 09:45:29 |
| 11 | actually said that very thing. | 09:45:32 |
| 12 | Q     Okay.  We can come back to that. | 09:45:45 |
| 13 | A     I've got it. | 09:45:48 |
| 14 | Q     You state in Paragraph 13 of your | 09:45:50 |
| 15 | report -- | 09:45:53 |
| 16 | A     Excuse me.  I said I had it here. | 09:45:54 |
| 17 | Q     Okay.  You state in Paragraph 13 of your | 09:45:56 |
| 18 | report that: | 09:45:58 |
| 19 |           "Tesla's representations | 09:45:58 |
| 20 |      referenced above" -- referring to | 09:45:58 |
| 21 |      Paragraph 7 -- "about the hardware and | 09:46:00 |
| 22 |      timeline for Full Self-Driving | 09:46:03 |
| 23 |      capability were communicated | 09:46:05 |
| 24 |      consistently, uniformly and widespread | 09:46:07 |
| 25 |      using all of the available channels of | 09:46:11 |

| | | |
|---|---|---|
| 1 | Tesla representatives at showrooms? | 09:48:54 |
| 2 | A    What was the last word you said? | 09:48:57 |
| 3 | Q    At showrooms, tesla showrooms. | 09:48:58 |
| 4 | A    Yes. | 09:49:01 |
| 5 | Q    Does it include user-generated content? | 09:49:02 |
| 6 | A    Yes.  That's the two-step flow. | 09:49:04 |
| 7 | Remember, the people that interpersonally get | 09:49:06 |
| 8 | it mass and then they exchange it. | 09:49:06 |
| 9 | Q    Does it include word-of-mouth among | 09:49:06 |
| 10 | Tesla customers? | 09:49:08 |
| 11 | A    Yes. | 09:49:09 |
| 12 | Q    And does it include user forums and | 09:49:10 |
| 13 | owner clubs? | 09:49:13 |
| 14 | A    Yes. | 09:49:15 |
| 15 | Q    And the article you cite from Yizhen Li | 09:49:16 |
| 16 | emphasizes the importance of word-of-mouth | 09:49:20 |
| 17 | and user forums and owner clubs for Tesla's | 09:49:21 |
| 18 | communications to customers, correct? | 09:49:21 |
| 19 | A    That's correct. | 09:49:22 |
| 20 | Q    You want to say a little bit more about | 09:49:23 |
| 21 | that? | 09:49:25 |
| 22 | A    What do you mean do I want to say a | 09:49:25 |
| 23 | little bit more? | 09:49:28 |
| 24 | Q    Well, so why did you cite that article | 09:49:29 |
| 25 | in your report? | 09:49:30 |

