QUE DECL. EX. F

Case 3:22-cv-05240-RFL   Document 146-7   Filed 06/17/25   Page 2 of 7

The New York Times

GIVE THE TIMES        Account ⌄



COMCAST

**In-Home WiFi**
The Heart of the Modern Home

LEARN MORE

# The New York Times Takes a Trip to a Driverless Future

 Share full article   ⤳   ⃞



The original concept for this week's cover of The New York Times Magazine, which is dedicated to life after driving (left); a behind-the-scenes shot of it coming together.
Gail Bichler/The New York Times

**By Bill Wasik**
Nov. 12, 2017

Ever since I started as an editor at The New York Times Magazine a little more than three years ago, one of my main guiding principles has been: Don't go too far out on a limb. That precept feels particularly important to me because many of the stories I oversee are about science and technology, two subjects where it can be easy for journalists to get too far ahead of the facts. A new study might suggest some scientific breakthrough is on the horizon, but The Times should never cover it in a way that seems to imply it's already here. In my previous job, at Wired magazine, my colleagues and I had one example of hyperactive prognostication that we used as a running joke: "commuting in



Matson Iesia

LOSAVIO
CY 14316 01/30/25

study might suggest some scientific breakthrough is on the horizon, but The Times should never cover it in a way that seems to imply it's already here. In my previous job, at Wired magazine, my colleagues and I had one example of hyperactive prognostication that we used as a running joke: "commuting in dirigibles." That absurd mental image was a stand-in for all the other ridiculous sci-fi fantasies that, cool as they may look on a magazine cover, have basically no chance of arriving.

In the Tech and Design issue, out this week, my colleagues and I have made an exception to my rule.

## Insider

Times Insider delivers behind-the-scenes insights from The New York Times. Visit us at Times Insider and follow us on Twitter. Questions or feedback? Email us.

Indeed, we've gone so far out on a limb — veering into pure speculation — that the branch has surely broken. That's because the subject of our issue, self-driving cars, is a science-fictional technology that has taken tremendous strides over the past few years, with billions of dollars being invested every year by some of the world's biggest companies, toward becoming a reality. This looming transformation of the car, itself the most transformative invention in American history, is still quite a few years off, and it still very well might stall or reverse entirely. But if it does arrive, and human drivers go the way of the carriage horse, the implications of that shift would be profound. With that in mind, we thought a little speculation might be called for.

This week's edition is one of 15 special issues that the magazine will put out this year. Some of these issues let us give broad attention to important subjects — education, say, or business — that we otherwise might not cover enough. But in many cases, we've found it especially fun (for us and also, we hope, for readers) to use them to go deep on one story or theme, turning it around and seeing it from every angle.

▷ X



**Goldman
Sachs**



What is driving the

Case 3:22-cv-05240-RFL    Document 146-7    Filed 09/17/25    Page 4 of 7




## What is driving the recent wave of industrials separations?

Get the insight from Goldman Sachs Global Banking and Markets.

WATCH MORE

For the Tech and Design issue, we zeroed in on the autonomous car — and the future it might usher in. Two of our favorite business writers, Kevin Roose and Jon Gertner, visited Ford and Tesla to take the measure of their self-driving projects — and ride around in the autonomous cars they're making. Kim Tingley visited a start-up that's teaching large trucks to coordinate on highways in order to save on fuel.

But the real limb-breaking happens in the two essay packages that consume much of the magazine. In twenty short provocations, we've asked writers to imagine transformations the world could undergo if humans are no longer driving themselves around. The Times business reporter Nathaniel Popper thinks through the question of how car insurance would change. Gretchen Reynolds, our Well columnist, sketched out an autonomous-car workout. Other writers forecast the effects of autonomous cars on everything from drug dealing to sex to roadkill. Definitely don't miss the back page, where the illustrator Tomi Um has envisioned what a "Museum of Driving" would be like, in a future where the idea of driving your own car seems as remote as piloting a horse and buggy would today.

Will any of us see a driverless future? It's hard to say. Right now, the technology works only under very controlled conditions, and something as simple as snow can change the environment around cars in ways that researchers are only beginning to figure out how to account for. But the strides have been so great, and the investment in the technology so vast. Certainly you're more likely to commute some day in a self-driving car than you are in a dirigible.

**Editors' Picks**

 He Won't Leave His Home. The Landlord Is Renovating Around Him.

 Never Underestimate the Power of a Good Cookie

 Kieran Culkin Could Rule Oscar Season. He'd Rather Be at Home.

 **PAID POST: MASS GENERAL BRIGHAM** Why Advances in Cancer Detection at Mass General Brigham Matter



to account for. But the strides have been so great, and the investment in the technology so vast. Certainly you're more likely to commute some day in a self-driving car than you are in a dirigible.

A version of this article appears in print on Nov. 11, 2017, Section A, Page 2 of the New York edition with the headline: Daydreams of a Driverless Future. Order Reprints | Today's Paper | Subscribe

⊞ Share full article   ⌶   🔖

### Related Coverage

Nov. 9, 2017     How to Make Cars Cooperate                        

Nov. 7, 2017     What the Car Did — And What It Might Do           

Nov. 8, 2017     The Rev-Up: Imagining a 20% Self-Driving          
                 World

SHOW ALL

## Driverless Cars and the Future of Transportation

- **An Appetite for Destruction:** A wave of lawsuits argue that Tesla's Autopilot software is dangerously overhyped. What can its blind spots teach us about Elon Musk, the company's erratic chief executive?

