# QUE DECL. EX. H

