David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla
Lease Trust, and Tesla Finance LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL |
| | <u>**CLASS ACTION**</u> |
| | **DECLARATION OF BRENDA JIWON LEE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF LOSAVIO'S MOTION FOR CLASS CERTIFICATION** |
| | Judge:      Hon. Rita F. Lin |
| | Courtroom:  15 – 18th Floor |

## DECLARATION OF BRENDA JIWON LEE

I, Brenda Jiwon Lee, declare as follows:

1.      I am a Staff Product Analyst at Tesla, Inc. ("Tesla") where I have been employed since August 2017.  My current job responsibilities consist of website and product analytics for stakeholders, collaborating with internal teams to implement website engagement tracking and in building reports to deliver insights and product recommendations using website data.  I have personal knowledge of the matters set forth herein and am competent to testify.

2.      As part of its normal course of business, Tesla tracks, on an anonymized basis, traffic data for its official website https://www.tesla.com as well as various webpages within the website since at least January 2017.

3.      Tesla stores the anonymized traffic data in Google Cloud Platform.  Attached hereto as **Exhibit A** is a true and correct copy of the traffic data I pulled in March 2025 from Google Cloud Platform showing the monthly traffic within the United States visiting (i) the main page of Tesla's website (Column C), (ii) a subpage at https://www.tesla.com/autopilot (Column D), and (iii) a subpage at www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware (Column F).  Each number within those columns represents the number of visits from the United States to that particular webpage during a particular month. I understand this data has been produced in this litigation at TSLA_LOSAVIO_00044402.


I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed this 16th day of June, 2025 at Fremont, CA.


*Brenda Lee*
_____

Brenda Jiwon Lee