# LEE DECL. EX. A

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | reporting_date | country | siteTraffic | https://www.tesla.com/autopilot | https://www.tesla.com/support/autopilot | www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware |
| 2 | 1/1/2017 | United States | 669678 | | | |
| 3 | 2/1/2017 | United States | 2380578 | | | |
| 4 | 3/1/2017 | United States | 2885445 | | | |
| 5 | 4/1/2017 | United States | 4607829 | | | |
| 6 | 5/1/2017 | United States | 5720613 | | | |
| 7 | 6/1/2017 | United States | 4011400 | | | |
| 8 | 7/1/2017 | United States | 5793043 | | | |
| 9 | 8/1/2017 | United States | 4474904 | | | |
| 10 | 9/1/2017 | United States | 3530066 | | | |
| 11 | 10/1/2017 | United States | 3366819 | | | |
| 12 | 11/1/2017 | United States | 4807106 | | | |
| 13 | 12/1/2017 | United States | 3512536 | 8362 | | 611 |
| 14 | 1/1/2018 | United States | 3916138 | 17402 | | 1178 |
| 15 | 2/1/2018 | United States | 3730357 | 16041 | | 956 |
| 16 | 3/1/2018 | United States | 3547990 | 18897 | | 1160 |
| 17 | 4/1/2018 | United States | 3475705 | 17568 | | 760 |
| 18 | 5/1/2018 | United States | 3679578 | 14192 | | 542 |
| 19 | 6/1/2018 | United States | 3239558 | 12035 | | 455 |
| 20 | 7/1/2018 | United States | 4158133 | 9631 | | 500 |
| 21 | 8/1/2018 | United States | 4571722 | 12090 | | 550 |
| 22 | 9/1/2018 | United States | 8061405 | 19567 | | 786 |
| 23 | 10/1/2018 | United States | 4819623 | 14539 | | 811 |
| 24 | 11/1/2018 | United States | 4301828 | 14946 | | 556 |
| 25 | 12/1/2018 | United States | 4744197 | 15899 | | 682 |
| 26 | 1/1/2019 | United States | 4503018 | 14345 | | 888 |
| 27 | 2/1/2019 | United States | 4390542 | 14017 | | 834 |
| 28 | 3/1/2019 | United States | 10364067 | 28210 | | 1401 |
| 29 | 4/1/2019 | United States | 11325199 | 23646 | 1713 | 2057 |
| 30 | 5/1/2019 | United States | 8623089 | 25931 | 5561 | 951 |
| 31 | 6/1/2019 | United States | 6827515 | 15777 | 6592 | 1146 |
| 32 | 7/1/2019 | United States | 7147706 | 14374 | 7829 | 1270 |
| 33 | 8/1/2019 | United States | 7879301 | 14061 | 11411 | 1221 |
| 34 | 9/1/2019 | United States | 8548666 | 18321 | 13340 | 1224 |
| 35 | 10/1/2019 | United States | 8732580 | 16517 | 18567 | 1456 |
| 36 | 11/1/2019 | United States | 15545620 | 14618 | 14931 | 1195 |
| 37 | 12/1/2019 | United States | 11027589 | 13747 | 19217 | 1202 |
| 38 | 1/1/2020 | United States | 9059332 | 15125 | 16889 | 1148 |
| 39 | 2/1/2020 | United States | 9473524 | 21936 | 17296 | 1269 |
| 40 | 3/1/2020 | United States | 10579269 | 11055 | 13227 | 636 |
| 41 | 4/1/2020 | United States | 9451548 | 8668 | 17669 | 639 |
| 42 | 5/1/2020 | United States | 12116358 | 11589 | 25904 | 1002 |
| 43 | 6/1/2020 | United States | 11030645 | 27873 | 35854 | 1221 |
| 44 | 7/1/2020 | United States | 12033425 | 18865 | 28182 | 981 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | reporting_date | country | siteTraffic | https://www.tesla.com/autopilot | https://www.tesla.com/support/autopilot | www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware |
| 45 | 8/1/2020 | United States | 11078429 | 17886 | 23917 | 706 |
| 46 | 9/1/2020 | United States | 12672050 | 25228 | 30695 | 786 |
| 47 | 10/1/2020 | United States | 12252216 | 21044 | 28874 | 732 |
| 48 | 11/1/2020 | United States | 10248394 | 16436 | 21817 | 625 |
| 49 | 12/1/2020 | United States | 11063776 | 17217 | 27195 | 530 |
| 50 | 1/1/2021 | United States | 13645958 | 19234 | 28755 | 520 |
| 51 | 2/1/2021 | United States | 12751249 | 19496 | 27699 | 410 |
