June 18, 2025

**VIA ECF FILING & E-MAIL**
Honorable Chief Magistrate Judge Donna M. Ryu (dmrpo@cand.uscourts.gov)

  Re: In re Tesla Advanced Driver Assistance Systems Litigation
     Northern District of California, Case No. 3:22-cv-05240-RFL

Your Honor:

  Pursuant to the Court's June 16, 2025, Order [ECF 145], Plaintiff submits the following additional information regarding the phrases at issue in Interrogatory Nos. 14-17.

  For "full self driving capability," compare Third Amended Complaint ("TAC") ¶ 57 ("$8,000 for 'Full Self-Driving Capability'") with ¶ 58 ("the hardware needed for full self-driving capability").

  For "fully self driving," compare TAC ¶ 11 ("make its vehicles fully self-driving in some situations and would soon make them fully self-driving in all situations") with ¶ 33 ("fully self-driving technology does not occur until SAE Levels 4 and 5").

  For "full autonomy," compare TAC ¶ 58 ("'Full autonomy will enable a Tesla to be substantially safer than a human driver'") with ¶ 60(a) ("referred to Hardware 2.0 as a 'full autonomy hardware suite'").

  For "self-driving," compare TAC ¶ 18 ("Tesla's self-driving software was still being refined") with ¶ 36 ("truly autonomous, self-driving cars") with ¶ 118 n.92 ("Tesla, "Tesla Self-Driving Demonstration" (Nov. 18, 2016), https://www.tesla.com/videos/autopilot-self-driving-hardware-neighborhood-long").

             Respectfully submitted,

Dated:  June 18, 2025      **COTCHETT PITRE & McCARTHY LLP**

           By: */s/ Julie L. Fieber*
             Julie L. Fieber (SBN 202857)
             jfieber@cpmlegal.com
             Frank M. Pitre (SBN 100077)
             fpitre@cpmlegal.com
             Thomas E. Loeser (SBN 202724)
             tloeser@cpmlegal.com

             *Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Proposed Class*

**BOTTINI & BOTTINI, INC.**
    Francis A. Bottini, Jr. (SBN 175783)
    fbottini@bottinilaw.com

*Attorneys for Plaintiff Dominick Battiato and the Proposed Class*

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
    David S. Casey, Jr. (SBN 060768)
    dcasey@cglaw.com
    Gayle M. Blatt (SBN 122048)
    gmb@cglaw.com
    P. Camille Guerra (SBN 326546)
    camille@cglaw.com

*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Proposed Class*