FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **DECLARATION OF MAKENA A. KERSHAW IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** <br><br> No Hearing Necessary <br><br> Judge: Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor |

# DECLARATION OF MAKENA A. KERSHAW

I, Makena A, Kershaw, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court and the courts of the State of California. I am an associate with Cotchett, Pitre & McCarthy, LLP, counsel for Plaintiff Thomas LoSavio and the putative class. The matters described herein are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2. I submit this declaration in support of Plaintiff's Motion to File under Seal Portions of Plaintiff's Reply in Support of Class Certification and Supporting Exhibits.

3. I have reviewed Plaintiff's Reply in Support of Class Certification, Plaintiff's Objections to the Declaration of Brenda Lee in Support of Opposition to Class Certification and Request to Strike, and Exhibits 30-37 to the Declaration of Makena A. Kershaw ("Kershaw Declaration").

4. Based on my review, portions of the Reply, Objections to the Declaration of Brenda Lee, and Exhibits 30, 33, 34, and 35 to the Kershaw Declaration in full contain information that was designated by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," pursuant to the Stipulated Protective Order for Litigation ("Protective Order") entered in this case on September 6, 2024 (Dkt. No. 111). As the designating party, the burden ultimately rests with Defendants to articulate with specificity the bases for and to justify the sealing of these records. Plaintiff takes no position as to the propriety of the designations of confidentiality by Defendants.

5. Plaintiff identifies portions of the following pleadings being filed under seal pursuant to Local Rule 79-5(e): portions of the Reply, Objections to the Declaration of Brenda Lee, and Exhibits 30, 33, 34, and 35 to the Kershaw Declaration in full.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2025, at Burlingame, California.

By: _____
MAKENA A. KERSHAW
*Attorneys for Plaintiff and Proposed Class*

Declaration of Makena A. Kershaw ISO Plaintiff's Administrative Motion to File Under Seal Portions of Plaintiffs' Reply ISO Class Certification
Case No. 3:22-cv-05240-RFL

1