# SEALING IS SOUGHT IN FULL

# MAKENA KERSHAW DECL. EX. 33



# Transcript of Gerald Goldhaber, Ph.D.

**Date:** June 7, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4

5   IN RE TESLA ADVANCED DRIVER  )
    ASSISTANCE SYSTEMS LITIGATION)
6                                )
                                 )   NO. 3:22-CV-5240-RFL
7                                )
    _____)
8

9

10             VIDEOTAPED DEPOSITION OF

11             GERALD GOLDHABER, PH.D.

12               NEW YORK, NEW YORK

13                 JUNE 7, 2025

14

15

16

17

18   REPORTED BY:  KIARA MILLER

19   FILE NO.:  586254

20

21

22

23

24

25

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                          2

```
1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

5   IN RE TESLA ADVANCED DRIVER  )
    ASSISTANCE SYSTEMS LITIGATION)
6                                )
                                 )   NO. 3:22-CV-5240-RFL
7                                )
    _____)
8

9

10

11

12        Videotaped deposition of GERALD GOLDHABER,

13        PH.D., taken on behalf of DEFENDANT, at 250

14        Greenwich Street, 45th Floor, New York, New

15        York, commencing at 9:01 A.M., JUNE 7, 2025,

16        before Kiara Miller.

17

18

19

20

21

22

23

24

25
```

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                          3

```
1    A P P E A R A N C E S :

2

3    ON BEHALF OF MATSKO:

4              COTCHETT, PITRE & MCCARTHY, LLP
               40 Worth Street, Suite 602
5              New York, New York 10013

6              EMAIL: JFIEBER@CPMLEGAL.COM

7              BY:   JULIE L. FIEBER, ESQ.

8

9    ON BEHALF OF TESLA ENTITIES:

10             WILMER CUTLER PICKERING HALE & DORR, LLP
               250 Greenwich Street, 45th Floor
11             New York, New York 10007

12             EMAIL: ALAN.SCHOENFELD@WILMERHALE.COM
                      JUAN.TORO@WILMERHALE.COM
13
               BY:   ALAN SCHOENFELD, ESQ.
14                   JUAN RUIZ TORO, ESQ.

15

16

17

18   ALSO PRESENT:

19   VIDEOGRAPHER, DAVID HERNANDEZ

20

21

22

23

24

25
```

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    13

| 1  | 09:10:19 |
| 2  | 09:10:21 |
| 3  | 09:10:23 |
| 4  | 09:10:25 |
| 5  | 09:10:27 |
| 6  | 09:10:29 |
| 7  | 09:10:30 |
| 8  | 09:10:32 |
| 9  | 09:10:33 |
| 10 | 09:10:38 |
| 11 | 09:10:40 |
| 12 | 09:10:44 |
| 13 | 09:10:49 |
| 14 | 09:10:52 |
| 15 | 09:10:57 |
| 16 | 09:11:01 |
| 17 | 09:11:03 |
| 18 | 09:11:05 |
| 19 | 09:11:07 |
| 20 | 09:11:08 |
| 21 | 09:11:11 |
| 22 | 09:11:15 |
| 23 | 09:11:17 |
| 24 | 09:11:20 |
| 25 | 09:11:23 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    14

| | |
|---|---|
| 1 | 09:11:27 |
| 2 | 09:11:29 |
| 3 | 09:11:33 |
| 4 | 09:11:36 |
| 5 | 09:11:39 |
| 6 | 09:11:41 |
| 7 | 09:11:44 |
| 8 | 09:11:47 |
| 9 | 09:11:49 |
| 10 | 09:11:51 |
| 11 | 09:11:54 |
| 12 | 09:11:56 |
| 13 | 09:11:59 |
| 14 | 09:12:03 |
| 15 | 09:12:06 |
| 16 | 09:12:09 |
| 17 | 09:12:11 |
| 18 | 09:12:12 |
| 19 | 09:12:14 |
| 20 | 09:12:16 |
| 21 | 09:12:20 |
| 22 | 09:12:23 |
| 23 | 09:12:26 |
| 24 | 09:12:27 |
| 25 | 09:12:32 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    15

