# SEALING IS SOUGHT IN FULL

# MAKENA KERSHAW DECL. EX. 35



**Planet Depos**
We Make It *Happen*™

<span style="color:darkred">**HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**</span>

# Transcript of Brenda Lee

**Date:** July 8, 2025
**Case:** Tesla Advanced Driver Assistance Systems: In Re:

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1               UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                                  )
                                    )
 4                                  )
                                    )
 5      In re Tesla Advanced Driver ) Case No.
        Assistance Systems          ) 3:22-cv-05240-RFL
 6      Litigation                  )
                                    )
 7      _____)

 8

 9                        ***

10              HIGHLY CONFIDENTIAL

11             ATTORNEYS' EYES ONLY

12                        ***

13                 DEPOSITION OF

14                   BRENDA LEE

15             Burlingame, California

16             Tuesday, July 8, 2025

17               11:00 a.m. PST

18

19

20

21

22

23      STENOGRAPHICALLY REPORTED BY:
        Shannon Borge, RPR, CSR No. 9436
24
        Job No. 590114
25      Pages 1 - 90
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    2

1          Deposition of Brenda Lee, taken on behalf of

2    Plaintiffs at San Francisco Airport Office Center,

3    840 Malcolm Road, Burlingame, California, on Tuesday,

4    July 8, 2025, beginning at 11:00 a.m. PST and ending at

5    1:32 p.m. PST, before Shannon Borge, a Certified

6    Shorthand Reporter, Registered Professional Reporter.

7

8                        ---oOo---

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    3

```
1                    A P P E A R A N C E S

2                         ---oOo---

3


4    ON BEHALF OF THE PLAINTIFF AND PROPOSED CLASS:

5         COTCHETT, PITRE & McCARTHY, LLP
          BY:  MAKENA-KALA KERSHAW, ESQUIRE
6                   -and-
               JULIE FIEBER, ESQUIRE
7         San Francisco Airport Office Center
          840 Malcolm Road
8         Suite 200
          Burlingame, California 94010
9         650.697.6000
          jfieber@cpmlegal.com
10

11   ON BEHALF OF THE DEFENDANTS TESLA, INC., TESLA LEASE
     TRUST, AND TESLA FINANCE, LLC:
12
          WILMER CUTLER PICKERING HALE AND DORR LLP
13        BY:  ALLISON BINGXUE QUE, ESQUIRE
                   -and-
14             CHRISTOPHER T. CASAMASSIMA, ESQUIRE
          2600 El Camino Real, Suite 400
15        Palo Alto, California 94306
          650.858.6000
16        allison.que@wilmerhale.com

17
     ALSO PRESENT:
18
          (Via videoconference)
19        TAYLOR McCONKI, Associate General Counsel,
          Litigation & Regulatory at Tesla, Inc.
20

21

22                        ---oOo---

23

24

25
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    4

1                          I N D E X

2    WITNESS                                        PAGE

3    BRENDA LEE

4    Examination By Ms. Kershaw                     5, 87

5    Examination By Ms. Que                         84

6                         ---oOo---

7

8                      E X H I B I T S

9    EXHIBIT              DESCRIPTION                PAGE

10      27        LinkedIn profile of Brenda Jiwon
                  Lee                                9

11      28        Declaration of Brenda Jiwon Lee
                  in Support of Defendants' Opposition
12                to Plaintiff Losavio's Motion for
                  Class Certification                15

13
        29        10/20/2016 through 06/25/2025
14                Wayback Machine printout           62

15      30        10/20/2016 through 04/14/2025
                  Wayback Machine printout           65

16
        31        10/20/2016 through 04/14/2025
17                Wayback Machine printout           67

18

19                        ---oOo---

20

21

22

23

24

25

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025

23



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    24



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                         26



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                        43



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    44



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                                61



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    64



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    71



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025

72



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    73



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    78



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    79



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025

80



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    90

1              CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2

3    STATE OF CALIFORNIA )
                         )  ss.
4    COUNTY OF SACRAMENTO)

5            I, SHANNON BORGE, RPR, CSR No. 9436, Certified

6    Shorthand Reporter, do hereby certify:

7            That prior to being examined, the witness in

8    the foregoing proceedings was by me duly sworn to

9    testify to the truth, the whole truth, and nothing but

10   the truth;
             That said proceedings were taken by me in
11   shorthand and thereafter transcribed into typewriting

12   under my direction and supervision;

13           That I am neither counsel for, nor related to,

14   any party to said proceedings, nor in any way interested

15   in the outcome thereof.

16           I further certify that I am not a party to any

17   stipulation, if made, that would waive my duties

18   mandated by the Court Reporters Board of California.

19           In witness whereof, I have hereunto subscribed

20   my name.

21           Dated:  Thursday, July 10, 2025

22

23

24          _____
                 Shannon Borge, RPR, CSR
25               Certificate No. 9436