FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**DECLARATION OF MAKENA A. KERSHAW IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND SUPPORTING EXHIBITS**<br><br>Judge: Hon. Rita F. Lin<br>Date: August 12, 2025<br>Time: 10:00 a.m.<br>Courtroom: 15 – 18th Floor |

# DECLARATION OF MAKENA A. KERSHAW

I, Makena A. Kershaw, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice in this Court and the courts of the State of California. I am an associate with Cotchett, Pitre & McCarthy, LLP, counsel for Plaintiff Thomas LoSavio and the putative class. The matters described herein are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

2. I submit this declaration in support of Plaintiff's Reply in support of Motion for Class Certification and Plaintiff's Objections to the Declaration of Brenda Lee and Request to Strike.

3. Attached hereto as **Exhibit 30** is a true and correct copy of relevant excerpts from the deposition of Plaintiff's expert Vincent Socci taken on May 30, 2025.

4. Attached hereto as **Exhibit 31** is a true and correct copy of an article titled "Tesla's Next-Gen FSD Computer (HW5 / AI5) Rumored to Deliver 5x More Power" by Karen Singh published on June 18, 2025 on Not a Tesla App (available at https://www.notateslaapp.com/news/2805/teslas-next-gen-fsd-computer-hw5-ai5-rumored-to-deliver-5x-more-power), accessed and downloaded on July 17, 2023.

5. Attached hereto as **Exhibit 32** is a true and correct copy of an article titled "Tesla confirms massive hardware change for autonomy improvement" by Joey Klender published on June 16, 2025 on Teslarati (available at https://www.notateslaapp.com/news/2805/teslas-next-gen-fsd-computer-hw5-ai5-rumored-to-deliver-5x-more-power), accessed and downloaded on July 17, 2023.

6. Attached hereto as **Exhibit 33** is a true and correct copy of relevant excerpts from the deposition of Plaintiff's expert Gerald Goldhaber taken on June 7, 2025.

7. Attached hereto as **Exhibit 34** is a true and correct copy of relevant excerpts from the deposition of Plaintiff's expert Edward Stockton taken on June 2, 2025.

8. Attached hereto as **Exhibit 35** is a true and correct copy of relevant excerpts from the deposition of Tesla analyst Brenda Lee taken on July 8, 2025.

9. Attached hereto as **Exhibit 36** is a true and correct copy of an article titled "Tesla was forced to reimburse Full Self-Driving in arbitration after failing to deliver" by Fred Lambert

LAW OFFICES COTCHETT, PITRE & MCCARTHY, LLP

Declaration of Makena A. Kershaw ISO Plaintiff's Reply ISO Motion for Class Certification and Supporting Exhibits
Case No. 3:22-cv-05240-RFL

1

published on July 7, 2025 on Electrek (available at https://electrek.co/2025/07/07/tesla-forced-reimburse-full-self-driving-arbitration-failing-deliver/), accessed and downloaded on July 18, 2023.

10. Attached hereto as **Exhibit 37** is a true and correct copy of an article titled "Tesla to fight California's claim it overhypes autopilot" by Madlin Mekelburg published on July 7, 2025 on Ls Angeles Times (available at https://www.latimes.com/business/story/2025-07-21/tesla-to-fight-californias-claim-it-overhypes-autopilot), accessed and downloaded on July 21, 2023.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2025, at Burlingame, California.

By: _____
MAKENA A. KERSHAW
*Attorneys for Plaintiff and Proposed Class*

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

Declaration of Makena A. Kershaw ISO Plaintiff's Reply ISO Motion for Class Certification and Supporting Exhibits
Case No. 3:22-cv-05240-RFL

2