# SEALING IS SOUGHT IN FULL

# MAKENA KERSHAW DECL. EX. 30



# Transcript of Vincent Socci

**Date:** May 30, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   IN RE TESLA ADVANCED DRIVER  )
     ASSISTANCE SYSTEMS LITIGATION)
 6                                )
                                  )  NO. 3:22-CV-5240-RFL
 7                                )
     _____)
 8
 9
10              VIDEOTAPED DEPOSITION OF
11                   VINCENT SOCCI
12                 NEW YORK, NEW YORK
13                    MAY 30, 2025
14
15
16
17   REPORTED BY:  KIARA MILLER
18   FILE NO.:  585197
19
20
21
22
23
24
25
```

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
5   IN RE TESLA ADVANCED DRIVER   )
    ASSISTANCE SYSTEMS LITIGATION )
6                                 )
                                  )   NO. 3:22-CV-5240-RFL
7                                 )
    _____)
8
9
10
11
12      Deposition of VINCENT SOCCI, taken on behalf of
13      DEFENDANT, at 250 Greenwich Street, 45th Floor,
14      New York, New York, commencing at 8:59 A.M.,
15      MAY 30, 2025, before Kiara Miller.
16
17
18
19
20
21
22
23
24
25
```

```
 1    A P P E A R A N C E S:

 2

 3    ON BEHALF OF MATSKO:

 4            CASEY GERRY SCHENK FRANCAVILLA BLATT &
              PENFIELD, LLP
 5            110 Laurel Street
              San Diego, California 92101
 6
              EMAIL: GBLATT@CGLAW.COM
 7
              BY:    GAYLE BLATT, ESQ.
 8

 9    ON BEHALF OF TESLA ENTITIES:

10            WILMER CUTLER PICKERING HALE & DORR, LLP
              250 Greenwich Street, 45th Floor
11            New York, New York 10007

12            EMAIL: ALAN.SCHOENFELD@WILMERHALE.COM
                     TRENA.RILEY@WILMERHALE.COM
13
              BY:    ALAN SCHOENFELD, ESQ.
14                   TRENA RILEY, ESQ.

15

16

17    ALSO PRESENT:

18    VIDEOGRAPHER, ROBERT PALOS

19

20

21

22

23

24

25
```

Transcript of Vincent Socci
Conducted on May 30, 2025                                67

| # | | Time |
|---|---|---|
| 1 | ███████████████████████████████ | 10:34:00 |
| 2 | ██████████████████████████ | 10:34:03 |
| 3 | █████████████████████████ | 10:34:08 |
| 4 | ██████ | 10:34:11 |
| 5 | ▌ ██████████████ | 10:34:12 |
| 6 | ▌ ████████████████████ | 10:34:13 |
| 7 | ▌ ███████████████████████████ | 10:34:14 |
| 8 | ███████████████████████████████ | 10:34:16 |
| 9 | ███ | 10:34:26 |
| 10 | ▌ ██████████████ | 10:35:02 |
| 11 | ▌ ██████████████████████ | 10:35:04 |
| 12 | ████████████████ | 10:35:06 |
| 13 | ▌ █████████████████████████ | 10:35:13 |
| 14 | ███████████████████████████ | 10:35:16 |
| 15 | ███████████████████████████ | 10:35:20 |
| 16 | █████ | 10:35:24 |
| 17 | ▌ ██████████████ | 10:35:24 |
| 18 | ▌ ████████████████ | 10:35:25 |
| 19 | ▌ ███████████████████████████ | 10:35:26 |
| 20 | ███████████████████████████ | 10:35:29 |
| 21 | ██ | 10:35:34 |
| 22 | ▌ ████████████████████████ | 10:35:34 |
| 23 | ██████████████ | 10:35:36 |
| 24 | ▌ ██████████████████████ | 10:35:43 |
| 25 | █████████████████ | 10:35:45 |

| | | |
|---|---|---|
| 1 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:35:47 |
| 2 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:35:49 |
| 3 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:35:53 |
| 4 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:35:55 |
| 5 | ▬▬▬▬▬▬▬▬▬ | 10:35:59 |
| 6 | ▬▬▬▬▬▬▬▬▬ | 10:36:02 |
| 7 | ▮ ▬▬▬▬▬▬▬▬▬▬▬ | 10:36:02 |
| 8 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:05 |
| 9 | ▬▬▬ | 10:36:08 |
| 10 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:09 |
| 11 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:12 |
| 12 | ▬▬▬ | 10:36:14 |
| 13 | ▬▬▬▬▬▬▬▬▬ | 10:36:14 |
| 14 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:14 |
| 15 | ▬▬ | 10:36:17 |
| 16 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:17 |
| 17 | ▬▬ | 10:36:21 |
| 18 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:21 |
| 19 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:23 |
| 20 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:27 |
| 21 | ▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:36 |
| 22 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:39 |
| 23 | ▬▬▬▬▬▬▬▬▬▬▬ | 10:36:50 |
| 24 | ▮ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:36:59 |
| 25 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | 10:37:01 |

