# MAKENA KERSHAW DECL. EX. 31

# Tesla's Next-Gen FSD Computer (HW5 / AI5) Rumored to Deliver 5x More Power

June 18, 2025                                             By Karan Singh

     



Tesla's current FSD computer (HW4/AI4)                    Not a Tesla App

As Tesla pushes the boundaries of autonomous driving with each iterative FSD update, the hardware that powers every vehicle also needs to continue evolving. With FSD V13 already **pushing the capabilities of today's AI4 hardware**, Tesla is actively looking to update its FSD hardware.

Korean news outlet *MK* (Korean) has provided what seems to be a credible glimpse into Tesla's next hardware iteration, AI5, and what it could be capable of. *MK*'s report claims that Tesla is preparing for the production of its new AI5 FSD computer with a performance target of 2,000 to 2,500 TOPS (Trillion Operations Per Second). According to the report, Tesla is considering using Samsung and TSMC to manufacture the hardware.

Case 3:22-cv-05240-RFL   Document 149-4   Filed 07/22/25   Page 3 of 6

# Putting the Compute Power into Perspective

To grasp what exactly that 2,500 TOPS number means, let's compare it to Nvidia's recently released gaming GPUs, the RTX 5080 and the RTX 5090 (about $1,500 and $3,000 GPUs, respectively). The 5080 clocks in at 1,800 TOPS, while the 5090 pushes a powerful 3,400 TOPS. Those also come alongside power draws of 360 and 575 watts, respectively.

For a dedicated automotive AI chip to be able to place itself squarely in the middle of those performance numbers is quite a feat, especially given Tesla's previous hardware. HW3 clocked in at a measly 144 TOPS, while HW4/AI4, the current generation, pulls in at around 500 TOPS, a solid 3- 5x leap over HW3.

During a past earnings call, **Elon claimed** AI5 could be as much as 10 times more capable than HW4, which would imply an astronomical 5,000 TOPS. The 2,000 to 2,500 TOPS figure from this new report, however, represents a 4- to 5-fold generational jump, which feels more grounded and aligned with recent performance improvements elsewhere.

## What is a "TOPS"?

TOPS is essentially a raw measure of processing power for a specific type of math, one related to the math used by neural networks. For an AI like FSD, it's the single most important metric. Think of it like the AI's IQ - more TOPS means the computer can think faster and process more information, letting it better understand the environment around the vehicle and make smarter decisions.

# True Performance or Skewed?

Case 3:22-cv-05240-RFL Document 149-4 Filed 07/22/25 Page 4 of 6

The key to understanding Elon's claims about the TOPS figures lies in specialization. Tesla's FSD computer is what is known as an ASIC - an Application-Specific Integrated Circuit. Unlike a general-purpose GPU in a gaming PC, Tesla's AI hardware is designed from the ground up for one singular purpose: running the specific types of neural networks that FSD relies on.

This focus allows for incredible efficiency and performance in its designated tasks, and Tesla likely measures performance internally against AI inference benchmarks built around FSD.

The rumor that Tesla is tapping both Samsung and TSMC is pretty significant here as well. Tesla has previously sourced its chips from Samsung but likely requires additional capacity from TSMC, the world's largest chip fabricator. A multi-source structure like this means Tesla is already putting the pieces together to mitigate supply chain risks.

## AI Powerhouse

The need for AI5's immense power isn't just about running the current version of FSD, but about being able to support future versions of FSD that may require more computing power. Tesla continues to increase the size of thei AI models, which means that they'll require more memory. One of the challenges in autonomy is that decisions must be made in just fractions of a second so that the vehicle can react accordingly. If output wasn't required in nearly real-time, the vehicle could analyze video frames for a longer period and come up with better output, but the need for output in a timely fashion makes computing power critical.

Tesla's executive team has repeatedly mentioned that the path towards fully Unsupervised FSD and Robotaxi lies in massive computational power

alongside redundancy. The system will need to run increasingly complex neural networks to handle edge cases with greater reliability and start the march of 9s (improving from 99% to 99.9% to 99.99%, and so on). Layers of redundancy and multiple checks during the decision-making process will also be required for safety, which also requires additional compute.

## What About HW3 and AI4?

With all this talk of AI5, the immediate question for every current Tesla owner and short-term buyer is: "What about MY car?"

AI4 is currently Tesla's gold standard, and what they're building today's FSD, including FSD Unsupervised, around. For now, it offers Tesla enough headroom to continue expanding the neural nets and pushing new builds, but eventually, it too will one day need an upgrade.

Tesla has already stated that AI5 and AI6 will progressively improve FSD and become safer, but that doesn't mean previous vehicles will be upgraded. Vehicles will only be upgraded if they're not able to run Unsupervised FSD at a rate that's safer than humans. Newer models will always perform better and at higher safety levels, but that doesn't mean older hardware won't be capable of safe driving.

The real story here is HW3. While Tesla's executives have previously said that Hardware 3 is "**Robotaxi Ready**," the practical reality of FSD V12.6 and V13.2 has set in for many. With FSD **V13 pushing the envelope today**, and Tesla's intent to **upgrade HW3 vehicles** if they can't figure out a solution, it seems the end of the line is coming.

For owners of HW3 vehicles, this likely means Tesla is planning a retrofit based around AI5 - likely a lower-performance version that will fit the current HW3

Case 3:22-cv-05240-RFL Document 149-4 Filed 07/22/25 Page 6 of 6

power and cooling packages. There could be a similar solution in the future for AI4 vehicles if Tesla plans to address the other half of the fleet, but that's likely years away and only if they're not able to achieve autonomy on that hardware.

The neural nets required for FSD to drive itself without supervision in complex urban environments will be orders of magnitude more complex than what we see today in just a few years. AI5 isn't just an upgrade; it's the necessary hardware to advance FSD to the next level.