# MAKENA KERSHAW DECL. EX. 32

NEWS

# Tesla confirms massive hardware change for autonomy improvement

Tesla has confirmed that a recent change made to some of its recently refreshed vehicles is, in fact, a strategy it will use to improve its suite as it continues to work toward autonomy


Published 1 month ago on June 16, 2025
By **Joey Klender**



Credit: Tesla

Tesla has confirmed that a recent change made to some of its recently refreshed vehicles is, in fact, a strategy it will use to improve its suite as it continues to work toward autonomy.

Tesla first introduced a front-facing camera on the front bumper with the Cybertruck.

Then, the Model Y "Juniper" received the hardware update. The Model S and Model X both received the front-facing camera with its latest update, which was officially revealed last week.

Tesla used new language with the release of the front-facing cameras on the Model S and Model X, confirming they will assist with several things, including "using Autopilot and Actually Smart Summon capabilities":

> *"Enhanced visibility when parking or using Autopilot and Actually Smart Summon capabilities."*

ADVERTISEMENT

This is the first time Tesla has used this sort of language, as it was a completely different description with the launch of the new Model Y in January.

When Tesla launched this vehicle, it said the front bumper camera "provides a wider field of view for automatic assisted driving and advanced Smart Summon."

Tesla switched from using cameras and sensors to only cameras with the launch of Tesla Vision several years ago. The company's utilization of cameras comes from Tesla's belief that Ultrasonic Sensors (USS) are not needed for self-driving efforts:

*"Along with the removal of USS, we simultaneously launched our vision-based occupancy network – currently used in Full Self-Driving (FSD) (Supervised) – to replace the inputs generated by USS. With today's software, this approach gives Autopilot high-definition spatial positioning, longer range visibility and the ability to identify and differentiate between objects. As with many Tesla features, our occupancy network will continue to improve rapidly over time."*

ADVERTISEMENT

CEO Elon Musk has said that sensors were only a crutch and that self-driving would be solved through the use of cameras:

*"When your vision works, it works better than the best human because it's like having eight cameras, it's like having eyes in the back of your head, beside your head, and has three eyes of different focal distances looking forward. This is — and processing it at a speed that is superhuman. There's no question in my mind that with a pure vision solution, we can make a car that is dramatically safer than the average person."*