# SEALING IS SOUGHT IN FULL

# MAKENA KERSHAW DECL. EX. 33



# Transcript of Gerald Goldhaber, Ph.D.

**Date:** June 7, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1                 UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    SAN FRANCISCO DIVISION

4

5   IN RE TESLA ADVANCED DRIVER  )
    ASSISTANCE SYSTEMS LITIGATION)
6                                )
                                 )   NO. 3:22-CV-5240-RFL
7                                )
    _____)
8

9

10                VIDEOTAPED DEPOSITION OF

11               GERALD GOLDHABER, PH.D.

12                 NEW YORK, NEW YORK

13                   JUNE 7, 2025

14

15

16

17

18   REPORTED BY:  KIARA MILLER

19   FILE NO.:  586254

20

21

22

23

24

25

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                     SAN FRANCISCO DIVISION

4

5   IN RE TESLA ADVANCED DRIVER  )
    ASSISTANCE SYSTEMS LITIGATION)
6                                )
                                 )   NO. 3:22-CV-5240-RFL
7                                )
    _____)
8

9

10

11

12         Videotaped deposition of GERALD GOLDHABER,

13         PH.D., taken on behalf of DEFENDANT, at 250

14         Greenwich Street, 45th Floor, New York, New

15         York, commencing at 9:01 A.M., JUNE 7, 2025,

16         before Kiara Miller.

17

18

19

20

21

22

23

24

25

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                3

```
 1    A P P E A R A N C E S:

 2

 3    ON BEHALF OF MATSKO:

 4            COTCHETT, PITRE & MCCARTHY, LLP
              40 Worth Street, Suite 602
 5            New York, New York 10013

 6            EMAIL: JFIEBER@CPMLEGAL.COM

 7            BY:   JULIE L. FIEBER, ESQ.

 8

 9    ON BEHALF OF TESLA ENTITIES:

10            WILMER CUTLER PICKERING HALE & DORR, LLP
              250 Greenwich Street, 45th Floor
11            New York, New York 10007

12            EMAIL: ALAN.SCHOENFELD@WILMERHALE.COM
                     JUAN.TORO@WILMERHALE.COM
13
              BY:   ALAN SCHOENFELD, ESQ.
14                  JUAN RUIZ TORO, ESQ.

15

16

17

18    ALSO PRESENT:

19    VIDEOGRAPHER, DAVID HERNANDEZ

20

21

22

23

24

25
```

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    13

| # | | Time |
|---|---|---|
| 1 | ████ | 09:10:19 |
| 2 | ████ | 09:10:21 |
| 3 | ████ | 09:10:23 |
| 4 | ████ | 09:10:25 |
| 5 | ████ | 09:10:27 |
| 6 | ████ | 09:10:29 |
| 7 | ████ | 09:10:30 |
| 8 | ████ | 09:10:32 |
| 9 | ████ | 09:10:33 |
| 10 | ████ | 09:10:38 |
| 11 | ████ | 09:10:40 |
| 12 | ████ | 09:10:44 |
| 13 | ████ | 09:10:49 |
| 14 | ████ | 09:10:52 |
| 15 | ████ | 09:10:57 |
| 16 | ████ | 09:11:01 |
| 17 | ████ | 09:11:03 |
| 18 | ████ | 09:11:05 |
| 19 | ████ | 09:11:07 |
| 20 | ████ | 09:11:08 |
| 21 | ████ | 09:11:11 |
| 22 | ████ | 09:11:15 |
| 23 | ████ | 09:11:17 |
| 24 | ████ | 09:11:20 |
| 25 | ████ | 09:11:23 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    14

