# SEALING IS SOUGHT IN FULL

# MAKENA KERSHAW DECL. EX. 34



**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# Transcript of Edward M. Stockton

**Date:** June 2, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1                UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                  SAN FRANCISCO DIVISION
4

5  IN RE TESLA ADVANCED DRIVER  )
   ASSISTANCE SYSTEMS LITIGATION)
6                               )
                                )  NO. 3:22-CV-5240-RFL
7                               )
   _____)
8

9

10

11
                -- C O N F I D E N T I A L --
12
                  FOR ATTORNEYS' EYES ONLY
13
              IN-PERSON VIDEOTAPED DEPOSITION OF
14                         EDWARD STOCKTON
                        MONDAY, JUNE 2, 2025
15
```

STENOGRAPHIC REPORTER: CHRISTA YAN, CSR NO. 14316, RPR

```
 1   PERSONAL APPEARANCES:

 2   FOR PLAINTIFFS AND THE PUNITIVE CLASS:
         COTCHETT PITRE & MCCARTHY LLP
 3       BY:  JULIE FIEBER, ATTORNEY-AT-LAW
              MAKENA-KALA KERSHAW, ATTORNEY-AT-LAW
 4       840 Malcolm Road, Suite 200
         Burlingame, California 94010
 5       (650) 697-6000
         jfieber@cpmlegal.com
 6

 7   FOR TESLA:
         WILMER CUTLER PICKERING HALE AND DORR LLP
 8       BY:  DAVID MARCUS, ATTORNEY-AT-LAW
              LAKSHMI REDDY, ATTORNEY-AT-LAW
 9       350 S Grand Avenue, Suite 2400
         Los Angeles, California 90071
10       (213) 443-5312
         david.marcus@wilmerhale.com
11

12

13

14   ALSO PRESENT PERSONALLY:
     PHILIP ASTOR, The Videographer
15   AENGUS CARR, Tesla
     MORGAN SCOTT, CPM Associate
16

17

18

19

20

21
                          --oOo--
22

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Edward M. Stockton
Conducted on June 2, 2025                    3

```
1              INDEX OF EXAMINATIONS

2                                            PAGE

3    MR. MARCUS                              6

4

5

6                    --oOo--

7

8

9    Witness's Changes or Corrections        89

10   Reporter's Certificate                  91

11

12

13                   --oOo--

14

15              E X H I B I T S

16   EXHIBIT       FOR IDENTIFICATION        PAGE

17   Exhibit 1  -  Fieber DEC Ex. 4          15

18   Exhibit 2  -  Fieber DEC Ex. 15         70

19

20

21

22                   --oOo--

23

24

25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Edward M. Stockton
Conducted on June 2, 2025                    4

