# SEALING IS SOUGHT IN FULL

# MAKENA KERSHAW DECL. EX. 35



**Planet Depos®**
We Make It *Happen*™

<span style="color:darkred">**HIGHLY CONFIDENTIAL**
**ATTORNEYS' EYES ONLY**</span>

# Transcript of Brenda Lee

**Date:** July 8, 2025
**Case:** Tesla Advanced Driver Assistance Systems: In Re:

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3
                                  )
 4                                )
                                  )
 5    In re Tesla Advanced Driver  )  Case No.
      Assistance Systems           )  3:22-cv-05240-RFL
 6    Litigation                   )
                                  )
 7    _____ )

 8

 9                          ***

10                 HIGHLY CONFIDENTIAL

11                ATTORNEYS' EYES ONLY

12                          ***

13                   DEPOSITION OF

14                     BRENDA LEE

15               Burlingame, California

16                Tuesday, July 8, 2025

17                  11:00 a.m. PST

18

19

20

21

22

23    STENOGRAPHICALLY REPORTED BY:
      Shannon Borge, RPR, CSR No. 9436
24
      Job No. 590114
25    Pages 1 - 90
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    2

1            Deposition of Brenda Lee, taken on behalf of

2    Plaintiffs at San Francisco Airport Office Center,

3    840 Malcolm Road, Burlingame, California, on Tuesday,

4    July 8, 2025, beginning at 11:00 a.m. PST and ending at

5    1:32 p.m. PST, before Shannon Borge, a Certified

6    Shorthand Reporter, Registered Professional Reporter.

7

8                        ---oOo---

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    3

```
1                    A P P E A R A N C E S

2                       ---oOo---

3


4    ON BEHALF OF THE PLAINTIFF AND PROPOSED CLASS:

5         COTCHETT, PITRE & McCARTHY, LLP
          BY:  MAKENA-KALA KERSHAW, ESQUIRE
6                  -and-
               JULIE FIEBER, ESQUIRE
7         San Francisco Airport Office Center
          840 Malcolm Road
8         Suite 200
          Burlingame, California 94010
9         650.697.6000
          jfieber@cpmlegal.com
10

11   ON BEHALF OF THE DEFENDANTS TESLA, INC., TESLA LEASE
     TRUST, AND TESLA FINANCE, LLC:
12
          WILMER CUTLER PICKERING HALE AND DORR LLP
13        BY:  ALLISON BINGXUE QUE, ESQUIRE
                 -and-
14             CHRISTOPHER T. CASAMASSIMA, ESQUIRE
          2600 El Camino Real, Suite 400
15        Palo Alto, California 94306
          650.858.6000
16        allison.que@wilmerhale.com

17   ALSO PRESENT:
18
          (Via videoconference)
19        TAYLOR McCONKI, Associate General Counsel,
          Litigation & Regulatory at Tesla, Inc.
20

21

22                      ---oOo---

23

24

25
```

1                          I N D E X

2    WITNESS                                      PAGE

3    BRENDA LEE

4    Examination By Ms. Kershaw                  5, 87

5    Examination By Ms. Que                         84

6
                          ---oOo---
7
                       E X H I B I T S
8
     EXHIBIT              DESCRIPTION              PAGE
9
       27      LinkedIn profile of Brenda Jiwon
10             Lee                                   9

11     28      Declaration of Brenda Jiwon Lee
               in Support of Defendants' Opposition
12             to Plaintiff Losavio's Motion for
               Class Certification                  15
13
       29      10/20/2016 through 06/25/2025
14             Wayback Machine printout            62

15     30      10/20/2016 through 04/14/2025
               Wayback Machine printout            65
16
       31      10/20/2016 through 04/14/2025
17             Wayback Machine printout            67

18

19
                          ---oOo---
20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Transcript of Brenda Lee
Conducted on July 8, 2025    23



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    24



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    26



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                          43





HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    61





HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    71



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    72

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    73



HIGHLY CONFIDENTIAL

Transcript of Brenda Lee
Conducted on July 8, 2025                74

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                          78



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    79



HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                          80



```
1              CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2

3     STATE OF CALIFORNIA )
                          )  ss.
4     COUNTY OF SACRAMENTO)

5            I, SHANNON BORGE, RPR, CSR No. 9436, Certified

6     Shorthand Reporter, do hereby certify:

7            That prior to being examined, the witness in

8     the foregoing proceedings was by me duly sworn to

9     testify to the truth, the whole truth, and nothing but

10    the truth;
              That said proceedings were taken by me in
11    shorthand and thereafter transcribed into typewriting

12    under my direction and supervision;

13           That I am neither counsel for, nor related to,

14    any party to said proceedings, nor in any way interested

15    in the outcome thereof.

16           I further certify that I am not a party to any

17    stipulation, if made, that would waive my duties

18    mandated by the Court Reporters Board of California.

19           In witness whereof, I have hereunto subscribed

20    my name.

21           Dated:  Thursday, July 10, 2025

22

23

24           _____
                     Shannon Borge, RPR, CSR
25                   Certificate No. 9436
```