David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5300

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **<u>CLASS ACTION</u>** <br><br> **DECLARATION OF ALLISON QUE IN SUPPORT OF TESLA'S OPPOSITION TO LOSAVIO'S OBJECTION AND REQUEST TO STRIKE THE DECLARATION OF BRENDA LEE** <br> Judge:    Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor |

I, Allison Que, do hereby declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC in the above-captioned case. I am licensed to practice law in the State of California. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this Declaration in support of Tesla's Opposition to LoSavio's Objection and Request to Strike the Declaration of Brenda Lee.

3. Attached hereto as **Exhibit AA** is a true and correct copy of the relevant excerpts from the deposition of Brenda Lee taken on July 8, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 29th day of July, 2025 in Palo Alto, California.

By:   /s/   *Allison Que*
          Allison Que