# EXHIBIT AA

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3
                                      )
 4                                    )
                                      )
 5    In re Tesla Advanced Driver     ) Case No.
      Assistance Systems              ) 3:22-cv-05240-RFL
 6    Litigation                      )
                                      )
 7   _____    )

 8

 9                          ***

10                   HIGHLY CONFIDENTIAL

11                  ATTORNEYS' EYES ONLY

12                          ***

13                     DEPOSITION OF

14                       BRENDA LEE

15                  Burlingame, California

16                  Tuesday, July 8, 2025

17                      11:00 a.m. PST

18

19

20

21

22

23   STENOGRAPHICALLY REPORTED BY:
     Shannon Borge, RPR, CSR No. 9436
24
     Job No. 590114
25   Pages 1 - 90
```

HIGHLY CONFIDENTIAL

Transcript of Brenda Lee
Conducted on July 8, 2025                                              2

1        Deposition of Brenda Lee, taken on behalf of
2   Plaintiffs at San Francisco Airport Office Center,
3   840 Malcolm Road, Burlingame, California, on Tuesday,
4   July 8, 2025, beginning at 11:00 a.m. PST and ending at
5   1:32 p.m. PST, before Shannon Borge, a Certified
6   Shorthand Reporter, Registered Professional Reporter.
7
8                          ---oOo---
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    22

```
1    program.  An update.  Have you ever seen a spike after
2    Tesla announces such a new car?  New product?
3            MS. QUE:  Objection to form.
4    BY MS. KERSHAW:
5        Q   New update?
6        A   I don't recollect an actual feature released
7    and a increase in spike.
8        Q   Could you define "website traffic."
9        A   So we define "traffic" as number of sessions.
10   So it's a browsing session.  So if a user has a single
11   browsing session on our website, that is counted as one
12   session.
13       Q   And if we can turn to Exhibit A just to go
14   through some of the chart for website traffic, what do
15   you mean by "site" in Column C?
16       A   It's just a browsing session on our tesla.com
17   site.  So they could have viewed any of our pages as
18   long as if they had a browsing session, that number is
19   counted as part of site traffic.
20       Q   So that website -- or, site traffic in Column C
21   does not necessarily mean the home page.  It could be
22   any page of the Tesla website?
23       A   Correct.
24       Q   Does it matter if -- scratch that.
25           If a user clicks on a Tesla website, exits that
```

```
 1   website, and then comes back, are those two visits?
 2        A    Exit as in leave the --
 3        Q    Leave the page, yes.
 4        A    Yes.  That will be counted as two.
 5        Q    And does the site traffic in Column C catch
 6   phone -- phone views?  Laptop views?
 7             MS. QUE:  Objection to form.
 8             THE WITNESS:  So the dependency is if -- this
 9   is all cookie based.  So if the user has rejected
10   cookies or if they had ad blockers -- usually on Apple,
11   like, there's a lot of security stuff -- security
12   settings -- then -- then we won't be able to capture
13   traffic so it's not 100 percent accurate.
14   BY MS. KERSHAW:
15        Q    Okay.  So the numbers in Column C represent
16   users who have rejected cookies on the Tesla website to
17   clarify?  I want to make sure I understand.
18        A    Oh, who has not rejected.
19        Q    Who has not -- who have not rejected cookies.
20        A    Yeah.
21        Q    Okay.  So users who have accepted the cookies?
22        A    Correct, or doesn't have any, like, ad
23   blockers.
24        Q    And if a cookie -- or, if -- not a cookie -- if
25   the cookies are rejected or an ad blocker is in place,
```

