David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5300

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> **<u>CLASS ACTION</u>** <br><br> **[PROPOSED] ORDER DENYING LOSAVIO'S OBJECTION AND REQUEST TO STRIKE THE DECLARATION OF BRENDA LEE** <br><br> Judge:         Hon. Rita F. Lin <br> Courtroom: 15 – 18th Floor |

**PROPOSED ORDER**

Having read and considered all papers filed in support of and opposition to Plaintiff's Objection and Request to Strike the Declaration of Brenda Lee ("Plaintiff's Request to Strike"), and for good cause shown,

IT IS HEREBY ORDERED that:

Plaintiff's request to strike the Declaration of Brenda Lee and the attached Exhibit A is DENIED.

**IT IS SO ORDERED**.

Dated: _____   _____
                                         HONORABLE RITA F. LIN
                                         UNITED STATES MAGISTRATE JUDGE