FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHEN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF FILING UNREDACTED REPLY AND ACCOMPANYING EXHIBITS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION ON THE PUBLIC DOCKET PER ECF ORDER 159** |

1  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     PLEASE TAKE NOTICE THAT pursuant to the Court's Order Denying [148] Administrative

3  Motion to File Under Seal, Plaintiff hereby files a public version of the [149] Reply and

4  accompanying exhibits in Support of Plaintiff's Motion for Class Certification.

Dated:  August 25, 2025              **COTCHETT PITRE & MCCARTHY LLP**

By:   /s/   Julie L. Fieber
      Julie L. Fieber (SBN 202857)
      jfieber@cpmlegal.com
      Julie L. Fieber (SBN 202857)
      jfieber@cpmlegal.com
      Frank M. Pitre (SBN 100077)
      fpitre@cpmlegal.com
      Thomas E. Loeser (SBN 202724)
      tloeser@cpmlegal.com
      Makena A. Kershaw (SBN 356645)
      mkershaw@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
      Francis A. Bottini, Jr. (SBN 175783)
      fbottini@bottinilaw.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
      David S. Casey, Jr. (SBN 060768)
      dcasey@cglaw.com
      Gayle M. Blatt (SBN 122048)
      gmb@cglaw.com
      P. Camille Guerra (SBN 326546)
      camille@cglaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Plaintiff's Notice of Filing Unredacted Reply & Exhibits ISO Motion for Class Certification Per ECF Order 159
Case No. 3:22-cv-05240-RFL                                                                                1

**SIGNATURE ATTESTATION**

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Julie L. Fieber, attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing content and have authorized this filing

Dated: August 25, 2025        /s/ Julie L. Fieber
                              Julie L. Fieber

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiff's Notice of Filing Unredacted Reply & Exhibits ISO Motion for Class Certification Per ECF Order 159
Case No. 3:22-cv-05240-RFL        2