# MAKENA KERSHAW DECL. EX. 30



# Transcript of Vincent Socci

**Date:** May 30, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4


 5   IN RE TESLA ADVANCED DRIVER  )
     ASSISTANCE SYSTEMS LITIGATION)
 6                                )
                                  )  NO. 3:22-CV-5240-RFL
 7                                )
     _____)
 8

 9

10              VIDEOTAPED DEPOSITION OF

11                     VINCENT SOCCI

12                  NEW YORK, NEW YORK

13                     MAY 30, 2025

14

15

16

17   REPORTED BY:  KIARA MILLER

18   FILE NO.:  585197

19

20

21

22

23

24

25
```

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3                 SAN FRANCISCO DIVISION
4
5   IN RE TESLA ADVANCED DRIVER   )
    ASSISTANCE SYSTEMS LITIGATION )
6                                 )
                                  )  NO. 3:22-CV-5240-RFL
7                                 )
    _____)
8
9
10
11
12       Deposition of VINCENT SOCCI, taken on behalf of
13       DEFENDANT, at 250 Greenwich Street, 45th Floor,
14       New York, New York, commencing at 8:59 A.M.,
15       MAY 30, 2025, before Kiara Miller.
16
17
18
19
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S:

 2


 3   ON BEHALF OF MATSKO:

 4           CASEY GERRY SCHENK FRANCAVILLA BLATT &
             PENFIELD, LLP
 5           110 Laurel Street
             San Diego, California 92101
 6
             EMAIL: GBLATT@CGLAW.COM
 7
             BY:    GAYLE BLATT, ESQ.
 8

 9   ON BEHALF OF TESLA ENTITIES:

10           WILMER CUTLER PICKERING HALE & DORR, LLP
             250 Greenwich Street, 45th Floor
11           New York, New York 10007

12           EMAIL: ALAN.SCHOENFELD@WILMERHALE.COM
                    TRENA.RILEY@WILMERHALE.COM
13
             BY:    ALAN SCHOENFELD, ESQ.
14                  TRENA RILEY, ESQ.

15

16

17   ALSO PRESENT:

18   VIDEOGRAPHER, ROBERT PALOS

19

20

21

22

23

24

25
```

1  an opinion or analysis relating to the common        10:34:00
2  evidence necessary to evaluate whether               10:34:03
3  Tesla's representations were false or                10:34:08
4  misleading?                                          10:34:11
5  A    In Paragraph 1.                                 10:34:12
6  Q    Anywhere else in your report?                   10:34:13
7  A    Supported by the other paragraphs of the        10:34:14
8  report including elaboration in Paragraph 16         10:34:16
9  and 20.                                              10:34:26
10 Q    Anywhere else?                                  10:35:02
11 A    Just supported by the remaining                 10:35:04
12 paragraphs in the report.                            10:35:06
13 Q    In Paragraph 34, you say Mr. Musk's             10:35:13
14 admission that vehicles must be upgraded to          10:35:16
15 HW4 is common to all class vehicles, do you          10:35:20
16 see that?                                            10:35:24
17 A    I do see that.                                  10:35:24
18 Q    What does that mean?                            10:35:25
19 A    He had said that those -- the vehicles          10:35:26
20 would need to be upgraded to Hardware 4 for          10:35:29
21 FSD.                                                 10:35:34
22 Q    Some vehicles were purchased with               10:35:34
23 Hardware 4, correct?                                 10:35:36
24 A    I cannot confirm what vehicles were             10:35:43
25 purchased with Hardware 4.                           10:35:45

