# MAKENA KERSHAW
# DECL. EX. 33



# Transcript of Gerald Goldhaber, Ph.D.

**Date:** June 7, 2025
**Case:** Matsko, et al. -v- Tesla, Inc., et al.

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4

5    IN RE TESLA ADVANCED DRIVER  )
     ASSISTANCE SYSTEMS LITIGATION)
6                                 )
                                  )   NO. 3:22-CV-5240-RFL
7                                 )
     _____)
8

9

10              VIDEOTAPED DEPOSITION OF

11              GERALD GOLDHABER, PH.D.

12               NEW YORK, NEW YORK

13                 JUNE 7, 2025

14

15

16

17

18   REPORTED BY:  KIARA MILLER

19   FILE NO.:  586254

20

21

22

23

24

25

1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5    IN RE TESLA ADVANCED DRIVER   )
     ASSISTANCE SYSTEMS LITIGATION)
6                                  )
                                   )   NO. 3:22-CV-5240-RFL
7                                  )
     _____)
8

9

10

11

12        Videotaped deposition of GERALD GOLDHABER,

13        PH.D., taken on behalf of DEFENDANT, at 250

14        Greenwich Street, 45th Floor, New York, New

15        York, commencing at 9:01 A.M., JUNE 7, 2025,

16        before Kiara Miller.

17

18

19

20

21

22

23

24

25

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                          3

```
1    A P P E A R A N C E S :

2

3    ON BEHALF OF MATSKO:

4              COTCHETT, PITRE & MCCARTHY, LLP
               40 Worth Street, Suite 602
5              New York, New York 10013

6              EMAIL: JFIEBER@CPMLEGAL.COM

7              BY:   JULIE L. FIEBER, ESQ.

8

9    ON BEHALF OF TESLA ENTITIES:

10             WILMER CUTLER PICKERING HALE & DORR, LLP
               250 Greenwich Street, 45th Floor
11             New York, New York 10007

12             EMAIL: ALAN.SCHOENFELD@WILMERHALE.COM
                      JUAN.TORO@WILMERHALE.COM
13
               BY:   ALAN SCHOENFELD, ESQ.
14                   JUAN RUIZ TORO, ESQ.

15

16

17

18   ALSO PRESENT:

19   VIDEOGRAPHER, DAVID HERNANDEZ

20

21

22

23

24

25
```

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                          13

| | | |
|---|---|---|
| 1 | Q    You state in your declaration that you | 09:10:19 |
| 2 | based the opinions that you rendered here on | 09:10:21 |
| 3 | the materials that you considered, your | 09:10:23 |
| 4 | education, training, knowledge, publications | 09:10:25 |
| 5 | and research; is that right? | 09:10:27 |
| 6 | A    Yes. | 09:10:29 |
| 7 | Q    What education informed your | 09:10:30 |
| 8 | conclusions? | 09:10:32 |
| 9 | A    I have a doctoral degree and a master's | 09:10:33 |
| 10 | degree in the field of communication theory | 09:10:38 |
| 11 | and organizational communication, with minors | 09:10:40 |
| 12 | in statistics and research methodology.  I | 09:10:44 |
| 13 | have spent many years studying and | 09:10:49 |
| 14 | implementing surveys and survey research and | 09:10:52 |
| 15 | conducting focus groups.  Along the decades | 09:10:57 |
| 16 | of me doing this, I of course keep up with | 09:11:01 |
| 17 | the literature in the industry and | 09:11:03 |
| 18 | technologies that are used as part of | 09:11:05 |
| 19 | education. | 09:11:07 |
| 20 |     So I have a background in survey | 09:11:08 |
| 21 | research and focus groups.  I have a | 09:11:11 |
| 22 | background in communication and media.  I've | 09:11:15 |
| 23 | been on the media, and I also have studied | 09:11:17 |
| 24 | the media and taught about the media. | 09:11:20 |
| 25 |     I have been employed by many of the top | 09:11:23 |

1   corporations in the United States over the          09:11:27
2   decades to evaluate their advertising.  And         09:11:29
3   I've been involved in litigation where false        09:11:33
4   and misleading advertising has been a claim         09:11:36
5   in addition to other claims that I've been          09:11:39
6   retained to adjudicate.                             09:11:41
7   Q    What's organizational communication?           09:11:44
8   A    Organizational communication is the            09:11:47
9   study of how organizations communicate.  It's       09:11:49
10  the process by which messages are created and       09:11:51
11  exchanged within complex organizations and          09:11:54
12  between organizations and their respective          09:11:56
13  publics.                                            09:11:59
14  Q    So you say "within complex organizations       09:12:03
15  and between organizations and their                 09:12:06
16  respective publics."                                09:12:09
17       Explain to me what you mean when you say       09:12:11
18  "within complex organizations."                     09:12:12
19  A    Within an organization, an organization        09:12:14
20  consists of people who have common purpose to       09:12:16
21  achieve outcomes, and that is what we mean by       09:12:20
22  an "organization."  In order for that               09:12:23
23  organization or any organization to achieve         09:12:26
24  its outcomes, it has to process and exchange        09:12:27
25  information that leads to decisions that            09:12:32

