MAKENA KERSHAW
DECL. EX. 35



## HIGHLY CONFIDENTIAL
## ATTORNEYS' EYES ONLY

# Transcript of Brenda Lee

**Date:** July 8, 2025
**Case:** Tesla Advanced Driver Assistance Systems: In Re:

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3
                              )
4                             )
                              )
5   In re Tesla Advanced Driver  ) Case No.
    Assistance Systems          ) 3:22-cv-05240-RFL
6   Litigation                 )
                              )
7   _____ )

8

9                    ***

10          HIGHLY CONFIDENTIAL

11         ATTORNEYS' EYES ONLY

12                   ***

13           DEPOSITION OF

14             BRENDA LEE

15        Burlingame, California

16        Tuesday, July 8, 2025

17          11:00 a.m. PST

18

19

20

21

22

23   STENOGRAPHICALLY REPORTED BY:
     Shannon Borge, RPR, CSR No. 9436
24
     Job No. 590114
25   Pages 1 - 90

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    2

1          Deposition of Brenda Lee, taken on behalf of

2    Plaintiffs at San Francisco Airport Office Center,

3    840 Malcolm Road, Burlingame, California, on Tuesday,

4    July 8, 2025, beginning at 11:00 a.m. PST and ending at

5    1:32 p.m. PST, before Shannon Borge, a Certified

6    Shorthand Reporter, Registered Professional Reporter.

7

8                      ---oOo---

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    3

```
 1                    A P P E A R A N C E S

 2                       ---oOo---

 3

 4   ON BEHALF OF THE PLAINTIFF AND PROPOSED CLASS:

 5         COTCHETT, PITRE & McCARTHY, LLP
           BY:  MAKENA-KALA KERSHAW, ESQUIRE
 6                 -and-
                 JULIE FIEBER, ESQUIRE
 7         San Francisco Airport Office Center
           840 Malcolm Road
 8         Suite 200
           Burlingame, California 94010
 9         650.697.6000
           jfieber@cpmlegal.com
10

11   ON BEHALF OF THE DEFENDANTS TESLA, INC., TESLA LEASE
     TRUST, AND TESLA FINANCE, LLC:
12
           WILMER CUTLER PICKERING HALE AND DORR LLP
13         BY:  ALLISON BINGXUE QUE, ESQUIRE
                 -and-
14               CHRISTOPHER T. CASAMASSIMA, ESQUIRE
           2600 El Camino Real, Suite 400
15         Palo Alto, California 94306
           650.858.6000
16         allison.que@wilmerhale.com

17   ALSO PRESENT:

18
           (Via videoconference)
19         TAYLOR McCONKI, Associate General Counsel,
           Litigation & Regulatory at Tesla, Inc.
20

21

22                       ---oOo---

23

24

25
```

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    4

1                      I N D E X

2    WITNESS                                    PAGE

3    BRENDA LEE

4    Examination By Ms. Kershaw                5, 87

5    Examination By Ms. Que                      84

6                     ---oOo---

7
                     E X H I B I T S
8
     EXHIBIT           DESCRIPTION            PAGE
9
         27     LinkedIn profile of Brenda Jiwon
10              Lee                               9

11       28     Declaration of Brenda Jiwon Lee
                in Support of Defendants' Opposition
12              to Plaintiff Losavio's Motion for
                Class Certification               15
13
         29     10/20/2016 through 06/25/2025
14              Wayback Machine printout         62

15       30     10/20/2016 through 04/14/2025
                Wayback Machine printout         65
16
         31     10/20/2016 through 04/14/2025
17              Wayback Machine printout         67

18

19
                     ---oOo---
20

21

22

23

24

25

1    website, and then comes back, are those two visits?

2         A    Exit as in leave the --

3         Q    Leave the page, yes.

4         A    Yes.  That will be counted as two.

5         Q    And does the site traffic in Column C catch

6    phone -- phone views?  Laptop views?

