FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA
BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL |
| | **CLASS ACTION** |
| | **PLAINTIFF'S NOTICE OF FILING AMENDED REDACTIONS OF EXHIBITS 2, 3, AND 4 TO THE DECLARATION OF JULIE L. FIEBER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION PER ECF ORDER 160** |
| This Case Relates To All Actions | |

Plaintiff's Notice of Filing Amended Redactions of Exhibits 2,3, and 4 to Decl ISO Mtn for Class
Certification Per ECF Order 160
Case No. 3:22-cv-05240-RFL

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

1   **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2         PLEASE TAKE NOTICE THAT pursuant to the Court's Order Granting in Part and denying

3   in Part [137] Administrative Motion to File Under Seal [ECF 160]. Plaintiff hereby files a public

4   version with amended redactions of Exhibits 2, 3 and 4 attached to the Declaration of Julie L. Fieber

5   in Support of Plaintiff's Motion for Class Certification.

6

7    Dated:  August 25, 2025                          **COTCHETT PITRE & MCCARTHY LLP**

8                                                     By:    */s/      Julie L. Fieber*
                                                             Julie L. Fieber (SBN 202857)
9                                                            jfieber@cpmlegal.com
                                                             Julie L. Fieber (SBN 202857)
10                                                           jfieber@cpmlegal.com
                                                             Frank M. Pitre (SBN 100077)
11                                                           fpitre@cpmlegal.com
                                                             Thomas E. Loeser (SBN 202724)
12                                                           tloeser@cpmlegal.com
                                                             Makena A. Kershaw (SBN 356645)
13                                                           mkershaw@cpmlegal.com

14                                                   **BOTTINI & BOTTINI, INC.**
                                                             Francis A. Bottini, Jr. (SBN 175783)
15                                                           fbottini@bottinilaw.com

16                                                   **CASEY GERRY SCHENK FRANCAVILLA**
                                                     **BLATT & PENFIELD, LLP**
17                                                           David S. Casey, Jr. (SBN 060768)
                                                             dcasey@cglaw.com
18                                                           Gayle M. Blatt (SBN 122048)
                                                             gmb@cglaw.com
19                                                           P. Camille Guerra (SBN 326546)
                                                             camille@cglaw.com
20
                                                     *Attorneys for Plaintiffs and the Proposed Class*
21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiff's Notice of Filing Amended Redactions of Exhibits 2,3, and 4 to Decl ISO Mtn for Class
Certification Per ECF Order 160       1
Case No. 3:22-cv-05240-RFL

1

**SIGNATURE ATTESTATION**

2      Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and

3  Procedures Manual, I, Julie L. Fieber, attest that the other signatories listed, and on whose behalf this

4  filing is submitted, concur in the filing content and have authorized this filing

5

6  Dated: August 25, 2025                    _/s/ Julie L. Fieber_____
                                                     Julie L. Fieber

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

Plaintiff's Notice of Filing Amended Redactions of Exhibits 2,3, and 4 to Decl ISO Mtn for Class
Certification Per ECF Order 160
Case No. 3:22-cv-05240-RFL                                                          2