Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
CASEY GERRY FRANCAVILLA BLATT LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

*Counsel for Plaintiff and the Classes*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL <br><br> <u>**CLASS ACTION**</u> <br><br> **JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: September 24, 2025 <br> Time: 10:00 a.m. <br><br> Courtroom: 15 – 18th Floor (via Zoom) <br> 450 Golden Gate Ave., <br> San Francisco, CA 94102 |

In advance of the September 24, 2025 Case Management Conference, and pursuant to Civil Local Rule 16-10(d) and this Court's order on class certification, the Parties submit this Joint Case Management Statement.

**A.    CLASS CERTIFICATION**

On May 6, 2025, Plaintiff Thomas LoSavio, individually and on behalf of proposed classes, filed a Motion for Class Certification ECF No. 138.  On June 17, 2025, Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC (collectively, "Tesla" or "Defendants") filed their Opposition. ECF No. 146. On July 22, 2025, Plaintiff's Reply to Defendants' Opposition was filed (ECF No. 148) and on August 12, 2025, the hearing on Plaintiff's Motion for Class Certification was held.

On August 18, 2025, the Court issued a Redacted Order Certifying Class and Appointing Counsel subject to modification of class definitions, ordering Plaintiff to file an amended complaint within fourteen (14) days of the Order and scheduling a Case Management Conference for September 24, 2025 at 10:00 a.m. to be conducted remotely. ECF No. 157. The unredacted Order granting Plaintiff's Motion for Class Certification subject to modified class definitions was entered on September 3, 2025. ECF No. 164.

The Court certified two damage classes: (1)  California Arbitration Opt-Out Class: Purchasers/lessees of Tesla vehicles who paid separately for FSD between May 19, 2017 – July 31, 2024, in California or current California residents, who opted out of arbitration and (2) California Pre-Arbitration Class: Purchasers/lessees who paid separately for FSD between October 20, 2016 – May 19, 2017, in California or current California residents. The Court limited the alleged misstatements at issue to the Hardware Statement.  The Court further certified a narrower Rule 23(b)(2) injunctive class for members of the two damages classes who "have stated that they would like to purchase or subscribe to  FSD in the future but cannot rely on the product's future advertising or labeling."  ECF No. 157 at 20.

In accordance with the Court's Order, Plaintiff filed a Consolidated Fourth Amended Complaint (ECF No. 163) on August 29, 2025. Defendants filed their Answer to Plaintiff's Consolidated Fourth Amended Complaint on September 12, 2025. ECF No. 166.

- 1 -

**B.**    **RELATED APPELLATE PROCEEDINGS**

On September 1, 2025, Defendants filed a Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f) in the United States Court of Appeals for the Ninth Circuit, seeking interlocutory review of this Court's August 18, 2025 Order granting class certification.  On September 11, 2025, Plaintiff/Class Representative LoSavio filed an Answer opposing the Rule 23(f) petition.  On September 15, 2025, Tesla filed a Motion for Leave to File a Reply in support of the petition.

As of the date of this Joint Case Management Statement, the Ninth Circuit has not ruled on the Defendants' petition. The Parties will promptly inform this Court of any Ninth Circuit order.

**C.**    **MOTIONS**

**1.**    **Pending Motions**

There are no motions currently pending in this case, though Defendants' Rule 23 (f) Petition described above is pending.

**2.**    **Anticipated Motions**

**Plaintiff**: In the immediate term, Plaintiff anticipates filing a motion for approval of Class Notice.  Plaintiff will meet and confer with Defendants on the content and form of the Notice and will endeavor to reach agreement on same. Plaintiff may file a motion for summary judgment and/or partial summary judgment.  Discovery issues are being resolved by Chief Magistrate Judge Donna Ryu.

**Defendants**:  Defendants may file a motion to decertify the class and/or a motion for summary judgment.

**D.**    **DISCOVERY**

Discovery is ongoing.  As stated above, the Parties have been referred to Chief Magistrate Judge Donna Ryu for discovery dispute resolution. There are no pending matters before Judge Ryu at this time, however, the Parties will be meeting and conferring on Tesla's most recent discovery responses and will submit any unresolved discovery issues to Judge Ryu..

