Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
*Attorneys for Plaintiffs Thomas LoSavio, Brenda Broussard, and the Class*

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

*Attorneys for Plaintiff Dominick Battiato and the Class*

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
CASEY GERRY FRANCAVILLA BLATT LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
*Attorneys for Plaintiffs Christopher Mallow, Jazmin Imaguchi, and the Class*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Joshua A. Vittor (SBN 326221)
Joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

Allison Bingxue Que (SBN 324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br>This Case Relates To All Actions | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT REGARDING ARBITRATIONS**<br>*[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]*<br><br>Judge:       Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor<br>                      450 Golden Gate Ave.,<br>                      San Francisco, CA  94102 |

1  Pursuant to the Court's September 2023 Order Compelling Arbitration ("Order") as to Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow, which directed the parties "to provide status reports every 120 days regarding the status of the arbitration as to their claims" (ECF 57 at 13:18-20), the parties submit this joint status report.

In their May 27, 2025, status report (ECF 143), the parties reported that Plaintiff Broussard filed a demand for arbitration with the American Arbitration Association on January 21, 2025, which Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC (collectively, "Tesla") had answered on April 29, 2025, and that the parties were awaiting appointment of an arbitrator. An arbitrator has now been appointed. A telephonic preliminary management hearing was held September 2, 2025. A continued hearing is set for November 5, 2025, with the parties' joint proposed order due on or before October 31, 2025.

In the January 23, 2025 status report (ECF 124), Plaintiffs indicated that Plaintiff Battiato sent Tesla on January 15, 2025 a letter marked as "Privileged and Confidential Settlement Communication." Tesla responded on February 14, 2025. Battiato has not initiated arbitration.

Ms. Imaguchi has not yet but will be submitting her demand for arbitration to AAA, which follows her notice of intent to demand arbitration and settlement demand sent to Tesla on January 29, 2024. Tesla responded to Plaintiff Imaguchi's arbitration demands, rejected her settlement demand without a counteroffer on March 5, 2024. In addition, her counsel contacted counsel for Tesla on May 20, 2025 to discuss potential resolution of Ms. Imaguchi's claim, to which Tesla responded on May 21, 2025.

Dated: September 30, 2025

Respectfully submitted,
**COTCHETT PITRE & MCCARTHY LLP**

By:  /s/ Julie L. Fieber
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Thomas E. Loeser (SBN 202724)
tloeser@cpmlegal.com
Makena A. Kershaw (SBN 356645)
mkershaw@cpmlegal.com

|   |   |   |
|---|---|---|
| 1 |  | **BOTTINI & BOTTINI, INC.** |
| 2 |  | Francis A. Bottini, Jr. (SBN 175783) |
|   |  | fbottini@bottinilaw.com |
| 3 |  |  |
|   |  | **CASEY GERRY FRANCAVILLA** |
| 4 |  | **BLATT LLP** |
|   |  | David S. Casey, Jr. (SBN 060768) |
| 5 |  | dcasey@cglaw.com |
|   |  | Gayle M. Blatt (SBN 122048) |
| 6 |  | gmb@cglaw.com |
|   |  | P. Camille Guerra (SBN 326546) |
| 7 |  | camille@cglaw.com |
| 8 |  | *Attorneys for Plaintiffs and the Class* |
| 9 | Dated:  September 30, 2025 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 10 |  |  |
| 11 |  | By:    */s/ Alan Schoenfeld* |
|   |  | Alan Schoenfeld (*pro hac vice*) |
| 12 |  | Alan.Schoenfeld@wilmerhale.com |
|   |  | Joshua Vittor (SBN 326221) |
| 13 |  | Joshua.vittor@wilmerhale.com |
|   |  | Allison Que (SBN 324044) |
| 14 |  | Allison.Que@wilmerhale.com |
|   |  | David Marcus (SBN 158704) |
| 15 |  | David.Marcus@wilmerhale.com |
| 16 |  |  |
|   |  | *Attorneys for Defendants Tesla, Inc., Tesla Lease* |
| 17 |  | *Trust, and Tesla Finance LLC* |

Joint Status Report Regarding Arbitrations                                       2
Case No. 3:22-cv-05240-RFL

**ATTORNEY ATTESTATION**

I, Julie L. Fieber, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: September 30, 2025          By:   */s/ Julie L. Fieber*
                                          JULIE L. FIEBER