FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
THOMAS E. LOESER (SBN 202724)
tloeser@cpmlegal.com
MAKENA A. KERSHAW (SBN 356645)
mkershaw@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
**CASEY GERRY FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Fax: (619) 544-9232

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com
**BOTTINI & BOTTINI, INC.**
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | Case No. 3:22-cv-05240-RFL<br><br>**DECLARATION OF JULIE L. FIEBER IN SUPPORT OF PARTIES' JOINT DISCOVERY STATEMENT**<br><br>Hon. Donna M. Ryu<br>Courtroom 4 – 3rd Floor<br>　　　1301 Clay Street,<br>　　　Oakland, CA 94612 |

## DECLARATION OF JULIE L. FIEBER

I, Julie L. Fieber, declare as follows:

1. I am a partner with the law firm Cotchett, Pitre & McCarthy, counsel for Plaintiff Thomas LoSavio and the Class in this matter. I have personal knowledge of the matters set forth herein and am competent to testify.

2. Attached hereto as Exhibit A. is a true and correct excerpt showing solely the discovery requests at issue in the joint submission per the Court's March 26, 2025, Order [ECF No. 130].

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 21st day of October, 2025 at Burlingame, California.

By: _____
JULIE L. FIEBER