# EXHIBIT A

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC (together, "Tesla"), by and through its undersigned counsel, hereby respond and object to the Tenth Set of Requests for Production (together the "Requests," and individually a "Request," including the applicable Definitions and Instructions) propounded by Plaintiff Thomas LoSavio. These responses and objections are made without prejudice to Tesla's right to assert additional, amended, or supplemental responses or objections pursuant to Rule 26(e).

## GENERAL OBJECTIONS

Each Request is subject to the General Objections set forth below, in addition to the specific objections and limitations set forth in the respective responses. The General Objections form part of the response to each Request and are set forth to avoid duplication for each response.

The following responses are made solely for the purpose of this action. Each response is subject to any and all objections as to competence, relevance, materiality, propriety, and admissibility, and any and all objections and grounds that would require the exclusion of any statement or material herein, if any question were asked of, or any statement or material contained herein were made by, witnesses present and testifying in court, all of which objections and grounds are reserved and may be interposed at the time of trial.

Tesla has not completed its investigation into the subject matter of and allegations raised in this lawsuit. Accordingly, the following responses are based upon Tesla's knowledge, information, and belief as of the date hereof. Tesla reserves the right to make any further supplemental or amended response. These responses are made without prejudice to Tesla's right to present in any proceeding in this litigation such additional evidence as may be hereafter discovered or evaluated.

Tesla makes the following General Objections, whether or not separately set forth in each response to each Request:[1]

---

[1] LoSavio's Requests include certain definitions that are not used in and do not actually affect the Requests. Even where objectionable, Tesla does not include objections to these un-used definitions, but Tesla does so without waiver of any objections it has to these definitions to the extent they are used in other requests served by LoSavio.

1. Tesla objects to the Requests to the extent they seek the production of documents that are not "proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." Fed. R. Civ. P. 26(b)(1).

2. Tesla objects to the Requests to the extent they require the production of documents containing proprietary or confidential information or trade secrets. Tesla will produce documents containing proprietary or confidential information or trade secrets in response to the Requests in accordance with and subject to the Protective Order.

3. Tesla objects to the Requests to the extent they impose any requirements inconsistent with the parties' ESI protocol.

4. Tesla objects to the Requests to the extent they seek information through the production of documents that is not relevant to the subject matter of this action.

5. Tesla objects to the Requests to the extent they seek the production of documents containing information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege. Such documents and information will not be provided in response to the Requests, and any inadvertent disclosure thereof shall not be deemed a waiver.

6. Tesla objects to the Requests to the extent that they seek documents or information that Tesla is legally (including contractually) prohibited from disclosing, including documents or information that would require Tesla to breach a confidentiality provision of any non-disclosure agreement, contract, protective order, settlement, or other duty to a third party to maintain confidentiality.

7. Tesla objects to the Requests to the extent they seek documents or information not within the possession, custody, or control of Tesla. An objection on this ground does not constitute a representation or admission that such information does in fact exist.

8. Tesla objects to the Requests to the extent they seek documents or information already in Plaintiff's possession, custody, or control.

9. Tesla objects to the Requests to the extent they seek to impose obligations upon it beyond those required or permitted by the Federal Rules of Civil Procedure.

10. Tesla objects to the definition of "Communications" or "Communications" because it is overly broad, unduly burdensome, and purports to seek information that is not relevant or proportional to the needs of the case. Tesla will interpret these terms consistent with their ordinary usage and in a way to include information reasonably necessary to identify or describe information relevant and proportional to the needs of this case, consistent with its obligations under the Federal Rules of Civil Procedure.

11. Tesla objects to the definition of "Document" or "Documents" because it is overly broad, unduly burdensome, and purports to seek information that is not relevant or proportional to the needs of the case. Tesla further objects to the definition to the extent it imposes obligations greater than or inconsistent with the requirements of Rule 34 and the parties' anticipated ESI Protocol. Tesla will construe "Document" or "Documents" to be synonymous in meaning with the term "documents or electronically stored information" in Federal Rule of Civil Procedure 34(a) and in compliance with the parties' ESI Protocol.

