1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL<br><br>**[PLAINTIFF'S PROPOSED] ORDER REGARDING PARTIES' JOINT DISCOVERY STATEMENT**<br><br>*[Filed concurrently with Parties' Joint Discovery Statement]*<br><br>Hon. Donna M. Ryu<br>Courtroom 4 – 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612 |

[PROPOSED] ORDER
Case No. 3:22-cv-05240-RFL

**[PROPOSED] ORDER**

Having considered Parties' Joint Discovery Statement, the arguments and authority cited therein, such other evidence presented by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

On Plaintiff's Request for Production of Documents Nos. 66-78, Plaintiff's request that Tesla be compelled to produce the demonstratives used at the DMV hearing by its experts, Dr. Stephen Nowlis and Dr. Sandra Disner, and to either produce the requested exhibits or to identify the specific Bates ranges for any exhibit that has already been produced, is GRANTED. Tesla's production is due within ten (10) days of the date of this Order.

DATED: _____, 2025

_____
Hon. Donna M. Ryu
United States Magistrate Judge