**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION | CASE NO.: 3:22-cv-5240-RFL<br><br>**[PROPOSED] ORDER REGARDING PARTIES' JOINT DISCOVERY STATEMENT**<br><br>*[Filed concurrently with Parties' Joint Discovery Statement]*<br><br>Hon. Donna M. Ryu<br>Courtroom 4 – 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612 |

**[PROPOSED] ORDER**

Having considered Parties' Joint Discovery Statement, the arguments and authority cited therein, such other evidence presented by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Plaintiff's request to compel Tesla to produce documents in response to Plaintiff's Request for Production of Documents Nos. 66-78 is DENIED.

DATED: _____, 2025

_____
Hon. Donna M. Ryu
United States Magistrate Judge