|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 18 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

IN RE: TESLA ADVANCED DRIVER ASSISTANCE SYSTEMS LITIGATION.

_____

THOMAS J. LOSAVIO,

        Plaintiff - Respondent,

 v.

TESLA INC.; et al.,

        Defendants - Petitioners.

No. 25-5532

D.C. No. 3:22-cv-05240-RFL
Northern District of California,
San Francisco

ORDER

Before: CLIFTON and BRESS, Circuit Judges.

The motion (Docket Entry No. 10) for leave to file a reply is granted.

Respondent filed a notice of intent to file publicly volume 2 to the Supplemental Appendix. *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal. The clerk will therefore unseal the notice (Docket Entry No. 8-1) and file publicly volume 2 to the Supplemental Appendix (Docket Entry No. 9.5).

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days,

petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).