David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811

*Attorneys for Plaintiff and the Proposed Class (full counsel information on the signature page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING APPEAL**<br><br>Judge:     Hon. Rita F. Lin<br>Courtroom: 15 – 18th Floor |

**STIPULATION**

Plaintiff Thomas J. LoSavio and Defendants Tesla, Inc. dba Tesla Motors, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively, "Defendants") submit this stipulation and proposed order based on the following facts:

WHEREAS, on May 6, 2025, LoSavio, individually and on behalf of proposed classes, filed a Motion for Class Certification ECF No. 138. On June 17, 2025, Defendants filed their Opposition. ECF No. 146. On July 22, 2025, Plaintiff's Reply to Defendants' Opposition was filed (ECF No. 148) and on August 12, 2025, the hearing on Plaintiff's Motion for Class Certification was held.

WHEREAS, on August 18, 2025, the Court issued a Redacted Order Certifying Class and Appointing Counsel subject to modification of class definitions. ECF No. 157.

WHEREAS, on September 1, 2025, Defendants filed a Petition for Permission to Appeal under Federal Rule of Civil Procedure 23(f) in the United States Court of Appeals for the Ninth Circuit, seeking interlocutory review of this Court's August 18, 2025 Order granting class certification.

WHEREAS, on December 18, 2025, the United States Court of Appeals for the Ninth Circuit entered an order granting Defendants' petition for permission to appeal.

WHEREAS, district courts in this Circuit regularly stay litigation in the district court while appeal is pending following the grant of a Rule 23(f) petition. *Salhotra v. Simpson Strong-Tie Company, Inc.*, 2022 WL 1091799, *3 (N.D. Cal. Apr. 12, 2022) (granting stay of district court proceedings after Rule 23(f) petition was granted); *Senne v. Kansas City Royals Baseball Corp.*, 2017 WL 5973487, *4 (N.D. Cal. May 5, 2017) (same); *Todd v. Tempur-Sealy Int'l, Inc.*, 2016 WL 6082413, *2 (N.D. Cal. Oct. 18, 2016) (same); *Gray v. Golden Gate Nat. Recreational Area*, 2011 WL 6934433, *3 (N.D. Cal. Dec. 29, 2012) (same); *Brown v. Wal-Mart Stores, Inc.*, 2012 WL 5818300, *5 (N.D. Cal. Nov. 15, 2012) (same); *Richards v. Ernst & Young LLP*, 2012 WL 92738, *5 (N.D. Cal. Jan. 11, 2012) (same); *In Re. Apple & ATTM Antitrust Litigation*, 2010 WL 11489069, *4 (N.D. Cal. Sept. 15, 2010) (same).

1  WHEREAS, in light of the pending appeal of this Court's order, the Parties believe that it
2  is in the interest of judicial efficiency, this action should be stayed.
3  **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
4  between LoSavio and Defendants that the Court enter an order staying this case until final
5  resolution of all proceedings before the United States Circuit Court of Appeals for the Ninth
6  Circuit or until further order of the Court for good cause shown. This stay shall not extend to the
7  ongoing arbitration *Broussard v. Tesla*, Case No. 01-25-0000-3092, now pending before the
8  American Arbitration Association, or to the arbitration of the claims of Jazmin Imaguchi or
9  Dominick Battiato, or to the related discovery for these arbitrations, without waiving any party's
10 right to seek any adjustment or continuance of any hearings, dates, or deadlines from the
11 arbitrators in those proceedings.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. This case is stayed pending resolution of all proceedings before the United States Circuit Court for the Ninth Circuit. This stay shall not extend to the ongoing arbitration *Broussard v. Tesla*, Case No. 01-25-0000-3092, now pending before the American Arbitration Association, or to the arbitration of the claims of Jazmin Imaguchi or Dominick Battiato, or to the related discovery for these arbitrations, without waiving any party's right to seek any adjustment or continuance of any hearings, dates, or deadlines from the arbitrators in those proceedings.

Dated: _____

By: Hon. Rita F. Lin
United States District Court Judge

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  December 29, 2025 | **COTCHETT PITRE & MCCARTHY LLP** |

By:   */s/      Julie L. Fieber*
FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
JULIE L. FIEBER (SBN 202857)
jfieber@cpmlegal.com
NABILAH A. HOSSAIN (SBN 329689)
nhossain@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com

**BOTTINI & BOTTINI, INC.**

FRANCIS A. BOTTINI, JR. (SBN 175783)
fbottini@bottinilaw.com
NICHOLAUS H. WOLTERING (SBN 337193)
nwoltering@bottinilaw.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

DAVID S. CASEY, JR. (SBN 060768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
P. CAMILLE GUERRA (SBN 326546)
camille@cglaw.com
MICHAEL J. MORPHEW (SBN 304463)
mmorphew@cglaw.com

*Attorneys for Plaintiff and Proposed Class*

Dated:  December 29, 2025    **WILMER CUTLER PICKERING HALE AND DORR LLP**

By:   */s/      Alan Schoenfeld*
ALAN SCHOENFELD

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

---

Stipulation and [Proposed] Order to Stay Litigation Pending Appeal             4
Case No. 3:22-cv-05240-RFL

**ATTESTATION**

I, Alan Schoenfeld, am the ECF User whose ID and password are being used to file the accompanying document. In compliance with Civil Local Rule 5-l(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: December 29, 2025    By:    */s/ Alan Schoenfeld*
                                    Alan Schoenfeld