1  Frank M. Pitre (SBN 100077)
   fpitre@cpmlegal.com
2  Julie L. Fieber (SBN 202857)
   jfieber@cpmlegal.com
3  COTCHETT PITRE & MCCARTHY LLP
   840 Malcolm Road
4  Burlingame, CA 94010
   Tel.: (650) 697-6000
5  *Attorneys for Plaintiffs Thomas LoSavio,*
   *Brenda Broussard, and the Class*
6
7  Francis A. Bottini, Jr. (SBN 175783)
   fbottini@bottinilaw.com
8  BOTTINI & BOTTINI, INC.
   7817 Ivanhoe Avenue, Suite 102
9  La Jolla, CA 92037
   Tel.: (858) 914-2001
10
11 *Attorneys for Plaintiff Dominick Battiato*
   *and the Class*
12
   David S. Casey, Jr. (SBN 060768)
13 dcasey@cglaw.com
   Gayle M. Blatt (SBN 122048)
14 gmb@cglaw.com
   CASEY GERRY FRANCAVILLA BLATT LLP
15 110 Laurel Street
   San Diego, CA 92101
16 Tel.: (619) 238-1811
   *Attorneys for Plaintiffs Christopher Mallow,*
17 *Jazmin Imaguchi, and the Class*
18

   David C. Marcus (SBN 158704)
   david.marcus@wilmerhale.com
   Joshua A. Vittor (SBN 326221)
   Joshua.vittor@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   350 South Grand Avenue, Suite 2400
   Los Angeles, California 90071
   Tel: (213) 443-5312

   Alan Schoenfeld (*pro hac vice*)
   alan.schoenfeld@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   7 World Trade Center
   250 Greenwich Street
   New York, New York 10007
   Tel: (212) 937-7294

   Allison Bingxue Que (SBN 324044)
   allison.que@wilmerhale.com
   WILMER CUTLER PICKERING
   HALE AND DORR LLP
   2600 El Camino Real, Suite 400
   Palo Alto, California 94306
   Tel: (650) 858-6000

   *Attorneys for Defendants Tesla, Inc., Tesla*
   *Lease Trust, and Tesla Finance LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation** | Case No. 3:22-cv-05240-RFL |
| | <u>**CLASS ACTION**</u> |
| | **JOINT STATUS REPORT REGARDING ARBITRATIONS** |
| | *[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]* |
| This Case Relates To All Actions | Judge:    Hon. Rita F. Lin |
| | Courtroom:  15 – 18th Floor |
| |       450 Golden Gate Ave., |
| |       San Francisco, CA 94102 |

1    Pursuant to the Court's September 2023 Order Compelling Arbitration ("Order") as to

2    Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow,

3    which directed the parties "to provide status reports every 120 days regarding the status of the

4    arbitration as to their claims" (ECF 57 at 13:18-20), the parties submit this joint status report.

5    In the prior September 30, 2025, status report (ECF 143), the parties reported that

6    Plaintiff Broussard filed a demand for arbitration with the American Arbitration Association on

7    January 21, 2025, which Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC

8    (collectively, "Tesla") had answered on April 29, 2025 and an arbitrator had been appointed. A

9    telephonic preliminary management hearing was held November 5, 2025, before Arbitrator

10    Leslie M. Werlin. The arbitrator set the Merits Hearing for September 8-11, 2026, with fact

11    discovery set to close May 26, 2026, and expert discovery to be completed by July 24, 2026.

12    In the prior status report (ECF 170), Plaintiffs indicated that Plaintiff Battiato has not

13    initiated arbitration. Plaintiff Battiato sent Tesla on January 15, 2025 a letter marked as

14    "Privileged and Confidential Settlement Communication." Tesla responded on February 14,

15    2025. Similarly, Ms. Imaguchi has not yet submitted her demand for arbitration to AAA, which

16    follows her notice of intent to demand arbitration and settlement demand sent to Tesla on

17    January 29, 2024. Tesla responded to Plaintiff Imaguchi's arbitration demands, rejected her

18    settlement demand without a counteroffer on March 5, 2024. In addition, her counsel contacted

19    counsel for Tesla on May 20, 2025, to discuss potential resolution of Ms. Imaguchi's claim, to

20    which Tesla responded on May 21, 2025. Plaintiffs Imaguchi and Mallow will, within the next

21    60 days, either pursue resolution of their claims or file their arbitration demands.

22    Respectfully submitted,

23    Dated: January 28, 2026    **COTCHETT PITRE & MCCARTHY LLP**

24    By:    */s/ Julie L. Fieber*
           Julie L. Fieber (SBN 202857)
25         jfieber@cpmlegal.com
           Frank M. Pitre (SBN 100077)
26         fpitre@cpmlegal.com
           Thomas E. Loeser (SBN 202724)
27         tloeser@cpmlegal.com
           Makena A. Kershaw (SBN 356645)
28         mkershaw@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com

**CASEY GERRY FRANCAVILLA BLATT LLP**
David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com
*Attorneys for Plaintiffs and the Class*

Dated: January 28, 2026

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:      */s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Alan.Schoenfeld@wilmerhale.com
Joshua Vittor (SBN 326221)
Joshua.vittor@wilmerhale.com
Allison Que (SBN 324044)
Allison.Que@wilmerhale.com
David Marcus (SBN 158704)
David.Marcus@wilmerhale.com

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTORNEY ATTESTATION

I, Julie L. Fieber, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.


Dated:    January 28, 2026                    By:    */s/ Julie L. Fieber*_____
                                                          JULIE L. FIEBER