Frank M. Pitre (SBN 100077)
fpitre@cpmlegal.com
Julie L. Fieber (SBN 202857)
jfieber@cpmlegal.com
COTCHETT PITRE & MCCARTHY LLP
840 Malcolm Road
Burlingame, CA 94010
Tel.: (650) 697-6000
*Attorneys for Plaintiffs Thomas LoSavio,*
*Brenda Broussard, and the Class*

Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Tel.: (858) 914-2001

*Attorneys for Plaintiff Dominick Battiato*
*and the Class*

David S. Casey, Jr. (SBN 060768)
dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
CASEY GERRY FRANCAVILLA BLATT LLP
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
*Attorneys for Plaintiffs Christopher Mallow,*
*Jazmin Imaguchi, and the Class*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
christopher.casamassima@wilmerhale.com
Joshua A. Vittor (SBN 326221)
joshua.vittor@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071
Tel: (213) 443-5312

Alan Schoenfeld (*pro hac vice*)
alan.schoenfeld@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 937-7294

*Attorneys for Defendants Tesla, Inc., Tesla*
*Lease Trust, and Tesla Finance LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In re Tesla Advanced Driver Assistance Systems Litigation**<br><br><br><br><br>This Case Relates To All Actions | Case No. 3:22-cv-05240-RFL<br><br>**CLASS ACTION**<br><br>**JOINT STATUS REPORT REGARDING ARBITRATIONS**<br>*[Pursuant to ECF No. 57, Order Granting Motion to Compel Arbitration]*<br><br>Judge:       Hon. Rita F. Lin<br>Courtroom:  15 – 18th Floor<br>                   450 Golden Gate Ave.,<br>                   San Francisco, CA  94102 |

Joint Status Report Regarding Arbitrations
Case No. 3:22-cv-05240-RFL

Pursuant to the Court's September 2023 Order Compelling Arbitration ("Order") as to Plaintiffs Brenda Broussard, Dominick Battiato, Jazmin Imaguchi, and Christopher Mallow, which directed the parties "to provide status reports every 120 days regarding the status of the arbitration as to their claims" (ECF 57 at 13:18-20), the parties submit this joint status report.

In the prior January 28, 2026, status report (ECF 181), the parties reported that Plaintiff Broussard filed a demand for arbitration with the American Arbitration Association on January 21, 2025, which Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC (collectively, "Tesla") had answered on April 29, 2025 and an arbitrator had been appointed. A telephonic preliminary management hearing was held November 5, 2025, before Arbitrator Leslie M. Werlin. The arbitrator set the Merits Hearing for September 8-11, 2026, with fact discovery set to close May 26, 2026, and expert discovery to be completed by July 24, 2026.

In the prior status report (ECF 181), Plaintiffs indicated that Plaintiff Battiato has not initiated arbitration. Plaintiff Battiato sent Tesla on January 15, 2025 a letter marked as "Privileged and Confidential Settlement Communication." Tesla responded on February 14, 2025. On March 26, 2026, Ms. Imaguchi submitted her demand for arbitration to AAA.  On May 22, 2026, AAA correspondence instructs that the next administrative step is to have an arbitrator assigned. Plaintiff Mallow may otherwise pursue resolution of his claim.

Dated: May 28, 2026

Respectfully submitted,

**COTCHETT PITRE & MCCARTHY LLP**

By:    /s/ Julie L. Fieber
       Julie L. Fieber (SBN 202857)
       jfieber@cpmlegal.com
       Frank M. Pitre (SBN 100077)
       fpitre@cpmlegal.com
       Thomas E. Loeser (SBN 202724)
       tloeser@cpmlegal.com
       Makena A. Kershaw (SBN 356645)
       mkershaw@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
       Francis A. Bottini, Jr. (SBN 175783)
       fbottini@bottinilaw.com

**CASEY GERRY FRANCAVILLA BLATT LLP**
       David S. Casey, Jr. (SBN 060768)

dcasey@cglaw.com
Gayle M. Blatt (SBN 122048)
gmb@cglaw.com
P. Camille Guerra (SBN 326546)
camille@cglaw.com
*Attorneys for Plaintiffs and the Class*

Dated:  May 28, 2026

**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:      /s/ Alan Schoenfeld
Alan Schoenfeld (*pro hac vice*)
Alan.Schoenfeld@wilmerhale.com
Joshua Vittor (SBN 326221)
Joshua.vittor@wilmerhale.com
David Marcus (SBN 158704)
David.Marcus@wilmerhale.com
Christopher T. Casamassima (SBN 211280)
Christopher.casamassima@wilmerhale.com

*Attorneys for Defendants Tesla, Inc., Tesla Lease Trust, and Tesla Finance LLC*

Joint Status Report Regarding Arbitrations
Case No. 3:22-cv-05240-RFL

2

**ATTORNEY ATTESTATION**

I, Julie L. Fieber, am the ECF User whose ID and password are being used to file the Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each signatory.


Dated:    May 28, 2026                            By:    */s/ Julie L. Fieber*
                                                              JULIE L. FIEBER