1   A    Because she's praising the methodology        09:49:31

2   used by Tesla to reach its consumers, which       09:49:33

3   is what I've been referring to as                 09:49:37

4   direct-to-consumer marketing.  At the time        09:49:38

5   they developed it, it was quite unique -- it      09:49:41

6   may still be to the extent they use it -- in      09:49:42

7   the automobile industry.                          09:49:46

8   Q    And do you agree with her conclusion         09:49:46

9   that word-of-mouth and user forums and owner      09:49:47

10  clubs are a particularly important part of        09:49:51

11  the way that Tesla communicates with              09:49:53

12  customers?                                         09:49:55

13  A    Absolutely.  That's the two-step flow,       09:49:56

14  Counselor.  Mass media goes through opinion       09:49:57

15  leaders 'til it reaches the masses who            09:49:59

16  interpersonally exchange the information.         09:50:02

17  Q    The statement that we've been referring      09:50:06

18  to in Paragraph 7A, I'm going to call that        09:50:06

19  the "hardware statement."                         09:50:09

20       Will you understand what I mean?             09:50:13

21  A    Of course.                                    09:50:14

22  Q    Was it important -- you say in               09:50:14

23  Paragraph 13 of your report that the hardware     09:50:15

24  statement was communicated "using all of the      09:50:18

25  available channels in Tesla's information         09:50:22

1   A    No.                                          09:55:17

2   Q    You say in Paragraph 39, that Mr. Musk       09:55:17

3   tweeted some variant of the cross country         09:55:20

4   statement in three separate tweets, correct?      09:55:25

5   A    Yes.                                          09:55:28

6   Q    And again, this will be somewhat             09:55:29

7   repetitive, but indulge me.                       09:55:29

8        Did you study Twitter data to determine      09:55:32

9   how many people read those tweets?                09:55:33

10  A    No.                                          09:55:36

11  Q    Did you study any engagement data on         09:55:36

12  Twitter to determine if people liked or           09:55:38

13  retweeted any of the tweets?                      09:55:41

14  A    No.                                          09:55:42

15  Q    And so I assume it's fair to conclude        09:55:43

16  that you didn't compare any of that               09:55:44

17  engagement data with the number of people who     09:55:46

18  purchased Teslas during the relevant time         09:55:48

19  period, correct?                                  09:55:51

20  A    Correct.                                      09:55:52

21  Q    Or people who purchased or subscribed to     09:55:53

22  FSD or ADAS software?                             09:55:54

23  A    Correct.                                      09:55:59

24  Q    Did you study people's responses to the      09:56:00

25  tweets on Twitter?                                09:56:02

1    A    As I said, the word "material" will come          09:57:37

2    out in my studies, but as far as how                   09:57:40

3    important each channel was, but as far as my            09:57:43

4    opinion, it was preliminary, and that I                 09:57:45

5    believe there was a consistent theme of being          09:57:47

6    misled, if you were a reader of his tweets,             09:57:50

7    and a consumer of his other interviews and              09:57:53

8    news conferences.                                       09:57:56

9    Q    Would customers' understanding of the             09:57:57

10   cross country statement vary over time?                09:58:01

11        MS. FIEBER:  Objection, form.                     09:58:06

12   A    That's speculation.                               09:58:06

13   Q    So you don't know whether it would vary           09:58:07

14   over time, right?                                       09:58:10

15   A    That's speculation.  I can't speculate.           09:58:10

16   Q    Would a customer who read or heard the            09:58:12

17   cross country statement from Mr. Musk or                09:58:15

18   Tesla in 2016, and then realized in 2017 that          09:58:19

19   the one-year aspiration had not come to pass,          09:58:25

20   be situated differently if they purchased              09:58:34

21   their vehicle in 2019 from someone who                 09:58:38

22   purchased the vehicle in 2016?                         09:58:40

23        MS. FIEBER:  Objection, form.                     09:58:43

24        Incomplete hypothetical.                          09:58:44

25   A    I don't believe so, because the constant          09:58:46

| | |
|---|---|
| 1 | false, correct? | 10:37:11 |
| 2 | A    That's my preliminary opinion, yes. | 10:37:12 |
| 3 | Q    Have you reached a preliminary | 10:37:15 |
| 4 | conclusion about when that statement first | 10:37:17 |
| 5 | proved false? | 10:37:20 |
| 6 | MS. FIEBER:  Objection.  Form. | 10:37:22 |
| 7 | A    I don't think I stated that in my report | 10:37:22 |
| 8 | as to when.  I think I said "from the | 10:37:24 |
| 9 | beginning."  Maybe I said that in here, but I | 10:37:27 |
| 10 | don't think I cited the exact date. | 10:37:29 |
| 11 | Q    Have you reached any conclusion as to | 10:37:32 |
| 12 | when consumers would have first recognized | 10:37:34 |
| 13 | that the statement was untrue? | 10:37:37 |
| 14 | A    Again, we'll get to that in research. | 10:37:39 |
| 15 | Q    Okay.  And so in your research, you | 10:37:41 |
| 16 | could try to determine whether customers | 10:37:42 |
| 17 | understood that statement to be false at a | 10:37:46 |
| 18 | particular point in time? | 10:37:48 |
| 19 | A    We can ask them that. | 10:37:49 |
| 20 | Q    And you don't know what the answer is | 10:37:51 |
| 21 | going to be, correct? | 10:37:52 |
| 22 | A    I don't know the answer to any of my | 10:37:52 |
| 23 | research. | 10:37:55 |
| 24 | Q    And it could be different among class | 10:37:55 |
| 25 | members, correct? | 10:37:59 |