- **Along for the Ride:** Here's what New York Times reporters experienced during test rides in driverless cars operated by Tesla, Waymo and Cruise.

- **The Future of Transportation?:** Driverless cars, once a Silicon Valley fantasy, have become a 24-hour-a-day reality in San Francisco. "The Daily" looked at the unique challenges of coexisting with cars that drive themselves.

---

**More in Times Insider**



Brian Karlsson for The New York Times

With 'Sunset Boulevard,' One Look Wasn't Enough



The New York Times

More Than a Dozen Drafts From Dallas on One November Day



PAID POST: CAPITAL ONE

**Journey to Montenegro With Capital One Venture X**









**Trending in The Times**

How One of the World's Richest Men Is Avoiding $8 Billion in Taxes

In Japan, Designers Fit Big Ideas Into Tiny Homes

Opinion: The Rage and Glee That Followed a C.E.O.'s Killing Should Ring All Alarms

'Everybody Is Drinking Guinness.' We Know Why.

Late Night Razzes Trump Over His Upcoming Visit to Notre Dame

Wasn't Enough

Dallas on One November Day

One Venture X



'Everybody Is Drinking Guinness.' We Know Why.

Late Night Razzes Trump Over His Upcoming Visit to Notre-Dame

Book Review: The Best Historical Fiction of 2024

OPEC Plus Postpones Plan to Increase Oil Output for Three Months

Take the Middle Seat on an Airplane and Be Purified

Ocasio-Cortez Seeks House Post That Would Make Her a Top Foil to Trump

China Just Showed Washington How It Plans to Fight the Next Trade War



Reading, With Extra Cheese: Remembering Pizza Hut's 'Book It!'



Behind the Scenes With Our Thanksgiving Day Parade Reporter



In New York, Reporting on Four Fires in Four Days

**Editors' Picks**



In a First, Transgender Woman Wins Model of the Year



This Drinking Habit Is More Dangerous Than Bingeing



Why Am I So Tired All the Time?



AAdvantage Business

**Business travel that's a win-win**
Earn rewards when traveling for business

Register now

# The New York Times

Go to Home Page »

**NEWS**
Home Page
U.S.
World
Politics
New York
Education
Sports
Business
Tech
Science
Weather
The Great Read

**ARTS**
Book Review
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Visual Arts

**LIFESTYLE**
Health
Well
Food
Restaurant Reviews
Love
Travel
Style
Fashion
Real Estate
T Magazine

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Op-Docs
Letters
Sunday Opinion
Opinion Video
Opinion Audio

**MORE**
Audio
Games
Cooking
Wirecutter
The Athletic
Jobs
Video
Graphics
Trending
Live Events
Corrections
Reader Center

**ACCOUNT**
Subscribe
Manage My Account
Home Delivery
Gift Subscriptions
Group Subscriptions
Gift Articles
Email Newsletters
NYT Licensing
Replica Edition
Times Store



# The New York Times

Share full article



**Reading, With Extra Cheese: Remembering Pizza Hut's 'Book It!'**



**Behind the Scenes With Our Thanksgiving Day Parade Reporter**



**In New York, Reporting on Four Fires in Four Days**

of 2024

**OPEC Plus Postpones Plan to Increase Oil Output for Three Months**

**Take the Middle Seat on an Airplane and Be Purified**

**Ocasio-Cortez Seeks House Post That Would Make Her a Top Foil to Trump**

**China Just Showed Washington How It Plans to Fight the Next Trade War**

**Editors' Picks**



**In a First, Transgender Woman Wins Model of the Year**



**This Drinking Habit Is More Dangerous Than Bingeing**



**Why Am I So Tired All the Time?**



AAdvantage Business

**Business travel that's a win-win**
Earn rewards when traveling for business

Register now

# The New York Times

Go to Home Page »

**NEWS**
Home Page
U.S.
World
Politics
New York
Education
Sports
Business
Tech
Science
Weather
The Great Read
Obituaries
Headway
Visual Investigations
The Magazine

**ARTS**
Book Review
Best Sellers Book List
Dance
Movies
Music
Pop Culture
Television
Theater
Visual Arts

**LIFESTYLE**
Health
Well
Food
Restaurant Reviews
Love
Travel
Style
Fashion
Real Estate
T Magazine

**OPINION**
Today's Opinion
Columnists
Editorials
Guest Essays
Op-Docs
Letters
Sunday Opinion
Opinion Video
Opinion Audio

**MORE**
Audio
Games
Cooking
Wirecutter
The Athletic
Jobs
Video
Graphics
Trending
Live Events
Corrections
Reader Center
TimesMachine
The Learning Network
School of The NYT
inEducation

**ACCOUNT**
₹ **Subscribe**
⬩ **Manage My Account**
▣ **Home Delivery**
₹ **Gift Subscriptions**
Group Subscriptions
Gift Articles
Email Newsletters
NYT Licensing
Replica Edition
Times Store

© 2024 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions

Your Privacy Choices