| 52 | 3/1/2021 | United States | 14524271 | 21017 | 37922 | 774 |
| 53 | 4/1/2021 | United States | 12909890 | 24537 | 36741 | 729 |
| 54 | 5/1/2021 | United States | 15353762 | 24315 | 37214 | 498 |
| 55 | 6/1/2021 | United States | 15833361 | 18308 | 34455 | 431 |
| 56 | 7/1/2021 | United States | 14956004 | 19428 | 37063 | 2661 |
| 57 | 8/1/2021 | United States | 15983582 | 17856 | 31363 | 484 |
| 58 | 9/1/2021 | United States | 15881470 | 17474 | 35832 | 470 |
| 59 | 10/1/2021 | United States | 14985923 | 15528 | 32981 | 624 |
| 60 | 11/1/2021 | United States | 13579094 | 14075 | 27332 | 351 |
| 61 | 12/1/2021 | United States | 12646570 | 15744 | 27754 | 266 |
| 62 | 1/1/2022 | United States | 12216694 | 13274 | 28477 | 275 |
| 63 | 2/1/2022 | United States | 11208553 | 11529 | 24942 | 206 |
| 64 | 3/1/2022 | United States | 17143041 | 14613 | 30313 | 268 |
| 65 | 4/1/2022 | United States | 12892756 | 12535 | 27028 | 252 |
| 66 | 5/1/2022 | United States | 12313103 | 11366 | 31703 | 159 |
| 67 | 6/1/2022 | United States | 13270346 | 11168 | 33031 | 177 |
| 68 | 7/1/2022 | United States | 10995760 | 9233 | 25094 | 144 |
| 69 | 8/1/2022 | United States | 11830551 | 9938 | 28018 | 214 |
| 70 | 9/1/2022 | United States | 10382963 | 9626 | 28178 | 437 |
| 71 | 10/1/2022 | United States | 9830324 | 10645 | 25285 | 260 |
| 72 | 11/1/2022 | United States | 9004733 | 3060 | 30836 | 428 |
| 73 | 12/1/2022 | United States | 12236907 | 4138 | 17896 | 567 |
| 74 | 1/1/2023 | United States | 18338783 | 7373 | 11133 | 622 |
| 75 | 2/1/2023 | United States | 13995582 | 7676 | 9397 | 288 |
| 76 | 3/1/2023 | United States | 14240487 | 7178 | 9587 | 236 |
| 77 | 4/1/2023 | United States | 16138769 | 6955 | 9663 | 252 |
| 78 | 5/1/2023 | United States | 14160995 | 6232 | 34743 | 280 |
| 79 | 6/1/2023 | United States | 15909057 | 7764 | 50253 | 354 |
| 80 | 7/1/2023 | United States | 14939871 | 7263 | 46195 | 337 |
| 81 | 8/1/2023 | United States | 15729832 | 7996 | 57787 | 290 |
| 82 | 9/1/2023 | United States | 18394143 | 7251 | 47833 | 273 |
| 83 | 10/1/2023 | United States | 17138469 | 6629 | 41846 | 294 |
| 84 | 11/1/2023 | United States | 16645436 | 4080 | 37891 | 253 |
| 85 | 12/1/2023 | United States | 18811274 | 2876 | 47245 | 309 |
| 86 | 1/1/2024 | United States | 15952188 | 2569 | 34189 | 190 |
| 87 | 2/1/2024 | United States | 16386099 | 2534 | 33863 | 227 |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | reporting_date | country | siteTraffic | https://www.tesla.com/autopilot | https://www.tesla.com/support/autopilot | www.tesla.com/blog/all-tesla-cars-being-produced-now-have-full-self-driving-hardware |
| 88 | 3/1/2024 | United States | 16578516 | 3136 | 53007 | 443 |
| 89 | 4/1/2024 | United States | 17624418 | 3591 | 81950 | 572 |
| 90 | 5/1/2024 | United States | 18355634 | 2543 | 54632 | 368 |
| 91 | 6/1/2024 | United States | 15261987 | 2003 | 41580 | 208 |
| 92 | 7/1/2024 | United States | 14237113 | 1772 | 37686 | 366 |
| 93 | 8/1/2024 | United States | 14362892 | 1486 | 35790 | 393 |
| 94 | 9/1/2024 | United States | 12448998 | 1526 | 31852 | |
| 95 | 10/1/2024 | United States | 15619643 | 2340 | 44764 | |
| 96 | 11/1/2024 | United States | 13786276 | 2970 | 38808 | |
| 97 | 12/1/2024 | United States | 14659494 | 2411 | 38076 | |
| 98 | 1/1/2025 | United States | 14111345 | 2448 | 27574 | |
| 99 | 2/1/2025 | United States | 10880427 | 1856 | 20893 | |
| 100 | 3/1/2025 | United States | 6348239 | 1255 | 11820 | |