| | |
|---|---|
| 1 | 09:12:33 |
| 2 | 09:12:36 |
| 3 | 09:12:42 |
| 4 | 09:12:45 |
| 5 | 09:12:47 |
| 6 | 09:12:48 |
| 7 | 09:12:48 |
| 8 | 09:12:49 |
| 9 | 09:12:50 |
| 10 | 09:12:53 |
| 11 | 09:12:54 |
| 12 | 09:12:56 |
| 13 | 09:12:59 |
| 14 | 09:13:01 |
| 15 | 09:13:03 |
| 16 | 09:13:06 |
| 17 | 09:13:07 |
| 18 | 09:13:09 |
| 19 | 09:13:09 |
| 20 | 09:13:10 |
| 21 | 09:13:14 |
| 22 | 09:13:17 |
| 23 | 09:13:20 |
| 24 | 09:13:23 |
| 25 | 09:13:25 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                              16

| # | | Time |
|---|---|---|
| 1 | ██████████████████████████████ | 09:13:27 |
| 2 | ████████████████████████ | 09:13:30 |
| 3 | ██████████████████████████ | 09:13:32 |
| 4 | ████████████████████████ | 09:13:35 |
| 5 | ██████████ | 09:13:36 |
| 6 | ████████████████████ | 09:13:41 |
| 7 | ███████████████████ | 09:13:43 |
| 8 | ████████████████████ | 09:13:47 |
| 9 | █████████████████████████ | 09:13:50 |
| 10 | ████████████████████ | 09:13:53 |
| 11 | ██████████████████████████ | 09:13:56 |
| 12 | ██████████████████ | 09:13:59 |
| 13 | █████████████████████████ | 09:14:01 |
| 14 | ████████████████████ | 09:14:04 |
| 15 | ████████████████████████ | 09:14:06 |
| 16 | ██████████████ | 09:14:07 |
| 17 | ████████████████████ | 09:14:09 |
| 18 | ██████████████████████████ | 09:14:11 |
| 19 | █████████████████████████ | 09:14:15 |
| 20 | ████████████████ | 09:14:18 |
| 21 | ████████████████████████ | 09:14:19 |
| 22 | █████████████████████████ | 09:14:22 |
| 23 | █████████████████████████ | 09:14:26 |
| 24 | ██████████████ | 09:14:29 |
| 25 | ████████████████████████ | 09:14:32 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    17

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    18

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    19

| | | |
|---|---|---|
| 1 | ▬▬▬ | 09:16:59 |
| 2 | ▬▬▬▬▬▬▬▬ | 09:17:00 |
| 3 | ▬▬▬▬ | 09:17:02 |
| 4 | ▬▬▬▬▬▬▬▬ | 09:17:03 |
| 5 | ▬▬▬▬▬▬▬ | 09:17:06 |
| 6 | ▬▬▬ | 09:17:09 |
| 7 | ▬▬▬▬▬▬▬ | 09:17:10 |
| 8 | ▬▬▬▬▬ | 09:17:14 |
| 9 | ▬▬ | 09:17:18 |
| 10 | ▬▬▬ | 09:17:19 |
| 11 | ▬▬▬▬▬▬ | 09:17:22 |
| 12 | ▬▬▬ | 09:17:22 |
| 13 | ▬▬▬▬ | 09:17:24 |
| 14 | ▬▬ | 09:17:24 |
| 15 | ▬▬▬▬▬▬▬ | 09:17:24 |
| 16 | ▬▬▬▬▬ | 09:17:26 |
| 17 | ▬▬▬▬▬ | 09:17:29 |
| 18 | ▬▬▬▬▬▬ | 09:17:31 |
| 19 | ▬▬▬ | 09:17:33 |
| 20 | ▬▬▬▬ | 09:17:34 |
| 21 | ▬▬▬▬ | 09:17:36 |
| 22 | ▬▬▬▬▬▬ | 09:17:38 |
| 23 | ▬▬▬▬ | 09:17:40 |
| 24 | ▬▬▬▬▬▬▬ | 09:17:41 |
| 25 | ▬▬▬▬▬▬ | 09:17:44 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                              20