| | | |
|---|---|---|
| 1 | ███████████████ | 10:37:03 |
| 2 | █ █████████████████████████████ | 10:37:04 |
| 3 | ██████████████████████████ | 10:37:08 |
| 4 | ████████████████████████████ | 10:37:14 |
| 5 | █████ | 10:37:19 |
| 6 | █ ██████████████████████████ | 10:37:38 |
| 7 | ████████████████████████ | 10:37:41 |
| 8 | ████████████████████ | 10:37:44 |
| 9 | ██████████████████████████ | 10:37:49 |
| 10 | ██████████████████████████ | 10:37:52 |
| 11 | ███ | 10:37:53 |
| 12 | ████████████ | 10:37:54 |
| 13 | █ ██████████████████████ | 10:37:55 |
| 14 | ████████████████████████ | 10:37:57 |
| 15 | ████████████████████████████ | 10:38:03 |
| 16 | ██████████ | 10:38:08 |
| 17 | █ ██████████████████████ | 10:38:10 |
| 18 | ███ | 10:38:12 |
| 19 | █ ██████████████████████ | 10:38:20 |
| 20 | █ ████████████████████ | 10:38:22 |
| 21 | ████████████████████ | 10:38:24 |
| 22 | ████████████ | 10:38:27 |
| 23 | █ ██████████████████████ | 10:38:27 |
| 24 | ██████████████ | 10:38:33 |
| 25 | █ ████████████████████ | 10:38:47 |



Transcript of Vincent Socci
Conducted on May 30, 2025    77

| | | |
|---|---|---|
| 1 | ███████████████████████ | 10:48:59 |
| 2 | █ ████ | 10:49:02 |
| 3 | ████████████████████ | 10:49:05 |
| 4 | ████████████████ | 10:49:06 |
| 5 | █ ██████████████████ | 10:49:17 |
| 6 | ██████████████████████ | 10:49:28 |
| 7 | ████████████████████████ | 10:49:30 |
| 8 | ██████████████████████ | 10:49:36 |
| 9 | ████████████████ | 10:49:39 |
| 10 | █ ████████████████████ | 10:49:41 |
| 11 | █████████████████ | 10:49:44 |
| 12 | ██████████████████████ | 10:49:47 |
| 13 | ████ | 10:49:50 |
| 14 | ████████████████ | 10:49:51 |
| 15 | █████████ | 10:49:53 |
| 16 | █ ████████████████████ | 10:49:54 |
| 17 | ██████████████████████ | 10:49:57 |
| 18 | ██████████████████████ | 10:50:04 |
| 19 | ████████████████████ | 10:50:10 |
| 20 | ██████████████████████ | 10:50:13 |
| 21 | ████████ | 10:50:17 |
| 22 | █ ████████████████ | 10:50:22 |
| 23 | ████████████████████ | 10:50:25 |
| 24 | ████ | 10:50:29 |
| 25 | █ ██████████████████ | 10:50:29 |

| | | |
|---|---|---|
| 1 | ███████████████████████████████ | 10:50:33 |
| 2 | ██████████████████████████████ | 10:50:38 |
| 3 | ████████████ | 10:50:41 |
| 4 | █ ████████████████ | 10:50:42 |
| 5 | █ ██████████████████████████ | 10:50:43 |
| 6 | ████████████████████ | 10:50:44 |
| 7 | █ ████████████████████████ | 10:50:47 |
| 8 | ██████████████████████████████ | 10:50:49 |
| 9 | ██████████████ | 10:50:54 |
| 10 | █ ██████████████████ | 10:50:55 |
| 11 | █ ██████████████████████████ | 10:50:57 |
| 12 | ████████████ | 10:51:02 |
| 13 | █ ██████████████████████████ | 10:51:03 |
| 14 | ███████████████████████████████ | 10:51:06 |
| 15 | ████████████████████████ | 10:51:09 |
| 16 | ████████████████ | 10:51:11 |
| 17 | ██████████ | 10:51:11 |
| 18 | █ ████████████████████████ | 10:51:13 |
| 19 | ██████████████ | 10:51:16 |
| 20 | █ ██████████████████████████ | 10:51:19 |
| 21 | ███████████████████████████████ | 10:51:24 |
| 22 | ██████████ | 10:51:27 |
| 23 | █ ██████████████████ | 10:51:28 |
| 24 | █ ██████████████████████████ | 10:51:30 |
| 25 | ████████████████ | 10:51:33 |

```
 1                C E R T I F I C A T E
 2
 3    I, KIARA MILLER,
 4    a Shorthand Reporter and Notary Public of the
 5    State of New York, do hereby certify:
 6
 7    That the witness whose examination is
 8    hereinbefore set forth, was duly sworn or
 9    affirmed by me, and the foregoing transcript is
10    a true record of the testimony given by such
11    witness.
12
13    I further certify that I am not related to any
14    of the parties to this action by blood or
15    marriage, and that I am in no way interested in
16    the outcome of this matter.
17
18
19                    _____
                           Kiara Miller
20                        KIARA MILLER
21
22
23
24
25
```