| # | | Time |
|---|---|---|
| 1 | ██████████████████████████ | 09:11:27 |
| 2 | ███████████████████████████ | 09:11:29 |
| 3 | ████████████████████████████ | 09:11:33 |
| 4 | ███████████████████████████ | 09:11:36 |
| 5 | ██████████████████████████ | 09:11:39 |
| 6 | ███████████████ | 09:11:41 |
| 7 | █ ████████████████████████ | 09:11:44 |
| 8 | █ ██████████████████ | 09:11:47 |
| 9 | ██████████████████████████████ | 09:11:49 |
| 10 | ██████████████████████████████ | 09:11:51 |
| 11 | ██████████████████████████ | 09:11:54 |
| 12 | ██████████████████████████ | 09:11:56 |
| 13 | ████ | 09:11:59 |
| 14 | █ ████████████████████████████ | 09:12:03 |
| 15 | █████████████████████ | 09:12:06 |
| 16 | █████████████ | 09:12:09 |
| 17 | ██████████████████████████ | 09:12:11 |
| 18 | ███████████████ | 09:12:12 |
| 19 | █ ████████████████████████ | 09:12:14 |
| 20 | ██████████████████████████████ | 09:12:16 |
| 21 | ██████████████████████████████ | 09:12:20 |
| 22 | ███████████████████ | 09:12:23 |
| 23 | ████████████████████████ | 09:12:26 |
| 24 | ████████████████████████ | 09:12:27 |
| 25 | ███████████████████ | 09:12:32 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                          15

| | | |
|---|---|---|
| 1 | ███████████████████ | 09:12:33 |
| 2 | █ ████████████████ | 09:12:36 |
| 3 | ███████████████████ | 09:12:42 |
| 4 | ███████████████████ | 09:12:45 |
| 5 | ███████ | 09:12:47 |
| 6 | █ ███ | 09:12:48 |
| 7 | █ ███ | 09:12:48 |
| 8 | █ ████████████████████ | 09:12:49 |
| 9 | █████████████████ | 09:12:50 |
| 10 | ████ | 09:12:53 |
| 11 | █ ████████████ | 09:12:54 |
| 12 | ██████████████████ | 09:12:56 |
| 13 | █████████████ | 09:12:59 |
| 14 | ██████████████████ | 09:13:01 |
| 15 | █████████████ | 09:13:03 |
| 16 | ████████████████ | 09:13:06 |
| 17 | ████████████████ | 09:13:07 |
| 18 | █ ███ | 09:13:09 |
| 19 | █ █████ | 09:13:09 |
| 20 | █ ███████████████ | 09:13:10 |
| 21 | ███████████████ | 09:13:14 |
| 22 | ████████████████ | 09:13:17 |
| 23 | ██████████████████ | 09:13:20 |
| 24 | ██████████████████ | 09:13:23 |
| 25 | █████████████████ | 09:13:25 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                              16

| | | |
|---|---|---|
| 1 | ████████████████████████ | 09:13:27 |
| 2 | █████████████████████ | 09:13:30 |
| 3 | ██████████████████████ | 09:13:32 |
| 4 | █████████████████████ | 09:13:35 |
| 5 | ████████ | 09:13:36 |
| 6 | ██████████████████ | 09:13:41 |
| 7 | ████████████████ | 09:13:43 |
| 8 | ████████████████ | 09:13:47 |
| 9 | ██████████████████████ | 09:13:50 |
| 10 | ████████████████ | 09:13:53 |
| 11 | █████████████████████ | 09:13:56 |
| 12 | ███████████████ | 09:13:59 |
| 13 | ██████████████████████ | 09:14:01 |
| 14 | █████████████████ | 09:14:04 |
| 15 | █████████████████████ | 09:14:06 |
| 16 | ████████ | 09:14:07 |
| 17 | █████████████████ | 09:14:09 |
| 18 | ███████████████████████ | 09:14:11 |
| 19 | ███████████████████████ | 09:14:15 |
| 20 | ███████████ | 09:14:18 |
| 21 | ███████████████████ | 09:14:19 |
| 22 | ███████████████████████ | 09:14:22 |
| 23 | ███████████████████████ | 09:14:26 |
| 24 | ██████████ | 09:14:29 |
| 25 | ██████████████████ | 09:14:32 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                          17

| | |
|---|---|
| 1 | 09:14:37 |
| 2 | 09:14:40 |
| 3 | 09:14:43 |
| 4 | 09:14:46 |
| 5 | 09:14:49 |
| 6 | 09:14:52 |
| 7 | 09:14:53 |
| 8 | 09:14:55 |
| 9 | 09:14:59 |
| 10 | 09:15:02 |
| 11 | 09:15:06 |
| 12 | 09:15:07 |
| 13 | 09:15:11 |
| 14 | 09:15:15 |
| 15 | 09:15:18 |
| 16 | 09:15:21 |
| 17 | 09:15:23 |
| 18 | 09:15:24 |
| 19 | 09:15:25 |
| 20 | 09:15:29 |
| 21 | 09:15:31 |
| 22 | 09:15:32 |
| 23 | 09:15:36 |
| 24 | 09:15:39 |
| 25 | 09:15:42 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    18