```
 1        BE IT REMEMBERED that on MONDAY, the 2ND DAY OF
 2   JUNE, 2025, at the hour of 10:02 A.M., Pacific Standard
 3   Time, of said day, at 50 California Street, Suite 3600,
 4   San Francisco, California 94111, before me personally,
 5   CHRISTA YAN, a Certified Shorthand Reporter, State of
 6   California, personally appeared EDWARD STOCKTON, who was
 7   examined as a witness in said cause; that said transcript
 8   format was prepared in accordance with California Code of
 9                    Regulations Section 2473.
10
11
12
13
14
15
16                           --oOo--
17
18
19
20
21
22
23
24
25
```

| # | Text | Time |
|---|------|------|
| 1 | ████████████████████████ | 11:57:07 |
| 2 | ████████ | 11:57:08 |
| 3 | █ ████████████████████████ | 11:57:08 |
| 4 | ██████████████████████████████ | 11:57:11 |
| 5 | ████████████████████████ | 11:57:13 |
| 6 | █ ███████ | 11:57:17 |
| 7 | ██████████████████████████ | 11:57:17 |
| 8 | ██████████████████ | 11:57:18 |
| 9 | ██████ | 11:57:19 |
| 10 | █ ████████ | 11:57:20 |
| 11 | ██████████████████████ | 11:57:20 |
| 12 | ██████ | 11:57:39 |
| 13 | █ ███ | 11:57:40 |
| 14 | █ ██████████████████████ | 11:57:40 |
| 15 | ████████████████████ | 11:57:48 |
| 16 | ██████████████████████ | 11:57:52 |
| 17 | ████████ | 11:57:56 |
| 18 | █ █ | 11:57:57 |
| 19 | █ ████████████████ | 11:57:58 |
| 20 | ██████████████████████ | 11:58:02 |
| 21 | █ ████████████████ | 11:58:05 |
| 22 | █ ██████████████████████ | 11:58:15 |
| 23 | ████████ | 11:58:21 |
| 24 | ██████████ | 11:58:24 |
| 25 | ██████████████████████ | 11:58:24 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Edward M. Stockton
Conducted on June 2, 2025

76

| # | | Time |
|---|---|---|
| 1 | ██████████████████████████████████████ | 11:58:28 |
| 2 | ████████████████████████ | 11:58:35 |
| 3 | ████████ | 11:58:36 |
| 4 | █ ████████████████████████████ | 11:58:37 |
| 5 | ████████████████████████████████ | 11:58:42 |
| 6 | ████ | 11:58:46 |
| 7 | █ ██████████████████████ | 11:58:46 |
| 8 | ██████████████ | 11:58:54 |
| 9 | █ ████████████████ | 11:58:55 |
| 10 | █ ██████████████ | 11:58:57 |
| 11 | █ ██████████████████████████ | 11:58:58 |
| 12 | ██ | 11:59:04 |
| 13 | █ ██████████████████████ | 11:59:04 |
| 14 | ████████████████ | 11:59:10 |
| 15 | █ ████████████████████ | 11:59:12 |
| 16 | ██████████████████████████████ | 11:59:17 |
| 17 | ██████████████ | 11:59:30 |
| 18 | ████████████████████ | 11:59:30 |
| 19 | ██████████████████████████ | 11:59:38 |
| 20 | ██████ | 11:59:40 |
| 21 | █ ██████████████ | 11:59:41 |
| 22 | ██████████████████ | 11:59:43 |
| 23 | ██████████████████████████ | 11:59:45 |
| 24 | ████████████████████ | 11:59:48 |
| 25 | | |

| # | | Time |
|---|---|---|
| 1 | ███████████ | 11:59:49 |
| 2 | █ ████████████████████ | 11:59:50 |
| 3 | █ ██████████████████████████ | 11:59:51 |
| 4 | ███████████████████████████████████ | 11:59:55 |
| 5 | █████ | 12:00:02 |
| 6 | █ █████████████████████████████ | 12:00:02 |
| 7 | █████ | 12:00:05 |
| 8 | ██████████████████ | 12:00:05 |
| 9 | ██████████████████████ | 12:00:06 |
| 10 | ███████████████████████████████████ | 12:00:08 |
| 11 | ██████████████████████████████████ | 12:00:11 |
| 12 | ██████████████████████ | 12:00:14 |
| 13 | ███████ | 12:00:15 |
| 14 | █ ████████████████████████████ | 12:00:19 |
| 15 | ████████████████ | 12:00:19 |
| 16 | ████████████████████████ | 12:00:24 |
| 17 | ██████████████████████████████ | 12:00:27 |
| 18 | █ ██ | 12:00:28 |
| 19 | █ ████████████████████████████ | 12:00:28 |
| 20 | ██████ | 12:00:31 |
| 21 | █ ████████████████████████████████ | 12:00:32 |
| 22 | █████████████████████████████████ | 12:00:34 |
| 23 | ██████████████████████████████ | 12:00:39 |
| 24 | ██████████████████████████████████ | 12:00:41 |
| 25 | ████████████████████████████████ | 12:00:49 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Edward M. Stockton
Conducted on June 2, 2025

78

| # | | Time |
|---|---|---|
| 1 | ████████████████████████ | 12:00:51 |
| 2 | █ ████████████████████████████████ | 12:00:53 |
| 3 | ██████████████████████████████ | 12:00:59 |
| 4 | ███████████████████████████████ | 12:01:02 |
| 5 | ██████████████████████████████████ | 12:01:10 |
| 6 | ████████████████████ | 12:01:12 |
| 7 | ██████████████████████ | 12:01:14 |
| 8 | ████████████████████████████ | 12:01:15 |
| 9 | ██████████████████████████████ | 12:01:17 |
| 10 | ██████████████████████████████ | 12:01:24 |
| 11 | ████████████████████████████████ | 12:01:30 |
| 12 | ██████████████████████████████ | 12:01:34 |
| 13 | ████████████████████████████████ | 12:01:37 |
| 14 | ███████████████████████████████ | 12:01:40 |
| 15 | █████████████████ | 12:01:44 |
| 16 | ███████ | 12:01:45 |
| 17 | █ █████████████████████████████████ | 12:01:51 |
| 18 | ███████████████████████ | 12:01:58 |
| 19 | █ ██████████████████ | 12:01:58 |
| 20 | █ ██████████████████████████ | 12:02:00 |
| 21 | ███████ | 12:02:02 |
| 22 | ██████████████ | 12:02:02 |
| 23 | ██████████████████████████ | 12:02:03 |
| 24 | ███████ | 12:02:06 |
| 25 | █ ████████████████████████ | 12:02:07 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Edward M. Stockton
Conducted on June 2, 2025                                    91

## REPORTER'S CERTIFICATE

I, Christa Yan, CSR No. 14316, do hereby declare:

That, prior to being examined, the witness named in the foregoing proceeding was by me duly sworn pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure, and the proceeding is a true record of the testimony given by the witness as accurately as possible. That said proceeding was taken down by me stenographically at the time therein named and thereafter reduced to text under my direction.

___ That said witness was requested to review the transcript and make any changes to the transcript as a result of that review pursuant to Section 30(e) of the Federal Rules of Civil Procedure.
___ No changes have been provided by the witness during the period allowed.
___ The changes made by the witness are appended to the transcript.
___ No request was made that the transcript be reviewed pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further declare that I have no interest in the event of the action. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WITNESS my hand this 4th day of June 2025.

_____
Christa Yan, CSR NO. 14316