```
 1   you cannot capture those users visiting the website?
 2        A    Yes.  If they're on, like, incognito or they
 3   have their cookies blocked, we cannot capture their
 4   data.
 5        Q    And for Column D, the numbers in Column D, do
 6   these also reflect the number of visits for users who
 7   have accepted cookies?
 8             MS. QUE:  Objection to form.
 9   BY MS. KERSHAW:
10        Q    If you would like me to rephrase that question,
11   I can.
12        A    Yes, please.
13        Q    Column D, which is the page for
14   tesla.com/autopilot, what do the numbers in this column
15   represent?
16        A    It's the number of browsing web session where
17   they viewed the autopilot page at least once within
18   their browsing session.
19        Q    And these number of views, similar to Column C,
20   only represent the number of views of users who have
21   accepted cookies?
22        A    Sorry.  I want to clarify about accepting
23   cookies.
24        Q    Yes.
25        A    We don't have a cookie banner on our site
```

1    except for in the EU, but this is for US.
2         Q    Okay.
3         A    So we capture data as long as they don't have
4    their cookies blocked on their browser.
5         Q    Okay.
6         A    It's not about accepting cookies.
7         Q    Okay.  Thank you.  I appreciate -- appreciate
8    that.  The -- so the numbers in Column D represent users
9    who do not have an ad block on and did not -- or users
10   who rejected cookies?
11            MS. QUE:  Objection to form.
12            THE WITNESS:  Like if they don't have any
13   additional security settings to block cookies, then --
14   then we track their web session.
15   BY MS. KERSHAW:
16        Q    For Column E, tesla.com/support/autopilot,
17   which I'm going to refer to as here on out either
18   Column E or the autopilot support page, what do the
19   numbers in this column represent?
20        A    It also means number of web sessions where they
21   had one -- at least one page view to the support
22   autopilot page.
23        Q    And, again, this number does not reflect users
24   who used an ad block or rejected cookies?
25        A    Correct.

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                26

```
1        Q    For Column F, which is the
2   "all-tesla-cars-being-produced-now-have-full-service-
3   driving-hardware" blog post, which from here on out I'll
4   refer to as the blog post or Column F, what do these
5   numbers represent?
6        A    It's the number of browsing session where they
7   had at least one page view to the blog page.
8        Q    And these numbers don't reflect users who used
9   incognito mode or an ad blocker or rejected cookies?
10       A    Yes, correct.
11       Q    So these numbers could realistically -- or,
12  scratch that.
13            These numbers undercount the actual visits to
14  the website assuming users us incognito mode, ad
15  blockers, reject cookies?
16       A    Potentially.
17            MS. QUE:  Objection to form.  Calls for
18  speculation.
19            THE WITNESS:  Potentially.
20  BY MS. KERSHAW:
21       Q    For -- in Column B -- in Column B, you have the
22  country being the United States.  Could you explain
23  Column B.  Is this -- could you explain Column B.
24       A    So Google Analytics has location data and they
25  determine location based on assumed IP address.  So this
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                27

```
1    is all web sessions where they're assumed IP address is
2    in the United States.
3        Q   Do you have this data by state?
4            MS. QUE:  Objection to form.
5            THE WITNESS:  If the -- if state is available,
6    yes.  Sometimes the IP address can't pick up states
7    so...
8    BY MS. KERSHAW:
9        Q   And is that a user specific issue when the IP
10   address can't be picked up or is that a Google Analytics
11   issue?
12           MS. QUE:  Objection to form.
13           THE WITNESS:  I'm not sure about that.
14   BY MS. KERSHAW:
15       Q   Do you have California IP data?
16           MS. QUE:  Objection to form.
17   BY MS. KERSHAW:
18       Q   Do you have California-specific locational
19   data --
20           MS. QUE:  Objection --
21   BY MS. KERSHAW:
22       Q   -- through the Google Analytics platform?
23           MS. QUE:  Objection to form.
24           THE WITNESS:  Not at the granularity of IP
25   address.  We don't capture that, but if Google Analytics
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                28

```
 1   says this traffic is coming from California, yes.
 2   BY MS. KERSHAW:
 3       Q    And for -- how accurate is the location data?
 4            MS. QUE:  Objection to form.
 5            THE WITNESS:  I don't know exactly the accuracy
 6   metric for it, but I know it's not 100 percent accurate.
 7   BY MS. KERSHAW:
 8       Q    And for reporting date, each column has the
 9   first day of a month of every year from 2017 to -- from
10   January of 2017 to March 2025.
11            Can you explain what the reporting data
12   encapsulates?  Is this the number of website traffic or
13   the number of views on this date?  Is this for the prior
14   month?  Is this for the following month?
15            MS. QUE:  Objection to form.
16            THE WITNESS:  So the reporting date is for that
17   month.  So the number you see in Columns C, D, E, and F
18   is for that reporting month.
19   BY MS. KERSHAW:
20       Q    So for Row 2, the reporting date is
21   January 1st, 2017.  What does this encapsulate?
22       A    That means for that month, there was that much
23   site traffic.
24       Q    And when you say "that month," do you mean
25   January -- the month of January --
```