| | | |
|---|---|---|
| 1 | Q    So if there were vehicles that were | 10:35:47 |
| 2 | purchased during the class period with | 10:35:49 |
| 3 | Hardware 4 already installed, it would not be | 10:35:53 |
| 4 | the case that they would need to be upgraded | 10:35:55 |
| 5 | to Hardware 4, correct? | 10:35:59 |
| 6 |     MS. BLATT:  Objection. | 10:36:02 |
| 7 | A    If they include Hardware 4 those | 10:36:02 |
| 8 | vehicles would not have to be upgraded to | 10:36:05 |
| 9 | Hardware 4. | 10:36:08 |
| 10 | Q    So the evidence wouldn't be common with | 10:36:09 |
| 11 | respect to all the vehicles in the class, | 10:36:12 |
| 12 | correct? | 10:36:14 |
| 13 |     MS. BLATT:  Objection. | 10:36:14 |
| 14 | A    The hardware evidence would not be | 10:36:14 |
| 15 | common. | 10:36:17 |
| 16 | Q    When you say "common evidence," what do | 10:36:17 |
| 17 | you mean? | 10:36:21 |
| 18 | A    There's a variety of evidence that would | 10:36:21 |
| 19 | need to be included, including hardware, | 10:36:23 |
| 20 | sensors, hardware, sensor hardware, power | 10:36:27 |
| 21 | hardware, the software functionality, the | 10:36:36 |
| 22 | availability of the algorithms and/or compute | 10:36:39 |
| 23 | methodologies and validated operation. | 10:36:50 |
| 24 | Q    And when you say this evidence -- that | 10:36:59 |
| 25 | your opinion is that the evidence is common, | 10:37:01 |

| | | |
|---|---|---|
| 1 | what do you mean? | 10:37:03 |
| 2 | A    It means that the FSD functionality that | 10:37:04 |
| 3 | would be needed to support the two claims | 10:37:08 |
| 4 | would be common across all of the -- across | 10:37:14 |
| 5 | the class. | 10:37:19 |
| 6 | Q    You say, in the next sentence, "Tesla's | 10:37:38 |
| 7 | inability and, in fact, abandonment of any | 10:37:41 |
| 8 | attempt to autonomously drive from | 10:37:44 |
| 9 | Los Angeles to New York and park, including | 10:37:49 |
| 10 | charging without human intervention is also | 10:37:52 |
| 11 | common." | 10:37:53 |
| 12 | What do you mean there? | 10:37:54 |
| 13 | A    There was a deposition, I can't recall | 10:37:55 |
| 14 | offhand which one it was, it may have been | 10:37:57 |
| 15 | Trump, that said that project to demonstrate | 10:38:03 |
| 16 | it has been ceased. | 10:38:08 |
| 17 | Q    Do you recall when that project was | 10:38:10 |
| 18 | ceased? | 10:38:12 |
| 19 | A    I do not recall when it was ceased. | 10:38:20 |
| 20 | Q    Do you know whether it was in the last | 10:38:22 |
| 21 | two years, three years, four years? | 10:38:24 |
| 22 | MS. BLATT:  Objection. | 10:38:27 |
| 23 | A    It was before the deposition, so that's | 10:38:27 |
| 24 | all I can tell you right now. | 10:38:33 |
| 25 | Q    What's the relevance of the fact that | 10:38:47 |

Transcript of Vincent Socci
Conducted on May 30, 2025

76

| | | |
|---|---|---|
| 1 | SAE Level 5 autonomy.  His engineers have | 10:47:57 |
| 2 | stated they do not -- or are unaware of SAE | 10:48:02 |
| 3 | levels. | 10:48:08 |
| 4 | So I can't confirm whether or not Tesla | 10:48:09 |
| 5 | is making claims of higher levels of SAE | 10:48:11 |
| 6 | compliance.  I do understand that their | 10:48:15 |
| 7 | performance remains as SAE Level 2. | 10:48:19 |
| 8 | Q    You then say: | 10:48:23 |
| 9 | "Added limitation in Tesla's FSD | 10:48:24 |
| 10 | technologies, e.g., autopark, inability | 10:48:27 |
| 11 | to park on slopes, sensor limits in | 10:48:29 |
| 12 | harsh weather conditions, FSD's | 10:48:31 |
| 13 | limations with recognizing and | 10:48:31 |
| 14 | responding to stop signs and travel | 10:48:35 |
| 15 | signals, limitations in FSD operation | 10:48:39 |
| 16 | and challenging and unexpected driving | 10:48:40 |
| 17 | environments are all common | 10:48:44 |
| 18 | features" -- | 10:48:45 |
| 19 | A    Yes. | 10:48:46 |
| 20 | Q    -- "and rest on the same proof across | 10:48:46 |
| 21 | the population of class vehicles." | 10:48:49 |
| 22 | Do you see that? | 10:48:51 |
| 23 | A    I do see that. | 10:48:51 |
| 24 | Q    Is it your testimony that for all | 10:48:53 |
| 25 | vehicles across the class period, autopark is | 10:48:55 |