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    15

| | | |
|---|---|---|
| 1 | advance their outcomes.  That's what I mean. | 09:12:33 |
| 2 | Q    Did you apply your expertise regarding | 09:12:36 |
| 3 | organizational communication within complex | 09:12:42 |
| 4 | organizations in rendering your opinions in | 09:12:45 |
| 5 | this case? | 09:12:47 |
| 6 | A    Yes. | 09:12:48 |
| 7 | Q    How? | 09:12:48 |
| 8 | A    Because the organizations communicate to | 09:12:49 |
| 9 | the public as well as within.  And when I | 09:12:50 |
| 10 | say -- | 09:12:53 |
| 11 | Q    Sorry.  I -- my question was | 09:12:54 |
| 12 | specifically focused on communication within | 09:12:56 |
| 13 | complex organizations.  I'll get to | 09:12:59 |
| 14 | communications external to the organization. | 09:13:01 |
| 15 | Did you use your expertise on | 09:13:03 |
| 16 | communications within organizations in | 09:13:06 |
| 17 | rendering your opinions in this case? | 09:13:07 |
| 18 | A    Yes. | 09:13:09 |
| 19 | Q    Okay.  How? | 09:13:09 |
| 20 | A    Well, as I said, in my report the basic | 09:13:10 |
| 21 | theory of communication revolves around | 09:13:14 |
| 22 | sources, messages, channels and feedback. | 09:13:17 |
| 23 | And you have to look within the organization | 09:13:20 |
| 24 | to determine what the sources of information | 09:13:23 |
| 25 | were, in this case from Tesla and its CEO, | 09:13:25 |

1    and you have to look at the message structure          09:13:27

2    that's used in the dissemination of their              09:13:30

3    messages and the criteria that I referenced            09:13:32

4    in my report as to the repetitiveness and              09:13:35

5    clarity and so forth.                                  09:13:36

6        You look at the channels used; these               09:13:41

7    evolve from within the organization.  So               09:13:43

8    there are channels of communication used.              09:13:47

9    Messages are created and exchanged.  Sources           09:13:50

10   are used to disseminate that information.              09:13:53

11   Those all come from within the organization.           09:13:56

12       It's interactive.  You can't really               09:13:59

13   separate what goes on within an organization           09:14:01

14   from what they communicate externally.                 09:14:04

15   Q    Can you give me a brief overview of your          09:14:06

16   educational background?                                09:14:07

17   A    Sure.  I have a bachelor's degree from            09:14:09

18   University of Massachusetts from 1965 in the           09:14:11

19   field of speech communication.  I minored in           09:14:15

20   political science, as I recall.                        09:14:18

21       And then I received a master's degree in          09:14:19

22   1967 from the University of Maryland, and my           09:14:22

23   major was communication theory with minors in          09:14:26

24   statistics and measurement.                            09:14:29

25       My Ph.D. from Purdue was 1970.  My major          09:14:32

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    17

| | | |
|---|---|---|
| 1 | was organizational and interpersonal | 09:14:37 |
| 2 | communication, and I minored in statistics, | 09:14:40 |
| 3 | measurement and industrial psychology, which | 09:14:43 |
| 4 | today we call "human factors." | 09:14:46 |
| 5 | Q    And can you give me a brief overview of | 09:14:49 |
| 6 | your professional history? | 09:14:52 |
| 7 | A    I chaptered briefly for four years at | 09:14:53 |
| 8 | the University of New Mexico in Albuquerque | 09:14:55 |
| 9 | that I taught and was chairman of the | 09:14:59 |
| 10 | department of communication at SUNY Buffalo. | 09:15:02 |
| 11 | And then -- that's my educational background. | 09:15:06 |
| 12 |     And since 1978 I've been president of | 09:15:07 |
| 13 | Goldhaber Research Associates, a market and | 09:15:11 |
| 14 | opinion research company that is devoted | 09:15:15 |
| 15 | towards safety communications, marketing and | 09:15:18 |
| 16 | advertising research. | 09:15:21 |
| 17 | Q    What do you mean by "safety | 09:15:23 |
| 18 | communications"? | 09:15:24 |
| 19 | A    Warning labels, failure to warn issues, | 09:15:25 |
| 20 | instructions, components that have to do with | 09:15:29 |
| 21 | developing products and communicating, which | 09:15:31 |
| 22 | I call in my last book "principal | 09:15:32 |
| 23 | disclosure," engaging in truthful information | 09:15:36 |
| 24 | about the risks and hazards associated with | 09:15:39 |
| 25 | products that companies manufacture. | 09:15:42 |