7              MS. QUE:  Objection to form.

8              THE WITNESS:  So the dependency is if -- this

9    is all cookie based.  So if the user has rejected

10   cookies or if they had ad blockers -- usually on Apple,

11   like, there's a lot of security stuff -- security

12   settings -- then -- then we won't be able to capture

13   traffic so it's not 100 percent accurate.

14   BY MS. KERSHAW:

15        Q    Okay.  So the numbers in Column C represent

16   users who have rejected cookies on the Tesla website to

17   clarify?  I want to make sure I understand.

18        A    Oh, who has not rejected.

19        Q    Who has not -- who have not rejected cookies.

20        A    Yeah.

21        Q    Okay.  So users who have accepted the cookies?

22        A    Correct, or doesn't have any, like, ad

23   blockers.

24        Q    And if a cookie -- or, if -- not a cookie -- if

25   the cookies are rejected or an ad blocker is in place,

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    24

1    you cannot capture those users visiting the website?

2        A    Yes.  If they're on, like, incognito or they

3    have their cookies blocked, we cannot capture their

4    data.

5        Q    And for Column D, the numbers in Column D, do

6    these also reflect the number of visits for users who

7    have accepted cookies?

8            MS. QUE:  Objection to form.

9    BY MS. KERSHAW:

10       Q    If you would like me to rephrase that question,

11   I can.

12       A    Yes, please.

13       Q    Column D, which is the page for

14   tesla.com/autopilot, what do the numbers in this column

15   represent?

16       A    It's the number of browsing web session where

17   they viewed the autopilot page at least once within

18   their browsing session.

19       Q    And these number of views, similar to Column C,

20   only represent the number of views of users who have

21   accepted cookies?

22       A    Sorry.  I want to clarify about accepting

23   cookies.

24       Q    Yes.

25       A    We don't have a cookie banner on our site

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                26

1      Q    For Column F, which is the
2  "all-tesla-cars-being-produced-now-have-full-service-
3  driving-hardware" blog post, which from here on out I'll
4  refer to as the blog post or Column F, what do these
5  numbers represent?
6      A    It's the number of browsing session where they
7  had at least one page view to the blog page.
8      Q    And these numbers don't reflect users who used
9  incognito mode or an ad blocker or rejected cookies?
10     A    Yes, correct.
11     Q    So these numbers could realistically -- or,
12 scratch that.
13          These numbers undercount the actual visits to
14 the website assuming users us incognito mode, ad
15 blockers, reject cookies?
16     A    Potentially.
17          MS. QUE:  Objection to form.  Calls for
18 speculation.
19          THE WITNESS:  Potentially.
20 BY MS. KERSHAW:
21     Q    For -- in Column B -- in Column B, you have the
22 country being the United States.  Could you explain
23 Column B.  Is this -- could you explain Column B.
24     A    So Google Analytics has location data and they
25 determine location based on assumed IP address.  So this