**E.**    **SETTLEMENT AND ADR**

The Parties previously agreed upon Robert Meyer of JAMS as a mediator in this matter.  A mediation was set for June 4, 2025. See ECF No. 122. As previously reported, on May 27, 2025, the

- 2 -

parties participated in a pre-mediation teleconference with Mr. Meyer. The Parties and Mr. Meyer agreed that mediation would not be productive at that time given the Parties' differing views about how the case might be resolved.  The mediation scheduled for June 4, 2025, was taken off calendar. The parties agreed to reschedule the mediation after Plaintiff's motion for class certification has been resolved. ECF No. 142.

**Plaintiff**: Plaintiff and Class Counsel are willing to re-engage with Mr. Meyer at this time.

**Defendants**: Tesla remains committed to exploring in good faith the possibility of a negotiated resolution to this case, and will meet and confer with Plaintiff about whether and when re-engaging with Mr. Meyer would be productive.  At this time, however, Tesla does not believe further mediation would be productive.

## F.     SCHEDULING

The Parties propose the following:

| | Plaintiff's Proposal | Tesla's Proposal |
|---|---|---|
| Notice Deadline | December 1, 2025 | December 1, 2025 |
| Last day to notice depositions | April 1, 2026 | January 16, 2026 |
| Close of fact discovery | May 30, 2026 | February 13, 2026 |
| Expert Disclosures and Reports | June 1,2026 | March 13, 2026 |
| Rebuttal Expert Disclosures and Reports | July 1, 2026 | April 10, 2026 |
| Close of Expert Discovery | August 1, 2026 | May 1, 2026 |
| Dispositive Motions and Related Motions to Exclude filing deadline | September 1, 2026 | June 5, 2026 |
| Opposition to Dispositive Motions and Related Motions to Exclude | October 16, 2026 | July 10, 2026 |
| Reply re Dispositive Motions and Related Motions to Exclude | November 6, 2026 | July 31, 2026 |

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:22-cv-05240-RFL

|  | Plaintiff's Proposal | Tesla's Proposal |
|---|---|---|
| Pretrial Disclosure Requirements, Fed. R. Civ. P. 26(a)(3) | December 5, 2026 | September 4, 2026 |
| Lodge Final Pretrial Conference Order | December 18, 2026 | September 17, 2026 |
| Final Pretrial Conference | January 15, 2027 | October 15, 2026 |

**G.    TRIAL**

      **Plaintiff**: Plaintiff expects the length of any jury trial will not exceed 15 court days.

      **Defendants**: Defendants anticipate the length of the trial will not exceed 10 court days.

Respectfully submitted,
  Dated: September 17, 2025

**COTCHETT PITRE & McCARTHY LLP**

By:    */s Julie L. Fieber*
          Julie L. Fieber (SBN 202857)
          jfieber@cpmlegal.com
          Frank M. Pitre (SBN 100077)
          fpitre@cpmlegal.com
          Thomas E. Loeser (SBN 202724)
          tloeser@cpmlegal.com
          Makena A. Kershaw (SBN 356645)
          mkershaw@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
          Francis A. Bottini, Jr. (SBN 175783)
          fbottini@bottinilaw.com

**CASEY GERRY FRANCAVILLA BLATT LLP**
          David S. Casey, Jr. (SBN 060768)
          dcasey@cglaw.com
          Gayle M. Blatt (SBN 122048)
          gmb@cglaw.com
          P. Camille Guerra (SBN 326546)
          camille@cglaw.com

*Attorneys for Plaintiff and the Classes*

- 4 -

Dated: September 17, 2025

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:      */s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
Allison Que (SBN 324044)
allison.que@wilmerhale.com
David Marcus (SBN 158704)
david.marcus@wilmerhale.com

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*


## ATTORNEY ATTESTATION

I, Julie L. Fieber, am the ECF User whose ID and password are being used to file the Joint Case Management Statement and Rule 26(f) Report. In compliance with Civil Local Rule 5-l(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.


Dated: September 17, 2025

By:      */s/ Julie L. Fieber*
Julie L. Fieber

JOINT CASE MANAGEMENT STATEMENT
Case No. 3:22-cv-05240-RFL