12. Tesla objects to the definition of "You," "Your," and "Defendant" because such definition requires Tesla to be aware of all persons purporting to act on its behalf. Tesla also objects to the terms "agents," "representatives," "consultants," "attorneys," and the definition of "Person" (which is incorporated in the definition of "You," "Your," and "Defendant"), as overbroad and unduly burdensome. Tesla objects to the inclusion of "attorneys" because it implicates the attorney-client privilege, the attorney work product doctrine, or any other applicable privilege. Tesla will interpret "You," "Your," and "Defendant" to mean Tesla, Inc., Tesla Lease Trust, Tesla Finance, LLC, as well as its officers, directors, subsidiaries, and employees.

13. Tesla objects to Instruction No. 1 because it calls for the identification and production of ESI that would require disproportional, burdensome, and expensive use of time and resources and thus imposes obligations greater than or inconsistent with the requirements of Rule 34 and the parties' ESI Protocol. Tesla further objects to the requirements described in Instruction

No. 1, including the requirement to produce full families to the extent that the requirement calls for the production of documents or information protected by the attorney-client privilege, attorney work product, or any other applicable privileges or protections. Tesla will produce documents and ESI in compliance with the requirements of Rules 26 and 34, as well as the ESI protocol.

14. Tesla objects to Instruction No. 2 because it requests documents not in Tesla's possession, custody, or control. Tesla further objects to Instruction No. 2 because it requests "all" documents and is broader than Tesla's agreement to search for and produce documents in Tesla's possession, custody or control based on the parties' agreement on custodians and search terms.

15. Tesla objects to Instruction No. 3 to the extent it imposes any production deadline. Tesla will produce any responsive documents, subject to the objections stated herein, on a rolling basis within time frames agreed upon by the Parties or included in a Court Order.

16. Tesla objects to Instruction No. 4 to the extent it imposes obligations greater than or inconsistent with the requirements of Rule 26. Tesla will produce documents and ESI in compliance with the requirements of Rule 26(b) and any future ESI Protocol to be entered into or otherwise ordered by the Court.

17. Tesla objects to Instruction No. 5 to the extent that it imposes obligations greater than or inconsistent with the requirements of Rule 34. Tesla will respond to the Requests in accordance with Rule 34.

18. Tesla objects to Instruction No. 6 to the extent that it imposes obligations greater than or inconsistent with the requirements of Rules 26 and 34 or obligations inconsistent with timeframes agreed upon by the Parties or included in a Court Order. Tesla will produce any responsive documents, subject to the objections stated herein, on a rolling basis within timeframes agreed upon by the Parties or included in a Court Order.

The foregoing General Objections are hereby incorporated into each response and objection below.

**SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 66:**

All DOCUMENTS related to or concerning the expert report and consumer survey prepared by Dr. Stephen Nowlis in connection with YOUR defense in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188, including but not limited to the expert report itself, the survey and all survey data, and any testimony provided by Dr. Nowlis in that matter.

**RESPONSE TO REQUEST NO 66:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla objects to this Request as overbroad and disproportional to the needs of the case in seeking "*All DOCUMENTS*." Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced California Department of Motor Vehicles ("CA DMV") action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it seeks the production of documents containing information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege. Tesla further objects to this Request as Dr. Stephen Nowlis did not submit any expert report in the referenced CA DMV action.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 67:**

All DOCUMENTS related to or concerning the expert report prepared by Dr. Sandra Disner in connection with YOUR defense in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188, including but not limited to the expert report itself and any testimony provided by Dr. Disner in that matter.

**RESPONSE TO REQUEST NO 67:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla objects to this Request as overbroad and disproportional to the needs of the case in seeking "*All* DOCUMENTS." Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it seeks the production of documents containing information protected by the attorney-client privilege, the work-product doctrine, or any other applicable privilege. Tesla further objects to this Request as Dr. Sandra Disner did not submit any expert report in the referenced CA DMV action.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 68:**

Release Notes for FSD Beta Update, identified as Exhibit 245 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188.