| | | |
|---|---|---|
| 1 | A    It could very easily be different. | 10:38:00 |
| 2 | Q    In Paragraph 43 of your report. | 10:38:01 |
| 3 | A    Paragraph what? | 10:38:04 |
| 4 | Q    Forty-three. | 10:38:05 |
| 5 | A    Okay. | 10:38:07 |
| 6 | Q    You say that the, what you call the | 10:38:07 |
| 7 | feedback, "Indicating that consumers | 10:38:08 |
| 8 | understood the message was evidenced by | 10:38:10 |
| 9 | spending thousands of dollars to purchase | 10:38:13 |
| 10 | Tesla's FSD packages." | 10:38:16 |
| 11 | Do you see that? | 10:38:18 |
| 12 | A    Yes. | 10:38:18 |
| 13 | Q    What message are you talking about in | 10:38:19 |
| 14 | that paragraph? | 10:38:21 |
| 15 | A    The message that full service -- Full | 10:38:22 |
| 16 | Self-Driving was a characteristic of Tesla, | 10:38:27 |
| 17 | and that's why they purchased this.  Action | 10:38:30 |
| 18 | is one form of feedback.  You do something | 10:38:33 |
| 19 | that the message says you can do.  You buy | 10:38:36 |
| 20 | something, that's an action.  Or you lease | 10:38:39 |
| 21 | it.  And that's based on information that you | 10:38:42 |
| 22 | have. | 10:38:44 |
| 23 | Q    And so, just for purposes of the record, | 10:38:45 |
| 24 | explain to me, when you stay the feedback | 10:38:48 |
| 25 | indicating they understood the message, what | 10:38:50 |

1    Q    What is that methodology?                      10:40:46

2    A    We asked them about importance or              10:40:47

3    salience.  I mention the ICA, International         10:40:48

4    Communication Association, communication            10:40:52

5    audit.  We gave people a list of sources,           10:40:54

6    asked which ones were they using, open ended        10:40:57

7    and then close ended.  And then next to the         10:41:01

8    close ended, how important is each of those         10:41:03

9    sources to you in your decision, blah, blah,        10:41:05

10   blah.  And the same thing for messages and          10:41:07

11   the same thing for channels.                        10:41:08

12        You measure both the existence of the          10:41:11

13   source, and the salience or importance, in          10:41:13

14   your terms, materialities of the source            10:41:18

15   message channel.  We measure those.                 10:41:20

16   Q    And so is it fair to say that if you           10:41:21

17   don't follow that methodology, then any             10:41:23

18   conclusions you draw that materiality or            10:41:25

19   importance are unfounded?                           10:41:29

20        MS. FIEBER:  Objection, form.                  10:41:32

21        Incomplete hypothetical.                       10:41:32

22   A    I am definitely not drawing any firm           10:41:34

23   conclusions about materiality until I do that       10:41:39

24   research.                                           10:41:40

25   Q    Why not?                                       10:41:42

| | | |
|---|---|---|
| 1 | A    Because I haven't done the research. | 10:41:43 |
| 2 | Q    It would not be consistent with | 10:41:45 |
| 3 | professional standards in your field to offer | 10:41:45 |
| 4 | an opinion on that without doing the | 10:41:48 |
| 5 | research, correct? | 10:41:51 |
| 6 | MS. FIEBER:  Objection, form. | 10:41:52 |
| 7 | Incomplete hypothetical. | 10:41:52 |
| 8 | A    Again, my preliminary opinion is based | 10:41:54 |
| 9 | on my background, research, education, | 10:41:56 |
| 10 | training and the dozens of years that I've | 10:41:59 |
| 11 | been involved in doing these things, these | 10:42:04 |
| 12 | kinds of studies, and looking at what | 10:42:06 |
| 13 | conclusions those studies have resulted in. | 10:42:09 |
| 14 | And based on that, I've reached | 10:42:12 |
| 15 | preliminary opinions.  I have not confirmed | 10:42:14 |
| 16 | those opinions and I won't without data. | 10:42:16 |
| 17 | Q    And the data might disconfirm your | 10:42:19 |
| 18 | opinions, correct? | 10:42:22 |
| 19 | A    I've said that several times. | 10:42:23 |
| 20 | I'm prepared -- I'm an objective | 10:42:25 |
| 21 | scientist.  That's what I am.  I look at | 10:42:27 |
| 22 | data, I live in the world of data, and I will | 10:42:30 |
| 23 | tell my client when the data come in, this is | 10:42:33 |
| 24 | what the data mean from a research | 10:42:37 |
| 25 | standpoint.  Full stop. | 10:42:39 |