| # | | Time |
|---|---|---|
| 1 | | 09:17:47 |
| 2 | | 09:17:49 |
| 3 | | 09:17:51 |
| 4 | | 09:17:55 |
| 5 | | 09:17:57 |
| 6 | | 09:17:59 |
| 7 | | 09:18:01 |
| 8 | | 09:18:04 |
| 9 | | 09:18:08 |
| 10 | | 09:18:10 |
| 11 | | 09:18:12 |
| 12 | | 09:18:16 |
| 13 | | 09:18:17 |
| 14 | | 09:18:19 |
| 15 | | 09:18:20 |
| 16 | | 09:18:22 |
| 17 | | 09:18:24 |
| 18 | | 09:18:26 |
| 19 | | 09:18:31 |
| 20 | | 09:18:32 |
| 21 | | 09:18:33 |
| 22 | | 09:18:38 |
| 23 | | 09:18:45 |
| 24 | | 09:18:46 |
| 25 | | 09:18:49 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                        32

| # | | Time |
|---|---|---|
| 1 | | 09:30:17 |
| 2 | | 09:30:20 |
| 3 | | 09:30:23 |
| 4 | | 09:30:25 |
| 5 | | 09:30:28 |
| 6 | | 09:30:28 |
| 7 | | 09:30:29 |
| 8 | | 09:30:33 |
| 9 | | 09:30:36 |
| 10 | | 09:30:39 |
| 11 | | 09:30:40 |
| 12 | | 09:30:42 |
| 13 | | 09:30:44 |
| 14 | | 09:30:44 |
| 15 | | 09:30:46 |
| 16 | | 09:30:49 |
| 17 | | 09:30:52 |
| 18 | | 09:30:53 |
| 19 | | 09:30:53 |
| 20 | | 09:30:54 |
| 21 | | 09:30:56 |
| 22 | | 09:31:00 |
| 23 | | 09:31:04 |
| 24 | | 09:31:06 |
| 25 | | 09:31:10 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                           33

| | | |
|---|---|---|
| 1 | ████████████████████████ | 09:31:13 |
| 2 | ██████████████████████████ | 09:31:17 |
| 3 | ██████████████████████████ | 09:31:21 |
| 4 | ███████████████ | 09:31:23 |
| 5 | ██████████████████████ | 09:31:25 |
| 6 | █████████████████████ | 09:31:27 |
| 7 | ████████████████████ | 09:31:32 |
| 8 | ███████████████████ | 09:31:34 |
| 9 | ██████████████████████ | 09:31:38 |
| 10 | ██████ | 09:31:40 |
| 11 | ███████████████████ | 09:31:42 |
| 12 | ██████████████████████████ | 09:31:45 |
| 13 | █████████████████████ | 09:31:52 |
| 14 | ████████████████████████ | 09:31:53 |
| 15 | ████████████████████████ | 09:31:55 |
| 16 | █████████████████████ | 09:31:59 |
| 17 | ██████████████████████ | 09:32:01 |
| 18 | ████████████████████████ | 09:32:04 |
| 19 | ██████████████████████ | 09:32:08 |
| 20 | ████████████████████████ | 09:32:12 |
| 21 | ███████████████████████ | 09:32:13 |
| 22 | █████████████████ | 09:32:16 |
| 23 | ██████ | 09:32:19 |
| 24 | ████████████████████ | 09:32:20 |
| 25 | ████████████████████████ | 09:32:23 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                              34

| | | |
|---|---|---|
| 1 | ████████████████████ | 09:32:26 |
| 2 | █████████████████████ | 09:32:29 |
| 3 | ███████████████████ | 09:32:32 |
| 4 | █████████████████████ | 09:32:34 |
| 5 | ██████████████████████ | 09:32:39 |
| 6 | █████████████████████ | 09:32:41 |
| 7 | ████████████████████ | 09:32:44 |
| 8 | ███████████████████ | 09:32:47 |
| 9 | ██████████████████████ | 09:32:49 |
| 10 | ██████████████████████ | 09:32:53 |
| 11 | ███████████ | 09:32:56 |
| 12 | █████████████████ | 09:32:58 |
| 13 | ██████████████████████ | 09:32:59 |
| 14 | █████████████████████ | 09:33:04 |
| 15 | ████████████████████ | 09:33:11 |
| 16 | ███████████████████ | 09:33:13 |
| 17 | ████████████████████ | 09:33:16 |
| 18 | █████████████████████ | 09:33:21 |
| 19 | ████████ | 09:33:27 |
| 20 | ████████████ | 09:33:29 |
| 21 | ██████████████████ | 09:33:31 |
| 22 | ██████████████████ | 09:33:34 |
| 23 | ██████████████████ | 09:33:36 |
| 24 | ███████████████████ | 09:33:40 |
| 25 | █████████████████████ | 09:33:41 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                     35