| | | |
|---|---|---|
| 1 | | 09:15:45 |
| 2 | | 09:15:51 |
| 3 | | 09:15:51 |
| 4 | | 09:15:53 |
| 5 | | 09:15:56 |
| 6 | | 09:15:58 |
| 7 | | 09:16:03 |
| 8 | | 09:16:05 |
| 9 | | 09:16:06 |
| 10 | | 09:16:11 |
| 11 | | 09:16:14 |
| 12 | | 09:16:17 |
| 13 | | 09:16:20 |
| 14 | | 09:16:24 |
| 15 | | 09:16:26 |
| 16 | | 09:16:29 |
| 17 | | 09:16:32 |
| 18 | | 09:16:34 |
| 19 | | 09:16:38 |
| 20 | | 09:16:40 |
| 21 | | 09:16:42 |
| 22 | | 09:16:44 |
| 23 | | 09:16:48 |
| 24 | | 09:16:51 |
| 25 | | 09:16:56 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

19

| # | | Time |
|---|---|---|
| 1 | ██████ | 09:16:59 |
| 2 | █ ██████████████████ | 09:17:00 |
| 3 | ████████████ | 09:17:02 |
| 4 | █ ██████████████████ | 09:17:03 |
| 5 | █████████████████ | 09:17:06 |
| 6 | █████ | 09:17:09 |
| 7 | █ ████████████████ | 09:17:10 |
| 8 | ███████████ | 09:17:14 |
| 9 | █ ████ | 09:17:18 |
| 10 | █ ██████ | 09:17:19 |
| 11 | █ ███████████████ | 09:17:22 |
| 12 | ██████ | 09:17:22 |
| 13 | █ ████████ | 09:17:24 |
| 14 | █ ███ | 09:17:24 |
| 15 | █ ██████████████████ | 09:17:24 |
| 16 | ███████████ | 09:17:26 |
| 17 | █ ██████████ | 09:17:29 |
| 18 | █ ████████████████ | 09:17:31 |
| 19 | ██████ | 09:17:33 |
| 20 | █ █████████ | 09:17:34 |
| 21 | █ ████████ | 09:17:36 |
| 22 | █ ████████████████ | 09:17:38 |
| 23 | ██████████ | 09:17:40 |
| 24 | █ ██████████████████ | 09:17:41 |
| 25 | █████████████████ | 09:17:44 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    20

| # | | Time |
|---|---|---|
| 1 | | 09:17:47 |
| 2 | | 09:17:49 |
| 3 | | 09:17:51 |
| 4 | | 09:17:55 |
| 5 | | 09:17:57 |
| 6 | | 09:17:59 |
| 7 | | 09:18:01 |
| 8 | | 09:18:04 |
| 9 | | 09:18:08 |
| 10 | | 09:18:10 |
| 11 | | 09:18:12 |
| 12 | | 09:18:16 |
| 13 | | 09:18:17 |
| 14 | | 09:18:19 |
| 15 | | 09:18:20 |
| 16 | | 09:18:22 |
| 17 | | 09:18:24 |
| 18 | | 09:18:26 |
| 19 | | 09:18:31 |
| 20 | | 09:18:32 |
| 21 | | 09:18:33 |
| 22 | | 09:18:38 |
| 23 | | 09:18:45 |
| 24 | | 09:18:46 |
| 25 | | 09:18:49 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                      32