```
1       Q   Where I'm getting confused is because in my
2   mind, the reporting date would be the date that the data
3   -- you are getting the data, the data is being reported.
4   I want to clarify that I am understanding what
5   "reporting date" means and what the column is referring
6   to.
7           If January -- if Column 2 is referring to
8   January 2017, that data, that data is not being reported
9   on January 1st, 2017, as it says in the "reporting date"
10  column; correct?
11      A   Not necessarily.  "Reporting date" is just like
12  a name that I gave for the date.  This is -- I just
13  aggregated traffic at a monthly level.
14      Q   Okay.  So Row 2 then reflects
15  January 1st, 2017, to January 31st, 2017?
16      A   Correct.
17      Q   You mentioned that website traffic referred to
18  a view of any page of the Tesla autopilot or not --
19  scratch that.
20          You said that site traffic in Column C referred
21  to any view on the Tesla website?
22          MS. QUE:  Objection.  Mischaracterizing witness
23  testimony.
24          THE WITNESS:  Yes, it's a browsing session on
25  our tesla.com website.
```

```
1                THE WITNESS:  No, I don't know who's in charge
2    of that page.
3    BY MS. KERSHAW:
4         Q    For Column E, did -- when did you pull the data
5    in Column E?
6         A    Also same time.  So couple months ago.
7         Q    Did you pull and create this exhibit all at the
8    same time?
9         A    Yes.
10        Q    When you -- can you walk me through the process
11   of how you pull together and create an exhibit like
12   this?
13               MS. QUE:  Objection to form.
14               THE WITNESS:  So we have all the data stored in
15   a database so I would just query traffic for these
16   specific pages.  So it would just be like a query.
17   BY MS. KERSHAW:
18        Q    And is there any way to verify the data?
19               MS. QUE:  Objection.  Vague.
20               THE WITNESS:  Verify against?
21   BY MS. KERSHAW:
22        Q    So maybe -- could you explain to me what
23   running a query is.
24        A    So there's a database that stores all of the
25   website data so I would pull the number of sessions for
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                                40

```
1    these specific pages and I aggregate it at a monthly
2    basis and filter for the US.
3         Q    Are -- do you -- scratch that.
4              Do you regularly run queries like this as a
5    part of your role at Tesla?
6              MS. QUE:  Objection.  Vague.
7              THE WITNESS:  Yes, I run queries.
8    BY MS. KERSHAW:
9         Q    Do you regularly run queries to monitor website
10   traffic as a part of your role at Tesla?
11        A    Like site traffic data?
12        Q    Yes.
13        A    Yes.
14        Q    How frequently do you run queries for website
15   traffic?
16        A    Specifically for site traffic or --
17        Q    Specifically for website traffic.
18        A    Probably weekly basis.
19        Q    Do you disseminate those reports to anyone?
20             MS. QUE:  Objection.  Lack of foundation.
21             THE WITNESS:  I do share the data to like
22   product managers.
23   BY MS. KERSHAW:
24        Q    Does Tesla ever audit or check the accuracy of
25   the website traffic data?
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                74

```
1              THE WITNESS:  If I realized I was collecting
2    empty entries or --
3    BY MS. KERSHAW:
4        Q    Did you do anything to verify that the data
5    response to your query was an empty entry or --
6        A    No, I didn't do any verification.
7        Q    For Column F, Rows 2 through 12, did you do
8    anything to verify that the empty response you got --
9    or, did you do anything to verify the empty response
10   that you got?
11             MS. QUE:  Object to form.
12             THE WITNESS:  No, I didn't.
13   BY MS. KERSHAW:
14       Q    Column F, Rows 94 through 100, did you do
15   anything to verify that the query response you got from
16   Google Analytics was correct?
17             MS. QUE:  Objection to form.
18             THE WITNESS:  94 to 100?
19   BY MS. KERSHAW:
20       Q    Yes.
21       A    No, I didn't go through any verification
22   process.
23       Q    Did you verify or double-check any of the
24   numbers in Exhibit A?
25             MS. QUE:  Objection to form.
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                75

```
1              THE WITNESS:  I made sure my query was correct
2     on my end.
3     BY MS. KERSHAW:
4         Q    Did you verify that the data counts in
5     Exhibit A were correct?
6              MS. QUE:  Objection to form.
7              THE WITNESS:  Data counts or --
8     BY MS. KERSHAW:
9         Q    So the data counts.  When I say "data counts,"
10    I'm referring to -- let's go column-by-column.  When I
11    say "data counts," I'm referring to the numbers in the
12    cells of Exhibit A.
13             So for Column D -- and to clarify, those
14    numbers refer to visit site data.  So for Column D, did
15    you do anything to verify the data counts -- did you do
16    anything to verify that the data counts in Column D were
17    correct?
18             MS. QUE:  Objection to form.
19             THE WITNESS:  I made sure like the query that
20    pulls this data is correct on my end.
21    BY MS. KERSHAW:
22        Q    For Column E, did you do anything to verify
23    that the website traffic data was correct?
24             MS. QUE:  Objection to form.
25             THE WITNESS:  I verified on my end that the
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                76