| | | |
|---|---|---|
| 1 | unable to park on slopes? | 10:48:59 |
| 2 | A    It is -- | 10:49:02 |
| 3 | MS. BLATT:  Objection -- excuse me. | 10:49:05 |
| 4 | Objection, form, and scope. | 10:49:06 |
| 5 | A    I'm not making any opinion on FSD's | 10:49:17 |
| 6 | functionality across all the class, other | 10:49:28 |
| 7 | than it is common functionality, and I cannot | 10:49:30 |
| 8 | conclude on the performance of FSD until I | 10:49:36 |
| 9 | get into the next scope of my work. | 10:49:39 |
| 10 | Q    Well, I guess that's what I'm trying to | 10:49:41 |
| 11 | figure out.  You describe a number of | 10:49:44 |
| 12 | features and you say, "these are all common | 10:49:47 |
| 13 | features." | 10:49:50 |
| 14 | So what do you mean when you say these | 10:49:51 |
| 15 | "are common features"? | 10:49:53 |
| 16 | A    The features, because they use the same | 10:49:54 |
| 17 | FSD for vehicle -- all vehicle models.  And | 10:49:57 |
| 18 | they upgrade all production -- all -- they | 10:50:04 |
| 19 | upgrade all of the hardware classes with | 10:50:10 |
| 20 | similar claims for FSD, similar performance | 10:50:13 |
| 21 | capabilities for FSD. | 10:50:17 |
| 22 | Q    So when you say that autopark's | 10:50:22 |
| 23 | inability to park on slopes is a common | 10:50:25 |
| 24 | feature -- | 10:50:29 |
| 25 | A    I'm not saying it's a common feature. | 10:50:29 |

| | | |
|---|---|---|
| 1 | Q    You say autopark's inability to park on | 10:50:33 |
| 2 | slopes -- and some other things -- are all | 10:50:38 |
| 3 | common features? | 10:50:41 |
| 4 | A    That's not true. | 10:50:42 |
| 5 | Q    Okay.  So explain to me what you are | 10:50:43 |
| 6 | saying in that last sentence. | 10:50:44 |
| 7 | A    I am saying that there are limitations | 10:50:47 |
| 8 | to the performance of FSD that are common | 10:50:49 |
| 9 | across the class. | 10:50:54 |
| 10 | Q    So what are those limitations? | 10:50:55 |
| 11 | A    The ability for the sensors to perform | 10:50:57 |
| 12 | in bad weather. | 10:51:02 |
| 13 | Q    So are you now saying that autopark's | 10:51:03 |
| 14 | inability to park on slopes is not a common | 10:51:06 |
| 15 | feature across all class vehicles? | 10:51:09 |
| 16 |     MS. BLATT:  Objection, form, | 10:51:11 |
| 17 |     argumentative. | 10:51:11 |
| 18 | A    I would say the inability to park on | 10:51:13 |
| 19 | slopes is not a feature. | 10:51:16 |
| 20 | Q    Why is autopark's inability to park on | 10:51:19 |
| 21 | slopes included in that the last sentence of | 10:51:24 |
| 22 | Paragraph 34? | 10:51:27 |
| 23 | A    Because it is a limitation of FSD. | 10:51:28 |
| 24 | Q    But it is not a limitation that it is | 10:51:30 |
| 25 | common to the class vehicles? | 10:51:33 |

```
1         C E R T I F I C A T E
2
3    I, KIARA MILLER,
4    a Shorthand Reporter and Notary Public of the
5    State of New York, do hereby certify:
6
7    That the witness whose examination is
8    hereinbefore set forth, was duly sworn or
9    affirmed by me, and the foregoing transcript is
10   a true record of the testimony given by such
11   witness.
12
13   I further certify that I am not related to any
14   of the parties to this action by blood or
15   marriage, and that I am in no way interested in
16   the outcome of this matter.
17
18
19   _____
20          KIARA MILLER
21
22
23
24
25
```