| | | |
|---|---|---|
| 1 | Q    What does Goldhaber Research Associates | 09:15:45 |
| 2 | do? | 09:15:51 |
| 3 | A    We did a number of things over the | 09:15:51 |
| 4 | years.  We were a market and opinion research | 09:15:53 |
| 5 | company which engaged in focus groups and | 09:15:56 |
| 6 | surveys for our commercial and nonprofit | 09:15:58 |
| 7 | clients.  We engaged in the design and | 09:16:03 |
| 8 | evaluation of warnings in instructional | 09:16:05 |
| 9 | manuals.  And we engaged in the assessment of | 09:16:06 |
| 10 | warnings and safety information for clients. | 09:16:11 |
| 11 | And then we testified, and still do, as an | 09:16:14 |
| 12 | expert witness in litigation involving | 09:16:17 |
| 13 | failure-to-warn claims. | 09:16:20 |
| 14 | By the way, one other part of my | 09:16:24 |
| 15 | professional background, I served as vice | 09:16:26 |
| 16 | president of the International Communication | 09:16:29 |
| 17 | Association, during which I developed and was | 09:16:32 |
| 18 | chairman worldwide of a team of researchers | 09:16:34 |
| 19 | that engaged in what we call the | 09:16:38 |
| 20 | Communication Audit Project. | 09:16:40 |
| 21 | During the Communication Audit Project, | 09:16:42 |
| 22 | we used surveys and focus groups of dozens of | 09:16:44 |
| 23 | corporations and organizations, profitable | 09:16:48 |
| 24 | and nonprofitable, around the world using | 09:16:51 |
| 25 | techniques that I intend to use in this | 09:16:56 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                                    19

| | | |
|---|---|---|
| 1 | litigation. | 09:16:59 |
| 2 | Q    Have you used any of those techniques to | 09:17:00 |
| 3 | date in this litigation? | 09:17:02 |
| 4 | A    No.  As I said, it's in my report that I | 09:17:03 |
| 5 | intend to engage in those if this class is | 09:17:06 |
| 6 | certified. | 09:17:09 |
| 7 | Q    You've been retained as an expert in -- | 09:17:10 |
| 8 | is it dozens, hundreds of cases? | 09:17:14 |
| 9 | A    Easily. | 09:17:18 |
| 10 | Q    Easily what? | 09:17:19 |
| 11 | A    You said "dozens or hundreds," and I | 09:17:22 |
| 12 | said "easily." | 09:17:22 |
| 13 | Q    Okay.  So is it hundreds? | 09:17:24 |
| 14 | A    Easily. | 09:17:24 |
| 15 | Q    How many cases would you estimate you've | 09:17:24 |
| 16 | been retained in as an expert? | 09:17:26 |
| 17 | A    Probably over a thousand. | 09:17:29 |
| 18 | Q    Have you ever testified in a case as a | 09:17:31 |
| 19 | fact witness? | 09:17:33 |
| 20 | A    I don't believe so. | 09:17:34 |
| 21 | Q    Of the 1,000 cases -- | 09:17:36 |
| 22 | A    I don't recall.  Let me answer it that | 09:17:38 |
| 23 | way.  I don't believe so. | 09:17:40 |
| 24 | Q    Of the over 1,000 cases that you've been | 09:17:41 |
| 25 | retained in as an expert, can you estimate | 09:17:44 |

Transcript of Gerald Goldhaber, Ph.D.
Conducted on June 7, 2025                           20

| | | |
|---|---|---|
| 1 | how many were product liability or | 09:17:47 |
| 2 | failure-to-warn cases? | 09:17:49 |
| 3 | A    Well, most of them but I can't tell you | 09:17:51 |
| 4 | statistics because I did get involved in | 09:17:55 |
| 5 | intellectual property, | 09:17:57 |
| 6 | likelihood-of-confusion cases, | 09:17:59 |
| 7 | false-and-misleading-advertising cases.  I | 09:18:01 |
| 8 | can't really give you the breakdown | 09:18:04 |
| 9 | statistically today. | 09:18:08 |
| 10 | Q    Of the false and misleading advertising | 09:18:10 |
| 11 | cases, when was the most recent of those? | 09:18:12 |
| 12 | A    It's current. | 09:18:16 |
| 13 | Q    Other than this one? | 09:18:17 |
| 14 | A    Other than this one, yeah. | 09:18:19 |
| 15 | Q    Okay.  What is that case? | 09:18:20 |
| 16 | A    I'm involved in the Zantac litigation. | 09:18:22 |
| 17 | Q    And what aspect of the Zantac litigation | 09:18:24 |
| 18 | is related to false and misleading | 09:18:26 |
| 19 | advertising? | 09:18:31 |
| 20 | A    It's both a failure-to-warn case and a | 09:18:32 |
| 21 | false and misleading advertising.  The ads | 09:18:33 |
| 22 | that Zantac ran were counter to the safety | 09:18:38 |
| 23 | information that was needed. | 09:18:45 |
| 24 | Q    You have testified both at deposition | 09:18:46 |
| 25 | and a trial in a case called Rodriguez versus | 09:18:49 |