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    43

```
1    BY MS. KERSHAW:
2         Q    Yes.  So you started working at Tesla in August
3    of 2017, which would be Column -- or, not Column --
4    Row 9.
5         A    Uh-huh.
6         Q    So for Rows 1 through 8, this data is from
7    before you started working at Tesla.
8         A    It was captured before, yes.
9         Q    Did you take any steps to verify this data?
10             MS. QUE:  Objection to form.
11             THE WITNESS:  No.
12   BY MS. KERSHAW:
13        Q    So did you talk to anyone who worked at Tesla
14   during those eight months -- or, seven months?
15             MS. QUE:  Objection to form.
16             THE WITNESS:  So I wasn't here during those
17   eight months.
18   BY MS. KERSHAW:
19        Q    Right.  So did you talk to anyone who was
20   working at Tesla during those seven months to verify
21   that data when you made this exhibit?
22             MS. QUE:  Objection to form.
23             THE WITNESS:  No.
24   BY MS. KERSHAW:
25        Q    So to confirm, you did not audit this data?
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    44

1          MS. QUE:  Objection to form.

2    BY MS. KERSHAW:

3       Q    You have -- so you have no idea if there are or

4    could be -- scratch that.

5          So you have no idea if there are technical

6    issues with the site traffic data in Column C, Rows 2

7    through 7?

8          MS. QUE:  Objection to form.

9          THE WITNESS:  Yeah, I'm not sure.  I just

10   pulled from the data that we have.

11   BY MS. KERSHAW:

12      Q    So to confirm, website does not audit website

13   traffic data?

14         MS. QUE:  Objection to form.

15   BY MS. KERSHAW:

16      Q    Or, Tesla does not audit website traffic data?

17         MS. QUE:  Objection to form.

18         THE WITNESS:  I don't think so, no.

19   BY MS. KERSHAW:

20      Q    Do you know who has access to modify the

21   content on the web page in Column D?

22      A    No.  I'm not sure who owns that page.

23      Q    Do you know who has access to modify the

24   content in Column E?

25      A    No, I don't know.

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    61

1      Q    Okay.  Go back to Exhibit A or the data.  So if
2   I can direct your attention to Column E, the Tesla
3   autopilot support page.
4           What do the empty cells in Row 2 through 28
5   mean?
6      A    Data was not there.  So that could indicate
7   that the page was not there or we didn't have tracking
8   for that page at that point.  I'm not sure exactly the
9   reason for it.
10     Q    If I could direct your attention to Column D.
11  What do the cells in Rows 2 through 12 mean?
12     A    Yeah, same answer.  So either the page was not
13  there or not built so we don't have data for it or
14  tracking was not -- tracking was not there.
15     Q    Do you know if the web page in Column D existed
16  before December of 2017?
17     A    I'm not sure when the page was built.
18     Q    If the page -- or, are there pages on Tesla --
19  on -- scratch that.  If there -- or, scratch that.
20          Why -- if a page existed before a certain date,
21  why would the -- why would there be no data on that
22  page?
23          MS. QUE:  Objection.  Lack of foundation.
24  Assumes facts not in evidence.
25          THE WITNESS:  I'm not sure when it was built so

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    64

```
1        A    Yes.
2        Q    Those larger circles just mean that there was