**RESPONSE TO REQUEST NO 68:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks information already in the possession, custody, or control of Plaintiff.

1  Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 69:**

Excerpt of Release Notes for Full Self-Driving (Supervised) Feature, identified as Exhibit 250 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188.

**RESPONSE TO REQUEST NO 69:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks information already in the possession, custody, or control of Plaintiff. *See* LOSAVIO_001960-61.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 70:**

Excerpt of Release Notes for ASS and Dumb Summon Feature, identified as Exhibit 251 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188.

**RESPONSE TO REQUEST NO 70:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and

1  not relevant to the needs of the case.  In particular, the referenced CA DMV action centers on
2  product labels and statements that are not at issue in this case.  *See* Dkt. No. 96 at 6-7; Dkt. No.
3  157 at 12-13.  Tesla further objects to this Request to the extent it is duplicative of other Requests,
4  including but not limited to Request No. 8, for which Tesla has produced documents at
5  TSLA_LOSAVIO_00003583.  Tesla further objects to this Request to the extent it seeks
6  information already in the possession, custody, or control of Plaintiff.  *See* LOSAVIO_001960-
7  61.
8       Based on the foregoing objections, Tesla will not produce documents in response to this
9  Request.

10 **REQUEST FOR PRODUCTION NO. 71:**
11      ASS and Dumb Summon Feature Warning Release Notes, identified as Exhibit 252 on
12 YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the
13 Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a
14 Vehicle Manufacturer, Case No. 21-02188.
15 **RESPONSE TO REQUEST NO 71:**
16      Tesla incorporates each of the General Objections as if they were stated in full.  Tesla
17 further objects to this Request because it purports to seek information that is disproportional and
18 not relevant to the needs of the case.  In particular, the referenced CA DMV action centers on
19 product labels and statements that are not at issue in this case.  *See* Dkt. No. 96 at 6-7; Dkt. No.
20 157 at 12-13.  Tesla further objects to this Request to the extent it is duplicative of other Requests,
21 including but not limited to Request No. 8, for which Tesla has produced documents at
22 TSLA_LOSAVIO_00003583.  Tesla further objects to this Request to the extent it seeks
23 information already in the possession, custody, or control of Plaintiff.  *See* LOSAVIO_001960-
24 61.
25      Based on the foregoing objections, Tesla will not produce documents in response to this
26 Request.
27
28

**REQUEST FOR PRODUCTION NO. 72:**

Full Self-Driving (Supervised) Warning Release Notes (Part 1), identified as Exhibit 253 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188.

**RESPONSE TO REQUEST NO 72:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks information already in the possession, custody, or control of Plaintiff. *See* LOSAVIO_001960-61.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 73:**

Full Self-Driving (Supervised) Warning Release Notes (Part 2), identified as Exhibit 254 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188.

**RESPONSE TO REQUEST NO 73:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No.

157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks information already in the possession, custody, or control of Plaintiff. *See* LOSAVIO_001960-61.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 74:**

Full Self-Driving (Supervised) v12.6.4 Warning Release Notes, identified as Exhibit 255 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188.

**RESPONSE TO REQUEST NO 74:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks information already in the possession, custody, or control of Plaintiff.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 75:**

Full Self-Driving (Supervised) v12.5.1.2 Warning Release Notes, identified as Exhibit 256 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the

1  Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a
2  Vehicle Manufacturer, Case No. 21-02188.

3  **RESPONSE TO REQUEST NO 75:**

4  Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks information already in the possession, custody, or control of Plaintiff. *See* LOSAVIO_001960-61.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 76:**

Full Self-Driving (Supervised) 2024.26.15 Warning Release Notes, identified as Exhibit 257 on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle Manufacturer, Case No. 21-02188.