| | | |
|---|---|---|
| 1 | I don't bias it, I don't twist it, I | 10:42:41 |
| 2 | simply interpret it.  And if that data | 10:42:45 |
| 3 | interpretation is indicating that people | 10:42:47 |
| 4 | fully understood what Autopilot meant when | 10:42:50 |
| 5 | they made that purchase or lease decision. | 10:42:53 |
| 6 | That's what the data will say. | 10:42:55 |
| 7 | Q    Might the data show that these | 10:42:57 |
| 8 | representations meant different things to | 10:43:00 |
| 9 | different people? | 10:43:02 |
| 10 | A    It could. | 10:43:03 |
| 11 | Q    And might the data show that these -- | 10:43:04 |
| 12 | that the people you survey or include in your | 10:43:06 |
| 13 | focus groups relied or didn't rely on these | 10:43:10 |
| 14 | statements? | 10:43:14 |
| 15 | MS. FIEBER:  Objection.  Speculation. | 10:43:14 |
| 16 | A    Again, the data will be what the data | 10:43:16 |
| 17 | will be.  I can't tell you sitting here what | 10:43:18 |
| 18 | the data will be until I collect it. | 10:43:21 |
| 19 | Q    But that's one of the possible outcomes | 10:43:23 |
| 20 | of the analysis, correct? | 10:43:25 |
| 21 | A    It's a possibility. | 10:43:26 |
| 22 | Q    Does the methodology you described | 10:43:30 |
| 23 | require you to isolate the effect of a | 10:43:32 |
| 24 | particular representation on the customer's | 10:43:35 |
| 25 | purchase decision? | 10:43:37 |

| | | |
|---|---|---|
| 1 | advertisements or representations, correct? | 10:46:34 |
| 2 | A   Yes. | 10:46:35 |
| 3 | Q   And it's a well-known methodology, | 10:46:35 |
| 4 | correct? | 10:46:36 |
| 5 | A   Yes. | 10:46:38 |
| 6 | Q   And you're familiar with it, correct? | 10:46:38 |
| 7 | A   Yes. | 10:46:39 |
| 8 | Q   And you've done it before, correct? | 10:46:39 |
| 9 | A   Yes. | 10:46:41 |
| 10 | Q   You didn't do it here, correct? | 10:46:41 |
| 11 | A   Not yet. | 10:46:44 |
| 12 | Q   You didn't do any part of it here, | 10:46:44 |
| 13 | correct? | 10:46:46 |
| 14 | A   That's correct. | 10:46:47 |
| 15 | Q   But your current opinion is that, if you | 10:46:47 |
| 16 | do these surveys or focus groups in the | 10:46:49 |
| 17 | future, you'll be able to reach a conclusion | 10:46:52 |
| 18 | about what a reasonable consumer understands | 10:46:55 |
| 19 | of these representations? | 10:46:58 |
| 20 | A   Yes. | 10:47:00 |
| 21 | Q   How do you choose a representative of | 10:47:00 |
| 22 | consumers? | 10:47:03 |
| 23 | A   Once the Judge certifies what the class | 10:47:04 |
| 24 | will be, we will follow the parameters of | 10:47:08 |
| 25 | that class.  And we will probably end up with | 10:47:11 |

| | | |
|---|---|---|
| 1 | some sub sample that will be control | 10:47:13 |
| 2 | conditions that may be not in the class to | 10:47:16 |
| 3 | compare perceptions. | 10:47:18 |
| 4 | I haven't thought through the exact | 10:47:20 |
| 5 | nature of what the controls will be yet | 10:47:21 |
| 6 | because I'm waiting to see what the Judge | 10:47:24 |
| 7 | says what the class parameters are.  Once I | 10:47:26 |
| 8 | know those parameters, I'll know what the | 10:47:29 |
| 9 | sample should be and who won't be in the | 10:47:33 |
| 10 | sample that I might use in control | 10:47:34 |
| 11 | conditions. | 10:47:36 |
| 12 | Q    Might members of the survey pool or | 10:47:37 |
| 13 | focus group have different understandings of | 10:47:39 |
| 14 | the particular representations? | 10:47:41 |
| 15 | MS. FIEBER:  Objection, form. | 10:47:43 |
| 16 | Speculation. | 10:47:43 |
| 17 | A    I think you asked me this several times | 10:47:44 |
| 18 | and the answer is yes. | 10:47:46 |
| 19 | Q    So is there any way to know, without | 10:47:47 |
| 20 | having done the surveys or focus groups, | 10:47:49 |
| 21 | whether class members will have different | 10:47:51 |
| 22 | understandings of these representations? | 10:47:55 |
| 23 | A    That's -- to that macro level, the | 10:47:56 |
| 24 | answer is yes. | 10:47:58 |
| 25 | Q    Well, what do you mean "to that macro | 10:47:59 |