1   ██████████████████████████████   09:33:46
2   ████████████████████████████     09:33:48
3   ███████████                      09:33:52
4     ██████████████████████████     09:33:55
5   █████████████████████████████████ 09:33:58
6   ███████████████████████████████  09:34:01
7   ███████████████████████████████  09:34:04
8   ██████████████████████████       09:34:07
9   ████████████████████████████████ 09:34:12
10  ████████████████████████████     09:34:14
11  █████████████████████            09:34:16
12    ████████████████████████████   09:34:17
13  ████████████████████████████████ 09:34:20
14  ███████████████████████████      09:34:23
15  ████████████████████████████████ 09:34:24
16  ███████████████████████████████  09:34:27
17  █████████████████████████████████ 09:34:31
18  ████████████████████████         09:34:33
19  ███████████████████              09:34:34
20  █ ████████████████████████████   09:34:38
21  ████████████████████████         09:34:40
22  █████████████████████████████    09:34:42
23  █ ██████████                     09:34:44
24  █ ███████████████████████████████ 09:34:45
25  ████████████████████████████████ 09:34:47

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    36

| | | |
|---|---|---|
| 1 | ████████████ | 09:34:51 |
| 2 | █  ███████████████ | 09:34:52 |
| 3 | ████████████████ | 09:34:53 |
| 4 | ████████████████ | 09:34:57 |
| 5 | ████████████████ | 09:35:00 |
| 6 | ██████████████ | 09:35:03 |
| 7 | ███████████ | 09:35:06 |
| 8 | ████████████ | 09:35:09 |
| 9 | █████████ | 09:35:12 |
| 10 | ██████████ | 09:35:13 |
| 11 | ████████████ | 09:35:17 |
| 12 | █████████████ | 09:35:20 |
| 13 | ████████████ | 09:35:23 |
| 14 | ██████████ | 09:35:24 |
| 15 | █████████████ | 09:35:27 |
| 16 | ██████████ | 09:35:29 |
| 17 | ████████████████ | 09:35:32 |
| 18 | ███████████████ | 09:35:35 |
| 19 | ███████████████ | 09:35:38 |
| 20 | ████ | 09:35:40 |
| 21 | █  ██████████ | 09:35:42 |
| 22 | ████████████████ | 09:35:43 |
| 23 | ██████████████ | 09:35:47 |
| 24 | ████████ | 09:35:49 |
| 25 | █  ███████████████ | 09:35:51 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    94

| | |
|---|---|
| 1 | 10:41:43 |
| 2 | 10:41:45 |
| 3 | 10:41:45 |
| 4 | 10:41:48 |
| 5 | 10:41:51 |
| 6 | 10:41:52 |
| 7 | 10:41:52 |
| 8 | 10:41:54 |
| 9 | 10:41:56 |
| 10 | 10:41:59 |
| 11 | 10:42:04 |
| 12 | 10:42:06 |
| 13 | 10:42:09 |
| 14 | 10:42:12 |
| 15 | 10:42:14 |
| 16 | 10:42:16 |
| 17 | 10:42:19 |
| 18 | 10:42:22 |
| 19 | 10:42:23 |
| 20 | 10:42:25 |
| 21 | 10:42:27 |
| 22 | 10:42:30 |
| 23 | 10:42:33 |
| 24 | 10:42:37 |
| 25 | 10:42:39 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                  95