| # | | Time |
|---|---|---|
| 1 | ▮ ▮▮▮▮▮▮▮▮ | 09:30:17 |
| 2 | ▮ ▮▮▮▮▮▮▮ | 09:30:20 |
| 3 | ▮▮▮▮▮▮▮▮▮ | 09:30:23 |
| 4 | ▮▮▮▮▮▮▮▮▮ | 09:30:25 |
| 5 | ▮▮▮ | 09:30:28 |
| 6 | ▮ ▮ | 09:30:28 |
| 7 | ▮ ▮▮▮▮▮ | 09:30:29 |
| 8 | ▮▮▮▮▮▮▮▮▮ | 09:30:33 |
| 9 | ▮▮▮▮▮▮▮▮ | 09:30:36 |
| 10 | ▮▮ | 09:30:39 |
| 11 | ▮ ▮▮ | 09:30:40 |
| 12 | ▮ ▮▮▮ | 09:30:42 |
| 13 | ▮ ▮ | 09:30:44 |
| 14 | ▮ ▮▮▮▮▮▮▮ | 09:30:44 |
| 15 | ▮▮▮▮▮▮▮ | 09:30:46 |
| 16 | ▮▮▮▮▮▮▮ | 09:30:49 |
| 17 | ▮▮▮ | 09:30:52 |
| 18 | ▮ ▮ | 09:30:53 |
| 19 | ▮ ▮▮ | 09:30:53 |
| 20 | ▮ ▮▮▮▮▮▮▮ | 09:30:54 |
| 21 | ▮▮▮▮▮▮▮▮▮▮ | 09:30:56 |
| 22 | ▮▮▮▮▮▮▮▮▮ | 09:31:00 |
| 23 | ▮▮▮▮▮ | 09:31:04 |
| 24 | ▮▮▮▮▮▮▮▮ | 09:31:06 |
| 25 | ▮▮▮▮▮▮▮▮ | 09:31:10 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    33

| | | |
|---|---|---|
| 1 | ████████████████████ | 09:31:13 |
| 2 | ██████████████████████ | 09:31:17 |
| 3 | ██████████████████████ | 09:31:21 |
| 4 | ██████████████ | 09:31:23 |
| 5 | ██████████████████ | 09:31:25 |
| 6 | ████████████████ | 09:31:27 |
| 7 | ███████████████ | 09:31:32 |
| 8 | █████████████ | 09:31:34 |
| 9 | ██████████████████ | 09:31:38 |
| 10 | █████ | 09:31:40 |
| 11 | █████████████ | 09:31:42 |
| 12 | ██████████████████████ | 09:31:45 |
| 13 | ██████████████ | 09:31:52 |
| 14 | █████████████████ | 09:31:53 |
| 15 | █████████████████ | 09:31:55 |
| 16 | ███████████████ | 09:31:59 |
| 17 | ████████████████ | 09:32:01 |
| 18 | ██████████████████ | 09:32:04 |
| 19 | ████████████████ | 09:32:08 |
| 20 | ██████████████████ | 09:32:12 |
| 21 | ████████████████ | 09:32:13 |
| 22 | ██████████████ | 09:32:16 |
| 23 | ██████ | 09:32:19 |
| 24 | ██████████ | 09:32:20 |
| 25 | ██████████████████ | 09:32:23 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    34

| | | |
|---|---|---|
| 1 | ████████████████████ | 09:32:26 |
| 2 | █████████████████████ | 09:32:29 |
| 3 | ███████████████████ | 09:32:32 |
| 4 | █████████████████████ | 09:32:34 |
| 5 | ██████████████████████ | 09:32:39 |
| 6 | ████████████████████ | 09:32:41 |
| 7 | ███████████████████ | 09:32:44 |
| 8 | ███████████████████ | 09:32:47 |
| 9 | ██████████████████████ | 09:32:49 |
| 10 | ██████████████████████ | 09:32:53 |
| 11 | █████████████ | 09:32:56 |
| 12 | ████████████████ | 09:32:58 |
| 13 | ██████████████████████ | 09:32:59 |
| 14 | ██████████████████████ | 09:33:04 |
| 15 | ████████████████████ | 09:33:11 |
| 16 | ████████████████ | 09:33:13 |
| 17 | ████████████████ | 09:33:16 |
| 18 | █████████████████████ | 09:33:21 |
| 19 | ███████████ | 09:33:27 |
| 20 | ██████████████ | 09:33:29 |
| 21 | ██████████████ | 09:33:31 |
| 22 | ██████████████ | 09:33:34 |
| 23 | ████████████████ | 09:33:36 |
| 24 | ███████████████ | 09:33:40 |
| 25 | █████████████████ | 09:33:41 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