```
 1   query was correct.
 2   BY MS. KERSHAW:
 3       Q    For Column F, did you take any steps to verify
 4   that the website traffic data counts were correct?
 5            MS. QUE:  Same objection.
 6            THE WITNESS:  I also just verified on my end
 7   that the query was correct.
 8   BY MS. KERSHAW:
 9       Q    Other than checking your query, you did nothing
10   to verify that the data in Exhibit A was correct?
11            MS. QUE:  Objection to form.
12            THE WITNESS:  Yeah, I just checked the query on
13   my end.
14   BY MS. KERSHAW:
15       Q    Are there any other ways to verify data that
16   you pulled through queries through Google Analytics
17   platform?
18            MS. QUE:  Objection to form.
19            THE WITNESS:  You mean like verify with another
20   person or --
21   BY MS. KERSHAW:
22       Q    Verify with another person, sure.  Yes.
23       A    I don't recollect verifying with another person
24   for this.
25       Q    When you pull data through the Google Analytics
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                          84

```
1      Q    And what's his last name?
2      A    J-e-g-a-n-n-a-t-h-a-n.
3      Q    And what is his role?
4      A    He's the VP.
5      Q    VP of Data Analytics or just VP?
6      A    VP of like IT organization.
7      Q    Does he report to anyone?
8      A    I think he reports directly to Elon.
9      Q    Thank you.  That is all I have.  Maybe not.
10   One more.
11          Have you ever seen any reports on the accuracy
12   of Google Analytics data?
13          MS. QUE:  Objection to form.
14          THE WITNESS:  Reports about the accuracy?
15   BY MS. KERSHAW:
16      Q    Yes.
17      A    No, I haven't.
18          MS. KERSHAW:  I think that's all.
19          MS. QUE:  I just have a short redirect.
20                         EXAMINATION
21   by ALLISON BINGXUE QUE, Attorney at Law, Counsel on
22   behalf of Defendants:
23      Q    So, Miss Lee, you remember earlier today
24   counsel asking you a question and we discussed you
25   pulling data from Google Analytics for the data in
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    85

```
1    Exhibit A to your declaration; correct?
2         A    Correct.
3         Q    So when you pulled the data in Exhibit A, you
4    pulled it directly from a Google Analytics tool;
5    correct?
6         A    Yes, from the Google Cloud Platform.
7         Q    And the data was captured by Google Analytics
8    tool directly; correct?
9         A    Correct.
10        Q    So the way that Google Analytics tool captures
11   data, is it an automated process or manual process?
12        A    It's automated.
13        Q    So let's look at the data in Exhibit A to your
14   declaration.  Let's take the data in Column C as an
15   example.  Okay?
16        A    Uh-huh.
17        Q    So say if a user visits the website multiple
18   times, Tesla website multiple times, from the same
19   device, does that count as one session or multiple
20   sessions in Column C?
21        A    If it's the same device, then multiple
22   sessions.
23        Q    So you recall earlier today counsel asked you
24   questions about you generated PowerPoint presentations
25   related to data.  Do you remember that?
```

```
1              CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2

3    STATE OF CALIFORNIA )
                         )  ss.
4    COUNTY OF SACRAMENTO)

5              I, SHANNON BORGE, RPR, CSR No. 9436, Certified

6    Shorthand Reporter, do hereby certify:

7              That prior to being examined, the witness in

8    the foregoing proceedings was by me duly sworn to

9    testify to the truth, the whole truth, and nothing but

10   the truth;
               That said proceedings were taken by me in
11   shorthand and thereafter transcribed into typewriting

12   under my direction and supervision;

13             That I am neither counsel for, nor related to,

14   any party to said proceedings, nor in any way interested

15   in the outcome thereof.

16             I further certify that I am not a party to any

17   stipulation, if made, that would waive my duties

18   mandated by the Court Reporters Board of California.

19             In witness whereof, I have hereunto subscribed

20   my name.

21             Dated:  Thursday, July 10, 2025

22

23
                                 Shannon Borge
24
                            _____
                                  Shannon Borge, RPR, CSR
25                                 Certificate No. 9436
```