| | | |
|---|---|---|
| 1 | A    I don't believe I've seen that, no. | 09:30:17 |
| 2 | Q    In rendering an opinion about | 09:30:20 |
| 3 | misrepresentations, is it important to know | 09:30:23 |
| 4 | what misrepresentations are at issue in the | 09:30:25 |
| 5 | litigation? | 09:30:28 |
| 6 | A    Yes. | 09:30:28 |
| 7 | Q    Okay.  So let's focus on the | 09:30:29 |
| 8 | representations identified in Paragraphs 7A | 09:30:33 |
| 9 | to 7C.  I'll give you a minute to look at | 09:30:36 |
| 10 | those. | 09:30:39 |
| 11 | A    7A and C? | 09:30:40 |
| 12 | Q    7A through 7C. | 09:30:42 |
| 13 | A    Yes. | 09:30:44 |
| 14 | Q    So focusing on those.  Is it important | 09:30:44 |
| 15 | to the decisions that you've rendered here | 09:30:46 |
| 16 | whether class members saw or read these | 09:30:49 |
| 17 | representations? | 09:30:52 |
| 18 | A    No. | 09:30:53 |
| 19 | Q    Why not? | 09:30:53 |
| 20 | A    Because in the field of communication, | 09:30:54 |
| 21 | and specifically as it relates to mass media, | 09:30:56 |
| 22 | we have what's known as the two-step theory | 09:31:00 |
| 23 | of mass communication. | 09:31:04 |
| 24 |     Those were developed in 1940 by Paul | 09:31:06 |
| 25 | Lazarsfeld and his colleagues.  That means | 09:31:10 |

| | | |
|---|---|---|
| 1 | that the media transmits information, which | 09:31:13 |
| 2 | is then consumed by opinion leaders, who then | 09:31:17 |
| 3 | disseminate it throughout to the public.  And | 09:31:21 |
| 4 | so that's what the two steps is. | 09:31:23 |
| 5 | Step one, the media created information, | 09:31:25 |
| 6 | in this case, Tesla's media is creating | 09:31:27 |
| 7 | information that's disseminated to the | 09:31:32 |
| 8 | public.  Some members of the public | 09:31:34 |
| 9 | individually may have consumed that media. | 09:31:38 |
| 10 | Others didn't. | 09:31:40 |
| 11 | An example I used when I used to teach | 09:31:42 |
| 12 | this is the Vietnam war.  In the Vietnam war, | 09:31:45 |
| 13 | the media reported from Vietnam what was | 09:31:52 |
| 14 | going on.  Walter Cronkite was the source of | 09:31:53 |
| 15 | most information.  Not everybody watched the | 09:31:55 |
| 16 | CBS evening news.  People who watched -- | 09:31:59 |
| 17 | let's say, Alan, you watched it, I didn't. | 09:32:01 |
| 18 | And then we have coffee together.  You might | 09:32:04 |
| 19 | say, hey, did you see Walter Cronkite last | 09:32:08 |
| 20 | night?  You're an opinion leader to me.  And | 09:32:12 |
| 21 | so, therefore, I get my information second | 09:32:13 |
| 22 | step through you.  That's known as the | 09:32:16 |
| 23 | two-step flow. | 09:32:19 |
| 24 | Now, today's mass media, we call it | 09:32:20 |
| 25 | usage and gratification theory.  That means | 09:32:23 |