3    more than one capture at that date.  So the Wayback
4    Machine recorded the existence of the web page in
5    Column D in 2017, but Tesla does not have any data in
6    Column D.
7             MS. QUE:  Objection to form.
8             Is there a question?
9             MS. KERSHAW:  I was not done with my question
10   yet.
11            MS. QUE:  Sorry.  Go ahead.
12   BY MS. KERSHAW:
13       Q    So, if you notice, the Wayback Machine here
14   indicates and records the existence of the web page in
15   Column D, but Tesla does not have any record of site
16   traffic for the months of 2017 in Rows 2 through 12?
17            MS. QUE:  Objection to form.
18            THE WITNESS:  At least from my recollection,
19   when I pulled up data, there was no data for those
20   months in 2017.
21   BY MS. KERSHAW:
22       Q    Why might that be?
23       A    I'm really not sure.
24       Q    Who would know why that would be?
25       A    I have to go back and check, but I'm also not
```

HIGHLY CONFIDENTIAL

Transcript of Brenda Lee
Conducted on July 8, 2025                    71

1    to your creation of Exhibit A, all of the queries you

2    have run for website traffic through the Google

3    Analytics platform resulted in a data answer?

4            MS. QUE:  Objection to form.

5            THE WITNESS:  In most cases because I do

6    analysis on current -- or, recent data.  I don't really

7    do historical data.  It's usually like a look back of

8    one week or so.

9    BY MS. KERSHAW:

10       Q    Is it common for -- scratch that.

11           Have you heard of historical data queries not

12   resulting in an answer for website traffic data queries

13   through the Google Analytics platform?

14           MS. QUE:  Objection.  Calls for hearsay.

15           THE WITNESS:  I'm not sure.  I never look at

16   like 2017 or historical data usually.

17   BY MS. KERSHAW:

18       Q    When you ran the query for Column D, Rows 2

19   through 12, and you did not get an answer, what did you

20   do to verify that data or that answer?

21           MS. QUE:  Objection to form.

22           THE WITNESS:  There was no data so I didn't do

23   any verification.  What do you --

24   BY MS. KERSHAW:

25       Q    Did -- did you verify that the web page existed

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    72

1    during these months?

2              MS. QUE:  Objection to form.

3              THE WITNESS:  No, I don't know if it existed

4    during those months.

5    BY MS. KERSHAW:

6        Q    Did you -- scratch that.

7              Why did you not check whether or not the web

8    page existed during the months you ran queries for?

9              MS. QUE:  Objection to form.

10             THE WITNESS:  It wasn't -- I just didn't.

11   BY MS. KERSHAW:

12       Q    Column F, Rows 2 through 12, did you do

13   anything to verify the lack of data in response to your

14   query?

15             MS. QUE:  Objection to form.

16             THE WITNESS:  No.  I just pulled the data

17   directly from what I could pull from the database.

18   BY MS. KERSHAW:

19       Q    Did you ask anyone if the web page existed in

20   the months reflected in Rows 2 through 12 of Column F?

21       A    No.

22       Q    Is there anywhere else other than the Google

23   Analytics platform where site traffic data is stored?

24             MS. QUE:  Objection to form.

25             THE WITNESS:  Not that I'm aware of.

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                                    73