**RESPONSE TO REQUEST NO 76:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is disproportional and not relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks

1  information already in the possession, custody, or control of Plaintiff.  *See* LOSAVIO_001960-
2  61.
3        Based on the foregoing objections, Tesla will not produce documents in response to this
4  Request.

5  **REQUEST FOR PRODUCTION NO. 77:**

6        Vision-Based Attention Monitoring 2024.26.15 Release Notes, identified as Exhibit 258
7  on YOUR Preliminary Exhibit List in the California Department of Motor Vehicles action In the
8  Matter of the First Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a
9  Vehicle Manufacturer, Case No. 21-02188.

10 **RESPONSE TO REQUEST NO 77:**

11        Tesla incorporates each of the General Objections as if they were stated in full.  Tesla
12 further objects to this Request because it purports to seek information that is disproportional and
13 not relevant to the needs of the case.  In particular, the referenced CA DMV action centers on
14 product labels and statements that are not at issue in this case.  *See* Dkt. No. 96 at 6-7; Dkt. No.
15 157 at 12-13.  Tesla further objects to this Request to the extent it is duplicative of other Requests,
16 including but not limited to Request No. 8, for which Tesla has produced documents at
17 TSLA_LOSAVIO_00003583.  Tesla further objects to this Request to the extent it seeks
18 information already in the possession, custody, or control of Plaintiff.
19        Based on the foregoing objections, Tesla will not produce documents in response to this
20 Request.

21 **REQUEST FOR PRODUCTION NO. 78:**

22        Autopilot Suspension Release Notes, identified as Exhibit 259 on YOUR Preliminary
23 Exhibit List in the California Department of Motor Vehicles action In the Matter of the First
24 Amended Accusation Against: TESLA, INC. dba TESLA MOTORS, INC., a Vehicle
25 Manufacturer, Case No. 21-02188.

26
27
28

**RESPONSE TO REQUEST NO 78:**

Tesla incorporates each of the General Objections as if they were stated in full. Tesla further objects to this Request because it purports to seek information that is not disproportional and relevant to the needs of the case. In particular, the referenced CA DMV action centers on product labels and statements that are not at issue in this case. *See* Dkt. No. 96 at 6-7; Dkt. No. 157 at 12-13. Tesla further objects to this Request to the extent it is duplicative of other Requests, including but not limited to Request No. 8, for which Tesla has produced documents at TSLA_LOSAVIO_00003583. Tesla further objects to this Request to the extent it seeks information already in the possession, custody, or control of Plaintiff.

Based on the foregoing objections, Tesla will not produce documents in response to this Request.

Dated: August 21, 2025              **WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Alan Schoenfeld*
Alan E. Schoenfeld

*Attorneys for Defendant Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2025, I caused DEFENDANTS TESLA, INC., TESLA LEASE TRUST, and TESLA FINANCE, LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF THOMAS LOSAVIO'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TEN) to be served to the following persons listed below and in the manner so indicated.

**COTCHETT PITRE & MCCARTHY LLP**

FRANK M. PITRE
fpitre@cpmlegal.com
JULIE L. FIEBER
jfieber@cpmlegal.com
THOMAS E. LOESER
tloeser@cpmlegal.Com
NABILAH A. HOSSAIN
nhossain@cpmlegal.com
ANDREW W. BRITTON
abritton@cpmlegal.Com
MAKENA KERSHAW
mkershaw@cpmlegal.com

**BOTTINI & BOTTINI, INC.**

FRANCIS A. BOTTINI, JR.
fbottini@bottinilaw.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

DAVID S. CASEY, JR.
 dcasey@cglaw.com
GAYLE M. BLATT
gmb@cglaw.com
P. CAMILLE GUERRA
camille@cglaw.com
MICHAEL J. MORPHEW
mmorphew@cglaw.com

*Attorneys for Plaintiff Thomas J. LoSavio and Proposed Class*

                                          */s/ Allison Que*
                                          Allison Que