| | | |
|---|---|---|
| 1 | level"? | 10:48:00 |
| 2 | A    Because my preliminary opinions are more | 10:48:00 |
| 3 | at a macro level based on my experience, not | 10:48:02 |
| 4 | based on consumer data. | 10:48:05 |
| 5 | Q    Right.  So my question is, without | 10:48:07 |
| 6 | having done surveys or focus groups, is there | 10:48:09 |
| 7 | any way for you to know, sitting here today, | 10:48:12 |
| 8 | whether class members would have different | 10:48:13 |
| 9 | understandings of the representations? | 10:48:16 |
| 10 | MS. FIEBER:  Objection, form. | 10:48:18 |
| 11 | Incomplete hypothetical. | 10:48:18 |
| 12 | A    No. | 10:48:20 |
| 13 | Q    You say that the survey and focus groups | 10:48:21 |
| 14 | will yield conclusions about what the | 10:48:23 |
| 15 | reasonable consumer understands from these | 10:48:24 |
| 16 | representations. | 10:48:29 |
| 17 | What does reasonable consumer mean? | 10:48:30 |
| 18 | A    The reasonable consumer would be the | 10:48:34 |
| 19 | typical person who would be in the market for | 10:48:38 |
| 20 | an electrical vehicle -- again, as far as -- | 10:48:40 |
| 21 | I'm going to answer you reasonable consumer | 10:48:43 |
| 22 | from a more general perspective, as opposed | 10:48:45 |
| 23 | to the specifics that the Judge might define | 10:48:48 |
| 24 | in determining what the class is. | 10:48:51 |
| 25 | The reasonable consumer would be your | 10:48:53 |

| | | |
|---|---|---|
| 1 | as to whether a class could or should be | 11:05:19 |
| 2 | certified? | 11:05:23 |
| 3 | A    No. | 11:05:23 |
| 4 | Q    Are you offering an opinion as to | 11:05:23 |
| 5 | whether common evidence proves any element of | 11:05:25 |
| 6 | Plaintiff's claims? | 11:05:28 |
| 7 | A    My common evidence is going to refer to | 11:05:30 |
| 8 | the sources I've already cited, along with | 11:05:31 |
| 9 | the data that I prepared for the second | 11:05:36 |
| 10 | round, if certified. | 11:05:38 |
| 11 | Q    And so you would need to conduct the | 11:05:39 |
| 12 | surveys and focus groups that you have not | 11:05:42 |
| 13 | conducted to determine whether there is | 11:05:44 |
| 14 | common evidence to prove elements of | 11:05:46 |
| 15 | Plaintiff's claims, correct? | 11:05:48 |
| 16 | MS. FIEBER:  Objection -- | 11:05:49 |
| 17 | A    To prove but not preliminarily.  I've | 11:05:50 |
| 18 | reached preliminary opinions based on | 11:05:53 |
| 19 | 47 years of doing this and looking at the | 11:05:57 |
| 20 | actual data that I cited that led to these | 11:05:59 |
| 21 | preliminary conclusions; the video, the | 11:06:05 |
| 22 | tweets, the news stories. | 11:06:07 |
| 23 | Q    Have you reached preliminary conclusions | 11:06:08 |
| 24 | as to whether every member of the class | 11:06:12 |
| 25 | viewed those representations? | 11:06:15 |