| # | | Time |
|---|---|---|
| 1 | ███████████████ | 10:42:41 |
| 2 | ██████████████ | 10:42:45 |
| 3 | ███████████████ | 10:42:47 |
| 4 | ████████████████ | 10:42:50 |
| 5 | ████████████████ | 10:42:53 |
| 6 | ██████████ | 10:42:55 |
| 7 | █ ████████████ | 10:42:57 |
| 8 | ███████████████ | 10:43:00 |
| 9 | ███████ | 10:43:02 |
| 10 | █ ███ | 10:43:03 |
| 11 | █ ██████████████ | 10:43:04 |
| 12 | ████████████████ | 10:43:06 |
| 13 | ███████████████ | 10:43:10 |
| 14 | ████ | 10:43:14 |
| 15 | ██████████████ | 10:43:14 |
| 16 | █ ██████████████ | 10:43:16 |
| 17 | ████████████████ | 10:43:18 |
| 18 | ██████████ | 10:43:21 |
| 19 | █ ██████████████ | 10:43:23 |
| 20 | ████████ | 10:43:25 |
| 21 | █ ███████ | 10:43:26 |
| 22 | █ █████████████ | 10:43:30 |
| 23 | ██████████ | 10:43:32 |
| 24 | ███████████████ | 10:43:35 |
| 25 | ██████ | 10:43:37 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                96



Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    97

| | | |
|---|---|---|
| 1 | ██████████ | 10:44:45 |
| 2 | █ ███████████████ | 10:44:47 |
| 3 | ██████████████ | 10:44:49 |
| 4 | █████████████ | 10:44:52 |
| 5 | ███████████████ | 10:44:56 |
| 6 | ███████████████ | 10:44:59 |
| 7 | █████████ | 10:45:01 |
| 8 | █ ███████████ | 10:45:06 |
| 9 | █ █████ | 10:45:08 |
| 10 | ██████████ | 10:45:08 |
| 11 | █ █████████ | 10:45:11 |
| 12 | █ █ | 10:45:13 |
| 13 | █████████████ | 10:45:13 |
| 14 | ██████ | 10:45:15 |
| 15 | █████████████ | 10:45:18 |
| 16 | ███████████ | 10:45:20 |
| 17 | ██ | 10:45:22 |
| 18 | █ ████ | 10:45:23 |
| 19 | █ █████████████ | 10:45:23 |
| 20 | ████████████ | 10:45:25 |
| 21 | █████████████ | 10:45:25 |
| 22 | █████████████ | 10:45:27 |
| 23 | ████████ | 10:45:29 |
| 24 | █ ██████████████ | 10:45:31 |
| 25 | ████████████ | 10:45:33 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

98

| # | | Timestamp |
|---|---|---|
| 1 | ████████████████ | 10:45:36 |
| 2 | ████████████ | 10:45:39 |
| 3 | █ ████████████ | 10:45:41 |
| 4 | ████████████████ | 10:45:42 |
| 5 | ███ | 10:45:46 |
| 6 | ████████████ | 10:45:47 |
| 7 | ██████████████ | 10:45:48 |
| 8 | ████████████ | 10:45:52 |
| 9 | ██████ | 10:45:54 |
| 10 | █████████ | 10:45:55 |
| 11 | ██████ | 10:45:55 |
| 12 | █ ████████ | 10:45:58 |
| 13 | ██████████████ | 10:45:59 |
| 14 | ██████████████ | 10:46:03 |
| 15 | ███████████████ | 10:46:06 |
| 16 | ██ | 10:46:09 |
| 17 | █ ██████████████ | 10:46:14 |
| 18 | ███████████ | 10:46:17 |
| 19 | ███ | 10:46:22 |
| 20 | █████████ | 10:46:23 |
| 21 | ██████████ | 10:46:27 |
| 22 | ██ | 10:46:29 |
| 23 | █ ██ | 10:46:29 |
| 24 | █ ██████████ | 10:46:29 |
| 25 | █████████ | 10:46:31 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

99

| Line | Image | Time |
|---|---|---|
| 1 | | 10:46:34 |
| 2 | | 10:46:35 |
| 3 | | 10:46:35 |
| 4 | | 10:46:36 |
| 5 | | 10:46:38 |
| 6 | | 10:46:38 |
| 7 | | 10:46:39 |
| 8 | | 10:46:39 |
| 9 | | 10:46:41 |
| 10 | | 10:46:41 |
| 11 | | 10:46:44 |
| 12 | | 10:46:44 |
| 13 | | 10:46:46 |
| 14 | | 10:46:47 |
| 15 | | 10:46:47 |
| 16 | | 10:46:49 |
| 17 | | 10:46:52 |
| 18 | | 10:46:55 |
| 19 | | 10:46:58 |
| 20 | | 10:47:00 |
| 21 | | 10:47:00 |
| 22 | | 10:47:03 |
| 23 | | 10:47:04 |
| 24 | | 10:47:08 |
| 25 | | 10:47:11 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