35

| # | | Time |
|---|---|---|
| 1 | ███████████████████ | 09:33:46 |
| 2 | ██████████████████ | 09:33:48 |
| 3 | █████ | 09:33:52 |
| 4 | ██████████████ | 09:33:55 |
| 5 | ████████████████████ | 09:33:58 |
| 6 | ███████████████████ | 09:34:01 |
| 7 | ███████████████████ | 09:34:04 |
| 8 | ████████████████ | 09:34:07 |
| 9 | ██████████████████ | 09:34:12 |
| 10 | █████████████████ | 09:34:14 |
| 11 | ███████████ | 09:34:16 |
| 12 | ██████████████████ | 09:34:17 |
| 13 | ██████████████████ | 09:34:20 |
| 14 | ████████████████ | 09:34:23 |
| 15 | ██████████████████ | 09:34:24 |
| 16 | █████████████████ | 09:34:27 |
| 17 | ███████████████████ | 09:34:31 |
| 18 | ██████████████ | 09:34:33 |
| 19 | ██████████ | 09:34:34 |
| 20 | █ ████████████████ | 09:34:38 |
| 21 | █████████████ | 09:34:40 |
| 22 | ███████████████ | 09:34:42 |
| 23 | █ ██████ | 09:34:44 |
| 24 | █ ██████████████████ | 09:34:45 |
| 25 | ██████████████████ | 09:34:47 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    36

| | | |
|---|---|---|
| 1 | ████████████ | 09:34:51 |
| 2 | █ ██████████████████ | 09:34:52 |
| 3 | ████████████████████ | 09:34:53 |
| 4 | ████████████████████ | 09:34:57 |
| 5 | ████████████████████ | 09:35:00 |
| 6 | ██████████████████ | 09:35:03 |
| 7 | ████████████████ | 09:35:06 |
| 8 | █████████████ | 09:35:09 |
| 9 | █ ████████████ | 09:35:12 |
| 10 | ████████████ | 09:35:13 |
| 11 | █████████████ | 09:35:17 |
| 12 | ██████████████ | 09:35:20 |
| 13 | ███████████████ | 09:35:23 |
| 14 | ████████████ | 09:35:24 |
| 15 | ██████████████ | 09:35:27 |
| 16 | █████████████ | 09:35:29 |
| 17 | ███████████████ | 09:35:32 |
| 18 | ██████████████ | 09:35:35 |
| 19 | ██████████████ | 09:35:38 |
| 20 | ███ | 09:35:40 |
| 21 | █ █████████████ | 09:35:42 |
| 22 | ████████████████████ | 09:35:43 |
| 23 | ██████████████ | 09:35:47 |
| 24 | ████████ | 09:35:49 |
| 25 | █ █████████████████ | 09:35:51 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

94

| | | |
|---|---|---|
| 1 | █ ████████████ | 10:41:43 |
| 2 | █ ██████████ | 10:41:45 |
| 3 | ██████████████ | 10:41:45 |
| 4 | ███████████ | 10:41:48 |
| 5 | ██████ | 10:41:51 |
| 6 | ███████ | 10:41:52 |
| 7 | █████ | 10:41:52 |
| 8 | █ █████████████ | 10:41:54 |
| 9 | █████████ | 10:41:56 |
| 10 | ████████████ | 10:41:59 |
| 11 | ████████████ | 10:42:04 |
| 12 | ████████ | 10:42:06 |
| 13 | ████████████ | 10:42:09 |
| 14 | ███████ | 10:42:12 |
| 15 | ████████████ | 10:42:14 |
| 16 | ███████████ | 10:42:16 |
| 17 | █ █████████ | 10:42:19 |
| 18 | ████ | 10:42:22 |
| 19 | █ ███████ | 10:42:23 |
| 20 | ███████ | 10:42:25 |
| 21 | ███████████ | 10:42:27 |
| 22 | █████████████ | 10:42:30 |
| 23 | █████████████ | 10:42:33 |
| 24 | ████████ | 10:42:37 |
| 25 | █████ | 10:42:39 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                              95

| | | |
|---|---|---|
| 1 | | 10:42:41 |
| 2 | | 10:42:45 |
| 3 | | 10:42:47 |
| 4 | | 10:42:50 |
| 5 | | 10:42:53 |
| 6 | | 10:42:55 |
| 7 | | 10:42:57 |
| 8 | | 10:43:00 |
| 9 | | 10:43:02 |
| 10 | | 10:43:03 |
| 11 | | 10:43:04 |
| 12 | | 10:43:06 |
| 13 | | 10:43:10 |
| 14 | | 10:43:14 |
| 15 | | 10:43:14 |
| 16 | | 10:43:16 |
| 17 | | 10:43:18 |
| 18 | | 10:43:21 |
| 19 | | 10:43:23 |
| 20 | | 10:43:25 |
| 21 | | 10:43:26 |
| 22 | | 10:43:30 |
| 23 | | 10:43:32 |
| 24 | | 10:43:35 |
| 25 | | 10:43:37 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025    96