| | | |
|---|---|---|
| 1 | that instead of the media selecting the | 09:32:26 |
| 2 | audience, today the audience can select the | 09:32:29 |
| 3 | media.  People have many more choices. | 09:32:32 |
| 4 | Social media and cable channels, that are in | 09:32:34 |
| 5 | the dozens, if not more than the dozens.  And | 09:32:39 |
| 6 | we can then pick and choose which media we | 09:32:41 |
| 7 | want to watch or listen to.  But the same | 09:32:44 |
| 8 | thing is true, not everybody picks and | 09:32:47 |
| 9 | chooses the media.  And very often, the media | 09:32:49 |
| 10 | picks and choses the opinion leaders who then | 09:32:53 |
| 11 | discharge the information. | 09:32:56 |
| 12 | What that means is that not everybody | 09:32:58 |
| 13 | has to see a mass mediated transmission to be | 09:32:59 |
| 14 | impacted by that mass mediated transmission. | 09:33:04 |
| 15 | Q   When you say that people have many more | 09:33:11 |
| 16 | choices for media and they can pick and | 09:33:13 |
| 17 | choose, what impact does that have on the | 09:33:16 |
| 18 | diffusion of advertising statements given by | 09:33:21 |
| 19 | particular companies? | 09:33:27 |
| 20 | A    Oh, very directly.  Because if | 09:33:29 |
| 21 | somebody -- I'll give you a very good | 09:33:31 |
| 22 | example.  It's in the materials here. | 09:33:34 |
| 23 | About 200 people, I'm guessing from | 09:33:36 |
| 24 | looking at the videotape, were in the | 09:33:40 |
| 25 | audience at Tesla headquarters in April 22, | 09:33:41 |

| | | |
|---|---|---|
| 1 | 2019, when Elon and his vice presidents and | 09:33:46 |
| 2 | engineers had an investors meeting called | 09:33:48 |
| 3 | Autonomy Day. | 09:33:52 |
| 4 | One of the documents that I inserted | 09:33:55 |
| 5 | here shows, it's a Business Insider story, it | 09:33:58 |
| 6 | said that 40,000 people live streamed that. | 09:34:01 |
| 7 | So if you only relied on the 200 people who | 09:34:04 |
| 8 | were in the audience, that autonomy day | 09:34:07 |
| 9 | messages, which are germane, in my opinion, | 09:34:12 |
| 10 | were communicated only to 200 people, how | 09:34:14 |
| 11 | does it reach the public. | 09:34:16 |
| 12 | Well, 40,000 people were live streaming. | 09:34:17 |
| 13 | Well, there may be a million or more people | 09:34:20 |
| 14 | who might be involved, how do they get it? | 09:34:23 |
| 15 | Well, 40,000 then talk to their friends and | 09:34:24 |
| 16 | their colleagues, social media.  That's an | 09:34:27 |
| 17 | example of how the masses get a message that | 09:34:31 |
| 18 | is, in the field you're talking about, | 09:34:33 |
| 19 | advertising messages diffused. | 09:34:34 |
| 20 | Q    And so all of those different levels of | 09:34:38 |
| 21 | the model you describe, they're all | 09:34:40 |
| 22 | intermediated by different people, right? | 09:34:42 |
| 23 | A    Of course. | 09:34:44 |
| 24 | Q    So different people who are part of that | 09:34:45 |
| 25 | information messaging network communicate in | 09:34:47 |