```
 1   BY MS. KERSHAW:
 2        Q    Did you ask to verify if the website traffic
 3   data was actually collected for the months reflected in
 4   the rows and columns of this chart?
 5             MS. QUE:  Objection to form.
 6             THE WITNESS:  Sorry.  Could you repeat that.
 7   Verify --
 8   BY MS. KERSHAW:
 9        Q    Did you -- did you verify if the data was
10   actually collected for the months reflected in the rows
11   and columns of this chart?
12             MS. QUE:  Objection to form.
13             THE WITNESS:  There wasn't a verification
14   process.  It's just pull for those months.
15   BY MS. KERSHAW:
16        Q    After you created this chart, did you show it
17   to anyone else at Tesla for confirmation?
18        A    No, I didn't.
19        Q    After you created this chart -- or, scratch
20   that.
21             After you pulled the query -- scratch that.
22             After you ran the query for Column D, Rows 2
23   through 12, did you do anything to verify that the data
24   was actually collecting empty entries?
25             MS. QUE:  Objection to form.
```

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    74

1              THE WITNESS:  If I realized I was collecting

2    empty entries or --

3    BY MS. KERSHAW:

4         Q    Did you do anything to verify that the data

5    response to your query was an empty entry or --

6         A    No, I didn't do any verification.

7         Q    For Column F, Rows 2 through 12, did you do

8    anything to verify that the empty response you got --

9    or, did you do anything to verify the empty response

10   that you got?

11             MS. QUE:  Object to form.

12             THE WITNESS:  No, I didn't.

13   BY MS. KERSHAW:

14        Q    Column F, Rows 94 through 100, did you do

15   anything to verify that the query response you got from

16   Google Analytics was correct?

17             MS. QUE:  Objection to form.

18             THE WITNESS:  94 to 100?

19   BY MS. KERSHAW:

20        Q    Yes.

21        A    No, I didn't go through any verification

22   process.

23        Q    Did you verify or double-check any of the

24   numbers in Exhibit A?

25             MS. QUE:  Objection to form.

1    I believe I'm nearly finished.  I just want to review my

2    outline and make sure.

3            MS. QUE:  Sure.

4            MR. CASAMASSIMA:  Sure.

5            (Recess.)

6            MS. KERSHAW:  Let's go back on the record.

7    BY MS. KERSHAW:

8        Q    If a page were to -- or, scratch that.

9            If a url were to redirect to another page on

10   the Tesla website, will the Google Analytics platform

11   capture a view to the original url?

12       A    I don't think so.  I think it's to the

13   redirected url.

14       Q    Have you done anything to verify the Google

15   Analytics platform was working during the months of

16   Rows 2 through 12 in Columns D and F?

17           MS. QUE:  Objection to form.

18           THE WITNESS:  No, I didn't verify if it was

19   working back then.

20   BY MS. KERSHAW:

21       Q    Have you done anything to check if any changes

22   were made to the data between the time the Google

23   Analytics platform recorded the website trafficking data

24   and you running the query to create this report?

25           MS. QUE:  Objection to form.

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    79

1              THE WITNESS:  So since Google Analytics was

2    implemented to when I pulled the data?

3    BY MS. KERSHAW:

4        Q    Yes.

5        A    If it was changed in any way?

6        Q    Yes.

7        A    And whether I verified that or --

8        Q    Did you verify that the data that the Google

9    Analytics platform -- scratch that.

10             Have you done anything to check if any changes

11   were made to the website traffic data between the time

12   the Google Analytics platform recorded that data and the

13   time you ran a query to create this report?

14             MS. QUE:  Objection to form.

15             THE WITNESS:  No, I didn't do any verification

16   of some sort.

17   BY MS. KERSHAW:

18       Q    Are there ever any outages with the Google

19   Analytics platform?

20             MS. QUE:  Objection to form.

21             THE WITNESS:  Not that I can recollect.

22   BY MS. KERSHAW:

23       Q    Have you ever seen a report or document at

24   Tesla validating that the data you pulled in this

25   exhibit is correct?

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    80

1              MS. QUE:  Objection to form.

2              THE WITNESS:  No, I haven't seen a report.

3   BY MS. KERSHAW:

4      Q    And do you know one way or the other if an

5   outage can happen?

6              MS. QUE:  Objection.  Vague.

7              THE WITNESS:  Whether it can happen?

8   BY MS. KERSHAW:

9      Q    On the Google -- do you know one way or another

10  if the Google Auto -- if the Google Analytics platform

11  can experience an outage?

12     A    I have never heard of that, but maybe.  I don't

13  -- I've never -- yeah, I don't know.

14     Q    I want to be clear.  You took no steps to

15  verify the data you are reporting in Exhibit A is

16  accurate?

17             MS. QUE:  Objection.  Mischaracterizing witness

18  testimony.

19             THE WITNESS:  I verified on my end that the

20  queries were correct.

21  BY MS. KERSHAW:

22     Q    Other than verifying the query was correct, did

23  you take any steps to verify the data you reported in

24  Exhibit A was accurate?

25             MS. QUE:  Objection to form.

HIGHLY CONFIDENTIAL
Transcript of Brenda Lee
Conducted on July 8, 2025                    90

```
 1          CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2

 3     STATE OF CALIFORNIA )
                           )  ss.
 4     COUNTY OF SACRAMENTO)

 5          I, SHANNON BORGE, RPR, CSR No. 9436, Certified

 6     Shorthand Reporter, do hereby certify:

 7          That prior to being examined, the witness in

 8     the foregoing proceedings was by me duly sworn to

 9     testify to the truth, the whole truth, and nothing but

10     the truth;
                    That said proceedings were taken by me in
11     shorthand and thereafter transcribed into typewriting

12     under my direction and supervision;

13          That I am neither counsel for, nor related to,

14     any party to said proceedings, nor in any way interested

15     in the outcome thereof.

16          I further certify that I am not a party to any

17     stipulation, if made, that would waive my duties

18     mandated by the Court Reporters Board of California.

19          In witness whereof, I have hereunto subscribed

20     my name.

21          Dated:  Thursday, July 10, 2025

22

23

24     _____
                  Shannon Borge, RPR, CSR
25                Certificate No. 9436
```