1    A    No.  I've reached the conclusion that            11:06:17

2    it's more likely than not that they were              11:06:18

3    exposed to it through the two-step flow of            11:06:21

4    information, which I described at the                 11:06:24

5    beginning of this deposition.                         11:06:25

6    Q    Some of which is direct to Tesla and             11:06:26

7    some of which is indirect through the                 11:06:28

8    dispersion we discussed, right?                       11:06:30

9    A    Through the oral means or channels of            11:06:34

10   communication.  Once the Tesla source                 11:06:36

11   disseminates through opinion leaders, who             11:06:38

12   then disseminate through the masses, who              11:06:41

13   communicate orally.                                   11:06:44

14   Q    Have you reached any preliminary                 11:06:45

15   conclusion as to whether every member of the          11:06:47

16   class relied on those representations?                11:06:50

17   A    Whether every member's relied?  No.  I           11:06:53

18   simply said that this is more likely than not         11:06:55

19   based on what I've looked at, but I will              11:06:57

20   confirm that with survey and/or focus group           11:06:58

21   data.                                                 11:06:59

22   Q    And you don't know, sitting here today,          11:07:00

23   one way or the other whether the survey or            11:07:02

24   focus group data will demonstrate whether all         11:07:05

25   members of the class relied on the                    11:07:09

1    representations at issue, correct?                    11:07:11

2    A    Sitting here today, I don't know that.           11:07:12

3    Q    And you don't know, sitting here today           11:07:14

4    without doing the research you described,             11:07:16

5    whether every member of the class saw or              11:07:18

6    encountered the representations at issue,             11:07:19

7    correct?                                              11:07:23

8    A    No.  I said that it was more likely than         11:07:23

9    not.  That was my standard in reaching                11:07:25

10   preliminary opinions, and I defined that for          11:07:27

11   you.  And I am not here to say with greater           11:07:29

12   certainty because these are hypothetical              11:07:32

13   statements based on preliminary evidence.             11:07:34

14        I've stated preliminary evidence                 11:07:36

15   indicates that the audience was more likely           11:07:39

16   to get this information and rely on it.                11:07:42

17   Confirmatory evidence would be provided, if           11:07:44

18   certified, through surveys and focus groups.          11:07:47

19   Q    Are you offering an opinion today as to          11:07:51

20   whether common evidence can demonstrate that          11:07:53

21   class members shared the same understanding           11:07:55

22   of the representations at issue?                       11:07:58

23   A    Common evidence could, yes.  That's what         11:08:01

24   I'm saying.  These -- the common evidence             11:08:02

25   that I've cited are the list of tweets and            11:08:04

| | | |
|---|---|---|
| 1 | videos and websites and newsletters and | 11:08:07 |
| 2 | conferences and special events.  That's | 11:08:10 |
| 3 | common to the public, and it's diffused | 11:08:12 |
| 4 | through the mass media two-step flow model, | 11:08:14 |
| 5 | to the public.  Yes, it is common evidence, | 11:08:18 |
| 6 | meaning the public has equal access to that | 11:08:21 |
| 7 | information. | 11:08:24 |
| 8 | Q    Do you know whether members of the class | 11:08:25 |
| 9 | share the same understanding of the | 11:08:27 |
| 10 | representations? | 11:08:30 |
| 11 | A    I can't until I do the actual research. | 11:08:31 |
| 12 | I can simply say that it was diffused through | 11:08:34 |
| 13 | the sources at the top through the opinion | 11:08:35 |
| 14 | leaders in the middle to the masses at the | 11:08:40 |
| 15 | bottom.  What was important to any individual | 11:08:44 |
| 16 | will have to wait for Part 2, my research. | 11:08:46 |
| 17 | MR. SCHOENFELD:  I have no further | 11:08:50 |
| 18 | questions, then. | 11:08:51 |
| 19 | MS. FIEBER:  I have no further | 11:08:52 |
| 20 | questions either. | 11:08:53 |
| 21 | THE WITNESS:  Thank you. | 11:08:55 |
| 22 | VIDEOGRAPHER:  This marks the end of | 11:08:57 |
| 23 | deposition of Dr. Goldhaber.  We are | 11:08:58 |
| 24 | going off the record at 11:09 a.m. | 11:09:00 |
| 25 | (Whereupon, this examination was | |

1                          I N D E X

2       WITNESS: GERALD GOLDHABER, Ph.D

3       EXAMINATION BY                          PAGE

4       Mr. SCHOENFELD                           5

5       MS. FIEBER                              105

6       Mr. SCHOENFELD                          106

7

8                        E X H I B I T S

9       GOLDHABER            DESCRIPTION          PAGE

10      Exhibit 1           Expert Report of Dr.   11
                            Gerald W. Goldhaber
11
        Exhibit 2           April 14, 2025         88
12                          Article in Electrek

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3    I, KIARA MILLER,

4    A Shorthand Reporter and Notary Public of the

5    State of New York, do hereby certify:

6

7    That the witness whose examination is

8    hereinbefore set forth, was duly sworn or

9    affirmed by me, and the foregoing transcript is

10   a true record of the testimony given by such

11   witness.

12

13   I further certify that I am not related to any

14   of the parties to this action by blood or

15   marriage, and that I am in no way interested in

16   the outcome of this matter.

17

18

19                *Kiara Miller*

20                 KIARA MILLER

21

22

23

24

25