100

| | | |
|---|---|---|
| 1 | ████████████████ | 10:47:13 |
| 2 | ████████████████████ | 10:47:16 |
| 3 | ██████████ | 10:47:18 |
| 4 | ██████████████████ | 10:47:20 |
| 5 | ████████████████ | 10:47:21 |
| 6 | ██████████████████ | 10:47:24 |
| 7 | ████████████████████ | 10:47:26 |
| 8 | ██████████████████ | 10:47:29 |
| 9 | ████████████████ | 10:47:33 |
| 10 | █████████████ | 10:47:34 |
| 11 | ████ | 10:47:36 |
| 12 | █ ███████████ | 10:47:37 |
| 13 | ██████████████████████ | 10:47:39 |
| 14 | ████████████ | 10:47:41 |
| 15 | ███████████ | 10:47:43 |
| 16 | ██████ | 10:47:43 |
| 17 | █ █████████████████████ | 10:47:44 |
| 18 | ███████████ | 10:47:46 |
| 19 | █ ██████████████ | 10:47:47 |
| 20 | ████████████████ | 10:47:49 |
| 21 | ████████████████ | 10:47:51 |
| 22 | ████████████████ | 10:47:55 |
| 23 | █ █████████████ | 10:47:56 |
| 24 | ████████ | 10:47:58 |
| 25 | █ ████████████████ | 10:47:59 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

107

| # | | Time |
|---|---|---|
| 1 | | 11:05:19 |
| 2 | | 11:05:23 |
| 3 | | 11:05:23 |
| 4 | | 11:05:23 |
| 5 | | 11:05:25 |
| 6 | | 11:05:28 |
| 7 | | 11:05:30 |
| 8 | | 11:05:31 |
| 9 | | 11:05:36 |
| 10 | | 11:05:38 |
| 11 | | 11:05:39 |
| 12 | | 11:05:42 |
| 13 | | 11:05:44 |
| 14 | | 11:05:46 |
| 15 | | 11:05:48 |
| 16 | | 11:05:49 |
| 17 | | 11:05:50 |
| 18 | | 11:05:53 |
| 19 | | 11:05:57 |
| 20 | | 11:05:59 |
| 21 | | 11:06:05 |
| 22 | | 11:06:07 |
| 23 | | 11:06:08 |
| 24 | | 11:06:12 |
| 25 | | 11:06:15 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    108

| # | | Time |
|---|---|---|
| 1 | | 11:06:17 |
| 2 | | 11:06:18 |
| 3 | | 11:06:21 |
| 4 | | 11:06:24 |
| 5 | | 11:06:25 |
| 6 | | 11:06:26 |
| 7 | | 11:06:28 |
| 8 | | 11:06:30 |
| 9 | | 11:06:34 |
| 10 | | 11:06:36 |
| 11 | | 11:06:38 |
| 12 | | 11:06:41 |
| 13 | | 11:06:44 |
| 14 | | 11:06:45 |
| 15 | | 11:06:47 |
| 16 | | 11:06:50 |
| 17 | | 11:06:53 |
| 18 | | 11:06:55 |
| 19 | | 11:06:57 |
| 20 | | 11:06:58 |
| 21 | | 11:06:59 |
| 22 | | 11:07:00 |
| 23 | | 11:07:02 |
| 24 | | 11:07:05 |
| 25 | | 11:07:09 |

```
 1              C E R T I F I C A T E

 2

 3   I, KIARA MILLER,

 4   A Shorthand Reporter and Notary Public of the

 5   State of New York, do hereby certify:

 6

 7   That the witness whose examination is

 8   hereinbefore set forth, was duly sworn or

 9   affirmed by me, and the foregoing transcript is

10   a true record of the testimony given by such

11   witness.

12

13   I further certify that I am not related to any

14   of the parties to this action by blood or

15   marriage, and that I am in no way interested in

16   the outcome of this matter.

17

18              𝓚𝓲𝓪𝓻𝓪 𝓜𝓲𝓵𝓵𝓮𝓻
19

20                 KIARA MILLER

21

22

23

24

25
```