| | |
|---|---|
| 1 | 10:43:38 |
| 2 | 10:43:38 |
| 3 | 10:43:41 |
| 4 | 10:43:42 |
| 5 | 10:43:45 |
| 6 | 10:43:49 |
| 7 | 10:43:52 |
| 8 | 10:43:55 |
| 9 | 10:43:57 |
| 10 | 10:43:59 |
| 11 | 10:44:02 |
| 12 | 10:44:04 |
| 13 | 10:44:07 |
| 14 | 10:44:11 |
| 15 | 10:44:13 |
| 16 | 10:44:14 |
| 17 | 10:44:16 |
| 18 | 10:44:17 |
| 19 | 10:44:27 |
| 20 | 10:44:27 |
| 21 | 10:44:31 |
| 22 | 10:44:33 |
| 23 | 10:44:37 |
| 24 | 10:44:41 |
| 25 | 10:44:45 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                    97

| | | |
|---|---|---|
| 1 | ████████████ | 10:44:45 |
| 2 | █ ████████████████ | 10:44:47 |
| 3 | ████████████████ | 10:44:49 |
| 4 | ██████████████ | 10:44:52 |
| 5 | █████████████████ | 10:44:56 |
| 6 | █████████████████ | 10:44:59 |
| 7 | █████████ | 10:45:01 |
| 8 | █ █████████████ | 10:45:06 |
| 9 | █ ██████ | 10:45:08 |
| 10 | █████████████ | 10:45:08 |
| 11 | █ ███████████ | 10:45:11 |
| 12 | █ █ | 10:45:13 |
| 13 | ███████████████ | 10:45:13 |
| 14 | ████████ | 10:45:15 |
| 15 | ███████████████ | 10:45:18 |
| 16 | ████████████ | 10:45:20 |
| 17 | ██ | 10:45:22 |
| 18 | █ ███ | 10:45:23 |
| 19 | █ ████████████████ | 10:45:23 |
| 20 | █████████████ | 10:45:25 |
| 21 | ███████████████ | 10:45:25 |
| 22 | ██████████████ | 10:45:27 |
| 23 | ██████████ | 10:45:29 |
| 24 | █ █████████████████ | 10:45:31 |
| 25 | █████████████ | 10:45:33 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

98

| Line | | Time |
|---|---|---|
| 1 | █████████████████ | 10:45:36 |
| 2 | ████████████████ | 10:45:39 |
| 3 | █ ██████████████ | 10:45:41 |
| 4 | ███████████████████ | 10:45:42 |
| 5 | ███ | 10:45:46 |
| 6 | ████████████████ | 10:45:47 |
| 7 | █████████████████ | 10:45:48 |
| 8 | ███████████████ | 10:45:52 |
| 9 | ████████ | 10:45:54 |
| 10 | ██████████ | 10:45:55 |
| 11 | ████████ | 10:45:55 |
| 12 | █ █████████ | 10:45:58 |
| 13 | █████████████████ | 10:45:59 |
| 14 | ██████████████████ | 10:46:03 |
| 15 | ███████████████████ | 10:46:06 |
| 16 | ███ | 10:46:09 |
| 17 | █ █████████████████ | 10:46:14 |
| 18 | ███████████████ | 10:46:17 |
| 19 | █████ | 10:46:22 |
| 20 | ██████████████ | 10:46:23 |
| 21 | █████████████████ | 10:46:27 |
| 22 | ███ | 10:46:29 |
| 23 | █ ██ | 10:46:29 |
| 24 | █ ███████████████ | 10:46:29 |
| 25 | ██████████ | 10:46:31 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