1   different ways, right?                                  09:34:51

2   A    Yes.  They communicate -- it ultimately           09:34:52

3   comes down to individual face to face.  Which          09:34:53

4   is, by the way, Tesla's model for marketing.           09:34:57

5   It's called DTC, direct to consumer.  And the          09:35:00

6   various channels they use, which have been             09:35:03

7   written about very positively in the                   09:35:06

8   literature, are intended to get to the                 09:35:09

9   individuals.  So that they use the                     09:35:12

10  individuals, customers or potential                    09:35:13

11  customers, to share their information.                 09:35:17

12  That's their eco, their media eco source.              09:35:20

13      It's to start the engines at the top to            09:35:23

14  Elon Musk, through his words, tweets,                  09:35:24

15  interviews, and through the videotapes and             09:35:27

16  through the news stories and website                   09:35:29

17  postings.  And that direct communication goes          09:35:32

18  to individuals who then spread out.  That's            09:35:35

19  the two-step flow that I was talking about,            09:35:38

20  Counselor.                                             09:35:40

21  Q    Returning to the representations in               09:35:42

22  Paragraph 7A through 7C, did you do anything           09:35:43

23  to determine whether customers saw or read             09:35:47

24  those representations?                                 09:35:49

25  A    Well, that's not important at this stage          09:35:51

| | | |
|---|---|---|
| 1 | A    Because I haven't done the research. | 10:41:43 |
| 2 | Q    It would not be consistent with | 10:41:45 |
| 3 | professional standards in your field to offer | 10:41:45 |
| 4 | an opinion on that without doing the | 10:41:48 |
| 5 | research, correct? | 10:41:51 |
| 6 | MS. FIEBER:  Objection, form. | 10:41:52 |
| 7 | Incomplete hypothetical. | 10:41:52 |
| 8 | A    Again, my preliminary opinion is based | 10:41:54 |
| 9 | on my background, research, education, | 10:41:56 |
| 10 | training and the dozens of years that I've | 10:41:59 |
| 11 | been involved in doing these things, these | 10:42:04 |
| 12 | kinds of studies, and looking at what | 10:42:06 |
| 13 | conclusions those studies have resulted in. | 10:42:09 |
| 14 | And based on that, I've reached | 10:42:12 |
| 15 | preliminary opinions.  I have not confirmed | 10:42:14 |
| 16 | those opinions and I won't without data. | 10:42:16 |
| 17 | Q    And the data might disconfirm your | 10:42:19 |
| 18 | opinions, correct? | 10:42:22 |
| 19 | A    I've said that several times. | 10:42:23 |
| 20 | I'm prepared -- I'm an objective | 10:42:25 |
| 21 | scientist.  That's what I am.  I look at | 10:42:27 |
| 22 | data, I live in the world of data, and I will | 10:42:30 |
| 23 | tell my client when the data come in, this is | 10:42:33 |
| 24 | what the data mean from a research | 10:42:37 |
| 25 | standpoint.  Full stop. | 10:42:39 |

| | | |
|---|---|---|
| 1 | I don't bias it, I don't twist it, I | 10:42:41 |
| 2 | simply interpret it.  And if that data | 10:42:45 |
| 3 | interpretation is indicating that people | 10:42:47 |
| 4 | fully understood what Autopilot meant when | 10:42:50 |
| 5 | they made that purchase or lease decision. | 10:42:53 |
| 6 | That's what the data will say. | 10:42:55 |
| 7 | Q    Might the data show that these | 10:42:57 |
| 8 | representations meant different things to | 10:43:00 |
| 9 | different people? | 10:43:02 |
| 10 | A    It could. | 10:43:03 |
| 11 | Q    And might the data show that these -- | 10:43:04 |
| 12 | that the people you survey or include in your | 10:43:06 |
| 13 | focus groups relied or didn't rely on these | 10:43:10 |
| 14 | statements? | 10:43:14 |
| 15 | MS. FIEBER:  Objection.  Speculation. | 10:43:14 |
| 16 | A    Again, the data will be what the data | 10:43:16 |
| 17 | will be.  I can't tell you sitting here what | 10:43:18 |
| 18 | the data will be until I collect it. | 10:43:21 |
| 19 | Q    But that's one of the possible outcomes | 10:43:23 |
| 20 | of the analysis, correct? | 10:43:25 |
| 21 | A    It's a possibility. | 10:43:26 |
| 22 | Q    Does the methodology you described | 10:43:30 |
| 23 | require you to isolate the effect of a | 10:43:32 |
| 24 | particular representation on the customer's | 10:43:35 |
| 25 | purchase decision? | 10:43:37 |

| | | |
|---|---|---|
| 1 | MS. FIEBER: Objection, form. | 10:43:38 |
| 2 | Incomplete hypothetical. | 10:43:38 |
| 3 | A It could. | 10:43:41 |
| 4 | Q In a case about specific | 10:43:42 |
| 5 | representations, is it important to the | 10:43:45 |
| 6 | methodology you described, to isolate the | 10:43:49 |
| 7 | impact of those particular representations on | 10:43:52 |
| 8 | a customer's decision? | 10:43:55 |
| 9 | A Yes. I would do my best, and we | 10:43:57 |
| 10 | would -- that's why we use control | 10:43:59 |
| 11 | situations, control groups. | 10:44:02 |
| 12 | Q In Paragraph 43 you talk about Tesla | 10:44:04 |
| 13 | vehicles being unsafe, driving into fences or | 10:44:07 |
| 14 | how to prevent accidents. | 10:44:11 |
| 15 | Do you see that? | 10:44:13 |
| 16 | A Forty-three? | 10:44:14 |
| 17 | Q Yes. | 10:44:16 |
| 18 | A Let me just look at it for a second. | 10:44:17 |
| 19 | Yes. | 10:44:27 |
| 20 | Q Did you reach a preliminary conclusion | 10:44:27 |
| 21 | in rendering your opinions about whether | 10:44:31 |
| 22 | Tesla's statements about the safety of Full | 10:44:33 |
| 23 | Self-Driving was important or material to | 10:44:37 |
| 24 | customer's purchase decisions? | 10:44:41 |
| 25 | MS. FIEBER: Objection, form. | 10:44:45 |