99

| # | | Time |
|---|---|---|
| 1 | ███████ | 10:46:34 |
| 2 | ▌ ██ | 10:46:35 |
| 3 | ▌ █████ | 10:46:35 |
| 4 | ██ | 10:46:36 |
| 5 | ▌ █ | 10:46:38 |
| 6 | ▌ ██████ | 10:46:38 |
| 7 | ▌ █ | 10:46:39 |
| 8 | ▌ █████ | 10:46:39 |
| 9 | ▌ █ | 10:46:41 |
| 10 | ▌ ████ | 10:46:41 |
| 11 | ▌ ██ | 10:46:44 |
| 12 | ▌ █████ | 10:46:44 |
| 13 | ██ | 10:46:46 |
| 14 | ▌ ███ | 10:46:47 |
| 15 | ▌ ███████ | 10:46:47 |
| 16 | ██████ | 10:46:49 |
| 17 | ███████ | 10:46:52 |
| 18 | ███████ | 10:46:55 |
| 19 | ████ | 10:46:58 |
| 20 | ▌ █ | 10:47:00 |
| 21 | ▌ ██████ | 10:47:00 |
| 22 | ██ | 10:47:03 |
| 23 | ▌ ██████ | 10:47:04 |
| 24 | ██████ | 10:47:08 |
| 25 | ███████ | 10:47:11 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025

100

| | | |
|---|---|---|
| 1 | | 10:47:13 |
| 2 | | 10:47:16 |
| 3 | | 10:47:18 |
| 4 | | 10:47:20 |
| 5 | | 10:47:21 |
| 6 | | 10:47:24 |
| 7 | | 10:47:26 |
| 8 | | 10:47:29 |
| 9 | | 10:47:33 |
| 10 | | 10:47:34 |
| 11 | | 10:47:36 |
| 12 | | 10:47:37 |
| 13 | | 10:47:39 |
| 14 | | 10:47:41 |
| 15 | | 10:47:43 |
| 16 | | 10:47:43 |
| 17 | | 10:47:44 |
| 18 | | 10:47:46 |
| 19 | | 10:47:47 |
| 20 | | 10:47:49 |
| 21 | | 10:47:51 |
| 22 | | 10:47:55 |
| 23 | | 10:47:56 |
| 24 | | 10:47:58 |
| 25 | | 10:47:59 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    107

| | |
|---|---|
| 1 | 11:05:19 |
| 2 | 11:05:23 |
| 3 | 11:05:23 |
| 4 | 11:05:23 |
| 5 | 11:05:25 |
| 6 | 11:05:28 |
| 7 | 11:05:30 |
| 8 | 11:05:31 |
| 9 | 11:05:36 |
| 10 | 11:05:38 |
| 11 | 11:05:39 |
| 12 | 11:05:42 |
| 13 | 11:05:44 |
| 14 | 11:05:46 |
| 15 | 11:05:48 |
| 16 | 11:05:49 |
| 17 | 11:05:50 |
| 18 | 11:05:53 |
| 19 | 11:05:57 |
| 20 | 11:05:59 |
| 21 | 11:06:05 |
| 22 | 11:06:07 |
| 23 | 11:06:08 |
| 24 | 11:06:12 |
| 25 | 11:06:15 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    108

| | |
|---|---|
| 1 | 11:06:17 |
| 2 | 11:06:18 |
| 3 | 11:06:21 |
| 4 | 11:06:24 |
| 5 | 11:06:25 |
| 6 | 11:06:26 |
| 7 | 11:06:28 |
| 8 | 11:06:30 |
| 9 | 11:06:34 |
| 10 | 11:06:36 |
| 11 | 11:06:38 |
| 12 | 11:06:41 |
| 13 | 11:06:44 |
| 14 | 11:06:45 |
| 15 | 11:06:47 |
| 16 | 11:06:50 |
| 17 | 11:06:53 |
| 18 | 11:06:55 |
| 19 | 11:06:57 |
| 20 | 11:06:58 |
| 21 | 11:06:59 |
| 22 | 11:07:00 |
| 23 | 11:07:02 |
| 24 | 11:07:05 |
| 25 | 11:07:09 |

1              C E R T I F I C A T E

2

3    I, KIARA MILLER,

4    A Shorthand Reporter and Notary Public of the

5    State of New York, do hereby certify:

6

7    That the witness whose examination is

8    hereinbefore set forth, was duly sworn or

9    affirmed by me, and the foregoing transcript is

10   a true record of the testimony given by such

11   witness.

12

13   I further certify that I am not related to any

14   of the parties to this action by blood or

15   marriage, and that I am in no way interested in

16   the outcome of this matter.

17

18

19                *Kiara Miller*

20                KIARA MILLER

21

22

23

24

25