| | | |
|---|---|---|
| 1 | Incomplete hypothetical. | 10:44:45 |
| 2 | A    That will be part of the research, but I | 10:44:47 |
| 3 | did compare facts, not implied, but facts of | 10:44:49 |
| 4 | what Tesla said the vehicle could do.  Now | 10:44:52 |
| 5 | we're referring to the video.  What the video | 10:44:56 |
| 6 | showed versus what was omitted.  According to | 10:44:59 |
| 7 | the FTC Omission of Statements -- | 10:45:01 |
| 8 | Q    Doctor, I'm going to pause you.  I'm | 10:45:06 |
| 9 | going to pause you. | 10:45:08 |
| 10 | Do you recall what my question was? | 10:45:08 |
| 11 | A    You asked me what I relied on. | 10:45:11 |
| 12 | Q    No. | 10:45:13 |
| 13 | MS. FIEBER:  Counsel, do not interrupt | 10:45:13 |
| 14 | him.  Let him finish. | 10:45:15 |
| 15 | MR. SCHOENFELD:  He's not answering my | 10:45:18 |
| 16 | question.  Let me ask my question | 10:45:20 |
| 17 | again. | 10:45:22 |
| 18 | A    Go ahead. | 10:45:23 |
| 19 | Q    Did you reach a preliminary conclusion | 10:45:23 |
| 20 | in rendering your opinions about whether | 10:45:25 |
| 21 | Tesla's statement about the safety of Full | 10:45:25 |
| 22 | Self-Driving was important or material to | 10:45:27 |
| 23 | customer's purchase decisions? | 10:45:29 |
| 24 | A    Safety will be a consideration when the | 10:45:31 |
| 25 | research is done, if that comes from the | 10:45:33 |

| | | |
|---|---|---|
| 1 | consumers.  We're going to find out what | 10:45:36 |
| 2 | their purchase decision was based on. | 10:45:39 |
| 3 | Q    Understood about your future research. | 10:45:41 |
| 4 | I just want to get clarity about your current | 10:45:42 |
| 5 | opinion. | 10:45:46 |
| 6 |     Did you reach any preliminary opinion | 10:45:47 |
| 7 | about whether statements about safety were | 10:45:48 |
| 8 | material or important to the customers' | 10:45:52 |
| 9 | purchase decisions? | 10:45:54 |
| 10 |     MS. FIEBER:  Objection to form. | 10:45:55 |
| 11 |     Incomplete hypothetical. | 10:45:55 |
| 12 | A    I stated in this report, in all | 10:45:58 |
| 13 | likelihood, they wouldn't have spent the | 10:45:59 |
| 14 | money for Full Self-Driving packages if they | 10:46:03 |
| 15 | had known that the vehicle could drive into a | 10:46:06 |
| 16 | fence. | 10:46:09 |
| 17 | Q    Turning to Paragraph 47 of your report. | 10:46:14 |
| 18 | And again, some of this is going to be | 10:46:17 |
| 19 | repetitive. | 10:46:22 |
| 20 |     You discuss the standard in market | 10:46:23 |
| 21 | research to test customer understanding, | 10:46:27 |
| 22 | right? | 10:46:29 |
| 23 | A    Yes. | 10:46:29 |
| 24 | Q    That's the accepted methodology for | 10:46:29 |
| 25 | determining how customers understand | 10:46:31 |

| | | |
|---|---|---|
| 1 | advertisements or representations, correct? | 10:46:34 |
| 2 | A    Yes. | 10:46:35 |
| 3 | Q    And it's a well-known methodology, | 10:46:35 |
| 4 | correct? | 10:46:36 |
| 5 | A    Yes. | 10:46:38 |
| 6 | Q    And you're familiar with it, correct? | 10:46:38 |
| 7 | A    Yes. | 10:46:39 |
| 8 | Q    And you've done it before, correct? | 10:46:39 |
| 9 | A    Yes. | 10:46:41 |
| 10 | Q    You didn't do it here, correct? | 10:46:41 |
| 11 | A    Not yet. | 10:46:44 |
| 12 | Q    You didn't do any part of it here, | 10:46:44 |
| 13 | correct? | 10:46:46 |
| 14 | A    That's correct. | 10:46:47 |
| 15 | Q    But your current opinion is that, if you | 10:46:47 |
| 16 | do these surveys or focus groups in the | 10:46:49 |
| 17 | future, you'll be able to reach a conclusion | 10:46:52 |
| 18 | about what a reasonable consumer understands | 10:46:55 |
| 19 | of these representations? | 10:46:58 |
| 20 | A    Yes. | 10:47:00 |
| 21 | Q    How do you choose a representative of | 10:47:00 |
| 22 | consumers? | 10:47:03 |
| 23 | A    Once the Judge certifies what the class | 10:47:04 |
| 24 | will be, we will follow the parameters of | 10:47:08 |
| 25 | that class.  And we will probably end up with | 10:47:11 |

| | | |
|---|---|---|
| 1 | some sub sample that will be control | 10:47:13 |
| 2 | conditions that may be not in the class to | 10:47:16 |
| 3 | compare perceptions. | 10:47:18 |
| 4 | I haven't thought through the exact | 10:47:20 |
| 5 | nature of what the controls will be yet | 10:47:21 |
| 6 | because I'm waiting to see what the Judge | 10:47:24 |
| 7 | says what the class parameters are. Once I | 10:47:26 |
| 8 | know those parameters, I'll know what the | 10:47:29 |
| 9 | sample should be and who won't be in the | 10:47:33 |
| 10 | sample that I might use in control | 10:47:34 |
| 11 | conditions. | 10:47:36 |
| 12 | Q    Might members of the survey pool or | 10:47:37 |
| 13 | focus group have different understandings of | 10:47:39 |
| 14 | the particular representations? | 10:47:41 |
| 15 | MS. FIEBER:  Objection, form. | 10:47:43 |
| 16 | Speculation. | 10:47:43 |
| 17 | A    I think you asked me this several times | 10:47:44 |
| 18 | and the answer is yes. | 10:47:46 |
| 19 | Q    So is there any way to know, without | 10:47:47 |
| 20 | having done the surveys or focus groups, | 10:47:49 |
| 21 | whether class members will have different | 10:47:51 |
| 22 | understandings of these representations? | 10:47:55 |
| 23 | A    That's -- to that macro level, the | 10:47:56 |
| 24 | answer is yes. | 10:47:58 |
| 25 | Q    Well, what do you mean "to that macro | 10:47:59 |

| | | |
|---|---|---|
| 1 | as to whether a class could or should be | 11:05:19 |
| 2 | certified? | 11:05:23 |
| 3 | A    No. | 11:05:23 |
| 4 | Q    Are you offering an opinion as to | 11:05:23 |
| 5 | whether common evidence proves any element of | 11:05:25 |
| 6 | Plaintiff's claims? | 11:05:28 |
| 7 | A    My common evidence is going to refer to | 11:05:30 |
| 8 | the sources I've already cited, along with | 11:05:31 |
| 9 | the data that I prepared for the second | 11:05:36 |
| 10 | round, if certified. | 11:05:38 |
| 11 | Q    And so you would need to conduct the | 11:05:39 |
| 12 | surveys and focus groups that you have not | 11:05:42 |
| 13 | conducted to determine whether there is | 11:05:44 |
| 14 | common evidence to prove elements of | 11:05:46 |
| 15 | Plaintiff's claims, correct? | 11:05:48 |
| 16 | MS. FIEBER:  Objection -- | 11:05:49 |
| 17 | A    To prove but not preliminarily.  I've | 11:05:50 |
| 18 | reached preliminary opinions based on | 11:05:53 |
| 19 | 47 years of doing this and looking at the | 11:05:57 |
| 20 | actual data that I cited that led to these | 11:05:59 |
| 21 | preliminary conclusions; the video, the | 11:06:05 |
| 22 | tweets, the news stories. | 11:06:07 |
| 23 | Q    Have you reached preliminary conclusions | 11:06:08 |
| 24 | as to whether every member of the class | 11:06:12 |
| 25 | viewed those representations? | 11:06:15 |

```
1    A      No.  I've reached the conclusion that        11:06:17
2    it's more likely than not that they were            11:06:18
3    exposed to it through the two-step flow of          11:06:21
4    information, which I described at the               11:06:24
5    beginning of this deposition.                       11:06:25
6    Q    Some of which is direct to Tesla and           11:06:26
7    some of which is indirect through the               11:06:28
8    dispersion we discussed, right?                     11:06:30
9    A      Through the oral means or channels of        11:06:34
10   communication.  Once the Tesla source              11:06:36
11   disseminates through opinion leaders, who           11:06:38
12   then disseminate through the masses, who            11:06:41
13   communicate orally.                                 11:06:44
14   Q    Have you reached any preliminary               11:06:45
15   conclusion as to whether every member of the        11:06:47
16   class relied on those representations?              11:06:50
17   A    Whether every member's relied?  No.  I         11:06:53
18   simply said that this is more likely than not       11:06:55
19   based on what I've looked at, but I will            11:06:57
20   confirm that with survey and/or focus group         11:06:58
21   data.                                               11:06:59
22   Q    And you don't know, sitting here today,        11:07:00
23   one way or the other whether the survey or          11:07:02
24   focus group data will demonstrate whether all       11:07:05
25   members of the class relied on the                  11:07:09
```

1                     C E R T I F I C A T E

2

3     I, KIARA MILLER,

4     A Shorthand Reporter and Notary Public of the

5     State of New York, do hereby certify:

6

7     That the witness whose examination is

8     hereinbefore set forth, was duly sworn or

9     affirmed by me, and the foregoing transcript is

10    a true record of the testimony given by such

11    witness.

12

13    I further certify that I am not related to any

14    of the parties to this action by blood or

15    marriage, and that I am in no way interested in

16    the outcome of this matter.

17

18                    *Kiara Miller*

19

20                    KIARA MILLER

21

22

23

24

25